**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Griddy Energy LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | GreenBird Energy LLC |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 6 1 – 1 7 9 1 3 9 6 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| See        Attachment A | |
| Number   Street | Number   Street |
| | PO Box 1288 |
| | P.O. Box |
| City     State    ZIP Code | Greens Farms    CT   06838 |
| | City     State    ZIP Code |
| County | **Location of principal assets, if different from principal place of business** |
| | See        Attachment A |
| | Number   Street |
| | |
| | City     State    ZIP Code |

5. **Debtor's website** (URL)    https://www.griddy.com

---

Debtor  **Griddy Energy LLC**   Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   2 2 1 1 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☒ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor   Griddy Energy LLC
_____
Name

Case number (if known)_____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                    MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                    MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____ Relationship _____<br>        District _____ When _____<br>                                    MM / DD / YYYY<br>        Case number, if known _____ |
| 11. | **Why is the case filed in *this district*?** | Check all that apply:<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                            Number      Street<br>_____<br>_____<br>City                                State ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

**Statistical and administrative information**

Debtor  Griddy Energy LLC
_____Name_____  Case number (if known)_____

13. **Debtor's estimation of available funds**

    Check one:

    ☒ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49         ☐ 1,000-5,000      ☐ 25,001-50,000
    ☐ 50-99        ☐ 5,001-10,000     ☐ 50,001-100,000
    ☐ 100-199      ☐ 10,001-25,000    ☐ More than 100,000
    ☐ 200-999

15. **Estimated assets**

    ☐ $0-$50,000              ☒ $1,000,001-$10 million*       ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

    *Excludes any estimate for uncollected customer receivables

16. **Estimated liabilities**

    ☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000        ☒ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  03/15/2021
    _____MM / DD / YYYY

    ✗ /s/ Roop Bhullar                                Roop Bhullar
    Signature of authorized representative of debtor   Printed name

    Title  Chief Financial Officer

Debtor  Griddy Energy LLC  
      Name

Case number (*if known*)_____

**18. Signature of attorney**

✖ /s/ David R. Eastlake  
Signature of attorney for debtor

Date  03/15/2021  
    MM / DD / YYYY

David R. Eastlake  
Printed name

Baker Botts L.L.P.  
Firm name

910      Louisiana St.  
Number    Street

Houston                                        Texas     77002  
City                                              State     ZIP Code

713-229-1397                              david.eastlake@bakerbotts.com  
Contact phone                               Email address

24074165                                       Texas  
Bar number                                        State

## ATTACHMENT A TO VOLUNTARY PETITION

1. **Location of the Debtor's Principal Assets**

The Debtor provided retail electric service to homes and businesses in Houston and various other locations in Texas by purchasing power at the market rate and arranging delivery on transmission and distribution lines thereby connecting purchasers directly to the wholesale price of electricity.

The Debtor's primary office is located in Westport, CT. The Debtor also has an office located at 11811 North Freeway #500, Houston, Texas 77060. Its principal bank accounts are located in Texas.

WRITTEN CONSENT
OF THE MEMBERS
OF
GRIDDY ENERGY LLC

March 15, 2021

The undersigned, being the members (the "Members") of Griddy Energy LLC, a Delaware limited liability company (the "Company"), hereby vote for, adopt, approve and consent to the following resolutions by written consent without a meeting pursuant to § 18-302(d) of the Delaware Limited Liability Company Act and Section 9 of the First Amended and Restated Limited Liability Company Agreement of the Company (the "LLCA"; terms used but not defined herein shall have the meanings assigned to them in the LLCA):

**WHEREAS**, the Members have considered, among other things, the financial and operational condition of the Company and the Company's business on the date hereof, the assets of the Company, the current and long-term liabilities of the Company, the options available to the Company, the advice of management, and the recommendations of the Company's legal advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Members have determined that it is in the best interests of the Company and the Company's stakeholders, creditors, and other interested parties to commence a case under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that, in the judgment of the Members, it is desirable and in the best interests of the Company, the creditors of the Company, and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED**, that each of the officers of the Company, including any chief executive officer, chief financial officer, vice president, treasurer, secretary or assistant secretary (each of the foregoing, individually, an "Authorized Officer," and collectively, the "Authorized Officers") be, and each hereby is, authorized and empowered: (i) to execute and verify the Petition and all documents ancillary thereto, and to cause the Petition to be filed with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), such Petition to be filed at such time as an Authorized Officer shall determine and to be in the form approved by the Authorized Officer, with the execution thereof by any such Authorized Officer being conclusive evidence of the approval thereof by the Authorized Officer; (ii) to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents that, in the judgment of the Authorized Officers, may be necessary, appropriate, or desirable; and (iii) to execute, verify and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, pleadings and other papers or documents that, in the judgment of the Authorized Officers, may be necessary, appropriate, or desirable as required to

