**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF DESIGNATION AS**
**COMPLEX CHAPTER 11 BANKRUPTCY CASE**

The debtor and debtor in possession in the above-captioned case (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code on March 15, 2021. The Debtor believes that the chapter 11 case qualifies as complex chapter 11 bankruptcy case because:

      X      The Debtors' total debt exceeds $10 million;

      X      There are more than 50 parties in interest in these chapter 11 cases;

      __      Certain debt claims against the Debtors are publicly traded; and

      __      Equity interests in the Debtors are publicly traded.

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

Dated: March 15, 2021
      Houston, Texas

    Respectfully submitted,

    **BAKER BOTTS L.L.P.**

    By: */s/ David R. Eastlake*
    David R. Eastlake
    Texas Bar No. 24074165
    *David.Eastlake@bakerbotts.com*
    910 Louisiana Street
    Houston, Texas 77002-4995
    Telephone: (713) 229-1234
    Facsimile: (713) 229-1522

    – and –

    Robin Spigel (*pro hac vice* admission pending)
    *Robin.Spigel@bakerbotts.com*
    Chris Newcomb (*pro hac vice* admission pending)
    *Chris.Newcomb@bakerbotts.com*
    30 Rockefeller Plaza
    New York, New York 10012-4498
    Telephone: (212) 408-2500
    Facsimile: (212) 259-2501

    **PROPOSED COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**