**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GRIDDY ENERGY LLC,[2] | ) Case No. 21-30923 (MI) |
| | ) |
| Debtor. | ) **Re. Docket No.** ____ |
| | ) |

**ORDER GRANTING COMPLEX**
**CHAPTER 11 BANKRUPTCY CASE TREATMENT**

This case was filed on March 15, 2021. A Notice of Designation as Complex Chapter 11 Case was filed. Based on its review of the initial pleadings, the Court concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court orders:

1. The Procedures for Complex Cases in the Southern District of Texas apply to this case. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtor must give notice of this Order to all parties in interest within seven days. If a party-in-interest objects to the provisions of this Order, that party may file an appropriate motion within 14 days after service of the Order.

3. The Bankruptcy Local Rules apply to this case, subject to the following modifications:

   a. Bankruptcy Local Rule 1001-1(b) does not apply.

   b. Local District Court Civil Rule 83.1 applies.

   c. Appendix A to the Local Rules of the District Court applies.

   d. If a conflict exists between the Bankruptcy Local Rules and the Procedures for Complex Cases in the Southern District of Texas, the Procedures for Complex Cases in the Southern District of Texas govern.

Dated: _____, 2021
      Houston, Texas

                                            United States Bankruptcy Judge

---

[2] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.