**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| **Griddy Energy LLC** | § | **Chapter 11** |
| | § | |
| **Debtor** | § | **Case No. 21-30923 (S.D. Tex. Bankr.)** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |
| **Lisa Khoury, Individually and on Behalf of All Others Similarly Situated** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. _____** |
| | § | |
| **Griddy Energy LLC And Griddy Holdings LLC** | § | |
| | § | |
| | § | |
| **Defendants** | § | |
| | § | |
| | § | |

## Index of Matters Being Filed

| EXHIBIT | DOCUMENT |
|---|---|
| A | Docket to Case No. 2021-10004 |
| 1 | Plaintiffs' Original Class Action Petition and Exhibits A-E, filed February 22, 2021 |
| 2 | Request for Issuance of Service, filed February 22, 2021 |
| 3 | Affidavit for Return of Service, filed February 26, 2021 |
| 4 | Plaintiffs' First Amended Class Action Petition and Exhibits A-E, filed March 2, 2021 |
| 5 | Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction, filed March 8, 2021 |
| 6 | Plaintiffs' Notice of Appearance, filed March 8, 2021 |
| 7 | Notice of Hearing, filed March 8, 2021 |

| 8 | Letter to the Court, filed March 9, 2021 |
| 9 | Letter to the Court, filed March 9, 2021 |
| 10 | Affidavit of Notice (Short Form), Notice of Hearing – Griddy Holdings LLC, filed March 12, 2021 |
| 11 | Affidavit of Notice (Short Form), Plaintiffs Application for Temporary Restraining Order and Preliminary Injunction – Griddy Holdings LLC, filed March 12, 2021 |
| 12 | Affidavit of Citation – Non-Resident, Plaintiffs First Amended Class Action Petition – Griddy Holdings LLC, filed March 12, 2021 |
| 13 | Affidavit of Notice (Short Form), Notice of Hearing – Griddy Energy LLC, filed March 12, 2021 |
| 14 | Affidavit of Notice (Short Form), Plaintiffs Application for Temporary Restraining Order and Preliminary Injunction – Griddy Energy LLC, filed March 12, 2021 |
| 15 | Affidavit of Citation – Griddy Energy LLC, filed March 12, 2021 |
| 16 | Griddy Energy LLC's Suggestion of Bankruptcy and Notice of Bankruptcy Stay, filed March 15, 2021 |