# Exhibit A

| HCDistrictclerk.com | KHOURY, LISA (INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY vs. GRIDDY ENERGY LLC | 3/15/2021 |
|---|---|---|
| | Cause: 202110004    CDI: 7    Court: 133 | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 94782232 | Citation-Non Resident | | 03/12/2021 | 2 |
| 94782233 | Citation | | 03/12/2021 | 2 |
| 94782235 | Citation | | 03/12/2021 | 2 |
| 94789986 | Citation Return re: Griddy Energy LLC | | 03/12/2021 | 3 |
| 94789988 | Notice (Short Form) re: Griddy Energy | | 03/12/2021 | 3 |
| 94789989 | Notice (Short Form) re: Griddy Energy LLC | | 03/12/2021 | 3 |
| 94720975 | Filing Letter | | 03/09/2021 | 1 |
| 94741051 | Letter to Clerk-Citation Request | | 03/09/2021 | 1 |
| 94697779 | Plaintiffs Application for Temporary Restraining Order and Preliminary Injunction - GRIDDY | | 03/08/2021 | 9 |
| ·> 94697782 | Declaration of Derek H. Potts | | 03/08/2021 | 1 |
| ·> 94697780 | Order (Proposed) | | 03/08/2021 | 4 |
| 94700230 | Plaintiffs Notice of Appearance | | 03/08/2021 | 2 |
| 94710808 | Notice of Hearing | | 03/08/2021 | 2 |
| 94601340 | Plaintiffs First Amended Class Action Petition | | 03/02/2021 | 23 |
| | Plaintiffs First Amended Class Action Petition | | 03/02/2021 | |
| ·> 94601341 | Exhibit A, Texas Disaster | | 03/02/2021 | 2 |
| | Exhibit A, Texas Disaster | | 03/02/2021 | |
| ·> 94601343 | Exhibit B, Enrollment Information | | 03/02/2021 | 6 |
| | Exhibit B, Enrollment Information | | 03/02/2021 | |
| ·> 94601344 | Exhibit C, Previous Billing | | 03/02/2021 | 3 |
| | Exhibit C, Previous Billing | | 03/02/2021 | |
| ·> 94601345 | Exhibit D, Current Bills | | 03/02/2021 | 7 |
| | Exhibit D, Current Bills | | 03/02/2021 | |
| ·> 94601346 | Exhibit E, Bank Statements | | 03/02/2021 | 5 |
| | Exhibit E, Bank Statements | | 03/02/2021 | |
| 94601340 | Plaintiffs First Amended Class Action Petition | | 03/02/2021 | 23 |
| ·> 94601341 | Exhibit A, Texas Disaster | | 03/02/2021 | 2 |
| ·> 94601343 | Exhibit B, Enrollment Information | | 03/02/2021 | 6 |
| ·> 94601344 | Exhibit C, Previous Billing | | 03/02/2021 | 3 |
| ·> 94601345 | Exhibit D, Current Bills | | 03/02/2021 | 7 |
| ·> 94601346 | Exhibit E, Bank Statements | | 03/02/2021 | 5 |
| 94550653 | Citation Return re:Griddy Energy LLC | | 02/26/2021 | 3 |
| 94471673 | PLAINTIFF'S ORIGINAL CLASS ACTION PETITION | | 02/22/2021 | 17 |
| ·> 94471675 | Exhibit A | | 02/22/2021 | 2 |
| ·> 94471677 | Exhibit B | | 02/22/2021 | 6 |
| ·> 94471678 | Exhibit C | | 02/22/2021 | 3 |
| ·> 94471679 | Exhibit D | | 02/22/2021 | 5 |
| ·> 94471680 | Exhibit E | | 02/22/2021 | 5 |
| ·> 94471681 | Request for Issuance of Service | | 02/22/2021 | 1 |