**Exhibit B**

**Taxing Authorities List**

| Authority | Type of Tax | Address |
|---|---|---|
| Texas Comptroller of Public Accounts | Sales & Use Tax | Texas Comptroller of Public Accounts<br>Lyndon B. Johnson State Office Building<br>111 East 17th Street<br>Austin, TX 78744 |
| Texas Comptroller of Public Accounts | Gross Receipts Tax | |
| Texas Comptroller of Public Accounts | Franchise Tax | |