UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) ) ) | Case No. 21-30923(MI) |
| Debtor. | ) ) ) |  |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for Macquarie Investments US Inc. ("Macquarie Investments") and Macquarie Energy LLC ("Macquarie Energy") (collectively referred to herein as "Macquarie") in the above-captioned chapter 11 case pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case, be transmitted to:

Kelli S. Norfleet
Arsalan Muhammad
Haynes and Boone, LLP
1221 McKinney Street, Suite 4000
Houston, TX 77010
Phone: (713) 547-2000
Facsimile: (713) 547-2600
Email: kelli.norfleet@haynesboone.com
Email: arsalan.muhammad@haynesboone.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Macquarie to (a) have final orders in non-core matters entered only after de novo review by a District Court Judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: March 15, 2021                    Respectfully submitted,

**HAYNES AND BOONE, LLP**

By: */s/ Kelli S. Norfleet*
Kelli S. Norfleet
Texas State Bar No. 24070678
Arsalan Muhammad
Texas State Bar No. 24074771
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Email: kelli.norfleet@haynesboone.com
Email: arsalan.muhammad@haynesboone.com

**COUNSEL FOR
MACQUARIE INVESTMENTS US INC.
AND MACQUARIE ENERGY LLC**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on March 15, 2021.

                                          */s/Kelli S. Norfleet*
                                          Kelli S. Norfleet