**<u>Exhibit C</u>**

**The Account List**

| Bank | Account Holder | Account Number | Account |
|---|---|---|---|
| JPMorgan Chase Bank | Griddy Energy LLC | xxxx0139 | Operating Account |
| JPMorgan Chase Bank | Griddy Energy LLC | xxxx2375 | Revenue Account |
| JPMorgan Chase Bank | Griddy Energy LLC | xxxx0675 | Segregated Account |