## **Exhibit C**

## **Initial Budget**

| GRIDDY ENERGY LLC<br>**3 WEEK CASH BUDGET**<br>*Figures in US$* | *3 week total* | Week Ending<br>**3/19/2021** | Week Ending<br>**3/26/2021** | Week Ending<br>**4/2/2021** |
|---|---:|---:|---:|---:|
| **Opening Cash Balances** | **5,688,484** | **5,688,484** | **5,681,844** | **5,559,715** |
| Payments to Secured Creditor | (25,449) | - | (18,483) | (6,966) |
| Payroll Expenses | (101,563) | (1,519) | (98,525) | (1,519) |
| Ordinary Course Expenses | (15,362) | (5,121) | (5,121) | (5,121) |
| **Closing Cash Balances** | **5,546,109** | **5,681,844** | **5,559,715** | **5,546,109** |
| *Less*: **Restricted Cash in Revenue Account** | | 2,689,750 | 2,671,267 | 2,664,301 |
| **Total Unrestricted Cash Balances** | | **2,992,094** | **2,888,448** | **2,881,808** |