**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF ELECTRONIC FIRST DAY HEARING

**PLEASE TAKE NOTICE** that on March 15, 2021 (the "Commencement Date"), the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

**PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled for **March 16, 2021 at 11:00 a.m. (prevailing Central Time)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 404, Houston, Texas 77002, to consider the relief requested in the following pleadings (the "First Day Pleadings"):

1. Debtor's Emergency Application for Entry of an Order (i) Authorizing the Retention and Appointment of Stretto as Claims, Noticing and Solicitation Agent and (ii) Granting Related Relief [Docket No. 8];

2. Debtor's Emergency Motion for Entry of an Order Authorizing (i) the Debtor to Pay Certain Prepetition Taxes and Related Obligations and (ii) Authorizing Financial Institutions to Receive, Process, Honor and Pay All Checks Presented for Payment and to Honor All Funds Transfer Requests Related to Such Obligations [Docket No. 9];

3. Debtor's Emergency Motion Emergency Motion for Entry of Interim and Final Orders (i) Authorizing the Debtor to (a) Continue Operating Its Cash Management System, (b) Honor Certain Prepetition Obligations, (c) Maintain

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

      Existing Bank Accounts and Business Forms, and (d) Continue Certain Intercompany Transactions; and (ii) Granting Related Relief [Docket No. 12];

4. Debtor's Emergency Motion for Entry of an Order (i) Authorizing, But Not Directing, the Debtor to (a) Pay Prepetition Employee Obligations and (b) Continue Certain Employee Benefit Programs; and (ii) Granting Related Relief [Docket No. 13];

5. Debtor's Emergency Motion for Entry of an Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (II) Establishing Amended Schedules Bar Date; (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests; (IV) Approving Notice of Bar Dates; and (V) Granting Related Relief [Docket No. 16];

6. Debtor's Emergency Motion for Entry of an Final and Interim Orders: (I) Authorizing the Debtor to Redact Certain Personally Identifiable Information for Individual Creditors; (II) Approving the Form and Manner of Notifying Creditors of the Commencement of this Chapter 11 Case and Other Information; (III) Authorizing Electronic Notice of Former Customers; and (IV) Granting Related Relief [Docket No. 17]; and

7. Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 18].

      **PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Isgur Under "Electronic Appearance" select "Click here to submit Electronic Appearance". Select the case name, complete the required fields and click "Submit" to complete your appearance.

P**LEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtor' proposed claims and noticing agent at http://cases.stretto.com/Griddy.

*[The Remainder of this Page is Intentionally Blank]*

Dated: March 15, 2021
Houston, Texas

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ David Eastlake*
David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

– and –

Robin Spigel (*pro hac vice* admission pending)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (*pro hac vice* admission pending)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

**PROPOSED COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**

## Certificate of Service

I certify that on March 15, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ David Eastlake*
                                                David R. Eastlake