## Exhibit B

## Unaudited Liquidation Analysis

**[To be filed.]**