UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DECLARATION CONCERNING LIST OF CREDITORS AND CREDITOR MATRIX

I, Roop Bhullar, the Chief Financial Officer of the above-captioned debtor (the "Debtor"), declare under penalty of perjury that I have reviewed the list of creditors of the Debtor submitted herewith (the "List of Creditors").  I have examined the List of Creditors and I have a reasonable belief that the information is true and correct to the best of my knowledge.

The information contained in the List of Creditors is based on a review of the Debtor's books and records; the Debtor has not performed a comprehensive legal or factual investigation with regard to possible defenses to any claims of the potential claimants included in the List of Creditors.  In addition, certain of the entities included in the List of Creditors may not hold outstanding claims as of the date hereof, and thus may not be creditors of the Debtor for purposes of the chapter 11 case, but are included herein for notice purposes out of an abundance of caution. Therefore, the List of Creditors does not, and should not, be deemed to constitute (i) an acknowledgement that any person or entity listed currently holds a claim against the Debtor; (ii) an acknowledgement of the allowability, in whole or in part, of any claim asserted by any person or entity listed; or (iii) a waiver of any right or legal position of the Debtor.

Date: March 15, 2021                                                                 **Griddy Energy LLC**

                                                             By:      /s/ Roop Bhullar
                                                             Name: Roop Bhullar
                                                              Title:   Chief Financial Officer

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.



## Creditor Matrix
as of March 15, 2021

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 4imprint | | 101 Commerce St | | | Oshkosh | WI | 54901 | |
| Adam B Siegel | | Address on File | | | | | | |
| AdEspresso | | 185 Channel Street | | | San Francisco | CA | 94158 | |
| AdNet Advertising Agency | | 1935 76th Street | Suite #03 | | East Elmhust | NY | 11370 | |
| Adobe Acropro | | 801 N 34th St | | | Seattle | WA | 98103 | |
| AEP Texas Central Company | | 2901 E Mockingbird Ln | | | Victoria | TX | 77904 | |
| AEP Texas Inc. | Attn: Mark Hunt | 910 Energy Drive | | | Abilene | TX | 79602- | |
| AEP Texas Inc. d/b/a AEP Texas | | PO Box 2121 | | | Corpus Christi | TX | 78403 | |
| AEP Texas North Company | | 1 Riverside Plaza | | | Columbus | OH | 43215 | |
| Agency of Credit | | 2014 S Pontiac Way | | | Denver | CO | 80224- | |
| Alejandro Hernandez | | Address on File | | | | | | |
| Alex Liu | | Address on File | | | | | | |
| Allen Matkins | | Address on File | | | | | | |
| Allysa Marie Orlanes | | Address on File | | | | | | |
| Alpha Employment Solutions | Attn: Penny Vita-Finzi | 580 Woodland Ave | | | Burlington | ON | L7R 2S5 | Canada |
| Amazon Web Services | Attn: CEO or General Counsel | 12900 Worldgate Dr | | | Herndon | VA | 20170 | |
| American Express | Attn: CEO or General Counsel | World Financial Center | 200 Vesey St | | New York | NY | 10285 | |
| Anthony Brown | | Address on File | | | | | | |
| Anthony Brown | | Address on File | | | | | | |
| Anthony C Wills | | Address on File | | | | | | |
| Anthony Douglas Brown | | Address on File | | | | | | |
| Anthony Sandoval-Guzman | | Address on File | | | | | | |
| Anwar Rohan | | Address on File | | | | | | |
| AON Risk Services | | 3440 Flair Dr | | | El Monte | CA | 91731 | |
| Aon Risk Services Central Inc (FSG MM CHI) | Attn: Brandon C. Sallis | 200 E Randolph Fl 11 | | | Chicago | IL | 60601-0000 | |
| Aon Risk Services Southwest Inc | Attn: Ricky Wong | 5555 San Felipe Suite 1500 | | | Houston | TX | 77056 | |
| Artisan Creative, Inc. | | 1830 S. Stoner Ave, #6 | | | Los Angeles | CA | 90025 | |
| ASPE Training | | c/o Cprime Learning | 107 S B Street, Suite 200 | | San Mateo | CA | 94401 | |
| Atlassian | | 350 Bush Street, Ste 1300 | | | San Francisco | CA | 94104 | |
| ATT Stadium Suites | | 1 AT&T Way | | | Arlington | TX | 76011 | |
| AXIS Insurance Company | | 111 South Wacker Drive, Suite 3500 | | | Chicago | IL | 60606 | |
| Backpack Marketing | | 638 N 400 W Ste. F | | | Centerville | UT | 84014 | |
| Banner Buzz | | 595 Old Norcross Road, Suite G | | | Lawrenceville | GA | 30046 | |
| Bardia Keyvani | | Address on File | | | | | | |
| BDO USA, LLP | | 330 North Wabash Ave | | | Chicago | IL | 60611 | |
| Beckerman Group Inc | | c/o Antenna Group, Inc. | One University Plaza, Suite 605 | | Hackensack | NJ | 07601 | |
| Benjamin Isani Evans | | Address on File | | | | | | |
| Bevan, Mosca & Giuditta, P.C. | | 222 Mount Airy Road | Suite 200 | | Basking Ridge | NJ | 07920 | |
| Big 10 Inc | | 149 S Barrington Ave #812 | | | Los Angeles | CA | 90049 | |
| Bill.com | | 1810 Embarcadero Rd | | | Palo Alto | CA | 94303 | |
| Bill.com | | 6220 America Center Drive, Suite 100 | | | San Jose | CA | 95002 | |
| Bohemian Coding | c/o Sketch | Flight Forum 40 | | | Eindhoven | DB | 5657 | The Netherlands |
| Boto Design Architects, Inc. | | 11602 Exposition Boulevard+D2 | | | Los Angeles | CA | 90064 | |
| Brent Hawkins | | Address on File | | | | | | |
| Brian Chun | | Address on File | | | | | | |
| Bugsee Inc | | 5205 Prospect Rd | Ste 135-130 | | San Jose | CA | 95129 | |
| Bunnelli, LLC | Attn: Emily Bunnell | 123 Cedar St | | | Sayre | PA | 18840 | |
| Business Wire, Inc | | PO Box 39000 | | | San Francisco | CA | 94139 | |
| C&S Sales Brand Promotions | | 12947 Chadron Avenue | | | Hawthorne | CA | 90250 | |
| Cadre, Inc | | 11777 San Vicente Boulevard | | | Los Angeles | CA | 90049 | |
| Callfire.Com | | 1410 2Nd St Ste 200 | | | Santa Monica | CA | 90401 | |
| Career Strategies Temporary Inc. | | 719 North Victory Boulevard | | | Burbank | CA | 91502 | |
| Catherine Zhang | | Address on File | | | | | | |
| CCH Incorporated | c/o Wolters Kluwer | Attn: CEO or General Counsel | PO Box 4307 | | Carol Stream | IL | 60197 | |



