IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | Case No. 21-30923 (MI) |
| Debtor. | |

**THE DEBTOR'S EXHIBIT AND WITNESS
LIST FOR MARCH 16, 2021 FIRST DAY HEARING**

The above-captioned debtor and debtor in possession (the "Debtor") files this Witness and Exhibit List identifying those individuals that may be called as witnesses and exhibits that may be introduced at the first day hearing scheduled for **Tuesday, March 16, 2021 at 11:00 a.m. (CDT)** (the "Hearing") before the Honorable Marvin Isgur, United States Courthouse, Courtroom 404, 515 Rusk Street, Houston, Texas 77002.

A.  **Witnesses**

In connecting with the Hearing, the Debtor may call any one or more of the following individuals to provide testimony:

1. Michael Fallquist, Chief Executive Officer;

2. Roop Bhullar, Chief Financial Officer;

3. Any rebuttal and/or impeachment witness;

4. Any witness designated by any other party; and

5. Any witness necessary to authenticate a document.

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

B. **<u>Exhibits</u>**

In connection with the Hearing, the Debtor may seek to introduce into evidence any one or more of the following documents:

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | *Declaration of Michael Fallquist in Support of Chapter 11 Petition and First Day Pleadings* [Docket No. 21]. | | | | |
| 2. | *Declaration of Roop Bhullar in Support of the Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief* [Docket No. 20]. | | | | |
| 3. | *Certificate of Service* filed by Stretto [Docket No. 26]. | | | | |
| 4. | Any exhibit designated by any other party. | | | | |
| 5. | Any pleadings, reports, or other documents filed in the Debtor's bankruptcy cases. | | | | |
| 6. | Any rebuttal or impeachment exhibits. | | | | |

The Debtor reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing.

The Debtor reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing lists of witnesses and exhibits as

2

appropriate. The Debtor also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other party in interest, and (ii) any pleading, hearing transcript, order, or other document filed with the Court in the chapter 11 case.

Dated: March 15, 2021
      Houston, Texas

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ David R. Eastlake*
David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

– and –

Robin Spigel (*pro hac vice* admission pending)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (*pro hac vice* admission pending)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

**PROPOSED COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**

### Certificate of Service

     I certify that on March 15, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ David R. Eastlake*
David R. Eastlake