## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Griddy Energy LLC, | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

I, Julian A. Del Toro, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 15, 2021 at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Designation as Complex Chapter 11 Bankruptcy Case** (Docket No. 2)

- **Order Granting Complex Chapter 11 Bankruptcy Case Treatment** (Docket No. 7)

- **Debtor's Emergency Application for Entry of an Order (I) Authorizing the Retention and Appointment of Stretto as Claims, Noticing and Solicitation Agent and (II) Granting Related Relief** (Docket No. 8)

- **Debtor's Emergency Motion for Entry of an Order Authorizing (I) the Debtor to Pay Certain Prepetition Taxes and Related Obligations and (II) Authorizing Financial Institutions to Receive, Process, Honor and Pay All Checks Presented for Payment and to Honor All Funds Transfer Requests Related to Such Obligations** (Docket No. 9)

- **Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Operating Its Cash Management System, (B) Honor Certain Prepetition Obligations, (C) Maintain Existing Bank Accounts and Business Forms, and (D) Continue Certain Intercompany Transactions; and (II) Granting Related Relief** (Docket No. 12)

- **Debtor's Emergency Motion for Entry of an Order (I) Authorizing, but Not Directing, the Debtor to (A) Pay Prepetition Employee Obligations and (B) Continue Certain Employee Benefit Programs; and (II) Granting Related Relief** (Docket No. 13)

- **Order (I) Authorizing the Retention and Appointment of Stretto as Claims, Noticing and Solicitation Agent and (II) Granting Related Relief** (Docket No. 14)

- **Debtor's Emergency Motion for Entry of an Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date; (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests; (IV) Approving Notice of Bar Dates; and (V) Granting Related Relief** (Docket No. 16)

- **Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtor to Redact Certain Personally Identifiable Information for Individual Creditors, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of This Chapter 11 Case and Other Information; (III) Authorizing Electronic Notice of Former Customers; and (IV) Granting Related Relief** (Docket No. 17)

- **Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection (III) Scheduling a Final Hearing, and (IV) Granting Related Relief** (Docket No. 18)

- **Notice of Electronic First Day Hearing** (Docket No. 19)

Furthermore, on March 15, 2021 at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on JP Morgan Chase Bank, N.A., Attention: Elizabeth Nebergall at 2200 Ross Ave, 8th Floor, Dallas, TX 75201, and via electronic mail at elizabeth.nebergall@chase.com:

- **Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Operating Its Cash Management System, (B) Honor Certain Prepetition Obligations, (C) Maintain Existing Bank Accounts and Business Forms, and (D) Continue Certain Intercompany Transactions; and (II) Granting Related Relief** (Docket No. 12)

- **Debtor's Emergency Motion for Entry of an Order (I) Authorizing, but Not Directing, the Debtor to (A) Pay Prepetition Employee Obligations and (B) Continue Certain Employee Benefit Programs; and (II) Granting Related Relief** (Docket No. 13)

- **Notice of Electronic First Day Hearing** (Docket No. 19)

Furthermore, on March 15, 2021 at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit C**:

- **Debtor's Emergency Motion for Entry of an Order (I) Authorizing, but Not Directing, the Debtor to (A) Pay Prepetition Employee Obligations and (B) Continue Certain Employee Benefit Programs; and (II) Granting Related Relief** (Docket No. 13)

- **Notice of Electronic First Day Hearing** (Docket No. 19)

Furthermore, on March 15, 2021 at my direction and under my supervision, employees of Stretto caused the following document to be served via facsimile on the service list attached hereto as **Exhibit D**:

- **Notice of Electronic First Day Hearing** (Docket No. 19)

Dated: March 15, 2020                                             /s/ *Julian A. Del Toro*
                                                                               Julian A. Del Toro
                                                                               STRETTO
                                                                               410 Exchange, Suite 100
                                                                               Irvine, CA 92602
                                                                               Telephone: 855-478-2725
                                                                               Email: TeamGriddy@stretto.com

