

ENTERED
03/16/2021

UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 21-30923 (MI) |
|---|---|---|---|
| Debtor | In Re: | Griddy Energy LLC | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Robin Spigel<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112-4498<br>212/408-2545<br>New York: 2882801 |
|---|---|

Seeks to appear as the attorney for this party:

| Griddy Energy LLC, Debtor In Possession |
|---|
| Dated: 3/15/2021     Signed: /s/ Robin Spigel |

COURT USE ONLY: The applicant's state bar reports their status as: ___Active___.

Dated:     Signed: _____
                        Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Signed: March 16, 2021

_____
Marvin Isgur
United States Bankruptcy Judge