**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S AGENDA OF MATTERS SET FOR**
**HEARING ON MARCH 16, 2021 AT 11:00 A.M. (CDT)**

The above-referenced debtor and debtor in possession (the "Debtor") hereby files its Agenda of matters[2] set for the first day hearing on **Tuesday, March 16, 2021 at 11:00 a.m. (CDT).**

1. Debtor's Emergency Application for Entry of an Order (i) Authorizing the Retention and Appointment of Stretto as Claims, Noticing and Solicitation Agent and (ii) Granting Related Relief (the "Stretto Application") [Docket No. 8].

   **Related Documents:**

   A. Notice of Electronic First Day Hearing [Docket No. 19].

   B. Declaration of Michael Fallquist In Support of the Debtor's Chapter 11 Petitions and First Day Relief [Docket No. 21].

   C. Certificate of Service [Docket No. 26].

   **Status**: This matter has been resolved. An order approving the Stretto Application was entered March 15, 2021 [Docket No. 14].

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[2] Copies of all items on this Agenda, including motions and related proposed form of orders, were provided to the Office of the United States Trustee ("UST") prior to filing. Unless otherwise indicated, the United States Trustee had no formal or informal comments to these agenda items.

2. Debtor's Emergency Motion for Entry of an Order Authorizing (i) the Debtor to Pay Certain Prepetition Taxes and Related Obligations and (ii) Authorizing Financial Institutions to Receive, Process, Honor and Pay All Checks Presented for Payment and to Honor All Funds Transfer Requests Related to Such Obligations (the "<u>Tax Motion</u>") [Docket No. 9].

    **<u>Related Documents:</u>**

    A. Notice of Electronic First Day Hearing [Docket No. 19]

    B. Declaration of Michael Fallquist In Support of the Debtor's Chapter 11 Petitions and First Day Relief [Docket No. 21].

    C. Certificate of Service [Docket No. 26].

    **<u>Status:</u>** The Debtor provided copies of the Tax Motion and related proposed form of order to the UST prior to the Petition Date. The UST had an opportunity to review the Tax Motion and related proposed form of order and provided informal comments to the Debtor, which have been incorporated in the proposed form of order filed with the Tax Motion.

    This matter is going forward.

3. Debtor's Emergency Motion Emergency Motion for Entry of Interim and Final Orders (i) Authorizing the Debtor to (a) Continue Operating Its Cash Management System, (b) Honor Certain Prepetition Obligations, (c) Maintain Existing Bank Accounts and Business Forms, and (d) Continue Certain Intercompany Transactions; and (ii) Granting Related Relief (the "<u>Cash Management Motion</u>") [Docket No. 12].

    **<u>Related Documents:</u>**

    A. Notice of Electronic First Day Hearing [Docket No. 19]

    B. Declaration of Michael Fallquist In Support of the Debtor's Chapter 11 Petitions and First Day Relief [Docket No. 21].

    C. Certificate of Service [Docket No. 26].

    **<u>Status:</u>** The Debtor provided copies of the Cash Management Motion and related proposed form of interim and final orders to the UST prior to the Petition Date. The UST had an opportunity to review the Cash Management Motion and related proposed forms of interim and final orders and provided informal comments to the Debtor, which have been incorporated in the proposed form of interim and final orders filed with the Cash Management Motion.

    This matter is going forward.

4. Debtor's Emergency Motion for Entry of an Order (i) Authorizing, But Not Directing, the Debtor to (a) Pay Prepetition Employee Obligations and (b) Continue Certain Employee Benefit Programs; and (ii) Granting Related Relief (the "Wages Motion") [Docket No. 13].

   **Related Documents:**

   A. Notice of Electronic First Day Hearing [Docket No. 19]

   B. Declaration of Michael Fallquist In Support of the Debtor's Chapter 11 Petitions and First Day Relief [Docket No. 21].

   C. Certificate of Service [Docket No. 26].

   **Status:** The Debtor provided copies of the Wages Motion and related proposed form of interim and final orders to the UST prior to the Petition Date. The UST had an opportunity to review the Wages Motion and related proposed form of order and provided informal comments to the Debtor, which have been incorporated in the proposed form of interim and final orders filed with the Wages Motion.

   This matter is going forward.

5. Debtor's Emergency Motion for Entry of an Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (II) Establishing Amended Schedules Bar Date; (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests; (IV) Approving Notice of Bar Dates; and (V) Granting Related Relief ("Bar Date Motion") [Docket No. 16].

   **Related Documents:**

   A. Notice of Electronic First Day Hearing [Docket No. 19]

   B. Declaration of Michael Fallquist In Support of the Debtor's Chapter 11 Petitions and First Day Relief [Docket No. 21].

   C. Certificate of Service [Docket No. 26].

   **Status**: The Debtor provided copies of the Bar Date Motion and related proposed form of order to the UST prior to the Petition Date. The UST had an opportunity to review the Bar Date Motion and related proposed form of order and provided informal comments to the Debtor.

   This matter is going forward.

6. Debtor's Emergency Motion for Entry of an Final and Interim Orders: (I) Authorizing the Debtor to Redact Certain Personally Identifiable Information for Individual Creditors; (II) Approving the Form and Manner of Notifying Creditors of the Commencement of this Chapter 11 Case and Other Information; (III) Authorizing Electronic Notice of Former Customers; and (IV) Granting Related Relief ("<u>Redaction and Notice Motion</u>") [Docket No. 17].

    **Related Documents:**

    A. Notice of Electronic First Day Hearing [Docket No. 19]

    B. Declaration of Michael Fallquist In Support of the Debtor's Chapter 11 Petitions and First Day Relief [Docket No. 21].

    C. Certificate of Service [Docket No. 26].

    **Status**: The Debtor provided copies of the Redaction and Notice Motion and related proposed form of order to the UST prior to the Petition Date. The UST had an opportunity to review the Redaction and Notice Motion and related proposed form of interim and final orders and provided informal comments to the Debtor, which have been incorporated in the proposed form of interim order filed with the Redaction and Notice Motion.

    This matter is going forward.

7. Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief ("<u>Cash Collateral Motion</u>") [Docket No. 18].

    **Related Documents:**

    A. Notice of Electronic First Day Hearing [Docket No. 19].

    B. Declaration of Roop Bhullar in Support of the Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 20].

    C. Certificate of Service [Docket No. 26].

    **Status**: The UST had an opportunity to review the Cash Collateral Motion and related proposed interim and final orders and provided the Debtor with informal comments. The Debtor expects that a revised proposed interim and final orders will be filed prior to the hearing reflecting these comments.

    This matter is going forward.

Dated: March 16, 2021
Houston, Texas

        Respectfully submitted,

        **BAKER BOTTS L.L.P.**

        By: */s/ David R. Eastlake*
        David R. Eastlake
        Texas Bar No. 24074165
        *David.Eastlake@bakerbotts.com*
        910 Louisiana Street
        Houston, Texas 77002-4995
        Telephone: (713) 229-1234
        Facsimile: (713) 229-1522

        – and –

        Robin Spigel (*pro hac vice* admission pending)
        *Robin.Spigel@bakerbotts.com*
        Chris Newcomb (*pro hac vice* admission pending)
        *Chris.Newcomb@bakerbotts.com*
        30 Rockefeller Plaza
        New York, New York 10012-4498
        Telephone: (212) 408-2500
        Facsimile: (212) 259-2501

        **PROPOSED COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**

### Certificate of Service

I certify that on March 16, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

        */s/ David R. Eastlake*
        David R. Eastlake