**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF FILING OF REVISED PROPOSED INTERIM**
**ORDER (I) AUTHORIZING THE USE OF CASH COLLATERAL,**
**(II) GRANTING ADEQUATE PROTECTION, (III) SCHEDULING A**
**FINAL HEARING, AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on March 15, 2021, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief* (the "Motion") [Docket No. 18] with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** the Debtor hereby files a revised proposed *Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief* (the "Revised Proposed Interim Order"), attached hereto as Exhibit A. The Revised Proposed Interim Order incorporates and resolves informal comments received from the Office of the United States Trustee after filing of the Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit B is a redline of the Revised Proposed Interim Order reflecting changes from the proposed form of order attached to the Motion.

*[The Remainder of this Page is Intentionally Blank]*

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

Dated: March 16, 2021
Houston, Texas

        Respectfully submitted,

        **BAKER BOTTS L.L.P.**

        By: */s/ David R. Eastlake*
        David R. Eastlake
        Texas Bar No. 24074165
        *David.Eastlake@bakerbotts.com*
        910 Louisiana Street
        Houston, Texas 77002-4995
        Telephone: (713) 229-1234
        Facsimile: (713) 229-1522

        – and –

        Robin Spigel (*pro hac vice* admission pending)
        *Robin.Spigel@bakerbotts.com*
        Chris Newcomb (*pro hac vice* admission pending)
        *Chris.Newcomb@bakerbotts.com*
        30 Rockefeller Plaza
        New York, New York 10012-4498
        Telephone: (212) 408-2500
        Facsimile: (212) 259-2501

        **PROPOSED COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**

### Certificate of Service

      I certify that on March 16, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

        */s/ David R. Eastlake*
        David R. Eastlake