# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, March 16, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Karen | Beyea-Schroeder | Burnett Law Firm | Khoury, Huppert |
| Jason | Binford | Office of the Attorney General of Texas | Public Utility Commission of Texas |
| Riley | Burnett | Burnett Law Firm | Khoury, Huppert |
| David | Eastlake | Baker Botts L.L.P. | Griddy Energy LLC |
| Jacob | Herz | None | Griddy Energy LLC |
| Arsalan | Muhammad | Haynes and Boone, LLP | Macquarie Investments US Inc. and Macquarie Energy LLC |
| Kelli | Norfleet | Haynes and Boone, LLP | Macquarie Investments US Inc. and Macquarie Energy LLC |
| Preston | Ochsner | None | Other |
| Deborah | Perry | Munsch Hardt Kopf & Harr, PC | Electric Reliability Council of Texas |
| Derek | Potts | Potts Law Firm | Lisa Khoury, Individually and on Behalf of all others similarly situated |
| Robin | Spigel | Baker Botts LLP | Griddy Energy LLC |
| Angela | Tsai | Stretto | Other Professional |