IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-30923 |
| GRIDDY ENERGY, LLC, | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND**
<u>**REQUEST FOR NOTICE AND SERVICE OF PAPERS**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that the undersigned firm of attorneys is appearing for BERNICE WILLMAN (*"Willman"*) in the above entitled and numbered case. Willman is a creditor of the Debtor, Griddy Energy, LLC, and is a party in interest in this case.

PLEASE TAKE FURTHER NOTICE that the undersigned, on behalf of Willman, and pursuant to Bankruptcy Rule 9010, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below. This request includes, without limitation, not only those notices and papers referred to in the bankruptcy rules but also includes notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests or otherwise with regard to the above referenced bankruptcy proceeding.

Respectfully submitted,

 /s/ Jeffrey R. Cox
Jeffrey R. Cox            #04947550
SHEEHY, LOVELACE & MAYFIELD, P.C.
510 N. Valley Mills Dr., Suite 500
Waco, Texas  76710
Telephone No.         (254) 772-8022
Facsimile No.         (254) 772-8508
Email                 jcox@slm.law

ATTORNEYS FOR BERNICE WILLMAN

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Notice and Service of Papers has been mailed by First Class Mail, postage prepaid, to the Debtor, Griddy Energy, LLC, P. O. Box 1288, Greens Farms, Connecticut 06838 and by electronic mail to the Debtor's attorney, David Robert Eastlake, Baker Botts, L.L.P., 910 Louisiana Street, Houston, Texas 77002.

      Dated this 17th of March, 2021.

                                                               */s/ Jeffrey R. Cox*
                                                               Jeffrey R. Cox