UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| | ) |
| Debtor. | ) |
| | ) |

**THE DEBTOR'S EXHIBIT AND
WITNESS LIST FOR MARCH 19, 2021 HEARING**

The debtor and debtor in possession in the above-captioned case (the "Debtor") files this Witness and Exhibit List identifying those individuals that may be called as witnesses and exhibits that may be introduced at the hearing scheduled for **Friday, March 19, 2021 at 8:00 a.m. (CDT)** (the "Hearing") before the Honorable Marvin Isgur, United States Courthouse, Courtroom 404, 515 Rusk Street, Houston, Texas 77002.

A. **Witnesses**

In connecting with the Hearing, the Debtor may call any one or more of the following individuals to provide testimony:

1. Michael Fallquist, Chief Executive Officer;

2. Any rebuttal and/or impeachment witness;

3. Any witness designated by any other party; and

4. Any witness necessary to authenticate a document.

B. **Exhibits**

In connection with the Hearing, the Debtor may seek to introduce into evidence any one or more of the following documents:

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | *Declaration of Michael Fallquist in Support of Chapter 11 Petition and First Day Pleadings* [Docket No. 21]. | | | | |
| 2. | Any exhibit designated by any other party. | | | | |
| 3. | Any pleadings, reports, or other documents filed in the Debtor's bankruptcy cases. | | | | |
| 4. | Any rebuttal or impeachment exhibits. | | | | |

The Debtor reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing.

The Debtor reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing lists of witnesses and exhibits as appropriate. The Debtor also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other party in interest, and (ii) any pleading, hearing transcript, order or other document filed with the Court in the chapter 11 case.

Dated: March 18, 2021
      Houston, Texas

                                    Respectfully submitted,

                                    **BAKER BOTTS L.L.P.**

                                    By: */s/ Chris Newcomb*
                                    David R. Eastlake
                                    Texas Bar No. 24074165
                                    *David.Eastlake@bakerbotts.com*
                                    910 Louisiana Street
                                    Houston, Texas 77002-4995
                                    Telephone: (713) 229-1234
                                    Facsimile: (713) 229-1522

                                    – and –

                                    Robin Spigel (admitted *pro hac vice*)
                                    *Robin.Spigel@bakerbotts.com*
                                    Chris Newcomb (admitted *pro hac vice*)
                                    *Chris.Newcomb@bakerbotts.com*
                                    30 Rockefeller Plaza
                                    New York, New York 10012-4498
                                    Telephone: (212) 408-2500
                                    Facsimile: (212) 259-2501

                                    **PROPOSED COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**

## Certificate of Service

     I certify that on March 18, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                    */s/ Chris Newcomb*