

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF

ENTERED
03/16/2021

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 21-30923 (MI) |
|---|---|---|---|
| Debtor | In Re: | Griddy Energy LLC | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jacob R. Herz<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112-4498<br>212/408-2529<br>New York: 5379797 |
|---|---|

Seeks to appear as the attorney for this party:

| Griddy Energy LLC, Debtor In Possession |
|---|
| Dated: 3/15/2021    Signed: /s/ Jacob R. Herz |

COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Signed: March 16, 2021

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                                       Case No. 21-30923-mi
Griddy Energy LLC                                                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                               User: TylerLaws                                              Page 1 of 2
Date Rcvd: Mar 16, 2021                    Form ID: pdf002                                            Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Griddy Energy LLC, P.O. Box 1288, Greens Farms, CT 06838-1288 |
| intp | | State of Texas, c/o Texas Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| op | + | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ERCOT |
| cr | | Macquarie Energy LLC |
| cr | | Macquarie Investments US Inc. |
| intp | | Public Utility Commission of Texas |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 18, 2021                                  Signature:              /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

**Name**                                               **Email Address**

David Robert Eastlake
                                                              on behalf of Debtor Griddy Energy LLC david.eastlake@bakerbotts.com  robin.spigel@bakerbotts.com

Deborah Michelle Perry
                                                              on behalf of Creditor ERCOT dperry@munsch.com

| District/off: 0541-4 | User: TylerLaws | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 3 |

Jana Smith Whitworth
    on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Jason B. Binford
    on behalf of Interested Party Public Utility Commission of Texas Jason.binford@oag.texas.gov

Kelli S. Norfleet
    on behalf of Creditor Macquarie Energy LLC kelli.norfleet@haynesboone.com  kenneth.rusinko@haynesboone.com

Kelli S. Norfleet
    on behalf of Creditor Macquarie Investments US Inc. kelli.norfleet@haynesboone.com  kenneth.rusinko@haynesboone.com

Kevin M Lippman
    on behalf of Creditor ERCOT klippman@munsch.com  pmoore@munsch.com

Rachel Ruth Obaldo
    on behalf of Interested Party State of Texas bk-robaldo@oag.texas.gov  sherri.simpson@oag.texas.gov

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 9