# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Friday, March 19, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Karen | Beyea-Schroeder | Burnett Law Firm | Huppert; Khoury |
| Jason | Binford | Office of the Attorney General of Texas | Public Utility Commission of Texas |
| Riley | Burnett | Burnett Law Firm | Khoury; Huppert |
| Chris | Newcomb | Baker Botts L.L.P. | Griddy Energy LLC |
| Derek | Potts | Potts Law Firm LLP | Lisa Khoury, Individually and on Behalf of All Others Similarly Situated v. Griddy Energy LLC |
| Michael | Rosenthal | Gibson Dunn | Luminant Energy |
| Robin | Spigel | Baker Botts LLP | Griddy Energy LLC |
| Jana | Whitworth | U.S. Trustee | United States Trustee |