**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| Debtor. | ) **Re. Docket No. 16 and 17** |

**NOTICE OF HEARING ON MARCH 29, 2021 AT 10:15 A.M. (CDT)**

**PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled for **March 29, 2021 at 10:15 a.m. (CDT)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 404, Houston, Texas 77002, to consider and determine the following continued matters:

- Debtor's Emergency Motion for Entry of an Order: (i) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (ii) Establishing Amended Schedules Bar Date; (iii) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests; (iv) Approving Notice of Bar Dates; and (v) Granting Related Relief [Docket No. 16].

- Debtor's Emergency Motion for Entry of Interim and Final Orders: (i) Authorizing the Debtor to Redact Certain Personally Identifiable Information for Individual Creditors; (ii) Approving the Form and Manner of Notifying Creditors of the Commencement of this Chapter 11 Case and Other Information; (iii) Authorizing Electronic Notice of Former Customers; and (iv) Granting Related Relief [Docket No. 17].

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Isgur Under "Electronic Appearance" select "Click here to submit Electronic Appearance". Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the documents referenced above can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtor' noticing and claims agent at http://cases.stretto.com/Griddy.

Dated: March 19, 2021
     Dallas, Texas

                           Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Kevin Chiu
Texas Bar No. 24109723
*Kevin.Chiu@bakerbotts.com*
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

– and –

Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

**PROPOSED COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**

## Certificate of Service

     I certify that on March 19, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                           */s/ Chris Newcomb*
                           Chris Newcomb