**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | Case No. 21-30923 (MI) |
| Debtor. | **Re. Docket No. 59** |

## NOTICE OF HEARING ON APRIL 6, 2021 AT 1:30 P.M. (CDT)

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **April 6, 2021 at 1:30 p.m. (CDT)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 404, Houston, Texas 77002, to consider the following matter:

- Debtor's Emergency Motion for Entry of an Order Authorizing and Approving Key Employee Retention Plan for Non-Insider Employees [Docket No. 59].

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Isgur Under "Electronic Appearance" select "Click here to submit Electronic Appearance". Select the case name, complete the required fields and click "Submit" to complete your appearance.

P**LEASE TAKE FURTHER NOTICE** that copies of the documents referenced above can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtor' noticing and claims agent at http://cases.stretto.com/Griddy.

[*Remainder of page intentionally left blank*]

Dated: March 19, 2021
      Dallas, Texas

                                  Respectfully submitted,

                                  **BAKER BOTTS L.L.P.**

                                  By: */s/ Chris Newcomb*
                                  Kevin Chiu
                                  Texas Bar No. 24109723
                                  *Kevin.Chiu@bakerbotts.com*
                                  2001 Ross Avenue, Suite 900
                                  Dallas, Texas 75201
                                  Telephone: (214) 953-6500
                                  Facsimile: (214) 953-6503

                                  – and –

                                  Robin Spigel (admitted *pro hac vice*)
                                  *Robin.Spigel@bakerbotts.com*
                                  Chris Newcomb (admitted *pro hac vice*)
                                  *Chris.Newcomb@bakerbotts.com*
                                  30 Rockefeller Plaza
                                  New York, New York 10012-4498
                                  Telephone: (212) 408-2500
                                  Facsimile: (212) 259-2501

                                  **PROPOSED COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**

## Certificate of Service

      I certify that on March 19, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                  */s/ Chris Newcomb*
                                  Chris Newcomb