**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**STATEMENT OF FINANCIAL AFFAIRS**
**OF DEBTOR GRIDDY ENERGY LLC (CASE NO. 21-30923)**

---

[1]      The last four digits of the Debtor's federal tax identification number are 1396.  The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

These notes (the "<u>Global Notes</u>") regarding the Schedules of Assets and Liabilities (the "<u>Schedules</u>") and Statements of Financial Affairs (the "<u>SOFAs</u>") of Griddy Energy LLC (the "<u>Debtor</u>") comprise an integral part of the Schedules and SOFAs and are incorporated by reference therein, and should be referred to and considered in connection with any review of them.

1.      The Schedules and SOFAs prepared by the Debtor are unaudited and were prepared with data as near as possible to March 15, 2021 (the "<u>Petition Date</u>").  Unless otherwise indicated, all amounts are listed as of the Petition Date or as of the latest available record date prior to the Petition Date.

2.      While the Debtor's management has exercised commercially reasonable efforts to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedule sand SOFAs. Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

3.      In reviewing and signing the Schedules and SOFAs, the Debtor's authorized officer has necessarily relied upon the efforts, statements and representations of other personnel and professionals of the Debtor.  The authorized officer has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

4.      The Debtor reserves its rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtor's sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability, or classification or to otherwise

---

[1]      The last four digits of the Debtor's federal tax identification number are 1396.  The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

subsequently designate any claim as "disputed," "contingent," or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtor's rights or defenses with respect to this chapter case.

5.      Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor or setoffs applied by such creditors against amounts due by such creditors to the Debtor with respect to other transactions between them. The Debtor reserves all of its rights with respect to any such credits and allowances.

6.      Some of the Debtor's scheduled assets and liabilities are unknown and/or unliquidated. In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," "none calculated" or to similar effect. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Such terms are used interchangeably in the Schedules and SOFAs. Except as otherwise stated herein, all totals that are included in the Schedules and SOFAs represent totals of all known amounts included in the applicable Debtor's books and records as of the Petition Date (or as of the latest available record date prior to the Petition Date). To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

7.      The Debtor has excluded certain categories of assets and liabilities from the Schedules and SOFAS, including accounts or reserves recorded only for purposes of complying with the requirements of Generally Accepted Accounting Principles in the United States ("GAAP"); deferred tax liabilities; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. The Debtor also has excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected. In addition, other immaterial assets and liabilities may also have been excluded. Accordingly, for these and other reasons, the Schedules may not fully reflect the aggregate amount of the Debtor's assets and liabilities.

8.      Unless otherwise indicated, all amounts are reflected in U.S. dollars.

9.      Given the differences between the information requested in the Schedules and the financial information utilized under GAAP, the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP. Information contained in the Schedules and SOFAs has been derived from the Debtor's books and records and historical financial statements.

10.     Except as otherwise noted, each asset and liability of the Debtor is shown on the basis of net book value of the asset or liability in accordance with such Debtor's accounting books and records. Therefore, unless otherwise noted, the Schedules and SOFAs are not based upon any estimate of the current market values of the Debtor's assets and liabilities, which may not correspond to book values or could be materially different. It would be cost-prohibitive and unduly

burdensome to obtain current market valuations of the Debtor's assets and liabilities. When necessary, the Debtor has indicated that the value of certain assets is "unknown" or "undetermined." The Debtor believes that certain of its assets may have been significantly impaired by, among other things, the events leading to, and the commencement of, the Debtor's chapter 11 case. The Debtor did not formally evaluate the appropriateness of the carrying values ascribed to its assets prior to commencement of the chapter 11 case.

11.     The Debtor and its past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the authorized officer that is the signatory to the applicable Debtor's Schedules and SOFAs), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtor and its past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the authorized officer that is the signatory to the applicable Debtor's Schedules and SOFAs), expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtor or its past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the authorized officer that is the signatory to the applicable Debtor's Schedules and SOFAs), be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

12.     There may be instances in which certain information in the Schedules and the SOFAs has been intentionally redacted due to concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. To avoid any conflict with applicable privacy law, the Schedules and SOFAs do not contain personally identifiable information.

13.     Payments made to individuals, including insiders, and certain other instances where personally identifiable information could otherwise be disclosed, have been reported without disclosing personally identifiable information.

## Schedules of Assets and Liabilities

**Restricted Cash.** Restricted cash represents funds held in the Debtor's bank account with JP Morgan Chase Bank ending in 2375 (the "Revenue Account") as collateral of the Debtor's secured creditors. The Revenue Account is subject to a lender-controlled Blocked Account Deposit Agreement and the Debtor does not have access to such account, including the funds in such account.

**Schedules A/G Question 8: Prepayments.**  The Debtor has not included payments for insurance premiums where amounts are paid in full in advance, but may be accounted for on the Debtor's books and records on a monthly basis.

**Schedules A/B Question 11: Accounts Receivable.**  As of March 15, 2021, the Debtor had outstanding accounts receivables balances owing from its customers totaling $29.1 million. However, due to, among other things, the uncertainty of collection of such accounts receivable, the Debtor has listed such amounts as undetermined.

**Schedule D: Creditors Holding Secured Claims.**  Except as otherwise included in any order of the Court, the Debtor reserves the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of the Debtor.  Moreover, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in the Global Notes or the Schedules and SOFAs shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.

**Schedule E: Creditors Holding Unsecured Priority Claims.**  The listing of any claim on Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority treatment under 11 U.S.C. § 507.  The Debtor reserves the right to take the position that any claim listed on Schedule E is not entitled to priority.

As of the Petition Date, the Debtor believes it has paid all amounts owed to its employees on account of wages, salaries and other compensation, reimbursable employee expenses and employee benefits.  Accordingly, the Debtor has not listed such employees and any amounts payable to them on Schedule E or Schedule F.

**Schedule F: Creditors Holding Unsecured Non-Priority Claims.**  The claims listed on Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor has not listed a date for every claim listed on Schedule F.

The descriptions provided in Schedule F are intended only to be a summary.  Nothing in the Global Notes or the Schedules and SOFAs shall be deemed to be a modification or interpretation of the terms of such agreements.  The claims of individual creditors for, among other things, goods, services or taxes are listed at the amounts listed on the Debtor's books and records as of March 15,

2021 (or as of the latest available record date prior to the Petition Date) and may not reflect credits or allowances due from such creditor. The Debtor reserves all of its rights respecting such credits or allowances. The dollar amounts listed may be exclusive of contingent and unliquidated amounts.

The Debtor expressly incorporates by reference into Schedule F, to the extent not already listed on Schedule F, (i) all parties to pending and potential pending litigation listed in the Debtor's SOFAs as contingent, unliquidated and disputed claims and (ii) all parties to executory contracts and unexpired leases, including those listed on Schedule G, to the extent such parties are holders of contingent and unliquidated unsecured claims arising from obligations under those executory contracts and unexpired leases.

