UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF FILING OF STATEMENT OF FINANCIAL AFFAIRS
AND SCHEDULES OF ASSETS AND LIABILITIES**

**PLEASE TAKE NOTICE** that, on March 24, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor") filed its Statement of Financial Affairs (collectively, the "SOFAs") and Schedules of Assets and Liabilities (collectively, the "Schedules").

**PLEASE TAKE FURTHER NOTICE** that copies of the Debtor's SOFAs and Schedules are available online free of charge at http://cases.stretto.com/Griddy. Copies of the Debtor's SOFAs and Schedules may also be obtained at cost by written request to the Debtor's claims agent at the following address:

Griddy Energy LLC Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

**PLEASE TAKE FURTHER NOTICE** that copies of the Debtor's SOFAs and Schedules are available on the Court's Internet Website at http://www.txs.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("PACER") system are

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov.

Dated: March 24, 2021
      New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Robin Spigel*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Proposed Counsel To The Debtor And Debtor In Possession*