IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**GRIDDY ENERGY LLC,**<br><br>Debtor.[1] | **Case No. 21-30923 (MI)**<br><br>**Chapter 11** |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Luminant Energy Company LLC hereby enters its appearance by and through its counsel, GIBSON, DUNN & CRUTCHER LLP, pursuant to § 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith, be given to and served upon, and that Gibson Dunn & Crutcher LLP be added to the mailing matrix on file with the Clerk of the Bankruptcy Court, as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

Michael A. Rosenthal
Michael L. Raiff
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
Tel:  214.698.3100
Email:  MRosenthal@gibsondunn.com
MRaiff@gibsondunn.com

Matthew G. Bouslog
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Dr.
Irvine, CA 92612-4412
Telephone: 949-451-4030
Email: MBouslog@gibsondunn.com

Eric T. Haitz
**GIBSON, DUNN & CRUTCHER LLP**
811 Main Street, Suite 3000
Houston, TX 77002-6117
Telephone: 346-718-6600
Email: EHaitz@gibsondunn.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise.

This Notice of Appearance is not and shall not be construed as a waiver of any of Luminant Energy Company LLC's jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned proceeding, all of which are hereby expressly reserved.

Dated: March 25, 2021

Respectfully submitted,

/s/  *Michael A. Rosenthal*
Michael A. Rosenthal (17281490)
Michael L. Raiff (784803)
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
Tel:    214.698.3100
Email: MRosenthal@gibsondunn.com
            MRaiff@gibsondunn.com

   *and*

Matthew G. Bouslog (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Dr.
Irvine, CA 92612-4412
Tel:    949-451-3800
Email: MBouslog@gibsondunn.com

   *and*

Eric T. Haitz (24101851)
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
Tel:    346-718-6600
Email: EHaitz@gibsondunn.com

*Counsel to Luminant Energy Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on March 25, 2021 by the Electronic Case Filing system for the Bankruptcy Court for the Southern District of Texas, which gives notice to all parties registered to receive electronic notice through the Court's CM/ECF automatic electronic notice system.

/s/ *Michael A. Rosenthal*
Michael A. Rosenthal (17281490)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201