UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 21-30923 (MI) |
|---|---|---|---|
| Debtor | In Re: | Griddy Energy LLC | |

This lawyer, who is admitted to the State Bar of _____California_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Matthew G. Bouslog<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>(949) 451-4030<br>280978 |
|---|---|

Seeks to appear as the attorney for this party:    Luminant Energy Company LLC

| | |
|---|---|
| Dated: March 25, 2021 | Signed: /s/ Matthew G. Bouslog _____ |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge