

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF

ENTERED
03/26/2021

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 21-30923 (MI) |
|---|---|---|---|
| Debtor | In Re: | Griddy Energy LLC | |

This lawyer, who is admitted to the State Bar of __California__:

| | |
|---|---|
| Name | Matthew G. Bouslog |
| Firm | GIBSON, DUNN & CRUTCHER LLP |
| Street | 3161 Michelson Drive |
| City & Zip Code | Irvine, CA 92612-4412 |
| Telephone | (949) 451-4030 |
| Licensed: State & Number | 280978 |

Seeks to appear as the attorney for this party:   Luminant Energy Company LLC

Dated: March 25, 2021      Signed: /s/ Matthew G. Bouslog

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:       Signed: _____
                      Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: March 26, 2021

Marvin Isgur
United States Bankruptcy Judge