UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) ) ) | Case No. 21-30923 (MI) |
| Debtor. | ) ) | |

**NOTICE OF FILING OF REVISED PROPOSED
INTERIM ORDER (I) AUTHORIZING THE DEBTOR TO REDACT CERTAIN
PERSONALLY IDENTIFIABLE INFORMATION FOR INDIVIDUAL CREDITORS;
(II) APPROVING THE FORM AND MANNER OF NOTIFYING CREDITORS
OF THE COMMENCEMENT OF THIS CHAPTER 11 CASE AND OTHER
INFORMATION; (III) AUTHORIZING ELECTRONIC NOTICE FOR FORMER
CUSTOMERS; AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on March 15, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor") filed the *Debtor's Emergency Motion for Entry of Interim and Final Orders: (i) Authorizing the Debtor to Redact Certain Personally Identifiable Information for Individual Creditors; (ii) Approving the Form and Manner of Notifying Creditors of the Commencement of this Chapter 11 Case and Other Information; (iii) Authorizing Electronic Notice of Former Customers; and (iv) Granting Related Relief* [Docket No. 17] (the "Motion"). A proposed order granting the relief requested in the Motion was attached as Exhibit A to the Motion (the "Original Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that a revised proposed order (the "Revised Proposed Interim Order") granting the relief requested in the Motion, as modified by the Revised Proposed Interim Order, is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 2 is a redline of the Revised Proposed Interim Order reflecting changes from the Original Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtor intends to seek approval of the Motion at the hearing (the "Hearing") scheduled for **March 29, 2021 at 10:15 a.m. (prevailing Central time)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Texas. The Hearing will be conducted electronically. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

1

conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time in open court or by the Debtor filing a notice with the Court.

Dated: March 26, 2021
New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Robin Spigel*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Proposed Counsel to the Debtor and Debtor in Possession*

## Certificate of Service

   I certify that on March 26, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                  */s/ Robin Spigel*
                  Robin Spigel