UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

IN RE: Griddy Energy LLC, §
§
§
Debtor(s) §
§ BANKRUPTCY CASE NUMBER
§
§ 4:21-bk-30923
§

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that James Ryan Fowler ,
Creditor in the above-captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to rfowler@potts-law.com.

DATED: 03/26/2021

Signature

**James Ryan Fowler**
Print Name

**3737 Buffalo Speedway, Suite 1900**
Address
Houston, TX 77098