UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| Debtor. | ) |

**DEBTOR'S AGENDA OF MATTERS SET FOR
HEARING ON MARCH 29, 2021 AT 10:15 A.M. (CDT)**

> **The hearing will be held electronically. For audio, you must dial into the Court's dial in facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting**

The above-referenced debtor and debtor in possession (the "Debtor") hereby files its Agenda of matters set for a hearing on **Monday, March 29, 2021 at 10:15 a.m. (CDT).**

1. Debtor's Emergency Motion for Entry of Interim and Final Orders: (i) Authorizing the Debtor to Redact Certain Personally Identifiable Information for Individual Creditors; (ii) Approving the Form and Manner of Notifying Creditors of the Commencement of this Chapter 11 Case and Other Information; (iii) Authorizing Electronic Notice of Former Customers; and (iv) Granting Related Relief ("Redaction and Notice Motion") [Docket No. 17].

   **Related Documents:**

   A. Notice of Electronic First Day Hearing [Docket No. 19].

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

    B. Declaration of Michael Fallquist In Support of the Debtor's Chapter 11 Petition and First Day Relief [Docket No. 21].

    C. Certificate of Service [Docket No. 26].

    D. Debtor's Witness and Exhibit List for March 29, 2021 Hearing [Docket No. 77].

    E. Notice of Filing Revised Proposed Interim Order [Docket No. 79].

**Status**: This matter is going forward.

2. Debtor's Emergency Motion for Entry of an Order: (i) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (ii) Establishing Amended Schedules Bar Date; (iii) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests; (iv) Approving Notice of Bar Dates; and (v) Granting Related Relief ("Bar Date Motion") [Docket No. 16].

**Related Documents:**

    A. Notice of Electronic First Day Hearing [Docket No. 19]

    B. Declaration of Michael Fallquist In Support of the Debtor's Chapter 11 Petition and First Day Relief [Docket No. 21].

    C. Certificate of Service [Docket No. 26].

    D. Debtor's Witness and Exhibit List for March 29, 2021 Hearing [Docket No. 77].

    E. Notice of Filing Revised Proposed Order [Docket No. 81].

**Status**: This matter is going forward.

Dated: March 26, 2021
      New York, New York

                            **BAKER BOTTS L.L.P.**

                            By: */s/ Chris Newcomb*
                            Robin Spigel (admitted *pro hac vice*)
                            *Robin.Spigel@bakerbotts.com*
                            Chris Newcomb (admitted *pro hac vice*)
                            *Chris.Newcomb@bakerbotts.com*
                            30 Rockefeller Plaza
                            New York, New York 10012-4498
                            Telephone: (212) 408-2500
                            Facsimile: (212) 259-2501

                            -and-

                            David R. Eastlake
                            Texas Bar No. 24074165
                            *David.Eastlake@bakerbotts.com*
                            910 Louisiana Street
                            Houston, Texas 77002-4995
                            Telephone: (713) 229-1234
                            Facsimile: (713) 229-1522

                            *Proposed Counsel to the Debtor and Debtor in Possession*

### Certificate of Service

     I certify that on March 26, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                            */s/ Chris Newcomb*
                            Chris Newcomb