UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRIDDY ENERGY LLC | § | CASE NO. 21-30923 (MI) |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### THE STATE OF TEXAS'S MARCH 26, 2021 STATUS REPORT

**COMES NOW** the State of Texas, by and through the Office of the Attorney General of Texas, and files this March 26, 2021 Status Report, and states as follows:

1. On March 23, 2021, the undersigned counsel entered a notice of appearance in this Case, and, since that time, has listened to the recording of the hearing from Friday, March 19, 2021, and has communicated with Debtor's Counsel and the Trial Attorney for the United States Trustee about the following:

    A. The Appointment of a Customer Committee;

    B. The Customer Proof of Claim Bar Date; and

    C. Notice Procedures for Customers.

2. The State of Texas's stance on these three issues is as follows:

#### A. The Appointment of a Customer Committee

3. The State supports the appointment of a Customer Committee for this case. The State believes the Customer Committee could be initially formed with the current, non-certified class Plaintiffs that are currently represented in this case by Mr. Rodney Tow. Once a bankruptcy lawyer is approved as counsel for the Committee, the State, Committee Counsel, and the Debtor can finalize the proof of claim consumer bar date and the noticing procedures.

4.  The Customer Committee's contact information can be included on the information sent to customers, and, as such, the outstanding, non-represented customers may contact the Customer Committee if they chose to do so, thereby ensuring they have access to a voice in this Case.

### B. The Customer Proof of Claim Bar Date

5.  Due to the large number of outstanding customers, and the fast timeline that the Debtor seeks for conformation of a plan, the State supports a proof of claim bar date for customers that falls at least 30 days post-confirmation.

### C. Notice Procedures for Customers

6.  The State is currently reviewing the draft proof of claim notice procedures provided by Debtor's Counsel. The State is reviewing these procedures in order to assure that customers are provided clear, efficient, and effective notice.

7.  If the Court appoints a Customer Committee, the State would seek the Committee's input on these noticing provisions and would seek to have the notice include contact information for the Customer Committee.

8.  The State is committed to continue to work closely with Debtor's Counsel, the United States Trustee's Office, and, if appointed, Committee Counsel to assure that this Court is timely presented with an effective proof of claims bar date notice that will provide for proper notice to customers.

*(Remainder of Page Intentionally Left Blank)*

Dated:  March 26, 2021

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

NANETTE DINUNZIO
Associate Deputy Attorney General for Civil Litigation

PAUL SINGER
Senior Counsel for Public Protection

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

<u>/s/ Abigail R. Ryan</u>
ABIGAIL R. RYAN
Texas State Bar No.  24035956
Southern Dist. Bar No. 614700
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548 MC008
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
abigail.ryan@oag.texas.gov

ATTORNEYS FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on March 26, 2021.

<u>/s/ Abigail R. Ryan</u>
ABIGAIL R. RYAN
Assistant Attorney General