IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Griddy Energy LLC,** | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I, Julian A. Del Toro, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 19, 2021 at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtor's Emergency Motion for Entry of an Order Authorizing and Approving Key Employee Retention Plan for Non-Insider Employees** (Docket No. 59)

- **Notice of Hearing on March 29, 2021 at 10:15 A.M. (CDT)** (Docket No. 60)

- **Notice of Hearing on April 6, 2021 at 1:30 P.M. (CDT)** (Docket No. 61)

Dated: March 26, 2020                                  */s/ Julian A. Del Toro*
                                                        Julian A. Del Toro
                                                        STRETTO
                                                        410 Exchange, Suite 100
                                                        Irvine, CA 92602
                                                        Telephone: 855-478-2725
                                                        Email: TeamGriddy@stretto.com

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AEP Texas Inc. | Attn: Mark Hunt | 910 Energy Drive | | Abilene | TX | 79602-7945 | |
| Alpha Employment Solutions | Attn: Penny Vita-Finzi | 580 Woodland Ave | | Burlington | ON | L7R 2S5 | Canada |
| Bernice William | c/o Sheehy, Lovelace & Mayfield | Attn: Jeffrey R. Cox | 510 N. Valley Mills Dr., Suite 500 | Waco | TX | 76710 | |
| CCH Incorporated | c/o Wolters Kluwer | Attn: CEO or General Counsel | PO Box 4307 | Carol Stream | IL | 60197 | |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | Houston | TX | 77002 | |
| Electric Reliability Council of Texas (ERCOT) | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | Austin | TX | 78744 | |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street, Suite 3800 | Dallas | TX | 75201-6659 | |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman | 500 N. Akard Street, Suite 3800 | Dallas | TX | 75201-6659 | |
| Energy Services Group | Attn: CEO or General Counsel | 141 Longwater Dr, Ste 113 | | Norwell | MA | 02061 | |
| Floqast | Attn: CEO or General Counsel | 14721 Califa St | | Los Angeles | CA | 91411 | |
| Hartman Income REIT Management | Attn: Sara Lynn O'Dell | 11811 North Freeway, Ste 160 | | Houston | TX | 77060 | |
| Internal Revenue Service | | Department of Treasury | | Ogden | UT | 84201-0045 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-5016 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Houston Division | 1919 Smith Street | | Houston | TX | 77002 | |
| Lisa Khoury, et al. | c/o Potts Law Firm, LLP | Attn: Derek H. Potts, J. Ryan Fowler, Batami Baskin | 3737 Buffalo Speedway, Suite 1900 | Houston | TX | 77098 | |
| Macquarie Investments US Inc. & Macquarie Energy LLC | c/o Haynes and Boone, LLP | Attn: Chad Mills | 1221 McKinney Street, Suite 4000 | Houston | TX | 77010 | |
| Macquarie Investments US Inc. and Macquarie Energy LLC | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet and Arsalan Muhammad | 1221 McKinney Street, Suite 4000 | Houston | TX | 77010 | |
| Office of the Attorney General of Texas | c/o Bankruptcy & Collections Division | Attn: Rachel R. Obaldo; Jason B. Binford; Layla D. Milligan | P. O. Box 12548 MC008 | Austin | TX | 78711-2548 | |
| Office of The United States Trustee | Attn: Hector Duran, Jr. and Stephen Douglas Statham | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 | |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | Dallas | TX | 75202 | |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | PO Box 4567 | | Houston | TX | 77210-4567 | |
| Public Utility Commission of Texas | Attn: David Hoard | 1701 N. Congress | PO Box 13326 | Austin | TX | 78711-3326 | |
| RLI Insurance Company | Attn: Commercial Surety | 9025 N. Lindbergh Dr. | | Peoria | IL | 61615 | |
| S4S, LLC | Attn: Charles Cella | 12631 Imperial Hwy Ste F126 | | Sante Fe Springs | CA | 90670 | |
| Star Energy Partners | Attn: CEO or General Counsel | 12121 Bluff Creek Dr #220a | | Playa Vista | CA | 90094 | |
| State of Texas | Office of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| Stripe, Inc. | Attn: CEO or General Counsel | 510 Townsend Street | | San Francisco | CA | 94103 | |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | Lyndon B. Johnson State Office Building | 111 East 17th Street | Austin | TX | 78744 | |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | PO Box 13528 | Capitol Station | Austin | TX | 78711-3528 | |
| Texas New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | Lewisville | TX | 75067 | |
| The State of Texas | Attn: Ken Paxton, Valeria Sartorio & Steven Robinson | 112 E. Pecan Street, Suite 735 | | San Antonio | TX | 78205 | |
| The State of Texas | Attn: Rick Berlin & Dan Zwart | 808 Travis Street, Suite 1520 | | Houston | TX | 77002 | |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | Attn: Lee Saveliff | c/o Julia Sterling | 98 Imperial Ave | Westport | CT | 06880 | |

