IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **GRIDDY ENERGY LLC** | § | Case No. 21-30923 (MI) |
| | § | |
| | § | |
| **Debtor** | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that, SHELBY A. JORDAN appears for multiple injured and death case tort claimants ("parties-in-interest"), in the above Bankruptcy and pursuant to Bankruptcy Rules 2002, 3017 and 9010, requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the undersigned at the office, address and telephone number set forth below:

Shelby A. Jordan
State Bar # 11016700
**JORDAN, HOLZER & ORTIZ, P.C.**
500 North Shoreline Blvd, Suite 900
Corpus Christi, Texas 78401
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
Email: sjordan@jhwclaw.com
Copy to: ecf@jhwclaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 2002 and 9007, and all applicable local rules of the Bankruptcy Court, the foregoing request includes, without limitation, all notices of orders, applications, complains, demands, objections, hearings, motions, petitions, orders, pleadings or requests and any other documents brought before the Bankruptcy Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise.

Dated: March 28, 2021

    Respectfully submitted,

    */s/ Shelby A. Jordan*
    SHELBY A. JORDAN
    State Bar No. 11016700
    S.D. No. 2195
    ANTONIO ORTIZ
    State Bar No. 24074839
    S.D. No. 1127322
    ***Jordan, Holzer & Ortiz, P.C.***
    500 North Shoreline Blvd., Suite 900
    Corpus Christi, TX  78401
    Telephone:  (361) 884-5678
    Facsimile:  (361) 888-5555
    Email: sjordan@jhwclaw.com
           aortiz@jhwclaw.com
    **COUNSEL FOR MULTIPLE INJURED AND DEATH CASE TORT CLAIMANTS**

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that notice of the filing of this document has been served on the below named parties by available knowledge by the Court's CM/ECF system and on all parties that receive service via with Court's CM/ECF service on March 28, 2021.

Kevin Chui (Via ECF)
Baker Botts
2001 Ross Avenue, Suite 900
Dallas, TX 75201
*Attorneys for Debtor*

David Robert Eastlake (Via ECF)
Baker Botts
910 Louisiana Street
Houston, TX 77002
*Attorneys for Debtor*

Christopher R. Newcomb (Via ECF)
Robin Spigel
Baker Botts LLP
30 Rockefeller Plaza
New York, NY 10112-4498
*Attorneys for Debtor*

Jana Smith Whiworth (Via ECF)
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
*US Trustee*

                                                  /s/ Shelby A. Jordan
                                                      Shelby A. Jordan