**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| Debtor. | ) |

**NOTICE OF FILING OF FURTHER REVISED PROPOSED
ORDER (I) SETTING BAR DATES FOR FILING PROOFS
OF CLAIM, INCLUDING REQUESTS FOR PAYMENT UNDER
SECTION 503(b)(9); (II) ESTABLISHING AMENDED SCHEDULES
BAR DATE AND REJECTION DAMAGES BAR DATE; (III) APPROVING
THE FORM OF AND MANNER FOR FILING PROOFS OF CLAIM, INCLUDING
SECTION 503(b)(9) REQUESTS; AND (IV) APPROVING NOTICE OF BAR DATES**

**PLEASE TAKE NOTICE** that, on March 15, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor") filed the *Debtor's Emergency Motion for Entry of an Order: (i) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (ii) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date; (iii) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9); (iv) Approving Notice of Bar Dates; and (v) Granting Related Relief* [Docket No. 16] (the "Motion"). A proposed order granting the relief requested in the Motion was attached to the Motion [Docket No. 16-1] (the "Original Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that a revised proposed order (the "Revised Proposed Order") granting the relief requested in the Motion, as modified by the Revised Order was filed on March 26, 2021 [Docket No. 81].

**PLEASE TAKE FURTHER NOTICE** that, on March 27, 2021, the State of Texas, through the Office of the Attorney General of Texas (the "State"), filed a limited objection to the Motion [Docket No. 89] (the "Limited Objection").

**PLEASE TAKE FURTHER NOTICE** that, in light of the Limited Objection and ongoing discussions with the State and others related to the Motion solely as it pertains to former customers, the Debtor has made additional modifications to the Revised Proposed Order (the "Further Revised Proposed Order"). The Further Revised Proposed Order would, subject to Court approval, adjourn solely that portion of the Motion seeking a bar date with respect to former customer claims, if any. A copy of the Further Revised Proposed Order granting the

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

1

relief requested in the Motion, as modified by the Further Revised Proposed Order, is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 2 is a redline of the Further Revised Proposed Order reflecting changes from the Original Proposed Order. Attached hereto as Exhibit 3 is a redline of the Further Revised Proposed Order reflecting changes from the Revised Proposed Order.

Dated: March 28, 2021
      New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Robin Spigel*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Proposed Counsel to the Debtor and Debtor in Possession*

2

## Certificate of Service

      I certify that on March 28, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Robin Spigel*
                                                Robin Spigel