**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF FILING OF REVISED <u>EXHIBIT 2</u> TO PROPOSED INTERIM ORDER (I) AUTHORIZING THE DEBTOR TO REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION FOR INDIVIDUAL CREDITORS; (II) APPROVING THE FORM AND MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT OF THIS CHAPTER 11 CASE AND OTHER INFORMATION; (III) AUTHORIZING ELECTRONIC NOTICE FOR FORMER CUSTOMERS; AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on March 15, 2021, the debtor and debtor in possession in the above-captioned case (the "<u>Debtor</u>") filed the *Debtor's Emergency Motion for Entry of Interim and Final Orders: (i) Authorizing the Debtor to Redact Certain Personally Identifiable Information for Individual Creditors; (ii) Approving the Form and Manner of Notifying Creditors of the Commencement of this Chapter 11 Case and Other Information; (iii) Authorizing Electronic Notice of Former Customers; and (iv) Granting Related Relief* [Docket No. 17] (the "<u>Motion</u>"). A proposed order granting the relief requested in the Motion was attached as Exhibit A to the Motion (the "<u>Original Proposed Order</u>").

**PLEASE TAKE FURTHER NOTICE** that, on March 26, 3021, the Debtor filed a revised proposed order (the "<u>Revised Proposed Interim Order</u>") granting the relief requested in the Motion, as modified by the Revised Proposed Interim Order [Docket No. 79, Exhibit 1].

**PLEASE TAKE FURTHER NOTICE** that attached as <u>Exhibit 2</u> to the Revised Proposed Interim Order was the proposed Initial Customer Notice (as defined in the Revised Proposed Interim Order) (the "<u>Original Initial Customer Notice</u>").

**PLEASE TAKE FURTHER NOTICE** that attached hereto (a) as <u>Exhibit A</u> is a revised proposed Initial Customer Notice; and (b) as <u>Exhibit B</u> is a redline of the Original Initial Customer Notice marked against the revised Initial Customer Notice.

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

1

Dated: March 28, 2021
      New York, New York

                           **BAKER BOTTS L.L.P.**

                           By: */s/ Robin Spigel*
                           Robin Spigel (admitted *pro hac vice*)
                           *Robin.Spigel@bakerbotts.com*
                           Chris Newcomb (admitted *pro hac vice*)
                           *Chris.Newcomb@bakerbotts.com*
                           30 Rockefeller Plaza
                           New York, New York 10012-4498
                           Telephone: (212) 408-2500
                           Facsimile: (212) 259-2501

                           -and-

                           David R. Eastlake
                           Texas Bar No. 24074165
                           *David.Eastlake@bakerbotts.com*
                           910 Louisiana Street
                           Houston, Texas 77002-4995
                           Telephone: (713) 229-1234
                           Facsimile: (713) 229-1522

                           ***Proposed Counsel to the Debtor and Debtor in Possession***

## Certificate of Service

      I certify that on March 28, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                            */s/ Robin Spigel*
                                            Robin Spigel