## **Exhibit A**

**Revised Proposed Initial Customer Notice**

## NOTICE OF BANKRUPTCY FILING – GRIDDY ENERGY LLC

On March 15, 2021, Griddy Energy LLC ("Griddy") filed for bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas.

Other than this initial postcard, the sole means by which you will receive notices and documents from Griddy in its bankruptcy case will be by email (or, if your email address is invalid, by text if Griddy has a valid telephone number for you).

IT IS IMPORTANT THAT YOU OPEN ALL EMAILS, INCLUDING ALL LINKS TO DOCUMENTS CONTAINED IN THE EMAILS, IN ORDER TO PROTECT ANY RIGHTS YOU MAY HAVE AS A FORMER CUSTOMER OF GRIDDY. THE EMAIL YOU RECEIVE WILL BE FROM: "GRIDDY ENERGY on behalf of noreply@stretto.com."

You can obtain information about Griddy and its bankruptcy case for free at: https://cases.stretto.com/Griddy.  If you have questions, please email: GriddyInquiries@stretto.com, or call toll-free: 855.478.2725.