## <u>Exhibit B</u>

**Redline**

### NOTICE OF BANKRUPTCY FILING – GRIDDY ENERGY LLC

On March 15, 2021, Griddy Energy LLC ("Griddy") filed for bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas and is seeking to liquidate in an orderly manner.

Other than this initial postcard, the sole means by which you will receive notices and documents from Griddy in its bankruptcy case will be by email (or, if your email address is invalid, by text if Griddy has a valid telephone number for you and your email address is invalid). The email will be from griddy@stretto.com. IT IS IMPORTANT THAT YOU OPEN THE EMAILS YOU RECEIVE AND CLICK ON THE LINK PROVIDED TO REVIEW IMPORTANT DOCUMENTS THAT MAY AFFECT YOUR RIGHTS.).

The Court has set the last date for customers to assert claims against Griddy as [_____], 2021. If you believe you have a claim against Griddy that arose prior to March 15, 2021, you must fill out a proof of claim form and submit it pursuant to the instructions you will receive by email from griddy@stretto.com by [_____], 2021. Failure to timely file a claim will result in that claim being barred.

IT IS IMPORTANT THAT YOU OPEN ALL EMAILS, INCLUDING ALL LINKS TO DOCUMENTS CONTAINED IN THE EMAILS, IN ORDER TO PROTECT ANY RIGHTS YOU MAY HAVE AS A FORMER CUSTOMER OF GRIDDY. THE EMAIL YOU RECEIVE WILL BE FROM: "GRIDDY ENERGY on behalf of noreply@stretto.com."

You can obtain information about Griddy and its liquidation bankruptcy case for free at: https://cases.stretto.com/Griddy. If you have questions, please email: GriddyInquiries@stretto.com, or call toll-free: 855.478.2725.