| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 4:21-bk-30923 |
|---|---|---|---|
| Debtor | In Re: | Griddy Energy LLC | |

This lawyer, who is admitted to the State Bar of    Texas

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Derek H. Potts<br>Potts Law Firm<br>3737 Buffalo Speedway, Suite 1900<br>Houston, TX 77098<br>713-963-8881<br>Texas: 24073727 |
|---|---|

Seeks to appear as the attorney for this party:

| Lisa Khoury, et al. | |
|---|---|
| Dated: 3/29/2021 | Signed: /s/ Derek H. Potts |

| COURT USE ONLY: The applicant's state bar reports their status as:_____. |
|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                                          United States Bankruptcy Judge