# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GRIDDY ENERGY LLC, | ) ) | Case No. 21-30923 |
| Debtor. | ) ) ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, RILEY L. BURNETT, JR. appears for multiple consumer tort claimants ("parties-in-interest"), including but not limited to Charles Huppert, District Court of Harris County, Texas Case No. 2021-12101; and Thomas Clark, District Court of Harris County, Texas Case No.: 2021-12017, and pursuant to Bankruptcy Rules 2002, 3017 and 9010, requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the undersigned at the office, address and telephone number set forth below:

Riley L. Burnett, Jr.
State Bar #3428900
**Burnett Law Firm**
3737 Buffalo Speedway, Ste. 1850
Houston, Texas 77098
Telephone: (832) 413-4410
Facsimile: (832) 900-2120
Email: Rburnett@rburnettlaw.com
Copy: karen.schroeder@rburnettlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 2002 and 9007, and all applicable local rules of the Bankruptcy Court, the foregoing request includes, without limitation, all notices of orders, applications, complains, demands, objections, hearings, motions, petitions, orders, pleadings or requests and any other documents brought before the Bankruptcy Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise.

Dated: March 28, 2021								Respectfully submitted,

                                         **BURNETT LAW FIRM**

By: */s/ Riley L. Burnett, Jr.*
    Riley L. Burnett, Jr.
    Texas Bar No.: 3428900
    Karen H. Beyea-Schroeder
    Texas Bar No.: 24054324
    3737 Buffalo Speedway, 18th Floor
    Houston, Texas  77098
    Telephone: (832) 413-4410
    Fax: (832) 900-2120
    Email: Rburnett@RBurnettLaw.com
    Email: Karen.Schroeder@RBurnettLaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that on March 28, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas upon all parties via the ECF system, including the below named parties by available knowledge via the Court's Electronic Case Filing System:

Kevin Chui (Via ECF)
Baker Botts
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Attorneys for Debtor

David Robert Eastlake (Via ECF)
Baker Botts
910 Louisiana Street
Houston, TX 77002
Attorneys for Debtor

Christopher R. Newcomb (Via ECF)
Robin Spigel
Baker Botts LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Attorneys for Debtor

Jana Smith Whitworth (Via ECF)
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
US Trustee

/s/ *Karen H. Beyea-Schroeder*
Karen H. Beyea-Schroeder