

UNITED STATES BANKRUPTCY COURT　　　SOUTHERN DISTRICT OF

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

ENTERED
03/30/2021

| Division | Houston | Main Case Number | 4:21-bk-30923 |
|---|---|---|---|
| Debtor | In Re: | Griddy Energy LLC | |

This lawyer, who is admitted to the State Bar of ____Texas____

| | |
|---|---|
| Name | Derek H. Potts |
| Firm | Potts Law Firm |
| Street | 3737 Buffalo Speedway, Suite 1900 |
| City & Zip Code | Houston, TX 77098 |
| Telephone | 713-963-8881 |
| Licensed: State & Number | Texas: 24073727 |

Seeks to appear as the attorney for this party:

| Lisa Khoury, et al. | |
|---|---|
| Dated: 3/29/2021 | Signed: /s/ Derek H. Potts |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: __Active__. | |
| Dated: | Signed: _____ Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: March 30, 2021

_____
Marvin Isgur
United States Bankruptcy Judge