**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**JANA SMITH WHITWORTH,**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650**
**Fax:  (713) 718-4670**
**Email: Jana.Whitworth@usdoj.gov**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.  21-30923 |
| GRIDDY ENERGY, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| Holland O'Neill<br>2021 McKinney Ave., Ste 1600<br>Dallas, Texas 75201<br>(214) 532-4421 (cell)<br>Email: honeil@foley.com | Foley & Lardner, LLP<br>2021 McKinney Ave, Ste 1600<br>Dallas, Texas 75201<br>(214) 999-4961<br>Email: honeil@foley.com |
| Ty Williams<br>2211 Shadywood Court<br>Arlington, Texas 76012<br>(214) 876-5254<br>Email: ty@williamsco.com | Jonathan Grasso<br>Pierce McCoy, PLLC<br>31 West 34th Street, Ste 8065<br>New York, NY 10001<br>(212) 369-8080 (office)<br>(443) 525-4821 (cell)<br>Email: jon@piercemccoy.com |
| Lisa Khoury | Derek Potts |

| | |
|---|---|
| 6227 Oleander Drive<br>Baytown, Texas 77523<br>(281) 701-3647<br>Khouryx5@gmail.com | 3737 Buffalo Speedway, Ste 1900<br>Houston, Texas 77098<br>(713) 963-8881<br>Email: dpotts@potts-law.com |

SIGNED on March 31, 2021.

        Respectfully submitted,

        KEVIN M. EPSTEIN
        UNITED STATES TRUSTEE
        REGION 7, SOUTHERN and WESTERN
        DISTRICTS OF TEXAS

By:   /s/ Jana Smith Whitworth
       Jana Smith Whitworth, Trial Attorney
       Texas Bar No. 00797453/Fed. ID No. 20656
       515 Rusk, Suite 3516
       Houston, Texas  77002
       (713) 718-4650 - Telephone
       (713) 718-4670  - Fax
       Email: Jana.Whitworth@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 31st day of March, 2021.

        /s/Jana Smith Whitworth
        Jana Smith Whitworth