**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) ) ) | Case No. 21-30923 (MI) |
| Debtor. | ) ) ) |  |

**DEBTOR'S AGENDA OF MATTERS SET FOR
HEARING ON APRIL 1, 2021 AT 2:00 P.M. (CDT)**

**The hearing will be held electronically. For audio, you must dial into the Court's dial in facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting**

The above-referenced debtor and debtor in possession (the "Debtor") hereby files its Agenda of matters set for a hearing on **Thursday, April 1, 2021 at 2:00 p.m. (CDT).**

1. Oral Motions of (a) the State of Texas, through the Attorney General for the State of Texas, and (b) Lisa Khoury to appoint an official committee of former customers of the Debtor made on the record of the hearing held on March 29, 2021

   **Related Documents:**

   A. Debtor's (a) Objection to the Appointment of an Official Committee of Disputed Tort Claimants and (b) Limited Objection to the Appointment of an Official Committee of Former Customers [Docket No. 114].

   B. Emergency Motion for an Order Directing the United States Trustee to Appoint a Committee of Customer Claims Including Tort Claimant Customers [Docket No. 115].

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

    C. Notice of Appointment of Creditors' Committee [Docket No. 116].

**Status**: This matter is going forward.

2. Oral Motion of alleged "injured and death case tort claimants" to appoint a tort claimants' committee made on the record of the hearing held on March 29, 2021.

   **Related Documents:**

   A. Debtor's (A) Objection to the Appointment of an Official Committee of Disputed Tort Claimants and (B) Limited Objection to the Appointment of an Official Committee of Former Customers [Docket No. 114].

   B. Emergency Motion for an Order Directing the United States Trustee to Appoint a Committee of Customer Claims Including Tort Claimant Customers [Docket No. 115].

   C. Notice of Appointment of Creditors' Committee [Docket No. 116].

   **Status**: This matter is going forward.

Dated: March 31, 2021
      New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Proposed Counsel to the Debtor and Debtor in Possession*

## Certificate of Service

     I certify that on March 31, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                      */s/ Chris Newcomb*