**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**JANA SMITH WHITWORTH,**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650**
**Fax:  (713) 718-4670**
**Email: Jana.Whitworth@usdoj.gov**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO.  21-30923** |
| **GRIDDY ENERGY, LLC,** | § | |
| | § | |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**NOTICE OF ORGANIZATIONAL MEETING OF THE**
**OFFICIAL UNSECURED CREDITORS' COMMITTEE**

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

An organizational meeting of the Official Unsecured Creditors' Committee in the above-entitle case has been scheduled via telephone conference call on Thursday, April 1, 2021 at 8:30 a.m. (Houston Time).  The members of the Official Unsecured Creditors' Committee have been provided call-in instructions.

SIGNED this the 31st day of March 2021.

                                                                Respectfully submitted,

                                                                KEVIN M. EPSTEIN
                                                                 UNITED STATES TRUSTEE
                                                                 REGION 7, SOUTHERN and WESTERN
                                                                 DISTRICTS OF TEXAS

                                                                 By:     /s/ Jana Smith Whitworth
                                                                           Jana Smith Whitworth

Texas Bar No. 00797453/Fed. ID No. 20656  
515 Rusk, Suite 3516  
Houston, Texas 77002  
(713) 718-4650  
(713) 718-4670 Fax  
Email: Jana.Whitworth@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 31st day of March, 2021.

/s/Jana Smith Whitworth  
Jana Smith Whitworth