**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Griddy Energy LLC,** | ) | **Case No. 21-30923 (MI)** |
| | ) | |
| **Debtor.** | ) | |

## CERTIFICATE OF SERVICE

I, Julian A. Del Toro, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 30, 2021 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 112)

Furthermore, on March 30, 2021 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail and electronic mail on 26,517 confidential customers:

- **Notice of Chapter 11 Bankruptcy Case** (Postcard attached hereto as **Exhibit C**)

Furthermore, on March 30, 2021 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail and electronic mail on 373 confidential customers:

- **Notice of Chapter 11 Bankruptcy Case** (Postcard attached hereto as **Exhibit D**)

Furthermore, on March 30, 2021 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail and electronic mail on 29,754 confidential customers:

- **Notice of Chapter 11 Bankruptcy Case** (Postcard attached hereto as **Exhibit E**)

Furthermore, on March 30, 2021 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail and electronic mail on 287 confidential customers:

- **Notice of Chapter 11 Bankruptcy Case** (Postcard attached hereto as **Exhibit F**)

Furthermore, on March 31, 2021 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Hartman Income Reit, Attention: Ali Younes at 2909 Hillcoft Ste 420, Houston, TX 77057:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 112)

Dated: March 31, 2020

_/s/ Julian A. Del Toro_
Julian A. Del Toro
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-478-2725
Email:TeamGriddy@stretto.com

# **Exhibit A**

 STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 4imprint | | 101 Commerce St | | | Oshkosh | WI | 54901 | |
| Adam B Siegel | | ADDRESS REDACTED | | | | | | |
| AdEspresso | | 185 Channel Street | | | San Francisco | CA | 94158 | |
| AdNet Advertising Agency | | 1935 76th Street | Suite #03 | | East Elmhust | NY | 11370 | |
| Adobe Acropro | | 801 N 34th St | | | Seattle | WA | 98103 | |
| AEP Texas Central Company | | 2901 E Mockingbird Ln | | | Victoria | TX | 77904 | |
| AEP Texas Inc. | Attn: Mark Hunt | 910 Energy Drive | | | Abilene | TX | 79602-7945 | |
| AEP Texas Inc. d/b/a AEP Texas | | PO Box 2121 | | | Corpus Christi | TX | 78403 | |
| AEP Texas North Company | | 1 Riverside Plaza | | | Columbus | OH | 43215 | |
| Agency of Credit | | 2014 S Pontiac Way | | | Denver | CO | 80224-2412 | |
| Alejandro Hernandez | | ADDRESS REDACTED | | | | | | |
| Alex Liu | | ADDRESS REDACTED | | | | | | |
| Allen Matkins | | ADDRESS REDACTED | | | | | | |
| Allysa Marie Orlanes | | ADDRESS REDACTED | | | | | | |
| Alpha Employment Solutions | Attn: Penny Vita-Finzi | 580 Woodland Ave | | | Burlington | ON | L7R 2S5 | Canada |
| Amazon Web Services | Attn: CEO or General Counsel | 12900 Worldgate Dr | | | Herndon | VA | 20170 | |
| American Express | Attn: CEO or General Counsel | World Financial Center | 200 Vesey St | | New York | NY | 10285 | |
| Anthony Brown | | ADDRESS REDACTED | | | | | | |
| Anthony Brown | | ADDRESS REDACTED | | | | | | |
| Anthony C Wills | | ADDRESS REDACTED | | | | | | |
| Anthony Douglas Brown | | ADDRESS REDACTED | | | | | | |
| Anthony Sandoval-Guzman | | ADDRESS REDACTED | | | | | | |
| Anwar Rohan | | ADDRESS REDACTED | | | | | | |
| AON Risk Services | | 3440 Flair Dr | | | El Monte | CA | 91731 | |
| Aon Risk Services Central Inc (FSG MM CHI) | Attn: Brandon C. Sallis | 200 E Randolph Fl 11 | | | Chicago | IL | 60601-0000 | |
| Aon Risk Services Southwest Inc | Attn: Ricky Wong | 5555 San Felipe Suite 1500 | | | Houston | TX | 77056 | |
| Artisan Creative, Inc. | | 1830 S. Stoner Ave, #6 | | | Los Angeles | CA | 90025 | |
| ASPE Training | | c/o Cprime Learning | 107 S B Street, Suite 200 | | San Mateo | CA | 94401 | |
| Atlassian | | 350 Bush Street, Ste 1300 | | | San Francisco | CA | 94104 | |
| ATT Stadium Suites | | 1 AT&T Way | | | Arlington | TX | 76011 | |
| AXIS Insurance Company | | 111 South Wacker Drive, Suite 3500 | | | Chicago | IL | 60606 | |
| Backpack Marketing | | 638 N 400 W Ste. F | | | Centerville | UT | 84014 | |
| Banner Buzz | | 595 Old Norcross Road, Suite G | | | Lawrenceville | GA | 30046 | |
| Bardia Keyvani | | ADDRESS REDACTED | | | | | | |
| BDO USA, LLP | | 330 North Wabash Ave | | | Chicago | IL | 60611 | |
| Beckerman Group Inc | | c/o Antenna Group, Inc. | One University Plaza, Suite 605 | | Hackensack | NJ | 07601 | |
| Beibei Lu | | ADDRESS REDACTED | | | | | | |
| Benjamin Isani Evans | | ADDRESS REDACTED | | | | | | |
| Bernice William | c/o Sheehy, Lovelace & Mayfield | Attn: Jeffrey R. Cox | 510 N. Valley Mills Dr., Suite 500 | | Waco | TX | 76710 | |
| Bevan, Mosca & Giuditta, P.C. | | 222 Mount Airy Road | Suite 200 | | Basking Ridge | NJ | 07920 | |
| Big 10 Inc | | 149 S Barrington Ave #812 | | | Los Angeles | CA | 90049 | |
| Bill.com | | 1810 Embarcadero Rd | | | Palo Alto | CA | 94303 | |
| Bill.com | | 6220 America Center Drive, Suite 100 | | | San Jose | CA | 95002 | |
| Bohemian Coding | c/o Sketch | Flight Forum 40 | | | Eindhoven | DB | 5657 | The Netherlands |
| Boto Design Architects, Inc. | | 11602 Exposition Boulevard+D2 | | | Los Angeles | CA | 90064 | |
| Brent Hawkins | | ADDRESS REDACTED | | | | | | |
| Brian Chun | | ADDRESS REDACTED | | | | | | |
| Bugsee Inc | | 5205 Prospect Rd | Ste 135-130 | | San Jose | CA | 95129 | |
| Bunnelli, LLC | Attn: Emily Bunnell | 123 Cedar St | | | Sayre | PA | 18840 | |
| Business Wire, Inc | | PO Box 39000 | | | San Francisco | CA | 94139 | |
| C&S Sales Brand Promotions | | 12947 Chadron Avenue | | | Hawthorne | CA | 90250 | |
| Cadre, Inc | | 11777 San Vicente Boulevard | | | Los Angeles | CA | 90049 | |
| Callfire.Com | | 1410 2Nd St Ste 200 | | | Santa Monica | CA | 90401 | |
| Career Strategies Temporary Inc. | | 719 North Victory Boulevard | | | Burbank | CA | 91502 | |
| Carey Byrd | Carly Byrd | ADDRESS REDACTED | | | | | | |
| Catherine Zhang | | ADDRESS REDACTED | | | | | | |
| CCH Incorporated | c/o Wolters Kluwe | Attn: Davis Peden | 12121 BLUFF CREEK DR STE 220 | | PLAYA VISTA | CA | 90094-2996 | |
| CCH Incorporated | c/o Wolters Kluwer | Attn: CEO or General Counsel | PO Box 4307 | | Carol Stream | IL | 60197 | |
| CenterPoint Energy Houston Electric, LLC | c/o Competitive Retailer Relations | PO Box 1700 | | | Houston | TX | 77251-1700 | |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | | Houston | TX | 77002 | |
| Charles Huppert | c/o Burnett Law Firm | ADDRESS REDACTED | | | | | | |
| Charles Huppert | c/o The Potts Law Firm, LLP | ADDRESS REDACTED | | | | | | |
| Texas Case No. 2021-12101; and Thomas Clark, District Court of Harris County, Texas Case No.: 2021-12017 | c/o Burnett Law Firm | Attn: Riley L. Burnett, Jr and Karen H. Beyea-Schroeder | 3737 Buffalo Speedway, 18th Floor | | Houston | TX | 77098 | |
| Christian McArthur | | ADDRESS REDACTED | | | | | | |
| Christina Hoffmeyer | | ADDRESS REDACTED | | | | | | |
| Chubb Group of Insurance Companies | | 202B Hall's Mill Road | | | Whitehouse Station | NJ | 08889 | |
| Chubb Group of Insurance Companies | | 82 Hopmeadow Street | PO Box 2002 | | Simsbury | CT | 06070-7683 | |



