# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **Griddy Energy LLC,** | ) | Case No. 21-30923 (MI) |
| | ) | |
| **Debtor.** | ) | |

## CERTIFICATE OF SERVICE

I, Julian A. Del Toro, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 31, 2021 at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Debtor's (A) Objection to the Appointment of an Official Committee of Disputed Tort Claimants and (B) Limited Objection to the Appointment of an Official Committee of Former Customers** (Docket No. 114)

- **Debtor's Agenda of Matters Set for Hearing on April 1, 2021 at 2:00 P.M. (CDT)** (Docket No. 117)

Dated: March 31, 2020

    /s/ Julian A. Del Toro
Julian A. Del Toro
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-478-2725
Email:TeamGriddy@stretto.com

# Exhibit A



# Exhibit A
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| AEP Texas Inc. | Attn: Mark Hunt | crrtx@aep.com<br>mdhunt@aep.com |
| Alpha Employment Solutions | Attn: Penny Vita-Finzi | penny@alpha-employment.com |
| Bernice William | c/o Sheehy, Lovelace & Mayfield | jcox@slm.law |
| CCH Incorporated | c/o Wolters Kluwer | cch-ar@wolterskluwer.com |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | jewel.smith@centerpointenergy.com |
| Charles Huppert, District Court of Harris County, Texas Case No. 2021-12101; and Thomas Clark, District Court of Harris County, Texas Case No.: 2021-12017 | c/o Burnett Law Firm | Rburnett@rburnettlaw.com<br>karen.schroeder@rburnettlaw.com |
| Electric Reliability Council of Texas (ERCOT) | Attn: Phil Mincemoyer | ClientServices@ercot.com |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | klippman@munsch.com<br>dperry@munsch.com |
| Energy Services Group | Attn: CEO or General Counsel | ar@energyservicesgroup.net |
| Floqast | Attn: CEO or General Counsel | accounting@floqast.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@publicans.com |
| Hartman Income REIT Management | Attn: Sara Lynn O'Dell | sodell@hi-reit.com |
| Lisa Khoury, et al. | c/o Potts Law Firm, LLP | dpotts@potts-law.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher | MBouslog@gibsondunn.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | MRosenthal@gibsondunn.com<br>MRaiff@gibsondunn.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | EHaitz@gibsondunn.com |
| Macquarie Investments US Inc. & Macquarie Energy LLC | c/o Haynes and Boone LLP | chad.mills@haynesboone.com |
| Macquarie Investments US Inc. and Macquarie Energy LLC | c/o Haynes and Boone, LLP | kelli.norfleet@haynesboone.com<br>arsalan.muhammad@haynesboone.com |
| Multiple Injured and Death Case Tort Claimants | c/o Jordan, Holzer & Ortiz, P.C | sjordan@jhwclaw.com<br>aortiz@jhwclaw.com<br>ecf@jhwclaw.com |
| Office of The United States Trustee | Attn: Hector Duran, Jr. and Stephen Douglas Statham | Hector.Duran.Jr.@jsdoj.gov<br>Stephen.statham@usdoj.gov |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | contactcenter@oncor.com |
| Public Utility Commission of Texas | Attn: David Hoard | david.hoard@puc.texas.gov |
| Public Utility Commission of Texas | c/o Office of the Attorney General of Texas | jason.binford@oag.texas.gov<br>layla.milligan@oag.texas.gov |
| RLI Insurance Company | Attn: Commercial Surety | Chrissy.Eaton@rlicorp.com<br>support@rlicorp.com |
| S4S, LLC | Attn: Charles Cella | charles.cella@strongforce.design |
| Star Energy Partners | Attn: CEO or General Counsel | info@starenergypartners.com |
| State of Texas | Office of the Attorney General of Texas | rachel.obaldo@oag.texas.gov<br>abigail.ryan@oag.texas.gov |
| Stripe, Inc. | Attn: CEO or General Counsel | support@stripe.com |

In re: Griddy Energy LLC
Case No. 21-30923 (MI)



# Exhibit A
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | bo.overstreet@cpa.texas.gov |
| Texas-New Mexico Power Company | Attn: CEO or General Counsel | MPRelations@pnmresources.com<br>MPRelations@tnmp.com |
| The State of Texas | Attn: Ken Paxton, Valeria Sartorio & Steven Robinson | steven.robinson@oag.texas.gov<br>valeria.sartorio@oag.texas.gov |
| The State of Texas | Attn: Rick Berlin & Dan Zwart | rick.berlin@oag.texas.gov<br>william.carpenter@oag.texas.gov<br>dan.zwart@oag.texas.gov |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | Attn: Lee Saveliff | poley@optonline.net |