UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GRIDDY ENERGY LLC | § | CASE NO. 21-30923-MI |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY JACKSON WALKER L.L.P. AS ATTORNEYS FOR TEXAS-NEW MEXICO POWER COMPANY

PLEASE TAKE NOTICE that the undersigned law firm, Jackson Walker L.L.P. hereby appears in the above-captioned case on behalf of Texas-New Mexico Power Company ("TNMP"), a creditor, and a party-in-interest, pursuant to Sections 102(1), 342 and 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 9007, 9008, 9010(b), 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and by email to:

Bruce J. Ruzinsky
Email: bruzinsky@jw.com
JACKSON WALKER L.L.P.
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4204 (Telephone)
(713) 308-4155 (Facsimile)

-and-

Tiara E. Seals
Email: tseals@jw.com
JACKSON WALKER L.L.P.
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4482 (Telephone)
(713) 308-4182 (Facsimile)

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes without any limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to this case and any other proceedings herein which affect or seek to affect, in any way, the debtors or property or proceeds in which the debtors may claim or have an interest. PLEASE TAKE FURTHER NOTICE that this Notice is not intended to be, and shall not constitute, consent by TNMP to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, or core jurisdiction.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions,

defenses, setoffs or recoupments to which the TNMP is, or may be entitled, under agreements, in law or in equity, are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notice of all contested matters, adversary proceedings or any other proceedings in this case.

Dated: April 1, 2021

                            Respectfully submitted,

                            JACKSON WALKER L.L.P.

By: /s/ Bruce J. Ruzinsky
      Bruce J. Ruzinsky
      State Bar No. 17469425
      Tiara E. Seals
      State Bar No. 24121822
      JACKSON WALKER L.L.P.
      1401 McKinney Street, Suite 1900
      Houston, Texas 77010
      (713) 752 - 4204 (Telephone)
      (713) 308 - 4115 (Facsimile)

      **ATTORNEYS FOR TEXAS-NEW MEXICO POWER COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify and verify that on April 1, 2021 the forgoing instrument was served via CM/ECF to all parties registered to receive electronic notice.

                            By: /s/ Bruce J. Ruzinsky
                                 Bruce J. Ruzinsky