# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, April 1, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Karen | Beyea-Schroeder | Burnett Law Firm | Khoury, Huppert |
| Jason | Binford | Office of the Attorney General of Texas | Public Utility Commission of Texas |
| Mary K.S. | Bischoping | Gibson, Dunn & Crutcher LLP | Counsel to creditor, Vistra Corp. |
| Matthew G. | Bouslog | Gibson, Dunn & Crutcher LLP | Counsel to creditor, Vistra Corp. |
| Riley | Burnett Jr. | Burnett Law Firm | Khoury, Huppert |
| Shelby | Jordan | Jordan, Holzer & Ortiz, PC | Karen Prescot, individually and on behalf of all similarly situated customers of the Debtor suffering property damage or personal injury |
| Lisa | Khoury | pro se | Committee member |
| Kevin | Lippman | Munsch Hardt Kopf & Harr, PC | Electric Reliability Council of Texas, Inc. |
| Layla | Milligan | Office of the Texas Attorney General | The Public Utility Commission of Texas |
| Kelli | Norfleet | Haynes and Boone, LLP | Macquarie Energy LLC and Macquarie Investments US Inc. |
| Holland | O'Neil | Foley & Lardner LLP | Holland O'Neil, Committee Member |
| Derek | Potts | Potts Law Firm LLP | Lisa Khoury, et al. |
| Michael | Rosenthal | Gibson Dunn & Crutcher LLP | Luminant Energy LLC |
| Abigail | Ryan | Texas Attorney General's Office | State of Texas |
| Abigail | Ryan | Texas Attorney General's Office | The State of Texas |
| Robin | Spigel | Baker Botts L.L.P. | Griddy Energy LLC |
| Angela | Tsai | Stretto | Griddy Energy LLC |
| Jana | Whitworth | United States Trustee | United States Trustee |
| Ty | William | pro se | Committee member |