UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) ) | Case No. 21-30923 (MI) |
| Debtor. | ) ) ) | **Re. Docket Nos. 9, 12 and 59** |

NOTICE OF ADJOURNMENT
OF APRIL 6, 2021 HEARING TO APRIL 15, 2021 AT 3:30 P.M. (CDT)

**PLEASE TAKE NOTICE** that the hearing previously scheduled for April 6, 2021 at 1:30 p.m. (CT) before the Honorable Marvin Isgur, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 404, Houston, Texas 77002 to consider the following matters has been adjourned to **April 15, 2021 at 3:30 p.m. (CDT)**:

- Debtor's Emergency Motion for Entry of an Order Authorizing (i) the Debtor to Pay Certain Prepetition Taxes and Related Obligations and (ii) Authorizing Financial Institutions to Receive, Process, Honor and Pay All Checks Presented for Payment and to Honor All Funds Transfer Requested Related to Such Obligations [Docket No. 9];

- Debtor's Emergency Motion for Entry of Interim and Final Orders (i) Authorizing the Debtor to (a) Continue Operating Its Cash Management System, (b) Honor Certain Prepetition Obligations, (c) Maintain Existing Bank Accounts and Business Forms, and (d) Continue Certain Intercompany Transactions; and (ii) Granting Related Relief [Docket No. 12] (Final Order); and

- Debtor's Emergency Motion for Entry of an Order Authorizing and Approving Key Employee Retention Plan for Non-Insider Employees [Docket No. 59]

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief sought in any of the motions shall be filed on or before **5:00 p.m. (CDT) on April 9, 2021** and

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

must: (a) be made in writing; (b) state with particularity the grounds therefor; (c) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; and (d) be filed with the United States Bankruptcy Court for the Southern District of Texas. In the event no objections or responses are timely received, the Court may grant the relief requested without a hearing.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Isgur Under "Electronic Appearance" select "Click here to submit Electronic Appearance". Select the case name, complete the required fields and click "Submit" to complete your appearance.

P**LEASE TAKE FURTHER NOTICE** that copies of the documents referenced above can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtor' noticing and claims agent at http://cases.stretto.com/Griddy.

Dated: April 2, 2021
       Houston, Texas

      Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts. com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts. com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

– and –

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

**PROPOSED COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**

### Certificate of Service

I certify that on April 2, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ Chris Newcomb*
      Chris Newcomb