**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: § <br> § <br> GRIDDY ENERGY LLC[1] § <br> § <br> Debtor. § <br> § | Chapter 11 <br><br> Case No. 21-30923 (MI) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned appears as proposed bankruptcy counsel on behalf of the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), files this Notice of Appearance and Request for Notices (the "Notice"), and requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned cases be given to and served upon:

Charles R. Gibbs (TX Bar No. 07846300)
Shelby Perry (TX Bar No. 24110216)
**McDermott Will & Emery LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
(214) 295-8000
crgibbs@mwe.com
stperry@mwe.com

-and-

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Green Farms, CT 06838.

Darren Azman (*pro hac vice* application pending)
Blaine Adams (*pro hac vice* application pending)
**McDermott Will & Emery LLP**
340 Madison Ave.
New York, NY 10173-1922
(212) 547-5400
dazman@mwe.com
badams@mwe.com

**PLEASE TAKE FURTHER NOTICE** that this Notice encompasses all notices, copies and pleadings referred to in section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and in Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any prior or later appearance shall be deemed or construed to be a waiver of any substantive or procedural rights of the Committee including, without limitation: (i) the right to have final orders in noncore matters only after *de novo* review by the United States District Court for the Southern District of Texas (the "District Court"), (ii) the right to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which the Committee is or may be

entitled, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until the Committee expressly states otherwise, the Committee does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 6, 2021
       Houston, Texas

                           Respectfully submitted,

                           **MCDERMOTT WILL & EMERY LLP**

                           */s/ Charles R. Gibbs*
                           Charles R. Gibbs
                           Texas State Bar No. 7846300
                           Shelby Perry
                           Texas State Bar No. 24110216
                           2501 North Harwood Street, Suite 1900
                           Dallas, TX 75201-1664
                           Telephone: (214) 295-8000
                           Facsimile: (972) 232-3098
                           Email: crgibbs@mwe.com
                                    stperry@mwe.com

                           -and-

                           Darren Azman
                           Blaine Adams
                           340 Madison Ave.
                           New York, NY 10173-1922
                           Telephone: (212) 547-5400
                           Facsimile: (212) 547-5444
                           Email: dazman@mwe.com
                                    badams@mwe.com

                           *Proposed Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

      I certify that on April 6, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                          */s/ Charles R. Gibbs*
                                          Charles R. Gibbs