**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) ) ) | Case No. 21-30923 (MI) |
| Debtor. | ) ) ) | **Re. Docket No. 134** |

**NOTICE OF HEARING ON DEBTOR'S APPLICATION FOR**
**ENTRY OF AN ORDER AUTHORIZING RETENTION AND**
**EMPLOYMENT OF BAKER BOTTS L.L.P. AS COUNSEL TO**
**THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") has been scheduled for **April 29, 2021 at 9:00 a.m. (CDT)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 404, Houston, Texas 77002, to consider the *Debtor's Application for Entry of an Order Authorizing Retention and Employment of Baker Botts L.L.P. as Counsel to the Debtor Effective as of the Petition Date* [Docket No. 134] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Application must be (a) made in writing, (b) state with particularity the grounds therefor, (c) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of Texas, (d) be filed with the Bankruptcy Court, and (e) be served upon (i) the Debtor, Attn: Roop Bhullar, P.O. Box 1288, Greens Farms, Connecticut 06838, (ii) proposed counsel to the Debtor: Baker Botts L.L.P., 910 Louisiana Street, Houston, Texas 77002 (Attn.: David R. Eastlake, Esq.), and 30 Rockefeller Plaza, New York, NY 10112 (Attn. Robin Spigel, Esq. and Chris Newcomb, Esq.), (iii) the Office of the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, Texas 77002 (Attn.: Jana Whitworth, Esq.), and (iv) proposed counsel to the Official Committee of Unsecured Creditors: McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201 (Attn.: Charles R. Gibbs, Esq.), and 340 Madison Ave., New York, New York 10173 (Attn.: Darren Azman, Esq.), **so as to be actually received on or before 4:00 p.m. (CDT) on April 27, 2021** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that Hearing appearances must be made electronically in advance of the Hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Isgur Under "Electronic Appearance" select "Click here to submit Electronic Appearance". Select the case name, complete the required fields and click "Submit" to complete your appearance.

P**LEASE TAKE FURTHER NOTICE** that copies of the Application can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtor' noticing and claims agent at http://cases.stretto.com/Griddy.

[The Remainder of this Page is Intentionally Blank.]

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time in open court or by the Debtor filing a notice with the Court.

Dated:  April 6, 2021
       New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Proposed Counsel to the Debtor and Debtor in Possession*

**Certificate of Service**

      I certify that on April 6, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      */s/ Chris Newcomb*
                                                      Chris Newcomb