

UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF

ENTERED
04/07/2021

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 21-30923 (MI) |
|---|---|---|---|
| | Debtor | In Re: | Griddy Energy LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Shelby Perry<br>McDermott Will & Emery LLP<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201-1664<br>T: 214-295-8054; e-mail: stperry@mwe.com<br>TX Bar No. 24110216 |
|---|---|

| Name of party applicant seeks to appear for: | Official Committee of Unsecured Creditors of Griddy Energy LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?    Yes _____    No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/6/2021 | Signed: | /s/ Shelby Perry |
|---|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: | Clerk's signature: |

**Order**     **This lawyer is admitted *pro hac vice*.**

Signed: April 07, 2021

_____
Marvin Isgur
United States Bankruptcy Judge