

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF

ENTERED
04/07/2021

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 21-30923 (MI) |
|---|---|---|---|
| Debtor | | In Re: | Griddy Energy LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Blaine Adams<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, New York 10173-1922<br>T: 212-547-5376; e-mail: badams@mwe.com<br>NY Bar No. 5435664 |
|---|---|

| Name of party applicant seeks to appear for: | Official Committee of Unsecured Creditors of Griddy Energy LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/6/2021 | Signed: | /s/ Blaine Adams |
|---|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: | Clerk's signature: |

**Order**        **This lawyer is admitted *pro hac vice*.**

Signed: April 07, 2021

Marvin Isgur
United States Bankruptcy Judge