UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC, | ) | Case No. 21-30923 |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

**STIPULATION BETWEEN ERCOT AND CLASS ACTION CREDITORS**

Creditor Lisa Khoury and the proposed class action creditors ("Class Action Creditors"), and the Electric Reliability Council of Texas, Inc. ("ERCOT" and together with the Class Action Creditors, the "Parties") enter into this stipulation (the "Stipulation") and agree as follows:

1. On April 1, 2021, the Class Action Creditors served ERCOT with a Notice of Subpoena (the "Subpoena") requesting the production of documents pursuant to FED. R. BANKR. P. 2004.

2. The Parties stipulate and agree that the deadline for ERCOT to object, move for a protective order, or otherwise respond to the Subpoena shall be May 3, 2021.

3. The Stipulation is intended by the Parties to be binding upon their successors, agents, assigns, including bankruptcy trustees and estate representatives, and any parent, subsidiary, or affiliated entity of the Parties.

4. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation.

STIPULATED AND AGREED TO THIS 9TH DAY OF APRIL, 2021:

**THE POTTS LAW FIRM, LLP**

By: /s/ *Derek H. Potts*
    Derek H. Potts
    Texas Bar No. 24073727 (*pro hac vice*)
    J. Ryan Fowler
    Texas Bar No. 24058357
    Southern District of Texas No. 1060803
    Batami Baskin
    Southern District of Texas No. 1457969

    POTTS LAW FIRM, LLP
    3737 Buffalo Speedway, Suite 1900
    Houston, Texas 77098
    Tel: (713) 963-8881
    Email: dpotts@pott-law.com

**ATTORNEYS FOR CLASS ACTION CREDITORS**

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/Jamil N. Alibhai
    Kevin M. Lippman
    Texas Bar No. 00784479
    klippman@munsch.com
    Deborah Perry
    Texas Bar No. 24002755
    dperry@munsch.com
    Jamil N. Alibhai
    Texas Bar No. 00793248
    jalibhai@munsch.com

    3800 Ross Tower
    500 N. Akard Street
    Dallas, Texas  75201-6659
    Telephone: (214) 855-7500
    Facsimile:  (214) 855-7584

**ATTORNEYS FOR THE ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.**