**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| | ) |
| Debtor. | ) |
| | ) |

### DEBTOR'S EXHIBIT AND WITNESS LIST FOR APRIL 15, 2021 HEARING

The debtor and debtor in possession in the above-captioned case (the "Debtor") files this Witness and Exhibit List identifying those individuals that may be called as witnesses and exhibits that may be introduced at the hearing scheduled for **Thursday, April 15, 2021 at 3:30 p.m. (CDT)** (the "Hearing") before the Honorable Marvin Isgur, United States Bankruptcy Judge, United States Courthouse, Courtroom 404, 515 Rusk Street, Houston, Texas 77002.

**A.   Witnesses**

In connecting with the Hearing, the Debtor may call any one or more of the following individuals to provide testimony:

1. Michael Fallquist, Chief Executive Officer;

2. Roop Bhullar, Chief Financial Officer;

3. Any rebuttal and/or impeachment witness;

4. Any witness designated by any other party; and

5. Any witness necessary to authenticate a document.

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

**B.     Exhibits**

In connection with the Hearing, the Debtor may seek to introduce into evidence any one or more of the following documents:

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Any exhibit designated by any other party. | | | | |
| 2. | Any pleadings, reports, or other documents filed in the Debtor's bankruptcy cases. | | | | |
| 3. | Any rebuttal or impeachment exhibits. | | | | |

The Debtor reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing.

The Debtor reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing lists of witnesses and exhibits as appropriate. The Debtor also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other party in interest, and (ii) any pleading, hearing transcript, order or other document filed with the Court in the chapter 11 case.

Dated: April 13, 2021
      New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Robin Spigel*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Proposed Counsel to the Debtor and Debtor in Possession*

**Certificate of Service**

    I certify that on April 13, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                      */s/ Robin Spigel*