UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| Debtor. | ) |

**CERTIFICATE OF NO OBJECTION
TO DEBTOR'S EMERGENCY MOTION FOR ENTRY
OF AN ORDER AUTHORIZING (I) THE DEBTOR TO PAY
CERTAIN PREPETITION TAXES AND RELATED OBLIGATIONS
AND (II) AUTHORIZING FINANCIAL INSTITUTIONS TO RECEIVE, PROCESS,
HONOR AND PAY ALL CHECKS PRESENTED FOR PAYMENT AND TO HONOR
ALL FUNDS TRANSFER REQUESTS RELATED TO SUCH OBLIGATIONS**

1. On March 15, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor") filed the *Debtor's Emergency Motion for Entry of an Order Authorizing (i) the Debtor to Pay Certain Prepetition Taxes and Related Obligations and (ii) Authorizing Financial Institutions to Receive, Process, Honor and Pay All Checks Presented for Payment and to Honor All Funds Transfer Requests Related to Such Obligations* [Docket No. 9] (the "Motion"). A proposed order granting the relief requested in the Motion was attached as Exhibit A to the Motion (the "Original Proposed Order").

2. On March 15, 2021, the Motion was served on (i) all parties registered to receive such service via the Court's CM/ECF; and (ii) the parties listed in the Motion. *See* Certificate of Service [Docket No. 26].

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

3. Responses to the Motion were due April 9, 2021 at 5:00 p.m. (CDT) (the "Objection Deadline"). The Debtor agreed to extend the response deadline for the Official Committee of Unsecured Creditors (the "Committee") until April 12, 2021 at 4:00 p.m. (CDT).

4. A revised proposed order (the "Revised Proposed Order") granting the relief requested in the Motion is attached hereto as Exhibit 1. Additionally, attached hereto as Exhibit 2 is a redline of the Revised Proposed Order reflecting changes from the Original Proposed Order. The Revised Proposed Order incorporates informal comments received from the Committee.

5. In accordance with Paragraph 41 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than 24 hours have passed since the Objection Deadline, (ii) the undersigned counsel is unaware of any objections to entry to the Motion except for the Committee's comments that have been incorporated into the Revised Proposed Order and which the Committee has confirmed fully resolves its comments, and (iii) the undersigned counsel has reviewed the Court's docket and no objection or response to entry of the Revised Proposed Order appears thereon.

6. Therefore, the Debtor respectfully requests entry of the Revised Proposed Order.

Dated: April 13, 2021
      New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Robin Spigel*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Proposed Counsel to the Debtor and Debtor in Possession*

## **Certificate of Service**

I certify that on April 13, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Robin Spigel*