**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) ) | Case No. 21-30923 (MI) |
| Debtor. | ) ) ) | |

**NOTICE OF FILING OF**
**AMENDED SCHEDULES OF ASSETS AND LIABILITIES**

**PLEASE TAKE NOTICE** that, on March 24, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor") filed its Statement of Financial Affairs and Schedules of Assets and Liabilities (collectively, the "Schedules").

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtor has filed amended Schedules (the "Amended Schedules"). The amendments are limited to removal of a single claim from Schedule E/F that the Debtor determined was not a claim against the Debtor and the removal of an associated contract from Schedule G to which the Debtor was not a party.

**P**LEASE TAKE FURTHER NOTICE that copies of the Amended Schedules can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtor' noticing and claims agent at http://cases.stretto.com/Griddy.

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

Dated: April 13, 2021
      New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Proposed Counsel To The Debtor And Debtor In Possession*