# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **In re:** | )   **Chapter 11** |
| | ) |
| **Griddy Energy LLC,** | )   **Case No. 21-30923 (MI)** |
| | ) |
| **Debtor.** | ) |

## AFFIDAVIT OF PUBLICATION FOR <u>NON-FORMER CUSTOMERS</u> BAR DATE NOTICE IN THE DALLAS MORNING NEWS

# AFFIDAVIT OF PUBLICATION

STATE OF TEXAS

COUNTY OF DALLAS

Before me, a Notary Public in and for Dallas County, this day personally appeared Mert Tezkol, advertising Representative for The Dallas Morning News, being duly sworn by oath, states the attached advertisement of

**Case No. 21-30923 (MI) AD# 1792082**
was published in The Dallas Morning News

DATE PUBLISHED
April 5, 2021

_____
Mert Tezkol

April 5, 2021

_____
Carlene Mathis
(Notary Public)



CARLENE RUTH MATHIS
Notary Public
STATE OF TEXAS
ID #2828925
My Comm. Exp. Nov. 6, 2021

Classified
# Marketplace
One of the most trusted brands in North Texas.

Get started today at **dallasnews.com/classifieds** or call **214.745.8123.**

# legal

## Legal Notices

or at any of the Vote Centers identified on the County's website: https://www.collincountytx.gov/elections/election_information/Pages/default.aspx which are also identified in Collin County's "Notice of General and Special Elections" appearing in this April 5, 2021, newspaper publication.
*(La votación anticipada en persona se llevará a cabo en cualquiera de los siguientes lugares desde:*
*Lunes 19 de abril al sábado 24 de abril de 2021 8:00 am – 5:00 pm*
*Lunes 26 de abril de 2021 y martes 27 de abril de 2021 7:00 am – 7:00 pm*
*Oficina Electoral del Condado de Collin, 2010 Redbud Blvd., Suite 102, McKinney 75069 (ubicación principal)*

| Lugar de la Votación | Dirección | Ciudad |
|---|---|---|
| Escuela Primaria Bennett – B105 | 7760 Coronado Dr. | McKinney 75070 |
| Escuela Media Cockrill – Biblioteca (A120) | 1351 N Hardin Blvd | McKinney 75071 |
| Centro de Educación Superior de la Universidad de Collin – Recepción | 3452 Spur 399 | McKinney 75069 |
| Campus Universitario de Collin, McKinney– Atrio Ala C | 2200 W. University Drive | McKinney 75071 |
| Oficina Electoral del Condado de Collin | 2010 Redbud Blvd. Ste 102 | McKinney 75069 |
| Escuela Media Dowell – Biblioteca (A100) | 301 S. Ridge Road | McKinney 75072 |
| Escuela Media Evans – Biblioteca (A114) | 6998 W. Eldorado Parkway | McKinney 75072 |
| Escuela Media Faubion – Gimnasio para Prácticas (C104) | 2000 Rollins Street | McKinney 75069 |
| Biblioteca Gay – Sala de Juntas | 6861 W. Eldorado Parkway | McKinney 75070 |
| Escuela Secundaria McKinney Boyd – Biblioteca (A100) | 600 Lake Forest Dr | McKinney 75071 |
| Estación de Bomberos #5 de McKinney – Sala Comunitaria | 6600 Virginia Parkway | McKinney 75071 |
| Estación de Bomberos #7 de McKinney – Sala Comunitaria | 861 Independence Parkway | McKinney 75072 |
| Estación de Bomberos #10 de McKinney – Sala Comunitaria | 1150 Olympic Crossing | McKinney 75071 |
| Escuela Secundaria McKinney – Recepción PAC | 1400 E. Wilson Creek Pkwy | McKinney 75069 |
| Escuela Secundaria McKinney Norte – Recepción del Auditorio | 2550 Wilmeth Road | McKinney 75071 |
| Biblioteca del Pabellón Conmemorativo de Roy y Helen – Sala Dulaney | 101 E. Hunt Street | McKinney 75069 |
| Escuela Media Scott Johnson – Biblioteca (A112) | 3400 Community Blvd. | McKinney 75071 |
| Escuela Primaria Slaughter - L109 | 2706 Wolford Street | McKinney 75070 |

*o en cualquiera de los centros de votación identificados en el sitio web del condado: https://www.collincountytx.gov/elections/election_information/Pages/default.aspx que también se identifican en el "Aviso de Elecciones Generales y Especiales" del condado de Collin que aparece en esta publicación de periódico del 5 de abril de 2021.)*
Applications for voting by mail should be received no later than the close of business (5:00 pm) on Tuesday, April 20, 2021.
Applications should be sent to: Bruce R. Sherbet, 2010 Redbud Blvd., Suite 102, McKinney, Texas 75069, fax: (972) 547-1914; email: absenteemailballoting@collincountytx.gov.
*(Las solicitudes de votación por correo deben ser recibidas a más tardar al cierre de operaciones (5:00 p.m.) del martes 20 de abril de 2021. Se deben enviar las solicitudes a: Bruce R. Sherbet, 2010 Redbud Blvd., Suite 102, McKinney, Texas 75069, fax: (972) 547-1914, correo electrónico: absenteemailballoting@collincountytx.gov.)*

