## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Griddy Energy LLC,** | ) | **Case No. 21-30923 (MI)** |
| | ) | |
| **Debtor.** | ) | |

## AFFIDAVIT OF PUBLICATION FOR <u>NON-FORMER CUSTOMERS</u> BAR DATE NOTICE IN THE HOUSTON CHRONICLES



## AFFIDAVIT OF PUBLICATION

### STATE OF TEXAS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published i Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

GRIDDY ENERGY LLC                          0034108214
RAN A LEGAL NOTICE
SIZE BEING:   3 x5.25 l   (15.75l)

| Product | Date | Class | Page |
|---|---|---|---|
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |
| HOU Chronicle | Apr 5 2021 | Legal Notices | B 19 |

*Victoria Bond* ⋆ *IR Clerk*

NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this 5th Day of April A.D. 2021

DELILAH METZGER
129823618
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
MAY 19, 2022

Notary Public in and for the State of Texas

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

In re: GRIDDY ENERGY LLC,[1]              ) Chapter 11
            Debtor.      ) Case No. 21-30923 (MI)

### NOTICE OF DEADLINES FOR NON-FORMER CUSTOMERS FOR THE DEBTOR FOR THE FILING OF PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENTS UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE

**THE NON-FORMER CUSTOMER CLAIMS BAR DATE IS APRIL 28, 2021 at 5:00 p.m. (CT)**
**THE GOVERNMENTAL CLAIMS BAR DATE IS SEPTEMBER 13, 2021 at 5:00 p.m. (CT)**
**PLEASE TAKE NOTICE OF THE FOLLOWING:**

*Deadlines for Filing Proofs of Claim for All Entities Other than Former Customers[1] of the Debtor.* On March 30, 2021, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered an order (the "Order") establishing certain deadlines for the filing of proofs of claim by non-Former Customers of the Debtor, including requests for payment under section 503(b)(9) of the Bankruptcy Code, in the chapter 11 case of Griddy Energy LLC (the "Debtor"), Case No. 21-30923 (MI).

*The Non-Former Customer Bar Dates.* Pursuant to the Order, *all* entities (except former customers of the Debtor, governmental units, and other entities exempt from filing Proof(s) of Claim under the Order), including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtor that arose prior to **March 15, 2021**, no matter how remote or contingent such right to payment or equitable remedy may be, *including* requests for payment under section 503(b)(9) of the Bankruptcy Code, MUST FILE A PROOF OF CLAIM as to all entities *other than* Former Customers, on or before **April 28, 2021 at 5:00 p.m. (CT)** (the "Non-Former Customer Claims Bar Date"). Governmental entities who have a claim or potential claim against the Debtor that arose prior to **March 15, 2021**, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **September 13, 2021 at 5:00 p.m. (CT)** (the "Governmental Bar Date"). NO BAR DATE HAS BEEN SET YET FOR FORMER CUSTOMERS OF THE DEBTOR.

**EXCEPT FOR FORMER CUSTOMERS AND ANY OTHER PERSON OR ENTITY THAT IS EXEMPT FROM FILING A PROOF OF CLAIM UNDER THE ORDER, ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM, INCLUDING ANY REQUEST FOR PAYMENT UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, ON OR BEFORE THE NON-FORMER CUSTOMER CLAIMS BAR DATE OR GOVERNMENTAL BAR DATE, AS APPLICABLE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN.**

*Filing a Proof of Claim.* Each Proof of Claim must be filed, including supporting documentation, so as to be *actually received* by Stretto as follows: (i) be legible; (ii) electronic submission through the interface available at https://cases.stretto.com/Griddy or (iii) if submitted through non-electronic means, by U.S. Mail or other hand delivery system at the following address: (a) **If by First-Class Mail:** Griddy Energy LLC Claims Processing c/o Stretto 410 Exchange, Suite 100 Irvine, CA 92602; and (b) **If by Hand Delivery or Overnight Mail** Griddy Energy LLC Claims Processing c/o Stretto 410 Exchange, Suite 100 Irvine, CA 92602.

**PROOFS OF CLAIM SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL NOT BE ACCEPTED.**

*Contents of Proofs of Claim.* Each Proof of Claim must: (i) be legible; (ii) include a claim amount denominated in United States dollars using, if applicable, the exchange rate as of 5:00 p.m. (CT) on the Petition Date (and to the extent such claim is converted to United States dollars, state the rate used in such conversion); (iii) conform substantially with the Proof of Claim Form provided by the Debtor or Official Form 410; and (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant on behalf of the claimant, whether such signature is an electronic signature or is ink.

*Electronic Signatures Permitted.* Proofs of claim signed electronically by the claimant or an authorized agent or legal representative of the claimant may be deemed acceptable for purposes of claims administration. Copies of proofs of claim or proofs of claim sent by facsimile or electronic mail will not be accepted.

