**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| | ) |
| Debtor. | ) **Re. Docket Nos. 9, 12 and 59** |
| | ) |

**NOTICE OF CANCELLATION OF APRIL 15, 2021 HEARING AND**
**ADJOURNMENT OF STATUS CONFERENCE IN ADVERSARY PROCEEDING**

**PLEASE TAKE NOTICE** that certificates of no objection were filed in relation to the following motions (collectively, the "Motions"):

- Debtor's Emergency Motion for Entry of an Order Authorizing (i) the Debtor to Pay Certain Prepetition Taxes and Related Obligations and (ii) Authorizing Financial Institutions to Receive, Process, Honor and Pay All Checks Presented for Payment and to Honor All Funds Transfer Requested Related to Such Obligations [Docket No. 9];

- Debtor's Emergency Motion for Entry of Interim and Final Orders (i) Authorizing the Debtor to (a) Continue Operating Its Cash Management System, (b) Honor Certain Prepetition Obligations, (c) Maintain Existing Bank Accounts and Business Forms, and (d) Continue Certain Intercompany Transactions; and (ii) Granting Related Relief [Docket No. 12] (Final Order); and

- Debtor's Emergency Motion for Entry of an Order Authorizing and Approving Key Employee Retention Plan for Non-Insider Employees [Docket No. 59]

**PLEASE TAKE FURTHER NOTICE** that orders approving each of the Motions have been entered by the Bankruptcy Court. *See* Docket Nos. 161, 162 and 163. Accordingly, the hearing on each of the Motions scheduled for April 15, 2021 at 3:30 p.m. (CDT) has been cancelled. Further, the status conference in the adversary proceeding *Lisa Khoury v. Griddy Energy LLC,* Adv. Pro. Case No. 21-03041 scheduled for April 15, 2021 at 3:30 p.m. (CDT) has been adjourned by consent of the parties and with permission of the Bankruptcy Court to April 29, 2021 at 9:00 a.m. (CDT).

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

Dated: April 14, 2021
       Houston, Texas

                              Respectfully submitted,

                              **BAKER BOTTS L.L.P.**

By: */s/ Robin Spigel*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

– and –

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

**PROPOSED COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**

### Certificate of Service

     I certify that on April 14, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                              */s/ Robin Spigel*
                              Robin Spigel