IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | § § | Case No. 21-30923 (MI) |
| Debtor. | § § § | Re: Docket No. 69, 173 |

**LIMITED JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE STATE OF TEXAS'S OBJECTION TO THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND COMPENSATION OF CERTAIN PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy case (the "Chapter 11 Case") of Griddy Energy LLC (the "Debtor") hereby submits this limited joinder (the "Limited Joinder") to *The State of Texas's Objection to the Debtor's Motion for Entry of an Order Authorizing Retention and Compensation of Certain Professionals Used in the Ordinary Course of Business* [Docket No. 173] (the "Objection") filed in opposition to the *Debtor's Motion for Entry of an Order Authorizing Retention and Compensation of Certain Professionals Used in the Ordinary Course of Business* [Docket No. 69] (the "OCP Motion"). In support of this Limited Joinder, the Committee respectfully states as follows:

1.      The Committee has reviewed the Objection and hereby joins and incorporates all of the factual assertions and legal arguments set forth by the State of Texas in the Objection regarding the Debtor's proposed retention of Sitrick and Company, a corporate communications firm.

---

[1]   The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

2. This is a liquidating Chapter 11 Case and the Debtor has no business operations. As such, there is no potential benefit to the estate in retaining a corporate communications firm to issue press releases or respond to media inquiries.

3. The Committee reserves the right to supplement this Limited Joinder and further reserves the right to participate in the hearing on the OCP Motion, including to make argument and examine witnesses.

WHEREFORE, the Committee requests that the Court deny the OCP Motion for the reasons and to the extent set forth herein.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 19, 2021

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

*/s/ Charles R. Gibbs*
Charles R. Gibbs
Texas State Bar No. 7846300
Shelby Perry (admitted *pro hac vice*)
2501 North Hardwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Blaine Adams (admitted *pro hac vice*)
340 Madison Ave.
New York, NY 10173-1922
Telephone: (212) 547-5615
Facsimile: (212) 547-5444
Email dazman@mwe.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*