**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF FILING OF REVISED <u>SCHEDULE 2</u> TO DECLARATION OF ROBIN SPIGEL IN SUPPORT OF DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BAKER BOTTS L.L.P. AS COUNSEL TO THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

**PLEASE TAKE NOTICE** that, on April 6, 2021, the debtor and debtor in possession in the above-captioned case (the "<u>Debtor</u>"), filed the *Debtor's Application for Entry of an Order Authorizing Retention and Employment of Baker Botts L.L.P. as Counsel to the Debtor Effective as of the Petition Date* [Docket No. 134] (the "<u>Application</u>").  Attached as Exhibit B to the Application is the *Declaration of Robin Spigel in Support of Debtor's Application for Entry of an Order Authorizing Retention and Employment of Baker Botts L.L.P. as Counsel to the Debtor Effective as of the Petition Date* [Docket No. 134-2] (the "<u>Spigel Declaration</u>").  Attached as Schedule 2 to the Spigel Declaration is a disclosure schedule.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto (a) as <u>Exhibit 1</u> is a revised Schedule 2 to the Spigel Declaration and (b) as <u>Exhibit 2</u> is a redline of Schedule 2 reflecting changes from the original Schedule 2 filed with the Spigel Declaration.

---

[1]  The last four digits of its federal tax identification number of the Debtor are 1396.  The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

1

Dated: April 20, 2021
      New York, New York

                                         **BAKER BOTTS L.L.P.**

By: */s/ Robin Spigel*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

***Proposed Counsel to the Debtor and Debtor in Possession***

## Certificate of Service

  I certify that on April 20, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                */s/ Robin Spigel*
                Robin Spigel