# Exhibit 2

**Redline of Schedule 2 to Spigel Declaration**

SCHEDULE OF PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE CURRENT CLIENTS OR WERE CLIENTS WITHIN THE LAST THREE YEARS

| Party | Role/Interest in Chapter 11 Case | Relationship to Baker Botts |
|---|---|---|
| AEP Texas Inc. | Key Vendor/Contract Counter-Parties/Top 30 Creditors | Affiliate of Current Client |
| Amazon Web Services | Key Vendors | Current Client |
| CenterPoint Energy Houston Electric, LLC | Contract Counter-Parties | Current Client |
| CenterPoint Energy, Inc | Top 30 Creditors | Current Client |
| Christian McArthur | Director of Parent Company/Officer – Current  Indirect Equity Holder | Former Client |
| EDF Trading North America LLC | Indirect Equity Holder | Affiliate of Current Client |
| The Electric Reliability Council of Texas (ERCOT) | Contract Counter-Parties | Former Client |
| Facebook | Key Vendors | Current Client |
| Griddy Holdings LLC | Affiliate | Current Client |
| Griddy VI Holdings LLC | Affiliate | Current Client |
| Hartford Casualty Insurance Company | Contract Counter-Parties | Affiliate of Current Client |
| Hartford Fire Insurance Company | Insurance Providers and Related Parties | Affiliate of Current Client |
| JPMorgan Chase Bank, N.A. | Banks/Lenders/LOCs/Administrative Agents | Current Client |
| Luminant Energy Company | Parties that have filed a notice of appearance in the case and | Current Client and |

| Party | Role/Interest in Chapter 11 Case | Relationship to Baker Botts |
|---|---|---|
| LLC | are not listed in another category | Affiliate of Current Client |
| Macquarie Bank Limited | Contract Counter-Parties | Current Client |
| Macquarie Energy LLC | Banks/Lenders/LOCs/Administrative Agents | Current Client |
| Michael Fallquist | Director of Parent Company/Officer – Current Indirect Equity Holder | Former Client |
| Office of the Attorney General of the State of Texas | Parties Relating to Known Litigation Matters Involving the Debtor-Litigation | Agencies of the State of Texas are Current Clients |
| Oncor Electric Delivery Company LLC | Top 20 Creditors | Current Client |
| Public Utility Commission of Texas | Top 20 Creditors Governmental/Regulatory Agencies | Agencies of the State of Texas are Current Clients |
| Roop Bhullar | Director of Parent Company/Officer – Current Indirect Equity Holder | Former Client |
| Southwest Partners LP | Contract Counter-Parties | Current Client |
| Texas Comptroller of Public Accounts | Top 20 Creditors | Agencies of the State of Texas are Current Clients |
| TriNet HR III, Inc. | Key Vendors | Affiliate of Current Client |
| The State of Texas | Parties Relating to Known Litigation Matters Involving the Debtor-Litigation | Agencies of the State of Texas are Current Clients |