# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| Debtor. | ) |

## CERTIFICATE OF NO OBJECTION TO DEBTOR'S MOTION TO ESTABLISH PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS

1. On March 24, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor") filed the *Debtor's Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 68] (the "Motion"). A proposed order granting the relief requested in the Motion was attached as Exhibit A to the Motion (the "Original Proposed Order").

2. On the same day, the Motion was served on (i) all parties registered to receive such service via the Court's CM/ECF; and (ii) the parties listed in the Motion. *See* Certificate of Service [Docket No. 86].

3. Responses to the Motion were due April 14, 2021 at 5:00 p.m. (CDT) (the "Objection Deadline"). The Debtor agreed to extend the response deadline for the United States Trustee ("U.S. Trustee") until April 16, 2021 at 4:00 p.m. (CDT) and for the Official Committee of Unsecured Creditors and the Attorney General for the State of Texas until April 19, 2021 at 4:00 p.m. (CDT).

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

4. A revised proposed order (the "Revised Proposed Order") granting the relief requested in the Motion is attached hereto as Exhibit 1.  Additionally, attached hereto as Exhibit 2 is a redline of the Revised Proposed Order reflecting changes from the Original Proposed Order. The Revised Proposed Order incorporates informal comments received from the U.S. Trustee.

5. In accordance with Paragraph 41 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than 24 hours have passed since the Objection Deadline, (ii) the undersigned counsel is unaware of any objections to entry to the Motion except for the U.S. Trustee's informal comments that have been incorporated into the Revised Proposed Order and which the U.S. Trustee has confirmed fully resolves its comments, and (iii) the undersigned counsel has reviewed the Court's docket and no objection or response to entry of the Revised Proposed Order appears thereon.

6. Therefore, the Debtor respectfully requests entry of the Revised Proposed Order.

[*Remainder of page intentionally left blank*]

Dated:  April 20, 2021
      New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Proposed Counsel to the Debtor and Debtor in Possession*

## Certificate of Service

I certify that on April 20, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Chris Newcomb*