**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| | § |
| In re: | §    Chapter 11 |
| | § |
| GRIDDY ENERGY LLC,[1] | §    Case No. 21-30923 (MI) |
| | § |
| Debtor. | § |
| | § |
| | § |

**ORDER AUTHORIZING THE COMMITTEE TO (I) FILE THE OBJECTION UNDER**
**SEAL AND (II) REDACT CONFIDENTIAL PORTIONS THEREOF**

Under the motion (the "Motion")[2] of the Official Committee of Unsecured Creditors (the

"Committee"), for entry of an order pursuant to Bankruptcy Code sections 105(a) and 107(b),

Bankruptcy Rule 9018, and the *Order Temporarily Suspending Bankruptcy Local Rule 9037-1*

*Regarding the Filing of Sealed Documents* (the "Sealing Order") authorizing the Committee to

(i) file the Objection under seal and (ii) redact the Objection wherever publicly filed, as more fully

set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief

requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the

requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue

is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided; and such notice having been adequate and appropriate under the

circumstances, and it appearing that no other or further notice need be provided; and this Court

having reviewed the Motion; and upon any hearing held on the Motion; and all objections, if any, to

the Motion having been withdrawn, resolved, or overruled; and this Court having determined that

---

[1]    The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[2]    Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Motion or the Trial Brief.

the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

and it appearing that the relief requested in the Motion is in the best interests of the Debtor and the

Committee; and upon all of the proceedings had before this Court and after due deliberation and

sufficient case appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      The Committee is authorized to file the Objection under seal.

3.      The Committee is authorized to file the redacted Objection on the docket.

4.      The Confidential Information is confidential and shall remain under seal, and shall

not be made available to anyone, except that copies shall be provided to the Court, the Debtor, the

U.S. Trustee, and other parties upon further order of the Court. The U.S. Trustee shall keep the

Confidential Information strictly confidential.

5.      Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be

immediately effective and enforceable upon its entry.

6.      The Committee is authorized to take all actions necessary or appropriate to carry out

the relief granted in this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters arising from or

related to the implementation, interpretation, or enforcement of this Order.


Dated: _____, 2021
         Houston, Texas

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

DM_US 179242132-1.114480.0011