**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **Griddy Energy LLC,** ) | **Case No. 21-30923 (MI)** |
| ) | |
| **Debtor.** ) | |

## CERTIFICATE OF SERVICE

I, Nathaniel Repko, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 20, 2021 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on 583 confidential customers:

- **Notice of Chapter 11 Bankruptcy Case** (Postcard attached hereto as **Exhibit A**)

Furthermore, on April 20, 2021 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential customer:

- **Notice of Chapter 11 Bankruptcy Case** (Postcard attached hereto as **Exhibit B**)

Dated: April 23, 2021

*/s/ Nathaniel R. Repko*
Nathaniel R. Repko
STRETTO
7 Times Square, 16th Floor
New York, NY 10036
855.478.2725
Email:TeamGriddy@Stretto.com

# **<u>Exhibit A</u>**

**TO FORMER CUSTOMERS* OF GRIDDY ENERGY: NOTICE OF BANKRUPTCY FILING**

On March 15, 2021, Griddy Energy LLC ("Griddy") filed for bankruptcy. The Judge in charge of the Case is the Honorable Marvin Isgur of the United States Bankruptcy Court for the Southern District of Texas. He has appointed Stretto.com as the Administrator who will send you important notices about the bankruptcy.

All future notices about Griddy's bankruptcy and any rights you may have will be sent to you by email (or by text if Griddy has a valid phone number for you and does not have your correct email).

TO PROTECT ANY RIGHTS YOU MAY HAVE AS A FORMER CUSTOMER OF GRIDDY IT IS IMPORTANT THAT YOU OPEN AND READ ALL EMAILS, INCLUDING LINKS TO DOCUMENTS CONTAINED IN THE EMAILS SENT TO YOU FROM: "GRIDDY ENERGY on behalf of noreply@stretto.com."

The Court has set July 19, 2021 at 5:00 p.m. (Central Time) as the last date for Former Customers* to assert claims against Griddy in the bankruptcy court. If you are a Former Customer and believe you have a claim against Griddy that arose before March 15, 2021, you must fill out and send in a proof of claim form according to instructions you will receive by email from "GRIDDY ENERGY on behalf of noreply@stretto.com." Failure to file a claim before the deadline may, pursuant to a future order of the Court, result in your claim being barred.

If you have questions or need to provide the Administrator with your updated and correct email address or phone number, please email: GriddyInquiries@stretto.com, or call toll-free: 855.478.2725.

You may also obtain information about Griddy's bankruptcy at: https://cases.stretto.com/Griddy.

* You are a "Former Customer" if you (a) are a person who was a retail electricity customer (or the legal representative of such customer) of Griddy's at any point from February 11, 2021 through February 19, 2021 and (b) are the holder of a claim of any kind against Griddy that arose during or relates to the period from February 11, 2021 through February 19, 2021.

# **Exhibit B**

**PARA EX CLIENTES* DE GRIDDY ENERGY: AVISO DE BANCARROTA**

El 15 de marzo de 2021, Griddy Energy LLC ("Griddy") se declaró en quiebra. El juez a cargo del caso es el Honorable Marvin Isgur del Tribunal de Quiebras de los Estados Unidos para el Distrito Sur de Texas. El ha designado a Stretto.com como el Administrador que le enviará avisos importantes sobre la bancarotta.

Todos los avisos futuros sobre la bancarotta de Griddy y cualquier derecho que pueda tener serán enviados por correo electrónico (o por mensaje de texto si Griddy tiene un número de teléfono válido para usted y no tiene su correo electrónico correcto).

PARA PROTEGER CUALQUIER DERECHO QUE PUEDA TENER COMO EX CLIENTE DE GRIDDY, ES IMPORTANTE QUE ABRA Y LEA TODOS LOS CORREOS ELECTRÓNICOS, INCLUYENDO VÍNCULOS A LOS DOCUMENTOS CONTENIDOS EN LOS CORREOS ELECTRÓNICOS QUE SE LE ENVIARON DESDE: "GRIDDY ENERGY en nombre de noreply@stretto.com".

La Corte ha establecido el 19 de julio a las 5:00 p.m. (hora del centro) como la última fecha para que los ex clientes* presenten reclamaciones contra Griddy en el tribunal de quiebras. Si usted es un ex cliente y cree que tiene un reclamo contra Griddy que surgió antes del 15 de marzo de 2021, debe completar y enviar un formulario de prueba de reclamo de acuerdo con las instrucciones que recibirá por correo electrónico de "GRIDDY ENERGY en nombre de noreply@Stretto.com". Si no presenta un reclamo antes de la última fecha, de acuerdo con una orden futura del Tribunal, su reclamo quedará excluido.

Si tiene preguntas o necesita proporcionarle al Administrador su dirección de correo electrónico o número de teléfono actualizados y correctos, envíe un correo electrónico a: GriddyInquiries@stretto.com, o llame sin cargo al: 855.478.2725.

También puede obtener información sobre la bancarrota de Griddy en: https://cases.stretto.com/Griddy

* Usted es un "Ex Cliente" si (a) es una persona que fue un cliente de electricidad (o el representante legal de dicho cliente) de Griddy's en cualquier momento desde el 11 de febrero de 2021 hasta el 19 de febrero de 2021 y (b) es el titular de una reclamación de cualquier tipo contra Griddy que surgerio durante o se relacionan con el período entre el 11 de febrero de 2021 y el 19 de febrero de 2021.