**<u>Exhibit A</u>**

<u>Griddy Group Organizational Chart</u>

