IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GRIDDY ENERGY LLC,[1] | § | Case No. 21-30923 (MI) |
| | § | |
| Debtor. | § | |
| | § | |

**DECLARATION OF DARREN AZMAN IN SUPPORT OF OBJECTIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTOR'S (I) DISCLOSURE STATEMENT MOTION AND (II) MOTION TO QUASH**

Under 28 U.S.C. § 1746, I, Darren Azman, declare as follows under the penalty of perjury:

1. I am a partner at McDermott Will & Emery LLP, proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 case of Griddy Energy LLC. I submit this declaration in support of (i) the *Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Entry of an Order: (I) Conditionally Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (III) Approving the Form of Various Ballots and Notices in Connection Therewith; and (IV) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan* [Docket No. 187] (the "Disclosure Statement Objection")[2] and (ii) the *Objection of the Official Committee of Unsecured Creditors to Debtor and Non-Debtor Affiliate's Motion to Quash and for a Protective Order* (the "Quash Objection"), filed contemporaneously herewith.

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Green Farms, CT 06838.

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Disclosure Statement Objection.

1

2.  As referenced in paragraphs 2, 10, and 28 of the Disclosure Statement Objection and paragraphs 9–11 of the Quash Objection, attached hereto as **Exhibit A** are true and accurate copies of the Committee's Rule 2004 requests to the Debtor.

3.  As referenced in paragraphs 3, 9, and 40 of the Disclosure Statement Objection and paragraph 8 of the Quash Objection, attached hereto as **Exhibit B** are true and accurate copies of ██████████████████████████████████████████████████ ██████████████████████████████ in the form produced by the Debtor to the Committee.

4.  As referenced in paragraphs 9 and 41 of the Disclosure Statement Objection and paragraph 8 of the Quash Objection, attached hereto as **Exhibit C** is a true and accurate copy of the ██████████████████████████████████████████████████ ██████████████████████████, in the form produced by the Debtor to the Committee.

5.  As referenced in paragraph 12 of the Disclosure Statement Objection and paragraph 13 of the Quash Objection, attached hereto as **Exhibit D** is a true and accurate copy of an email chain, ending on April 19, 2021.

6.  As referenced in paragraph 13 of the Disclosure Statement Objection and paragraph 14 of the Quash Objection, attached hereto as **Exhibit E** is a true and accurate copy of the ██████████████████████████████████████████████████ ██████████████████████████, in the form produced by the Debtor to the Committee.

7.  As referenced in paragraph 14 of the Disclosure Statement Objection and paragraph 15 of the Quash Objection, attached hereto as **Exhibit F** is a true and accurate copy of an email, dated April 20, 2021.

8.  As referenced in paragraph 41 of the Disclosure Statement Objection, attached hereto as **Exhibit G** is a true and accurate copy of the ███████████████, ███████████████████████, in the form produced by the Debtor to the Committee.

9.  As referenced in paragraph 63 of the Disclosure Statement Objection, attached hereto as **Exhibit H** is a true and accurate of an email chain ending on April 15. 2021.

Dated: April 25, 2021

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

*/s/ Darren Azman*
Darren Azman
Partner, McDermott Will & Emery LLP

## CERTIFICATE OF SERVICE

I certify that on April 25, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Darren Azman*
Darren Azman
