**Exhibit D**

Email Chain Ending on April 19, 2021