**Exhibit F**

Email Chain Ending on April 20, 2021