## **Exhibit H**

Email Chain Ending on April 15, 2021

Case 21-30923   Document 194-8   Filed in TXSB on 04/25/21   Page 3 of 5

Case 21-30923   Document 194-8   Filed in TXSB on 04/25/21   Page 4 of 5

Case 21-30923   Document 194-8   Filed in TXSB on 04/25/21   Page 5 of 5