# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| Debtor. | ) |

## THE DEBTOR'S EXHIBIT AND
## WITNESS LIST FOR APRIL 29, 2021 HEARING

The debtor and debtor in possession in the above-captioned case (the "Debtor") files this Witness and Exhibit List identifying those individuals that may be called as witnesses and exhibits that may be introduced at the hearing scheduled for **Thursday, April 29, 2021 at 9:00 a.m. (CDT)** (the "Hearing") before the Honorable Marvin Isgur, United States Courthouse, Courtroom 404, 515 Rusk Street, Houston, Texas 77002.

### A.   Witnesses

In connecting with the Hearing, the Debtor may call any one or more of the following individuals to provide testimony:

1. Michael Fallquist, Chief Executive Officer;
2. Any rebuttal and/or impeachment witness;
3. Any witness designated by any other party; and
4. Any witness necessary to authenticate a document.

### B.   Exhibits

In connection with the Hearing, the Debtor may seek to introduce into evidence any one or more of the following documents:

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | *Declaration of Michael Fallquist in Support of Chapter 11 Petition and First Day Pleadings* [Docket No. 21]. | | | | |
| 2. | Additional exhibits to be attached to the Debtor's replies (i) in support of conditional approval of the Debtor's Disclosure Statement and (ii) in support of its motion to quash.[2] | | | | |
| 3. | Any exhibit designated by any other party. | | | | |
| 4. | Any pleadings, reports, or other documents filed in the Debtor's bankruptcy cases. | | | | |
| 5. | Any rebuttal or impeachment exhibits. | | | | |

The Debtor reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing.

The Debtor reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing lists of witnesses and exhibits as appropriate. The Debtor also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other party in interest, and (ii) any pleading, hearing transcript, order or other document filed with the Court in the chapter 11 case.

---

[2] The Debtor intends to file later today a reply to each of (i) the objections of the Official Committee of Unsecured Creditors (the "Committee") [Docket No. 188] and Electric Reliability Council of Texas [Docket No. 186] to conditional approval of the Debtor's disclosure statement and (ii) the objection of the Committee to the Debtor's motion to quash with respect to the Committee's Rule 2004 discovery requests [Docket No. 193]. The Debtor will amend this Exhibit and Witness List and file all exhibits therewith shortly after filing the replies.

Dated: April 27, 2021
New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Proposed Counsel to the Debtor and Debtor in Possession*

**Certificate of Service**

I certify that on April 27, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Chris Newcomb*