IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | § § | Case No. 21-30923 (MI) |
| Debtor. | § § § | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
WITNESS AND EXHIBIT LIST FOR HEARING ON APRIL 29, 2021**

The Official Committee of Unsecured Creditors of Griddy Energy LLC (the "Committee") in the above-captioned chapter 11 case respectfully submits this witness and exhibit list (the "List") for the hearing scheduled for April 29, 2021, at 9:00 a.m. (prevailing Central Time) (the "Hearing").

## WITNESS LIST

The Committee may call all of the following witnesses at the Hearing:

1. Michael Fallquist, Chief Executive Officer;

2. David Dunn, Principal at Province.

3. Any witnesses called or listed by Griddy Energy LLC (the "Debtor") or any other party; and

4. Any witness necessary to rebut testimony of a witness called or designated by the Debtor or any other party.

---

[1] The last four digits of the federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Green Farms, CT 06838.

3

# EXHIBIT LIST

The Committee may use any of the following exhibits at the Hearing:

| Ex. No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | The document attached as Exhibit A to the *Declaration of Darren Azman in Support of Objections of the Official Committee of Unsecured Creditors to the Debtor's (I) Disclosure Statement Motion and (II) Motion to Quash* (the "Azman Declaration") [Docket No. 197]. | | | | |
| 2. | The document attached as Exhibit B to the Azman Declaration. | | | | |
| 3. | The document attached as Exhibit C to the Azman Declaration. | | | | |
| 4. | The document attached as Exhibit D to the Azman Declaration. | | | | |
| 5. | The document attached as Exhibit E to the Azman Declaration. | | | | |
| 6. | The document attached as Exhibit F to the Azman Declaration. | | | | |
| 7. | The document attached as Exhibit G to the Azman Declaration. | | | | |
| 8. | Any exhibit listed or used by the Debtor or any other party. | | | | |
| 9. | Any exhibit necessary to rebut the evidence or testimony of any witness | | | | |

4

| Ex. No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
|  | called or designated by the Debtor or any other party. |  |  |  |  |
| 10. | Any exhibit introduced or relied upon by another party. |  |  |  |  |

The Committee reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 27, 2021

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

/s/  Charles R. Gibbs
Charles R. Gibbs
Texas State Bar No. 7846300
Shelby Perry (admitted *pro hac vice*)
2501 North Hardwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:  (214) 295-8000
Facsimile:  (972) 232-3098
Email:       crgibbs@mwe.com
              stperry@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Blaine Adams (admitted *pro hac vice*)
340 Madison Ave.
New York, NY 10173-1922
Telephone:  (212) 547-5615
Facsimile:  (212) 547-5444
Email        dazman@mwe.com
              badams@mwe.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I certify that on April 27, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Gibbs*
Charles R. Gibbs