**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) ) ) Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) ) Case No. 21-30923 (MI) |
| Debtor. | ) ) ) |

**NOTICE OF FILING OF SECOND**
**AMENDED PLAN OF LIQUIDATION FOR GRIDDY ENERGY LLC**
**UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

    **PLEASE TAKE NOTICE** that, on March 15, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor"), filed the *Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 22] (the "Original Plan") with the United States Bankruptcy Court for the Southern District of Texas.

    **PLEASE TAKE FURTHER NOTICE** that, on April 19, 2021, the Debtor filed the *Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 175] (the "First Amended Plan").

    **PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit A, is the *Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* (the "Second Amended Plan").

    **PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit B, is a redline of the Second Amended Plan reflecting changes from the Original Plan.

    **PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit C, is a redline of the Second Amended Plan reflecting changes from the First Amended Plan.

    **PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right to alter, amend or modify the Second Amended Plan, *provided that* the Debtor will file a revised version of the Second Amended Plan if such document is altered, amended, or modified in any material respect.

    **PLEASE TAKE FURTHER NOTICE** that the Second Amended Plan has not yet been approved by the Court.

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

Dated:  April 27, 2021
       New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Proposed Counsel to the Debtor and Debtor in Possession*

## Certificate of Service

     I certify that on April 27, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                            */s/ Chris Newcomb*
                            Chris Newcomb

## Exhibit A

**Proposed Second Amended Plan**

## **Exhibit B**

**Redline of Second Amended Plan Against the Original Plan**

# Exhibit C

**Redline of Second Amended Plan Against the First Ameded Plan**