UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) ) Chapter 11 ) |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) ) |
| Debtor. | ) ) |

**NOTICE OF FILING OF DISCLOSURE STATEMENT FOR
THE SECOND AMENDED PLAN OF LIQUIDATION FOR GRIDDY
ENERGY LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that, on March 15, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor"), filed the proposed *Disclosure Statement for Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 23] (the "Original Disclosure Statement") with the United States Bankruptcy Court for the Southern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that, on April 19, 2021, the Debtor filed the *Disclosure Statement for Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 176] (the "Disclosure Statement for First Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtor filed the *Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* (as may be amended, modified or supplemented from time to time).

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit A, is a revised proposed *Disclosure Statement for Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement for Second Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit B, is a redline of the Disclosure Statement for Second Amended Plan reflecting changes from the Original Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit C, is a redline of the Disclosure Statement for Second Amended Plan reflecting changes from the Disclosure Statement for First Amended Plan.

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right to alter, amend, or modify the Disclosure Statement for Second Amended Plan, *provided that* the Debtor will file a revised version of the Disclosure Statement for Second Amended Plan if such document is altered, amended, or modified in any material respect.

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Court will consider the entry of an order conditionally approving the Disclosure Statement for Second Amended Plan is currently set for **April 29, 2021 at 9:00 a.m. (CDT)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Texas.  The Hearing will be conducted remotely.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting.  To use GoToMeeting, the Court recommends that you download the free GoToMeeting application.  To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website.  Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that Hearing appearances must be made electronically in advance of the Hearing.  To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu.  Select "Judges' Procedures," then "View Home Page" for Judge Isgur Under "Electronic Appearance" select "Click here to submit Electronic Appearance".  Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement for Second Amended Plan has not yet been conditionally approved by the Court.

[*The remainder of this page is intentionally left blank.*]

Dated:  April 27, 2021
    New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

***Proposed Counsel to the Debtor and Debtor in Possession***

## Certificate of Service

I certify that on April 27, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Chris Newcomb*
Chris Newcomb