**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| Debtor. | ) |

**NOTICE OF FILING OF FURTHER REVISED
PROPOSED ORDER: (I) CONDITIONALLY APPROVING
THE ADEQUACY OF THE DISCLOSURE STATEMENT;
(II) APPROVING THE SOLICITATION AND NOTICE PROCEDURES
WITH RESPECT TO CONFIRMATION OF THE PLAN; (III) APPROVING
THE FORM OF VARIOUS BALLOTS AND NOTICES IN CONNECTION
THEREWITH; AND (IV) APPROVING THE SCHEDULING OF CERTAIN
DATES IN CONNECTION WITH CONFIRMATION OF THE PLAN**

**PLEASE TAKE NOTICE** that, on March 15, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor"), filed the *Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan* [Docket No. 24] (the "Motion"). A proposed order granting the relief requested in the Motion was attached to the Motion as Exhibit A [Docket No. 24-1] (the "Original Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that on April 19, 2021, the Debtor filed a revised version of the Original Proposed Order [Docket No. 177-1] (the "Revised Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit 1, is a further revised proposed order (the "Further Revised Proposed Order") granting the relief requested in the Motion, as modified by the Further Revised Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit 2 and Exhibit 3, are redline copies of the Further Revised Proposed Order reflecting changes from the Original Proposed Order and the Revised Proposed Order.

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

1

**PLEASE TAKE FURTHER NOTICE** that, as previously noticed, the Debtor intends to seek approval of the Motion, as modified by the Further Revised Proposed Order, at the hearing (the "Hearing") scheduled for **April 29, 2021 at 9:00 a.m. (prevailing Central time)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Texas.  The Hearing will be conducted remotely.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510.  You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554.  You may view video via GoToMeeting.  To use GoToMeeting, the Court recommends that you download the free GoToMeeting application.  To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website.  Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that Hearing appearances must be made electronically in advance of the Hearing.  To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu.  Select "Judges' Procedures," then "View Home Page" for Judge Isgur Under "Electronic Appearance" select "Click here to submit Electronic Appearance".  Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right to make changes to the Further Revised Proposed Order before and/or at the Hearing and as may otherwise be directed by the Court.  Any order entered by the Court conditionally approving the adequacy of the Disclosure Statement may differ from the Further Revised Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time in open court or by the Debtor filing a notice with the Court.

[The remainder of this page is intentionally left blank.]

Dated: April 27, 2021
      New York, New York

**BAKER BOTTS L.L.P.**

By: */s/    Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

***Proposed Counsel to the Debtor and Debtor in Possession***

### Certificate of Service

     I certify that on April 27, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                     */s/ Chris Newcomb*
                                     Chris Newcomb