**Exhibit E**

# Newcomb, Chris

| | |
|---|---|
| **From:** | Spigel, Robin |
| **Sent:** | Friday, April 9, 2021 12:50 PM |
| **To:** | Azman, Darren |
| **Cc:** | Gibbs, Charles; Yang, Darren; Adams, Blaine; Rubenstein, Jonathan; Lawrence, John; Kazlow, Jordan |
| **Subject:** | RE: Griddy - 2004 Request for Production |

While we intend to object to certain of the Committee's Rule 2004 requests, in order for us to start getting you information as quickly as possible we would like to begin a rolling production of documents the Debtor will agree to produce before our objections are due or made.  We are working to start production as soon as today.  Please confirm that any production of documents the Debtor makes before making formal objections will be subject to the forthcoming objections, that the Committee will not argue that such production waives or limits any timely objection the Debtor subsequently makes, and that the Committee understands that in making such production the Debtor reserves all rights.

Also, our email re confidentiality until we get a formal agreement in place says that everything we provide is Highly Confidential. However, for clarity, we will mark docs we'll be producing as Confidential or Highly Confidential - AEO, as applicable – as opposed to assuming for the moment that they're all Highly Confidential.

Thanks.
Robin



**Robin Spigel**
*Partner*

Baker Botts L.L.P.
robin.spigel@bakerbotts.com
T  +1.212.408.2545
F  +1.212.259.2545
C  +1.917.716.8301

30 Rockefeller Plaza
New York, New York 10112
USA



---

**From:** Azman, Darren <Dazman@mwe.com>
**Sent:** Thursday, April 8, 2021 12:24 AM

1

**To:** Spigel, Robin <robin.spigel@bakerbotts.com>
**Cc:** Newcomb, Chris <chris.newcomb@bakerbotts.com>; Gibbs, Charles <Crgibbs@mwe.com>; Yang, Darren <Ddyang@mwe.com>; Adams, Blaine <Badams@mwe.com>
**Subject:** Griddy - 2004 Request for Production


[EXTERNAL EMAIL]

Robin,

As discussed, attached is our request for production.  Please confirm as soon as possible by reply email that the Debtor and the Non-Debtor Affiliates (as defined in the attached) agree to produce the requested documents.  If the Non-Debtor Affiliates are represented by separate counsel, please send us their contact information.

Please note that this is the Committee's initial set of production requests, which we are sending to you now in the interest of time.  The Committee reserves the right to serve further document requests in the future.

Thanks,
Darren

DARREN AZMAN
Partner
**McDermott Will & Emery LLP**  340 Madison Avenue, New York, NY 10173-1922
**Tel** +1 212 547 5615     **Mobile** +1 410 409 7591     **Email** dazman@mwe.com
**Biography** | **Website** | **vCard** | **Twitter** | **LinkedIn**

*********************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*********************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.


**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.