**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[3] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | **Re. Docket No.** |
| | ) | |

**ORDER AUTHORIZING DEBTOR TO (A) FILE UNDER SEAL
THE DEBTOR'S OMNIBUS REPLY IN SUPPORT OF
(I) CONDITIONALLY APPROVING THE ADEQUACY OF THE
DISCLOSURE STATEMENT; (II) APPROVING THE SOLICITATION
AND NOTICE PROCEDURES WITH RESPECT TO CONFIRMATION OF
THE PLAN; (III) APPROVING THE FORM OF VARIOUS BALLOTS AND
NOTICES IN CONNECTION THEREWITH; AND (IV) APPROVING THE
SCHEDULING OF CERTAIN DATES IN CONNECTION WITH CONFIRMATION OF
PLAN; AND (B) REDACT CONFIDENTIAL PROVISIONS THEREOF**

This matter coming before this Court upon the motion (the "Motion"),[4] filed by the debtor and debtor in possession in the above-captioned case (the "Debtor"), for entry of an order (this "Order"), pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9037-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Local Rules"), (i) authorizing, but not directing the Debtor to file under seal an unredacted copy of the Reply, all as further described in the Motion, and (ii) granting related relief; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this

---

[3] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing were adequate and appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion, the First Day Declaration, and at the Hearing establish just cause for the relief granted herein; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Debtor is authorized to file the unredacted Reply under seal.

3. The redacted portions of the Reply shall remain confidential and shall not be made available to anyone other than: (a) counsel to the official committee of unsecured creditors (the "Committee"); (b) the United States Trustee; (c) the Court; and (d) any other parties as ordered by the Court.

4. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry hereof.

5. The Debtor is hereby authorized to take all actions necessary to effectuate the relief granted in this Order.

6. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated _____, 2021

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE