**<u>Exhibit C</u>**

# Lawrence, John

| | |
|---|---|
| **From:** | Azman, Darren <Dazman@mwe.com> |
| **Sent:** | Thursday, April 22, 2021 2:46 PM |
| **To:** | Spigel, Robin; Lawrence, John |
| **Cc:** | Michael Robinson; David Dunn; Gibbs, Charles; Yang, Darren |
| **Subject:** | Griddy - Follow-Up |
| **Attachments:** | Griddy Patent Application USPTO - US20190372345A1.pdf |

**[EXTERNAL EMAIL]**

Robin and John,

We have two initial follow-up questions from our call earlier today.

1. Please send us copies of the promissory notes and the convertible note referenced by Mike
2. Please confirm who has an interest in the attached patent

We also wanted to follow-up on the company's progress in responding to the informal information requests that Province sent over this week.

Thanks,
Darren

DARREN AZMAN
Partner
**McDermott Will & Emery LLP**  340 Madison Avenue, New York, NY 10173-1922
**Tel** +1 212 547 5615    **Mobile** +1 410 409 7591    **Email** dazman@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

***********************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
***********************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.