**Newcomb, Chris**

| | |
|---|---|
| **From:** | Spigel, Robin |
| **Sent:** | Sunday, April 18, 2021 10:17 PM |
| **To:** | Azman, Darren |
| **Cc:** | Gibbs, Charles; Yang, Darren; Newcomb, Chris; Michael Robinson; David Dunn |
| **Subject:** | RE: Griddy - Disclosure Statement Hearing |

The Debtor is only authorized to use cash collateral in the other accounts and not the revenue account. It's in the various docs, but there's an outstanding LC of $300K, plus interest, plus they are entitled to other amounts under their agreement. Macquarie is giving up $600K of the amount owed to it if the plan is consummated and goes effective, which we think is a substantial contribution in this case. At this time, we don't think it is a good use of estate resources to fight with them about how much is required to adequately protect their interests when ultimately we will pay them off at emergence and whatever cash is left will be left. The less litigation there is with Macquarie, the greater the amount there will be left for the benefit of the estate. Plus, litigating with them could jeopardize Macquarie's willingness to contribute the $600K.


**Robin Spigel**
*Partner*

Baker Botts L.L.P.
robin.spigel@bakerbotts.com
T +1.212.408.2545
F +1.212.259.2545
C +1.917.716.8301

30 Rockefeller Plaza
New York, New York 10112
USA



---

**From:** Azman, Darren <Dazman@mwe.com>
**Sent:** Sunday, April 18, 2021 6:12 PM
**To:** Spigel, Robin <robin.spigel@bakerbotts.com>
**Cc:** Gibbs, Charles <Crgibbs@mwe.com>; Yang, Darren <Ddyang@mwe.com>; Newcomb, Chris <chris.newcomb@bakerbotts.com>; Michael Robinson <mrobinson@provincefirm.com>; David Dunn <ddunn@provincefirm.com>
**Subject:** RE: Griddy - Disclosure Statement Hearing


[EXTERNAL EMAIL]

Why do you think that Macquarie could prevent the Debtor from using cash collateral in x375? They are covered by close to 2x with the cash in that account alone.

1

DARREN AZMAN
Partner

**McDermott Will & Emery LLP**  340 Madison Avenue, New York, NY 10173-1922

**Tel** +1 212 547 5615   **Mobile** +1 410 409 7591   **Email** dazman@mwe.com

**Biography** | **Website** | **vCard** | **Twitter** | **LinkedIn**

---

**From:** Spigel, Robin <robin.spigel@bakerbotts.com>
**Sent:** Sunday, April 18, 2021 1:51 PM
**To:** Azman, Darren <Dazman@mwe.com>
**Cc:** Gibbs, Charles <Crgibbs@mwe.com>; Yang, Darren <Ddyang@mwe.com>; Newcomb, Chris <chris.newcomb@bakerbotts.com>
**Subject:** RE: Griddy - Disclosure Statement Hearing

I've discussed your request below with my client.  The Company does not have the funds to support an extension of the current timeline.  Attached is a projected monthly budget through June that underscores the need to move quickly through this case and the fact that the case cannot support a UCC FA.
In addition, we disagree with your characterizations below regarding, among other things, the production of documents.


**Robin Spigel**
*Partner*

Baker Botts L.L.P.
robin.spigel@bakerbotts.com
T +1.212.408.2545
F +1.212.259.2545
C +1.917.716.8301

30 Rockefeller Plaza
New York, New York 10112
USA



---

**From:** Azman, Darren <Dazman@mwe.com>
**Sent:** Friday, April 16, 2021 2:38 PM
**To:** Spigel, Robin <robin.spigel@bakerbotts.com>
**Cc:** Gibbs, Charles <Crgibbs@mwe.com>; Yang, Darren <Ddyang@mwe.com>
**Subject:** Griddy - Disclosure Statement Hearing


[EXTERNAL EMAIL]

Robin,

As discussed on today's call, the Committee requests that the Debtor adjourn the conditional disclosure statement approval hearing by 12 weeks, subject to the Court's calendar.  Although we understand the Debtor's desire to move

forward quickly in this case, the Committee has an obligation to investigate claims against Macquarie, the directors and officers, and the non-debtor affiliates, all of whom are receiving releases under the Debtor's proposed plan.  Perhaps more concerning to the Committee is the lack of production we have received to date in response to our 2004 requests and the Debtor's position that discovery of the non-debtor affiliates is inappropriate.  Indeed, we still know practically nothing about the non-debtor affiliates and how they relate to the Debtor.  Based on the pace at which we are receiving information, as well as the outstanding discovery dispute that is central to the Committee's investigation, we do not see how the Committee will be in a position to investigate the propriety of the proposed releases on the Debtor's current timeline.

Please let us know as soon as possible if the Debtor consents to the adjournment request.

Best,
Darren

DARREN AZMAN
Partner
**McDermott Will & Emery LLP**  340 Madison Avenue, New York, NY 10173-1922
**Tel** +1 212 547 5615     **Mobile** +1 410 409 7591     **Email** dazman@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.