IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | § § § | Case No. 21-30923 (MI) |
| Debtor. | § § § | |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE THAT** the Official Committee of Unsecured Creditors of Griddy Energy LLC (the "Committee") hereby withdraws the *Transcript Order for the Hearing held on April 1, 2021* [Docket No. 220].

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Green Farms, CT 06838.

Dated: April 28, 2021

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

<u>/s/  Charles R. Gibbs</u>
Charles R. Gibbs
Texas State Bar No. 7846300
Shelby Perry (admitted *pro hac vice*)
2501 North Hardwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:  (214) 295-8000
Facsimile:  (972) 232-3098
Email:        crgibbs@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Blaine Adams (admitted *pro hac vice*)
340 Madison Ave.
New York, NY 10173-1922
Telephone:  (212) 547-5615
Facsimile:  (212) 547-5444
Email          dazman@mwe.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*