UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) ) ) | Case No. 21-30923 (MI) |
| Debtor. | ) ) | **Re. Docket No. 134** |

**FIRST SUPPLEMENTAL DECLARATION OF ROBIN SPIGEL IN SUPPORT OF DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BAKER BOTTS L.L.P. AS COUNSEL TO THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Robin Spigel, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

1. I am a partner of the law firm of Baker Botts L.L.P. ("Baker Botts"), which maintains offices for the practice of law at, among other places, 30 Rockefeller Plaza, New York, New York 10112. I am a member in good standing of the Bar of the State of New York. I have been admitted to the United States District Courts for the Southern and Eastern Districts of New York. I am admitted *pro hac vice* to the United States Bankruptcy Court for the Southern District of Texas in the chapter 11 case [Docket No. 30].

2. I submit this first supplemental declaration (the "Declaration") in support of the application [Docket No. 134] (the "Application") of the debtor and debtor in possession in the above-captioned case (the "Debtor") filed on April 6, 2021 to retain and employ Baker Botts as

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

1

counsel to the Debtor in its chapter 11 case, effective as of the Petition Date.[2]  I have personal knowledge of the matters set forth herein.

3. On April 27, 2021, Baker Botts was retained by two of the Debtor's non-debtor affiliates, Griddy Technologies LLC ("Griddy Tech") and Griddy Pro LLC ("Griddy Pro"), for the limited purpose of responding to the Official Committee of Unsecured Creditors' Bankruptcy Rule 2004 discovery requests and representing such parties in any related disputes.  For the avoidance of doubt, Baker Botts will not seek compensation from the Debtor in relation to services provided to Griddy Tech and Griddy Pro.

4. I believe that Baker Botts is and remains eligible for employment and retention by the Debtor pursuant to sections 327(a), 328(a) and 1107(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Bankruptcy Local Rules.

Dated:  April 28, 2021                              Respectfully submitted,

                                                                          */s/ Robin Spigel*
Name: Robin Spigel
Title: Partner, Baker Botts L.L.P.

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.