**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING DEBTOR AND NON-DEBTOR**
**AFFILIATES' MOTION TO QUASH AND FOR A PROTECTIVE ORDER**

Upon the *Debtor and Non-Debtor Affiliates' Motion to Quash and for a Protective Order* [Docket No. 165] (the "Motion")[2] filed by the debtor and debtor in possession in the above-captioned case (the "Debtor") and the Non-Debtor Affiliates (as such term is defined in the Motion); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of the chapter 11 case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and, after due deliberation, the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at any hearing before the Court; and good and sufficient cause appearing therefor;

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396.  The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[2] Capitalized terms not defined herein have the meaning given to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Committee's Rule 2004 Notice is quashed as to the Non-Debtor Affiliates.

3. Requests directed to the Debtor relating to the Non-Debtor Affiliates are limited to only call for production of information relating to both the Debtor and Non-Debtor Affiliates.

4. The following limitations are placed on the Rule 2004 Notices:

    a. Request No. 6 of the First Notice is limited to documents sufficient to evidence the Debtor's organizational structure;

    b. Request No. 10 of the First Notice is limited to documents sufficient to evidence the name, title, and period of service of current and former officers or directors;

    c. Request No. 14 of the First Notice is limited to the insurance policies maintained by the Debtor;

    d. Request Nos. 3 and 4 of the Second Notice are limited to call only for documents responsive to the Committee's other more-tailored requests.

5. The Debtor is hereby authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2021

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE