**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | Case No. 21-30923 (MI) |
| Debtor. | |

**CERTIFICATE OF NO OBJECTION TO DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BAKER BOTTS L.L.P. AS COUNSEL TO THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

1. On April 6, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor") filed the *Debtor's Application for Entry of an Order Authorizing Retention and Employment of Baker Botts L.L.P. as Counsel to the Debtor Effective as of the Petition Date* [Docket No. 134] (the "Application").

2. On the same day, the Application was served on (i) all parties registered to receive such service via the Court's CM/ECF; and (ii) the parties listed in the Application. *See* Certificate of Service [Docket No. 166].

3. Responses to the Application were due April 27 at 4:00 p.m. (CDT) (the "Objection Deadline"). A proposed order (the "Proposed Order") granting the relief requested was filed as Exhibit A to the Application and is attached hereto as Exhibit 1.

4. In accordance with Paragraph 41 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than 24 hours have passed since the Objection Deadline,

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

(ii) the undersigned counsel is unaware of any objections to the Application or entry to the Proposed Order, and (iii) the undersigned counsel has reviewed the Court's docket and no objection or response to the Application appears thereon.

5.      Therefore, the Debtor respectfully requests entry of the Proposed Order.

Dated:  April 28, 2021
        New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

***Proposed Counsel to the Debtor and Debtor in Possession***

**<u>Certificate of Service</u>**

I certify that on April 28, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ ChrisNewcomb*
Chris Newcomb