**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S AGENDA OF MATTERS SET FOR**
**HEARING ON APRIL 29, 2021 AT 9:00 A.M. (CDT)**

> **The hearing will be held electronically. For audio, you must dial into the Court's dial in facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting**

The above-referenced debtor and debtor in possession (the "Debtor") hereby files its Agenda of matters set for a hearing on **Thursday, April 29, 2021 at 9:00 a.m. (CDT).**

1. Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 24].

   **Related Documents:**

   A. Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 22].

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

B. Disclosure Statement for Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 23].

C. Certificate of Service [Docket No. 49].

D. Notice of Hearing on Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 80].

E. Certificate of Service [Docket No. 87].

F. Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 175].

G. Disclosure Statement for the Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 176]

H. Notice of Filing of Revised Proposed Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 177].

I. Objection of Electric Reliability Council of Texas, Inc. to (A) the [Proposed] Disclosure Statement for Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the United States Bankruptcy Code, and (B) Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 186]

J. Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 187].

K. Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to (I) File the Objection under Seal and (II) Redact

    Confidential Portions Thereof Filed by Creditor Committee Official Committee Of Unsecured Creditors [Docket No. 188].

L. Declaration of Darren Azman in Support of Objections of the Official Committee of Unsecured Creditors to the Debtors' (I) Disclosure Statement Motion and (II) Motion to Quash [Docket No. 197].

M. Certificate of Service [Docket No. 203].

N. Debtor's Exhibit and Witness List for April 29, 2021 Hearing [Docket No. 206]

O. Objection of Karen Prescott Individually and on Behalf of All Similarly Situated Customers of the Debtor Suffering Property Damage or Personal Injuries to: (A) the [Proposed] Disclosure Statement for Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the United States Bankruptcy Code, and (B) Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 210]

P. Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on April 29, 2021 [Docket No. 211].

Q. Notice of Filing of Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 212].

R. Notice of Filing of Disclosure Statement for the Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 213].

S. Notice of Filing of Further Revised Proposed Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 214].

T. Debtor's Omnibus Reply in Support of (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation Procedures and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 215].

    U.  Debtor's Motion to (a) File Under Seal Debtor's Omnibus Reply in Support of (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan; and (b) Redact Confidential Provisions Thereof [Docket No. 216].

    V.  Debtor's Amended Exhibit and Witness List for April 29, 2021 Hearing [Docket No. 218].

**Status**: This matter is going forward.

2. Debtor and Non-Debtor Affiliates' Motion to Quash and for a Protective Order [Docket No. 165].

   **Related Documents:**

   A. Certificate of Service [Docket No. 169].

   B. Objection of the Official Committee of Unsecured Creditors to Debtor and Non-Debtor Affiliates' Motion to Quash and for a Protective Order [Docket No. 193].

   C. Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to (I) File the Objection to Motion to Quash Under Seal; (II) File the Azman Declaration Under Seal; and (III) Redact Confidential Portions Thereof [Docket No. 195].

   D. Declaration of Darren Azman in Support of Objections of the Official Committee of Unsecured Creditors to the Debtors' (I) Disclosure Statement Motion and (II) Motion to Quash [Docket No. 197].

   E. Notice of Hearing on Debtor and Non-Debtor Affiliates' Motion to Quash and for a Protective Order [Docket No. 198].

   F. Certificate of Service [Docket No. 205].

   G. Debtor's Exhibit and Witness List for April 29, 2021 Hearing [Docket No. 206].

   H. Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on April 29, 2021 [Docket No. 211].

   I. Debtor and Non-Debtor Affiliates' Reply in Support of Motion to Quash and for a Protective Order [Docket No. 217].

    J. Debtor's Amended Exhibit and Witness List for April 29, 2021 Hearing [Docket No. 218].

    K. Notice of Filing of Proposed Order for Debtor and Non-Debtor Affiliates' Motion to Quash and for a Protective Order [Docket No. 223]

**Status**: This matter is going forward.

3. Motion of Debtor for Entry of an Order Authorizing Retention and Compensation of Certain Professionals Used in the Ordinary Course of Business (the "<u>OCP Motion</u>") [Docket No. 69].

    **Related Documents:**

    A. Notice of Hearing on April 29, 2021 at 9:00 A.M. [Docket No. 73].

    B. Certificate of Service [Docket No. 86].

    C. The State of Texas's Objection to the Debtor's Motion for Entry of an Order Authorizing Retention and Compensation of Certain Professionals Used in the Ordinary Course of Business [Docket No. 173].

    D. Limited Joinder of the Official Committee of Unsecured Creditors to the State of Texas's Objection to the Debtor's Motion for Entry of an Order Authorizing Retention and Compensation of Certain Professionals Used in the Ordinary Course of Business [Docket No. 174].

    E. Certificate of Counsel Regarding Motion of the Debtor for Entry of an Order Authorizing Retention and Compensation of Certain Professionals Used in the Ordinary Course of Business [Docket No. 219].

    **Status**: The Debtor has filed a certificate of counsel attaching a revised proposed order that resolves all pending objections and responses to the OCP Motion. This matter is going forward.

4. Debtor's Application for Entry of an Order Authorizing Retention and Employment of Baker Botts L.L.P. as Counsel to the Debtor Effective as of the Petition Date (the "<u>Baker Botts Retention Application</u>") [Docket No. 134].

    **Related Documents:**

    A. Notice of Hearing on Debtor's Application for Entry of an Order Authorizing Retention and Employment of Baker Botts L.L.P. as Counsel to the Debtor Effective as of the Petition Date [Docket No. 139].

    B. Certificate of Service [Docket No. 166].

    C.  Notice of Filing of Revised Schedule 2 to Declaration of Robin Spigel in Support of Debtor's Application for Entry of an Order Authorizing Retention and Employment of Baker Botts L.L.P. as Counsel to the Debtor Effective as of the Petition Date [Docket No. 178].

    D.  First Supplemental Declaration of Robin Spigel in Support of Debtor's Application for Entry of an Order Authorizing Retention and Employment of Baker Botts L.L.P. as Counsel to the Debtor Effective as of the Petition Date [Docket No. 222].

    E.  Certificate of No Objection to Debtor's Application for Entry of an Order Authorizing Retention and Employment of Baker Botts L.L.P. as Counsel to the Debtor Effective as of the Petition Date [Docket No. 225].

**Status**: The Debtor has not received any objections or responses to the Baker Botts Retention Application and has filed a certificate of no objection with the Court on April 28, 2021.  This matter is going forward.

5.  Status Conference - Khoury v Griddy Energy LLC (Adversary No. 21-03041)

    **Related Documents:**

      A.  Joint Stipulation [Adv. Docket No. 6].

    **Status**: This matter is going forward.

[*The remainder of this page is intentionally left blank.*]

Dated: April 28, 2021
     New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Proposed Counsel to the Debtor and Debtor in Possession*

### Certificate of Service

     I certify that on April 28, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

     */s/ Chris Newcomb*
     Chris Newcomb