IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| GRIDDY ENERGY LLC, | § | CASE NO. 21-30923 (MI) |
| | § | |
| Debtor. | § | |

**JOINDER OF TORT CLAIMANT IN THE RELIEF SOUGHT IN OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR AND NON-DEBTOR AFFILIATES' MOTION TO QUASH AND FOR A PROTECTIVE ORDER [Dkt# 193]**

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

Karen Prescott ("Tort Claimant," "Customer," or "Movant") individually and on behalf of all similarly situated customers of the Debtor suffering property damage or personal injuries (the "Tort Claimant Customers") ("Tort Claimants") files this Joinder In the Relief Sought In the Objection of the Official Committee of Unsecured Creditors to Debtor and Non-Debtor Affiliates' [Dkt# 193]. Motion to Quash and for a Protective Order [Dkt# 165].

**I.
TORT CLAIMANTS' JOINDER IN THE UCC OBJECTION TO THE DEBTOR'S MOTION TO QUASH**

1. Tort Claimants are Customers and creditors of the Debtor with claims arising from property damages, business interruption losses, personal injury including claims for wrongful death. Movant in all things presents these objections only to the extent that such objections do not violate the Abatement Order. Movant incorporates herein by references as if fully set out herein verbatim, the Motion to Lift Abatement.

2. The Tort Claimants join in all things the Objection filed by the UCC to the Debtor's Motion to Quash [Dkt# 193] and the relief sought therein.

WHEREFORE, the Tort Claimants requests that the Court enter an order (i) denying the Motion to Quash, and (ii) granting such other and further relief as the Court may deem just and proper.

Dated:    April 28, 2021

Respectfully submitted,

/s/ Shelby A. Jordan
Shelby A. Jordan
Texas Bar No. 11016700
Fed Bar No. 2195
Jordan, Holzer & Ortiz, P.C.
500 N. Shoreline Blvd, Suite 900
Corpus Christi, Texas 78401
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
sjordan@jhwclaw.com
Bankruptcy Counsel for
Larry Duane Ford

Sander L. Esserman
Texas Bar No. 06671500
Peter C. D'Apice
Texas Bar No. 05377783
**STUTZMAN BROMBERG ESSERMAN & PLIKFA**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Email: esserman@sbep-law.com
        dapice@sbep-law.com
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

**State Court Counsel for Movants**
Larry F. Taylor, Jr.
Texas Bar No. 24071156
**THE COCHRAN FIRM**
3400 Carlisle St., Ste. 550
Dallas, TX 75204
Email: ltaylor@cochrantexas.com

Telephone: (214) 651-4260
Facsimile: (214) 651-4261

Mikal C. Watts
Texas Bar No. 20981820
**WATTS GUERRA LLP**
Four Dominion Drive
Bldg. 3, Suite 100
San Antonio, TX 78257
Email: mcwatts@wattsguerra.com
Telephone: (210) 447-0500
Facsimile: (210) 447-0501

Patrick A. Luff
Texas Bar No. 24092728
Matthew R. McCarley
Texas Bar No. 24041426
C. Bryan Fears
Texas Bar No. 24040886
N. Majed Nachawati
Texas Bar No. 24038319
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
Email: pluff@fnlawfirm.com
        mccarley@fnlawfirm.com
        fears@fnlawfirm.com
        mn@fnlawfirm.com
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

Jerrold S. Parker
New York Bar No. 1894666
*Pro hac vice application to be filed*
Raymond Silverman
New York Bar No. 3033743
*Pro hac vice application to be filed*

Melanie Muhlstock
New York Bar No. 2858900
*Pro hac vice application to be filed*
Nicholas F. Morello New Jersey Bar No. 322572020
*Pro hac vice application to be filed*
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, NY 11050

Email: jerry@yourlawyer.com
rsilverman@yourlawyer.com
mmuhlstock@yourlawyer.com
nmorello@yourlawyer.com
Telephone: (516) 723-4629
Facsimile: (516) 723-4729

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that notice of the filing of this document has been served on the below named parties by available knowledge by the Court's CM/ECF system on April 28, 2021.

