# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | § § § | Case No. 21-30923 (MI) |
| Debtor. | § § § | **Relates to Docket Nos. 165, 193, 228** |

## ORDER DENYING THE DEBTOR AND NON-DEBTOR AFFILIATES' MOTION TO QUASH AND FOR A PROTECTIVE ORDER

Upon the motion (the "Motion")[2] of the debtor and non-debtor affiliates (as such term is defined in the Motion) in the above-captioned case for entry of an order granting the *Debtor and Non-Debtor Affiliates' Motion to Quash and for a Protective Order* [Docket No. 165]; and upon consideration of the objection of the Official Committee of Unsecured Creditors [Docket No. 193] (the "Committee Objection") and the *Joinder of Tort Claimant in the Relief Sought in Objection of the Official Committee of Unsecured Creditors to Debtor and Non-Debtor Affiliates' Motion to Quash and for a Protective Order* [Docket No. 228] (the "Tort Claimant Objection", and together with the Committee Objection, the "Objections"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and the Objections; and the

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Green Farms, CT 06838.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Motion.

Court having determined that the legal and factual bases set forth in the Motion fail to establish just cause for the relief requested therein; and after deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is DENIED, however, the following limitations are placed on the Notices:

    a. Request No. 6 of the First Notice is limited to documents sufficient to evidence the Debtor's organizational structure;

    b. Request No. 10 of the First Notice is limited to documents sufficient to evidence the name, title, and period of service of current and former officers or directors; and

    c. Request Nos. 3 and 4 of the Second Notice are limited to call only for documents responsive to the Committee's other more-tailored requests.

2. The Debtor is directed to produce to the Committee all information in the Notices related to the Non-Debtor Affiliates.

3. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

*[Remainder of Page Intentionally Left Blank]*

5. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2021
       Houston, Texas

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE