# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, April 29, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Jamil | Alibhai | Munsch Hardt Kopf & Harr, P.C. | ERCOT, Inc. |
| Darren | Azman | McDermott Will & Emery LLP | Counsel to the Committee |
| Karen | Beyea-Schroeder | Burnett Law Firm | Huppy; Khoury |
| Jason | Binford | Office of the Attorney General of Texas | Public Utility Commission of Texas |
| Mary | Bischoping | Gibson, Dunn & Crutcher LLP | Counsel to Luminant, creditor and ERCOT member |
| Matthew G. | Bouslog | Gibson, Dunn & Crutcher LLP | Counsel to Luminant, creditor and ERCOT member |
| Charles | Gibbs | McDermott Will & Emery LLP | Counsel to the Committee |
| Shelby | Jordan | Jordan, Holzer & Ortiz, PC | Karen Prescott |
| John | Lawrence | Baker Botts L.L.P. | Debtor |
| Kevin | Lippman | Munsch Hardt Kopf & Harr, PC | Electric Reliability Council of Texas, Inc. |
| Patrick | Luff | Fears Nachawati Law Firm | Karen Prescott |
| Layla | Milligan | Office of the Texas Attorney General | The Public Utility Commission of Texas |
| Chris | Newcomb | Baker Botts | Debtor (Griddy Energy LLC) |
| Kelli | Norfleet | Haynes and Boone, LLP | Macquarie Energy LLC and Macquarie Investments US Inc. |
| Deborah | Perry | Munsch Hardt Kopf & Harr, PC | Electric Reliability Council of Texas, Inc. |
| Derek | Potts | Potts Law Firm LLP | Lisa Khoury, et al. |
| Abigail | Ryan | Texas Attorney General's Office | The Consumer Protection Division of the Texas Attorney General's Office |
| Robin | Spigel | Baker Botts LLP | Griddy Energy LLC |
| Angela | Tsai | Stretto | Griddy Energy LLC |
| Jana | Whitworth | United States Trustee | United States Trustee |