**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | § § | Case No. 21-30923 (MI) |
| Debtor. | § § § | **Relates to Docket Nos. 165, 193, 228** |

**NOTICE OF FILING OF AGREED PROPOSED ORDER GRANTING IN PART AND
DENYING IN PART THE DEBTOR AND NON-DEBTOR AFFILIATES'
<u>MOTION TO QUASH AND FOR A PROTECTIVE ORDER</u>**

**PLEASE TAKE NOTICE THAT**, on April 30, 2021, The Official Committee of Unsecured Creditors (the "<u>Committee</u>") filed the proposed *Order Granting in Part and Denying in Part the Debtor and Non-Debtor Affiliates' Motion to Quash and for a Protective Order* [Docket No. 165] (the "<u>Proposed Order</u>"), attached hereto as **Exhibit A**.

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396.  The mailing address for the Debtor is PO Box 1288, Green Farms, CT 06838.

## Consent to Entry

The following parties consent to entry of the Proposed Order:

| /s/ Chris Newcomb | /s/ Charles R. Gibbs |
|---|---|
| BAKER BOTTS L.L.P.<br>Chris Newcomb (*admitted pro hac vice*)<br>*30 Rockefeller Plaza*<br>New York, New York 10012-4498<br><br>*Counsel to the Debtor and Debtor in Possession* | MCDERMOTT WILL & EMERY LLP<br>Charles R. Gibbs<br>2501 North Harwood Street, Suite 1900<br>Dallas, Texas 75201<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |

## CERTIFICATE OF SERVICE

I certify that on April 30, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Gibbs*
Charles R. Gibbs