UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
|  | ) |
| Debtor. | ) |
|  | ) |

**NOTICE OF FILING OF SECOND AMENDED SCHEDULES OF ASSETS
AND LIABILITIES AND AMENDED STATEMENT OF FINANCIAL AFFAIRS**

**PLEASE TAKE NOTICE** that, on March 24, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor") filed its Statement of Financial Affairs ("SOFA") and Schedules of Assets and Liabilities (collectively, the "Schedules").

**PLEASE TAKE FURTHER NOTICE** that, on April 13, 2021, the Debtor filed an amended version of certain of its Schedules (the "Amended Schedules").

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtor has filed further amended versions of certain of the Schedules (the "Second Amended Schedules"). The amendments contained in the Second Amended Schedules consist of (i) reclassification of a portion of a claim on Schedule E/F that was inadvertently scheduled as a priority unsecured claim rather than an nonpriority unsecured claim, and (ii) the addition of a contract to Schedule G that had been inadvertently omitted from the Schedules.

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtor has filed an amended version of the SOFA (the "Amended SOFA"). The amendment contained in the

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

Amended SOFA consists of the removal of two payments reflected in SOFA 3 that were inadvertently listed in the SOFA.

**PLEASE TAKE FURTHER NOTICE** that copies of the Second Amended Schedules and the Amended SOFA can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtor' noticing and claims agent at http://cases.stretto.com/Griddy.

Dated: May 5, 2021

        **BAKER BOTTS L.L.P.**

By: */s/   Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel to the Debtor and Debtor in Possession*