**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Griddy Energy LLC,** | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

       I, Nathaniel Repko, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

       On or before May 3, 2021 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Authorizing Retention and Compensation of Certain Professionals Used in the Ordinary Course of Business** (Docket No. 234)

       Furthermore, on or before May 3, 2021 at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Declaration of Miguel A. Huerta Pursuant to Order Authorizing Retention and Compensation of Certain Professionals Used in the Ordinary Course of Business** (Docket No. 238)

- **Declaration of Amy Elizabeth Stewart Pursuant to Order Authorizing Retention and Compensation of Certain Professionals Used in the Ordinary Course of Business** (Docket No. 239)

- **Corrected Declaration of Anita-Marie Hill Laurie of Sitrick and Company Pursuant to Order Authorizing Retention and Compensation of Certain Professionals Used in the Ordinary Course of Business** (Docket No. 241)

Dated: May 10, 2021

                                        */s/ Nathaniel R. Repko*
                                        Nathaniel R. Repko
                                        STRETTO
                                        7 Times Square, 16th Floor
                                        New York, NY 10036
                                        855.478.2725
                                        Email:TeamGriddy@Stretto.com

# Exhibit A

 STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AEP Texas Inc. | Attn: Mark Hunt | 910 Energy Drive | | | Abilene | TX | 79602-7945 | |
| Alpha Employment Solutions | Attn: Penny Vita-Finzi | 580 Woodland Ave | | | Burlington | ON | L7R 2S5 | Canada |
| Bernice William | c/o Sheehy, Lovelace & Mayfield | Attn: Jeffrey R. Cox | 510 N. Valley Mills Dr., Suite 500 | | Waco | TX | 76710 | |
| CCH Incorporated | c/o Wolters Kluwer | Attn: CEO or General Counsel | PO Box 4307 | | Carol Stream | IL | 60197 | |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | 1111 Louisiana Street | | | Houston | TX | 77002 | |
| Charles Huppert, District Court of Harris County, Texas Case No. 2021-12101; and Thomas Clark, District Court of Harris County, Texas Case No.: 2021-12017 | c/o Burnett Law Firm | Attn: Riley L. Burnett, Jr and Karen H. Beyea-Schroeder | 3737 Buffalo Speedway, 18th Floor | | Houston | TX | 77098 | |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman and Deborah M. Perry | 500 N. Akard Street, Suite 3800 | | Dallas | TX | 75201-6659 | |
| Electric Reliability Council of Texas (ERCOT) | Attn: Phil Mincemoyer | 7620 Metro Center Drive | | | Austin | TX | 78744 | |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | | Philadelphia | PA | 19104-5016 | |
| Internal Revenue Service | Houston Division | 1919 Smith Street | | | Houston | TX | 77002 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | | Department of Treasury | | | Ogden | UT | 84201-0045 | |
| Lisa Khoury, et.al. | c/o Potts Law Firm, LLP | Attn: Derek H. Potts, J. Ryan Fowler, Batami Baskin | 3737 Buffalo Speedway, Suite 1900 | | Houston | TX | 77098 | |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal and Michael L. Raiff | 2001 Ross Avenue, Suite 2100 | | Dallas | TX | 75201 | |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher | Attn: Matthew G. Bouslog | 3161 Michelson Dr. | | Irvine | CA | 92612-4412 | |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Eric T. Haitz | 811 Main Street, Suite 3000 | | Houston | TX | 77002-6117 | |
| Macquarie Investments US Inc. & Macquarie Energy LLC | c/o Haynes and Boone LLP | Attn: Chad Mills | 1221 McKinney Street, Suite 4000 | | Houston | TX | 77010 | |
| Macquarie Investments US Inc. and Macquarie Energy LLC | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet and Arsalan Muhammad | 1221 McKinney Street, Suite 4000 | | Houston | TX | 77010 | |
| Meridian Business Centers | c/o Hartman Income REIT Management | Attn: Sara Lynn O'Dell | 11811 North Freeway, Ste 160 | | Houston | TX | 77060 | |
| Multiple Injured and Death Case Tort Claimants | c/o Jordan, Holzer & Ortiz, P.C | Attn: Shelby A. Jordan and Antonio Ortiz | 500 North Shoreline Blvd., Suite 900 | | Corpus Christi | TX | 78401 | |
| Office of The United States Trustee | Attn: Hector Duran, Jr. and Stephen Douglas Statham | 515 Rusk Street, Suite 3516 | | | Houston | TX | 77002 | |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Charles R. Gibbs | 2501 North Harwood Street, Suite 1900 | | Dallas | TX | 75201-1664 | |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman and Blaine Adams | 340 Madison Ave. | | New York | NY | 10173-1922 | |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | 1616 Woodall Rodgers | | | Dallas | TX | 75202 | |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | PO Box 4567 | | | Houston | TX | 77210-4567 | |
| Oracle America, Inc. | c/o Buchalter, a Professional Corporation | Attn: Shawn M. Christianson, Esq. | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | |
| Public Utility Commission of Texas | Attn: David Hoard | 1701 N. Congress | PO Box 13326 | | Austin | TX | 78711-3326 | |
| Public Utility Commission of Texas | c/o Office of the Attorney General of Texas | Bankruptcy & Collections Division | Attn: Jason B. Binford; Layla D. Milligan | PO Box 12548- MC 008 | Austin | TX | 78711-2548 | |
| RLI Insurance Company | Attn: Commercial Surety | 9025 N. Lindbergh Dr. | | | Peoria | IL | 61615 | |
| S4S, LLC | Attn: Charles Cella | 12631 Imperial Hwy Ste F126 | | | Santa Fe Springs | CA | 90670 | |
| Star Energy Partners | Attn: CEO or General Counsel | 3340 W Market St | | | Akron | OH | 44333 | |
| State of Texas | Office of The Attorney General | 300 W. 15Th St | | | Austin | TX | 78701 | |
| State of Texas | Office of the Attorney General of Texas | c/o Bankruptcy & Collections Division | Attn: Rachel R. Obaldo and Abigail R. Ryan | PO Box 12548 MC008 | Austin | TX | 78711-2548 | |
| Stripe, Inc. | Attn: CEO or General Counsel | 510 Townsend Street | | | San Francisco | CA | 94103 | |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | Lyndon B. Johnson State Office Building | 111 East 17th Street | | Austin | TX | 78744 | |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | PO Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | |
| Texas-New Mexico Power Company | Attn: CEO or General Counsel | 577 N Garden Ridge Blvd | | | Lewisville | TX | 75067 | |
| Texas-New Mexico Power Company | c/o Haynes and Boone, LLP | Attn: Bruce J. Ruzinsky and Tiara E. Seals | 1401 McKinney Street, Suite 1900 | | Houston | TX | 77010 | |
| The State of Texas | Attn: Rick Berlin & Dan Zwart | 808 Travis Street, Suite 1520 | | | Houston | TX | 77002 | |
| The State of Texas | Attn: Ken Paxton, Valeria Sartorio & Steven Robinson | 112 E. Pecan Street, Suite 735 | | | San Antonio | TX | 78205 | |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | Attn: Lee Saveliff | c/o Julia Sterling | 98 Imperial Ave | | Westport | CT | 06880 | |

