## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Griddy Energy LLC,** | ) | **Case No. 21-30923 (MI)** |
| | ) | |
| **Debtor.** | ) | |

## CERTIFICATE OF SERVICE

I, Nathaniel Repko, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On May 4, 2021 at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Corrected Declaration of Miguel A. Huerta Pursuant to Order Authorizing Retention and Compensation of Certain Professionals Used in the Ordinary Course of Business** (Docket No. 248)

- **Declaration of Windes, Inc. Pursuant to Order Authorizing Retention and Compensation of Certain Professionals Used in the Ordinary Course of Business** (Docket No. 249)

Dated: May 10, 2021

*/s/ Nathaniel R. Repko*
Nathaniel R. Repko
STRETTO
7 Times Square, 16th Floor
New York, NY 10036
855.478.2725
Email:TeamGriddy@Stretto.com

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Griddy Energy LLC | Attn: Roop Bhullar | PO Box 1288 | | | Greens Farms | CT | 06838 |
| Griddy Energy LLC | c/o Baker Botts LLP | Attn: David R. Eastlake | 910 Louisiana Street | | Houston | TX | 77002 |
| Griddy Energy LLC | c/o Baker Botts LLP | Attn: Robin Spigel and Chris Newcomb | 30 Rockefeller Plaza | | New York | NY | 10112 |
| Office of the United States Trustee for the Southern District of Texas | Attn: Jana Whitworth | 515 Rusk Street | Suite 3516 | | Houston | TX | 77002 |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman  and Blaine Adams | 340 Madison Ave. | | New York | NY | 10173-1922 |
| State of Texas | Office of the Attorney General of Texas | c/o Bankruptcy & Collections Division | Attn: Rachel R. Obaldo and Abigail R. Ryan | PO Box 12548 MC008 | Austin | TX | 78711-2548 |

# **<u>Exhibit B</u>**

 **STRETTO**

**Exhibit B**

Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Griddy Energy LLC | Attn: Roop Bhullar | | roop@griddy.com |
| Griddy Energy LLC | c/o Baker Botts LLP | Attn: David R. Eastlake | david.eastlake@bakerbotts.com |
| Griddy Energy LLC | c/o Baker Botts LLP | Attn: Robin Spigel and Chris Newcomb | robin.spigel@bakerbotts.com Chris.Newcomb@bakerbotts.com |
| Office of the United States Trustee for the Southern District of Texas | Attn: Jana Whitworth | | jana.whitworth@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman  and Blaine Adams | dazman@mwe.com;badams@mwe.com |
| State of Texas | Office of the Attorney General of Texas | c/o Bankruptcy & Collections Division | rachel.obaldo@oag.texas.gov abigail.ryan@oag.texas.gov |