**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | **Relates to Docket No. 16** |

**ORDER FOR *FORMER CUSTOMERS*[2] OF THE DEBTOR ONLY:**
**(I) SETTING BAR DATE FOR FILING PROOFS OF CLAIM;**
**(II) APPROVING THE FORM OF AND MANNER FOR FILING**
**PROOFS OF CLAIM; AND (III) APPROVING NOTICE OF BAR DATES**

Upon the motion (the "Motion")[3] of the debtor and debtor in possession in the above-captioned case (the "Debtor") for entry of a final order (this "Order") (a) approving, among other things, the last date for Former Customers to file proofs of claim in this case and other related notices, and (b) granting related relief; and upon consideration of the First Day Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this

---

[1] The last four digits of the Debtor's federal tax identification number are 1396.  The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[2] A "Former Customer" is a person that (a) was a retail electricity customer (or legal representative of such customers) of the Debtor at any point from February 11, 2021 through February 19, 2021 and (b) is the holder of a claim of any kind against the Debtor that arose during or relates to the period from February 11, 2021 through February 19, 2021.

[3] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.  Except as otherwise defined herein and in the Motion, all terms specifically defined in the Bankruptcy Code shall have those meanings given to them by the Bankruptcy Code.  In particular, as used herein: (a) the term "claim" has the meaning given to it in section 101(5) of the Bankruptcy Code; (b) the term "entity" has the meaning given to it in section 101(15) of the Bankruptcy Code; (c) the term "governmental unit" has the meaning given to it in section 101(27) of the Bankruptcy Code; and (d) the term "person" has the meaning given to it in section 101(41) of the Bankruptcy Code.

District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing was adequate and appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at any hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at any Hearing establish just cause for the relief granted herein; and all objections to the Motion having been withdrawn, resolved or overruled; and this Court having on March 30, 2021 entered the *Order for Non-Former Customers of the Debtor Only: (i) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (ii) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date; (iii) Approving the Form and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests; and (iv) Approving Notice Bar Dates* [Docket No. 107] (the "Non-Former Customer Bar Date Order"); and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, the Debtor's estate, its creditors and other parties in interest; and upon all of the proceedings had before this Court; and after due deliberation and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     For purposes of this Order, the term "Former Customer" shall mean a person who (a) was a retail electricity customer (or the legal representative of such customer) of the Debtor at any point from February 11, 2021 through February 19, 2021 and (b) is the holder of a claim of any kind against the Debtor that arose during or relates to the period from February 11, 2021 through February 19, 2021. This Order shall apply only to Former Customers of the Debtor. That portion of the Motion pertaining to a bar date for creditors other than Former Customers of the

Debtor was granted to the extent set forth in the Non-Former Customer Bar Date Order [Docket No. 107].

2.      Each Former Customer that asserts a claim against the Debtor that arose before March 15, 2021 (the "Petition Date") shall be required to file an original, written proof of claim (a "Proof of Claim") substantially in the form attached hereto as Exhibit 1.[4]

3.      All Proofs of Claim filed by Former Customers must be filed so that they are actually received by Stretto on or before **10:00 p.m. (prevailing Central Time) on July 19, 2021** (the "Former Customer Claims Bar Date") at the addresses and in the form set forth herein.

4.      The Debtor, including through Stretto, is authorized to take reasonable action to prevent personally identifiable information from being publicly available on the claims register and the pdf images of such persons' or entities' claims shall not be publicly filed.

5.      The Former Customer Claims Bar Date applies to all types of claims of any Former Customer against the Debtor that arose or are deemed to have arisen before the Petition Date, except for claims specifically exempt from complying with the Former Customer Claims Bar Date as set forth in this Order.

6.      If the Debtor files amended Schedules after having given notice of the Former Claims Bar Date, the Debtor shall give notice by electronic mail to the Former Customers affected thereby, including notice of the deadline to file proofs of claim in response to the amendment or supplement to the Schedules.  Except for entities that are exempt from complying with the Former Customer Claims Bar Date, as set forth in this Order, the deadline for those Former Customers affected by an amendment or supplement to the Schedules to file Proofs of Claim, if necessary,

---

[4]    Former Customers may obtain a Proof of Claim form applicable to Former Customers at: https://cases.stretto.com/Griddy/Customers or by calling toll free: (855) 478-2725.

