**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | **Re. Docket Nos. 16 & 260** |
| | ) | |

**NOTICE OF HEARING ON PROPOSED**
**ORDER: (I) SETTING BAR DATES FOR**
**FILING PROOFS OF CLAIM, INCLUDING REQUESTS**
**FOR PAYMENT UNDER SECTION 503(B)(9); (II) ESTABLISHING**
**AMENDED SCHEDULES BAR DATE AND REJECTION DAMAGES**
**BAR DATE; (III) APPROVING THE FORM OF AND MANNER FOR**
**FILING PROOFS OF CLAIM, INCLUDING SECTION 503(B)(9); (IV) APPROVING**
**NOTICE OF BAR DATES; AND (V) GRANTING RELATED RELIEF**

  **PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the proposed *Order: (i) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment under Section 503(b)(9); (ii) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date; (iii) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9); (iv) Approving Notice of Bar Dates; and (v) Granting Related Relief* [Docket No. 260-1] (the "Proposed Order") has been scheduled to be held on **May 20, 2021 at 10:00 a.m. (CDT)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 404, Houston, Texas 77002.

  **PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

  **PLEASE TAKE FURTHER NOTICE** that Hearing appearances must be made electronically in advance of the Hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select

---

[1]  The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

"Judges' Procedures," then "View Home Page" for Judge Isgur Under "Electronic Appearance" select "Click here to submit Electronic Appearance".  Select the case name, complete the required fields and click "Submit" to complete your appearance.

P**LEASE TAKE FURTHER NOTICE** that copies of the Proposed Order can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtor' noticing and claims agent at http://cases.stretto.com/Griddy.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time in open court or by the Debtor filing a notice with the Court.

Dated:  May 13, 2021
         New York, New York
                                        **BAKER BOTTS L.L.P.**

                                        By: */s/ Chris Newcomb*
                                        Robin Spigel (admitted *pro hac vice*)
                                        *Robin.Spigel@bakerbotts.com*
                                        Chris Newcomb (admitted *pro hac vice*)
                                        *Chris.Newcomb@bakerbotts.com*
                                        30 Rockefeller Plaza
                                        New York, New York 10012-4498
                                        Telephone: (212) 408-2500
                                        Facsimile: (212) 259-2501

                                        -and-

                                        David R. Eastlake
                                        Texas Bar No. 24074165
                                        *David.Eastlake@bakerbotts.com*
                                        910 Louisiana Street
                                        Houston, Texas 77002-4995
                                        Telephone: (713) 229-1234
                                        Facsimile: (713) 229-1522

                                        ***Counsel to the Debtor and Debtor in Possession***

**<u>Certificate of Service</u>**

I certify that on May 13, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Chris Newcomb*
Chris Newcomb