# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **Griddy Energy LLC,** | ) Case No. 21-30923 (MI) |
| | ) |
| **Debtor.** | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before May 5, 2021 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (Postcard attached hereto as **Exhibit B**)

Dated: May 14, 2021

        /s/ *Serina Tran*
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: Serina.Tran@Stretto.com

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 |
|---|---|
| Customer #100969 | Address Redacted |
| Customer #102307 | Address Redacted |
| Customer #103180 | Address Redacted |
| Customer #104276 | Address Redacted |
| Customer #104412 | Address Redacted |
| Customer #105979 | Address Redacted |
| Customer #106197 | Address Redacted |
| Customer #106945 | Address Redacted |
| Customer #107052 | Address Redacted |
| Customer #107920 | Address Redacted |
| Customer #10819 | Address Redacted |
| Customer #10876 | Address Redacted |
| Customer #10976 | Address Redacted |
| Customer #109790 | Address Redacted |
| Customer #110227 | Address Redacted |
| Customer #111950 | Address Redacted |
| Customer #114858 | Address Redacted |
| Customer #115092 | Address Redacted |
| Customer #11576 | Address Redacted |
| Customer #116913 | Address Redacted |
| Customer #117099 | Address Redacted |
| Customer #117621 | Address Redacted |
| Customer #118037 | Address Redacted |
| Customer #119544 | Address Redacted |
| Customer #120165 | Address Redacted |
| Customer #12052 | Address Redacted |
| Customer #122794 | Address Redacted |
| Customer #12373 | Address Redacted |
| Customer #123842 | Address Redacted |
| Customer #12449 | Address Redacted |
| Customer #124541 | Address Redacted |
| Customer #124563 | Address Redacted |
| Customer #124820 | Address Redacted |
| Customer #128013 | Address Redacted |
| Customer #128946 | Address Redacted |
| Customer #129080 | Address Redacted |
| Customer #129487 | Address Redacted |
| Customer #129965 | Address Redacted |
| Customer #130144 | Address Redacted |



# Exhibit A
Served Via First-Class Mail

| Name | Address 1 |
|---|---|
| Customer #132149 | Address Redacted |
| Customer #132283 | Address Redacted |
| Customer #132888 | Address Redacted |
| Customer #135342 | Address Redacted |
| Customer #137054 | Address Redacted |
| Customer #141096 | Address Redacted |
| Customer #141404 | Address Redacted |
| Customer #141737 | Address Redacted |
| Customer #142889 | Address Redacted |
| Customer #143400 | Address Redacted |
| Customer #144283 | Address Redacted |
| Customer #144910 | Address Redacted |
| Customer #146320 | Address Redacted |
| Customer #14662 | Address Redacted |
| Customer #147463 | Address Redacted |
| Customer #149071 | Address Redacted |
| Customer #151485 | Address Redacted |
| Customer #152466 | Address Redacted |
| Customer #152623 | Address Redacted |
| Customer #153600 | Address Redacted |
| Customer #154418 | Address Redacted |
| Customer #154786 | Address Redacted |
| Customer #155556 | Address Redacted |
| Customer #155603 | Address Redacted |
| Customer #157055 | Address Redacted |
| Customer #157963 | Address Redacted |
| Customer #159014 | Address Redacted |
| Customer #160638 | Address Redacted |
| Customer #161227 | Address Redacted |
| Customer #165086 | Address Redacted |
| Customer #16529 | Address Redacted |
| Customer #167507 | Address Redacted |
| Customer #168079 | Address Redacted |
| Customer #168125 | Address Redacted |
| Customer #168192 | Address Redacted |
| Customer #168363 | Address Redacted |
| Customer #169418 | Address Redacted |
| Customer #169516 | Address Redacted |
| Customer #170232 | Address Redacted |



# Exhibit A
Served Via First-Class Mail

| Name | Address 1 |
|---|---|
| Customer #171030 | Address Redacted |
| Customer #171510 | Address Redacted |
| Customer #174308 | Address Redacted |
| Customer #174325 | Address Redacted |
| Customer #174346 | Address Redacted |
| Customer #1747 | Address Redacted |
| Customer #17566 | Address Redacted |
| Customer #175713 | Address Redacted |
| Customer #176754 | Address Redacted |
| Customer #180006 | Address Redacted |
| Customer #182482 | Address Redacted |
| Customer #186283 | Address Redacted |
| Customer #190686 | Address Redacted |
| Customer #194121 | Address Redacted |
| Customer #201862 | Address Redacted |
| Customer #22390 | Address Redacted |
| Customer #2423 | Address Redacted |
| Customer #26852 | Address Redacted |
| Customer #27438 | Address Redacted |
| Customer #2755 | Address Redacted |
| Customer #28386 | Address Redacted |
| Customer #29103 | Address Redacted |
| Customer #29860 | Address Redacted |
| Customer #30320 | Address Redacted |
| Customer #30755 | Address Redacted |
| Customer #30986 | Address Redacted |
| Customer #31336 | Address Redacted |
| Customer #31435 | Address Redacted |
| Customer #32047 | Address Redacted |
| Customer #32178 | Address Redacted |
| Customer #32404 | Address Redacted |
| Customer #33203 | Address Redacted |
| Customer #33800 | Address Redacted |
| Customer #34304 | Address Redacted |
| Customer #34942 | Address Redacted |
| Customer #35043 | Address Redacted |
| Customer #35348 | Address Redacted |
| Customer #35401 | Address Redacted |
| Customer #3549 | Address Redacted |



