

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/17/2021

| | | |
|---|---|---|
| IN RE: | § | |
| GRIDDY ENERGY LLC, | § | CASE NO: 21-30923 |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER TO CONFER

The Committee has filed motions to seal at ECF No. 188 and 195. The Court does not understand why the bulk of the redacted information should be maintained under seal.

Not later than May 24, 2021, the Debtor and the Committee should confer over whether all of the redactions are required. Not later than May 26, 2021, the parties should file additional statements regarding the necessity of the redactions.

SIGNED 05/17/2021

_____
Marvin Isgur
United States Bankruptcy Judge