**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S EXHIBIT AND
WITNESS LIST FOR MAY 20, 2021 HEARING**

The debtor and debtor in possession in the above-captioned case (the "Debtor") files this Exhibit and Witness List identifying those individuals that may be called as witnesses and exhibits that may be introduced at the hearing scheduled for **Thursday, May 20, 2021 at 10:00 a.m. (CDT)** (the "Hearing") before the Honorable Marvin Isgur, United States Courthouse, Courtroom 404, 515 Rusk Street, Houston, Texas 77002.

**A.      Witnesses**

In connecting with the Hearing, the Debtor may call any one or more of the following individuals to provide testimony:

1.      Michael Fallquist, Chief Executive Officer;

2.      Any rebuttal and/or impeachment witness;

3.      Any witness designated by any other party; and

4.      Any witness necessary to authenticate a document.

**B.      Exhibits**

In connection with the Hearing, the Debtor may seek to introduce into evidence any one or more of the following documents:

---

[1]      The last four digits of the Debtor's federal tax identification number are 1396.  The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | *Declaration of Michael Fallquist in Support of Omnibus Reply in Support of (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation Procedures and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan* | | | | |
| 2. | *Griddy Energy 3 Month Cash Flow* | | | | |
| 3. | Email correspondence between R. Spigel and D. Azman, *et al.*, dated April 9, 2021 | | | | |
| 4. | Email correspondence between R. Spigel and D. Azman, *et al.*, dated April 18, 2021 | | | | |
| 5. | Any exhibit designated by any other party. | | | | |
| 6. | Any pleadings, reports, or other documents filed in the Debtor's bankruptcy cases. | | | | |
| 7. | Any rebuttal or impeachment exhibits. | | | | |

The Debtor reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing.

The Debtor reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing lists of witnesses and exhibits as

appropriate.   The Debtor also reserves the right to rely upon and use as evidence (i) exhibits

included on the exhibit lists of any other party in interest, and (ii) any pleading, hearing

transcript, order or other document filed with the Court in the chapter 11 case.

Dated:  May 18, 2021
New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel to the Debtor and Debtor in Possession*

**Certificate of Service**

I certify that on May 18, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Chris Newcomb*