# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | § § | Case No. 21-30923 (MI) |
| Debtor. | § § § | |

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING ON MAY 20, 2021

The Official Committee of Unsecured Creditors of Griddy Energy LLC (the "Committee") in the above-captioned chapter 11 case respectfully submits this witness and exhibit list (the "List") for the hearing scheduled for May 20, 2021, at 10:00 a.m. (prevailing Central Time) (the "Hearing").

## WITNESS LIST

In connection with the Hearing, the Committee may call all of the following witnesses at the Hearing:

1. Any witnesses called or listed by Griddy Energy LLC (the "Debtor") or any other party; and

2. Any witness necessary to rebut testimony of a witness called or designated by the Debtor or any other party.

## EXHIBIT LIST

The Committee may use any of the following exhibits at the Hearing:

---

[1] The last four digits of the federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Green Farms, CT 06838.

1. Any exhibit listed or used by the Debtor or any other party; and

2. Any exhibit necessary to rebut the evidence or testimony of any witness called or designated by the Debtor or any other party.

The Committee reserves the right to amend or supplement this List at any time prior to or during the Hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 18, 2021

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

/s/  Charles R. Gibbs
Charles R. Gibbs
Texas State Bar No. 7846300
Shelby Perry (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:   (214) 295-8000
Facsimile:   (972) 232-3098
Email:          crgibbs@mwe.com
                    stperry@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Blaine Adams (admitted *pro hac vice*)
340 Madison Ave.
New York, NY 10173-1922
Telephone:   (212) 547-5615
Facsimile:   (212) 547-5444
Email          dazman@mwe.com
                   badams@mwe.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

3

**CERTIFICATE OF SERVICE**

I certify that on May 18, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Gibbs*
Charles R. Gibbs