**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | Case No. 21-30923 (MI) |
| Debtor. |  |

**DEBTOR'S AGENDA OF MATTERS SET FOR**
**HEARING ON MAY 20, 2021 AT 10:00 A.M. (CDT)**

> **The hearing will be held electronically. For audio, you must dial into the Court's dial in facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting**

The above-referenced debtor and debtor in possession (the "Debtor") hereby files its Agenda of matters set for a hearing on **Thursday, May 20, 2021 at 10:00 a.m. (CDT).**

1. Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 24].

   **Related Documents**:

   A. Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 22].

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

B.    Disclosure Statement for Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 23].

C.    Certificate of Service [Docket No. 49].

D.    Notice of Hearing on Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 80].

E.    Certificate of Service [Docket No. 87].

F.    Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 175].

G.    Disclosure Statement for the Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 176]

H.    Notice of Filing of Revised Proposed Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 177].

I.    Objection of Electric Reliability Council of Texas, Inc. to (A) the [Proposed] Disclosure Statement for Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the United States Bankruptcy Code, and (B) Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 186].

J.    Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 187].

K.    Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to (I) File the Objection under Seal and (II) Redact

|   |   |
|---|---|
|   | Confidential Portions Thereof Filed by Creditor Committee Official Committee Of Unsecured Creditors [Docket No. 188]. |
| L. | Declaration of Darren Azman in Support of Objections of the Official Committee of Unsecured Creditors to the Debtors' (I) Disclosure Statement Motion and (II) Motion to Quash [Docket No. 197]. |
| M. | Certificate of Service [Docket No. 203]. |
| N. | Debtor's Exhibit and Witness List for April 29, 2021 Hearing [Docket No. 206]. |
| O. | Objection of Karen Prescott Individually and on Behalf of All Similarly Situated Customers of the Debtor Suffering Property Damage or Personal Injuries to: (A) the [Proposed] Disclosure Statement for Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the United States Bankruptcy Code, and (B) Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 210]. |
| P. | Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on April 29, 2021 [Docket No. 211]. |
| Q. | Notice of Filing of Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 212]. |
| R. | Notice of Filing of Disclosure Statement for the Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 213]. |
| S. | Notice of Filing of Further Revised Proposed Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 214]. |
| T. | Debtor's Omnibus Reply in Support of (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation Procedures and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 215]. |

U. Debtor's Motion to (a) File Under Seal Debtor's Omnibus Reply in Support of (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan; and (b) Redact Confidential Provisions Thereof [Docket No. 216].

V. Debtor's Amended Exhibit and Witness List for April 29, 2021 Hearing [Docket No. 218].

W. Notice of Joinder of Tort Claimant in the Relief Sought in Objection to the Official Committee of Unsecured Creditors to Debtor and Non-Debtor Affiliates' Motion to Quash and For a Protective Order [Docket No. 228].

X. Proposed Order RE: Order Denying the Debtor's Motion for Entry of an Order: (I) Conditionally Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (III) Approving the Form of Various Ballots and Notices in Connection Therewith; and (IV) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 230].

Y. Debtor's Exhibit and Witness List for May 20, 2021 Hearing [Docket No. 268].

Z. Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on May 20, 2021 [Docket No. 269].

AA. Notice of Filing of Amended Disclosure Statement for Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 271].

BB. Notice of Filing of Further Revised Proposed Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 272].

**Status**: This is a continued hearing from April 29, 2021. This matter is going forward.

2. Certificate of Counsel Regarding Debtor's Emergency Motion for Entry of an Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment under Section 503(b)(9); (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date; (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9); (IV) Approving Notice of Bar Dates; and (V) Granting Related Relief [Docket No. 260].

**Related Documents**:

A. Debtor's Emergency Motion for Entry of an Order:  (i) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (ii) Establishing Amended Schedules Bar Date; (iii) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests; (iv) Approving Notice of Bar Dates; and (v) Granting Related Relief [Docket No. 16].

B. Certificate of Service [Docket No. 26].

C. Notice of Filing of Revised Proposed Order (i) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (ii) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date; (iii) Approving the Form of Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests; and (iv) Approving Notice of Bar Dates [Docket No. 81].

D. Notice of Filing of Further Revised Proposed Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (II) Establish Amended Schedules Bar Date and Rejection Damages Bar Date; (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests; and (IV) Approving Notice of Bar Dates [Docket No. 91].

E. Order for Non-Former Customers of the Debtor Only: (i) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (ii) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date; (iii) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests; and (iv) Approving Notices of Bar Dates [Docket No. 107]

F. Notice of Hearing on Proposed Order: (i) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment under Section 503(b)(9); (ii) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date; (iii) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9); (iv) Approving Notice of Bar Dates; and (v) Granting Related Relief [Docket No. 261].

G. Certificate of Service [Docket No. 264].

**Status**: This matter is going forward.

3. Motion to Lift Abatement Order to Allow Tort Claimants to Pursue Their Respective Rights and Remedies in this Chapter 11 Case ("Motion to Lift Abatement") [Docket No. 227].

   **Related Documents**:

   A. Objection Debtor's (a) Objection to the Appointment of an Official Committee of Disputed Tort Claimants and (b) Limited Objection to the Appointment of an Official Committee of Former Customers [Docket No. 114].

   B. Emergency Motion for an Order Directing the United States Trustee to Appoint a Committee of Customer Claims Including Tort Claimant Customers [Docket No. 115].

   **Status**: The movant has withdrawn the Motion to Lift Abatement. A status conference with respect the Motion to Lift Abatement is going forward.

[*The remainder of this page is intentionally left blank.*]

Dated: May 19, 2021
      New York, New York

                        **BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Proposed Counsel to the Debtor and Debtor in Possession*

## Certificate of Service

      I certify that on May 19, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                      */s/ Chris Newcomb*
                                      Chris Newcomb