IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**GRIDDY ENERGY LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30923 (MI) |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel hereby appears on behalf of Karen Prescott, individually and on behalf of many similarly situated customers of the Debtor suffering property damage or personal injuries who have engaged by common counsel with Ms. Prescott (collectively, the "Tort Claimant Customers"), and request copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above captioned proceedings, whether formal or informal, be served upon the Tort Claimant Customers through their counsel as follows:

| | |
|---|---|
| Trey A. Monsour, Esq.<br>**Fox Rothschild LLP**<br>Saint Ann Court<br>2501 North Harwood Street, Suite 1800<br>Dallas, TX  75201<br>Telephone: (972) 991-0889<br>Email: tmonsour@foxrothschild.com | Michael A. Sweet, Esq.<br>**Fox Rothschild LLP**<br>345 California Street, Suite 2200<br>San Francisco, CA 94104<br>Telephone: (302) 654-7444<br>Email: msweet@foxrothschild.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing requests apply to and include not only the notices and papers referenced in the rules specified above, but also include, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal,

112311352

whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that: (1) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these cases; (2) affects, or seeks to affect (a) the above-captioned Debtor and/or its estate or (b) property or proceeds thereof in the possession, custody, or control of others that the Debtor or its estate may seek to use; or (3) requires or seeks to require any act, delivery of any property, payment or other conduct by Tort Claimant Customers.

**PLEASE TAKE FURTHER NOTICE** that the Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of any substantive or procedural right of Tort Claimant Customers, including, without limitation, to (i) have final orders in non-core matters entered after *de novo* review by a higher court, (ii) the right to trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of the Bankruptcy Court for any purpose; (v) any election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which are expressly reserved.

Dated: May 19, 2021

        Respectfully submitted,

        **FOX ROTHSCHILD LLP**

        /s/ *Trey A. Monsour*
        Trey A. Monsour, Esq. (Tex. Bar No. 14277200)
        Saint Ann Court
        2501 North Harwood Street, Suite 1800
        Dallas, TX  75201
        Telephone: (972) 991-0889
        Email: tmonsour@foxrothschild.com

        -and-

Michael A. Sweet, Esq. (*pro hac vice pending*)
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5560
Email MSweet@foxrothschild.com

## CERTIFICATE OF SERVICE

  I hereby certify that on May 19, 2021, a true and correct copy of the foregoing Notice of Appearance was served upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system in the above cases.

                   */s/ Trey A. Monsour*
                   Trey A. Monsour