IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GRIDDY ENERGY LLC, | Case No. 21-30923 (MI) |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE THAT** tort claimant Karen Prescott, by and through her newly retained undersigned counsel, hereby withdraws the *Motion to Lift Abatement Order to Allow Tort Claimants to Pursue Their Respective Rights and Remedies in this Chapter 11* (the "Motion") filed at Docket No. 227, without prejudice. Pursuant to the Court's docket entry on May 17, 2021, the former hearing on the Motion has been converted to a Status Conference to be held on May 20, 2021 at 10:00 a.m. by telephone and video conference.

Dated: May 19, 2021

Respectfully submitted,

**FOX ROTHSCHILD LLP**

/s/ Trey A. Monsour
Trey A. Monsour, Esq. (Tex. Bar No. 14277200)
Saint Ann Court
2501 North Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (972) 991-0889
Email: tmonsour@foxrothschild.com

-and-

Michael A. Sweet, Esq. (*pro hac vice pending*)
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5560
Email: msweet@foxrothschild.com

*Counsel for Karen Prescott and similarly situated Tort Claimant Customers*

## **CERTIFICATE OF SERVICE**

      I certify that on May 19, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                   /s/ *Trey A. Monsour*
                                                                   Trey A. Monsour