IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GRIDDY ENERGY LLC,[1] | § | Case No. 21-30923 (MI) |
| | § | |
| Debtor. | § | Re: Docket No. 200 |
| | § | |

**CERTIFICATE OF COUNSEL REGARDING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & EMERY LLP AS COUNSEL EFFECTIVE AS OF APRIL 5, 2021**

1. On April 26, 2021, the Official Committee of Unsecured Creditors (the "Committee") of Griddy Energy LLC (the "Debtor"), filed the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of McDermott Will & Emery LLP as Counsel Effective as of April 5, 2021* [Docket No. 200] (the "Application"),[2] with a proposed order granting the relief requested in the Application attached thereto as **Exhibit A** (the "Initial Proposed Order"). Objections to the Application were due within twenty-one (21) days from the date of service of the Application (the "Objection Deadline").

2. In accordance with paragraph 42 of the *Procedures for Complex Cases in the Southern District of Texas*,[3] the undersigned counsel files this Certificate of Counsel and represents to the Court that the undersigned is unaware of any objection to the Application and

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Green Farms, CT 06838.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

[3] Effective March 15, 2021.

the undersigned has reviewed the Court's docket and no objection to the Application appears thereon.

3. The undersigned received informal comments to the Application and Initial Proposed Order from the Debtor's counsel, which comments are incorporated in the amended proposed order, filed at Docket No. 262 and attached hereto as **Exhibit A** (the "Amended Proposed Order"). A redline of the Amended Proposed Order against the Initial Proposed Order is attached hereto as **Exhibit B**.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Committee respectfully requests entry of the Amended Proposed Order, attached hereto as **Exhibit A**.

Dated: May 19, 2021

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

<u>/s/  Charles R. Gibbs</u>
Charles R. Gibbs
Texas State Bar No. 7846300
Shelby Perry (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:   (214) 295-8000
Facsimile:    (972) 232-3098
Email:         crgibbs@mwe.com
                    stperry@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Blaine Adams (admitted *pro hac vice*)
340 Madison Ave.
New York, NY 10173-1922
Telephone:   (212) 547-5615
Facsimile:    (212) 547-5444
Email          dazman@mwe.com
                    badams@mwe.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Gibbs*
Charles R. Gibbs