UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 21-30923 (MI) |
|---|---|---|---|
| Debtor | In Re: | Griddy Energy, LLC | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Philip C. Dublin<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY  10036-1000<br>(212) 872-1000<br>New York (2959344) |
|---|---|

Seeks to appear as the attorney for this party:

Griddy Technologies LLC, Griddy Holdings LLC, Griddy VI Series A Holdings LLC and Griddy Pro LLC ("Non-Debtor Affiliates")

Dated: 5/20/2021     Signed: /s/ Philip C. Dublin

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                  Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                      United States Bankruptcy Judge