

ENTERED
05/20/2021

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 21-30923 |
|---|---|---|---|
| Debtor | In Re: | GRIDDY ENERGY, LLC | |

This lawyer, who is admitted to the State Bar of __California__:

| | |
|---|---|
| Name | Michael A. Sweet |
| Firm | Fox Rothschild LLP |
| Street | 345 California St., Suite 2200 |
| City & Zip Code | San Francisco, CA, 94104-2670 |
| Telephone | (415) 364-5560 |
| Licensed: State & Number | California SBN 184345 |

Seeks to appear as the attorney for this party:

| Karen Prescott and similarly situated Tort Claimant Customers | |
|---|---|
| Dated: May 19, 2021 | Signed: /s/ Michael A. Sweet |

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__. |
|---|
| Dated:         Signed: _____ Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: May 20, 2021

_____
Marvin Isgur
United States Bankruptcy Judge