# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, May 20, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Darren | Azman | McDermott Will & Emery | Official Committee of Unsecured Creditors |
| Jason | Binford | Office of the Attorney General of Texas | Public Utility Commission of Texas |
| Mary | Bischoping | Gibson, Dunn & Crutcher LLP | Counsel to creditor and ERCOT member, Luminant |
| Matthew G. | Bouslog | Gibson, Dunn & Crutcher LLP | Counsel to creditor and ERCOT member, Luminant |
| Marty | Brimmage | Akin Gump | Non-Debtor Affiliates |
| Riley | Burnett | Burnett Law Firm | Khoury, Huppert |
| Charles | Gibbs | McDermott Will & Emery | Official Committee of Unsecured Creditors |
| Shelby | Jordan | Jordan & Ortiz, PC | Interested Party |
| John | Lawrence | Baker Botts L.L.P. | Griddy Energy LLC |
| Kevin | Lippman | Munsch Hardt Kopf & Harr, PC | Electric Reliability Council of Texas, Inc. |
| Patrick | Luff | Fears Nachawati Law Firm | Karen Prescott |
| Layla | Milligan | Office of the Texas Attorney General | Public Utility Commission of Texas |
| Trey | Monsour | Fox Rothschild LLP | Karen Prescott |
| Chris | Newcomb | Baker Botts L.L.P. | Griddy Energy LLC |
| Kelli | Norfleet | Haynes and Boone, LLP | Macquarie Energy LLC and Macquarie Investments US Inc. |
| Patrick | O'Brien | Akin Gump | Non-Debtor Affiliates |
| Holland | O'Neil | Foley & Lardner LLP | Member of the Official Committee of Unsecured Creditors |
| Deborah | Perry | Munsch Hardt Kopf & Harr, PC | Electric Reliability Council of Texas, Inc. |
| Derek | Potts | Potts Law Firm, LLP | Lisa Khoury, et al. |
| Abigail | Ryan | Texas Attorney General's Office | Consumer Protection Division of the TX AG's Office |
| Robin | Spigel | Baker Botts LLP | Griddy Energy LLC |
| Angela | Tsai | Stretto | Griddy Energy LLC |
| Jana | Whitworth | U.S. Trustee | U.S. Trustee |