## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### NOTICE OF FILING OF DISCLOSURE STATEMENT FOR
### THE THIRD AMENDED PLAN OF LIQUIDATION FOR GRIDDY
### ENERGY LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, on March 15, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor"), filed the proposed *Disclosure Statement for Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 23] with the United States Bankruptcy Court for the Southern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that, on April 19, 2021, the Debtor filed the *Disclosure Statement for Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 176].

**PLEASE TAKE FURTHER NOTICE** that, April 27, 2021, the Debtor filed the *Disclosure Statement for the Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 213].

**PLEASE TAKE FURTHER NOTICE** that, on May 18, 2021, the Debtor filed the *Amended Disclosure Statement for the Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 271] (the "Amended Disclosure Statement for Second Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtor filed the *Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code*.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit 1, is a revised proposed *Disclosure Statement for Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement for Third Amended Plan").

---

[1]    The last four digits of its federal tax identification number of the Debtor are 1396.  The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit 2, is a redline of the Disclosure Statement for Third Amended Plan reflecting changes from the Amended Disclosure Statement for the Second Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right to alter, amend, or modify the Disclosure Statement for Third Amended Plan, *provided that* the Debtor will file a revised version of the Disclosure Statement for Third Amended Plan if such document is altered, amended, or modified in any material respect.

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Court will consider the entry of an order conditionally approving the Disclosure Statement for Third Amended Plan is currently set for **May 25, 2021 at 1:30 p.m. (CDT)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Texas.  The Hearing will be conducted remotely.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting.  To use GoToMeeting, the Court recommends that you download the free GoToMeeting application.  To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website.  Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that Hearing appearances must be made electronically in advance of the Hearing.  To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu.  Select "Judges' Procedures," then "View Home Page" for Judge Isgur Under "Electronic Appearance" select "Click here to submit Electronic Appearance".  Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement for Third Amended Plan has not yet been conditionally approved by the Court.

[*The remainder of this page is intentionally left blank.*]

Dated:  May 23, 2021
        New York, New York

                                   **BAKER BOTTS L.L.P.**

                                   By: */s/ Chris Newcomb*
                                   Robin Spigel (admitted *pro hac vice*)
                                   *Robin.Spigel@bakerbotts.com*
                                   Chris Newcomb (admitted *pro hac vice*)
                                   *Chris.Newcomb@bakerbotts.com*
                                   30 Rockefeller Plaza
                                   New York, New York 10012-4498
                                   Telephone: (212) 408-2500
                                   Facsimile: (212) 259-2501

                                   -and-

                                   David R. Eastlake
                                   Texas Bar No. 24074165
                                   *David.Eastlake@bakerbotts.com*
                                   910 Louisiana Street
                                   Houston, Texas 77002-4995
                                   Telephone: (713) 229-1234
                                   Facsimile: (713) 229-1522

                                   *Counsel to the Debtor and Debtor in Possession*


                         **Certificate of Service**

       I certify that on May 23, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                   */s/ Chris Newcomb*