**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S AND OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS' JOINT NOTICE OF FILING OF PROPOSED LETTER**
**FROM COMMITTEE SUPPORTING DEBTOR'S CHAPTER 11 PLAN**

**PLEASE TAKE NOTICE** that, on March 23, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor") filed the *Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 294] (as may be amended, modified or supplemented from time to time, the "Plan") with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on March 23, 2021, the Debtor filed the proposed *Disclosure Statement for Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 295] (as may be amended, modified or supplemented from time to time, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the hearing (the "Hearing") at which the Court will consider the entry of an order conditionally approving the Disclosure Statement is currently set for **May 25, 2021 at 1:30 p.m. (CDT)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Texas. The Hearing will be conducted remotely.

**PLEASE TAKE FURTHER NOTICE** that, at the Hearing, the Official Committee of Unsecured Creditors (the "Committee") of the Debtor and the Debtor will seek authority from the Court to include in the Solicitation Package (as defined in the Disclosure Statement) accompanying the Disclosure Statement a letter from the Committee to holders of general unsecured claims, including former customer claims, urging them to vote in favor of the Plan (the "Committee Letter"). A copy of the proposed Committee Letter is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement has not yet been conditionally approved by the Court.

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that Hearing appearances must be made electronically in advance of the Hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Isgur Under "Electronic Appearance" select "Click here to submit Electronic Appearance". Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated: May 24, 2021
   New York, New York

| | |
|---|---|
| **BAKER BOTTS L.L.P.** | **MCDERMOTT WILL & EMERY LLP** |
| By: */s/ Chris Newcomb* | By: /s/ *Darren Azman* |
| Robin Spigel (admitted *pro hac vice*) | Charles R. Gibbs |
| *Robin.Spigel@bakerbotts.com* | Texas State Bar No. 7846300 |
| Chris Newcomb (admitted *pro hac vice*) | *crgibbs@mwe.com* |
| *Chris.Newcomb@bakerbotts.com* | 2501 North Harwood Street, Suite 1900 |
| 30 Rockefeller Plaza | Dallas, TX 75201-1664 |
| New York, New York 10012-4498 | Telephone: (214) 295-8000 |
| Telephone: (212) 408-2500 | Facsimile: (972) 232-3098 |
| Facsimile: (212) 259-2501 | |
| | - and – |
| -and- | |
| | Darren Azman (admitted pro hac vice) |
| David R. Eastlake | *dazman@mwe.com* |
| Texas Bar No. 24074165 | 340 Madison Ave. |
| *David.Eastlake@bakerbotts.com* | New York, NY 10173-1922 |
| 910 Louisiana Street | Telephone: (212) 547-5615 |
| Houston, Texas 77002-4995 | Facsimile: (212) 547-5444 |
| Telephone: (713) 229-1234 | |
| Facsimile: (713) 229-1522 | *Counsel to the Official Committee of Unsecured Creditors* |
| *Counsel to the Debtor and Debtor in Possession* | |

2

## Certificate of Service

      I certify that on May 24, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Chris Newcomb*