## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DEBTOR'S AGENDA OF MATTERS SET FOR
## HEARING ON MAY 25, 2021 AT 1:30 P.M. (CDT)

---

**The hearing will be held electronically. For audio, you must dial into the Court's dial in facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting**

---

The above-referenced debtor and debtor in possession (the "Debtor") hereby files its

Agenda of matters set for a hearing on **Thursday, May 25, 2021 at 1:30 p.m. (CDT).**

1. Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 24].

   **Related Documents**:

   A. Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 22].

---

[1]   The last four digits of its federal tax identification number of the Debtor are 1396.  The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

B.   Disclosure Statement for Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 23].

C.   Certificate of Service [Docket No. 49].

D.   Notice of Hearing on Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 80].

E.   Certificate of Service [Docket No. 87].

F.   Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 175].

G.   Disclosure Statement for the Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 176]

H.   Notice of Filing of Revised Proposed Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 177].

I.   Objection of Electric Reliability Council of Texas, Inc. to (A) the [Proposed] Disclosure Statement for Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the United States Bankruptcy Code, and (B) Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 186].

J.   Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 187].

K.   Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to (I) File the Objection under Seal and (II) Redact

Confidential Portions Thereof Filed by Creditor Committee Official Committee Of Unsecured Creditors [Docket No. 188].

L.  Declaration of Darren Azman in Support of Objections of the Official Committee of Unsecured Creditors to the Debtors' (I) Disclosure Statement Motion and (II) Motion to Quash [Docket No. 197].

M.  Certificate of Service [Docket No. 203].

N.  Debtor's Exhibit and Witness List for April 29, 2021 Hearing [Docket No. 206].

O.  Objection of Karen Prescott Individually and on Behalf of All Similarly Situated Customers of the Debtor Suffering Property Damage or Personal Injuries to: (A) the [Proposed] Disclosure Statement for Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the United States Bankruptcy Code, and (B) Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 210].

P.  Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on April 29, 2021 [Docket No. 211].

Q.  Notice of Filing of Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 212].

R.  Notice of Filing of Disclosure Statement for the Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 213].

S.  Notice of Filing of Further Revised Proposed Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan [Docket No. 214].

T.  Debtor's Omnibus Reply in Support of (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation Procedures and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 215].

U.  Debtor's Motion to (a) File Under Seal Debtor's Omnibus Reply in Support of (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan; and (b) Redact Confidential Provisions Thereof [Docket No. 216].

V.  Debtor's Amended Exhibit and Witness List for April 29, 2021 Hearing [Docket No. 218].

W.  Notice of Joinder of Tort Claimant in the Relief Sought in Objection to the Official Committee of Unsecured Creditors to Debtor and Non-Debtor Affiliates' Motion to Quash and For a Protective Order [Docket No. 228].

X.  Proposed Order RE: Order Denying the Debtor's Motion for Entry of an Order: (I) Conditionally Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (III) Approving the Form of Various Ballots and Notices in Connection Therewith; and (IV) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 230].

Y.  Debtor's Exhibit and Witness List for May 20, 2021 Hearing [Docket No. 268].

Z.  Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on May 20, 2021 [Docket No. 269].

AA.  Notice of Filing of Amended Disclosure Statement for Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 271].

BB.  Notice of Filing of Further Revised Proposed Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 272].

CC.  Notice of Adjourned Hearing on Debtor's Motion for Entry of an Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 289].

4

DD.  Notice of Filing of Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 294].

EE.  Notice of Filing of Disclosure Statement for Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 295].

FF.  Notice of Filing of Further Revised Proposed Order: (i) Conditionally Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (iii) Approving the Form of Various Ballots and Notices in Connection Therewith; and (iv) Approving the Scheduling of Certain Dates in Connection with Confirmation of Plan [Docket No. 296].

GG.  Debtor's and Official Committee of Unsecured Creditors' Joint Notice of Filing of Proposed Letter From Committee Supporting Debtor's Chapter 11 Plan [Docket No. 298].

**Status**: This is a continued hearing from April 29, 2021 and May 20, 2021.  This matter is going forward.

[*The remainder of this page is intentionally left blank.*]

Dated: May 24, 2021
      New York, New York             **BAKER BOTTS L.L.P.**

                                By: */s/ Chris Newcomb*
                                Robin Spigel (admitted *pro hac vice*)
                                *Robin.Spigel@bakerbotts.com*
                                Chris Newcomb (admitted *pro hac vice*)
                                *Chris.Newcomb@bakerbotts.com*
                                30 Rockefeller Plaza
                                New York, New York 10012-4498
                                Telephone: (212) 408-2500
                                Facsimile: (212) 259-2501

                                -and-

                                David R. Eastlake
                                Texas Bar No. 24074165
                                *David.Eastlake@bakerbotts.com*
                                910 Louisiana Street
                                Houston, Texas 77002-4995
                                Telephone: (713) 229-1234
                                Facsimile: (713) 229-1522

                                ***Counsel to the Debtor and Debtor in Possession***

### Certificate of Service

        I certify that on May 24, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                */s/ Chris Newcomb*
                                Chris Newcomb