# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, May 25, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Darren | Azman | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors |
| Jason | Binford | Office of the Attorney General of Texas | Public Utility Commission |
| Marty | Brimmage | Akin Gump | Non Debtor Affiliates |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors |
| Kevin | Lippman | Munsch Hardt Kopf & Harr, PC | Electric Reliability Council of Texas, Inc. |
| Layla | Milligan | Office of the Texas Attorney General | Public Utility Commission of Texas |
| Trey | Monsour | Fox Rothschild LLP | Karen Prescott |
| Chris | Newcomb | Baker Botts LLP | Griddy Energy LLC |
| Kelli | Norfleet | Haynes and Boone, LLP | Macquarie Energy LLC and Macquarie Investments US Inc. |
| Rachel | Obaldo | Texas Attorney General's Office | State of Texas |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Deborah | Perry | Munsch Hardt Kopf & Harr, PC | Electric Reliability Council of Texas, Inc. |
| Steven | Robinson | Texas Attorney General's Office | State of Texas |
| Abigail | Ryan | Texas Attorney General's Office | State of Texas - Consumer Protection |
| Robin | Spigel | Baker Botts LLP | Griddy Energy LLC |
| Angela | Tsai | Stretto | Griddy Energy LLC |