**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| Debtor. | ) |

**NOTICE OF FILING OF MODIFIED THIRD**
**AMENDED PLAN OF LIQUIDATION FOR GRIDDY ENERGY LLC**
**UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that, on March 15, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor"), filed the *Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 22] with the United States Bankruptcy Court for the Southern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that, on April 19, 2021, the Debtor filed the *Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 175].

**PLEASE TAKE FURTHER NOTICE** that, on April 27, 2021, the Debtor filed the *Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 212]

**PLEASE TAKE FURTHER NOTICE** that, on May 23, 2021, the Debtor filed the *Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 294] (the "Third Amended Plan")

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit 1, is the *Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* (the "Modified Third Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit 2, is a redline of the Modified Third Amended Plan reflecting changes from the Third Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right to alter, amend or modify the Modified Third Amended Plan, *provided that* the Debtor will file a revised version

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

of the Modified Third Amended Plan if such document is altered, amended, or modified in any material respect.

**PLEASE TAKE FURTHER NOTICE** that the Modified Third Amended Plan has not yet been approved by the Court.

Dated:  May 26, 2021
         New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel to the Debtor and Debtor in Possession*

**Certificate of Service**

I certify that on May 26, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/  Chris Newcomb*