## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| Debtor. | ) |

### NOTICE OF FILING OF DISCLOSURE STATEMENT FOR MODIFIED THIRD AMENDED PLAN OF LIQUIDATION FOR GRIDDY ENERGY LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, on March 15, 2021, the debtor and debtor in possession in the above-captioned case (the "Debtor"), filed the proposed *Disclosure Statement for Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 23] with the United States Bankruptcy Court for the Southern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that, on April 19, 2021, the Debtor filed the *Disclosure Statement for Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 176].

**PLEASE TAKE FURTHER NOTICE** that, April 27, 2021, the Debtor filed the *Disclosure Statement for the Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 213].

**PLEASE TAKE FURTHER NOTICE** that, on May 18, 2021, the Debtor filed the *Amended Disclosure Statement for the Second Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 271].

**PLESAE TAKE FURTHER NOTICE** that, on May 23, 2021, the Debtor filed the *Disclosure Statement for Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 295] (the "Disclosure Statement for Third Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtor filed the *Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code*.

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as <u>Exhibit 1</u>, is a revised proposed *Disclosure Statement for Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* (the "<u>Disclosure Statement for Modified Third Amended Plan</u>").

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as <u>Exhibit 2</u>, is a redline of the Disclosure Statement for Modified Third Amended Plan reflecting changes from the Disclosure Statement for Third Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right to alter, amend, or modify the Disclosure Statement for Modified Third Amended Plan, *provided that* the Debtor will file a revised version of the Disclosure Statement for Modified Third Amended Plan if such document is altered, amended, or modified in any material respect.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement for Modified Third Amended Plan has not yet been conditionally approved by the Court.

[*The remainder of this page is intentionally left blank.*]

Dated:  May 26, 2021
       New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

***Counsel to the Debtor and Debtor in Possession***

## Certificate of Service

    I certify that on May 26, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                          */s/ Chris Newcomb*