IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GRIDDY ENERGY LLC | § | CASE NO. 21-30923-11 |
| Debtor, | § | (CHAPTER 11) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

PATRICIA BATTAGLIA

an unsecured creditor, former customer of the Debtor, in the above captioned proceedings. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the Court, any other documents or instruments filed in the above captioned proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor in care of the undersigned at the address set forth below.

Respectfully submitted,

*/s/ Richard A. Battaglia*
Richard A. Battaglia
SBN 01918058

SDIN 8713<br>
P. O. Box 131276<br>
Houston, Texas 77219-1276<br>
713.521.3570 – Telephone<br>
rab@rabpc.com

Attorney for Patricia Battaglia

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served this date upon all parties in interest pursuant to the Federal Rules of Bankruptcy Procedure via either electronic transmission or United States mail on this the 2nd day of June 2021.

Attorney for Debtor:

Kevin Chiu
BAKER BOTTS
2001 Ross
Dallas, Texas 75201
kevin.chiu@bakerbotts.com

The Debtor:

Griddy Energy LLC
P.O. Box 1288
Greens Farm, CT 06838

Stephan Douglas Statham
U.S. Trustee
515 Rusk
Room 3516
Houston, Texas 77002

                                                                                                                                              /s/ Richard A. Battaglia
                                                                                                                                               Richard A. Battaglia