**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GRIDDY ENERGY LLC, | § | Case No. 21-30923 (MI) |
| | § | |
| DEBTOR | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICE AND PLEADINGS**

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller") hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

John Mark Stern
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, Texas 78711-2548
bk-jstern@oag.texas.gov

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ John Mark Stern*
JOHN MARK STERN
Texas State Bar No. 19175662
Southern District of Texas Bar No. 13934
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4868
Facsimile:  (512) 936-1409
bk-jstern@oag.texas.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on June 7, 2021, a true copy of the foregoing will be mailed by first class mail to:

Griddy Energy LLC
PO Box 1288
Greens Farms, CT 06838

and was served on the following on June 4, 2021, by electronic means using the Court's ECF Noticing System:

- **Jamil N Alibhai** jalibhai@munsch.com, atellez@munsch.com
- **Richard Anthony Battaglia** rab@rabpc.com
- **Karen Hope Beyea-Schroeder** karen.schroeder@rburnettlaw.com
- **Jason B. Binford** Jason.binford@oag.texas.gov
- **Marty L Brimmage** mbrimmage@akingump.com, lmonreal@akingump.com; bkemp@akingump.com;rfizette@akingump.com;millerk@akingump.com
- **Riley Burnett** rburnett@rburnettlaw.com
- **Kevin Chiu** kevin.chiu@bakerbotts.com
- **Shawn M Christianson** schristianson@buchalter.com, cmcintire@buchalter.com
- **Jeffrey R Cox** jcox@slmpc.com
- **David Robert Eastlake** david.eastlake@bakerbotts.com
- **James Ryan Fowler** rfowler@potts-law.com, pcolburn@potts-law.com
- **Charles R Gibbs** crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com
- **Tara L Grundemeier** houston_bankruptcy@publicans.com
- **Shelby A Jordan** cmadden@jhwclaw.com
- **John Lawrence** john.lawrence@bakerbotts.com, jessica.aquino@bakerbotts.com
- **Kevin M Lippman** klippman@munsch.com, pmoore@munsch.com
- **Trey A Monsour** tmonsour@foxrothschild.com, rsolomon@foxrothschild.com;sslater@foxrothschild.com
- **Christopher R. Newcomb** chris.newcomb@bakerbotts.com, jacob.herz@bakerbotts.com
- **Kelli S. Norfleet** kelli.norfleet@haynesboone.com, kenneth.rusinko@haynesboone.com
- **Rachel Ruth Obaldo** bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Deborah Michelle Perry** dperry@munsch.com
- **Michael Alan Rosenthal** MBischoping@gibsondunn.com;kmatorana@gibsondunn.com
- **Jonathan Rubenstein** jonathan.rubenstein@bakerbotts.com
- **Bruce J Ruzinsky** bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com
- **Abigail R. Ryan** Abigail.Ryan@oag.texas.gov
- **Robin Spigel** robin.spigel@bakerbotts.com
- **Stephen Douglas Statham** stephen.statham@usdoj.gov

- **US Trustee** USTPRegion07.HU.ECF@USDOJ.GOV
- **Jana Smith Whitworth** jana.whitworth@usdoj.gov

*/s/ John Mark Stern*
JOHN MARK STERN
