**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Griddy Energy LLC,** | ) | **Case No. 21-30923 (MI)** |
| | ) | |
| **Debtor.** | ) | |

**CERTIFICATE OF SERVICE**

I, Nathaniel Repko, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On June 3, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Order for Former Customers of the Debtor Only: (I) Setting Bar Date for Filing Proofs of Claim; (II) Approving the Form of and Manner for Filing Proofs of Claim; and (III) Approving Notice of Bar Date** (Docket No. 321)

- **Notice to All Former Customers of Griddy Energy LLC: Deadline to File Proofs of Claim in Bankruptcy Court** (attached hereto as **Exhibit B**)

- **Former Customer Proof of Claim Form and Instructions** (attached hereto as **Exhibit C**)

Furthermore, on June 3, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on 27,670 Customers not included herein in either English or Spanish language:

- **Notice to All Former Customers of Griddy Energy LLC: Deadline to File Proofs of Claim in Bankruptcy Court** (attached hereto as **Exhibit B**)

- **Former Customer Proof of Claim Form and Instructions** (attached hereto as **Exhibit C**)

[THIS SPACE INTENTIONALLY LEFT BLANK]

On June 4, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on 137 Customers not included herein whose email previously bounced:

- **Notice to All Former Customers of Griddy Energy LLC: Deadline to File Proofs of Claim in Bankruptcy Court** (attached hereto as **Exhibit B**)

- **Former Customer Proof of Claim Form and Instructions** (attached hereto as **Exhibit C**)

Dated: June 8, 2021

*/s/ Nathaniel Repko*
Nathaniel Repko
STRETTO
7 Times Square, 16th Floor
New York, NY 10036
855.478.2725
Email:TeamGriddy@Stretto.com

