# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Griddy Energy LLC,** | ) | **Case No. 21-30923 (MI)** |
| | ) | |
| **Debtor.** | ) | |

## AFFIDAVIT OF PUBLICATION OF THE COMBINED HEARING NOTICE IN THE NEW YORK TIMES



The New York Times
620 8TH AVENUE · NEW YORK, NY 10018

# PROOF OF PUBLICATION

Jun-01, **20**21

I, Edgar Noblesala, in my capacity as a Principal Clerk of the Publisher of *The New York Times*, a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of *The New York Times* on the following date or dates, to wit on

Jun 1, 2021, NYT & Natl, pg B3

Sworn to me this 1st day
of June, 2021

*Ellen Herb*

Notary Public

Ellen Herb
Notary Public, State of New York
No. 01HE6163785
Qualified in New York County
Commission Expires April 2, 2023

# Hard Seltzers Vie To Be Summer's Drink

FROM FIRST BUSINESS PAGE
period when dozens of old and new competitors vie to be the boozy, bubbly drink of the season.

A grown-up cousin to fizzy seltzer waters like LaCroix, alcoholic hard seltzers became a sensation before the pandemic, racking up around $500 million in sales in 2018, according to NielsenIQ. But in the past year, when people couldn't go to their favorite bars and restaurants, they picked up cases and cases of the drinks at liquor and grocery stores, sending revenues soaring to more than $4 billion in 2020.

Analysts are betting that another big wave of seltzer buying will hit this summer. Nik Modi, an analyst at RBC Capital Markets, notes that hard seltzers are popular at group gatherings, which largely didn't happen last year.

"This summer," Mr. Modi said,

## $4B
Sales in 2020 for alcoholic hard seltzers, compared with $500 million in 2018.

"is going to be a completely different ballgame." He and others predict that annual sales will top $8 billion over the next four years.

Dave Burwick, the chief executive of Boston Beer, said on CNBC last year that the growth of hard seltzers was the biggest shift in the beer industry since light beers were widely introduced in the 1970s. Boston Beer, the company behind Sam Adams, also makes Truly Hard Seltzer.

While White Claw and Truly — the Coca-Cola and Pepsi of hard seltzer — capture about 70 percent of the market, everyone wants in on the action, drawn by the staggering growth. Old-school beer companies, spirits giants, winemakers and others are fermenting sugar solutions and adding seasonal flavors like watermelon, black cherry and strawberry lemonade to create their own buzzy concoctions. (Care for passion fruit-orange-guava?) They're also trying to outdo one another by coming up with new variations, like so-called spiked seltzers that use rum or tequila, seltzers with antioxidants or even "hard coffee."

Boston Beer introduced Truly Iced Tea Hard Seltzer this year and a few weeks ago released an ad campaign with the British pop singer Dua Lipa. This spring, the hip-hop star Travis Scott released Cacti, a seltzer made with blue agave syrup, in a partnership with Anheuser-Busch. It quickly sold out in many locations.

"People were lining up outside of the stores to buy Cacti and share pictures of themselves with their carts full of Cacti," said Marcel Marcondes, the chief marketing officer for Anheuser-Busch.

Also this spring, Topo Chico Hard Seltzer was released. A partnership between Coca-Cola and Molson Coors Beverage, it hit shelves in 16 markets across the country, chasing the cult following of Topo Chico's seltzer water in the South.

"I feel like I can walk into a party saying, 'Oh, yeah, I brought the Topo Chico,'" said Dane Cardiel, 32, who works in business development for a podcast company and lives in Esopus, N.Y., about 60 miles south of Albany.

How flavored bubbly water with alcohol became a national phenomenon is partly due to social media videos that went viral and clever marketing that sold hard seltzers as a "healthier" alcohol choice.

White Claw's slim cans prominently state that the drinks contain only 100 calories, are gluten free and have only two grams each of carbohydrates and sugar. The brand is owned by the Canadian billionaire Anthony von Mandl, who created Mike's Hard Lemonade.

"The health and wellness element is front and center in terms of the visual marketing," said Vivien Azer, an analyst at the Cowen investment firm. "Every brand's packaging features its relatively low carb and sugar data."

