06/03/2021

United States Courts
Southern District of Texas
F I L E D

JUN - 7 2021

21-30923

Nathan Ochsner, Clerk of Court

Dear Sir/Madam,

My name is Aziz Taygun and I lived some problems with Griddy Energy LLC, The company charged from me 14 times $49 totally $686 between 02/16/2021-02/22/2021 and I sent an e-mail to Griddy Company several times and already put the conversations in the mail. Even When they told us ''we are getting lower the prices'' but they played it every 5 minutes and still charged $250 from me. I just would like to get my money back.

I created an account in Pacer and CM/ECF Registration website but could not find there any document filling section. I am so sorry, if I made a mistake. Because I am not a native English speaker and tried to reach someone. Thank you very much and there are some informations about me:

Home address: 7979 Westheimer Rd. Apt. 2805 Houston, TX 77063

Griddy account number: 229450

E-mail: aziztaygun@hotmail.com

Phone number: 281 796 0535

Sincerely,

Aziz TAYGUN

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor: | Griddy Energy LLC | EIN: 61-1791396 |

**United States Bankruptcy Court for the Southern District of Texas**

| | |
|---|---|
| Case Numbers: 21-30923 (MI) | Date case filed for chapter 11     March 15, 2021 |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                                12/17

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

1. **Debtor's full name:** See chart below.

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 1. | Griddy Energy LLC | PO Box 1288, Greens Farms, CT 06838 | 21-30923 (MI) | 61-1791396 |

2. **All other names used in the last 8 years:** GreenBird Energy LLC

3. **Address:** See Chart Above

4. **Debtor's attorney**

| | |
|---|---|
| David Eastlake, State Bar No. 24074165<br>BAKER BOTTS L.L.P.<br>910 Louisiana Street<br>Houston, Texas 77002-4995<br>Telephone: 713/229-1234<br>Facsimile: 713/229-1522<br>Email: david.eastlake@bakerbotts.com<br><br>Robin Spigel *(pro hac vice)*<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone: (212) 408-2500<br>Facsimile: (212) 259-2501<br>Email: robin.spigel@bakerbotts.com | Debtor's notice and claims agent (for court documents and case information inquiries):<br><br>Griddy Energy, LLC<br>c/o Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602<br><br>U.S. toll-free: (855) 478-2725<br>International: (949) 471-0997<br>Email: GriddyInquiries@stretto.com<br>Case website: https://cases.stretto.com/Griddy |

| 5. | | |
|---|---|---|
| **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | **United States Courthouse** <br> 515 Rusk Avenue <br> Houston, Texas 77002 <br> All documents in this case are available free of charge on the website of the Debtor's notice and claims agent at <br> https://cases.stretto.com/Griddy | **Hours open: Monday – Friday** <br> 8:00 AM – 5:00 PM (CT) <br> **Contact phone: 713-250-5500** |

| 6. | | |
|---|---|---|
| **Meeting of creditors (By Telephone)** <br> The debtor's representative must attend the meeting telephonically to be questioned under oath. Creditors may attend telephonically, but are not required to do so. | **April 20, 2021 at 1:30 PM (CT)** <br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Telephonic Conference Call Line:** <br> 866-707-5468 <br> **Passcode: 6166997** |

7. **Proof of claim deadline: For Former Customers, the proof of claim deadline is 5:00 p.m. on July 19, 2021. For governmental units, the proof of claim deadline is 5:00 p.m. on September 13, 2021. For all others, the proof of claim deadline is 5:00 p.m. April 28, 2021.**

   A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

   Your claim will be allowed in the amount scheduled unless:
   - Your claim is designated as disputed, contingent or unliquidated;
   - You file a proof of claim in a different amount; or
   - You receive another notice.

   If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

   You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.

   Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

8. **Exception to discharge deadline**

   The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.

   If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below

   **Deadline for filing the complaint: To be Determined**

9. **Creditors with a foreign address**
   If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

10. **Filing a Chapter 11 bankruptcy case**
    Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

11. **Discharge of debts**
    Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

# BANK OF AMERICA

AZIZ TAYGUN  |  /  | January 26, 2021 to February 22, 2021

Scammers are taking advantage of the current environment to try to obtain your personal and financial information. Watch out for scams involving promises for COVID-19 vaccines, stimulus payments, employment and more. Scammers may try to contact you in various ways including by phone, email, and social media. Learn more at bankofamerica.com/security.

