**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | **Re. Docket No. 338** |
| | ) | |

**NOTICE OF HEARING ON DEBTOR'S**
**MOTION FOR ORDER (A) APPROVING AND AUTHORIZING**
**DEBTOR TO ENTER INTO SETTLEMENT AGREEMENT**
**WITH THE STATE OF TEXAS AND (B) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") has been scheduled for **July 7, 2021 at 3:00 p.m. (CDT)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 404, Houston, Texas 77002, to consider the *Debtor's Motion for Order (a) Approving and Authorizing Debtor to Enter Into Settlement Agreement with the State of Texas and (b) Granting Related Relief* [Docket No. 338] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion must be (a) made in writing, (b) state with particularity the grounds therefor, (c) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of Texas, (d) be filed with the Bankruptcy Court, and (e) be served upon (i) the Debtor, Attn: Roop Bhullar, P.O. Box 1288, Greens Farms, Connecticut 06838, (ii) counsel to the Debtor: Baker Botts L.L.P., 910 Louisiana Street, Houston, Texas 77002 (Attn.: David R. Eastlake, Esq.), and 30 Rockefeller Plaza, New York, NY 10112 (Attn.: Robin Spigel, Esq. and Chris Newcomb, Esq.), (iii) the Office of the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, Texas 77002 (Attn.: Jana Whitworth, Esq.), and (iv) counsel for the State of Texas: Office of the Attorney General of Texas, Bankruptcy & Collections Division, P.O. Box 12548-MC 008, Austin, Texas 78711-2548 (Attn.: Abigail R. Ryan), **so as to be actually received on or before 4:00 p.m. (CDT) on June 30, 2021** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that Hearing appearances must be made electronically in advance of the Hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Isgur Under "Electronic Appearance" select "Click here to submit Electronic Appearance". Select the case name, complete the required fields and click "Submit" to complete your appearance.

P**LEASE TAKE FURTHER NOTICE** that copies of the Motion can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtor' noticing and claims agent at http://cases.stretto.com/Griddy.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time in open court or by the Debtor filing a notice with the Court.


Dated:  June 9, 2021
        New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

***Counsel to the Debtor and Debtor in Possession***

2

## Certificate of Service

  I certify that on June 9, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

               */s/ Chris Newcomb*
               Chris Newcomb