

# UNITED STATES BANKRUPTCY COURT
## FOR THE  Southern  DISTRICT OF  TEXAS

**Debtor(s):**
GRIDDY ENERGY LLC

Case No.  21-30923

## Claim Withdrawal Form

I,  Nirina David RAVELOSON , Claimant, hereby withdraw claim number  9 , for the following reason:  Duplicate claim .

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the above referenced Debtor.

Dated:  06/10/2021

_____
Claimant's Signature