**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **GRIDDY ENERGY LLC** | § | **Case No. 21-30923 (MI)** |
| **Debtor** | § | |
| | § | |

**NOTICE OF WITHDRAWAL OF REQUEST FOR ALL NOTICES**
**AND DEMAND FOR SERVICE OF PAPERS**

Shelby A. Jordan and Antonio Ortiz of Jordan & Ortiz, P.C. hereby files this Notice of Withdrwal for Karen Prescott individually and on behalf of many similarly situated customers of the Debtor suffering property damage or personal injuries who have engaged common counsel with Ms. Prescott.

It is Counsels understanding that Ms. Prescott has hired additional counsel as set out in the Notice of Appearance on file as docket #274.

WHEREFORE, the Shelby A. Jordan and Antonio Ortiz of Jordan & Ortiz, P.C.  request that the parties remove Counsel from any further notice on this case.

Dated: June 14, 2021

Respectfully submitted,

*/s/ Shelby A. Jordan*
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
***Jordan & Ortiz, P.C.***
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone:  (361) 884-5678
Facsimile:  (361) 888-5555

Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
**PREVIOUSLY COUNSEL FOR
KAREN PRESCOTT INDIVIDUALLY
AND ON BEHALF OF MANY
SIMILARLY SITUATED CUSTOMERS
OF THE DEBTOR SUFFERING
PROPERTY DAMAGE OR PERSONAL
INJURIES**

## CERTIFICATE OF SERVICE

I certify that, on June 14, 2021, a true and correct copy of the foregoing was served on all parties who receive service in the above-captioned proceeding via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Shelby A. Jordan*
Shelby A. Jordan