## **EXHIBIT G**

Members of Oversight Committee

The following individuals have been designated as the initial members of the Oversight Committee:

        Greg Craig – Designated by the Debtor

        Lisa Khoury – Designated by the Committee

        Holland O'Neil – Designated by the Committee