**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) ) ) | Case No. 21-30923 (MI) |
| Debtor. | ) ) ) | **Re. Docket No. 344** |

**NOTICE OF HEARING ON DEBTOR'S EMERGENCY APPLICATION
FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT
OF TONY W. SPENCER AS EXPERT WITNESS EFFECTIVE AS OF JUNE 8, 2021**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") has been scheduled for **June 29, 2021 at 9:00 a.m. (CDT)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 404, Houston, Texas 77002, to consider the *Debtor's Emergency Application for Entry of an Order Authorizing Retention and Employment of Tony W. Spencer as Expert Witness Effective as of June 8, 2021* [Docket No. 344] (the "Application"). The Hearing will be held remotely by audio and video conference.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Application or you believe that emergency consideration of the Application is not warranted, you must either appear at the Hearing or file a written response prior to the Hearing. Otherwise, the Court may treat the Application as unopposed and grant the relief requested.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that Hearing appearances must be made electronically in advance of the Hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Isgur Under "Electronic Appearance"

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

select "Click here to submit Electronic Appearance". Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtor' noticing and claims agent at http://cases.stretto.com/Griddy.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time in open court or by the Debtor filing a notice with the Court.

Dated:  June 22, 2021
         New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel to the Debtor and Debtor in Possession*

### Certificate of Service

I certify that on June 22, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Chris Newcomb*
Chris Newcomb

2