# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## SECOND MONTHLY FEE STATEMENT OF BAKER BOTTS L.L.P. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2021 THROUGH MAY 31, 2021

| Name of Applicant | Baker Botts L.L.P. |
|---|---|
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | April 28, 2021, effective as of March 15, 2021 (the Petition Date) [Docket No. 229] |
| Time Period Covered by this Statement | May 1, 2021 through May 31, 2021 |
| Total Fees Requested in this Statement (Excluding 20% Holdback): | $423,183.20 |
| Total Expenses Requested in this Statement: | $7,656.73 |
| Total Fees Requested in this Statement (Including 20% Holdback): | $528,979.00 |
| Total Attorney Fees Requested in this Statement (Including 20% Holdback): | $512,241.50 |
| Total Actual Attorney Hours Covered by This Statement: | 518.6 |
| Average Hourly Rate for Attorneys: | $987.74 |
| Total Paraprofessional Fees Requested in this Statement (Including 20% Holdback): | $16,737.50 |
| Total Actual Paraprofessional Hours Covered by this Statement: | 49.4 |
| Average Hourly Rate for Paraprofessionals | $338.82 |

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396.  The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Case Professionals* [Docket No. 184] (the "Interim Compensation Procedures Order"), Baker Botts L.L.P. ("Baker Botts"), counsel for the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby files this second monthly fee statement (this "Statement") for interim allowance of (i) compensation in the amount of $423,183.20[2] (80% of total fees of $528,979.00) for actual, reasonable and necessary legal services Baker Botts rendered to the Debtor from May 1, 2021 through and including May 31, 2021 (the "Fee Period") and (ii) reimbursement for the actual and necessary expenses that Baker Botts incurred in the amount of $7,656.73 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a summary of the total hours and fees incurred by service category during the Fee Period.

2. Attached hereto as **Exhibit B** is a detailed statement of total hours and fees incurred by each timekeeper during the Fee Period.

3. Attached hereto as **Exhibit C** is a detailed summary of Baker Botts' expenses incurred during the Fee Period.

4. Attached hereto as **Exhibit D** is Baker Botts' detailed time records setting forth the number of hours expended and fees incurred during the Fee Period. Baker Botts' attorneys

---

[2] The total compensation sought reflects a discount of 10% off of Baker Botts' standard hourly rates. In addition, in the exercise of its billing discretion, Baker Botts has not included $41,508.50 in fees for services provided by Baker Botts during the Fee Period.

and paraprofessionals expended a total of 568.0 hours during the Fee Period in connection with the Chapter 11 Case. The services rendered by Baker Botts during the Fee Period are grouped by the matter descriptions set forth on **Exhibit A.**

## Representations

5. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Statement due to delays caused by accounting and processing during the Fee Period. Baker Botts reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Bankruptcy Local Rules and the Interim Compensation Procedures Order.

## Notice and Objections

6. Pursuant to the Interim Compensation Procedures Order, notice of this Statement shall be given by email upon (collectively, the "Application Recipients"): (i) the Debtor, Attn.: Roop Bhullar, roop@griddy.com; (ii) the Office of the U.S. Trustee for the Southern District of Texas, Attn: Jana Whitworth, Esq., jana.whitworth@usdoj.gov; and (iii) counsel to the Committee: McDermott Will & Emery LLP, Attn: Charles R. Gibbs, Esq., crgibbs@mwe.com and Darren Azman, Esq., dazman@mwe.com.

7. Objections to this Statement, if any, must be served upon the Application Recipients and counsel to the Debtor, Baker Botts L.L.P., Attn: Robin Spigel, Esq. (robin.spigel@bakerbotts.com) and Chris Newcomb, Esq. (chris.newcomb@bakerbotts.com), no later than **July 7, 2021 at 4:00 p.m. (prevailing Central Time)** (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

**WHEREFORE**, Baker Botts respectfully requests interim allowance of fees and expenses incurred during the Fee Period pursuant to the Interim Compensation Order in the amount of $430,839.93 consisting of (a) $423,183.20 (which is 80% of total fees of $528,979.00) for actual, reasonable and necessary professional services rendered by Baker Botts and (b) $7,656.73 for actual and necessary expenses, and that such fees and expenses be paid as administrative expenses of the Debtor's estate.

