# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **Griddy Energy LLC,** | ) Case No. 21-30923 (MI) |
| | ) |
| **Debtor.** | ) |

## CERTIFICATE OF SERVICE

I, Nathaniel Repko, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On June 23, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Second Monthly Fee Statement of Baker Botts L.L.P. For Compensation and Reimbursement of Expenses for the Period from May 1, 2021 Through May 31, 2021** (Docket No. 347)

Dated: June 24, 2021

*/s/ Nathaniel Repko*
Nathaniel Repko
STRETTO
7 Times Square, 16th Floor
New York, NY 10036
855.478.2725
Email:TeamGriddy@Stretto.com

# **Exhibit A**



**Exhibit A**
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Griddy Energy LLC | Attn: Roop Bhullar | | roop@griddy.com |
| Office of the United States Trustee for the Southern District of Texas | Attn: Jana Whitworth | | jana.whitworth@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Charles R. Gibbs | crgibbs@mwe.com stperry@mwe.com |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman and Blaine Adams | dazman@mwe.com badams@mwe.com |