**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S AGENDA OF MATTERS SET FOR**
**HEARING ON JUNE 29, 2021 AT 9:00 A.M. (CDT)**

**The hearing will be held electronically. For audio, you must dial into the Court's dial in facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting**

The debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor") hereby files its Agenda of matters set for a hearing on **Tuesday, June 29, 2021 at 9:00 a.m. (CDT).**

1. Debtor's Emergency Application for Entry of an Order Authorizing Retention and Employment of Tony W. Spencer as Expert Witness Effective as of June 8, 2021 [Docket No. 344]

   **Related Documents**:

   A. Notice of Hearing on Debtor's Emergency Application for Entry of an Order Authorizing Retention and Employment of Tony W. Spencer as Expert Witness Effective as of June 8, 2021 [Docket No. 346]

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

B.  The Debtor's Exhibit and Witness List for June 29, 2021 Hearing [Docket No. 348]

C.  Certificate of Service [Docket No. 350]

D.  Certificate of Service [Docket No. 351]

**Status**: This matter is going forward on an uncontested basis.

Dated: June 28, 2021
New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel to the Debtor and Debtor in Possession*

**Certificate of Service**

I certify that on June 28, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Chris Newcomb*
Chris Newcomb