## **EXHIBIT A**

Designation of Plan Administrator and Compensation Arrangement for Plan Administrator

Griddy Energy LLC, Case No. 21-30923

**Plan Administrator**

Pursuant to section 7.01 of the Plan, the Debtor and the Committee have jointly selected (former) Judge Russell Nelms to serve as Plan Administrator.

**Affiliations**

Mr. Nelms served as a bankruptcy judge for the Northern District of Texas, Fort Worth Division, from 2004 to 2018.

Mr. Nelms currently serves as: (a) a member of the Brazos Electric Power Cooperative, Inc. Bankruptcy Advisory Committee (Brazos Electric Power Cooperative is a chapter 11 debtor in Houston, Texas); (b) the trustee of the Think Finance Litigation Trust, a trust created by the confirmed plan of Think Finance, a chapter 11 debtor in Dallas, Texas; (c) an independent director of Strand Advisors, Inc., as general partner of Highland Capital Management, LP, a chapter 11 debtor in Dallas, Texas; and (d) an independent manager in Spherature Investments, LLC., a chapter 11 debtor in the Eastern District of Texas.  Mr. Nelms previously served as chairman of the independent board of directors of Warrior Custom Golf, a chapter 11 debtor in Houston, Texas, and independent director of Diamondback Industries, a chapter 11 debtor in Fort Worth, Texas.

**Compensation**

Mr. Nelms' compensation as Plan Administrator will consist of the following:

- Months one through six following the Effective Date:  (a) a fee of $12,500 per month, plus (b) for any time spent in excess of 40 hours per month, hourly compensation at the rate of $450 per hour; plus

- After the first six months following the Effective Date, $450 per hour; plus

- A contingency fee of:  (a) 5.5% of gross proceeds recovered for the Estate of up to $1 million; (b) 6% of gross proceeds recovered for the Estate in excess of $1 million, but less than $5 million; and (c) 6.5% of gross proceeds recovered for the Estate in excess of $5 million.  The contingency fee would be calculated and paid annually on the anniversary of the Effective Date; provided however that the calculation of gross proceeds received by the Estate would be cumulative and would not reset on each annual payment date.