## **EXHIBIT B**

Winddown Budget

**Griddy Energy LLC, Case No. 21-30923 (MI)**

**WIND-DOWN BUDGET*

| Item | Budgeted Amount |
|---|---:|
| Plan Administrator Fees (1) | $ 196,500.00 |
| Plan Administrator Claims Administration (Legal) (2) | $ 35,000.00 |
| Wind Down Employees + Accountants + Other Legal + Misc. | $ 132,000.00 |
| US Trustee Fees (3) | $ 23,361.02 |
| **Total Plan Administrator Budget** | **$ 386,861.02** |
| Litigation Legal Budget (4) | $ - |
| Professional Expense Escrow (5) | $ 2,017,579.26 |
| Letter of Credit Draws (6) | $ - |
| **Total Wind-Down Budget** | **$ 2,404,440.28** |
| | |
| Estimated Remaining Cash (7) | $ 2,920,128.00 |

*All amounts set forth herein are non-binding estimates and actual amounts incurred may be higher.

(1) This budget assumes that it will take 2 years to pursue causes of action against third parties. However, such period may be shorter or longer depending upon a number of factors, including, the discovery period and whether there are any settlements. Plan Administrator Fees include a fixed monthly fee per month for the first 6 months following the Effective Date (at the monthly rate without any additional hourly fees included in the estimate) plus estimated hourly fees for the remainder of the budget period. No estimate for hourly fees in excess of 40 hours per month for the first 6 months are included herein. However, additional time may be required and, as a result, additional costs will be incurred. In addition, no estimate of contingency fees are included in the estimate as the amount of such fees are dependent upon recoveries, if any, from litigation and are payable out of proceeds of litigation, if any. The actual amount incurred by the Plan Administrator may be higher or lower than the estimate.

(2) The estimated amount assumes that the claims reconciliation will take approximately 2 months. However, the period of time to reconcile claims may be shorter or longer depending on a number of factors, including, whether there are any contested claims matters. This estimate excludes any costs associated with the objection to the claim filed by ERCOT, which the Debtor anticipates will be contested.

(3) U.S. Trustee fees are calculated based on assumption that remaining cash as of the Effective Date will be disbursed. U.S. Trustee fees may be higher if additional amounts are recovered through litigation but such amounts will be paid from proceeds of such litigation.

(4) The determination of whether to pursue any litigation for the benefit of holders of Claims and Interests will be made by the Plan Administrator. At this time, the legal fees and expenses associated with such litigation is too speculative to estimate. Additionally, the Debtor anticipates for purposes of this budget that litigation counsel assisting with the pursuit of Texas Winter Storm Causes of Action will be compensated on a contingency basis and, accordingly, any legal fees and expenses will be satisfied from the proceeds of any litigation.

(5) In accordance with the terms of the Plan, Allowed Fee Claims will be paid approximately 90 days after the Effective Date.

(6) The determination of whether any draws, if any, are made under the Outstanding LC is unknown at this time. The Outstanding LC expires on September 25, 2021 and, to any undrawn amount will become property of the Estate.

(7) Estimated Remaining Cash represents the remaining cash in the Estate on the Effective Date after payment of Plan Administrator Fees and Expenses and payment of all Administrative Expense Claims and Priority Claims, other than Fee Claims, which are listed as a separate line item as "Professional Expense Escrow".