# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, June 29, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Jason | Binford | Office of the Attorney General of Texas | The Public Utility Commission of Texas |
| Mary | Bischoping | Gibson, Dunn & Crutcher LLP | Counsel to creditor and ERCOT member, Luminant |
| Kevin | Lippman | Munsch Hardt Kopf & Harr, PC | Electric Reliability Council of Texas, Inc. |
| Layla | Milligan | Office of the Texas Attorney General | The Public Utility Commission of Texas |
| Abigail | Ryan | Texas Attorney General's Office | Consumer Protection Division, Texas Attorney General's Office |
| Tony | Spencer | NA | Proposed Expert Witness for Griddy Energy LLC |
| Robin | Spigel | Baker Botts L.L.P. | Griddy Energy LLC |
| Jana | Whitworth | United States Trustee | United States Trustee |