accompany the Petition or seek entry of first day orders and, in connection therewith, to employ and retain assistance of legal counsel, accountants or other professionals, and to take and perform any and all further acts and deeds that they deem necessary, proper or desirable in connection with or in furtherance of the Petition or the bankruptcy case, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that the Company is authorized, and each of the Authorized Officers be and hereby is authorized and empowered, to employ or retain the law firm of Baker Botts L.L.P., with offices in various locations including 910 Louisiana Street, Houston, Texas and 30 Rockefeller Plaza, New York, New York, as its general bankruptcy counsel to represent and assist the Company in carrying out its duties under title 11 of the Bankruptcy Code, subject to Bankruptcy Court approval, and to take any and all actions to advance the Company's rights, including, without limitation, the preparation of certain documents to be filed simultaneously with the Petition or during the bankruptcy case; and it is further

**RESOLVED**, that each of the Authorized Officers be and hereby is authorized and empowered to retain on behalf of the Company such other professionals as they deem necessary, appropriate or desirable, upon such terms and conditions as they shall approve, to render services to the Company in connection with its bankruptcy case and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, if required; and it is further

**RESOLVED** that the Company, as debtor in possession in its bankruptcy case, is hereby authorized to obtain the use of cash collateral, on such terms as may be agreed to by an Authorized Officer, including the grant of replacement liens or other adequate protection, as is reasonably necessary for the Company to effectuate the purposes of the bankruptcy case, subject to Bankruptcy Court approval, if required; and it is further

**RESOLVED**, that the form, terms and provisions of the chapter 11 plan previously reviewed by the Members, including, without limitation, any exhibits, appendices and schedules thereto, all transactions contemplated thereby and all actions taken by the Authorized Officers in connection therewith be, and hereby are, authorized, approved and ratified in all respects with such modifications, changes, additions and deletions thereto as may be approved or deemed necessary, desirable or appropriate by an Authorized Officer executing the same, the execution thereof by such Authorized Officer to be conclusive evidence of such approval, necessity, desirability or appropriateness; and it is further

**RESOLVED**, that the Authorized Officers be, and each hereby is, authorized, directed, and empowered from time to time to take or cause to be taken such actions, and to execute and deliver or cause to be executed and delivered, such documents as may be required or as the Authorized Officers may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including without limitation the execution and delivery of any petitions, schedules, lists, declarations, affidavits and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits, pleadings and other papers or documents to be executed and delivered in such form as the Authorized Officers shall approve, the taking or execution thereof

by any Authorized Officer being conclusive evidence of the approval thereof by the Authorized Officers; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified; and it is further

**RESOLVED**, that this written consent may be executed in multiple counterparts, and may be executed by facsimile signature or other electronic means (including pdf), and such facsimile or electronic signatures will have the same effect as original signatures.

*[Remainder of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the undersigned, being the Members of Griddy Energy LLC, hereby execute this written consent effective as of the date first written above.

        GRIDDY HOLDINGS LLC,
        the Managing Member

By: _____
Name: Roop Bhullar
Title: CFO

**Solely for the purpose of consenting to the filing of the Petition:**

CT CORPORATION STAFFING, INC.,
the Non-Economic Member

By: _____
Name:
Title:

[*Signature Page to Written Consent of the Members of Griddy Energy LLC*]

**IN WITNESS WHEREOF**, the undersigned, being the Members of Griddy Energy LLC, hereby execute this written consent effective as of the date first written above.

GRIDDY HOLDINGS LLC,
the Managing Member

By: _____
Name:
Title:

**Solely for the purpose of consenting to the filing of the Petition:**

CT CORPORATION STAFFING, INC.,
the Non-Economic Member

By: _____
Name:  Steven P. Zimmer
Title:   Secretary

[*Signature Page to Unanimous Written Consent of the Members of Griddy Energy LLC*]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-_____ (____) |
| Debtor. | ) |

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FED. R. BANK. P. 1007(a)(1) and 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Griddy Energy LLC, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), hereby states as follows:

1. Griddy Holdings LLC ("Griddy Holdings") directly owns 100% of the equity interests in the Debtor. CT Corporation Staffing, Inc. is a non-economic member of the Debtor.