**Creditor Matrix**
as of March 15, 2021

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CenterPoint Energy Houston Electric, LLC | c/o Competitive Retailer Relations | PO Box 1700 | | | Houston | TX | 77251- | |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | | Houston | TX | 77002 | |
| Charles Huppert | c/o Burnett Law Firm | Attn: Riley Burnett, Jr. | 3737 Buffalo Speedway, 18th Floor | | Houston | TX | 77089 | |
| Charles Huppert | c/o The Potts Law Firm, LLP | Attn: Derek H. Potts, J. Ryan Fowler, Batami Baskin | 3737 Buffalo Speedway, Suite 1900 | | Houston | TX | 77098 | |
| Christian McArthur | | Address on File | | | | | | |
| Chubb Group of Insurance Companies | | 202B Hall's Mill Road | | | Whitehouse Station | NJ | 08889 | |
| Chubb Group of Insurance Companies | | 82 Hopmeadow Street | PO Box 2002 | | Simsbury | CT | 06070- | |
| Cisco Systems Capital CRP | | PO Box 41602 | | | Philadelphia | PA | 19101- | |
| Clear Channel Outdoor | | PO Box 847247 | | | Dallas | TX | 75284- | |
| Cloudbees, Inc. | | 16192 Coastal Highway | | | Lewes | DE | 19958 | |
| Coastal Software & Consulting Inc | | 9320 NE Vancouver Mall Dr # 103 | | | Vancouver | WA | 98662- | |
| Cocentric Energy Advisors | | 293 Boston Post Rd W, Ste 500 | | | Marlborough | MA | 01752 | |
| Codeship | | Flemingstraat 12 | | | Hengelo, Overijssel | BN | 7555 | The Netherlands |
| Cognitive Energy LLC | | 75 Glen Road Suite 200 | | | Newton | CT | 06482 | |
| Corporation Service Company | | PO Box 13397 | | | Philadelphia | PA | 19101- | |
| Coveralls | | 1645 Abbot Kinney Blvd, Suite 203 | | | Venice | CA | 90291 | |
| Crestline Solutions, LLC | Attn: Reed Clay | 401 W. 15th Street, Suite 870 | | | Austin | TX | 78701 | |
| CSC (Corporation Service Company) | | 251 Little Falls Dr | | | Wilmington | DE | 19808 | |
| CT Corporation Staffing, Inc. | Attn: Steven P. Zimmer | Corporation Trust Center | 1209 Orange | | Wilmington | DE | 19801 | |
| Custom Ink LLC | | 2910 District Ave | | | Fairfax | VA | 22031- | |
| Cyntekk Solutions, Inc. | | 4300 Promenade Way #322 | | | Marina Del Rey | CA | 90292 | |
| Cynthia Lemus | | Address on File | | | | | | |
| Cypress Capital Ventures LLC | | 13603 Lakehills View Cir | | | Cypress | TX | 77429- | |
| D&AD | | 64 Cheshire Street | | | London | | E2 6EH | United |
| Daniel Hezekiah Bereal | | Address on File | | | | | | |
| Dark Sky Api | | Corporation Trust Center | 1209 Orange St | | Wilmington | DE | 19801 | |
| Datadog, Inc. | | 620 8th Ave, 45th Floor | | | New York | NY | 10018 | |
| David Robert Cass | | Address on File | | | | | | |
| Davis Wayne Peden | | Address on File | | | | | | |
| Dee Zunker Photography | | 4537 Maple Street | | | Bellaire | TX | 77401 | |
| Demetrius Wilson | | Address on File | | | | | | |
| Denise Garcia | | Address on File | | | | | | |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Digital Ocean | | 101 6th Ave | | | New York | NY | 10013 | |
| Digitalocean.Com | | 101 Ave of the Americas, 10th Floor | | | New York | NY | 10013 | |
| Direct Promotionals | | 100 Capitola Dr, Suite 100 | | | Durham | NC | 27713 | |
| Docusign | | 999 3Rd Ave, Ste 1700 | | | Seattle | WA | 98103 | |
| Dudley Newman Feuerzeig LLP | | 1000 Fredericksburg Gade | | | St. Thomas | VI | 00802 | |
| EDF Trading North America, LLC | Attn: General Counsel and Contract Administration | 601 Travis, Suite 1700 | | | Houston | TX | 77002 | |
| Eduardo Brasao Da Fonseca | | Address on File | | | | | | |
| Education Alliance, LLC | | 4400 N. Federal Hwy | Suite 210 - 27 | | Boca Raton | FL | 33431 | |
| Electric Reliability Council of Texas (ERCOT) | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | | Austin | TX | 78744 | |
| Elegantthemes.Com | | 584 Castro Street #123 | | | San Francisco | CA | 94114 | |
| Elmer Evangelista | | Address on File | | | | | | |
| Emily Jane Cipes | | Address on File | | | | | | |
| Emily Michael | | Address on File | | | | | | |
| Employment Development Department | | PO Box 989061 | | | West Sacramento | CA | 95798- | |
| Encompass Parts | | 96 Mowat Ave | | | Toronto | ON | M4K 3K1 | Canada |
| Energy Services Group, LLC | Attn: CEO or General Counsel | 141 Longwater Dr, Ste 113 | | | Norwell | MA | 02061 | |
| ERCOT | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | | Austin | TX | 78744 | |