# Exhibit A

Case 21-30923 Document 263 Filed in TXSB on 03/15/21 Page 4 of 11



## Exhibit A
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AEP Texas Inc. | Attn: Mark Hunt | 910 Energy Drive | | Abilene | TX | 79602-7945 | |
| Alpha Employment Solutions | Attn: Penny Vita-Finzi | 580 Woodland Ave | | Burlington | ON | L7R 2S5 | Canada |
| CCH Incorporated | c/o Wolters Kluwer | Attn: CEO or General Counsel | PO Box 4307 | Carol Stream | IL | 60197 | |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | Houston | TX | 77002 | |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street, Suite 3800 | Dallas | TX | 75201-6659 | |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman | 500 N. Akard Street, Suite 3800 | Dallas | TX | 75201-6659 | |
| Energy Services Group | Attn: CEO or General Counsel | 141 Longwater Dr, Ste 113 | | Norwell | MA | 02061 | |
| Electric Reliability Council of Texas (ERCOT) | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | Austin | TX | 78744 | |
| Floqast | Attn: CEO or General Counsel | 14721 Califa St | | Sherman Oaks | CA | 91411 | |
| Hartman Income REIT Management | Attn: Sara Lynn O'Dell | 11811 North Freeway, Ste 160 | | Houston | TX | 77060 | |
| Internal Revenue Service | | Department of Treasury | | Ogden | UT | 84201-0045 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-5016 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Houston Division | 1919 Smith Street | | Houston | TX | 77002 | |
| Lisa Khoury, et al. | c/o Potts Law Firm, LLP | Attn: Derek H. Potts, J. Ryan Fowler, Batami Baskin | 3737 Buffalo Speedway, Suite 1900 | Houston | TX | 77098 | |
| Macquarie Investments US Inc. & Macquarie Energy LLC | c/o Haynes and Boone LLP | Attn: Chad Mills | 1221 McKinney Street, Suite 4000 | Houston | TX | 77010 | |
| Macquarie Investments US Inc. and Macquarie Energy LLC | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet and Arsalan Muhammad | 1221 McKinney Street, Suite 4000 | Houston | TX | 77010 | |
| Office of The United States Trustee | Attn: Hector Duran, Jr. and Stephen Douglas Statham | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 | |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | Dallas | TX | 75202 | |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | PO Box 4567 | | Houston | TX | 77210-4567 | |
| Public Utility Commission of Texas | Attn: David Hoard | 1701 N. Congress | PO Box 13326 | Austin | TX | 78711-3326 | |
| RLI Insurance Company | Attn: Commercial Surety | 9025 N. Lindbergh Dr. | | Peoria | IL | 61615 | |
| S4S, LLC | Attn: Charles Cella | 2500 Broadway, Ste. F-125 | | Santa Monica | CA | 90404 | |
| Star Energy Partners | Attn: CEO or General Counsel | 12121 Bluff Creek Dr #220a | | Playa Vista | CA | 90094 | |
| State of Texas | Office of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| Stripe, Inc. | Attn: CEO or General Counsel | 510 Townsend Street | | San Francisco | CA | 94103 | |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | Lyndon B. Johnson State Office Building | 111 East 17th Street | Austin | TX | 78744 | |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | PO Box 13528 | Capitol Station | Austin | TX | 78711-3528 | |
| Texas New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | Lewisville | TX | 75067 | |
| The State of Texas | Attn: Ken Paxton, Valeria Sartorio & Steven Robinson | 112 E. Pecan Street, Suite 735 | | San Antonio | TX | 78205 | |
| The State of Texas | Attn: Rick Berlin & Dan Zwart | 808 Travis Street, Suite 1520 | | Houston | TX | 77002 | |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | Attn: Lee Saveliff | c/o Julia Sterling | 98 Imperial Ave | Westport | CT | 06880 | |