**Schedule G:  Executory Contracts.**  While commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusions may have occurred. The Debtor reserves all of its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended and/or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed herein. Reference to contracts, agreements and leases in these Schedules and SOFAs includes any modifications, amendments and supplements regardless of whether they are listed herein. Certain of the contracts and leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights that are embedded in the Debtor's agreements. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute.

The presence of a contract, lease or agreement on Schedule G does not constitute an admission that such contract, lease or agreement is an executory contract or unexpired lease. The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including, without limitation, any intercompany agreement) related to a creditor's claim.

Omission of a contract, lease or agreement from this Schedule does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts, leases or agreements are not impaired by its omission. This Schedule may be amended at any time to add any omitted contract, lease or agreement.

For the purposes of Schedule G, contracts have been listed only where that Debtor is an actual party to the contract. The omission of any contract from Schedule G to which a Debtor is an intended beneficiary shall not constitute a waiver of any rights the Debtor may have in that

contract, including the right to enforce such contract or the right to recover damages in the event that there is a breach of such contract.

**Schedule H:  Co-Debtors.**  While every reasonable effort has been made to ensure the accuracy of Schedule H, inadvertent errors or omissions may have occurred.  The Debtor may not have identified certain guarantees that are embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.  The Debtor reserves its right to amend the Schedules to the extent additional guarantees are identified.

## Statements of Financial Affairs

**Insiders.**  In the circumstance where the SOFAs require information regarding insiders, the Debtor has attempted to include therein each of the relevant Debtor's directors, officers or employees that meets the statutory definition of an insider or had the ability to exercise control over the decision-making or policy of the Debtor during the relevant period; provided, that employees with positions that have officer titles (such as director and vice president) but who did not report to the Debtor's sole member or the board of directors or had no control over the decision-making or policy of the relevant Debtor were not included as insiders.  The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Intercompany Claims.**  In a transaction that closed on December 4, 2020, the ownership of the Debtor was sold to a new ownership group and a new management team was appointed.  At that time, the Debtor became a wholly-owned subsidiary of a newly formed Griddy Holdings LLC.  As a result of the December 4, 2020 transaction, all prior intercompany payables or receivables were eliminated.  The Debtor has insufficient information regarding intercompany transactions that occurred prior to December 4, 2020 to include herein.  Since December 4, 2020, intercompany transactions have been limited and, except for one cash transfer to the Debtor from a non-debtor affiliate in the amount of $10,000 on December 5, 2020, were recorded on the Debtor's books and records through journal entries.  For the avoidance of doubt, the Debtor reserves all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans and notes.  Reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation.  Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that the Debtor is an obligor with respect to any such payment.  The Debtor reserves all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

**Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing this Case.**  The list of payments made by the Debtor within 90 days of the Petition Date includes disbursements or other transfers made by the Debtor within 90 days prior to filing, except for those made to insiders, which are reflected on Statements 4 and 30.  Other than on Questions 4 and 30, the Debtor did not identify the payee of payments on account of compensation paid to employees

in the 90 days prior to the Petition Date.  A description of the Debtor's obligations to its employees, including wages, salaries and commissions as well as benefits programs is set forth in the *Debtor's Emergency Motion for Entry of an Order (i) Authorizing, but not Directing, the Debtor to (a) Pay Prepetition Employee Obligations and (b) Continue Certain Employee Programs; and (ii) Granting Related Relief*.  See Docket No. 13.  However, the Debtor has listed the payroll taxes, workers' compensation and payroll fees paid to its payroll processor for employee compensation and expense reimbursement.

**Question 26d –** The Debtor regularly distributed its financial statements to its lenders or their agent in compliance with the reporting obligations in connection with the applicable agreements. The Debtor may also occasionally have provided certain other parties, such as banks, auditors, potential investors and financial advisors, with financial statements.  The Debtor does not maintain complete lists or other records tracking such disclosures and ascertaining all such disclosures would be burdensome and impractical.  Accordingly, such parties are not listed.

* * * END OF GLOBAL NOTES * * *

**Fill in this information to identify the case:**

Debtor name: Griddy Energy LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 21-30923

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>1/1/2021     to    Filing Date | ☑ Operating a business<br>☐ Other | $53,082,885.20 |
| **For prior year:** | From<br>1/1/2020     to<br>12/31/2020 | ☑ Operating a business<br>☐ Other | $34,565,780.00 |
| **For the year before that:** | From<br>1/1/2019     to<br>12/31/2019 | ☑ Operating a business<br>☐ Other | $41,863,892.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>1/1/2021     to    Filing Date | CD Interest | $0.00 |
| **For prior year:** | From<br>1/1/2020     to<br>12/31/2020 | CD Interest | $5,555.00 |
| **For the year before that:** | From<br>1/1/2019     to<br>12/31/2019 | CD Interest | $8,290.00 |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1<br><br>See SOFA 3 Exhibit | | $27,263,370.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br><br>See SOFA 4 Exhibit<br><br>Relationship to debtor | | $1,205,426.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | Last 4 digits of account number | | |

| Part 3: | Legal Actions or Assignments |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1** **Name** Charles Huppert vs. Griddy Energy LLC and Griddy Holdings LLC **Case number** 2021-12101 | Civil | **Name** 133rd District Court of Harris County, Texas **Street** 201 Caroline St 11th floor **City** Houston **State** TX **Zip** 77002 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.2** **Name** Lisa Khoury, Individually and on Behalf of all Others Similarly Situated vs. Griddy Energy LLC **Case number** 2021-10004 | Civil | **Name** 133rd District Court of Harris County, Texas **Street** 201 Caroline St 11th floor **City** Houston **State** TX **Zip** 77002 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.3** **Name** The State of Texas vs. Griddy Energy LLC and Griddy Holdings LLC **Case number** 2021-11518 | Civil | **Name** 133rd District Court of Harris County, Texas **Street** 201 Caroline St 11th floor **City** Houston **State** TX **Zip** 77002 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.4** **Name** Thomas Ramer Clark vs. Griddy Energy LLC and Griddy Holdings LLC **Case number** 2021-12017 | Civil | **Name** 133rd District Court of Harris County, Texas **Street** 201 Caroline St 11th floor **City** Houston **State** TX **Zip** 77002 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.5** **Name** N/A **Case number** 201907000 | Switch Hold Investigation | **Name** Public Utility Commission of Texas **Street** 1701 N. Congress Avenue **City** Austin **State** TX **Zip** 78711 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.6** **Name** N/A **Case number** 201980009 | Advertising and Service Agent Access Investigation | **Name** Public Utility Commission of Texas **Street** 1701 N. Congress Avenue **City** Austin **State** TX **Zip** 78711 | ☑ Pending ☐ On appeal ☐ Concluded |

| 7.7 | Name | Petition to revoke the Retail Electronic | Name | | | ☑ Pending |
| | N/A | Provider Certificate | Public Utility Commission of Texas | | | ☐ On appeal |
| | **Case number** | | Street | | | ☐ Concluded |
| | N/A | | 1701 N. Congress Avenue | | | |
| | | | City | State | Zip | |
| | | | Austin | TX | 78711 | |

| 7.8 | Name | Civil Investigative Demand | Name | | | ☑ Pending |
| | N/A | | Texas Office of the Attorney General - Consumer Protection Division | | | ☐ On appeal |
| | **Case number** | | Street | | | ☐ Concluded |
| | N/A | | 808 Travis St., Ste 1520 | | | |
| | | | City | State | Zip | |
| | | | Houston | TX | 77002 | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 Custodian's name and address | Case title | Court name and address |
| | | Name |
| Street | Case number | |
| | | Street |
| City    State    Zip | Date of order or assignment | |
| | | City    State    Zip |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Recipient's name | | | |
| Street | | | |
| City    State    Zip | | | |
| **Recipient's relationship to debtor** | | | |