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| AEP Texas Inc. | Attn: Mark Hunt | crrtx@aep.com<br>mdhunt@aep.com |
| Alpha Employment Solutions | Attn: Penny Vita-Finzi | penny@alpha-employment.com |
| Bernice William | c/o Sheehy, Lovelace & Mayfield | jcox@slm.law |
| CCH Incorporated | c/o Wolters Kluwer | cch-ar@wolterskluwer.com |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | jewel.smith@centerpointenergy.com |
| Electric Reliability Council of Texas (ERCOT) | Attn: CEO or General Counsel | ar@energyservicesgroup.net |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | dperry@munsch.com |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | klippman@munsch.com |
| ERCOT | Attn: Phil Mincemoyer | ClientServices@ercot.com |
| Floqast | Attn: CEO or General Counsel | accounting@floqast.com |
| Hartman Income REIT Management | Attn: Sara Lynn O'Dell | sodell@hi-reit.com |
| Lisa Khoury, et al. | c/o Potts Law Firm, LLP | dpotts@potts-law.com |
| Macquarie Investments US Inc. & Macquarie Energy LLC | c/o Haynes and Boone LLP | chad.mills@haynesboone.com |
| Macquarie Investments US Inc. and Macquarie Energy LLC | c/o Haynes and Boone, LLP | kelli.norfleet@haynesboone.com<br>arsalan.muhammad@haynesboone.com |
| Office of the Attorney General of Texas | c/o Bankruptcy & Collections Division | rachel.obaldo@oag.texas.gov<br>jason.binford@oag.texas.gov<br>layla.milligan@oag.texas.gov |
| Office of The United States Trustee | Attn: Hector Duran, Jr. and Stephen Douglas Statham | Hector.Duran.Jr.@jsdoj.gov<br>Stephen.statham@usdoj.gov |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | contactcenter@oncor.com |
| Public Utility Commission of Texas | Attn: David Hoard | david.hoard@puc.texas.gov |
| RLI Insurance Company | Attn: Commercial Surety | Chrissy.Eaton@rlicorp.com<br>support@rlicorp.com |
| S4S, LLC | Attn: Charles Cella | charles.cella@strongforce.design |
| Star Energy Partners | Attn: CEO or General Counsel | info@starenergypartners.com |
| Stripe, Inc. | Attn: CEO or General Counsel | support@stripe.com |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | bo.overstreet@cpa.texas.gov |
| Texas New Mexico Power Company | Attn: CEO or General Counsel | MPRelations@pnmresources.com<br>MPRelations@tnmp.com |
| The State of Texas | Attn: Ken Paxton, Valeria Sartorio & Steven Robinson | steven.robinson@oag.texas.gov<br>valeria.sartorio@oag.texas.gov |
| The State of Texas | Attn: Rick Berlin & Dan Zwart | rick.berlin@oag.texas.gov<br>william.carpenter@oag.texas.gov<br>dan.zwart@oag.texas.gov |