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Cisco Systems Capital CRP | | PO Box 41602 | | | Philadelphia | PA | 19101-1602 | |
| Clear Channel Outdoor | | PO Box 847247 | | | Dallas | TX | 75284-7247 | |
| Cloudbees, Inc. | | 16192 Coastal Highway | | | Lewes | DE | 19958 | |
| Coastal Software & Consulting Inc | | 9320 NE Vancouver Mall Dr # 103 | | | Vancouver | WA | 98662-8203 | |
| Cocentric Energy Advisors | | 293 Boston Post Rd W, Ste 500 | | | Marlborough | MA | 01752 | |
| Codeship | | Flemingstraat 12 | | | Hengelo, Overijssel | BN | 7555 | The Netherlands |
| Cognitive Energy LLC | | 75 Glen Road Suite 200 | | | Newton | CT | 06482 | |
| Corporation Service Company | | PO Box 13397 | | | Philadelphia | PA | 19101-3397 | |
| Coveralls | | 1645 Abbot Kinney Blvd, Suite 203 | | | Venice | CA | 90291 | |
| Crestline Solutions, LLC | Attn: Reed Clay | 401 W. 15th Street, Suite 870 | | | Austin | TX | 78701 | |
| CSC (Corporation Service Company) | | 251 Little Falls Dr | | | Wilmington | DE | 19808 | |
| CT Corporation Staffing, Inc. | Attn: Steven P. Zimmer | Corporation Trust Center | 1209 Orange Street | | Wilmington | DE | 19801 | |
| Custom Ink LLC | | 2910 District Ave | | | Fairfax | VA | 22031-2282 | |
| Cyntekk Solutions, Inc. | | 4300 Promenade Way #322 | | | Marina Del Rey | CA | 90292 | |
| Cynthia Lemus | | ADDRESS REDACTED | | | | | | |
| Cypress Capital Ventures LLC | | 13603 Lakehills View Cir | | | Cypress | TX | 77429-6003 | |
| D&AD | | 64 Cheshire Street | | | London | | E2 6EH | United Kingdom |
| Daniel Hezekiah Bereal | | ADDRESS REDACTED | | | | | | |
| Dark Sky Api | | Corporation Trust Center | 1209 Orange St | | Wilmington | DE | 19801 | |
| Datadog, Inc. | | 620 8th Ave, 45th Floor | | | New York | NY | 10018 | |
| David Robert Cass | | ADDRESS REDACTED | | | | | | |
| Davis Wayne Peden | | ADDRESS REDACTED | | | | | | |
| Dee Zunker Photography | | 4537 Maple Street | | | Bellaire | TX | 77401 | |
| Demetrius Wilson | | ADDRESS REDACTED | | | | | | |
| Denise Garcia | | ADDRESS REDACTED | | | | | | |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Digital Ocean | | 101 6th Ave | | | New York | NY | 10013 | |
| Digitalocean.Com | | 101 Ave of the Americas, 10th Floor | | | New York | NY | 10013 | |
| Direct Promotionals | | 100 Capitola Dr, Suite 100 | | | Durham | NC | 27713 | |
| Docusign | | 999 3Rd Ave, Ste 1700 | | | Seattle | WA | 98103 | |
| Dudley Newman Feuerzeig LLP | | 1000 Fredericksburg Gade | | | St. Thomas | VI | 00802 | |
| EDF Trading North America, LLC | Attn: General Counsel and Contract Administration | 601 Travis, Suite 1700 | | | Houston | TX | 77002 | |
| Eduardo Brasao Da Fonseca | | ADDRESS REDACTED | | | | | | |
| Education Alliance, LLC | | 4400 N. Federal Hwy | Suite 210 - 27 | | Boca Raton | FL | 33431 | |
| Electric Reliability Council of Texas (ERCOT) | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | | Austin | TX | 78744 | |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman and Deborah M. Perry | 500 N. Akard Street, Suite 3800 | | Dallas | TX | 75201-6659 | |
| Elegantthemes.Com | | 584 Castro Street #123 | | | San Francisco | CA | 94114 | |
| Elmer Evangelista | | ADDRESS REDACTED | | | | | | |
| Emily Jane Cipes | | ADDRESS REDACTED | | | | | | |
| Emily Michael | | ADDRESS REDACTED | | | | | | |
| Employment Development Department | | PO Box 989061 | | | West Sacramento | CA | 95798-9061 | |
| Encompass Parts | | 96 Mowat Ave | | | Toronto | ON | M4K 3K1 | Canada |
| Energy Services Group | Attn: CEO or General Counsel | 141 Longwater Dr, Ste 113 | | | Norwell | MA | 02061 | |
| Energy Services Group, LLC | Attn: CEO or General Counsel | 141 Longwater Dr, Ste 113 | | | Norwell | MA | 02061 | |
| Eric Lerun Shen | | ADDRESS REDACTED | | | | | | |
| Eric Todd Williams | | ADDRESS REDACTED | | | | | | |
| ERisk Services, LLC | Attn: Haley Epstine, RT Specialty - IL | 500 West Monroe Street, 30th Floor | | | Chicago | IL | 60661 | |
| ERisk Services, LLC | Attn: Haley Epstine, RT Specialty - IL | Northwest Professional Center | 227 US Hwy 206, Suite 302 | | Flanders | NJ | 07836-9174 | |
| Experient | | c/o Maritz Global Events | 1395 North Highway Drive | | St. Louis | MO | 63099 | |
| Fabric Staffing, LLC | | 11400 W Olympic Blvd | Suite 200 | | Los Angeles | CA | 90064 | |
| Facebook | | 1601 Willow Rd | Bldg 10 | | Menlo Park | CA | 94025-1453 | |
| FastSpring | | 801 Garden St #201 | | | Santa Barbara | CA | 93101 | |
| Federal Energy Regulatory Commission (FERC) | | 888 First Street, NE | | | Washington | DC | 20426 | |
| Feller Law Group, PLLC | | 159 20th Street, Suite 1B Brooklyn | | | Brooklyn | NY | 11232 | |
| Fernelius Simon Mace Robertson Perdue PLLC | | 4119 Montrose Blvd, Unit 500 | | | Houston | TX | 77006 | |
| Figma | | 116 New Montgomery Street, Suite 400 | | | San Francisco | CA | 94105 | |
| Fiverr | | 8 Eliezer Kaplin St | | | Tel Aviv | | 6473409 | Israel |
| Floqast | Attn: CEO or General Counsel | 14721 Califa St | | | Los Angeles | CA | 91411 | |
| FloQast, Inc. | Attn: CEO or General Counsel | 14721 Califa St | | | Sherman Oaks | CA | 91411 | |
| Flydata | | 21750 Hardy Oak Blvd Ste 104 Pmb 96350 | | | San Antonio | TX | 78258 | |
| Frazee Valuation & Forensic Consulting | Attn: Tom Frazee | 5137 Aintree Road | | | Rochester | MI | 48306 | |
| Freddy Sanches | | ADDRESS REDACTED | | | | | | |
| Freddy Sanches | | ADDRESS REDACTED | | | | | | |
| Fully Functional Technology | | 527 East Lemon Avenue | | | Monrovia | CA | 91016 | |
| Garcia Analytics, LLC | | 11044 Ophir Dr, PHD | | | Los Angeles | CA | 90024 | |
| Garth Eric Boyst | | ADDRESS REDACTED | | | | | | |
| Genscape | | PO Box 417749 | | | Boston | MA | 0224177749 | |
| Genscape - Griddy | | PO Box 417749 | | | Boston | MA | 02241-7749 | |
| Github | | 275 Brannan Street | | | San Francisco | CA | 94107 | |