### NOTICE OF ELECTION
### *(AVISO DE ELECCIÓN)*

To the registered voters of McKinney Independent School District, Texas:
*(A los votantes registrados en el Distrito Escolar Independiente McKinney, Texas:)*
Notice is hereby given that the polling places below will be open from 7:00 a.m. to 7:00 p.m. on May 1, 2021 for voting in a special election to consider the following proposition:
(Por la presente se da aviso de que los lugares de votación a continuación estarán abiertos de 7:00 a.m. a 7:00 p.m. el 1 mayo el 2021 para votar en una elección especial para considerar la siguiente proposición:)
PROPOSITION B
"RATIFYING THE AD VALOREM TAX RATE OF $1.5064 PER $100 VALUATION IN MCKINNEY INDEPENDENT SCHOOL DISTRICT FOR THE CURRENT YEAR, A RATE THAT WILL RESULT IN AN INCREASE OF 1.95% PERCENT IN MAINTENANCE AND OPERATIONS TAX REVENUE FOR THE DISTRICT FOR THE CURRENT YEAR AS COMPARED TO THE PRECEDING YEAR, WHICH IS AN ADDITIONAL $3,473,709."
*(PROPUESTA B*
*"RATIFICACIÓN DE LA TASA FISCAL AD VALOREM DE $1.5064 POR VALORACIÓN DE $100 EN EL DISTRITO ESCOLAR INDEPENDIENTE DE MCKINNEY PARA EL EJERCICIO EN CURSO, UNA TASA QUE RESULTARÁ EN UN INCREMENTO DEL 1.95% POR CIENTO EN INGRESOS FISCALES DE MANTENIMIENTO Y OPERACIONES PARA EL DISTRITO PARA EL EJERCICIO EN CURSO EN COMPARACIÓN CON EL EJERCICIO ANTERIOR, QUE REPRESENTA UN ADICIONAL DE $3,473,709")*
On Election Day, voters may vote in the District at the following location:

| Polling Place | Address | City |
|---|---|---|
| Bennett Elementary School-B105 | 7760 Coronado Dr | McKinney 75070 |
| Cockrill Middle School-(A120) | 1351 N Hardin Blvd | McKinney 75071 |
| Collin College Higher Education Center-Lobby | 3452 Spur 399 | McKinney 75069 |
| Collin College McKinney Campus-Atrium C Wing | 2200 W. University Drive | McKinney 75071 |
| Collin County Elections Office | 2010 Redbud Blvd. Ste 102 | McKinney 75069 |
| Dowell Middle School-Library (D100) | 301 S. Ridge Road | McKinney 75072 |
| Evans Middle School-Library (A114) | 6998 W. Eldorado Parkway | McKinney 75072 |
| Faubion Middle School-Practice Gym (C104) | 2000 Rollins Street | McKinney 75069 |
| Gay Library-Meeting Room | 6861 W. Eldorado Parkway | McKinney 75070 |
| McKinney Boyd High School-Library (A100) | 600 Lake Forest Dr | McKinney 75071 |
| McKinney Fire Station #5-Community Room | 6600 Virginia Parkway | McKinney 75071 |
| McKinney Fire Station #7-Community Room | 861 Independence Parkway | McKinney 75072 |
| McKinney Fire Station #10-Community Room | 1150 Olympic Crossing | McKinney 75071 |
| McKinney High School-PAC Lobby | 1400 E. Wilson Creek Pkwy | McKinney 75069 |
| McKinney North High School-Auditorium Lobby | 2550 Wilmeth Road | McKinney 75071 |
| Roy and Helen Hall Memorial Library-Dulaney Room | 101 E. Hunt Street | McKinney 75069 |
| Scott Johnson Middle School-Library (A112) | 3400 Community Blvd. | McKinney 75071 |
| Slaughter Elementary School-L109 | 2706 Wolford Street | McKinney 75070 |

or at any of the Vote Centers identified on the County's website: https://www.collincountytx.gov/elections/election_information/Pages/default.aspx which are also identified in Collin County's "Notice of General and Special Elections" appearing in this April 5, 2021, newspaper publication.
*(El día de las elecciones, los votantes pueden votar en el distrito en la siguiente ubicación:*