*Section 503(b)(9) Requests for Payment.* Any proof of claim and/or priority asserting a claim arising under section 503(b)(9) of the Bankruptcy Code must also (i) include the value of the goods delivered to and received by the Debtor in the 20 days prior to the Petition Date, (ii) attach any documentation identifying the particular invoices for which such 503(b)(9) claim is being asserted; and (iii) attach documentation of any reclamation demand made to the Debtor under section 546(c) of the Bankruptcy Code (if applicable).

*Additional Information.* If you have any questions regarding the claims process and/or you wish to obtain a copy of the Non-Former Customer Claims Bar Date notice, a proof of claim form, the Order, or certain other pleadings, orders, and notices, or related documents you may do so by: **(a) calling the Debtor's restructuring hotline at (855) 478-2725 (toll free U.S.) or (949) 471-0997 (international); (b) visiting the Debtor's restructuring website at:** https://cases.stretto.com/Griddy; **and/or (c)** GriddyInquiries@stretto.com.

The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[1]    "Former Customer" means a person who (a) was a retail electricity customer (or the legal representative of such customer) of the Debtor at any point from February 11, 2021 through February 19, 2021 and (b) is the holder of a claim of any kind against the Debtor that arose during or relates to the period from February 11, 2021 through February 19, 2021.



# Legal Notices

**To place legal notices**
email legals@chron.com
or call 713.224.6868.

Legals/Public Notices | Legals/Public Notices | Legals/Public Notices | Legals/Public Notices | Legals/Public Notices

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

In re: GRIDDY ENERGY LLC,[1]    Chapter 11

Debtor.    Case No. 21-30923 (MI)

**NOTICE OF DEADLINES FOR NON-FORMER CUSTOMERS OF THE DEBTOR FOR THE FILING OF PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENTS UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE**

**THE NON-FORMER CUSTOMER CLAIMS BAR DATE IS APRIL 28, 2021 at 5:00 p.m. (CT) THE GOVERNMENTAL CLAIMS BAR DATE IS SEPTEMBER 13, 2021 at 5:00 p.m. (CT) PLEASE TAKE NOTICE OF THE FOLLOWING:**

*Deadlines for Filing Proofs of Claim for All Entities Other than Former Customers[2] of the Debtor.* On March 30, 2021, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered an order (the "Order") establishing certain deadlines for the filing of proofs of claim by non-Former Customers of the Debtor, including requests for payment under section 503(b)(9) of the Bankruptcy Code, in the chapter 11 case of **Griddy Energy LLC** (the "Debtor"), Case No. 21-30923 (MI).

*The Non-Former Customer Bar Date.* Pursuant to the Order, *all* entities (except former customers of the Debtor, governmental units, and other entities exempt from filing Proof(s) of Claim under the Order), including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtor that arose prior to **March 15, 2021**, no matter how remote or contingent such right to payment or equitable remedy may be, *including* requests for payment under section 503(b)(9) of the Bankruptcy Code, MUST FILE A PROOF OF CLAIM **as to all entities other than Former Customers, on or before April 28, 2021 at 5:00 p.m. (CT)** (the "Non-Former Customer Claims Bar Date"). Governmental entities who have a claim or potential claim against the Debtor that arose prior to **March 15, 2021**, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or **September 13, 2021 at 5:00 p.m. (CT)** (the "Governmental Bar Date"). **NO BAR DATE HAS BEEN SET YET FOR FORMER CUSTOMERS OF THE DEBTOR.**

**EXCEPT FOR FORMER CUSTOMERS AND ANY OTHER PERSON OR ENTITY THAT IS EXEMPT FROM FILING A PROOF OF CLAIM UNDER THE ORDER, ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM, INCLUDING ANY REQUEST FOR PAYMENT UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, ON OR BEFORE THE NON-FORMER CUSTOMER CLAIMS BAR DATE OR GOVERNMENTAL BAR DATE, AS APPLICABLE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN.**

*Filing a Proof of Claim.* Each Proof of Claim must be filed, including supporting documentation, so as to be *actually received* by Stretto as follows: (i) by electronic submission through the interface available at https://cases.stretto.com/Griddy or (ii) if submitted through non-electronic means, by U.S. Mail or other hand delivery system at the following address: (a) **If by First-Class Mail:** Griddy Energy LLC Claims Processing c/o Stretto 410 Exchange, Suite 100 Irvine, CA 92602; and (b) **If by Hand Delivery or Overnight Mail** Griddy Energy LLC Claims Processing c/o Stretto 410 Exchange, Suite 100 Irvine, CA 92602.