Jamil N Alibhai on behalf of Creditor ERCOT
jalibhai@munsch.com, atellez@munsch.com

Karen Hope Beyea-Schroeder on behalf of Creditor Charles Huppert
karen.schroeder@rburnettlaw.com

Karen Hope Beyea-Schroeder on behalf of Creditor Thomas Clark
karen.schroeder@rburnettlaw.com

Jason B. Binford on behalf of Interested Party Public Utility Commission of Texas
Jason.binford@oag.texas.gov

Riley Burnett on behalf of Creditor Charles Huppert
rburnett@rburnettlaw.com

Riley Burnett on behalf of Creditor Thomas Clark
rburnett@rburnettlaw.com

Kevin Chiu on behalf of Debtor Griddy Energy LLC
kevin.chiu@bakerbotts.com

Shawn M Christianson on behalf of Creditor Buchalter, a Professional Corporation
schristianson@buchalter.com, cmcintire@buchalter.com

Jeffrey R Cox on behalf of Interested Party Bernice Willman
jcox@slmpc.com

David Robert Eastlake on behalf of Debtor Griddy Energy LLC
david.eastlake@bakerbotts.com

James Ryan Fowler on behalf of Creditor Lisa Sandifer Khoury
rfowler@potts-law.com, pcolburn@potts-law.com

James Ryan Fowler on behalf of Plaintiff Lisa Khoury
rfowler@potts-law.com, pcolburn@potts-law.com

Charles R Gibbs on behalf of Creditor Committee Official Committee Of Unsecured Creditors
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com

Tara L Grundemeier on behalf of Creditor Harris County, et al.
houston_bankruptcy@publicans.com

John Lawrence on behalf of Debtor Griddy Energy LLC
john.lawrence@bakerbotts.com, jessica.aquino@bakerbotts.com

John Lawrence on behalf of Defendant Griddy Energy LLC
john.lawrence@bakerbotts.com, jessica.aquino@bakerbotts.com

John Lawrence on behalf of Defendant Griddy Holdings LLC
john.lawrence@bakerbotts.com, jessica.aquino@bakerbotts.com

Kevin M Lippman on behalf of Creditor ERCOT
klippman@munsch.com, pmoore@munsch.com

Christopher R. Newcomb on behalf of Debtor Griddy Energy LLC
chris.newcomb@bakerbotts.com, jacob.herz@bakerbotts.com

Kelli S. Norfleet on behalf of Creditor Macquarie Energy LLC
kelli.norfleet@haynesboone.com, kenneth.rusinko@haynesboone.com

Kelli S. Norfleet on behalf of Creditor Macquarie Investments US Inc.
kelli.norfleet@haynesboone.com, kenneth.rusinko@haynesboone.com

Rachel Ruth Obaldo on behalf of Interested Party State of Texas
bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov

Deborah Michelle Perry on behalf of Creditor ERCOT
dperry@munsch.com

Michael Alan Rosenthal on behalf of Interested Party Luminant Energy Company LLC
MBischoping@gibsondunn.com;kmatorana@gibsondunn.com

Jonathan Rubenstein on behalf of Defendant Griddy Energy LLC
jonathan.rubenstein@bakerbotts.com

Jonathan Rubenstein on behalf of Defendant Griddy Holdings LLC
jonathan.rubenstein@bakerbotts.com

Bruce J Ruzinsky on behalf of Creditor Texas-New Mexico Power Company
bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Abigail R. Ryan on behalf of Interested Party State of Texas
Abigail.Ryan@oag.texas.gov

Robin Spigel on behalf of Debtor Griddy Energy LLC
robin.spigel@bakerbotts.com

Stephen Douglas Statham on behalf of U.S. Trustee US Trustee

stephen.statham@usdoj.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee
jana.whitworth@usdoj.gov

                                                */s/ Shelby A. Jordan*
                                                Shelby A. Jordan