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| AEP Texas Inc. | Attn: Mark Hunt | | crrtx@aep.com<br>mdhunt@aep.com |
| Alpha Employment Solutions | Attn: Penny Vita-Finzi | | penny@alpha-employment.com |
| Bernice William | c/o Sheehy, Lovelace & Mayfield | Attn: Jeffrey R. Cox | jcox@slm.law |
| CCH Incorporated | c/o Wolters Kluwer | Attn: CEO or General Counsel | cch-ar@wolterskluwer.com |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | | jewel.smith@centerpointenergy.com |
| Charles Huppert, District Court of Harris County, Texas Case No. 2021-12101; and Thomas Clark, District Court of Harris County, Texas Case No.: 2021-12017 | c/o Burnett Law Firm | Attn: Riley L. Burnett, Jr and Karen H. Beyea-Schroeder | Rburnett@rburnettlaw.com<br>karen.schroeder@rburnettlaw.com |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman and Deborah M. Perry | klippman@munsch.com<br>dperry@munsch.com |
| Electric Reliability Council of Texas (ERCOT) | Attn: Phil Mincemoyer | | ClientServices@ercot.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@publicans.com |
| Lisa Khoury, et al. | c/o Potts Law Firm, LLP | Attn: Derek H. Potts, J. Ryan Fowler, Batami Baskin | dpotts@potts-law.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal and Michael L. Raiff | MRosenthal@gibsondunn.com<br>MRaiff@gibsondunn.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher | Attn: Matthew G. Bouslog | MBouslog@gibsondunn.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Eric T. Haitz | EHaitz@gibsondunn.com |
| Macquarie Investments US Inc. & Macquarie Energy LLC | c/o Haynes and Boone LLP | Attn: Chad Mills | chad.mills@haynesboone.com |
| Macquarie Investments US Inc. and Macquarie Energy LLC | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet and Arsalan Muhammad | kelli.norfleet@haynesboone.com<br>arsalan.muhammad@haynesboone.com |
| Meridian Business Centers | c/o Hartman Income REIT Management | Attn: Sara Lynn O'Dell | sodell@hi-reit.com |
| Multiple Injured and Death Case Tort Claimants | c/o Jordan, Holzer & Ortiz, P.C | Attn: Shelby A. Jordan and Antonio Ortiz | sjordan@jhwclaw.com<br>aortiz@jhwclaw.com<br>ecf@jhwclaw.com |
| Office of The United States Trustee | Attn: Hector Duran, Jr. and Stephen Douglas Statham | | Hector.Duran.Jr.@jsdoj.gov<br>Stephen.statham@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Charles R. Gibbs | crgibbs@mwe.comsterry@mwe.com |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman  and Blaine Adams | dazman@mwe.combadams@mwe.com |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | | contactcenter@oncor.com |
| Oracle America, Inc. | c/o Buchalter, a Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Public Utility Commission of Texas | Attn: David Hoard | | david.hoard@puc.texas.gov |
| Public Utility Commission of Texas | c/o Office of the Attorney General of Texas | Bankruptcy & Collections Division | jason.binford@oag.texas.gov<br>layla.milligan@oag.texas.gov |
| RLI Insurance Company | Attn: Commercial Surety | | Chrissy.Eaton@rlicorp.com<br>support@rlicorp.com |
| S4S, LLC | Attn: Charles Cella | | charles.cella@strongforce.design |
| Star Energy Partners | Attn: CEO or General Counsel | | info@starenergypartners.com |
| State of Texas | Office of the Attorney General of Texas | c/o Bankruptcy & Collections Division | rachel.obaldo@oag.texas.gov<br>abigail.ryan@oag.texas.gov |
| Stripe, Inc. | Attn: CEO or General Counsel | | support@stripe.com |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | | bo.overstreet@cpa.texas.gov |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | | bo.overstreet@cpa.texas.gov |
| Texas-New Mexico Power Company | Attn: CEO or General Counsel | | MPRelations@pnmresources.com<br>MPRelations@tnmp.com |
| Texas-New Mexico Power Company | c/o Jackson Walker LLP | Attn: Bruce J. Ruzinsky and Tiara E. Seals | bruzinsky@jw.com tseals@jw.com |
| The State of Texas | Attn: Rick Berlin & Dan Zwart | | rick.berlin@oag.texas.gov<br>william.carpenter@oag.texas.gov |
| The State of Texas | Attn: Ken Paxton, Valeria Sartorio & Steven Robinson | | steven.robinson@oag.texas.gov<br>valeria.sartorio@oag.texas.gov |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | Attn: Lee Saveliff | c/o Julia Sterling | poley@optonline.net |