3

shall be the later of (a) the Former Customer Claims Bar Date, or (b) 5:00 p.m. (prevailing Central Time), on the date that is 21 days from the date the notice of the Schedule amendment is provided (or another time period as may be fixed by the Court) (the "<u>Former Customer Amended Schedules Bar Date</u>" and together with the Former Customer Claims Bar Date, the "<u>Bar Dates</u>").

7.     All Proofs of Claim of Former Customers must be filed so as to be **<u>actually received</u>** by Stretto on or before the applicable Bar Date.  If Proofs of Claim of Former Customers are not received by Stretto on or before the applicable Bar Date, except in the case of certain exceptions explicitly set forth in this Order, the Former Customers that hold the underlying claims may be, by future order of the Court, barred from asserting such claims against the Debtor, and precluded from receiving distributions from the Debtor on account of such claims in the chapter 11 case.

**I.     Parties Required to File Proofs of Claim**

8.     All Former Customers holding claims against the Debtor arising before the Petition Date shall file Proofs of Claim on or before the applicable Bar Date.

**II.     Parties Exempted from the Bar Date.**

9.     Notwithstanding anything contained in this Order, the following entities and categories of claimants shall **<u>not</u>** be required to file a Proof of Claim by the Bar Date:

a.     any party that is <u>not</u> a Former Customer of the Debtor, *provided that* such party may be required to file a Proof of Claim by the applicable deadline set forth in the Non-Former Customer Bar Date Order;

b.     any Former Customer that already has filed a signed Proof of Claim against the Debtor with Stretto;

c.     any Former Customer whose claim has previously been allowed by a final order of the Court;

d.     any entity holding a claim for which a separate deadline is fixed by this Court.

4

**Separate bar dates for creditors that are not Former Customers have been set in the Non-Former Customer Bar Date Order [Docket No. 107].  Such parties should consult the Non-Former Customer Order for the bar date applicable to them.**

III.     **Substantive Requirements of Proofs of Claim.**

10.     The following requirements shall apply with respect to filing and preparing each Proof of Claim:

a.     ***Contents***.  Each Proof of Claim must: (i) be legible; (ii)  conform substantially to the Proof of Claim form provided by the Debtor and attached hereto as Exhibit 1; and (iii) include the Former Customers' email address; and (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant on behalf of the claimant, whether such signature is an electronic signature or is ink.

b.     ***Electronic Signatures Permitted***.  Proofs of Claim signed electronically by the claimant or an authorized agent or legal representative of the claimant may be deemed acceptable for purposes of claims administration.  Copies of Proofs of Claim or Proofs of Claim sent by facsimile or electronic mail will not be accepted.

c.     ***Supporting Documentation***.  In order to have *prima facie* validity, each Proof of Claim must include supporting documentation in accordance with Bankruptcy Rules 3001(c) and 3001(d).  If, however, such documentation is voluminous such Proof of Claim may include a summary of such documentation or an explanation as to why such documentation is not available.

d.     ***Timely Service***.  Each Proof of Claim must be filed, including supporting documentation, so as to be ***actually received*** by Stretto as follows:

(i) by electronic submission through the interface available at https://cases.stretto.com/Griddy/Customers or

(ii) if submitted through non-electronic means, by U.S. Mail or other hand delivery system at the following address:

**If by First-Class Mail:**
Griddy Energy LLC Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

**If by Hand Delivery or Overnight Mail**
Griddy Energy LLC Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

---

**PROOFS OF CLAIM SUBMITTED BY FACSIMILE
OR ELECTRONIC MAIL WILL NOT BE ACCEPTED.**

---

      e.    ***Receipt of Service***.  Claimants wishing to receive acknowledgment by mail that their Proofs of Claim were received by Stretto must submit (i) a copy of the Proof of Claim form (in addition to the original Proof of Claim form sent to Stretto) and (ii) a self-addressed, stamped envelope.  If you file your Proof of Claim electronically at https://cases.stretto.com/Griddy/Customers, you will receive a confirmation email from DocuSign (dse_na2@docusign.net) and the email subject will be "Completed: Griddy Customer Claim Form."