## Exhibit A
Served Via First-Class Mail

| Name | Address 1 |
|---|---|
| Customer #36613 | Address Redacted |
| Customer #36617 | Address Redacted |
| Customer #36710 | Address Redacted |
| Customer #3722 | Address Redacted |
| Customer #37476 | Address Redacted |
| Customer #38084 | Address Redacted |
| Customer #3814 | Address Redacted |
| Customer #3828 | Address Redacted |
| Customer #38519 | Address Redacted |
| Customer #38644 | Address Redacted |
| Customer #41471 | Address Redacted |
| Customer #42978 | Address Redacted |
| Customer #43307 | Address Redacted |
| Customer #43385 | Address Redacted |
| Customer #45552 | Address Redacted |
| Customer #46222 | Address Redacted |
| Customer #46312 | Address Redacted |
| Customer #46580 | Address Redacted |
| Customer #48468 | Address Redacted |
| Customer #48481 | Address Redacted |
| Customer #48702 | Address Redacted |
| Customer #49164 | Address Redacted |
| Customer #49451 | Address Redacted |
| Customer #49751 | Address Redacted |
| Customer #50569 | Address Redacted |
| Customer #51455 | Address Redacted |
| Customer #51486 | Address Redacted |
| Customer #52157 | Address Redacted |
| Customer #54184 | Address Redacted |
| Customer #54446 | Address Redacted |
| Customer #56872 | Address Redacted |
| Customer #59697 | Address Redacted |
| Customer #60281 | Address Redacted |
| Customer #60836 | Address Redacted |
| Customer #61668 | Address Redacted |
| Customer #62587 | Address Redacted |
| Customer #62856 | Address Redacted |
| Customer #63311 | Address Redacted |
| Customer #64364 | Address Redacted |



## Exhibit A
Served Via First-Class Mail

| Name | Address 1 |
|---|---|
| Customer #65755 | Address Redacted |
| Customer #65771 | Address Redacted |
| Customer #65793 | Address Redacted |
| Customer #66262 | Address Redacted |
| Customer #67989 | Address Redacted |
| Customer #68185 | Address Redacted |
| Customer #6841 | Address Redacted |
| Customer #69200 | Address Redacted |
| Customer #70177 | Address Redacted |
| Customer #71181 | Address Redacted |
| Customer #72875 | Address Redacted |
| Customer #7339 | Address Redacted |
| Customer #73857 | Address Redacted |
| Customer #75432 | Address Redacted |
| Customer #75434 | Address Redacted |
| Customer #75712 | Address Redacted |
| Customer #77163 | Address Redacted |
| Customer #77221 | Address Redacted |
| Customer #77734 | Address Redacted |
| Customer #7785 | Address Redacted |
| Customer #77880 | Address Redacted |
| Customer #77898 | Address Redacted |
| Customer #78928 | Address Redacted |
| Customer #78989 | Address Redacted |
| Customer #79092 | Address Redacted |
| Customer #79154 | Address Redacted |
| Customer #79156 | Address Redacted |
| Customer #79298 | Address Redacted |
| Customer #80960 | Address Redacted |
| Customer #82478 | Address Redacted |
| Customer #82577 | Address Redacted |
| Customer #82714 | Address Redacted |
| Customer #8375 | Address Redacted |
| Customer #84644 | Address Redacted |
| Customer #84717 | Address Redacted |
| Customer #85461 | Address Redacted |
| Customer #86014 | Address Redacted |
| Customer #8740 | Address Redacted |
| Customer #89077 | Address Redacted |



# Exhibit A

Served Via First-Class Mail

| Name | Address 1 |
|---|---|
| Customer #89441 | Address Redacted |
| Customer #91983 | Address Redacted |
| Customer #93350 | Address Redacted |
| Customer #94248 | Address Redacted |
| Customer #96221 | Address Redacted |
| Customer #97860 | Address Redacted |
| Customer #98942 | Address Redacted |
| Customer #99838 | Address Redacted |

# **<u>Exhibit B</u>**

**NOTICE OF BANKRUPTCY FILING OF GRIDDY ENERGY LLC**

On March 15, 2021, Griddy Energy LLC ("Griddy") filed for bankruptcy. The Judge in charge of the Case is the Honorable Marvin Isgur of the United States Bankruptcy Court for the Southern District of Texas. He has appointed Stretto.com as the Administrator who will send you important notices about the bankruptcy.

All future notices about Griddy's bankruptcy and any rights you may have will be sent to you by email (or by text if Griddy has a valid phone number for you and does not have your correct email).

TO PROTECT ANY RIGHTS YOU MAY HAVE IT IS IMPORTANT THAT YOU OPEN AND READ ALL EMAILS, INCLUDING LINKS TO DOCUMENTS CONTAINED IN THE EMAILS SENT TO YOU FROM: "GRIDDY ENERGY on behalf of noreply@stretto.com."

If you have questions or need to provide the Administrator with your updated and correct email address or phone number, please email: GriddyInquiries@stretto.com, or call toll-free: 855.478.2725.

You may also obtain information about Griddy's bankruptcy at: https://cases.stretto.com/Griddy.