# <u>Exhibit A</u>



**Exhibit A**
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| AEP Texas Inc. | Attn: Mark Hunt | | crrtx@aep.com mdhunt@aep.com |
| Alpha Employment Solutions | Attn: Penny Vita-Finzi | | penny@alpha-employment.com |
| Bernice Willman | c/o Sheehy, Lovelace & Mayfield | Attn: Jeffrey R. Cox | jcox@slm.law |
| CCH Incorporated | c/o Wolters Kluwer | Attn: CEO or General Counsel | cch-ar@wolterskluwer.com |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | | jewel.smith@centerpointenergy.com |
| Charles Huppert, District Court of Harris County, Texas Case No. 2021-12101; and Thomas Clark, District Court of Harris County, Texas Case No.: 2021-12017 | c/o Burnett Law Firm | Attn: Riley L. Burnett, Jr and Karen H. Beyea-Schroeder | Rburnett@rburnettlaw.com karen.schroeder@rburnettlaw.com |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman and Deborah M. Perry | klippman@munsch.com dperry@munsch.com |
| Electric Reliability Council of Texas (ERCOT) | Attn: Phil Mincemoyer | | ClientServices@ercot.com |
| Griddy Technologies LLC, Griddy Holdings LLC, Griddy VI Series A Holdings LLC and Griddy Pro LLC | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Marty L. Brimmage, Jr. & Patrick G. O'Brien | mbrimmage@akingump.com pobrien@akingump.com |
| Griddy Technologies LLC, Griddy Holdings LLC, Griddy VI Series A Holdings LLC and Griddy Pro LLC | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Philip C. Dublin | pdublin@akingump.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@publicans.com |
| Lisa Khoury, et al. | c/o Potts Law Firm, LLP | Attn: Derek H. Potts, J. Ryan Fowler, Batami Baskin | dpotts@potts-law.com rfowler@potts-law.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal and Michael L. Raiff | MRosenthal@gibsondunn.com MRaiff@gibsondunn.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher | Attn: Matthew G. Bouslog | MBouslog@gibsondunn.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Eric T. Haitz | EHaitz@gibsondunn.com |
| Macquarie Investments US Inc. & Macquarie Energy LLC | c/o Haynes and Boone LLP | Attn: Chad Mills | chad.mills@haynesboone.com |
| Macquarie Investments US Inc. and Macquarie Energy LLC | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet and Arsalan Muhammad | kelli.norfleet@haynesboone.com arsalan.muhammad@haynesboone.com |
| Meridian Business Centers | c/o Hartman Income REIT Management | Attn: Sara Lynn O'Dell | sodell@hi-reit.com |
| Multiple Injured and Death Case Tort Claimants | c/o Jordan, Holzer & Ortiz, P.C. | Attn: Shelby A. Jordan and Antonio Ortiz | sjordan@jhwclaw.com aortiz@jhwclaw.com ecf@jhwclaw.com |
| Office of The United States Trustee | Attn: Hector Duran, Jr. and Stephen Douglas Statham | | Hector.Duran.Jr.@usdoj.gov Stephen.statham@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Charles R. Gibbs | crgibbs@mwe.comstperry@mwe.com |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman  and Blaine Adams | dazman@mwe.combadams@mwe.com |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | | contactcenter@oncor.com |
| Oracle America, Inc. | c/o Buchalter, a Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Patricia Battaglia | c/o Richard A. Battaglia | | rab@rabpc.com |
| Public Utility Commission of Texas | Attn: David Hoard | | david.hoard@puc.texas.gov |
| Public Utility Commission of Texas | c/o Office of the Attorney General of Texas | Bankruptcy & Collections Division | jason.binford@oag.texas.gov layla.milligan@oag.texas.gov |
| RLI Insurance Company | Attn: Commercial Surety | | Chrissy.Eaton@rlicorp.com support@rlicorp.com |
| S4S, LLC | Attn: Charles Cella | | charles.cella@strongforce.design |
| Star Energy Partners | Attn: CEO or General Counsel | | info@starenergypartners.com |
| State of Texas | Office of the Attorney General of Texas | c/o Bankruptcy & Collections Division | rachel.obaldo@oag.texas.gov abigail.ryan@oag.texas.gov |
| Stripe, Inc. | c/o Legal Department | | notices@stripe.com |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | | bo.overstreet@cpa.texas.gov |
| Texas-New Mexico Power Company | Attn: CEO or General Counsel | | MPRelations@pnmresources.com MPRelations@tnmp.com |
| Texas-New Mexico Power Company | c/o Jackson Walker LLP | Attn: Bruce J. Ruzinsky and Tiara E. Seals | bruzinsky@jw.com tseals@jw.com |

In re: Griddy Energy LLC
Case No. 21-30923 (MI)

 STRETTO

**Exhibit A**
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| The State of Texas | Attn: Rick Berlin & Dan Zwart | | rick.berlin@oag.texas.gov<br>william.carpenter@oag.texas.gov<br>dan.zwart@oag.texas.gov |
| The State of Texas | Attn: Ken Paxton, Valeria Sartorio & Steven Robinson | | steven.robinson@oag.texas.gov<br>valeria.sartorio@oag.texas.gov |
| Tort Claimant Customers | c/o Fox Rothschild LLP | Attn: Trey A. Monsour, Esq. | tmonsour@foxrothschild.com |
| Tort Claimant Customers | c/o Fox Rothschild LLP | Attn: Michael A. Sweet, Esq. | msweet@foxrothschild.com |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | Attn: Lee Saveliff | c/o Julia Sterling | poley@optonline.net |

# Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE TO ALL FORMER CUSTOMERS OF GRIDDY ENERGY LLC:**
**DEADLINE TO FILE PROOFS OF CLAIM IN BANKRUPTCY COURT**

**PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED.**
**THIS NOTICE WAS APPROVED BY JUDGE ISGUR AND IS NOT A SOLICITATION.**