On top of that, the alcohol content in most hard seltzers, about 5 percent, or the same as 12 ounces of a typical beer, is less than a glass of wine or a mixed drink. That makes it easier for people to sip at a party or while watching a game without getting intoxicated or winding up with the belly-full-of-beer feeling.

"It's a nice drink for an afternoon on the patio," said Shelley Majeres, the general manager of Blake Street Tavern in downtown Denver. "You can drink four or five of them in an afternoon and not have a big hangover or get really drunk."

Blake Street, an 18,000-square-foot sports bar, started selling hard seltzers two years ago. Today, they make up about 20 per-



TODD ANDERSON FOR THE NEW YORK TIMES
Topo Chico Hard Seltzer in production in Auburndale, Fla. The Rambler Kitchen and Tap in Chicago offers six hard seltzer brands, left.



LYNDON FRENCH FOR THE NEW YORK TIMES

cent of its can and bottle sales.

The industry has also neatly sidestepped the gender issue that plagued earlier, lighter alcoholic alternatives like Zima, which became popular with women but struggled to be adopted by men.

"I've got just as many men as women drinking it," said Nick Zeto, the owner of Beer Garden in Naples, Fla. "And it started with the millennials, but now I have people in their 40s, 50s and 60s ordering it."

That kind of broad appeal is attractive to beer, wine and spirits companies.

"We view ourselves as the challenger brand," said Michelle St. Jacques, the chief marketing officer of Molson Coors, which has been making beer since the late 1700s but hopes to end this year with 10 percent of the hard seltzer market.

Last spring, the company released Vizzy, a hard seltzer that contains vitamin C. Topo Chico came this spring. "We feel like we're making great progress in seltzer by not trying to bring metoo products, but rather products and brands that have a clear difference," Ms. St. Jacques said.

While grocery and liquor stores have made plenty of space available to the hard seltzer brands that people drink at home, the competition to get into restaurants and bars is fierce. Most want to offer only two or three brands to their customers.

"Oh, my god, I get presented with new hard seltzer whenever they can get my attention," said Mr. Stone, who sells six brands at the Rambler. The crowd favorite, he said, is the vodka-based High Noon Sun Sips peach, made by E.&J. Gallo Winery. "Everybody, from the big brands to small, new ones, are getting into the hard seltzer game."

---

# World Stirs, but Game Makers Are 'Doubling Down'

FROM FIRST BUSINESS PAGE
games. He said the pandemic had introduced gaming to a wider audience, so rather than pull back, "we are investing to grow to meet that demand."

When industries predicted slowing growth in the past, companies often reduced costs, but those downturns and recoveries were typically unpredictable, related to a tumbling stock market and recessions, said Bill Pearce, an assistant dean at the Haas School of Business at the University of California, Berkeley.

With the ebbing of the pandemic, businesses have "better clarity and more confidence to invest" because of coronavirus vaccines and predictions of how people will respond when the world opens up, Mr. Pearce said. Some industries that followed conventional wisdom by slowing down, like car dealerships, are now kicking themselves because they can't fulfill surging demand, he said.

But John Paul Rollert, a professor at the University of Chicago Booth School of Business, said plowing ahead in the face of shifting behavior was a high-risk and high-reward approach.

"You're playing some really high-stakes poker," Mr. Rollert said. Still, he added, with the economy rebounding and money sloshing around, "you can understand why these companies might think to themselves, 'Covid has been good to us, but maybe post-Covid will be great to us.'"

Newzoo, a gaming analytics firm, has projected that people will spend $175.8 billion on games this year, down 1 percent from 2020. That would be the first decline since Newzoo began tracking spending in 2012.

Take-Two said last month that it expected sales to plunge 30 percent in its next quarter, from a year earlier, and 8 percent for the fiscal year. Activision Blizzard, which makes the war game Call of Duty, predicted an 11 percent sales decline from a year earlier in its next quarter.

"It's hard to imagine how at least the immediate future is going to have as much spending or as much game time or as many players as the industry benefited from last year," said Matthew Ball, managing partner at Epyllion Industries, which operates a venture capital fund that invests in gaming.

Other challenges loom, like a global chip shortage that is limiting the availability of new video game consoles from Microsoft and Sony, and a dearth of blockbuster games after a year of re-



AMR ALFIKY/ASSOCIATED PRESS
Niantic, which produced Pokemon Go, plans to increase its work force.

mote work made game development even trickier than normal.