## Deposits and other additions

| Date | Description | | | Amount |
|---|---|---|---|---|
| 02/01/21 | BKOFAMERICA MOBILE 02/01 3656331414 DEPOSIT | *MOBILE | TX | 2,250.00 |
| 02/03/21 | Misc. Credit Adjustment on 02/04/21 | | | 20.00 |
| 02/10/21 | TED OUTLET INC   DES:QUICKBOOKS ID:XXXXXXXXX  INDN:TAYGUN, SULTAN   ID:1722616653 PPD | | CO | 1,124.52 |
| 02/18/21 | BKOFAMERICA MOBILE 02/19 3698317494 DEPOSIT | *MOBILE | TX | 1,850.00 |
| **Total deposits and other additions** | | | | **$5,244.52** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 01/28/21 | CHECKCARD  0126 OLIVE GARDEN 0021 HOUSTON      TX 55310201027400121000016 | -23.77 |
| 02/01/21 | CHECKCARD  0129 HCTRA EZ TAG ONLI 281-8753279  TX 75418231029112970462593 | -20.00 |
| 02/01/21 | CHECKCARD  0129 HCTRA EZ TAG ONLI 281-8753279  TX 75418231029112970259866 | -20.00 |
| 02/01/21 | CRAZY BOSS       01/31 #000195102 PURCHASE 1000 WEST OAKS ST  HOUSTON      TX | -31.39 |
| 02/01/21 | NST THE HOME D  01/31 #000104201 PURCHASE 2828 S HWY 6       HOUSTON      TX | -9.71 |
| 02/01/21 | CHECKCARD  0131 WEST OAKS HOUSTON      TX 02306631032600038560635 | -5.16 |
| 02/01/21 | CHECKCARD  0131 POPEYES 11940 HOUSTON      TX | -15.16 |
| 02/01/21 | CHECKCARD  0131 99 CENTS ONLY STR HOUSTON      TX 05436841031300144276000 | -27.51 |
| 02/02/21 | CHECKCARD  0131 PHOENICIA SPECIAL HOUSTON      TX 75306371032327100334579 | -42.26 |
| 02/02/21 | CHECKCARD  0202 GOGRIDDY.COM 8009936207  CA 55429501033637504242144 | -49.00 |
| 02/03/21 | KROGER #309       02/03 #000009707 PURCHASE 1801 VOSS RD       HOUSTON      TX | -66.40 |

*continued on the next page*

## What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-06-20-0180.A2 | 3104242

| Date | Description | | | Amount | Balance |
|---|---|---|---|---|---|
| 02/18/2021 | AFFIRM PAYMEN 02/18 PURCHASE SAN FRANCISCO CA | | C | -118.49 | 5,187.35 |
| 02/18/2021 | BKOFAMERICA MOBILE 02/19 3698317494 DEPOSIT *MOBILE TX | | C | 1,850.00 | 5,305.84 |
| 02/17/2021 | BKOFAMERICA ATM 02/17 #000009390 WITHDRWL GALLERIA HOUSTON TX | | C | -300.00 | 3,455.84 |
| 02/17/2021 | GOGRIDDY.COM 02/17 PURCHASE 8009936207 CA | | C | -49.00 | 3,755.84 |
| 02/17/2021 | GOGRIDDY.COM 02/16 PURCHASE 8009936207 CA | | C | -49.00 | 3,804.84 |
| 02/16/2021 | RANDALLS #3067 02/16 PURCHASE HOUSTON TX | | C | -36.11 | 3,853.84 |
| 02/16/2021 | GOGRIDDY.COM 02/14 PURCHASE 8009936207 CA | | C | -49.00 | 3,889.95 |
| 02/16/2021 | GOGRIDDY.COM 02/13 PURCHASE 8009936207 CA | | C | -49.00 | 3,938.95 |
| 02/10/2021 | TED OUTLET INC DES:QUICKBOOKS ID:XXXXX5543 INDN:TAYGUN, SULTAN CO... | | C | 1,124.52 | 3,987.95 |
| 02/08/2021 | KROGER #346 02/08 PURCHASE HOUSTON TX | | C | -4.38 | 2,863.43 |
| 02/08/2021 | KROGER FUEL #7 02/08 PURCHASE HOUSTON TX | | C | -33.08 | 2,867.81 |
| 02/08/2021 | SOUQ MARKETS - RI 02/06 PURCHASE HOUSTON TX | | C | -38.77 | 2,900.89 |
| 02/08/2021 | SQ *TED OUTLET IN 02/06 PURCHASE Houston TX | | C | -20.49 | 2,939.66 |
| 02/05/2021 | RP Resident Dire DES:WEB PMTS ID:N8ZX57 INDN:Aziz Taygun CO ID:XXXXX88861 WEB | | C | -1.95 | 2,960.15 |
| 02/05/2021 | 7979 Westheimer DES:WEB PMTS ID:C3ZX57 INDN:Aziz Taygun CO ID:XXXXX54143 WEB | | C | -1,245.90 | 2,962.10 |