Dated:  June 23, 2021

            **BAKER BOTTS L.L.P.**

            By: */s/ Robin Spigel*
            Robin Spigel (admitted *pro hac vice*)
            *robin.spigel@bakerbotts.com*
            Chris Newcomb (admitted *pro hac vice*)
            *chris.newcomb@bakerbotts.com*
            30 Rockefeller Plaza
            New York, New York 10012-4498
            Telephone: (212) 408-2500
            Facsimile: (212) 259-2501

            -and-

            David R. Eastlake
            Texas Bar No. 24074165
            *david.eastlake@bakerbotts.com*
            910 Louisiana Street
            Houston, Texas 77002-4995
            Telephone: (713) 229-1234
            Facsimile: (713) 229-1522

            ***Counsel to the Debtor and Debtor in Possession***

**Certificate of Service**

I certify that on June 23, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                         */s/ Robin Spigel*

# EXHIBIT A

## SUMMARY BY MATTER DESCRIPTION
## FOR THE PERIOD MAY 1, 2021 THROUGH MAY 31, 2021

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 0102 | Plan and Disclosure Statement | 168.4 | $170,191.00 | $245.36 | $170,436.36 |
| 0107 | Case Administration | 22.8 | 14,168.50 | 0.00 | 14,168.50 |
| 0108 | Claims Administration and Objections | 48.0 | 46,203.50 | 22.36 | 46,225.86 |
| 0110 | Executory Contracts and Unexpired Leases | 6.9 | 6,047.50 | 0.00 | 6,047.50 |
| 0111 | Retention of Other Professionals | 5.0 | 4,358.00 | 0.00 | 4,358.00 |
| 0113 | Fee Application – Baker Botts | 25.6 | 12,667.00 | 0.00 | 12,667.00 |
| 0115 | Fee/Employment Objections | 19.5 | 18,369.50 | 0.00 | 18,369.50 |
| 0117 | Litigation | 263.9 | 249,988.00 | 7,389.01 | 257,377.01 |
| 0121 | Schedules/Statement of Financial Affairs / Monthly Operating Reports | 7.9 | 6,986.00 | 0.00 | 6,986.00 |
| | **TOTAL:** | **568.0** | **$528,979.00** | **$7,656.73** | **$536,635.73** |

# EXHIBIT B

## SUMMARY BY TIMEKEEPER FOR THE PERIOD
## MAY 1, 2021 THROUGH MAY 31, 2021

| Title | Name | Year Licensed | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Associate | Alexander, M.B. | 2016 | 2.8 | $ 730.00 | $ 2,044.00 |
| Partner | Barkley, J.H. | 1993 | 2.7 | 1,055.00 | 2,848.50 |
| Associate | Chiu, K. | 2018 | 0.8 | 665.00 | 532.00 |
| Senior Associate | Herz, J.R. | 2015 | 28.6 | 845.00 | 24,167.00 |
| Associate | Kazlow, J.A. | 2016 | 0.6 | 790.00 | 474.00 |
| Partner | Lawrence, J.B. | 2006 | 83.6 | 980.00 | 81,928.00 |
| Partner | Marcus, S.D. | 1986 | 1.6 | 1,395.00 | 2,232.00 |
| Special Counsel | Newcomb, C.R. | 2010 | 145.2 | 915.00 | 132,858.00 |
| Partner | Rubenstein, J.B. | 2002 | 35.7 | 960.00 | 34,272.00 |
| Associate | Rui, S.X. | 2018 | 2.8 | 665.00 | 1,862.00 |
| Partner | Spigel, R.L. | 1998 | 172.4 | 1,105.00 | 190,502.00 |
| Special Counsel | Strecker, C.D. | 2008 | 41.4 | 920.00 | 38,088.00 |
| Partner | Toulouse, M. | 1998 | 0.4 | 1,085.00 | 434.00 |
| Paralegal | Aquino, J. | N/A | 6.1 | 315.00 | 1,921.50 |
| Senior Paralegal | Fontenla, R.M. | N/A | 32.0 | 350.00 | 11,200.00 |
| eDiscovery Analyst | Schwartz, M.P. | N/A | 11.3 | 320.00 | 3,616.00 |
| | | | **568.0** | | **$528,979.00** |

## EXHIBIT C

### EXPENSE SUMMARY FOR THE PERIOD
### MAY 1, 2021 THROUGH MAY 31, 2021

| **Description** | **Amount** |
|---|---:|
| Computer Research | $2,001.54 |
| Delivery Service | 59.00 |
| Hearing Transcripts | 465.85 |
| Long distance telephone charges | 7.61 |
| Photocopies | 129.35 |
| Relativity - eDiscovery culling and filtering document processing | 104.00 |
| Relativity – eDiscovery data storage fees | 1,012.00 |
| Relativity – eDiscovery technical services | 20.00 |
| Transperfect document preparation | 183.68 |
| Travel: | |
|    Airfare | 1,030.58 |
|    Hotel | 1,606.18 |
|    Meals | 355.01 |
|    Parking | 270.52 |
|    Taxi/Car Service | 411.01 |
| | |
| **TOTAL:** | **$7,656.33** |