2. Griddy VI Holdings LLC ("Griddy VI Holdings") directly owns 100% of the equity interests in Griddy Holdings. The outstanding equity interests in Griddy VI Holdings are divided into five series:

   a. Series A. Griddy VI Intermediate Holdings LLC ("Griddy Intermediate") directly owns 100% of the Series A units.

   b. Series B. The Series B units are the only voting interests. Grid Investments, Inc. ("Grid Investments") directly owns 35% of the Series B units. Each of the following entities (each, a "Specified Holdco") own 16.67% of the Series B units: (i) Beachside New Utility (VI) Holdings LLC, (ii) Elliot New Utility (VI) Holdings LLC, and (iii) Janson New Utility (VI) Holdings LLC. EDF Trading North America LLC ("EDF Trading") owns the remaining 15% of the Series B units.

   c. Series C. Grid Investments directly owns 28% of the Series C units. Each Specified Holdco directly owns 20% of the Series C units. EDF Trading owns the remaining 12% of the Series C units.

   d. Series D and Series E. No company holds 10% or more of the Series D or Series E units.

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

3. Griddy VI Series A Holdings LLC ("Series A Holdings") directly or indirectly owns 100% of the outstanding equity interests in Griddy Intermediate.

4. Grid Investments directly owns 35% of the equity interests in Series A Holdings. Each of the following entities directly owns 16.67% of the equity interests in Series A Holdings: (i) Beachside New Utility Holdings LLC; (ii) Elliot New Utility Holdings LLC; and (iii) Janson New Utility Holdings LLC.  EDF Trading owns the remaining 15% of the equity interests in Series A Holdings.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) ) | Case No. 21-_____ (____) |
| Debtor. | ) ) ) | |

**LIST OF CREDITORS HOLDING**
**THE 30 LARGEST UNSECURED CLAIMS**

      Set forth below is the list of creditors that hold, based upon information presently available and belief, the thirty largest unsecured claims (the "Top 30 List") against Griddy Energy LLC (the "Debtor"). This list has been prepared based upon the books and records of the Debtor. The Top 30 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The Top 30 List does not include: (1) persons who come within the definition of an "insider" as set forth in 11 U.S.C. § 101(31); or (2) secured creditors, including those creditors with a right to setoff under applicable law, unless the value of the collateral (or amount entitled to be offset) is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtor. The information presented herein, including, without limitation: (a) the failure of the Debtor to list any claim as contingent, unliquidated, disputed or subject to a setoff; or (b) the listing of any claim as unsecured, does not constitute an admission by the Debtor that the secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization, and/or amount of any claim.

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

**Fill in this information to identify the case:**

Debtor name: Griddy Energy LLC

United States Bankruptcy Court for the: Southern District of Texas
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **ERCOT**  7620 Metro Center Drive  Austin, TX 78744 | Attn: Phil Mincemoyer  P: 512-225-7000  ClientServices@ercot.com | Energy | Contingent, Unliquidated, Disputed | | | $29,022,141.62 |
| 2 | **CenterPoint Energy, Inc**  1111 Louisiana Street  Houston, TX 77002 | Attn: Kevin Kulhanek; Jewel Smith  P: 713-207-1111; 713-207-3444  F: 713-207-9347  jewel.smith@centerpointenergy.com | Transportation charges | | | | $1,227,202.03 |
| 3 | **Oncor Electric Delivery Company LLC**  1616 Woodall Rodgers  Dallas, TX 75202 | Attn: David R Hunt  P: 214-486-2000  F: 214-486-3275  contactcenter@oncor.com | Transportation charges | | | | $1,164,935.51 |
| 4 | **Stripe, Inc.**  510 Townsend Street  San Francisco, CA 94103 | Attn: CEO or General Counsel  P: 888-963-8955  support@stripe.com | Services | | | | $1,027,980.46 |
| 5 | **RLI Insurance Company**  9025 N. Lindbergh Dr.  Peoria, IL 61615 | Attn: Commercial Surety  P: 309-692-1000  F: 309-689-2036  Chrissy.Eaton@rlicorp.com;  support@rlicorp.com | Surety Bond Collateral | Disputed | | | $217,100.00 |
| 6 | **Texas-New Mexico Power Company**  577 N Garden Ridge Blvd  Lewisville, TX 75067 | Attn: CEO or General Counsel  P: 888-866-7456; 800-738-5579  F: 817-737-1392  MPRelations@pnmresources.com; MPRelations@tnmp.com | Transportation charges | | | | $150,031.96 |
| 7 | **AEP Texas Inc.**  910 Energy Drive  Abilene, TX 79602-7945 | Attn: Mark Hunt  P: 361-881-5557; 325-674-7362  crrtx@aep.com;  mdhunt@aep.com | Transportation charges | | | | $121,861.48 |