## Creditor Matrix
as of March 15, 2021

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Eric Lerun Shen | | Address on File | | | | | | |
| Eric Todd Williams | | Address on File | | | | | | |
| ERisk Services, LLC | Attn: Haley Epstine, RT Specialty - IL | 500 West Monroe Street, 30th Floor | | | Chicago | IL | 60661 | |
| ERisk Services, LLC | Attn: Haley Epstine, RT Specialty - IL | Northwest Professional Center | 227 US Hwy 206, Suite 302 | | Flanders | NJ | 07836-9174 | |
| Experient | | c/o Maritz Global Events | 1395 North Highway Drive | | St. Louis | MO | 63099 | |
| Fabric Staffing, LLC | | 11400 W Olympic Blvd | Suite 200 | | Los Angeles | CA | 90064 | |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025- | |
| FastSpring | | 801 Garden St #201 | | | Santa Barbara | CA | 93101 | |
| Federal Energy Regulatory Commission (FERC) | | 888 First Street, NE | | | Washington | DC | 20426 | |
| Feller Law Group, PLLC | | 159 20th Street, Suite 1B Brooklyn | | | Brooklyn | NY | 11232 | |
| Fernelius Simon Mace Robertson Perdue PLLC | | 4119 Montrose Blvd, Unit 500 | | | Houston | TX | 77006 | |
| Figma | | 116 New Montgomery Street, Suite 400 | | | San Francisco | CA | 94105 | |
| Fiverr | | 8 Eliezer Kaplin St | | | Tel Aviv | | 6473409 | Israel |
| FloQast, Inc. | Attn: CEO or General Counsel | 14721 Califa St | | | Sherman Oaks | CA | 91411 | |
| Flydata | | 21750 Hardy Oak Blvd Ste 104 Pmb 96350 | | | San Antonio | TX | 78258 | |
| Frazee Valuation & Forensic Consulting | Attn: Tom Frazee | 5137 Aintree Road | | | Rochester | MI | 48306 | |
| Fully Functional Technology | | 527 East Lemon Avenue | | | Monrovia | CA | 91016 | |
| Garcia Analytics, LLC | | 11044 Ophir Dr, PHD | | | Los Angeles | CA | 90024 | |
| Garth Eric Boyst | | Address on File | | | | | | |
| Genscape | | PO Box 417749 | | | Boston | MA | 02241-774 | |
| Genscape - Griddy | | PO Box 417749 | | | Boston | MA | 02241- | |
| Github | | 275 Brannan Street | | | San Francisco | CA | 94107 | |
| Global Experience Specialists | | 7000 S Lindell Rd | | | Las Vegas | NV | 89118 | |
| Godaddy.Com | | 14455 N Hayden Rd | | | Scottsdale | AZ | 85260- | |
| GoGORILLA Media | | 25 Broadway 10th Floor | | | New York | NY | 10004 | |
| Good Counsel Legal Services, LLC | Attn: Barbara Clay | 111 Farms Road | | | Stamford | CT | 06903 | |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountainview | CA | 94043 | |
| Gow Media, LLC | | 5353 W Alabama | Suite 415 | | Houston | TX | 77056 | |
| Greater Houston Builders Association | | 9511 West Sam Houston Pkwy N | | | Houston | TX | 77064 | |
| Greenehurlocker PLC | | 4908 Monument Avenue | Ste 200 | | Richmond | VA | 23230 | |
| Greff Video | | 1107 S Fair Oaks Ave #846 | | | South Pasadena | CA | 91030 | |
| Gregory Lawrence Craig | | Address on File | | | | | | |
| Gregory Mikeral Bean | | Address on File | | | | | | |
| Griddy Technologies LLC | | 30 Post Rd E 2nd floor | | | West Port | CT | 06880 | |
| Halo Branded Solutions | | 3182 Momentum Place | | | Chicago | IL | 60689- | |
| Hartford Casualty Insurance Company | | One Hartford Plaza | | | Hartford | CT | 06155 | |
| Hartford Fire Insurance Company | | One Hartford Plaza | | | Hartford | CT | 06155 | |
| Hartman Income REIT Management | Attn: Sara Lynn O'Dell | 11811 North Freeway, Ste 160 | | | Houston | TX | 77060 | |
| Hartman SPE LLC | Attn: Thomas Emde | Lockbox Services - 207743 | 2975 Regent Blvd | | Irving | TX | 75063 | |
| Hartman SPE LLC | Attn: Thomas Emde | PO Box 207743 | | | Dallas | TX | 75320- | |
| Hartman SPE LLC | | 11811 North Freeway, Ste. 160 | | | Houston | TX | 77060 | |
| Hawke McKeon & Sniscak LLP | | 100 North Tenth Street | | | Harrisburg | PA | 17101 | |
| Hippo Reads LLC | | 201 Santa Monica Blvd. Suite 500 | | | Santa Monica | CA | 90401 | |
| Honeywell | | 300 S Tryon St Suite 500 | | | Charlotte | NC | 28202 | |
| Hotjar Ltd | | Dragonara Business Centre | 5Th Floor, Dragonara Road | | St Julian'S | STJ | 3141 | Malta |
| Ian Joyce | | Address on File | | | | | | |
| ICE US OTC Commodity Markets LLC | | PO Box 935278 | | | Atlanta | GA | 31193 | |
| Icon Media Group LLC | | 2021 21st Avenue South | | | Nashville | TN | 37212 | |
| IFTTT, Inc. | | 923 Market St, Ste 400 | | | San Francisco | CA | 94103 | |
| Impact Group | | Banner Bank | 950 W Bannock St #500 | | Boise | ID | 83702 | |
| Incorp Services, Inc | | 3773 Howard Hughes Pkwy | Ste 500-S | | Las Vegas | NV | 89169 | |
| Indeed | | 177 Broad Street, Sixth Floor | | | Stamford | CT | 06901 | |