# **Exhibit B**



# Exhibit B
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| AEP Texas Inc. | Attn: Mark Hunt | crrtx@aep.com<br>mdhunt@aep.com |
| Alpha Employment Solutions | Attn: Penny Vita-Finzi | penny@alpha-employment.com |
| CCH Incorporated | c/o Wolters Kluwer | cch-ar@wolterskluwer.com |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | jewel.smith@centerpointenergy.com |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | klippman@munsch.com |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | dperry@munsch.com |
| Energy Services Group | Attn: CEO or General Counsel | ar@energyservicesgroup.net |
| Electric Reliability Council of Texas (ERCOT) | Attn: Phil Mincemoyer | ClientServices@ercot.com |
| Floqast | Attn: CEO or General Counsel | accounting@floqast.com |
| Hartman Income REIT Management | Attn: Sara Lynn O'Dell | sodell@hi-reit.com |
| Lisa Khoury, et al. | c/o Potts Law Firm, LLP | dpotts@potts-law.com |
| Macquarie Investments US Inc. & Macquarie | c/o Haynes and Boone LLP | chad.mills@haynesboone.com |
| Macquarie Investments US Inc. and Macquarie Energy LLC | c/o Haynes and Boone, LLP | kelli.norfleet@haynesboone.com<br>arsalan.muhammad@haynesboone.com |
| Office of The United States Trustee | Attn: Hector Duran, Jr. and Stephen Douglas Statham | Hector.Duran.Jr.@jsdoj.gov<br>Stephen.statham@usdoj.gov |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | contactcenter@oncor.com |
| Public Utility Commission of Texas | Attn: David Hoard | david.hoard@puc.texas.gov |
| RLI Insurance Company | Attn: Commercial Surety | Chrissy.Eaton@rlicorp.com<br>support@rlicorp.com |
| S4S, LLC | Attn: Charles Cella | charles.cella@strongforce.design |
| Star Energy Partners | Attn: CEO or General Counsel | info@starenergypartners.com |
| Stripe, Inc. | Attn: CEO or General Counsel | support@stripe.com |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | bo.overstreet@cpa.texas.gov |
| Texas New Mexico Power Company | Attn: CEO or General Counsel | MPRelations@pnmresources.com<br>MPRelations@tnmp.com |
| The State of Texas | Attn: Ken Paxton, Valeria Sartorio & Steven Robinson | steven.robinson@oag.texas.gov<br>valeria.sartorio@oag.texas.gov |
| The State of Texas | Attn: Rick Berlin & Dan Zwart | rick.berlin@oag.texas.gov<br>william.carpenter@oag.texas.gov<br>dan.zwart@oag.texas.gov |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | Attn: Lee Saveliff | poley@optonline.net |

# Exhibit C



**Exhibit C**
Served Via Overnight Mail

| Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| TriNet Employer Group Canada Inc | | 1 Park Place Suite 600 | Dublin | CA | 94568 |
| TriNet HR III, Inc | | 1 Park Place Suite 600 | Dublin | CA | 94568 |

In re: Griddy Energy LLC
Case No. 21-30923 (MI)

Page 1 of 1

# **<u>Exhibit D</u>**



# Exhibit D
Served Via Facsimile

| Name | Attention | Fax |
|---|---|---|
| CCH Incorporated | c/o Wolters Kluwer | 888-777-3709  773-866-3815 |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 713-207-9347 |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | 214-855-7584 |
| Energy Services Group | Attn: CEO or General Counsel | 781-871-0792 |
| Hartman Income REIT Management | Attn: Sara Lynn O'Dell | 713-973-8912 |
| Lisa Khoury, et al. | c/o Potts Law Firm, LLP | 713-583-5388 |
| Macquarie Investments US Inc. and Macquarie Energy LLC | c/o Haynes and Boone, LLP | 713-547-2600 |
| Office of The United States Trustee | Attn: Hector Duran, Jr. and Stephen Douglas Statham | 713-718-4670 |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 214-486-3275 |
| Public Utility Commission of Texas | Attn: David Hoard | 512-936-7003  512-936-7208 |
| RLI Insurance Company | Attn: Commercial Surety | 309-689-2036 |
| State of Texas | Office of The Attorney General | 512-475-2994 |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | 512-475-0017 |
| Texas New Mexico Power Company | Attn: CEO or General Counsel | 817-737-1392 |
| The State of Texas | Attn: Ken Paxton, Valeria Sartorio & Steven Robinson | 210-225-1075 |
| The State of Texas | Attn: Rick Berlin & Dan Zwart | 713-223-5821 |