Debtor   Griddy Energy LLC.
     Name

Case number *(if known)* 21-30923

## Part 5: Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1<br><br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112<br><br>**Email or website address**<br>https://www.bakerbotts.com/<br><br>**Who made the payment, if not debtor?** | | 2/18/2021 | $268,420.00 |
| 11.2<br><br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112<br><br>**Email or website address**<br>https://www.bakerbotts.com/<br><br>**Who made the payment, if not debtor?** | | 2/26/2021 | $167,760.00 |
| 11.3<br><br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112<br><br>**Email or website address**<br>https://www.bakerbotts.com/<br><br>**Who made the payment, if not debtor?** | | 3/5/2021 | $139,060.00 |

11.4

Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112

3/12/2021    $40,600.00

**Email or website address**
https://www.bakerbotts.com/

**Who made the payment, if not debtor?**

11.5

Stretto
410 Exchange
Suite 100
Irvine, CA 92602

3/2/2021    $20,000.00

**Email or website address**
https://www.stretto.com/

**Who made the payment, if not debtor?**

11.6

Stretto
410 Exchange
Suite 100
Irvine, CA 92602

3/10/2021    $40,000.00

**Email or website address**
https://www.stretto.com/

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.
☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1 | | | |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property☐by sale, trade, or any other means☐made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.
☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | |
| Relationship to debtor | | | |

| **Part 7:** | **Previous Locations** |
| --- | --- |

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | | Dates of occupancy | | |
| --- | --- | --- | --- | --- | --- | --- |
| 14.1 | Street<br>12121 Bluff Creek Drive, Suite 220 | | | From<br>3/7/2016 | | to<br>12/3/2020 |
| | City<br>Playa Vista | State<br>CA | Zip<br>90094-996 | | | |

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

---

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1　Street<br><br>City　　State　　Zip | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider | How are records kept?<br>Check all that apply:<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

---

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.　Names, Birthdays, Addresses and Email Addresses

　　　Does the debtor have a privacy policy about that information?

　　　☐ No

　　　☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in below:

    **Name of plan**                         **Employer identification number of the plan**

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 <br> Name <br> East West Bank <br> Street <br> 135 N. Los Robles Ave., 6th Floor <br> City: Pasadena   State: CA   Zip: 91101 | 0120 | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☑ Other <br><br> Certificate of Deposit | 2/10/2021 | $21,121.98 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 <br> Name <br> Street <br> City   State   Zip | Address | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 | | | |
| Name | | | ☐ No |
| | Address | | ☐ Yes |
| Street | | | |
| City   State   Zip | | | |

---

**Part 11:** **Property the Debtor Holds or Controls that the Debtor Does Not Own**

---

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 | | | |

---

**Part 12:** **Details About Environmental Information**

---

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium);

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized;

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 | | | |
| Case Number | Name | | ☐ Pending |
| | Street | | ☐ On appeal |
| | City   State   Zip | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 | | | |
| Name | Name | | |
| Street | Street | | |
| City     State     Zip | City     State     Zip | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 | | | |
| Name | Name | | |
| Street | Street | | |
| City     State     Zip | City     State     Zip | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 | | EIN |
| | | **Dates business existed** |
| | | From          to |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1 | From          to |
| Roop Bhullar - CFO<br>30 Post Rd E 2nd floor<br>Westport, CT 06880 | 12/4/2020          Present |
| 26a.2 | From          to |
| Kelly Chan<br>12121 Bluff Creek Dr #220<br>Playa Vista, CA 90094 | 1/1/2017          12/3/2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
| --- | --- |
| **26b.1** Windes<br>Attn: Lance Adams<br>3780 Kilroy Airport Way, Suite 600<br>Long Beach, CA 90806 | From 3/1/2019  to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| **26c.1** Roop Bhullar - CFO<br>30 Post Rd E 2nd floor<br>Westport, CT 06880 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| **26d.1** Aon Risk Services Southwest Inc<br>Attn: Ricky Wong<br>5555 San Felipe Suite 1500<br>Houston, TX 77056 |
| **26d.2** EDF Trading North America, LLC<br>Attn: General Counsel and Contract Administration<br>601 Travis, Suite 1700<br>Houston, TX 77002 |
| **26d.3** ERCOT<br>Attn: Phil Mincemoyer<br>7620 Metro Center Drive<br>Austin, TX 78744 |
| **26d.4** Macquarie Investments US Inc.<br>125 West 55th Street<br>Level 20<br>New York, NY 10019 |

26d.5

Public Utility Commission of Texas
Attn: David Hoard
1701 N. Congress
PO Box 13326
Austin, TX 78711-3326

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- |
| 28.1 Griddy Holdings LLC 30 Post Rd E 2nd floor Westport, CT 06880 | Parent Company | 100% |
| 28.2 Michael Fallquist 30 Post Rd E, 2nd floor West Port, CT 06880 | Chief Executive Officer | N/A |
| 28.3 Christian McArthur 30 Post Rd E 2nd floor Westport, CT 06880 | Chief Operating Officer | N/A |
| 28.4 Roop Bhullar - CFO 30 Post Rd E 2nd floor Westport, CT 06880 | Chief Financial Officer | N/A |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held | |
| --- | --- | --- | --- |
| 29.1 David Cass [Address Redacted] | Former Chief Financial Officer | From 10/1/2016 | to 2/28/2020 |
| 29.2 Eduardo Fonseca [Address Redacted] | Former Chief Technology Officer | From 11/27/2019 | to 8/7/2020 |

| 29.3 | Gregory Craig<br>[Address Redacted] | Former Chief Executive Officer | From<br>12/10/2015 | to<br>12/4/2020 |
| 29.4 | Jason Huang*<br>[Address Redacted] | Former Chief Marketing Officer, Former Chief Operating Officer | From<br>6/11/2018 | to<br>2/28/2020 |