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Global Experience Specialists | | 7000 S Lindell Rd | | | Las Vegas | NV | 89118 | |
| Godaddy.Com | | 14455 N Hayden Rd | | | Scottsdale | AZ | 85260-6993 | |
| GoGORILLA Media | | 25 Broadway 10th Floor | | | New York | NY | 10004 | |
| Good Counsel Legal Services, LLC | Attn: Barbara Clay | 111 Farms Road | | | Stamford | CT | 06903 | |
| Google.Com | | 1600 Amphitheatre Pkwy | | | Mountainview | CA | 94043 | |
| Gow Media, LLC | | 5353 W Alabama | Suite 415 | | Houston | TX | 77056 | |
| Greater Houston Builders Association | | 9511 West Sam Houston Pkwy N | | | Houston | TX | 77064 | |
| Greenehurlocker PLC | | 4908 Monument Avenue | Ste 200 | | Richmond | VA | 23230 | |
| Greff Video | | 1107 S Fair Oaks Ave #846 | | | South Pasadena | CA | 91030 | |
| Gregory Lawrence Craig | | ADDRESS REDACTED | | | | | | |
| Gregory Mikeral Bean | | ADDRESS REDACTED | | | | | | |
| Griddy Holdings LLC | | 30 Post Rd E, 2nd floor | | | West Port | 06880 | 06880 | |
| Griddy Technologies LLC | | 30 Post Rd E 2nd floor | | | West Port | CT | 06880 | |
| Halo Branded Solutions | | 3182 Momentum Place | | | Chicago | IL | 60689-5331 | |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Hartford Casualty Insurance Company | | One Hartford Plaza | | | Hartford | CT | 06155 | |
| Hartford Fire Insurance Company | | One Hartford Plaza | | | Hartford | CT | 06155 | |
| Hartman Income REIT Management | Attn: Sara Lynn O'Dell | 11811 North Freeway, Ste 160 | | | Houston | TX | 77060 | |
| Hartman SPE LLC | | 11811 North Freeway, Ste. 160 | | | Houston | TX | 77060 | |
| Hartman SPE LLC | Attn: Thomas Emde | Lockbox Services - 207743 | 2975 Regent Blvd | | Irving | TX | 75063 | |
| Hartman SPE LLC | Attn: Thomas Emde | PO Box 207743 | | | Dallas | TX | 75320-7743 | |
| Hawke McKeon & Sniscak LLP | | 100 North Tenth Street | | | Harrisburg | PA | 17101 | |
| Hippo Reads LLC | | 201 Santa Monica Blvd. Suite 500 | | | Santa Monica | CA | 90401 | |
| Honeywell | | 300 S Tryon St Suite 500 | | | Charlotte | NC | 28202 | |
| Hotjar Ltd | | Dragonara Business Centre | 5Th Floor, Dragonara Road | | St Julian'S | STJ | 3141 | Malta |
| Ian Joyce | | ADDRESS REDACTED | | | | | | |
| ICE US OTC Commodity Markets LLC | | PO Box 935278 | | | Atlanta | GA | 31193 | |
| Icon Media Group LLC | | 2021 21st Avenue South | | | Nashville | TN | 37212 | |
| IFTTT, Inc. | | 923 Market St, Ste 400 | | | San Francisco | CA | 94103 | |
| Impact Group | | Banner Bank | 950 W Bannock St #500 | | Boise | ID | 83702 | |
| Incorp Services, Inc | | 3773 Howard Hughes Pkwy | Ste 500-S | | Las Vegas | NV | 89169 | |
| Indeed | | 177 Broad Street, Sixth Floor | | | Stamford | CT | 06901 | |
| Influxdata | | 799 Market Street, Suite 400 | | | San Francisco | CA | 94103 | |
| Inkhead, Inc | | 138 Park Ave, Suite 300 | | | Womfrt | GA | 30680-2586 | |
| Insperity | | 20329 TX-249 Suite 301 | | | Houston | TX | 77070 | |
| Integrate | | 1702 Taylor, Ste 200 | | | Houston | TX | 77007 | |
| Internal Revenue Service | | Department of Treasury | | | Ogden | UT | 84201-0045 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | | Philadelphia | PA | 19104-5016 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Houston Division | 1919 Smith Street | | | Houston | TX | 77002 | |
| Intralinks | | 150 East 42nd Street | | | New York | NY | 10017 | |
| Intuit *Quickbooks | | 2700 Coast Ave | | | Mountain View | CA | 94043-1140 | |
| Invision | | 41 Madison Sq Park | | | New York | NY | 10010 | |
| Invision App | | 41 Madison Ave, Flr 25 | | | New York | NY | 10010 | |
| Irma Rodriguez | | ADDRESS REDACTED | | | | | | |
| Iterable, Inc | | 71 Stevenson Street, Ste. 300 | | | San Francisco | CA | 94105 | |
| Jabra | | 900 Chelmsford St | | | Lowell | MA | 01851 | |
| Jackson Walker LLP | | PO Box 130989 | | | Dallas | TX | 75313-0989 | |
| Janel-Marie Lynn Hubbard | | ADDRESS REDACTED | | | | | | |
| Jason Jon Huang | | ADDRESS REDACTED | | | | | | |
| Javon Nehemiah Holt | | ADDRESS REDACTED | | | | | | |
| Jennifer Christine Valentine | | ADDRESS REDACTED | | | | | | |
| Jennifer Claire Fox | | ADDRESS REDACTED | | | | | | |
| Jeremy Wood Zarowitz | | ADDRESS REDACTED | | | | | | |
| Jillian Taylor Pennington | | ADDRESS REDACTED | | | | | | |
| John Breitbart | | ADDRESS REDACTED | | | | | | |
| John Russell Holman | | ADDRESS REDACTED | | | | | | |
| Jordan Oakley | | ADDRESS REDACTED | | | | | | |
| JPMorgan Chase Bank, N.A. | Attn: Elizabeth Nebergall | 2200 Ross Ave, 8th Floor | | | Dallas | TX | 75201 | |
| JPMorgan Chase Bank, N.A. | Blocked Account Legal Team | 10 South Dearborn 6th Floor | Suite IL 1-0096 | | Chicago | IL | 60603-2300 | |
| Junior Achievement of Southern California | | 6250 Forest Lawn Drive | | | Los Angeles | CA | 90068 | |
| Kabir Shukla | | ADDRESS REDACTED | | | | | | |
| Kapwing | | 1762 Dolores Street | | | San Francisco | CA | 94110 | |
| Karam Debly | | ADDRESS REDACTED | | | | | | |
| Kastle Systems of Los Angeles PSP | | PO Box 75177 | | | Baltimore | MD | 21275 | |
| Kavinsan Thavanesan | | ADDRESS REDACTED | | | | | | |
| KD Kanopy Inc | | 1921 E 68th Ave | | | Denver | CO | 80229 | |
| Kellerhals Ferguson Kroblin PLLC | Royal Palms Professional | Building 9053 Estate Thom | | | St Thomas | VI | 00802 | Virgin Islands (U.S.) |
| Kelly Lee Chan | | ADDRESS REDACTED | | | | | | |
| Kera LaFerney | | ADDRESS REDACTED | | | | | | |

 STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Kevin Bhuva | | ADDRESS REDACTED | | | | | | |
| Kianna Marie Brandt | | ADDRESS REDACTED | | | | | | |
| Kim Linh Vo | | ADDRESS REDACTED | | | | | | |
| Kristina Marin | | ADDRESS REDACTED | | | | | | |
| Ksenia Smith | | ADDRESS REDACTED | | | | | | |
| KUBE | | 2401 Fountain View Drive, Ste 300 | | | Houston | TX | 77057 | |
| Kuldeep Dhillon | | ADDRESS REDACTED | | | | | | |
| Kuljeet Kaur Khaira | | ADDRESS REDACTED | | | | | | |
| Lane Rockoff | | ADDRESS REDACTED | | | | | | |
| Lastpass.com | | 320 Summer St | | | Boston | MA | 02210 | |
| Lauren Marie Valdes | | ADDRESS REDACTED | | | | | | |
| Liberman Broadcasting, Inc. | | 3000 Bering Drive | | | Houston | TX | 77057 | |
| Lisa Khoury, et al. | c/o Potts Law Firm, LLP | Attn: Derek H. Potts, J. Ryan Fowler, Batami Baskin | 3737 Buffalo Speedway, Suite 1900 | | Houston | TX | 77098 | |
| Lockton Companies, LLC - Los Angeles | Attn: Vance Ulrich | 777 Figueroa St, 52nd Floor | | | Los Angeles | CA | 90017 | |
| Lockton Insurance Brokers | | Dept LA 23878 | | | Los Angeles | CA | 91185 | |
| Loggly | | 535 Mission St #2100 | | | San Francisco | CA | 94105 | |
| Loggly | | 7171 Southwest Parkway Building 400 | | | Austin | TX | 78735 | |
| Lucidchart | | 10355 S Jordan Gateway, Suite 150 | | | South Jordan | UT | 84095 | |
| Luis Lopez | | ADDRESS REDACTED | | | | | | |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher | Attn: Matthew G. Bouslog | 3161 Michelson Dr. | | Irvine | CA | 92612-4412 | |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Eric T. Haitz | 811 Main Street, Suite 3000 | | Houston | TX | 77002-6117 | |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal and Michael L. Raiff | 2001 Ross Avenue, Suite 2100 | | Dallas | TX | 75201 | |
| Macquarie Energy LLC | | One Allen Center | 500 Dallas Street, Suite 3300 | | Houston | TX | 77002 | |
| Macquarie Energy LLC | Legal Risk Management Division | One Allen Center 500 Dallas Street | Suite 3300 | | Houston | TX | 77002 | |
| Macquarie Investments US Inc. | | 125 West 55th Street | Level 20 | | New York | NY | 10019 | |
| Macquarie Investments US Inc. & Macquarie Energy LLC | c/o Haynes and Boone LLP | Attn: Chad Mills | 1221 McKinney Street, Suite 4000 | | Houston | TX | 77010 | |
| Macquarie Investments US Inc. and Macquarie Energy LLC | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet and Arsalan Muhammad | 1221 McKinney Street, Suite 4000 | | Houston | TX | 77010 | |
| Madison Millichamp | | ADDRESS REDACTED | | | | | | |
| Maestro QA | | 41 E 11th St 11th Fl | | | New York | NY | 10003 | |
| MailChimp | | 675 Ponce De Leon Ave NE 500 | | | Atlanta | GA | 30308 | |
| Mariam Millichamp | | ADDRESS REDACTED | | | | | | |
| Marilee Stewart | | ADDRESS REDACTED | | | | | | |
| Marius Group LLC | | 717 North Highland Avenue #23 | | | Los Angeles | CA | 90038 | |
| Mark Joseph Stitz | | ADDRESS REDACTED | | | | | | |
| Matthew Hayes | | ADDRESS REDACTED | | | | | | |
| Max Saya Ninthara | | ADDRESS REDACTED | | | | | | |
| Maximilian Law Inc | | 8939 South Sepulveda Blvd, Ste 233 | | | Los Angeles | CA | 90045 | |
| Melissa Muro | | ADDRESS REDACTED | | | | | | |
| Meridian Business Centers | c/o WorkSuites | 555 Republic Drive. Suite 200 | | | Plano | TX | 75074 | |
| Meridian Business Centers - Southwest Partners, LP | c/o WorkSuites | 6060 N. Central Expressway, 5th Floor | | | Dallas | TX | 75206 | |
| Michael David Branconier | | ADDRESS REDACTED | | | | | | |
| Michael Fallquist | | ADDRESS REDACTED | | | | | | |
| Michael Phan Duong | | ADDRESS REDACTED | | | | | | |
| Michael Vickowski | | ADDRESS REDACTED | | | | | | |
| Microsoft | | 91 Main St | 8th Floor | | Dallas | TX | 75202 | |
| Microsoft Bing Ads | | 111 Wall Street | | | New York | NY | 10043 | |
| Miguel A. Huerta, PLLC | | 7500 Rialto Blvd, Suite 250 | | | Austin | TX | 78735 | |
| MiiR | | 1109 N 35th Unit b | | | Seattle | WA | 98103 | |
| Milbank LLP | | 55 Hudson Yards | | | New York | NY | 10001 | |
| Miles Brosang | | ADDRESS REDACTED | | | | | | |
| Minuteman Press | | 61 Executive Blvd | | | Farmingdale | NY | 11735 | |
| Mixpanel | | One Front Street, 28th Floor | | | San Francisco | CA | 94111 | |
| Modern Postcard | | 1675 Faraday Avenue | | | Carlsbad | CA | 92008 | |
| Moo | | 2nd Fl 20 Farringdon Rd | | | London | | EC1M 3HE | United Kingdom |
| Morgan Lynn Harvey | | ADDRESS REDACTED | | | | | | |
| Morphologic, LLC | | 4519 South Park Lane | | | Spokane | WA | 99223 | |
| Motion Recruitment DBA Jobspring Partners | | PO Box 845388 | | | Boston | MA | 02284-5388 | |
| Motion Recruitment DBA Workbridge Associates | | PO Box 845388 | | | Boston | MA | 02284-5388 | |
| MOZ | | 1111 3rd Ave 17th Fl | | | Seattle | WA | 98101 | |
| Muhammad Humayoun | | ADDRESS REDACTED | | | | | | |
| Muhammad Humayoun | | ADDRESS REDACTED | | | | | | |
| Multiple Injured and Death Case Tort Claimants | c/o Jordan, Holzer & Ortiz, P.C | Attn: Shelby A. Jordan and Antonio Ortiz | 500 North Shoreline Blvd., Suite 900 | | Corpus Christi | TX | 78401 | |
| National CineMedia, LLC | | PO Box 17491 | | | Denver | CO | 80217-0491 | |
| Nest | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043 | |
| Nextdoor, Inc. | | 875 Stevenson Street, Ste 700 | | | San Francisco | CA | 94103 | |
| NFFC | | 1349 Empire Central Drive | Suite 900 | | Dallas | TX | 75247 | |