| Lugar de la Votación | Dirección | Ciudad |
|---|---|---|
| Escuela Primaria Bennett – B105 | 7760 Coronado Dr | McKinney 75070 |
| Escuela Media Cockrill – Biblioteca (A120) | 1351 N Hardin Blvd | McKinney 75071 |
| Centro de Educación Superior de la Universidad de Collin - Recepción | 3452 Spur 399 | McKinney 75069 |
| Campus Universitario de Collin, McKinney – Atrio Ala C | 2200 W. University Drive | McKinney 75071 |
| Oficina Electoral del Condado de Collin | 2010 Redbud Blvd. Ste 102 | McKinney 75069 |
| Escuela Media Dowell – Biblioteca (D100) | 301 S. Ridge Road | McKinney 75072 |
| Escuela Media Evans – Biblioteca (A114) | 6998 W. Eldorado Parkway | McKinney 75072 |
| Escuela Media Faubion – Gimnasio para Prácticas (C104) | 2000 Rollins Street | McKinney 75069 |
| Biblioteca Gay – Sala de Juntas | 6861 W. Eldorado Parkway | McKinney 75070 |
| Escuela Secundaria McKinney Boyd – (Biblioteca (A100) | 600 Lake Forest Dr. | McKinney 75071 |
| Estación de Bomberos #5 de McKinney – Sala Comunitaria | 6600 Virginia Parkway | McKinney 75071 |
| Estación de Bomberos #7 de McKinney – Sala Comunitaria | 861 Independence Parkway | McKinney 75072 |
| Estación de Bomberos #10 de McKinney – Sala Comunitaria | 1150 Olympic Crossing | McKinney 75071 |
| Escuela Secundaria McKinney – Recepción PAC | 1400 E. Wilson Creek Pkwy | McKinney 75069 |
| Escuela Secundaria McKinney Norte – Recepción del Auditorio | 2550 Wilmeth Road | McKinney 75071 |
| Biblioteca del Pabellón Conmemorativo de Roy y Helen – Sala Dulaney | 101 E. Hunt Street | McKinney 75069 |
| Escuela Media Scott Johnson – Biblioteca (A112) | 3400 Community Blvd. | McKinney 75071 |
| Escuela Primaria Slaughter -L109 | 2706 Wolford Street | McKinney 75070 |

*o en cualquiera de los centros de votación identificados en el sitio web del condado: https://www.collincountytx.gov/elections/election_information/Pages/default.aspx que también se identifican en el "Aviso de Elecciones Generales y Especiales" del condado de Collin que aparece en esta publicación de periódico del 5 de abril de 2021.)*
Early voting by personal appearance will be conducted at any of the following locations from:
Monday, April 19, 2021 through Saturday, April 24, 2021 8:00 am - 5:00 pm
Monday, April 26, 2021 and Tuesday, April 27, 2021 7:00 am - 7:00 pm
Collin County Elections – Voting Room, 2010 Redbud Blvd., Suite 102, McKinney 75069
**(Main Early Voting Location)**

| Polling Place | Address | City |
|---|---|---|
| Bennett Elementary School-B105 | 7760 Coronado Dr | McKinney 75070 |
| Cockrill Middle School-Library (A120) | 1351 N Hardin Blvd | McKinney 75071 |
| Collin College Higher Education Center-Lobby | 3452 Spur 399 | McKinney 75069 |
| Collin College McKinney Campus-Atrium C Wing | 2200 W. University Drive | McKinney 75071 |
| Collin County Elections Office | 2010 Redbud Blvd. Ste 102 | McKinney 75069 |
| Dowell Middle School-Library (D100) | 301 S. Ridge Road | McKinney 75072 |
| Evans Middle School-Library (A114) | 6998 W. Eldorado Parkway | McKinney 75072 |
| Faubion Middle School-Practice Gym (C104) | 2000 Rollins Street | McKinney 75069 |
| Gay Library-Meeting Room | 6861 W. Eldorado Parkway | McKinney 75070 |
| McKinney Boyd High School-Library (A100) | 600 Lake Forest Dr | McKinney 75071 |
| McKinney Fire Station #5-Community Room | 6600 Virginia Parkway | McKinney 75071 |
| McKinney Fire Station #7-Community Room | 861 Independence Parkway | McKinney 75072 |
| McKinney Fire Station #10-Community Room | 1150 Olympic Crossing | McKinney 75071 |
| McKinney High School-PAC Lobby | 1400 E. Wilson Creek Pkwy | McKinney 75069 |
| McKinney North High School-Auditorium Lobby | 2550 Wilmeth Road | McKinney 75071 |
| Roy and Helen Hall Memorial Library-Dulaney Room | 101 E. Hunt Street | McKinney 75069 |
| Scott Johnson Middle School-Library (A112) | 3400 Community Blvd. | McKinney 75071 |
| Slaughter Elementary School | 2706 Wolford Street | McKinney 75070 |

or at any of the Vote Centers identified on the County's website: https://www.collincountytx.gov/elections/election_information/Pages/default.aspx which are also identified in Collin County's "Notice of General and Special Elections" appearing in this April 5, 2021, newspaper publication.
*(La votación anticipada en persona se llevará a cabo en cualquiera de los siguientes lugares desde:*
*Lunes 19 de abril al sábado 24 de abril de 2021 8:00 am – 5:00 pm*
*Lunes 26 de abril de 2021 y martes 27 de abril de 2021 7:00 am – 7:00 pm*
*Oficina Electoral del Condado de Collin, 2010 Redbud Blvd., Suite 102, McKinney 75069 (ubicación principal)*