**PROOFS OF CLAIM SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL NOT BE ACCEPTED.**

*Contents of Proofs of Claim.* Each Proof of Claim must: (i) be legible; (ii) include a claim amount denominated in United States dollars using, if applicable, the exchange rate as of 5:00 p.m. (CT) on the Petition Date (and to the extent such claim is converted to United States dollars, state the rate used in such conversion); (iii) conform substantially with the Proof of Claim Form provided by the Debtor or Official Form 410; and (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant on behalf of the claimant, whether such signature is an electronic signature or is ink.

*Electronic Signatures Permitted.* Proofs of claim signed electronically by the claimant or an authorized agent or legal representative of the claimant may be deemed acceptable for purposes of claims administration. Copies of proofs of claim or proofs of claim sent by facsimile or electronic mail will not be accepted.

*Section 503(b)(9) Requests for Payment.* Any proof of claim and/or priority asserting a claim arising under section 503(b)(9) of the Bankruptcy Code must also (i) include the value of the goods delivered to and received by the Debtor in the 20 days prior to the Petition Date; (ii) attach any documentation identifying the particular invoices for which such 503(b)(9) claim is being asserted; and (iii) attach documentation of any reclamation demand made to the Debtor under section 546(c) of the Bankruptcy Code (if applicable).

*Additional Information.* If you have any questions regarding the claims process and/or you wish to obtain a copy of the Non-Former Customer Claims Bar Date notice, a proof of claim form, the Order, or certain other pleadings, orders, and notices, or related documents you may do so by: **(a) calling the Debtor's restructuring hotline at (855) 478-2725 (toll free U.S.) or (949) 471-0997 (International); (b) visiting the Debtor's restructuring website at: https://cases.stretto.com/Griddy; and/or (c) GriddyInquiries@stretto.com.**

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[2] "Former Customer" means a person who (a) was a retail electricity customer (or the legal representative of such customer) of the Debtor at any point from February 11, 2021 through February 19, 2021 and (b) is the holder of a claim of any kind against the Debtor that arose during or relates to the period from February 11, 2021 through February 19, 2021.

---

The Northern Trust Company, 50 South LaSalle Street, Chicago, IL 60603, intends to apply the Federal Reserve Board for permission to establish a branch at 1801 Post Oak Boulevard, Houston, Texas 77056 to be opened on August 23, 2021. The Federal Reserve considers a number of factors in deciding whether to approve the application including the record of performance of applicant banks in helping to meet local credit needs.

You are invited to submit comments in writing on this application to Colette A. Fried, Assistant Vice President Federal Reserve Bank of Chicago, 230 South LaSalle Street, Chicago, IL 60604. The comment period will not end before April 25, 2021, or 15 calendar days after the publication of this notice, whichever is later. The Board's procedures for processing applications may be found at 12 C.F.R. Part 262. Procedures for processing protested applications may be found at 12 C.F.R. 262.25. If you need information about how to submit your comments or to obtain a copy of the relevant procedures, contact Jeremiah Boyle, Assistant Vice President for Community and Economic Development at (312) 322-6023; to request a copy of an application, contact Colette A. Fried at (312) 322-6846. The Federal Reserve will consider your comments and any request for a public meeting or formal hearing on the application if they are received in writing by the Reserve Bank on or before the last day of the comment period.

---

**Mid West Auto Storage, 9520 South Kirkwood Road, Houston, Texas 77099. 281-933-4441.**
Mid West #0642886VSF has possession of 08 Nissan Altima Vin:1N4AL21E78N526728 and no plate , charges on 3/30/21 is $853.43 no owner information. 04 BUICK CENTURY VIN:2G4WS52J241320644 AND PLATE:59100K9. CHARGES ON 3/29/21 IS $679.03; 02 TOYOTA 4RUNNER VIN: JT3HN86R620376444 AND (CA) PLATE:7GOY848 .CHARGES ON 3/29/21 IS $584.47 03 CHEVY TRAILBLAZER VIN:1GNES16S236216410 AND (SC) PLATE :TDJ925 .CHARGES ON 3/29/21 IS $630.00 NO OWNER INFORMATION

---



# LEGAL NOTICES
## & A SNORING SPOUSE

---

**TWO THINGS THAT
KEEP YOU UP AT NIGHT**

Stay legal and get noticed
by emailing our team at
**legals@chron.com**
or calling **713.224.6868**

**HOUSTON ★ CHRONICLE**
HoustonChronicle.com

---

**IF YOU THINK LEGAL NOTICES ARE PAINFUL, WAIT UNTIL YOU PLACE ONE IN THE WRONG PAPER.**

Email our team at **legals@chron.com**
or call **713.224.6868**

**HOUSTON ★ CHRONICLE**
HoustonChronicle.com

---

# MORE THAN

# 19 MILLION HOUSTONIANS

a month interact with our digital products.
Get your brand in front of their eyes.

Place a digital ad today.
## chron.com/advertise

# HOUSTON ★ CHRONICLE