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Griddy Energy LLC | Attn: Roop Bhullar | PO Box 1288 | | | Greens Farms | CT | 06838 |
| Griddy Energy LLC | c/o Baker Botts LLP | Attn: David R. Eastlake | 910 Louisiana Street | | Houston | TX | 77002 |
| Griddy Energy LLC | c/o Baker Botts LLP | Attn: Robin Spigel and Chris Newcomb | 30 Rockefeller Plaza | | New York | NY | 10112 |
| Office of the United States Trustee for the Southern District of Texas | Attn: Jana Whitworth | 515 Rusk Street | Suite 3516 | | Houston | TX | 77002 |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman  and Blaine Adams | 340 Madison Ave. | | New York | NY | 10173-1922 |
| State of Texas | Office of the Attorney General of Texas | c/o Bankruptcy & Collections Division | Attn: Rachel R. Obaldo and Abigail R. Ryan | PO Box 12548 MC008 | Austin | TX | 78711-2548 |

# **<u>Exhibit D</u>**



**Exhibit D**
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Griddy Energy LLC | Attn: Roop Bhullar | | roop@griddy.com |
| Griddy Energy LLC | c/o Baker Botts LLP | Attn: David R. Eastlake | david.eastlake@bakerbotts.com |
| Griddy Energy LLC | c/o Baker Botts LLP | Attn: Robin Spigel and Chris Newcomb | robin.spigel@bakerbotts.com Chris.Newcomb@bakerbotts.com |
| Office of the United States Trustee for the Southern District of Texas | Attn: Jana Whitworth | | jana.whitworth@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman  and Blaine Adams | dazman@mwe.com;badams@mwe.com |
| State of Texas | Office of the Attorney General of Texas | c/o Bankruptcy & Collections Division | rachel.obaldo@oag.texas.gov abigail.ryan@oag.texas.gov |