**IV.  Procedures for Providing Notice of the Former Customer Claims Bar Date**.

      **A.    Notification to Former Customer.**

      11.    On or as soon as is reasonably practicable after the date on which this Order is entered (and in any event by no later than three (3) business days after the date on which this Order is entered) (the "Service Date"), the Debtor shall provide notice of the Former Customer Claims Bar Date, substantially in the form attached hereto as Exhibit 2 (the "Former Customer Bar Date Notice"), and a Proof of Claim form with instructions (together, the "Non-Former Customer Bar Date Package") to be served via electronic mail to the following:

      a.    all Former Customers;

      b.    the U.S. Trustee for Region 7;

      c.    proposed counsel for any Committee;

      d.    all entities that have requested notice of the proceedings in this chapter 11 case pursuant to Bankruptcy Rule 2002 as of the date of the Order.

      12.    The Debtor shall provide notice of the Former Customer Claims Bar Date to its Former Customers by sending an email to such customers including a link to Stretto's website (https://cases.stretto.com/Griddy/Customers) where its Former Customers can access the Former

Customer Bar Date Package, in substantially the form attached hereto as <u>Exhibit 3</u>.  If the email address of a Former Customer is no longer in use or the email is undeliverable, the Debtor shall send a text message to the Former Consumer (based on the last known phone number in the Debtor's books and records) containing the link to Stretto's website and indicating that the Debtor attempted to email the Former Customer at his or her last known email address with an important document related to the Debtor's chapter 11 case and the Former Customer can access the Former Customer Bar Date Package by clicking on: <u>https://cases.stretto.com/Griddy</u> and going to the "Customers" tab.  No further action or notice shall be required.

**B.      Supplemental Mailings.**

13.      After the initial emails of the Former Customer Bar Date Package, the Debtor may, in its discretion, provide supplemental emails of notices or packages, including in the event that additional potential claimants become known after the initial emailing of the Former Customer Bar Date Package.  The Debtor may make supplemental mailings of the Former Customer Bar Date Package in these and similar circumstances at any time up to 21 days in advance of the applicable Bar Date, with any such emails being deemed timely and the Bar Date being applicable to the recipient creditors.

**V.  Consequences of Failure to File a Proof of Claim.**

14.      Any entity who is required (and not exempt) under this Order, but fails, to file a Proof of Claim in accordance with this Order on or before the applicable Bar Date may, by future order of the Court, be forever barred, estopped, and enjoined from asserting such claim against the Debtor and its property (or filing a Proof of Claim with respect thereto) and may, by future order

of the Court, be forever enjoined from asserting claims against the Debtor for any and all indebtedness or liability with respect to or arising from such claim.

15.     Any such entity who is required (and not exempt) under this Order but fails, to file a Proof of Claim in accordance with this Order on or before the applicable Bar Date shall be prohibited from participating in any distribution in the chapter 11 case on account of such claim, or receiving further notices regarding such claim.

16.     Non-Former Customers are not required to file a Proof of Claim under this Order. A separate bar date for Non-Former Customers has been set pursuant to the Non-Former Customers Bar Date Order [Docket No. 107].

**VI.  Miscellaneous.**

17.     This Order and the Former Customer Bar Date Notice shall be prominently displayed on the Debtor's website: https://cases.stretto.com/Griddy/Customers.

18.     Upon receipt of a proof of claim or a transfer of claim, Stretto shall stamp the receipt date and time on the document before filing it with the Court.  The Clerk need not physically transfer any claim that the Clerk receives electronically to Stretto.  The Clerk shall, by using Stretto's overnight express account, transmit to Stretto any paper proof of claim that it receives.