**YOU ARE NOT BEING SUED.**

*This notice is also posted at*: **https://cases.stretto.com/Griddy/Customers.**

**Who is this Notice for and what is it about?**

- **This Notice is being sent to all Former Customers of Griddy – a company that previously provided retail electric services. A "Former Customer" is a person who was a retail electricity customer (or the legal representative of such customer) of the Debtor at any point from February 11, 2021 through February 19, 2021.**

- **Griddy has filed for bankruptcy and the Court has entered an Order that all Former Customers of Griddy who wish to file any claim against Griddy must fill out and send in a claim form no later than July 19, 2021 at 10:00 p.m. (Central Time).**

**Instructions and requirements for submitting claims are detailed below.**

1. *Griddy has filed for Bankruptcy*: On March 15, 2021, Griddy Energy LLC ("Griddy"), filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The Judge in charge of this case is the Honorable Marvin Isgur.

2. *Customer Claim Deadline*: Judge Isgur set *July 19, 2021 at 10:00 p.m. (Central Time)* as the Deadline for Former Customers to file Proofs of Claim in Griddy's bankruptcy case. As a Former Customer, if you believe you have any claim or potential claim against Griddy, you must fill out a proof of claim form and either file it electronically or send it by mail or overnight delivery to be received by **July 19, 2021 at 10:00 p.m. (Central Time).**

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

3. ***Stretto.com as "Administrator":*** Judge Isgur appointed Stretto.com as the Administrator of this case. Stretto will send you important notices about Griddy's bankruptcy and is authorized by the Judge to distribute and receive all Proofs of Claim. You can review a blank proof of claim form and instructions for completing it by clicking here: https://cases.stretto.com/Griddy/Customers.

4. ***Claim* Requirements:** The Court's rules require that your claim form meet certain standards.

   a. ***Contents Required.***  Each proof of claim must: (a) be in the proof of claim form that will be sent to you by email from the Administrator (you can also get a copy at https://cases.stretto.com/Griddy/Customers); (b) be clear enough to read; (c) include your monetary claim amount, if any; (d) include your email address; (e) be signed by you as the Former Customer or by your authorized agent or legal representative on your behalf as the claimant; and (f) declare that the information contained in the proof of claim is true and correct to the best of your knowledge, information, and belief.

   b. ***Supporting Documentation Required.***  For your proof of claim to have initial validity you must include documents that support your claim.  Examples of these documents are provided in the instructions that accompany the proof of claim form provided by the Administrator. If your documents are very lengthy or are not available, you may include a written statement that summarizes your documents or explains why your documents are not available.

   c. ***Submitting your claim before the deadline.***  Your proof of claim including supporting documents must be ***actually received*** by Stretto no later than **July 19, 2021 at 10:00 p.m. (Central Time).**

   d. ***How and where to submit your claim:*** You have two ways to submit your proof of claim:

      (i) ***Electronically:*** You may submit your claim to the Administrator by electronic submission through the interface available at https://cases.stretto.com/Griddy/Customers.  <u>Your claim will be electronically signed by you or your Authorized Representative.</u>

      (ii) ***First-Class Mail, Hand Delivery, or Overnight Mail:*** You may send your claim form to the Administrator by U.S. Mail, Hand Delivery, or Overnight Mail to the following address:

         **If by First-Class Mail, Hand Delivery, or Overnight Mail:**
         Griddy Energy LLC Claims Processing
         c/o Stretto
         410 Exchange, Suite 100
         Irvine, CA 92602

> **DO NOT SEND YOUR PROOF OF CLAIM BY FACSIMILE
> OR IN AN EMAIL. THOSE WILL NOT BE ACCEPTED.**

e. ***Receipt of Service***. If you file your Proof of Claim electronically at https://cases.stretto.com/Griddy/Customers, you will receive a confirmation email from DocuSign (dse_na2@docusign.net) and the email subject will be "Completed: Griddy Customer Claim Form." Claimants wishing to receive acknowledgment by mail that their Proofs of Claim were received by Stretto must submit (i) a copy of the Proof of Claim form (in addition to the original Proof of Claim form sent to Stretto) and (ii) a self-addressed, stamped envelope.