Yet game makers said they were not worried, especially after such a tremendous spurt of pandemic growth.

In January, Microsoft reported $5 billion in quarterly revenue from gaming for the first time, in part because of a new generation of Xbox consoles. The company also bought ZeniMax Media, which publishes games like Skyrim and Fallout, for $7.5 billion in September.

Microsoft's games business now aims to expand in places like Africa by promoting its cloud gaming service, xCloud, Mr. Spencer said. In cloud gaming, games are hosted in a company's data centers and broadcast to consumers' devices so they don't need to install the games or use expensive hardware.

"If you look over the last decade, gaming has been on a double-digit growth pattern," Mr. Spencer said. "No doubt the pandemic has had an accelerated impact."

At Take-Two, based in New York, profits jumped 46 percent over the last year. The company has brought on about 700 game developers in the last 12 months, expanding its work force by 10 percent, and is spending heavily on technology and marketing, Mr. Zelnick said.

"In many ways, it's an investment year as we build for the future," he said.

Niantic, the San Francisco company that produced the mobile game Pokemon Go, expects to increase its work force by about 25 percent this year to nearly 900 people, said John Hanke, its chief executive. The company was preparing to introduce two new games, one based on the board game Settlers of Catan and the other on the Pikmin franchise, with eight more in development.

At Riot, based in Los Angeles, a post-pandemic downturn was "not even a topic of discussion," Mr. Laurent said. Revenues for the company, which is privately held, rose 20 percent last year.

(Mr. Laurent has been grappling with employee claims and lawsuits that Riot is a sexist workplace; he was sued in January for sexual harassment and retaliation. He has denied the accusations.)

Riot aims to hire 1,000 people this year, increasing its work force by 33 percent, Mr. Laurent said. Aside from expanding its flagship title, League of Legends, he said, Riot is investing in the e-sports leagues for its first-person shooter game Valorant and for Wild Rift, a modified version of League of Legends played on mobile phones. The company is also building two new studios this year in Shanghai and Seattle, he said, and plans to open five more locations over the next three years.

"Gaming's going to be the center of influence" in the 21st century, Mr. Laurent said. "The pandemic's just giving us a little boost."

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ROME DIVISION

IN RE: THE FAIRBANKS COMPANY, Debtor.
Chapter 11
Case No. 18-41768-PWB
Judge Bonapfel

NOTICE OF VOTING RIGHTS AND HEARING TO CONSIDER WHETHER TO CONFIRM PLAN OF REORGANIZATION AND TO GRANT CERTAIN INSURANCE SETTLEMENT MOTIONS WITH LIBERTY MUTUAL INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, AND THE TRAVELERS INDEMNITY COMPANY
If You or Loved Ones Were Exposed To ASBESTOS or ASBESTOS-CONTAINING Products Distributed, Sold, or Manufactured by THE FAIRBANKS COMPANY, PLEASE READ THIS NOTICE

[Full legal notice text continues with sections on Bankruptcy Case, Plan of Reorganization and Disclosure Statement, Asbestos Personal Injury and Wrongful Death Claims, Combined Hearing on Confirmation of the Plan and the Insurance Settlement Motions, Insurance Settlement Motions, Objections to Confirmation of the Plan and/or the Insurance Settlement Motions, Solicitation Materials, Approval of Disclosure Statement, Key Parts of the Plan, Objections to Disclosure Statement, and Additional Information.]

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

In re: GRIDDY ENERGY LLC, Debtor.
Chapter 11
Case No. 21-30923 (MI)

NOTICE OF: (A) DEADLINE TO CAST VOTES TO ACCEPT OR REJECT CHAPTER 11 PLAN OF THE DEBTOR; (B) COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN; (C) DEADLINE TO OBJECT TO CONFIRMATION; AND (D) RELATED MATTERS AND PROCEDURES

[Full legal notice text continues covering the Disclosure Statement Order, Voting Record Date, Voting Deadline, Deadline for Plan Confirmation and Final Approval of Disclosure Statement, Combined Hearing, and Plan and DS Objection Deadline.]

BAKER BOTTS L.L.P.
Counsel to the Debtor and Debtor in Possession

Announcing Announcements

Celebrate births, engagements, weddings, anniversaries and more in The Times.
Call 1-800-238-4637.



The New York Times