AZIZ TAYGUN  |                           January 26, 2021 to February 22, 2021

## Withdrawals and other subtractions - continued

ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 02/08/21 | CHECKCARD 0206 SQ *TED OUTLET IN Houston   TX 55432861038200340296788 | -20.49 |
| 02/08/21 | CHECKCARD 0206 SOUQ MARKETS - RI HOUSTON   TX 55500361038091826359572 | -38.77 |
| 02/08/21 | CHECKCARD 0208 KROGER FUEL #7 HOUSTON   TX | -33.08 |
| 02/08/21 | KROGER #346   02/08 #000007978 PURCHASE HOUSTON   HOUSTON   TX | -4.38 |
| 02/16/21 | CHECKCARD 0214 GOGRIDDY.COM 8009936207   CA 55429501045637112378518 | -49.00 |
| 02/16/21 | CHECKCARD 0215 GOGRIDDY.COM 8009936207   CA 55429501046637154433402 | -49.00 |
| 02/16/21 | RANDALLS #3067  02/16 #000276756 PURCHASE RANDALLS #3067   HOUSTON   TX | -36.11 |
| 02/17/21 | CHECKCARD 0216 GOGRIDDY.COM 8009936207   CA 55429501048637242401906 | -49.00 |
| 02/17/21 | CHECKCARD 0217 GOGRIDDY.COM 8009936207   CA 55429501048637248419480 | -49.00 |
| 02/17/21 | BKOFAMERICA ATM 02/17 #000009390 WITHDRWL GALLERIA   HOUSTON   TX | -300.00 |
| 02/18/21 | CHECKCARD 0218 AFFIRM  PAYMEN SAN FRANCISCOCA 00000000000000000934737 RECURRING | -118.49 |
| 02/19/21 | CHECKCARD 0218 GOGRIDDY.COM 8009936207   CA 55429501049637289721397 | -49.00 |
| 02/19/21 | CHECKCARD 0218 GOGRIDDY.COM 8009936207   CA 55429501049637293879082 | -49.00 |
| 02/19/21 | CHECKCARD 0218 GOGRIDDY.COM 8009936207   CA 55429501049637300084866 | -49.00 |
| 02/19/21 | CHECKCARD 0218 GOGRIDDY.COM 8009936207   CA 55429501049637308118971 | -49.00 |
| 02/22/21 | CHECKCARD 0219 GOGRIDDY.COM 8009936207   CA 55429501050637338884242 | -49.00 |
| 02/22/21 | CHECKCARD 0219 GOGRIDDY.COM 8009936207   CA 55429501051637376698073 | -49.00 |
| 02/22/21 | CHECKCARD 0220 GOGRIDDY.COM 8009936207   CA 55429501051637382420991 | -49.00 |
| 02/22/21 | CHECKCARD 0220 GOGRIDDY.COM 8009936207   CA 55429501051637385927562 | -49.00 |
| 02/22/21 | CHECKCARD 0220 GOGRIDDY.COM 8009936207   CA 55429501051637392528361 | -49.00 |
| 02/22/21 | CHECKCARD 0220 GOGRIDDY.COM 8009936207   CA 55429501051637401125548 | -49.00 |
| 02/22/21 | WM SUPERCENTER 02/20 #000066884 PURCHASE Wal-Mart Super Ce  HOUSTON   TX | -6.80 |
| 02/22/21 | CHECKCARD 0220 WAL Wal-Mart S HOUSTON   TX | -21.56 |
| 02/22/21 | WM SUPERCENTER 02/20 #000077135 PURCHASE Wal-Mart Super Ce  HOUSTON   TX | -97.16 |
| 02/22/21 | CHECKCARD 0221 99 CENTS ONLY STO HOUSTON   TX 05436841053500112352443 | -27.78 |
| 02/22/21 | ROSS STORE #45  02/21 #000059704 PURCHASE ROSS STORE #456   HOUSTON   TX | -89.74 |
| 02/22/21 | CHECKCARD 0221 WAL-MART #2066 HOUSTON   TX | -14.23 |
| **Total ATM and debit card subtractions** | | **-$1,804.95** |