Debtor  Griddy Energy LLC
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | **Texas Comptroller of Public Accounts** Lyndon B. Johnson State Office Building 111 East 17th Street Austin, TX 78744 | Attn: Bo Overstreet, Section Manager, AP P: 888-334-4112 F: 512-475-0017 bo.overstreet@cpa.texas.gov | Taxes/Fees | Contingent, Unliquidated | | | **$93,510.99** |
| 9 | **S4S, LLC** 2500 Broadway, Ste. F-125 Santa Monica, CA 90404 | Attn: Charles Cella P: 267-242-7513 charles.cella@strongforce.design | Services | | | | **$83,637.32** |
| 10 | **Energy Services Group, LLC** 141 Longwater Dr, Ste 113 Norwell, MA 02061 | Attn: CEO or General Counsel P: 781-347-9000 F: 781-871-0792 ar@energyservicesgroup.net | Services | Unliquidated | | | **$33,000.00** |
| 11 | **Alpha Employment Solutions** 580 Woodland Ave Burlington, ON L7R 2S5 Canada | Attn: Penny Vita-Finzi P: 905-608-3676 penny@alpha-employment.com | Services | | | | **$12,430.00** |
| 12 | **Star Energy Partners** 12121 Bluff Creek Dr #220a Playa Vista, CA 90094 | Attn: CEO or General Counsel P: 855-427-7827 info@starenergypartners.com | Services | | | | **$9,412.65** |
| 13 | **FloQast, Inc.** 14721 Califa St Sherman Oaks, CA 91411 | Attn: CEO or General Counsel P: 818-698-8262 accounting@floqast.com | Services | | | | **$3,125.00** |
| 14 | **CCH Incorporated** Attn: CEO or General Counsel PO Box 4307 Carol Stream, IL 60197 | c/o Wolters Kluwer P: 800-739-9998; 800-449-6439 F: 888-777-3709; 773-866-3815 cch-ar@wolterskluwer.com | Services | | | | **$3,000.00** |
| 15 | **William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969** c/o Julia Sterling 98 Imperial Ave Westport, CT 06880 | Attn: Lee Saveliff poley@optonline.net | Rent | | | | **$1,016.67** |
| 16 | **Hartman Income REIT Management** 11811 North Freeway, Ste 160 Houston, TX 77060 | Attn: Sara Lynn O'Dell P: 281-591-4711 F: 713-973-8912 sodell@hi-reit.com | Rent | | | | **$531.63** |
| 17 | **Lisa Khoury, et al.** Attn: Derek H. Potts, J. Ryan Fowler, Batami Baskin 3737 Buffalo Speedway, Suite 1900 Houston, TX 77098 | c/o Potts Law Firm, LLP P: 713-963-8881 F: 713-583-5388 dpotts@potts-law.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unknown** |
| 18 | **Public Utility Commission of Texas** 1701 N. Congress PO Box 13326 Austin, TX 78711-3326 | Attn: David Hoard P: 512-936-7144; 512-936-7285 F: 512-936-7003; 512-936-7208 david.hoard@puc.texas.gov | Regulatory Related | Contingent, Unliquidated, Disputed | | | **Unknown** |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | **The State of Texas**<br>112 E. Pecan Street, Suite 735<br>San Antonio, TX 78205<br><br>808 Travis Street, Suite 1520<br>Houston, TX 77002 | Attn: Ken Paxton, Valeria Sartorio & Steven Robinson<br>P: 210-270-1110<br>F: 210-225-1075<br>steven.robinson@oag.texas.gov; valeria.sartorio@oag.texas.gov<br><br>Attn: Rick Berlin & Dan Zwart<br>P: 713-223-5886<br>F: 713-223-5821<br>rick.berlin@oag.texas.gov; william.carpenter@oag.texas.gov; dan.zwart@oag.texas.gov | Litigation | Contingent, Unliquidated, Disputed | | | **Unknown** |
| 20 | **REMAINDER OF PAGE INTENTIONALLY LEFT BLANK** | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name __Griddy Energy LLC_____

United States Bankruptcy Court for the: __Southern_____ District of __Texas____
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration __Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/15/2021__                    ✘ __/s/ Roop Bhullar_____
MM / DD / YYYY                                   Signature of individual signing on behalf of debtor

__Roop Bhullar_____
Printed name

__Chief Financial Officer_____
Position or relationship to debtor

Official Form 202               **Declaration Under Penalty of Perjury for Non-Individual Debtors**