### Creditor Matrix
as of March 15, 2021

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Influxdata | | 799 Market Street, Suite 400 | | | San Francisco | CA | 94103 | |
| Inkhead, Inc | | 138 Park Ave, Suite 300 | | | Womfrt | GA | 30680- | |
| Insperity | | 20329 TX-249 Suite 301 | | | Houston | TX | 77070 | |
| Integrate | | 1702 Taylor, Ste 200 | | | Houston | TX | 77007 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | | Philadelphia | PA | 19104- | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101- | |
| Internal Revenue Service | Houston Division | 1919 Smith Street | | | Houston | TX | 77002 | |
| Internal Revenue Service | | Department of Treasury | | | Ogden | UT | 84201- | |
| Intralinks | | 150 East 42nd Street | | | New York | NY | 10017 | |
| Intuit *Quickbooks | | 2700 Coast Ave | | | Mountain View | CA | 94043- | |
| Invision | | 41 Madison Sq Park | | | New York | NY | 10010 | |
| Invision App | | 41 Madison Ave, Flr 25 | | | New York | NY | 10010 | |
| Irma Rodriguez | | Address on File | | | | | | |
| Iterable, Inc | | 71 Stevenson Street, Ste. 300 | | | San Francisco | CA | 94105 | |
| Jabra | | 900 Chelmsford St | | | Lowell | MA | 01851 | |
| Jackson Walker LLP | | PO Box 130989 | | | Dallas | TX | 75313- | |
| Janel-Marie Lynn Hubbard | | Address on File | | | | | | |
| Jason Jon Huang | | Address on File | | | | | | |
| Javon Nehemiah Holt | | Address on File | | | | | | |
| Jennifer Christine Valentine | | Address on File | | | | | | |
| Jennifer Claire Fox | | Address on File | | | | | | |
| Jeremy Wood Zarowitz | | Address on File | | | | | | |
| Jillian Taylor Pennington | | Address on File | | | | | | |
| John Breitbart | | Address on File | | | | | | |
| John Russell Holman | | Address on File | | | | | | |
| Jordan Oakley | | Address on File | | | | | | |
| JPMorgan Chase Bank, N.A. | Attn: Elizabeth Nebergall | 2200 Ross Ave, 8th Floor | | | Dallas | TX | 75201 | |
| Junior Achievement of Southern California | | 6250 Forest Lawn Drive | | | Los Angeles | CA | 90068 | |
| Kabir Shukla | | Address on File | | | | | | |
| Kapwing | | 1762 Dolores Street | | | San Francisco | CA | 94110 | |
| Karam Debly | | Address on File | | | | | | |
| Kastle Systems of Los Angeles PSP | | PO Box 75177 | | | Baltimore | MD | 21275 | |
| Kavinsan Thavanesan | | Address on File | | | | | | |
| KD Kanopy Inc | | 1921 E 68th Ave | | | Denver | CO | 80229 | |
| Kellerhals Ferguson Kroblin PLLC | Royal Palms Professional | Building 9053 Estate Thom | | | St Thomas | VI | 00802 | Virgin Islands (U.S.) |
| Kelly Lee Chan | | Address on File | | | | | | |
| Kera LaFerney | | Address on File | | | | | | |
| Kevin Bhuva | | Address on File | | | | | | |
| Kianna Marie Brandt | | Address on File | | | | | | |
| Kim Linh Vo | | Address on File | | | | | | |
| Kristina Marin | | Address on File | | | | | | |
| Ksenia Smith | | Address on File | | | | | | |
| KUBE | | 2401 Fountain View Drive, Ste 300 | | | Houston | TX | 77057 | |
| Kuldeep Dhillon | | Address on File | | | | | | |
| Kuljeet Kaur Khaira | | Address on File | | | | | | |
| Lane Rockoff | | Address on File | | | | | | |
| Lastpass.com | | 320 Summer St | | | Boston | MA | 02210 | |
| Lauren Marie Valdes | | Address on File | | | | | | |
| Liberman Broadcasting, Inc. | | 3000 Bering Drive | | | Houston | TX | 77057 | |
| Lisa Khoury, et al. | c/o Potts Law Firm, LLP | Attn: Derek H. Potts, J. Ryan Fowler, Batami Baskin | 3737 Buffalo Speedway, Suite 1900 | | Houston | TX | 77098 | |
| Lockton Companies, LLC - Los Angeles | Attn: Vance Ulrich | 777 Figueroa St, 52nd Floor | | | Los Angeles | CA | 90017 | |
| Lockton Insurance Brokers | | Dept LA 23878 | | | Los Angeles | CA | 91185 | |
| Loggly | | 535 Mission St #2100 | | | San Francisco | CA | 94105 | |
| Loggly | | 7171 Southwest Parkway Building 400 | | | Austin | TX | 78735 | |
| Lucidchart | | 10355 S Jordan Gateway, Suite 150 | | | South Jordan | UT | 84095 | |