* Jason Huang ceased to be an officer on 12/4/2020.  But remained with the company until 2/28/2021.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 | | | |
| See SOFA 4 | | | |

| Relationship To Debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 | EIN |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

**SOFA 3_Clean ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AEP Texas Central Company | | 2901 E Mockingbird Ln | | | Victoria | TX | 77904 | | 12/22/2020 | $11,196.21 | Services |
| AEP Texas Central Company | | 2901 E Mockingbird Ln | | | Victoria | TX | 77904 | | 12/29/2020 | $4,834.50 | Services |
| AEP Texas Central Company | | 2901 E Mockingbird Ln | | | Victoria | TX | 77904 | | 1/5/2021 | $14,485.04 | Services |
| AEP Texas Central Company | | 2901 E Mockingbird Ln | | | Victoria | TX | 77904 | | 1/12/2021 | $8,948.39 | Services |
| AEP Texas Central Company | | 2901 E Mockingbird Ln | | | Victoria | TX | 77904 | | 1/19/2021 | $19,185.38 | Services |
| AEP Texas Central Company | | 2901 E Mockingbird Ln | | | Victoria | TX | 77904 | | 1/27/2021 | $6,525.45 | Services |
| AEP Texas Central Company | | 2901 E Mockingbird Ln | | | Victoria | TX | 77904 | | 2/2/2021 | $7,502.23 | Services |
| AEP Texas Central Company | | 2901 E Mockingbird Ln | | | Victoria | TX | 77904 | | 2/9/2021 | $19,949.29 | Services |
| AEP Texas Central Company | | 2901 E Mockingbird Ln | | | Victoria | TX | 77904 | | 2/19/2021 | $9,691.91 | Services |
| AEP Texas North Company | | 1 Riverside Plaza | | | Columbus | OH | 43215 | | 12/29/2020 | $1,162.05 | Services |
| AEP Texas North Company | | 1 Riverside Plaza | | | Columbus | OH | 43215 | | 1/5/2021 | $1,831.45 | Services |
| AEP Texas North Company | | 1 Riverside Plaza | | | Columbus | OH | 43215 | | 1/12/2021 | $1,243.18 | Services |
| AEP Texas North Company | | 1 Riverside Plaza | | | Columbus | OH | 43215 | | 1/19/2021 | $2,446.14 | Services |
| AEP Texas North Company | | 1 Riverside Plaza | | | Columbus | OH | 43215 | | 1/27/2021 | $1,736.11 | Services |
| AEP Texas North Company | | 1 Riverside Plaza | | | Columbus | OH | 43215 | | 2/2/2021 | $2,521.87 | Services |
| AEP Texas North Company | | 1 Riverside Plaza | | | Columbus | OH | 43215 | | 2/9/2021 | $2,730.19 | Services |
| AEP Texas North Company | | 1 Riverside Plaza | | | Columbus | OH | 43215 | | 2/19/2021 | $1,843.75 | Services |
| AEP Texas North Company | | 2901 E Mockingbird Ln | | | Victoria | TX | 77904 | | 12/22/2020 | $2,043.93 | Services |
| Alex Liu | | [Address redacted] | | | | | | | 12/18/2020 | $10,425.00 | Services |
| Alex Liu | | [Address redacted] | | | | | | | 1/11/2021 | $10,575.00 | Services |
| Alex Liu | | [Address redacted] | | | | | | | 2/2/2021 | $11,175.00 | Services |
| Alex Liu | | [Address redacted] | | | | | | | 2/16/2021 | $1,000.00 | Services |
| Amazon Web Services | Attn: CEO or General Counsel | 12900 Worldgate Dr | | | Herndon | VA | 20170 | | 12/15/2020 | $12,515.02 | Services |
| Amazon Web Services | Attn: CEO or General Counsel | 12900 Worldgate Dr | | | Herndon | VA | 20170 | | 1/13/2021 | $12,953.28 | Services |
| Amazon Web Services | Attn: CEO or General Counsel | 12900 Worldgate Dr | | | Herndon | VA | 20170 | | 1/13/2021 | $175.87 | Services |
| Amazon Web Services | Attn: CEO or General Counsel | 12900 Worldgate Dr | | | Herndon | VA | 20170 | | 2/16/2021 | $9,535.46 | Services |
| Amazon Web Services | Attn: CEO or General Counsel | 12900 Worldgate Dr | | | Herndon | VA | 20170 | | 2/16/2021 | $175.86 | Services |
| Amazon Web Services | | 410 Terry Ave N | | | Seattle | WA | 98109 | | 2/24/2021 | $224.44 | Services |
| Amazon Web Services | | 410 Terry Ave N | | | Seattle | WA | 98109 | | 3/12/2021 | $204.49 | Services |
| Amazon Web Services | | 410 Terry Ave N | | | Seattle | WA | 98109 | | 3/12/2021 | $9,231.76 | Services |
| AON Risk Services | | 3440 Flair Dr | | | El Monte | CA | 91731 | | 1/29/2021 | $51,871.00 | Services |
| AON Risk Services | | 3440 Flair Dr | | | El Monte | CA | 91731 | | 2/23/2021 | $40,000.00 | Services |
| AON Risk Services | | 3440 Flair Dr | | | El Monte | CA | 91731 | | 3/11/2021 | $60,000.00 | Services |
| Baker Botts L.L.P. | | 30 Rockefeller Plaza | | | New York | NY | 10112 | | 2/18/2021 | $400,000.00 | Services |
| Baker Botts L.L.P. | | 30 Rockefeller Plaza | | | New York | NY | 10112 | | 2/26/2021 | $250,000.00 | Services |
| Baker Botts L.L.P. | | 30 Rockefeller Plaza | | | New York | NY | 10112 | | 3/5/2021 | $250,000.00 | Services |
| Baker Botts L.L.P. | | 30 Rockefeller Plaza | | | New York | NY | 10112 | | 3/12/2021 | $100,000.00 | Services |
| Bunnelli, LLC | Attn: Emily Bunnell | 123 Cedar St | | | Sayre | PA | 18840 | | 1/15/2021 | $10,104.94 | Services |
| Bunnelli, LLC | Attn: Emily Bunnell | 123 Cedar St | | | Sayre | PA | 18840 | | 2/9/2021 | $10,000.00 | Services |
| Bunnelli, LLC | Attn: Emily Bunnell | 123 Cedar St | | | Sayre | PA | 18840 | | 3/2/2021 | $2,300.00 | Services |
| CCH Incorporated | c/o Wolters Kluwer | Attn: CEO or General Counsel | PO Box 4307 | | Carol Stream | IL | 60197 | | 12/22/2020 | $38,900.00 | Services |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | | Houston | TX | 77002 | | 12/22/2020 | $137,913.55 | Services |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | | Houston | TX | 77002 | | 12/29/2020 | $94,704.50 | Services |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | | Houston | TX | 77002 | | 1/5/2021 | $207,287.46 | Services |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | | Houston | TX | 77002 | | 1/12/2021 | $153,162.59 | Services |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | | Houston | TX | 77002 | | 1/19/2021 | $149,701.61 | Services |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | | Houston | TX | 77002 | | 1/27/2021 | $114,401.80 | Services |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | | Houston | TX | 77002 | | 2/2/2021 | $137,656.55 | Services |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | | Houston | TX | 77002 | | 2/9/2021 | $104,262.77 | Services |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | | Houston | TX | 77002 | | 2/9/2021 | $201,604.17 | Services |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | | Houston | TX | 77002 | | 2/19/2021 | $87,535.64 | Services |
| Crestline Solutions, LLC | Attn: Reed Clay | 401 W. 15th Street, Suite 870 | | | Austin | TX | 78701 | | 3/2/2021 | $90,000.00 | Services |
| Dudley Newman Feuerzeig LLP | | 1000 Fredericksburg Gade | | | St. Thomas | VI | 00802 | | 12/28/2020 | $7,000.00 | Services |
| EDF Trading North America, LLC | Attn: General Counsel and Contract Administration | 601 Travis, Suite 1700 | | | Houston | TX | 77002 | | 12/18/2020 | $860,122.17 | Services |