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Nick Bain | | ADDRESS REDACTED | | | | | | |
| Notion Labs Inc | | 548 Market St #74567 | | | San Francisco | CA | 94104 | |
| O'Bryant Electric Inc. | | 9314 Eton Avenue | | | Chatsworth | CA | 91311 | |
| Office of the Attorney General | Attn: Rick Berlin & Charlene Gale | Consumer Protection Division | 808 Travis St., Ste 1520 | | Houston | TX | 77002 | |
| Office of The United States Trustee | Attn: Hector Duran, Jr. and Stephen Douglas Statham | 515 Rusk Street, Suite 3516 | | | Houston | TX | 77002 | |
| Omni Online | | 21250 Hawthorne Blvd #770 | | | Torrance | CA | 90503 | |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | | Dallas | TX | 75202 | |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | PO Box 4567 | | | Houston | TX | 77210-4567 | |
| Onesky Localization | | 160 Robinson Road, #14-04 | Singapore Business Federation | | Singapore | | 068914 | Singapore |
| Onward Search, LLC | | PO Box #5063 | | | New York | NY | 10087 | |
| OpenJar Concepts, Inc. | | 27120 Avenida Del Oro | | | Temecula | CA | 92590 | |
| OpHeart | | 3653 Griggs Road | | | Houston | TX | 77021 | |
| Optimum | | 28 Cross St | | | Norwalk | CT | 06851-4632 | |
| Oracle America, Inc | | 500 Oracle Pkwy | | | Redwood Shores | CA | 94065 | |
| Orrick | | Dept 34461 | PO Box 39000 | | San Francisco | CA | 94139 | |
| Otter.ai | | 5150 W El Camino Rd Ste A-22 | | | Los Altos | CA | 94022 | |
| Pablin Marin Jr | | ADDRESS REDACTED | | | | | | |
| PagerDuty | | 600 Townsend St 125 | | | San Francisco | CA | 94103 | |
| Pagerduty, Inc. | | 600 Townsend St, Suite 200 | | | San Francisco | CA | 94103 | |
| Panda Express | | PO Box 1159 | | | Rosemead | CA | 91770 | |
| Paypal | | 3500 S Dupont Hwy | | | Dover | DE | 19901 | |
| Peijin Liu | | ADDRESS REDACTED | | | | | | |
| Peijin Liu | | ADDRESS REDACTED | | | | | | |
| Peter Joseph Gurka | | ADDRESS REDACTED | | | | | | |
| Phil Santinoceto | | ADDRESS REDACTED | | | | | | |
| Philip Rhie | | ADDRESS REDACTED | | | | | | |
| Phillip Kang | | ADDRESS REDACTED | | | | | | |
| Pixel Studio Productions | | 2403 Sunset Blvd | | | Houston | TX | 77005 | |
| PJM Interconnection | | 2750 Monroe Blvd | | | Norristown | PA | 19403 | |
| Playa Provisions | | 119 Culver Blvd | | | Playa Del Rey | CA | 90293 | |
| Postman | | 595 Market St | | | San Francisco | CA | 94105 | |
| PR Newswire | | 130 E Randolph Drive, 7th Floor | | | Chicago | IL | 60601 | |
| Prashanti Amar Naik | | ADDRESS REDACTED | | | | | | |
| Pro Silver Star, Ltd | | One Cowboys Way | | | Frisco | TX | 75034 | |
| Propay | | 30 Post Road E | | | Westport | CT | 06680 | |
| PSA Consulting, Inc. | Attn: Paul Aronzon | 8786 N. Promontory Ridge Drive | | | Park City | UT | 84098 | |
| Public Utility Commission of Texas | Attn: David Hoard | 1701 N. Congress | PO Box 13326 | | Austin | TX | 78711-3326 | |
| Public Utility Commission of Texas | c/o Office of the Attorney General of Texas | Bankruptcy & Collections Division | Attn: Jason B. Binford; Layla D. Milligan | PO Box 12548- MC 008 | Austin | TX | 78711-2548 | |
| PushWoosh | | 1224 M St NW, Ste 101 | | | Washington | DC | 20005 | |
| Quora | | 650 Castro St #450 | | | Mountain View | CA | 94041 | |
| Reddit | | 1455 Market St | | | San Francisco | CA | 94103 | |
| Reviews.io | C/O Wework | 400 Spectrum Center Drive | | | Irvine | CA | 92618 | |
| Right Networks, LLC | | 14 Hampshire Drive | | | Hudson | NH | 03051 | |
| RingCentral, Inc | | 20 Davis Dr | | | Belmont | CA | 94002 | |
| Riviera Partners | | 141 10th Street | | | San Francisco | CA | 94103 | |
| RLI Insurance Company | Attn: Commercial Surety | 9025 N. Lindbergh Dr. | | | Peoria | IL | 61615 | |
| RMCK Law Group, PLC | | 4141 N. Atlantic Blvd | Suite #2 | | Auburn Hills | MI | 48326 | |
| Roaming Hunger | | 8228 Sunset Blvd | | | West Hollywood | CA | 90046 | |
| Robert Half Finance & Accounting | | PO Box 743295 | | | Los Angeles | CA | 90074 | |
| Robert Half Legal | | PO Box 743295 | | | Los Angeles | CA | 90074-3295 | |
| Ronald Edward Petty | | ADDRESS REDACTED | | | | | | |
| Roop Bhullar | | ADDRESS REDACTED | | | | | | |
| Rothbard | | 90 Post Rd E | | | Westport | CT | 06680 | |
| Runscope.Com | | 548 Market St #14137 | | | San Francisco | CA | 94104 | |
| RX-M Enterprises LLC | | 411 Walnut Street, Ste 3797 | | | Green Cove Springs | FL | 32043 | |
| Ryan Jonathan Yoder | | ADDRESS REDACTED | | | | | | |
| S4S, LLC | Attn: Charles Cella | 12631 Imperial Hwy Ste F126 | | | Santa Fe Springs | CA | 90670 | |
| S90 Technology | | 11 Orchard #107 | | | Lake Forest | CA | 92630 | |
| SaasQuatch | | 1017 Fort St | | | Victoria | BC | V8V 3K5 | Canada |
| Safire Partners | | 269 S. Beverly Dr. | Suite 1213 | | Beverly Hills | CA | 90212 | |
| Sam Diephuis Photography | | 669 Indiana Ave Apt 2 | | | Venice | CA | 90291-3067 | |
| Samantha Marin | | ADDRESS REDACTED | | | | | | |
| Samuel Davis | | ADDRESS REDACTED | | | | | | |
| Sandwich Video | | 923 E. 3rd St. | #304 | | Los Angeles | CA | 90013 | |
| Saumya Garg | | ADDRESS REDACTED | | | | | | |
| Scott PLLC | | 405 West 14th Street | | | Austin | TX | 78701 | |
| Scottsdale Insurance Company | | 8877 North Gainey Center Drive | | | Scottsdale | AZ | 85258 | |
| Semrush.Com | | 800 Boylston St | Suite 2475 | | Boston | MA | 02199 | |