| Lugar de la Votación | Dirección | Ciudad |
|---|---|---|
| Escuela Primaria Bennett – B105 | 7760 Coronado Dr. | McKinney 75070 |
| Escuela Media Cockrill – Biblioteca (A120) | 1351 N Hardin Blvd | McKinney 75071 |
| Centro de Educación Superior de la Universidad de Collin – Recepción | 3452 Spur 399 | McKinney 75069 |
| Campus Universitario de Collin, McKinney– Atrio Ala C | 2200 W. University Drive | McKinney 75071 |
| Oficina Electoral del Condado de Collin | 2010 Redbud Blvd. Ste 102 | McKinney 75069 |
| Escuela Media Dowell – Biblioteca (A100) | 301 S. Ridge Road | McKinney 75072 |
| Escuela Media Evans – Biblioteca (A114) | 6998 W. Eldorado Parkway | McKinney 75072 |
| Escuela Media Faubion – Gimnasio para Prácticas (C104) | 2000 Rollins Street | McKinney 75069 |
| Biblioteca Gay – Sala de Juntas | 6861 W. Eldorado Parkway | McKinney 75070 |
| Escuela Secundaria McKinney Boyd – Biblioteca (A100) | 600 Lake Forest Dr | McKinney 75071 |
| Estación de Bomberos #5 de McKinney – Sala Comunitaria | 6600 Virginia Parkway | McKinney 75071 |
| Estación de Bomberos #7 de McKinney – Sala Comunitaria | 861 Independence Parkway | McKinney 75072 |
| Estación de Bomberos #10 de McKinney – Sala Comunitaria | 1150 Olympic Crossing | McKinney 75071 |
| Escuela Secundaria McKinney – Recepción PAC | 1400 E. Wilson Creek Pkwy | McKinney 75069 |
| Escuela Secundaria McKinney Norte – Recepción del Auditorio | 2550 Wilmeth Road | McKinney 75071 |
| Biblioteca del Pabellón Conmemorativo de Roy y Helen – Sala Dulaney | 101 E. Hunt Street | McKinney 75069 |
| Escuela Media Scott Johnson – Biblioteca (A112) | 3400 Community Blvd. | McKinney 75071 |
| Escuela Primaria Slaughter - L109 | 2706 Wolford Street | McKinney 75070 |

*o en cualquiera de los centros de votación identificados en el sitio web del condado: https://www.collincountytx.gov/elections/election_information/Pages/default.aspx que también se identifican en el "Aviso de Elecciones Generales y Especiales" del condado de Collin que aparece en esta publicación de periódico del 5 de abril de 2021.)*
Applications for voting by mail should be received no later than the close of business (5:00 pm) on Tuesday, April 20, 2021. Applications should be sent to: Bruce R. Sherbet, 2010 Redbud Blvd., Suite 102, McKinney, Texas 75069, fax: (972) 547-1914; email: absenteemailballoting@collincountytx.gov.
*(Las solicitudes de votación por correo deben ser recibidas a más tardar al cierre de operaciones (5:00 p.m.) del martes 20 de abril de 2021. Se deben enviar las solicitudes a: Bruce R. Sherbet, 2010 Redbud Blvd., Suite 102, McKinney, Texas 75069, fax: (972) 547-1914, correo electrónico: absenteemailballoting@collincountytx.gov.)*

Make some sell your
Buy and sell with locals. 214.745.8123 dallasnews.com/classifieds

## Bids & Proposals

ADVERTISEMENT FOR REQUEST FOR PRE-QUALIFICATION

UPPER TRINITY REGIONAL WATER DISTRICT
LAKE RALPH HALL MITIGATION PROJECT

Upper Trinity Regional Water District (UTRWD), Denton County, Texas, invites interested parties to respond to this Request for Pre-Qualifications (RFPQs) to provide Full Service Mitigation Services in accordance with Chapter 2269, Subchapter D, of the Texas Government Code, in connection with the Lake Ralph Hall Mitigation Project located in Fannin County, Texas. The project includes providing full-service mitigation services using a Pay for Success Contract, to include design, construction, monitoring, close-out, and mitigation performance for the required Aquatic Resource Mitigation for the Project. The project includes approximately 39,760 linear feet of intermittent and ephemeral stream restoration. Pre-Qualification Submittals must be received, in electronic format, no later than 4:00 P.M., on April 29, 2021 at 900 North Kealy, Lewisville, TX 75057 (mailing address: P.O. Drawer 305, Lewisville, TX 75067). Mark outside of envelope with "RFPQ, Lake Ralph Hall Mitigation Project". Firms previously prequalified for this project need only submit a letter of interest as outlined in the PFRQ documents. RFPQ documents may be examined at the office of UTRWD and copies of the RFPQ Documents may be downloaded from CIVCAST website at the address https://civcastusa.com. UTRWD will not be responsible for full or partial sets of RFPQ Documents, including any addenda, obtained from other sources. Submit any questions concerning the RFPQ thru the CIVCAST website.