19.     Notice of the Bar Dates as set forth in this Order and in the manner set forth herein (including, but not limited to, the Former Customer Bar Date Notice and any supplemental notices that the Debtor may send from time to time) constitutes adequate and sufficient notice of the applicable Bar Dates and satisfies the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules.

20.     The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.  The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8

21.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2021
      Houston, Texas

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

**Proposed Former Customer Proof of Claim Form**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS | **PROOF OF CLAIM FOR FORMER CUSTOMERS** |
|---|---|

| Name of Debtor:<br><br>Griddy Energy LLC | Case Number:<br><br>21-30923 | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**COURT USE ONLY**

Name of Former Customer filing this claim (or on whose behalf this claim is being filed)

You may submit your proof of claim in one of two ways:

**Electronic Submission:**
You may submit your claim to the Administrator by electronic submission through the interface available at https://cases.stretto.com/Griddy/Customers.

Or

**Submission by First-Class Mail, Hand Delivery and Overnight Mail**
Griddy Energy LLC Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Telephone number: 855-478-2725          email: GriddyInquiries@stretto.com

*DO NOT SEND YOUR PROOF OF CLAIM BY FACSIMILE OR IN AN EMAIL. THOSE WILL NOT BE ACCEPTED.*

❏ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from the information you fill out in #5 below (Signature)):

Telephone number:                    email:

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**PLEASE FILL IN ALL AMOUNTS FOR WHICH YOU ARE ASSERTING A CLAIM AGAINST GRIDDY. YOU DO NOT NEED TO FILL IN ANY AMOUNTS IF YOU ARE NOT ASSERTING A CLAIM.**

**1.** ❏ I am a Former Customer of Griddy and as a result of the February 13-19, 2021 winter storm, I was billed in the amount of $_____ for electricity used during this time period. Documentation supporting these charges is attached.

*AND/OR*

**2.** ❏ I am a Former Customer of Griddy and actually paid Griddy $_____ for the electricity used during the February 13-19, 2021 winter storm. Documentation supporting these payments is attached.

*AND/OR*

**3.** ❏ I am a Former Customer of Griddy and have another type of claim to make, whether known or unknown, contingent or non-contingent.
How much is the claim? $_____
Please explain the basis for your claim: _____
_____
_____

**4.** Confirm whether you have disputed any Griddy electricity charges and whether you have received a full or partial refund from your credit card company:
☐ I confirm I have <u>not</u> disputed any electric charges
☐ I confirm I have disputed charges <u>but</u> have not received a full or partial refund.
☐ I have disputed these charges and have <u>received</u> a full or partial refund in the total amount of $_____.

**5. Signature**
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief and that I am the Former Customer or authorized to sign below on behalf of the Former Customer.

Signature:_____          Date: _____

| Print Name: _____<br>Title: _____<br>Company: _____ | Address and telephone number (if different from notice address above):<br><br><br>Address: _____<br>Telephone: _____ |
|---|---|

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.**

## Instructions for Former Customer Proof of Claim

**These instructions and definitions generally explain the law. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

### How to fill out this proof of claim form

- **Fill in all of the information about your claim from events that occurred prior to March 15, 2021, thedate Griddy filed for bankruptcy.**

- **You are not required to file a claim but have a right to submit one according to these instructions.**

- **Attach any supporting documents to this form. If you are mailing your claim form, do not attach original documents because attachments may be destroyed after scanning.**
  Instead attach <u>copies</u> of any documents that support theamount you are claiming.

  Examples of such documents are copies or screen shots of bills from Griddy, statements from banks or credit cards showing payments made by the Former Customer to Griddy, or other documents that help prove any amount you are claiming.

- **If you have too many documents to attach to your proof of claim or do not have supporting documents, attach a statement describing your documents or an explanation why you do not have any documents to attach.**

- **Information that is entitled to privacy**: To protect your privacy, any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

### Confirmation that the claim has been filed

- <u>Electronic Submission</u>: If you file your Proof of Claim electronically, you will receive a confirmation email from DocuSign (dse_na2@docusign.net) and the email subject will be "Completed: Griddy Customer Claim Form."