## I.   CONSEQUENCES OF FAILING TO TIMELY FILE YOUR PROOF OF CLAIM.

IF YOU HAVE A CLAIM AND FAIL TO FILE IT ON OR BEFORE **JULY 19, 2021 AT 10:00 P.M. (CENTRAL TIME)**, YOU MAY, BY FUTURE ORDER OF THE COURT, BE BARRED FROM ASSERTING ANY CLAIM AGAINST THE DEBTOR, AND WILL BE PRECLUDED FROM PARTICIPATING IN ANY DISTRIBUTION IN GRIDDY'S BANKRUPTCY CASE ON ACCOUNT OF SUCH CLAIM.

## II.   RESERVATION OF RIGHTS.

Nothing in this Notice is intended to or should be construed to mean that Griddy is waiving its right to: (a) dispute, or assert offsets or defenses against, any claim including the claims of Former Customers as to the nature, amount, liability, or classification thereof; (b) subsequently designate any claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules.

## III.   ADDITIONAL INFORMATION.

You may review pleadings, orders, and other information regarding Griddy's bankruptcy including Griddy's Schedules of Assets and Liabilities at the Administrator's website at https://cases.stretto.com/Griddy. Documents filed in this case also may be examined between the hours of 8:00 a.m. and 5:00 p.m. (prevailing Central Time), Monday through Friday, at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of Texas (Houston Division), 515 Rusk Street, Houston, Texas 77002.

> **IV.   QUESTIONS REGARDING PROOF OF CLAIM PROCEDURE.  If you need additional information regarding filing your proof of claim (including questions about how to obtain a claim form or submit your claim form or obtain your password), please contact the Administrator's hotline at: (855) 478-2725 (toll free U.S.) or (949) 471-0997 (International).**

**V.     YOU MAY WISH TO CONSULT AN ATTORNEY FOR ADVICE REGARDING WHETHER YOU HAVE A CLAIM AND WHETHER TO FILE A PROOF OF CLAIM.**

**This notice is as approved by Judge Isgur's Order of May 28, 2021, a copy of which can be found at** https://cases.stretto.com/Griddy [Docket No. 312].

# <u>Exhibit C</u>

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS | **PROOF OF CLAIM FOR FORMER CUSTOMERS** |
|---|---|

| Name of Debtor:<br><br>Griddy Energy LLC | Case Number:<br><br>21-30923 | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Former Customer filing this claim (or on whose behalf this claim is being filed) | **COURT USE ONLY** |
|---|---|

| You may submit your proof of claim in one of two ways:<br><br>**Electronic Submission:**<br>You may submit your claim to the Administrator by electronic submission through the interface available at https://cases.stretto.com/Griddy/Customers.<br><br>Or<br><br>**Submission by First-Class Mail, Hand Delivery and Overnight Mail**<br>Griddy Energy LLC Claims Processing<br>c/o Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602<br><br>Telephone number: 855-478-2725<br><br>*DO NOT SEND YOUR PROOF OF CLAIM BY FACSIMILE OR IN AN EMAIL. THOSE WILL NOT BE ACCEPTED.* | ❏ Check this box if this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(*If known*)<br><br>Filed on:_____ |
|---|---|

| Name and address where payment should be sent (if different from the information you fill out in #5 below (Signature)):<br><br><br>Telephone number:            email: | ❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |
|---|---|

**PLEASE FILL IN ALL AMOUNTS FOR WHICH YOU ARE ASSERTING A CLAIM AGAINST GRIDDY.**

**1.** ❏ I am a Former Customer of Griddy and as a result of the February 13-19, 2021 winter storm, I was billed in the amount of $_____ for electricity used during this time period. Documentation supporting these charges is attached.