Other subtractions

| Date | Description | Amount |
|---|---|---|
| 02/03/21 | Online Banking payment to CRD 9572 Confirmation# 0540504863 | -63.21 |
| 02/05/21 | 7979 Westheimer  DES:WEB PMTS  ID:C3ZX57  INDN:Aziz Taygun   CO ID:1464254143 WEB | -1,245.90 |

*continued on the next page*

| Posting Date ↓ | Description | Type | Status | Amount | Available Balance |
|---|---|---|---|---|---|
| Processing | PAYMENT TO ACCT #9572 ON 02/20 VIA WEB | ⊖ | P | -7.96 | 4,563.87 |
| Processing | WM SUPERCENTER # 02/20 #105100077135 PURCHASE WAL-MART SUPER CENTER HOUSTON TX | ⊖ | P | -97.16 | 4,571.83 |
| Processing | CHECKCARD 02/20 WAL WAL-MART SUPER 122 HOUSTON TX | ⊖ | P | -21.56 | 4,668.99 |
| Processing | WM SUPERCENTER # 02/20 #105100066884 PURCHASE WAL-MART SUPER CENTER HOUSTON TX | ⊖ | P | -6.80 | 4,690.55 |
| Processing | CHECKCARD 02/20 GOGRIDDY COM PLAYA VISTA CA | ⊖ | P | -49.00 | 4,697.35 |
| Processing | CHECKCARD 02/20 GOGRIDDY COM PLAYA VISTA CA | ⊖ | P | -49.00 | 4,746.35 |
| Processing | CHECKCARD 02/20 GOGRIDDY COM PLAYA VISTA CA | ⊖ | P | -49.00 | 4,795.35 |
| Processing | CHECKCARD 02/20 GOGRIDDY COM PLAYA VISTA CA | ⊖ | P | -49.00 | 4,844.35 |
| Processing | CHECKCARD 02/20 GOGRIDDY COM PLAYA VISTA CA | ⊖ | P | -49.00 | 4,893.35 |
| Processing | CHECKCARD GOGRIDDY COM PLAYA VISTA CA ON 02/19 | ⊖ | P | -49.00 | 4,942.35 |
| 02/19/2021 | GOGRIDDY.COM 02/18 PURCHASE 8009936207 CA | | C | -49.00 | 4,991.35 |
| 02/19/2021 | GOGRIDDY.COM 02/18 PURCHASE 8009936207 CA | | C | -49.00 | 5,040.35 |
| 02/19/2021 | GOGRIDDY.COM 02/18 PURCHASE 8009936207 CA | | C | -49.00 | 5,089.35 |
| 02/19/2021 | GOGRIDDY.COM 02/18 PURCHASE 8009936207 CA | | C | -49.00 | 5,138.35 |







**PRICE GOUGING !!!!!!!!!!!**

İletiyi şu dile çevir: Türkçe | Şu dilden hiçbir zaman çevirme: İngilizce

AZIZ TAYGUN
22.02.2021, Pzt 19:19
Kime: info@gogriddy.com

I am Aziz Taygun my account number is 229450 live in 7979 Westheimer Rd. Apt. 2805 Houston Tx, 77063. This is my second e mail and your company charged from me $686 for just 5 days. I tried to contact to you but there is no one could answer me. You just sent an automatic answer to my first e mail. There was no any solution. I am waiting for my refund otherwise I have to start necessary procedures. I just read the subject in your website, it does not mean anything. Your company took our money and still your company will refund. This is not fair and acceptable. And your company shows -1,7 cent or -2,0 cent prices for per kwh but still at the same day, you are taking $245 in one day. I have and saved anything. I am waiting your answers. This is a notice.
Thanks,

Yanıtla | İlet



## Current Price ⓘ

Price updates in: 01 : 29
Last updated: 11:45 AM



−1.9¢
/kWh

## Forecasted Prices

Pzr, Sub 21





U.S. POSTAGE PAID
FCM LG ENV
HOUSTON, TX
77057
JUN 03, 21
AMOUNT
$1.80
R2305M148565-22

77208

US Court (SDTX) port
P.o. Box 61010
Houston, TX 77208

FROM:
7779 Westheimer Rd
Apt. 2806 Houston, TX
77063