Creditor Matrix
as of March 15, 2021

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Luis Lopez | | Address on File | | | | | | |
| Macquarie Energy LLC | | One Allen Center | 500 Dallas Street, Suite 3300 | | Houston | TX | 77002 | |
| Macquarie Investments US Inc. | | 125 West 55th Street | Level 20 | | New York | NY | 10019 | |
| Macquarie Investments US Inc. & Macquarie Energy LLC | c/o Haynes and Boone LLP | Attn: Chad Mills | 1221 McKinney Street, Suite 4000 | | Houston | TX | 77010 | |
| Madison Millichamp | | Address on File | | | | | | |
| Maestro QA | | 41 E 11th St 11th Fl | | | New York | NY | 10003 | |
| MailChimp | | 675 Ponce De Leon Ave NE 500 | | | Atlanta | GA | 30308 | |
| Mariam Millichamp | | Address on File | | | | | | |
| Marilee Stewart | | Address on File | | | | | | |
| Marius Group LLC | | 717 North Highland Avenue #23 | | | Los Angeles | CA | 90038 | |
| Mark Joseph Stitz | | Address on File | | | | | | |
| Matthew Hayes | | Address on File | | | | | | |
| Max Saya Ninthara | | Address on File | | | | | | |
| Maximilian Law Inc | | 8939 South Sepulveda Blvd, Ste 233 | | | Los Angeles | CA | 90045 | |
| Melissa Muro | | Address on File | | | | | | |
| Meridian Business Centers | c/o WorkSuites | 555 Republic Drive. Suite 200 | | | Plano | TX | 75074 | |
| Meridian Business Centers - Southwest Partners, LP | c/o WorkSuites | 6060 N. Central Expressway, 5th Floor | | | Dallas | TX | 75206 | |
| Michael David Branconier | | Address on File | | | | | | |
| Michael Fallquist | | Address on File | | | | | | |
| Michael Phan Duong | | Address on File | | | | | | |
| Michael Vickowski | | Address on File | | | | | | |
| Microsoft | | 91 Main St | 8th Floor | | Dallas | TX | 75202 | |
| Microsoft Bing Ads | | 111 Wall Street | | | New York | NY | 10043 | |
| Miguel A. Huerta, PLLC | | 7500 Rialto Blvd, Suite 250 | | | Austin | TX | 78735 | |
| MiiR | | 1109 N 35th Unit b | | | Seattle | WA | 98103 | |
| Milbank LLP | | 55 Hudson Yards | | | New York | NY | 10001 | |
| Minuteman Press | | 61 Executive Blvd | | | Farmingdale | NY | 11735 | |
| Mixpanel | | One Front Street, 28th Floor | | | San Francisco | CA | 94111 | |
| Modern Postcard | | 1675 Faraday Avenue | | | Carlsbad | CA | 92008 | |
| Moo | | 2nd Fl 20 Farringdon Rd | | | London | | EC1M 3HE | United |
| Morgan Lynn Harvey | | Address on File | | | | | | |
| Morphologic, LLC | | 4519 South Park Lane | | | Spokane | WA | 99223 | |
| Motion Recruitment DBA Jobspring | | PO Box 845388 | | | Boston | MA | 02284- | |
| Motion Recruitment DBA Workbridge Associates | | PO Box 845388 | | | Boston | MA | 02284-5388 | |
| MOZ | | 1111 3rd Ave 17th Fl | | | Seattle | WA | 98101 | |
| Muhammad Humayoun | | Address on File | | | | | | |
| Muhammad Humayoun | | Address on File | | | | | | |
| National CineMedia, LLC | | PO Box 17491 | | | Denver | CO | 80217- | |
| Nest | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043 | |
| Nextdoor, Inc. | | 875 Stevenson Street, Ste 700 | | | San Francisco | CA | 94103 | |
| NFFC | | 1349 Empire Central Drive | Suite 900 | | Dallas | TX | 75247 | |
| Nick Bain | | Address on File | | | | | | |
| Notion Labs Inc | | 548 Market St #74567 | | | San Francisco | CA | 94104 | |
| O'Bryant Electric Inc. | | 9314 Eton Avenue | | | Chatsworth | CA | 91311 | |
| Office of the Attorney General | Attn: Rick Berlin & Charlene Gale | Consumer Protection Division | 808 Travis St., Ste 1520 | | Houston | TX | 77002 | |
| Office of The United States Trustee | Attn: Hector Duran, Jr. and Stephen Douglas Statham | 515 Rusk Street, Suite 3516 | | | Houston | TX | 77002 | |
| Omni Online | | 21250 Hawthorne Blvd #770 | | | Torrance | CA | 90503 | |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | | Dallas | TX | 75202 | |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | PO Box 4567 | | | Houston | TX | 77210- | |
| Onesky Localization | | 160 Robinson Road, #14-04 | Singapore Business Federation | | Singapore | | 068914 | Singapore |