SOFA 3_Clean ATTACHMENT

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EDF Trading North America, LLC | Attn: General Counsel and Contract Administration | 601 Travis, Suite 1700 | | | Houston | TX | 77002 | | 12/23/2020 | $2,378.15 | Services |
| EDF Trading North America, LLC | Attn: General Counsel and Contract Administration | 601 Travis, Suite 1700 | | | Houston | TX | 77002 | | 1/15/2021 | $821,095.68 | Services |
| EDF Trading North America, LLC | Attn: General Counsel and Contract Administration | 601 Travis, Suite 1700 | | | Houston | TX | 77002 | | 2/12/2021 | $526,239.23 | Services |
| Energy Services Group | Attn: CEO or General Counsel | 141 Longwater Dr, Ste 113 | | | Norwell | MA | 02061 | | 12/22/2020 | $30,649.30 | Services |
| Energy Services Group | Attn: CEO or General Counsel | 141 Longwater Dr, Ste 113 | | | Norwell | MA | 02061 | | 1/22/2021 | $33,717.54 | Services |
| Energy Services Group | Attn: CEO or General Counsel | 141 Longwater Dr, Ste 113 | | | Norwell | MA | 02061 | | 2/17/2021 | $33,563.75 | Services |
| ERCOT | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | | Austin | TX | 78744 | | 1/22/2021 | $1,160.50 | Services |
| ERCOT | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | | Austin | TX | 78744 | | 1/29/2021 | $901.54 | Services |
| ERCOT | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | | Austin | TX | 78744 | | 2/3/2021 | $4,867.20 | Services |
| ERCOT | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | | Austin | TX | 78744 | | 2/10/2021 | $1,011.70 | Services |
| ERCOT | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | | Austin | TX | 78744 | | 2/12/2021 | $1,341.30 | Services |
| ERCOT | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | | Austin | TX | 78744 | | 2/17/2021 | $29,835.43 | Services |
| ERCOT | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | | Austin | TX | 78744 | | 2/22/2021 | $1,272,526.23 | Services |
| ERCOT | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | | Austin | TX | 78744 | | 2/22/2021 | $1,184,604.79 | Services |
| ERCOT | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | | Austin | TX | 78744 | | 2/22/2021 | $601,580.83 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 12/23/2020 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 12/23/2020 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 12/23/2020 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 12/23/2020 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 12/23/2020 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 12/23/2020 | $681.83 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/12/2021 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/12/2021 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/12/2021 | $688.52 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/12/2021 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/12/2021 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/12/2021 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/12/2021 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/12/2021 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/12/2021 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/12/2021 | $3,884.55 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/12/2021 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/24/2021 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/24/2021 | $1,485.26 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/24/2021 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | | 2/24/2021 | $5,000.00 | Services |
| Facebook | | 1601 Willow Rd | Bldg 10 | | MENLO PARK | CA | 94025-1453 | | 3/12/2021 | $531.62 | Services |
| Frazee Valuation & Forensic Consulting | Attn: Tom Frazee | 5137 Aintree Road | | | Rochester | MI | 48306 | | 3/2/2021 | $18,150.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 12/23/2020 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 12/23/2020 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 12/23/2020 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 12/23/2020 | $1,034.40 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 12/23/2020 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 12/23/2020 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 12/23/2020 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 12/23/2020 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 12/23/2020 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 12/23/2020 | $500.00 | Services |

SOFA 3_Clean ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $1,052.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 2/12/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain Vie | CA | 94043-1351 | | 2/24/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain Vie | CA | 94043-1351 | | 2/24/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain Vie | CA | 94043-1351 | | 2/24/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain Vie | CA | 94043-1351 | | 2/24/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain Vie | CA | 94043-1351 | | 2/24/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain Vie | CA | 94043-1351 | | 2/24/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain Vie | CA | 94043-1351 | | 2/24/2021 | $500.00 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 3/12/2021 | $1,113.56 | Services |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043-1351 | | 3/12/2021 | $232.68 | Services |
| Ian Joyce | | [Address redacted] | | | | | | | 1/8/2021 | $3,186.00 | Services |
| Ian Joyce | | [Address redacted] | | | | | | | 2/11/2021 | $8,546.31 | Services |
| Iterable Inc | | 71 Stevenson Street, Ste. 300 | | | San Francisco | CA | 94105 | | 1/20/2021 | $13,848.00 | Services |
| Jordan Oakley | | [Address redacted] | | | | | | | 1/15/2021 | $4,270.00 | Services |
| Jordan Oakley | | [Address redacted] | | | | | | | 2/5/2021 | $5,600.00 | Services |
| Jordan Oakley | | [Address redacted] | | | | | | | 2/26/2021 | $3,920.00 | Services |
| Jordan Oakley | | [Address redacted] | | | | | | | 3/2/2021 | $1,050.00 | Services |
| Kellerhals Ferguson Kroblin PLLC | | Royal Palms Professional | Building 9053 Estate Thom | | St Thomas | | 00802 | Virgin Islands (U.S.) | 2/24/2021 | $1,662.25 | Services |
| Kellerhals Ferguson Kroblin PLLC | | Royal Palms Professional | Building 9053 Estate Thom | | St Thomas | VI | 00802 | Virgin Islands (U.S.) | 2/24/2021 | $40,893.53 | Services |
| Macquarie Investments US Inc. | | 125 West 55th Street | Level 20 | | New York | NY | 10019 | | 1/21/2021 | $16,739.86 | Secured Debt |
| Macquarie Investments US Inc. | | 125 West 55th Street | Level 20 | | New York | NY | 10019 | | 1/29/2021 | $2,756.11 | Secured Debt |
| Macquarie Investments US Inc. | | 125 West 55th Street | Level 20 | | New York | NY | 10019 | | 2/22/2021 | $5,472,011.57 | Secured Debt |
| Macquarie Investments US Inc. | | 125 West 55th Street | Level 20 | | New York | NY | 10019 | | 2/22/2021 | $302,189.43 | Secured Debt |
| Macquarie Investments US Inc. | | 125 West 55th Street | Level 20 | | New York | NY | 10019 | | 2/23/2021 | $1,253,185.54 | Secured Debt |
| Macquarie Investments US Inc. | | 125 West 55th Street | Level 20 | | New York | NY | 10019 | | 2/24/2021 | $3,347,382.34 | Secured Debt |
| Macquarie Investments US Inc. | | 125 West 55th Street | Level 20 | | New York | NY | 10019 | | 2/26/2021 | $4,084,715.19 | Secured Debt |
| Macquarie Investments US Inc. | | 125 West 55th Street | Level 20 | | New York | NY | 10019 | | 3/3/2021 | $541.67 | Secured Debt |
| Macquarie Investments US Inc. | | 125 West 55th Street | Level 20 | | New York | NY | 10019 | | 3/4/2021 | $500,125.00 | Secured Debt |
| Macquarie Investments US Inc. | | 125 West 55th Street | Level 20 | | New York | NY | 10019 | | 3/5/2021 | $10,125.00 | Secured Debt |
| Microsoft Bing Ads | | 111 Wall Street | | | New York | NY | 10043 | | 12/23/2020 | $2,500.00 | Services |