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Sendgrid | | 1801 California St Ste 500 | | | Denver | CO | 80202-2618 | |
| Sergiu Buhatel | | ADDRESS REDACTED | | | | | | |
| Shane Ryan Rosse | | ADDRESS REDACTED | | | | | | |
| Sharp Decisions | | 222 N Sepulveda Blvd 1306 | | | El Segundo | CA | 90245 | |
| Shaun Landau | | ADDRESS REDACTED | | | | | | |
| Shellback Tavern | | 116 Manhattan Beach Blvd | | | Manhattan Beach | CA | 90266 | |
| Shepard Expositions | | 2315 E Locust Ct | | | Ontario | CA | 91761 | |
| Sherwood Gardens Apartments | | 3909 Sherwood Lane | | | Houston | TX | 77092 | |
| Shifter Tier 1 | | 5 Banchi | | | Koubeshi Chiyuuouku K | | 650-0024 | Japan |
| Shutterstock | | 350 Fifth Avenue, Floor 21 | | | New York | NY | 10118 | |
| Sign Ad | | 2281 W 205th St 109 | | | Torrance | CA | 90501 | |
| Sitrick Group, LLC | | 11999 San Vicente Blvd., Penthouse | | | Los Angeles | CA | 90049 | |
| Sketch | | Flight Foru, 40 Begane Grond | | | Eindhoven | DB | 5657 | The Netherlands |
| Skipping Stone, LLC | | 83 PINE STREET SUITE 101 | | | West Peabody | MA | 01960 | |
| Slack | | 500 Howard St | | | San Francisco | CA | 94105 | |
| Snap Recording | | 269 S Beverely Dr | | | Beverly Hills | CA | 90212 | |
| Social Tactix with Jay James | | 1745 Wilcox Ave | Apt 212 | | Los Angeles | CA | 90028 | |
| SpPlus Corporation | | 200 E Randolph St 7700 | | | Chicago | IL | 60601 | |
| Sprout Social, Inc | | 131 S Dearborn, Suite 700 | | | Chicago | IL | 60603 | |
| Star Energy Partners | | 12121 Bluff Creek Dr #220a | | | Playa Vista | CA | 90094 | |
| Startup Artclub | | 825 East 4th Street | | | Los Angeles | CA | 90013 | |
| State Comptroller | | PO Box 149361 | | | Austin | TX | 78714 | |
| State of Connecticut | | Departmnet of Revenue Services | 450 Columbus Blvd., Ste 1 | | Hartford | CT | 06103 | |
| State of Connecticut Department of Revenue Services | | 450 Columbus Blvd | Suite 1 | | Hartford | CT | 06103 | |
| State of Delaware | | Division of Revenue | 820 N. French Street | | Wilmington | DE | 19801 | |
| State of Texas | Office of The Attorney General | 300 W. 15th St | | | Austin | TX | 78701 | |
| State of Texas | Office of the Attorney General of Texas | c/o Bankruptcy & Collections Division | Attn: Rachel R. Obaldo and Abigail R. Ryan | PO Box 12548 MC008 | Austin | TX | 78711-2548 | |
| Stevens & Lee Lawyers & Consultants | | 17 North Second St | 16th Floor | | Harriburg | PA | 17101 | |
| Sticker Mule | | 336 Forest Ave | | | Amsterdam | NY | 12010 | |
| Strategic Media | | 511 Congress Street | 9th Floor | | Portland | ME | 04101 | |
| Streampoint Solutions | | 1300 I St NW Ste 400E | | | Washington | DC | 20005 | |
| Stripe, Inc. | Attn: CEO or General Counsel | 510 Townsend Street | | | San Francisco | CA | 94103 | |
| Strong Force Design | Attn: Charles Cella | 11320 La Grange Ave | | | Los Angeles | CA | 90025 | |
| Strong Force IP Strategies | Attn: Charles Cella | 2500 Broadway, Ste. F-125 | | | Santa Monica | CA | 90404 | |
| STRV, Inc | | 45 Lansing Street Unit 1801 | | | San Francisco | CA | 94105 | |
| Studio Other | | 9200 Sorensen Avenue | | | Sante Fe Springs | CA | 90670 | |
| Summit Advantage | | 3340 West Market Street | | | Fairlawn | OH | 44333 | |
| Summit Advantage - Griddy | | 3340 West Market Street | | | Akron | OH | 44333 | |
| Superhuman | | 555 Mission St | | | San Francisco | CA | 94105 | |
| Swinerton Builders | | 2300 Clayton Road, Ste 800 | | | Concord | CA | 94520 | |
| Tableau Software, Inc | | PO Box 204021 | | | Dallas | TX | 75320-4021 | |
| Texas A&M Ventures | | 505 Hobbs Road | | | Jefferson City | MO | 65109 | |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | Lyndon B. Johnson State Office Building | 111 East 17th Street | | Austin | TX | 78744 | |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | PO Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | |
| Texas-New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | | Lewisville | TX | 75067 | |
| The Dark Sky Company | | 486 Green St | | | Cambridge | MA | 02139 | |
| The Go Solution, LLC | | 5500 NW Central Drive | | | Houston | TX | 77092 | |
| The Hartford | | Houston Regional Office | 19450 State Hwy. 249, Suite 400 | | Houston | TX | 77070 | |
| The Honest Company | Attn: Adam Busch & Billie Walker | 1950 S Vintage Ave | | | Ontario | CA | 91761 | |
| The Philadelphia Inquirer | | 801 Market St Ste 300 | | | Philadelphia | PA | 19107 | |
| The Sheridan Group | | 2045 Pontius Avenue | | | Los Angeles | CA | 90025 | |
| The State of Texas | Attn: Ken Paxton, Valeria Sartorio & Steven Robinson | 112 E. Pecan Street, Suite 735 | | | San Antonio | TX | 78205 | |
| The State of Texas | Attn: Rick Berlin & Dan Zwart | 808 Travis Street, Suite 1520 | | | Houston | TX | 77002 | |
| Theresa Lynn Bergeaux | | ADDRESS REDACTED | | | | | | |
| Thinkific.Com | | 369 Terminal Ave. | Suite 400 | | Vancouver | BC | V6A 4C4 | Canada |
| Thomas Ramer Clark | c/o The Potts Law Firm, LLP | Attn: Derek H. Potts, J. Ryan Fowler, Batami Baskin | 3737 Buffalo Speedway, Suite 1900 | | Houston | TX | 77098 | |
| Thomas Weaver | | ADDRESS REDACTED | | | | | | |
| Tom McGinn | | ADDRESS REDACTED | | | | | | |
| Transperfect Translations International Inc. | | Three Park Avenue, 39th Floor | | | New York | NY | 10016 | |
| Travis-Cl.com | | Rigaer Str. 8 | | | Berlin Friedrichshain | | 10247 | Germany |
| TriNet Employer Group Canada Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | |
| TriNet Employer Group Canada Inc | | 1 Park Place Suite 600 | | | Dublin | CA | 94568 | |
| TriNet HR III, Inc | | 1 Park Place | Suite 600 | | Dublin | CA | 94568 | |
| TriNet HR III, Inc | | 1 Park Place Suite 600 | | | Dublin | CA | 94568 | |
| TrueLight Energy, LLC | | 51 Melcher Street, 1st Fl | | | Boston | MA | 02210 | |
| Trumbull Insurance Company | | One Hartford Plaza | | | Hartford | CT | 06155 | |