## Legal Notices

**Farmersville Independent School District Bond Election**
**(la elección para bonos del Distrito Escolar Independiente de Farmersville )**

To the registered voters of Farmersville Independent School District, Texas:
(A los votantes registrados en el Distrito Escolar Independiente Farmersville, Texas: )

Notice is hereby given that the polling places below will be open from 7:00 a.m. to 7:00 p.m. on May 1, 2021 for voting in a special election to consider the following proposition:
**(Por la presente se da aviso de que los lugares de votación a continuación estarán abiertos de 7:00 a.m. a 7:00 p.m. el 1 mayo el 2021 para votar en una elección especial para considerar la siguiente proposición:)**

PROPOSITION A
"Shall the Board of Trustees of the Farmersville Independent School District be authorized to issue and sell bonds of the District in the principal amount not to exceed $65,000,000 for the purposes of designing, constructing, renovating, improving, upgrading, updating, acquiring, and equipping school facilities, and the purchase of the necessary sites for school facilities, such bonds to mature serially or otherwise (not more than 40 years from their date) in accordance with law; any issue or series of such bonds to bear interest per annum at such rate or rates (fixed, floating, variable, or otherwise) as may be determined within the discretion of the Board of Trustees, provided that such rate or rates of interest shall not exceed the maximum rate per annum authorized by law at the time of the issuance of any issue or series of such bonds; and shall the Board of Trustees of the District be authorized to levy and pledge, and cause to be assessed and collected, annual ad valorem taxes on all taxable property in the District sufficient, without limit as to rate or amount, to pay the principal of and interest on the bonds and the cost of any credit agreements executed in connection with the bonds?"

(PROPOSICIÓN A
"¿Deberá la Junta de Síndicos del Distrito Escolar Independiente de Farmersville recibir la autorización para emitir y vender bonos del Distrito en la cantidad principal que no exceda de $65,000,000 con el fin de diseñar, construir, renovar, mejorar, modernizar, actualizar, adquirir y equipar las instalaciones escolares y la compra de los sitios necesarios para las instalaciones escolares, tales bonos vencerán en serie o de otra manera (a no más de 40 años de su fecha) de acuerdo con la ley; cualquier emisión o serie de dichos bonos devengará un interés anual a una tasa o tasas (fija, flotante, variable o similar) según sea determinado a discreción de la Junta de Síndicos, siempre que dicha tasa o tasas de interés no excedan la tasa máxima anual autorizada por la ley en el momento de la emisión de cualquier emisión o serie de dichos bonos; y deberá autorizarse a la Junta de Síndicos del Distrito para imponer y comprometer, y hacer que se calculen y recauden impuestos anuales ad valorem sobre toda propiedad gravable en el Distrito de manera suficiente, sin límite en cuanto a la tasa o cantidad, para pagar el capital principal y los intereses sobre los bonos y el costo de cualquier contrato de crédito celebrado en relación con los bonos?")

On Election Day, voters may vote in the District at the following location:

Farmersville City Hall-Council Chambers
205 S. Main Street Farmersville 75442

or at any of the Vote Centers identified on the County's website: https://www.collincountytx.gov/elections/election_information/Pages/default.aspx which are also identified in Collin County's "Notice of General and Special Elections" appearing in this April 5, 2021, newspaper publication.
(El día de las elecciones, los votantes pueden votar en el distrito en la siguiente ubicación:

Ayuntamiento de Farmersville – Cámaras del Consejo
205 S. Main Street Farmersville 75442

o en cualquiera de los centros de votación identificados en el sitio web del condado: https://www.collincountytx.gov/elections/election_information/Pages/default.aspx que también se identifican en el "Aviso de Elecciones Generales y Especiales" del condado de Collin que aparece en esta publicación de periódico del 5 de abril de 2021.)

Early voting by personal appearance will be conducted at any of the following locations from:
Monday, April 19, 2021 through Saturday, April 24, 2021 8:00 am - 5:00 pm
Monday, April 26, 2021 and Tuesday, April 27, 2021 7:00 am - 7:00 pm

Collin County Elections – Voting Room, 2010 Redbud Blvd., Suite 102, McKinney 75069
(**Main Early Voting Location** )
Farmersville City Hall-Council Chambers
205 S. Main Street Farmersville 75442
or at any of the Vote Centers identified on the County's website: https://www.collincountytx.gov/elections/election_information/Pages/default.aspx which are also identified in Collin County's "Notice of General and Special Elections" appearing in this April 5, 2021, newspaper publication.