- <u>Submission by Mail, Courier, or Hand Delivery</u>: If you file your Proof of Claim by mail and want to receive confirmation that Stretto received it, you must include with your proof of claim (i) a **copy** of the Proof of Claim form (in addition to the original Proof of Claim form) and (ii) a self-addressed, stamped envelope.

### Offers to Purchase Claims

You may be contacted by certain entities which offer to purchase claims for an amount that is less than the face value of the claims. . These entities do not represent the bankruptcy court, the bankruptcy trustee, or Griddy. Some written communications from these entities may easily be confused with official court documentation or communications from Griddy. A creditor has <u>no obligation to sell its claim</u>. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

> QUESTIONS REGARDING PROOF OF CLAIM PROCEDURE.  If you need additional information regarding filing your proof of claim (including questions about how to submit your online claim form, obtain a claim form, or your password ), please contact the Administrator's hotline at: (855) 478-2725 (toll free U.S.) or (949) 471-0997 (International) or email GriddyInquiries@stretto.com.

**Assistance Verifying Information and Locating Supporting Documents**

In an effort to assist Former Customers in locating electricity usage for the period of February 13, 2021 through February 19, 2021, Griddy provides the following instructions**:**

- You may log in to your Griddy account (www.griddy.com).  Click the tab on the left side that says "February 13-February 19."  The February 13-February 19 tab sets forth the following information (solely as it pertains to you):

  a.  What Griddy believes is the total amount of your bills for electricity usage during the period from February 13, 2021 through February 19, 2021, and

  b.  What Griddy believes you paid to Griddy for electricity usage during the period from February 13, 2021 through February 19, 2021.

- If you have any questions about the amounts on the February 13-February 19 tab of the Griddy website, please email support@griddy.com or call (800) 993-6207.

- Further, you may still access your Griddy account to locate historical electrical usage/billing information.

**<u>Exhibit 2</u>**
**Former Customer Bar Date Notice**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | Case No. 21-30923 (MI) |
| Debtor. | |

**NOTICE TO ALL FORMER CUSTOMERS[2] OF GRIDDY ENERGY LLC:**
**DEADLINE TO FILE PROOFS OF CLAIM IN BANKRUPTCY COURT**

**PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED.**
**THIS NOTICE WAS APPROVED BY JUDGE ISGUR AND IS NOT A SOLICITATION.**

**YOU ARE NOT BEING SUED.**

*This notice is also posted at*:  **[URL to be inserted].**

**Who is this Notice for and what is it about?**

- **This Notice is being sent to all Former Customers of Griddy – a company that previously provided retail electric services.  Griddy has filed for bankruptcy and the Court has entered an Order that all Former Customers of Griddy who wish to file any claim against Griddy must fill out and send in a claim form in no later than July 19, 2021 at 10:00 p.m. (Central Time).**

- If you do not have a claim against Griddy, you do not need to take any action.

**Instructions and requirements for submitting claims are detailed below.**

1. ***Griddy has filed for Bankruptcy***: On March 15, 2021, Griddy Energy LLC ("Griddy"), filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The Judge in charge of this case is the Honorable Marvin Isgur.

2. ***Customer Claim Deadline***: Judge Isgur set ***July 19, 2021*** as the Deadline for Former Customers to file Proofs of Claim in Griddy's bankruptcy case.  As a Former Customer, if you

---

[1]   The last four digits of the Debtor's federal tax identification number are 1396.  The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[2]   You are a "Former Customer" if you (a) were a retail electricity customer (or legal representative of such customer) of the Debtor at any point from February 11, 2021 through February 19, 2021 and (b) are the holder of a claim of any kind against the Debtor that arose during or relates to the period from February 11, 2021 through February 19, 2021.

believe you have any claim or potential claim against Griddy that arose before Griddy filed for bankruptcy on March 15, 2021, you must fill out a proof of claim form and either file it electronically or send it by mail or overnight delivery to be received by July 19, 2021 at 10:00 p.m. (Central Time).