*AND/OR*

**2.** ❏ I am a Former Customer of Griddy and actually paid Griddy $_____ for the electricity used during the February 13-19, 2021 winter storm. Documentation supporting these payments is attached.

*AND/OR*

**3.** ❏ I am a Former Customer of Griddy and have another type of claim to make, whether known or unknown, contingent or non-contingent.

   How much is the claim?  $_____
   Please explain the basis for your claim: _____
   _____
   _____

**4.** Confirm whether you have disputed any Griddy electricity charges and whether you have received a full or partial refund from your credit card company:
    ☐ I confirm I have <u>not</u> disputed any electric charges
    ☐ I confirm I have disputed charges <u>but</u> have not received a full or partial refund.
    ☐ I have disputed these charges and have <u>received</u> a full or partial refund in the total amount of $_____.

**5.** Signature
  I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief and that I am the Former Customer or authorized to sign below on behalf of the Former Customer.

  Signature:_____ Date:_____

| Print Name: _____<br>Title: _____<br>Company: _____ | Address and telephone number (if different from notice address above):<br><br><br>Address: _____<br>Telephone: _____ |
|---|---|

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.**

# Instructions for Former Customer Proof of Claim

**These instructions and definitions generally explain the law. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this proof of claim form

- **Fill in all of the information about your claim.**

- **Attach any supporting documents to this form.  If you are mailing your claim form, do not attach original documents because attachments may be destroyed after scanning.**
  Instead, attach copies of any documents that support the amount you are claiming.

  Examples of such documents are copies or screen shots of bills from Griddy, statements from banks or credit cards showing payments made by the Former Customer to Griddy, or other documents that help prove any amount you are claiming.

- **If you have too many documents to attach to your proof of claim or do not have the supporting documents, attach a statement describing your documents or an explanation why you do not have any documents to attach.**

- **Information that is entitled to privacy**: To protect your privacy, any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

## Confirmation that the claim has been filed

- Electronic Submission: If you file your Proof of Claim electronically (at https://cases.stretto.com/Griddy), you will receive a confirmation email from DocuSign (dse_na2@docusign.net) and the email subject will be "Completed: Griddy Customer Claim Form."

- Submission by Mail, Courier, or Hand Delivery: If you file your Proof of Claim by mail and want to receive confirmation that Stretto received it, you must include with your proof of claim (i) a copy of the Proof of Claim form (in addition to the original Proof of Claim form) and (ii) a self-addressed, stamped envelope.

## Offers to Purchase Claims

You may be contacted by certain entities which offer to purchase claims for an amount that is less than the face value of the claims. These entities do not represent the bankruptcy court, the bankruptcy trustee, or Griddy. Some written communications from these entities may easily be confused with official court documentation or communications from Griddy. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

---

QUESTIONS REGARDING PROOF OF CLAIM PROCEDURE.  If you  need additional information regarding filing your proof of claim (including questions about how to submit your online claim form, obtain a claim form or your password), please contact the Administrator's hotline at: (855) 478-2725 (toll free U.S.) or (949) 471-0997 (International).

**Assistance Verifying Information and Locating Supporting Documents**

In an effort to assist Former Customers in locating electricity usage for the period of February 13, 2021 through February 19, 2021, Griddy provides the following instructions:

- You may log in to your Griddy account (www.griddy.com).  Click the tab on the left side that says "February 13-February 19."  The February 13-February 19 tab sets forth the following information (solely as it pertains to you):

  a.   What Griddy believes is the total amount of your bills for electricity usage during the period from February 13, 2021 through February 19, 2021, and

  b.   What Griddy believes you paid to Griddy for electricity usage during the period from February 13, 2021 through February 19, 2021.

- If you have any questions about the amounts on the February 13-February 19 tab of the Griddy website, please email support@griddy.com or call (800) 993-6207.

- Further, you may still access your Griddy account to locate historical electrical usage/billing information.