## Creditor Matrix
as of March 15, 2021

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Onward Search, LLC | | PO Box #5063 | | | New York | NY | 10087 | |
| OpenJar Concepts, Inc. | | 27120 Avenida Del Oro | | | Temecula | CA | 92590 | |
| OpHeart | | 3653 Griggs Road | | | Houston | TX | 77021 | |
| Optimum | | 28 Cross St | | | Norwalk | CT | 06851- | |
| Oracle America, Inc | | 500 Oracle Pkwy | | | Redwood Shores | CA | 94065 | |
| Orrick | | Dept 34461 | PO Box 39000 | | San Francisco | CA | 94139 | |
| Otter.ai | | 5150 W El Camino Rd Ste A-22 | | | Los Altos | CA | 94022 | |
| Pablin Marin Jr | | Address on File | | | | | | |
| PagerDuty | | 600 Townsend St 125 | | | San Francisco | CA | 94103 | |
| Pagerduty, Inc. | | 600 Townsend St, Suite 200 | | | San Francisco | CA | 94103 | |
| Panda Express | | PO Box 1159 | | | Rosemead | CA | 91770 | |
| Paypal | | 3500 S Dupont Hwy | | | Dover | DE | 19901 | |
| Peijin Liu | | Address on File | | | | | | |
| Peijin Liu | | Address on File | | | | | | |
| Peter Joseph Gurka | | Address on File | | | | | | |
| Phil Santinoceto | | Address on File | | | | | | |
| Philip Rhie | | Address on File | | | | | | |
| Phillip Kang | | Address on File | | | | | | |
| Pixel Studio Productions | | 2403 Sunset Blvd | | | Houston | TX | 77005 | |
| PJM Interconnection | | 2750 Monroe Blvd | | | Norristown | PA | 19403 | |
| Playa Provisions | | 119 Culver Blvd | | | Playa Del Rey | CA | 90293 | |
| Postman | | 595 Market St | | | San Francisco | CA | 94105 | |
| PR Newswire | | 130 E Randolph Drive, 7th Floor | | | Chicago | IL | 60601 | |
| Prashanti Amar Naik | | Address on File | | | | | | |
| Pro Silver Star, Ltd | | One Cowboys Way | | | Frisco | TX | 75034 | |
| Propay | | 30 Post Road E | 2nd Floor | | Westport | CT | 06680 | |
| PSA Consulting, LLC | Attn: Paul Aronzon | 8786 N. Promontory Ridge Drive | | | Park City | UT | 84098 | |
| Public Utility Commission of Texas | Attn: David Hoard | 1701 N. Congress | PO Box 13326 | | Austin | TX | 78711- | |
| PushWoosh | | 1224 M St NW, Ste 101 | | | Washington | DC | 20005 | |
| Quora | | 650 Castro St #450 | | | Mountain View | CA | 94041 | |
| Reddit | | 1455 Market St | | | San Francisco | CA | 94103 | |
| Reviews.Io | C/O Wework | 400 Spectrum Center Drive | | | Irvine | CA | 92618 | |
| Right Networks, LLC | | 14 Hampshire Drive | | | Hudson | NH | 03051 | |
| RingCentral, Inc | | 20 Davis Dr | | | Belmont | CA | 94002 | |
| Riviera Partners | | 141 10th Street | | | San Francisco | CA | 94103 | |
| RLI Insurance Company | Attn: Commercial Surety | 9025 N. Lindbergh Dr. | | | Peoria | IL | 61615 | |
| RMCK Law Group, PLC | | 4141 N. Atlantic Blvd | Suite #2 | | Auburn Hills | MI | 48326 | |
| Roaming Hunger | | 8228 Sunset Blvd | | | West Hollywood | CA | 90046 | |
| Robert Half Finance & Accounting | | PO Box 743295 | | | Los Angeles | CA | 90074 | |
| Robert Half Legal | | PO Box 743295 | | | Los Angeles | CA | 90074- | |
| Ronald Edward Petty | | Address on File | | | | | | |
| Roop Bhullar | | Address on File | | | | | | |
| Rothbard | | 90 Post Rd E | | | Westport | CT | 06880 | |
| Runscope.Com | | 548 Market St #14137 | | | San Francisco | CA | 94104 | |
| RX-M Enterprises LLC | | 411 Walnut Street, Ste 3797 | | | Green Cove Springs | FL | 32043 | |
| Ryan Jonathan Yoder | | Address on File | | | | | | |
| S4S, LLC | Attn: Charles Cella | 2500 Broadway, Ste. F-125 | | | Santa Monica | CA | 90404 | |
| S90 Technology | | 11 Orchard #107 | | | Lake Forest | CA | 92630 | |
| SaasQuatch | | 1017 Fort St | | | Victoria | BC | V8V 3K5 | Canada |
| Safire Partners | | 269 S. Beverly Dr. | Suite 1213 | | Beverly Hills | CA | 90212 | |
| Sam Diephuis Photography | | 669 Indiana Ave Apt 2 | | | Venice | CA | 90291- | |
| Samantha Marin | | Address on File | | | | | | |
| Sandwich Video | | 923 E. 3rd St. | #304 | | Los Angeles | CA | 90013 | |
| Saumya Garg | | Address on File | | | | | | |
| Scott PLLC | | 405 West 14th Street | | | Austin | TX | 78701 | |
| Scottsdale Insurance Company | | 8877 North Gainey Center Drive | | | Scottsdale | AZ | 85258 | |
| Semrush.Com | | 800 Boylston St | Suite 2475 | | Boston | MA | 02199 | |
| Sendgrid | | 1801 California St Ste 500 | | | Denver | CO | 80202- | |