**SOFA 3_Clean ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Microsoft Bing Ads | | 111 Wall Street | | | New York | NY | 10043 | | 2/12/2021 | $2,501.55 | Services |
| Microsoft Bing Ads | | 111 Wall Street | | | New York | NY | 10043 | | 2/24/2021 | $2,020.51 | Services |
| Miguel A. Huerta, PLLC | | 7500 Rialto Blvd, Suite 250 | | | Austin | TX | 78735 | | 2/4/2021 | $4,080.00 | Services |
| Miguel A. Huerta, PLLC | | 7500 Rialto Blvd, Suite 250 | | | Austin | TX | 78735 | | 3/8/2021 | $13,075.27 | Services |
| Morphologic, LLC | | 4519 South Park Lane | | | Spokane | WA | 99223 | | 1/5/2021 | $20,000.00 | Services |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | | Dallas | TX | 75202 | | 12/22/2020 | $126,964.82 | Services |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | | Dallas | TX | 75202 | | 12/29/2020 | $60,479.74 | Services |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | | Dallas | TX | 75202 | | 1/5/2021 | $148,996.07 | Services |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | | Dallas | TX | 75202 | | 1/12/2021 | $105,774.54 | Services |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | | Dallas | TX | 75202 | | 1/19/2021 | $177,432.22 | Services |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | | Dallas | TX | 75202 | | 1/27/2021 | $67,744.68 | Services |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | | Dallas | TX | 75202 | | 2/2/2021 | $128,010.56 | Services |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | | Dallas | TX | 75202 | | 2/9/2021 | $48,074.06 | Services |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | | Dallas | TX | 75202 | | 2/9/2021 | $185,468.95 | Services |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | | Dallas | TX | 75202 | | 2/19/2021 | $93,899.31 | Services |
| PSA Consulting, LLC | | 8786 N. Promontory Ridge Drive | | | Park City | UT | 84098 | | 3/11/2021 | $19,726.03 | Services |
| PSA Consulting, LLC | | 8786 N. Promontory Ridge Drive | | | Park City | UT | 84098 | | 3/11/2021 | $55,273.97 | Services |
| Scott PLLC | | 405 West 14th Street | | | Austin | TX | 78701 | | 3/3/2021 | $90,000.00 | Services |
| Sitrick Group, LLC | | 11999 San Vicente Blvd., Penthouse | | | Los Angeles | CA | 90049 | | 2/24/2021 | $65,000.00 | Services |
| Sitrick Group, LLC | | 11999 San Vicente Blvd., Penthouse | | | Los Angeles | CA | 90049 | | 3/12/2021 | $18,000.00 | Services |
| Stretto | | 410 Exchange | Suite 100 | | Irvine | CA | 92602 | | 3/2/2021 | $20,000.00 | Services |
| Stretto | | 410 Exchange | Suite 100 | | Irvine | CA | 92602 | | 3/10/2021 | $40,000.00 | Services |
| Stripe, Inc. | Attn: CEO or General Counsel | 510 Townsend Street | | | San Francisco | CA | 94103 | | 2/24/2021 | $50,000.00 | Customer Refunds/Disputes |
| Stripe, Inc. | Attn: CEO or General Counsel | 510 Townsend Street | | | San Francisco | CA | 94103 | | 2/26/2021 | $50,000.00 | Customer Refunds/Disputes |
| Stripe, Inc. | Attn: CEO or General Counsel | 510 Townsend Street | | | San Francisco | CA | 94103 | | 3/1/2021 | $750,000.00 | Customer Refunds/Disputes (Prepaid) |
| Stripe, Inc. | Attn: CEO or General Counsel | 510 Townsend Street | | | San Francisco | CA | 94103 | | 3/12/2021 | $213,907.12 | Customer Refunds/Disputes (Prepaid) |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | Lyndon B. Johnson State Office Building | 111 East 17th Street | | Austin | TX | 78744 | | 1/7/2021 | $32,307.28 | Taxes |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | Lyndon B. Johnson State Office Building | 111 East 17th Street | | Austin | TX | 78744 | | 2/2/2021 | $117,461.20 | Taxes |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | Lyndon B. Johnson State Office Building | 111 East 17th Street | | Austin | TX | 78744 | | 2/2/2021 | $38,327.29 | Taxes |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | Lyndon B. Johnson State Office Building | 111 East 17th Street | | Austin | TX | 78744 | | 2/8/2021 | $30.00 | Taxes |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | Lyndon B. Johnson State Office Building | 111 East 17th Street | | Austin | TX | 78744 | | 2/18/2021 | $34,381.14 | Taxes |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | Lyndon B. Johnson State Office Building | 111 East 17th Street | | Austin | TX | 78744 | | 3/12/2021 | $282,840.00 | Taxes |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | Lyndon B. Johnson State Office Building | 111 East 17th Street | | Austin | TX | 78744 | | 3/12/2021 | $336,458.67 | Taxes |
| Texas New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | | Lewisville | TX | 75067 | | 12/22/2020 | $24,033.09 | Services |
| Texas New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | | Lewisville | TX | 75067 | | 12/29/2020 | $16,424.17 | Services |
| Texas New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | | Lewisville | TX | 75067 | | 1/5/2021 | $8,595.61 | Services |
| Texas New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | | Lewisville | TX | 75067 | | 1/12/2021 | $16,872.62 | Services |
| Texas New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | | Lewisville | TX | 75067 | | 1/19/2021 | $32,609.78 | Services |
| Texas New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | | Lewisville | TX | 75067 | | 1/27/2021 | $10,521.30 | Services |
| Texas New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | | Lewisville | TX | 75067 | | 2/2/2021 | $11,156.29 | Services |
| Texas New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | | Lewisville | TX | 75067 | | 2/9/2021 | $37,535.43 | Services |