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Tuan A Huynh | | ADDRESS REDACTED | | | | | | |
| Twenty20 Stock Photos | | 1038 Princeton Dr | | | Marina Del Rey | CA | 92626 | |
| Ty Bowers Design | | 18416 Bermuda Street | | | Porter Ranch | CA | 91326 | |
| U.S. Energy Information Administration (EIA) | c/o Office of Energy Production, Conversion, & Delivery | Attn: Marc Harnish, EIA-861 Survey Manager | Entity ID: 60915, Griddy Energy LLC | 1000 Independence Ave, SW | Washington | DC | 20585 | |
| United Airlines | | 609 Main Street | Hscac - 12Th Floor | | Houston | TX | 77002 | |
| Upwork | | 2625 Augustine Dr Ste 601 | | | Santa Clara | CA | 95054 | |
| User Testing, Inc. | | PO Box 741228 | | | Los Angeles | CA | 90074-1288 | |
| USPS | | 275 Post Rd E Ste 10 | | | Westport | CT | 06880 | |
| USPS | | 6060 Primacy Pkwy | | | Memphis | TN | 38119 | |
| US-Yellow | | 6440 Southpoint Pkwy, Suite #150 | | | Jacksonville | FL | 32216 | |
| Valerie Quivan Tran | | ADDRESS REDACTED | | | | | | |
| Venkata Satya Sai Raja Viswara Surireddy | | ADDRESS REDACTED | | | | | | |
| Vettery | | PO Box 392608 | | | Pittsburgh | PA | 15251 | |
| Viasat In-Flight | | 6155 El Camino Real | | | Carlsbad | CA | 92009 | |
| Vikranth Sivakumar | | ADDRESS REDACTED | | | | | | |
| Vimeo.Com | | 555 West18th Street, 4th Floor | | | New York | NY | 10011 | |
| VincentBenjamin | | ADDRESS REDACTED | | | | | | |
| Voices.com | | 100 Dundas St Ste 700 | | | London | ON | N6A 5B6 | Canada |
| Webflow.Com | | 398 11Th Street, 2nd Floor | | | San Francisco | CA | 94103 | |
| Weglot.Com | | 20 Rue Du Sentier | | | Paris 2 | | 75002 | France |
| Wells Fargo Vendor Fin Serv | | Po Box 70241 | | | Philadelphia | PA | 19176 | |
| Wells Fargo Vendor Financial Services, LLC | Heather R. Embrey | 1010 Thomas Edison Blvd SW | | | Cedar Rapids | IA | 52404 | |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | Attn: Lee Saveliff | c/o Julia Sterling | 98 Imperial Ave | | Westport | CT | 06880 | |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | c/o Zeldes, Needle & Cooper, P.C. | Attn: Robert A. Pacelli, Jr., Esq. | 1000 Lafayette Blvd, 7th Floor | | Bridgeport | CT | 06604 | |
| Windes, Inc. | | PO Box 87 | | | Long Beach | CA | 90801-0087 | |
| Windes, Inc. | Attn: Lance Adams | 3780 Kilroy Airport Way, Suite 600 | | | Long Beach | CA | 90806 | |
| Winston & Strawn LLP | | 101 California Street, 34th Floor | | | San Francisco | CA | 94111 | |
| Within LLC | Attn: Adam Smith | 411 Walnut St | | | Green Cove Spring | FL | 32043 | |
| Within, LLP | | 411 Walnut Street | | | Green Cove Springs | FL | 32043 | |
| Wix.Com Premium-Plan | | 500 Terry A Francois | Blvd Fl 6 | | San Francisco | CA | 94158 | |
| WP Engine | | 504 Lavaca St., Suite 1000 | | | Austin | TX | 78701 | |
| WWW.oneskyapp.com | | Flat 3B, North Cape Building | | | Hong Kong | | | China |
| Yonomi, Inc. | | 939 Pearl Street | Suite 205 | | Boulder | CO | 80302 | |
| Zapier.Com | | 548 Market St #62411 | | | San Francisco | CA | 94104 | |
| Zeldes, Needle & Cooper | | 1000 Lafayette Boulevard | | | Bridgeport | CT | 06601-9441 | |
| Zendesk, Inc. | | 989 Market Street | 3rd Floor | | San Francisco | CA | 94103 | |
| Zoom.Us | | 55 Almaden Blvd | | | San Jose | CA | 95113 | |
| Zuberance | | 9000 Crow Canyon Road, Suite S | | | Danville | CA | 94506 | |

# **Exhibit B**



**Exhibit B**

Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| AEP Texas Inc. | Attn: Mark Hunt | crrtx@aep.com<br>mdhunt@aep.com |
| Alpha Employment Solutions | Attn: Penny Vita-Finzi | penny@alpha-employment.com |
| Bernice William | c/o Sheehy, Lovelace & Mayfield | jcox@slm.law |
| CCH Incorporated | c/o Wolters Kluwer | cch-ar@wolterskluwer.com |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | jewel.smith@centerpointenergy.com |
| Charles Huppert, District Court of Harris County, Texas Case No. 2021-12101; and Thomas Clark, District Court of Harris County, Texas Case No.: 2021-12017 | c/o Burnett Law Firm | Rburnett@rburnettlaw.com<br>karen.schroeder@rburnettlaw.com |
| Electric Reliability Council of Texas (ERCOT) | Attn: Phil Mincemoyer | ClientServices@ercot.com |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | klippman@munsch.com<br>dperry@munsch.com |
| Energy Services Group | Attn: CEO or General Counsel | ar@energyservicesgroup.net |
| Floqast | Attn: CEO or General Counsel | accounting@floqast.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@publicans.com |
| Hartman Income REIT Management | Attn: Sara Lynn O'Dell | sodell@hi-reit.com |
| Lisa Khoury, et al. | c/o Potts Law Firm, LLP | dpotts@potts-law.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher | MBouslog@gibsondunn.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | EHaitz@gibsondunn.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | MRosenthal@gibsondunn.com<br>MRaiff@gibsondunn.com |
| Macquarie Investments US Inc. & Macquarie Energy LLC | c/o Haynes and Boone LLP | chad.mills@haynesboone.com |
| Macquarie Investments US Inc. and Macquarie Energy LLC | c/o Haynes and Boone, LLP | kelli.norfleet@haynesboone.com<br>arsalan.muhammad@haynesboone.com |
| Multiple Injured and Death Case Tort Claimants | c/o Jordan, Holzer & Ortiz, P.C | sjordan@jhwclaw.com<br>aortiz@jhwclaw.com<br>ecf@jhwclaw.com |
| Office of The United States Trustee | Attn: Hector Duran, Jr. and Stephen Douglas Statham | Hector.Duran.Jr.@jsdoj.gov<br>Stephen.statham@usdoj.gov |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | contactcenter@oncor.com |
| Public Utility Commission of Texas | Attn: David Hoard | david.hoard@puc.texas.gov |
| Public Utility Commission of Texas | c/o Office of the Attorney General of Texas | jason.binford@oag.texas.gov<br>layla.milligan@oag.texas.gov |
| RLI Insurance Company | Attn: Commercial Surety | Chrissy.Eaton@rlicorp.com<br>support@rlicorp.com |
| S4S, LLC | Attn: Charles Cella | charles.cella@strongforce.design |
| Star Energy Partners | Attn: CEO or General Counsel | info@starenergypartners.com |
| State of Texas | Office of the Attorney General of Texas | rachel.obaldo@oag.texas.gov<br>abigail.ryan@oag.texas.gov |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Stripe, Inc. | Attn: CEO or General Counsel | support@stripe.com |

# **Exhibit C**

**TO FORMER CUSTOMERS* OF GRIDDY ENERGY: NOTICE OF BANKRUPTCY FILING**

On March 15, 2021, Griddy Energy LLC ("Griddy") filed for bankruptcy. The Judge in charge of the Case is the Honorable Marvin Isgur of the United States Bankruptcy Court for the Southern District of Texas. He has appointed Stretto.com as the Administrator who will send you important notices about the bankruptcy.