(La votación anticipada en persona se llevará a cabo en cualquiera de los siguientes lugares desde:

Lunes 19 de abril al sábado 24 de abril de 2021 8:00 am – 5:00 pm
Lunes 26 de abril de 2021 y martes 27 de abril de 2021 7:00 am – 7:00 pm

Oficina Electoral del Condado de Collin, 2010 Redbud Blvd., Suite 102, McKinney 75069 (ubicación principal)
Ayuntamiento de Farmersville – Cámaras del Consejo
205 S. Main Street Farmersville 75442
o en cualquiera de los centros de votación identificados en el sitio web del condado: https://www.collincountytx.gov/elections/election_information/Pages/default.aspx que también se identifican en el "Aviso de Elecciones Generales y Especiales" del condado de Collin que aparece en esta publicación de periódico del 5 de abril de 2021.)

Applications for voting by mail should be received no later than the close of business (5:00 pm) on Tuesday, April 20, 2021. Applications should be sent to: Bruce R. Sherbet, 2010 Redbud Blvd., Suite 102, McKinney, Texas 75069, fax: (972) 547-1914; email: absenteemailballoting@collincountytx.gov.

(Las solicitudes de votación por correo deben ser recibidas a más tardar al cierre de operaciones (5:00 p.m.) del martes 20 de abril de 2021. Se deben enviar las solicitudes a: Bruce R. Sherbet, 2010 Redbud Blvd., Suite 102, McKinney, Texas 75069, fax: (972) 547-1914, correo electrónico: absenteemailballoting@collincountytx.gov.)

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

In re: GRIDDY ENERGY LLC,[1] ) Chapter 11
Debtor. ) Case No. 21-30923 (MI)

**NOTICE OF DEADLINES FOR NON-FORMER CUSTOMERS OF THE DEBTOR FOR THE FILING OF PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENTS UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE**

**THE NON-FORMER CUSTOMER CLAIMS BAR DATE IS APRIL 28, 2021 at 5:00 p.m. (CT)**
**THE GOVERNMENTAL CLAIMS BAR DATE IS SEPTEMBER 13, 2021 at 5:00 p.m. (CT)**
**PLEASE TAKE NOTICE OF THE FOLLOWING:**

***Deadlines for Filing Proofs of Claim for All Entities Other than Former Customers[2] of the Debtor***. On March 30, 2021, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered an order (the "Order") establishing certain deadlines for the filing of proofs of claim by non-Former Customers of the Debtor, including requests for payment under section 503(b)(9) of the Bankruptcy Code, in the chapter 11 case of **Griddy Energy LLC** (the "Debtor"), Case No. 21-30923 (MI).

***The Non-Former Customer Bar Dates***. Pursuant to the Order, ***all*** entities (except former customers of the Debtor, governmental units, and other entities exempt from filing Proof(s) of Claim under the Order), including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtor that arose prior to **March 15, 2021**, no matter how remote or contingent such right to payment or equitable remedy may be, ***including*** requests for payment under section 503(b)(9) of the Bankruptcy Code, MUST FILE A PROOF OF CLAIM **as to all entities *other than* Former Customers, on or before April 28, 2021 at 5:00 p.m. (CT)** (the "Non-Former Customer Claims Bar Date"). Governmental entities who have a claim or potential claim against the Debtor that arose prior to **March 15, 2021**, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or **September 13, 2021 at 5:00 p.m. (CT)** (the "Governmental Bar Date"). **NO BAR DATE HAS BEEN SET YET FOR FORMER CUSTOMERS OF THE DEBTOR.**

**EXCEPT FOR FORMER CUSTOMERS AND ANY OTHER PERSON OR ENTITY THAT IS EXEMPT FROM FILING A PROOF OF CLAIM UNDER THE ORDER, ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM, INCLUDING ANY REQUEST FOR PAYMENT UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, ON OR BEFORE THE NON-FORMER CUSTOMER CLAIMS BAR DATE OR GOVERNMENTAL BAR DATE, AS APPLICABLE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN.**

***Filing a Proof of Claim***. Each Proof of Claim must be filed, including supporting documentation, so as to be ***actually received*** by Stretto as follows: (i) by electronic submission through the interface available at https://cases.stretto.com/Griddy or (ii) if submitted through non-electronic means, by U.S. Mail or other hand delivery system at the following address: (a) **If by First-Class Mail:** Griddy Energy LLC Claims Processing c/o Stretto 410 Exchange, Suite 100 Irvine, CA 92602; and (b) **If by Hand Delivery or Overnight Mail** Griddy Energy LLC Claims Processing c/o Stretto 410 Exchange, Suite 100 Irvine, CA 92602.