3. ***Stretto.com as "Administrator":*** Judge Isgur appointed Stretto.com as the Administrator of this case. Stretto will send you important notices about Griddy's bankruptcy and is authorized by the Judge to distribute and receive all Proofs of Claim. You can review a blank proof of claim form and instructions for completing it by clicking here: https://cases.stretto.com/Griddy/Customers.

4. ***Claim* Requirements:** The Court's rules require that your claim form meet certain standards.

   a. ***Contents Required***.  Each proof of claim must: (a) be in the proof of claim form that will be sent to you by email from the Administrator (you can also get a copy at https://cases.stretto.com/Griddy/Customers); (b) be clear enough to read; (c) include your monetary claim amount, if any; (d) include your email address; (e) be signed by you as the Former Customer or by your authorized agent or legal representative on your behalf as the claimant; and (f) declare that the information contained in the proof of claim is true and correct to the best of your knowledge, information, and belief.

   b. ***Supporting Documentation Required***.  For your proof of claim to have initial validity you must include documents that support your claim.  Examples of these documents are provided in the instructions that accompany the proof of claim form provided by the Administrator. If your documents are very lengthy or are not available, you may include a written statement that summarizes your documents or explains why your documents are not available.

   c. ***Submitting your claim before the deadline***.  Your proof of claim including supporting documents must be ***actually received*** by Stretto no later than July 19, 2021 at 10:00 p.m. (Central Time).

   d. ***How and where to submit your claim***:  You have three ways to submit your proof of claim:

      (i) ***Electronically***:  You may submit your claim to the Administrator by electronic submission through the interface available at https://cases.stretto.com/Griddy/Customers.  Your claim will be electronically signed by you or your Authorized Representative.

      (ii) ***First-Class Mail, Hand Delivery or Overnight Mail***:  You may send your claim form to the Administrator by U.S. Mail, Hand Delivery or Overnight Mail to the following address:

**If by First-Class Mail, Hand Delivery or Overnight Mail:**
Griddy Energy LLC Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

| |
|---|
| **DO NOT SEND YOUR PROOF OF CLAIM BY FACSIMILE OR IN AN EMAIL. THOSE WILL NOT BE ACCEPTED.** |

    e. **_Receipt of Service_**. If you file your Proof of Claim electronically at https://cases.stretto.com/Griddy/Customers, you will receive a confirmation email from DocuSign (dse_na2@docusign.net) and the email subject will be "Completed: Griddy Customer Claim Form."). Claimants wishing to receive acknowledgment by mail that their Proofs of Claim were received by Stretto must submit (i) a copy of the Proof of Claim form (in addition to the original Proof of Claim form sent to Stretto) and (ii) a self-addressed, stamped envelope.

## I.    CONSEQUENCES OF FAILING TO TIMELY FILE YOUR PROOF OF CLAIM.

    IF YOU HAVE A CLAIM AND FAIL TO FILE IT ON OR BEFORE JULY 19, 2021 AT 10:00 P.M. (CENTRAL TIME), YOU MAY, BY FUTURE ORDER OF THE COURT, BE BARRED FROM ASSERTING ANY CLAIM AGAINST THE DEBTOR, AND WILL BE PRECLUDED FROM PARTICIPATING IN ANY DISTRIBUTION IN GRIDDY'S BANKRUPTCY CASE ON ACCOUNT OF SUCH CLAIM.

## II.    RESERVATION OF RIGHTS.

    Nothing in this Notice is intended to or should be construed to mean that Griddy is waiving its right to: (a) dispute, or assert offsets or defenses against, any claim including the claims of Former Customers as to the nature, amount, liability, or classification thereof; (b) subsequently designate any claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules.