## Creditor Matrix
as of March 15, 2021

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Sergiu Buhatel | | Address on File | | | | | | |
| Shane Ryan Rosse | | Address on File | | | | | | |
| Sharp Decisions | | 222 N Sepulveda Blvd 1306 | | | El Segundo | CA | 90245 | |
| Shaun Landau | | Address on File | | | | | | |
| Shellback Tavern | | 116 Manhattan Beach Blvd | | | Manhattan Beach | CA | 90266 | |
| Shepard Expositions | | 2315 E Locust Ct | | | Ontario | CA | 91761 | |
| Sherwood Gardens Apartments | | 3909 Sherwood Lane | | | Houston | TX | 77092 | |
| Shifter Tier 1 | | 5 Banchi | | | Koubeshi Chiyuuouku K | | 650-0024 | Japan |
| Shutterstock | | 350 Fifth Avenue, Floor 21 | | | New York | NY | 10118 | |
| Sign Ad | | 2281 W 205th St 109 | | | Torrance | CA | 90501 | |
| Sitrick Group, LLC | | 11999 San Vicente Blvd., Penthouse | | | Los Angeles | CA | 90049 | |
| Sketch | | Flight Foru, 40 Begane Grond | | | Eindhoven | DB | 5657 | The Netherlands |
| Skipping Stone, LLC | | 83 PINE STREET SUITE 101 | | | West Peabody | MA | 01960 | |
| Slack | | 500 Howard St | | | San Francisco | CA | 94105 | |
| Snap Recording | | 269 S Beverely Dr | | | Beverly Hills | CA | 90212 | |
| Social Tactix with Jay James | | 1745 Wilcox Ave | Apt 212 | | Los Angeles | CA | 90028 | |
| SpPlus Corporation | | 200 E Randolph St 7700 | | | Chicago | IL | 60601 | |
| Sprout Social, Inc | | 131 S Dearborn, Suite 700 | | | Chicago | IL | 60603 | |
| Star Energy Partners | Attn: CEO or General Counsel | 12121 Bluff Creek Dr #220a | | | Playa Vista | CA | 90094 | |
| Startup Artclub | | 825 East 4th Street | | | Los Angeles | CA | 90013 | |
| State Comptroller | | PO Box 149361 | | | Austin | TX | 78714 | |
| State of Connecticut | | Departmnet of Revenue Services | 450 Columbus Blvd., Ste 1 | | Hartford | CT | 06103 | |
| State of Connecticut Department of Revenue Services | | 450 Columbus Blvd | Suite 1 | | Hartford | CT | 06103 | |
| State of Delaware | | Division of Revenue | 820 N. French Street | | Wilmington | DE | 19801 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | | Austin | TX | 78701 | |
| Stevens & Lee Lawyers & Consultants | | 17 North Second St | 16th Floor | | Harriburg | PA | 17101 | |
| Sticker Mule | | 336 Forest Ave | | | Amsterdam | NY | 12010 | |
| Strategic Media | | 511 Congress Street | 9th Floor | | Portland | ME | 04101 | |
| Streampoint Solutions | | 1300 I St NW Ste 400E | | | Washington | DC | 20005 | |
| Stripe, Inc. | Attn: CEO or General Counsel | 510 Townsend Street | | | San Francisco | CA | 94103 | |
| Strong Force Design | Attn: Charles Cella | 11320 La Grange Ave | | | Los Angeles | CA | 90025 | |
| Strong Force IP Strategies | Attn: Charles Cella | 2500 Broadway, Ste. F-125 | | | Santa Monica | CA | 90404 | |
| STRV, Inc. | | 45 Lansing Street Unit 1801 | | | San Francisco | CA | 94105 | |
| Studio Other | | 9200 Sorensen Avenue | | | Sante Fe Springs | CA | 90670 | |
| Summit Advantage | | 3340 West Market Street | | | Fairlawn | OH | 44333 | |
| Summit Advantage - Griddy | | 3340 West Market Street | | | Akron | OH | 44333 | |
| Superhuman | | 555 Mission St | | | San Francisco | CA | 94105 | |
| Swinerton Builders | | 2300 Clayton Road, Ste 800 | | | Concord | CA | 94520 | |
| Tableau Software, Inc | | PO Box 204021 | | | Dallas | TX | 75320- | |
| Texas A&M Ventures | | 505 Hobbs Road | | | Jefferson City | MO | 65109 | |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | Lyndon B. Johnson State Office Building | 111 East 17th Street | | Austin | TX | 78744 | |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | PO Box 13528 | Capitol Station | | Austin | TX | 78711- | |
| Texas-New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | | Lewisville | TX | 75067 | |
| The Dark Sky Company | | 486 Green St | | | Cambridge | MA | 02139 | |
| The Go Solution, LLC | | 5500 NW Central Drive | | | Houston | TX | 77092 | |
| The Hartford | Attn: Adam Busch & Billie Walker | Houston Regional Office | 19450 State Hwy. 249, Suite 400 | | Houston | TX | 77070 | |
| The Honest Company | | 1950 S Vintage Ave | | | Ontario | CA | 91761 | |
| The Philadelphia Inquirer | | 801 Market St Ste 300 | | | Philadelphia | PA | 19107 | |
| The Sheridan Group | | 2045 Pontius Avenue | | | Los Angeles | CA | 90025 | |
| The State of Texas | Attn: Ken Paxton, Valeria Sartorio & Steven Robinson | 112 E. Pecan Street, Suite 735 | | | San Antonio | TX | 78205 | |