Case 21-30923   Document 72   Filed in TXSB on 03/24/21   Page 26 of 31
SOFA 3_Clean ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Texas New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | | Lewisville | TX | 75067 | | 2/19/2021 | $7,531.60 | Services |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 12/29/2020 | $1,269.86 | Payroll Taxes |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 12/29/2020 | $18.18 | Workers Compensation |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 12/29/2020 | $787.84 | Payroll Fees |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 1/12/2021 | $1,268.65 | Payroll Taxes |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 1/12/2021 | $18.16 | Workers Compensation |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 1/12/2021 | $787.08 | Payroll Fees |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 1/25/2021 | $1,285.29 | Payroll Taxes |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 1/25/2021 | $18.48 | Workers Compensation |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 1/25/2021 | $978.16 | Payroll Fees |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 2/8/2021 | $1,600.90 | Payroll Taxes |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 2/8/2021 | $22.91 | Workers Compensation |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 2/8/2021 | $986.50 | Payroll Fees |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 2/23/2021 | $1,600.90 | Payroll Taxes |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 2/23/2021 | $22.91 | Workers Compensation |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 2/23/2021 | $986.50 | Payroll Fees |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/10/2021 | $1,400.56 | Payroll Taxes |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/10/2021 | $20.10 | Workers Compensation |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/10/2021 | $1,028.23 | Payroll Fees |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 12/29/2020 | $15,581.05 | Payroll Taxes |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 12/29/2020 | $610.79 | Workers Compensation |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 12/29/2020 | $1,552.50 | Payroll Fees |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 1/14/2021 | $12,158.43 | Payroll Taxes |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 1/14/2021 | $530.30 | Workers Compensation |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 1/14/2021 | $1,620.00 | Payroll Fees |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 1/26/2021 | $11,642.62 | Payroll Taxes |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 1/26/2021 | $585.37 | Workers Compensation |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 1/26/2021 | $1,755.00 | Payroll Fees |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 2/11/2021 | $10,484.80 | Payroll Taxes |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 2/11/2021 | $528.71 | Workers Compensation |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 2/11/2021 | $1,687.50 | Payroll Fees |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 2/23/2021 | $10,484.80 | Payroll Taxes |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 2/23/2021 | $528.71 | Workers Compensation |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 2/23/2021 | $1,687.50 | Payroll Fees |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/2/2021 | $393.64 | Payroll Taxes |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/2/2021 | $42.66 | Workers Compensation |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/2/2021 | $330.00 | Payroll Fees |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/3/2021 | $100.03 | Payroll Taxes |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/3/2021 | $1.93 | Workers Compensation |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/3/2021 | $67.50 | Payroll Fees |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/8/2021 | $153.96 | Payroll Taxes |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/8/2021 | $2.34 | Workers Compensation |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/8/2021 | $135.00 | Payroll Fees |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/10/2021 | $7,587.53 | Payroll Taxes |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/10/2021 | $373.02 | Workers Compensation |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/10/2021 | $1,350.00 | Payroll Fees |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/11/2021 | $1,147.50 | Payroll Taxes |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/11/2021 | $18.80 | Workers Compensation |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | | 3/11/2021 | $67.50 | Payroll Fees |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | c/o Julia G. Sterling | 98 Imperial Avenue | | | Westport | CT | 06880 | | 12/23/2020 | $650.00 | Services |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | c/o Julia G. Sterling | 98 Imperial Avenue | | | Westport | CT | 06880 | | 1/26/2021 | $650.00 | Services |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | c/o Julia G. Sterling | 98 Imperial Avenue | | | Westport | CT | 06880 | | 2/12/2021 | $13,933.34 | Services |
| Within, LLP | | 411 Walnut Street | | | Green Cove Springs | FL | 32043 | | 1/6/2021 | $18,333.00 | Services |
| Within, LLP | | 411 Walnut Street | | | Green Cove Springs | FL | 32043 | | 1/27/2021 | $18,333.00 | Services |
| Within, LLP | | 411 Walnut Street | | | Green Cove Springs | FL | 32043 | | 3/2/2021 | $262.50 | Services |
| Zendesk, Inc. | | 989 Market Street | 3rd Floor | | San Francisco | CA | 94103 | | 12/23/2020 | $1,986.62 | Services |
| Zendesk, Inc. | | 989 Market Street | 3rd Floor | | San Francisco | CA | 94103 | | 2/12/2021 | $1,910.55 | Services |
| Zendesk, Inc. | | 989 Market Street | 3rd Floor | | San Francisco | CA | 94103 | | 2/24/2021 | $102.16 | Services |
| Zendesk, Inc. | | 989 Market Street | 3rd Floor | | San Francisco | CA | 94103 | | 2/24/2021 | $69.90 | Services |

**SOFA 3_Clean ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zendesk, Inc. | | 989 Market Street | 3rd Floor | | San Francisco | CA | 94103 | | 2/24/2021 | $69.91 | Services |
| Zendesk, Inc. | | 989 Market Street | 3rd Floor | | San Francisco | CA | 94103 | | 2/24/2021 | $74.01 | Services |
| Zendesk, Inc. | | 989 Market Street | 3rd Floor | | San Francisco | CA | 94103 | | 2/24/2021 | $74.03 | Services |
| Zendesk, Inc. | | 989 Market Street | 3rd Floor | | San Francisco | CA | 94103 | | 2/24/2021 | $191.21 | Services |
| Zendesk, Inc. | | 989 Market Street | 3rd Floor | | San Francisco | CA | 94103 | | 2/24/2021 | $789.56 | Services |
| Zendesk, Inc. | | 989 Market Street | 3rd Floor | | San Francisco | CA | 94103 | | 2/24/2021 | $2,255.29 | Services |
| Zendesk, Inc. | | 989 Market Street | 3rd Floor | | San | CA | 94103 | | 3/12/2021 | $6,587.66 | Services |
| Zuberance | | 9000 Crow Canyon Road, Suite S | | | Danville | CA | 94506 | | 2/4/2021 | $7,500.00 | Services |