All future notices about Griddy's bankruptcy and any rights you may have will be sent to you by email (or by text if Griddy has a valid phone number for you and does not have your correct email).

TO PROTECT ANY RIGHTS YOU MAY HAVE AS A FORMER CUSTOMER OF GRIDDY IT IS IMPORTANT THAT YOU OPEN AND READ ALL EMAILS, INCLUDING LINKS TO DOCUMENTS CONTAINED IN THE EMAILS SENT TO YOU FROM: "GRIDDY ENERGY on behalf of noreply@stretto.com."

The Court has set July 19, 2021 at 5:00 p.m. (Central Time) as the last date for Former Customers* to assert claims against Griddy in the bankruptcy court. If you are a Former Customer and believe you have a claim against Griddy that arose before March 15, 2021, you must fill out and send in a proof of claim form according to instructions you will receive by email from "GRIDDY ENERGY on behalf of noreply@stretto.com." Failure to file a claim before the deadline may, pursuant to a future order of the Court, result in your claim being barred.

If you have questions or need to provide the Administrator with your updated and correct email address or phone number, please email: GriddyInquiries@stretto.com, or call toll-free: 855.478.2725.

You may also obtain information about Griddy's bankruptcy at: https://cases.stretto.com/Griddy.

* You are a "Former Customer" if you (a) are a person who was a retail electricity customer (or the legal representative of such customer) of Griddy's at any point from February 11, 2021 through February 19, 2021 and (b) are the holder of a claim of any kind against Griddy that arose during or relates to the period from February 11, 2021 through February 19, 2021.

# **<u>Exhibit D</u>**

**PARA EX CLIENTES\* DE GRIDDY ENERGY: AVISO DE BANCARROTA**

El 15 de marzo de 2021, Griddy Energy LLC ("Griddy") se declaró en quiebra. El juez a cargo del caso es el Honorable Marvin Isgur del Tribunal de Quiebras de los Estados Unidos para el Distrito Sur de Texas. El ha designado a Stretto.com como el Administrador que le enviará avisos importantes sobre la bancarrota.

Todos los avisos futuros sobre la bancarrota de Griddy y cualquier derecho que pueda tener serán enviados por correo electrónico (o por mensaje de texto si Griddy tiene un número de teléfono válido para usted y no tiene su correo electrónico correcto).

PARA PROTEGER CUALQUIER DERECHO QUE PUEDA TENER COMO EX CLIENTE DE GRIDDY, ES IMPORTANTE QUE ABRA Y LEA TODOS LOS CORREOS ELECTRÓNICOS, INCLUYENDO VÍNCULOS A LOS DOCUMENTOS CONTENIDOS EN LOS CORREOS ELECTRÓNICOS QUE SE LE ENVIARON DESDE: "GRIDDY ENERGY en nombre de noreply@stretto.com".

La Corte ha establecido el 19 de julio a las 5:00 p.m. (hora del centro) como la última fecha para que los ex clientes\* presenten reclamaciones contra Griddy en el tribunal de quiebras. Si usted es un ex cliente y cree tiene un reclamo contra Griddy que surgió antes del 15 de marzo de 2021, debe completar y enviar un formulario de prueba de reclamo de acuerdo con las instrucciones que recibirá por correo electrónico de "GRIDDY ENERGY en nombre de noreply@Stretto.com". Si no presenta un reclamo antes de la última fecha, de acuerdo con una orden futura del Tribunal, su reclamo quedará excluido.

Si tiene preguntas o necesita proporcionarle al Administrador su dirección de correo electrónico o número de teléfono actualizados y correctos, envíe un correo electrónico a: GriddyInquiries@stretto.com, o llame sin cargo al: 855.478.2725.

También puede obtener información sobre la bancarrota de Griddy en: https://cases.stretto.com/Griddy

\* Usted es un "Ex Cliente" si (a) es una persona que fue un cliente de electricidad (o el representante legal de dicho cliente) de Griddy's en cualquier momento desde el 11 de febrero de 2021 hasta el 19 de febrero de 2021 y (b) es el titular de una reclamación de cualquier tipo contra Griddy que surgerio durante o se relacionan con el período entre el 11 de febrero de 2021 y el 19 de febrero de 2021.

# **Exhibit E**

### NOTICE OF BANKRUPTCY FILING OF GRIDDY ENERGY LLC

On March 15, 2021, Griddy Energy LLC ("Griddy") filed for bankruptcy. The Judge in charge of the Case is the Honorable Marvin Isgur of the United States Bankruptcy Court for the Southern District of Texas. He has appointed Stretto.com as the Administrator who will send you important notices about the bankruptcy.

All future notices about Griddy's bankruptcy and any rights you may have will be sent to you by email (or by text if Griddy has a valid phone number for you and does not have your correct email).

TO PROTECT ANY RIGHTS YOU MAY HAVE IT IS IMPORTANT THAT YOU OPEN AND READ ALL EMAILS, INCLUDING LINKS TO DOCUMENTS CONTAINED IN THE EMAILS SENT TO YOU FROM: "GRIDDY ENERGY on behalf of noreply@stretto.com."

If you have questions or need to provide the Administrator with your updated and correct email address or phone number, please email: GriddyInquiries@stretto.com, or call toll-free: 855.478.2725.

You may also obtain information about Griddy's bankruptcy at: https://cases.stretto.com/Griddy.

# **Exhibit F**

## AVISO DE BANCARROTA DE GRIDDY ENERGY LLC

El 15 de marzo de 2021, Griddy Energy LLC ("Griddy") se declaró en quiebra. El juez a cargo del caso es el Honorable Marvin Isgur del Tribunal de Quiebras de los Estados Unidos para el Distrito Sur de Texas. El ha designado a Stretto.com como el Administrador que le enviará avisos importantes sobre la bancarrota.

Todos los avisos futuros sobre la bancarrota de Griddy y cualquier derecho que pueda tener serán enviados por correo electrónico (o por mensaje de texto si Griddy tiene un número de teléfono válido para usted y no tiene su correo electrónico correcto).

PARA PROTEGER CUALQUIER DERECHO QUE PUEDA TENER, ES IMPORTANTE QUE ABRA Y LEA TODOS LOS CORREOS ELECTRÓNICOS, INCLUYEDO VÍNCULOS A LOS DOCUMENTOS CONTENIDOS EN LOS CORREOS ELECTRÓNICOS QUE SE LE ENVIARAN DESDE: "GRIDDY ENERGY en nombre de noreply@stretto.com".

Si tiene preguntas o necesita proporcionarle al Administrador su dirección de correo electrónico o número de teléfono actualizados y correctos, envíe un correo electrónico a: GriddyInquiries@stretto.com, o llame sin cargo al: 855.478.2725.

También puede obtener información sobre la bancarrota de Griddy en: https://cases.stretto.com/Griddy.