**PROOFS OF CLAIM SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL NOT BE ACCEPTED.**

***Contents of Proofs of Claim***. Each Proof of Claim must: (i) be legible; (ii) include a claim amount denominated in United States dollars using, if applicable, the exchange rate as of 5:00 p.m. (CT) on the Petition Date (and to the extent such claim is converted to United States dollars, state the rate used in such conversion); (iii) conform substantially with the Proof of Claim Form provided by the Debtor or Official Form 410; and (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant on behalf of the claimant, whether such signature is an electronic signature or is ink.

***Electronic Signatures Permitted***. Proofs of claim signed electronically by the claimant or an authorized agent or legal representative of the claimant may be deemed acceptable for purposes of claims administration. Copies of proofs of claim or proofs of claim sent by facsimile or electronic mail will not be accepted.

***Section 503(b)(9) Requests for Payment***. Any proof of claim and/or priority asserting a claim arising under section 503(b)(9) of the Bankruptcy Code must also (i) include the value of the goods delivered to and received by the Debtor in the 20 days prior to the Petition Date; (ii) attach any documentation identifying the particular invoices for which such 503(b)(9) claim is being asserted; and (iii) attach documentation of any reclamation demand made to the Debtor under section 546(c) of the Bankruptcy Code (if applicable).

***Additional Information***. If you have any questions regarding the claims process and/or you wish to obtain a copy of the Non-Former Customer Claims Bar Date notice, a proof of claim form, the Order, or certain other pleadings, orders, and notices, or related documents you may do so by: **(a) calling the Debtor's restructuring hotline at (855) 478-2725 (toll free U.S.) or (949) 471-0997 (International); (b) visiting the Debtor's restructuring website at: https://cases.stretto.com/Griddy; and/or (c) GriddyInquiries@stretto.com.**

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.
[2] "Former Customer" means a person who (a) was a retail electricity customer (or the legal representative of such customer) of the Debtor at any point from February 11, 2021 through February 19, 2021 and (b) is the holder of a claim of any kind against the Debtor that arose during or relates to the period from February 11, 2021 through February 19, 2021.

Sell the off your back.
Buy and sell with locals. **214.745.8123**
dallasnews.com/classifieds

## Legal Notices

Coppell ISD is accepting requests for proposals as listed below.

Interested respondents must register and submit responses at http://copellisd.ionwave.net.

PP – Food Service Groceries, Staples and disposables
PP – Milk and Juice
RFP's will close April, 26 2021 at 2:00 PM CST

**THE STATE OF TEXAS** §
**El Estado de Teja**

**COUNTY OF COLLIN** §
**El Condado de Collin**

**PUBLIC NOTICE OF TEST OF AUTOMATIC TABULATING EQUIPMENT**
Notice is hereby given that the automatic tabulating equipment that will be used in the Joint General and Special Elections, to be held on May 1, 2021 will be tested on Friday, April 9, 2021 at 10 AM at the Collin County Elections Office, 2010 Redbud Blvd. Suite 102, McKinney, Texas to ascertain that it will accurately count the votes cast for all offices and on all measures.

**EL AVISO PÚBLICO DE LA PRUEBA DE AUTOMÁTICA TABULAR EQUIPO**
Por la presente se notifica que el equipo de tabulación automática que se utilizará en las elecciones generales y especiales conjuntas, que se llevarán a cabo el 1 de mayo de 2021, se probará el viernes 9 de abril de 2021 a las 10 A.M. En la Oficina de Elecciones del Condado de Collin, 2010. Redbud Blvd. Suite 102, McKinney, Texas para asegurarse de que contará con precisión los votos emitidos para todos los cargos y en todas las medidas.

Bruce Sherbet
Elections Administrator, Collin County
Administrador de Elecciones, Condado De Collin

## Bids & Proposals

Bids will be due at 1 pm on 4/26/2021 and publicly opened at the City of Plano Municipal Center at 2 pm on 4/27/2021. The public opening will be broadcast on Plano TV and may be accessed by this link: https://www.plano.gov/210/Plano-TV
Bid No.: 2021-0250-B Refinishing Bay Floors for Fire Stations. Instructions for bidding may be obtained at www.plano.gov/purch, www.planotx.ionwave.net or by calling 972-941-7557.

CITY OF RICHARDSON
Solid Waste Container Sale

INTERNET AUCTION
April 13, 2021

Online auction begins on March 29, 2021 and items will be available for physical inspection by appointment only by contacting Edwin Rosas at 972-744-4401 or Edwin.Rosas@cor.gov. Bidding closes at 2:00 p.m. on Tuesday, April 13, 2021. This auction will be conducted by René Bates Auctioneers, Inc. For more information see www.renebates.com.
CPN 9070
PUB DATE 03/29/2021 - 04/01/2021

Northstar Builders Group, LLC, Construction Manager for Denton ISD is currently accepting proposals for the C.H. Collins Administration Renovation Project

Proposals are due Tuesday April 13, 2021 at 2:00 p.m., and can be emailed to bid-day@nstarbuilders.com, faxed to 972-745-6977 or mailed/delivered to 3401 Olympus Blvd, Suite 510, Coppell, TX 75019

Bid Documents can be obtained by emailing Chadd Guitreau – chadd@nstarbuilders.com

That's the
Buy and sell with locals.
214. 745.8123
dallasnews.com/ classifieds

## Legal Notices

**NOTICE OF POSTPONEMENT OF CITY COUNCIL**

The City Council of the City of Dallas, Texas was scheduled to hold a public hearing at **1:00 p.m., Wednesday, April 14, 2021** , via videoconferencing, to consider the below zoning change application. The following case has been **postponed and will be heard at 1:00 p.m., Wednesday, May 12, 2021** .