## III.    ADDITIONAL INFORMATION.

    You may review pleadings, orders, and other information regarding Griddy's bankruptcy including Griddy's Schedules of Assets and Liabilities at the Administrator's website at https://cases.stretto.com/Griddy. Documents filed in this case also may be examined between the hours of 8:00 a.m. and 5:00 p.m. (prevailing Central Time), Monday through Friday, at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of Texas (Houston Division), 515 Rusk Street, Houston, Texas 77002.

| |
|---|
| **IV.    QUESTIONS REGARDING PROOF OF CLAIM PROCEDURE. If you need additional information regarding filing your proof of claim (including questions about how to obtain a claim form or submit your claim form or obtain your password), please contact the Administrator's hotline at: (855) 478-2725 (toll free U.S.) or (949) 471-0997 (International) or email GriddyInquiries@stretto.com.** |

**V.   YOU MAY WISH TO CONSULT AN ATTORNEY FOR ADVICE REGARDING WHETHER YOU HAVE A CLAIM AND WHETHER TO FILE A PROOF OF CLAIM.**

**This notice is as approved by Judge Isgur's Order of [_____], 2021, a copy of which can be found at** https://cases.stretto.com/Griddy [Docket No. ____].

## Exhibit 3

**Proposed Email to Former Customers**

**Proposed Email to Former Customers**

This email is to notify you as a "Former Customer" of Griddy Energy LLC ("Griddy") that Griddy is in bankruptcy and that the Judge in the bankruptcy case has set July 19, 2021 at 10:00 p.m. (Central Time) as the deadline by which Former Customers must file proofs of claim.

Please read the important information at the links below for specific instructions about how to obtain a proof of claim form and how to file it.

- Notice of last date for Former Customers to file proofs of claim against Griddy Energy LLC [URL to be added]
- Proof of Claim Form for Former Customers: https://cases.stretto.com/Griddy/Customers
- Proof of Claim Form Instructions [URL to be added]

According to Griddy's books and records:
1. Griddy billed you in the amount of $_____ for the electricity you used during the period February 13 - 19, 2021.
2. You paid Griddy $_____ for the electricity you used during the period February 13 - 19, 2021.
3. Griddy believes you have received a refund from your credit card company in the amount of $_____ for the electricity you used during the period February 13 - 19, 2021.

If you believe you have a claim against Griddy for the electricity you used during the period February 13 – 19, 2021 and agree with the amounts above, please include such amounts in the space provided in the Proof of Claim Form for Customers (see link above).

If you do not agree with the amounts above and believe you have a claim against Griddy in a different amount, please include such amounts in the space provided in the Proof of Claim Form for Customers.

If you believe you have a claim against Griddy, you may file a proof of claim in **ONE** of two ways---Electronically or by Mail:

1) **<u>ELECTRONIC FILING</u>: To file a proof of claim electronically, visit: https://cases.stretto.com/Griddy/Customers, then click on the orange "Electronic Claims Filing" button.** You will need the following **unique password**

   [XXXXX]

   to submit your claim. At that website you will receive instructions so that you can include supporting documents and sign your proof of claim form.

2) **<u>FILING BY MAIL</u>:** You can also obtain a blank proof of claim form at **https://cases.stretto.com/Griddy/Customers, print it, fill it out, sign it and then** send it (together with your supporting documents) to the following address:

| **If by First-Class Mail:** | **If by Hand Delivery or Overnight Mail** |
|---|---|
| Griddy Energy LLC Claims Processing<br>c/o Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602 | Griddy Energy LLC Claims Processing<br>c/o Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602 |

Whether you submit your claim electronically or by mail, your completed claim form must be **received** by Stretto by **July 19, 2021 at 10:00 p.m. (Central Time)**.  Failing to file your claim before the deadline may result in your claim being barred by order of the Court.  STRETTO IS NOT ALLOWED TO ACCEPT CLAIMS SENT BY FAX OR BY EMAIL.

**If you have questions regarding submission of your proof of claim form including questions about password retrieval or need a copy of the claim form, please contact Stretto at GriddyInquiries@stretto.com or (855) 478-2725.  The Judge in charge of this case is the Honorable Marvin Isgur.  He appointed Stretto.com to accept proofs of claim and to send important messages to Former Customers.**  Stretto does not represent you and cannot give you legal advice, or tell you whether or not to file a claim.

You may wish to consult an attorney for advice regarding whether you have a claim and whether to file a proof of claim.

*See In re Griddy Energy LLC, Case* No. 21-30923, pending in the United States Bankruptcy Court for the Southern District of Texas.