## Creditor Matrix
as of March 15, 2021

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| The State of Texas | Attn: Rick Berlin & Dan Zwart | 808 Travis Street, Suite 1520 | | | Houston | TX | 77002 | |
| Thinkific.Com | | 369 Terminal Ave. | Suite 400 | | Vancouver | BC | V6A 4C4 | Canada |
| Thomas Ramer Clark | c/o The Potts Law Firm, LLP | Attn: Derek H. Potts, J. Ryan Fowler, Batami Baskin | 3737 Buffalo Speedway, Suite 1900 | | Houston | TX | 77098 | |
| Thomas Weaver | | Address on File | | | | | | |
| Tom McGinn | | Address on File | | | | | | |
| Transperfect Translations International Inc. | | Three Park Avenue, 39th Floor | | | New York | NY | 10016 | |
| Travis-CI.com | | Rigaer Str. 8 | | | Berlin Friedrichshain | | 10247 | Germany |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | |
| TrueLight Energy, LLC | | 51 Melcher Street, 1st Fl | | | Boston | MA | 02210 | |
| Trumbull Insurance Company | | One Hartford Plaza | | | Hartford | CT | 06155 | |
| Tuan A Huynh | | Address on File | | | | | | |
| Twenty20 Stock Photos | | 1038 Princeton Dr | | | Marina Del Rey | CA | 92626 | |
| Ty Bowers Design | | 18416 Bermuda Street | | | Porter Ranch | CA | 91326 | |
| U.S. Energy Information Administration (EIA) | c/o Office of Energy Production, Conversion, & Delivery | Attn: Marc Harnish, EIA-861 Survey Manager | Entity ID: 60915, Griddy Energy LLC | 1000 Independence | Washington | DC | 20585 | |
| United Airlines | | 609 Main Street | Hscac - 12Th Floor | | Houston | TX | 77002 | |
| Upwork | | 2625 Augustine Dr Ste 601 | | | Santa Clara | CA | 95054 | |
| User Testing, Inc. | | PO Box 741228 | | | Los Angeles | CA | 90074- | |
| USPS | | 275 Post Rd E Ste 10 | | | Westport | CT | 06880 | |
| USPS | | 6060 Primacy Pkwy | | | Memphis | TN | 38119 | |
| US-Yellow | | 6440 Southpoint Pkwy, Suite #150 | | | Jacksonville | FL | 32216 | |
| Valerie Quivan Tran | | Address on File | | | | | | |
| Venkata Satya Sai Raja Viswara Surireddy | | Address on File | | | | | | |
| Vettery | | PO Box 392608 | | | Pittsburgh | PA | 15251 | |
| Viasat In-Flight | | 6155 El Camino Real | | | Carlsbad | CA | 92009 | |
| Vikranth Sivakumar | | Address on File | | | | | | |
| Vimeo.Com | | 555 West18th Street, 4th Floor | | | New York | NY | 10011 | |
| VincentBenjamin | | 2415 East Camelback Road | Suite 1000 | | Phoenix | AZ | 85016 | |
| Voices.com | | 100 Dundas St Ste 700 | | | London | ON | N6A 5B6 | Canada |
| Webflow.Com | | 398 11Th Street, 2nd Floor | | | San Francisco | CA | 94103 | |
| Weglot.Com | | 20 Rue Du Sentier | | | Paris 2 | | 75002 | France |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | Attn: Lee Saveliff | c/o Julia Sterling | 98 Imperial Ave | | Westport | CT | 06880 | |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | c/o Zeldes, Needle & Cooper, P.C. | Attn: Robert A. Pacelli, Jr., Esq. | 1000 Lafayette Blvd, 7th Floor | | Bridgeport | CT | 06604 | |
| Windes, Inc. | Attn: Lance Adams | 3780 Kilroy Airport Way, Suite 600 | | | Long Beach | CA | 90806 | |
| Windes, Inc. | | PO Box 87 | | | Long Beach | CA | 90801- | |
| Winston & Strawn LLP | | 101 California Street, 34th Floor | | | San Francisco | CA | 94111 | |
| Within LLC | Attn: Adam Smith | 411 Walnut St | | | Green Cove Spring | FL | 32043 | |
| Within, LLP | | 411 Walnut Street | | | Green Cove Springs | FL | 32043 | |
| Wix.Com Premium-Plan | | 500 Terry A Francois | Blvd Fl 6 | | San Francisco | CA | 94158 | |
| WP Engine | | 504 Lavaca St., Suite 1000 | | | Austin | TX | 78701 | |
| WWW.oneskyapp.com | | Flat 3B, North Cape Building | | | Hong Kong | | | China |
| Yonomi, Inc. | | 939 Pearl Street | Suite 205 | | Boulder | CO | 80302 | |
| Zapier.Com | | 548 Market St #62411 | | | San Francisco | CA | 94104 | |
| Zeldes, Needle & Cooper | | 1000 Lafayette Boulevard | | | Bridgeport | CT | 06601- | |
| Zendesk, Inc. | | 989 Market Street | 3rd Floor | | San Francisco | CA | 94103 | |
| Zoom.Us | | 55 Almaden Blvd | | | San Jose | CA | 95113 | |
| Zuberance | | 9000 Crow Canyon Road, Suite S | | | Danville | CA | 94506 | |