**SOFA 4 ATTACHMENT**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Christian McArthur | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Operating Officer | 1/15/2021 | $6,041.67 | Gross Salary |
| Christian McArthur | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Operating Officer | 1/29/2021 | $6,041.67 | Gross Salary |
| Christian McArthur | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Operating Officer | 2/12/2021 | $6,041.67 | Gross Salary |
| Christian McArthur | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Operating Officer | 2/26/2021 | $6,041.67 | Gross Salary |
| Christian McArthur | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Operating Officer | 3/15/2021 | $6,041.67 | Gross Salary |
| Eduardo Fonseca | [Address Redacted] | | | | | | | Former Chief Technology Officer | 7/20/2020 | $831.15 | Gross Benefits |
| Eduardo Fonseca | [Address Redacted] | | | | | | | Former Chief Technology Officer | 7/20/2020 | $16,666.67 | Gross Salary |
| Eduardo Fonseca | [Address Redacted] | | | | | | | Former Chief Technology Officer | 8/5/2020 | $886.56 | Gross Benefits |
| Eduardo Fonseca | [Address Redacted] | | | | | | | Former Chief Technology Officer | 8/5/2020 | $16,666.67 | Gross Salary |
| Eduardo Fonseca | [Address Redacted] | | | | | | | Former Chief Technology Officer | 8/7/2020 | $387.87 | Gross Benefits |
| Eduardo Fonseca | [Address Redacted] | | | | | | | Former Chief Technology Officer | 8/7/2020 | $24,934.61 | Gross Salary |
| Eduardo Fonseca | [Address Redacted] | | | | | | | Former Chief Technology Officer | 8/20/2020 | $100,000.00 | Gross Salary |
| Eduardo Fonseca | [Address Redacted] | | | | | | | Former Chief Technology Officer | 9/18/2020 | $100,000.00 | Gross Salary |
| Eduardo Fonseca | [Address Redacted] | | | | | | | Former Chief Technology Officer | 01/01/2020 - 06/30/2020 | $10,140.03 | Gross Benefits (from January 2020 - June 2020)* |
| Eduardo Fonseca | [Address Redacted] | | | | | | | Former Chief Technology Officer | 01/01/2020 - 06/30/2020 | $200,000.04 | Gross Salary (from January 2020 - June 2020)* |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 7/20/2020 | $790.50 | Gross Benefits |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 7/20/2020 | $10,416.67 | Gross Salary |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 8/5/2020 | $843.20 | Gross Benefits |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 8/5/2020 | $10,416.67 | Gross Salary |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 8/20/2020 | $790.50 | Gross Benefits |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 8/20/2020 | $10,416.67 | Gross Salary |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 9/4/2020 | $843.20 | Gross Benefits |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 9/4/2020 | $10,416.67 | Gross Salary |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 9/21/2020 | $790.50 | Gross Benefits |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 9/21/2020 | $10,416.67 | Gross Salary |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 10/5/2020 | $790.50 | Gross Benefits |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 10/5/2020 | $10,416.67 | Gross Salary |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 3/3/2021 | $4,228.40 | Expense Reimbursement |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 3/11/2021 | $18,750.00 | Quarterly Board Fee |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 01/01/2020 - 06/30/2020 | $9,644.10 | Gross Benefits (from January 2020 - June 2020)* |
| Gregory Craig | [Address Redacted] | | | | | | | Former Chief Executive Officer | 01/01/2020 - 06/30/2020 | $200,000.04 | Gross Salary (from January 2020 - June 2020)* |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 7/20/2020 | $832.35 | Gross Benefits |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 7/20/2020 | $11,458.33 | Gross Salary |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 8/5/2020 | $887.84 | Gross Benefits |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 8/5/2020 | $11,458.33 | Gross Salary |

**SOFA 4 ATTACHMENT**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 8/20/2020 | $832.35 | Gross Benefits |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 8/20/2020 | $11,458.33 | Gross Salary |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 9/4/2020 | $887.84 | Gross Benefits |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 9/4/2020 | $8,486.97 | Gross Salary |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 9/21/2020 | $832.35 | Gross Benefits |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 9/21/2020 | $10,344.07 | Gross Salary |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 10/5/2020 | $832.35 | Gross Benefits |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 10/5/2020 | $11,458.33 | Gross Salary |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 10/21/2020 | $936.30 | Gross Benefits |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 10/21/2020 | $11,458.33 | Gross Salary |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 11/5/2020 | $998.72 | Gross Benefits |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 11/5/2020 | $11,458.33 | Gross Salary |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 11/20/2020 | $936.30 | Gross Benefits |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 11/20/2020 | $11,458.33 | Gross Salary |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 12/4/2020 | $936.30 | Gross Benefits |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 12/4/2020 | $11,458.33 | Gross Salary |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 12/9/2020 | $561.78 | Gross Benefits |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 12/9/2020 | $31,618.33 | Gross Salary |

**SOFA 4 ATTACHMENT**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 01/01/2020 - 06/30/2020 | $10,154.67 | Gross Benefits (from January 2020 - June 2020)* |
| Jason Huang | [Address Redacted] | | | | | | | Former Chief Marketing Officer, Former Chief Operating Officer | 01/01/2020 - 06/30/2020 | $137,499.96 | Gross Salary (from January 2020 - June 2020)* |
| Michael Fallquist | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Executive Officer | 1/15/2021 | $6,041.67 | Gross Salary |
| Michael Fallquist | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Executive Officer | 1/29/2021 | $6,041.67 | Gross Salary |
| Michael Fallquist | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Executive Officer | 2/12/2021 | $6,041.67 | Gross Salary |
| Michael Fallquist | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Executive Officer | 2/26/2021 | $6,041.67 | Gross Salary |
| Michael Fallquist | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Executive Officer | 3/15/2021 | $6,041.67 | Gross Salary |
| Nicholas Bain | [Address Redacted] | | | | | | | Former Director of a prior affiliate of Debtor | 3/3/2021 | $26,322.16 | Expense Reimbursement |
| Nicholas Bain | [Address Redacted] | | | | | | | Former Director of a prior affiliate of Debtor | 3/11/2021 | $18,750.00 | Quarterly Board Fee |
| Roop Bhullar | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Financial Officer | 1/15/2021 | $6,041.67 | Gross Salary |
| Roop Bhullar | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Financial Officer | 1/29/2021 | $6,041.67 | Gross Salary |
| Roop Bhullar | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Financial Officer | 2/12/2021 | $6,041.67 | Gross Salary |
| Roop Bhullar | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Financial Officer | 2/26/2021 | $6,041.67 | Gross Salary |
| Roop Bhullar | 30 Post Rd E 2nd floor | | | Westport | CT | 06880 | | Chief Financial Officer | 3/15/2021 | $6,041.67 | Gross Salary |

* Prior to July 2020, all employees of Griddy Energy LLC were paid out of the payroll system of Star Energy Partners, a former affiliate.  Pay period detail from the said payroll system is no longer available to the company.

**Fill in this information to identify the case:**

Debtor name: Griddy Energy LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 21-30923

☐ **Check if this is an amended filing**

---

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
03/24/2021

/s/ Roop Bhullar                                             Roop Bhullar

Signature of individual signing on behalf of debtor          Printed name

Chief Financial Officer

Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No

☑ Yes