**Z201-128(CT)** An application for an amendment to Planned Development Subdistrict No. 19 within Planned Development District No. 193, the Oak Lawn Special Purpose District located on the south corner of Cedar Springs Road and Throckmorton Street and the northeast side of Throckmorton Street between Cedar Springs Road and Dickason Avenue.

If you have any questions regarding this matter, please call Sustainable Development and Construction Services at (214) 670-4209.

**NOTICE OF CITY PLAN COMMISSION HEARING**
**RESIDENTIAL REPLAT REQUEST**

The City Plan Commission of the City of Dallas, Texas, will hold a public hearing at 1:30 p.m., **Thursday, April 22, 2021 VIA VIDEOCONFERENCE** , to consider the residential replats described below:

**RESIDENTIAL REPLATS** :

**1. S201-619** Singleton Boulevard at Herbert Street, northwest corner.

An application to replat a 4.931-acre tract of land containing part of Lots 1 through 7 and all of Lots 8 through 14 in City Block B/7091, all of Lots 1 through 7 in City Block C/7091, part of Lots 1, 2, and 21, 22 , and all of Lots 23, 24, and 45, through 48 in City Block 7093 to create one lot on property located on Singleton Boulevard at Herbert Street, northwest corner.

**2. S201-621** Meadowcreek Drive at Brentfield Drive, northwest corner.

An application to replat a 17.096-acre tract of land containing all of City Blocks 15/8195, 8193, and 8195 and to dedicate right-of-way to create one lot on property located on Meadowcreek Drive at Brentfield Drive, northwest corner.

**3. S201-622** Taft Street, Montclair Avenue, Rainer Street, and Mary Cliff Road.

An application to replat a 5.463-acre tract of land containing part of City Block 2/3545 to create one lot on property bounded by Taft Street, Montclair Avenue, Rainer Street, and Mary Cliff Road.

**4. S201-626** Cherokee Trail, south of Alandale Lane

An application to replat a 2.215-acre tract of land containing all of Lots 7 and E-1 in City Block S/4988 to create one lot on property located on Cherokee Trail, south of Alandale Lane.

**5. S201-629** Midway Road at Rosa Road, southwest corner

An application to replat a 0.908-acre tract of land containing all of Lot 7A in City Block 5081 to create 3 lots ranging in size from 10,026 -square feet to 18,722-square feet on property located on Midway Road at Rosa Road, southwest corner.

The City Plan Commission meeting will be held by videoconference. On this videoconference an opportunity will be provided for all interested parties to be heard concerning this application. Individuals who wish to speak in accordance with the City Plan Commission Rules and Procedure, should register online. Please click the link below and follow the instruction.
https://dallascityhall.com/government/meetings/Pages/city-plan-commission.aspx
Public affairs and Outreach will also stream the public hearing on Spectrum Cable Channel 96 or 99 and bit.ly/cityofdallastv or YouTube.com/CityofDallasCityHall. Speakers at the meeting are allowed a maximum of three minutes to speak.
http://bit.ly/CPC042221

For more information please contact one of the following and provide the appropriate file number, Mohammad Bordbar at 214-948-4622, mohammad.bordbar@dallascityhall.com or Felisha Perez at 214-948-4058, Felisha.perez@dallascityhall.com

## JUMBLE

THAT SCRAMBLED WORD GAME
By David L. Hoyt and Jeff Knurek

Unscramble these Jumbles, one letter to each square, to form four ordinary words.

IRRVE

BANIC

UFNRIA

NCAYAR

Get the free **JUST JUMBLE** app • Follow us on Twitter **@PlayJumble**

Will you bring me up a few slices?
Me too!
Coming up!
NOW OPEN
4/5
THE NEW STORE WAS DOING SO WELL BECAUSE THERE WERE PLENTY OF CUSTOMERS ---

Now arrange the circled letters to form the surprise answer, as suggested by the above cartoon.

©2021 Tribune Content Agency, LLC
All Rights Reserved.

*Print your answer here:* " ◯◯◯◯ - ◯◯◯ "
(Answers tomorrow)

Sunday's
Jumbles: LONELY TOWARD HYBRID SLUDGE VACANT INWARD
Answer: They purchased enough Norman Rockwell "Saturday Evening Post" artwork to — COVER THEIR WALLS

DN-1790284-05

