

ENTERED
06/29/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 21-30923 |
| GRIDDY ENERGY LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

### ORDER AUTHORIZING TONY W. SPENCER'S RETENTION

The Debtor is authorized to retain Tony W. Spencer as an expert witness for a flat fee of $3,500.00 plus expenses. No fee application is required.

SIGNED 06/29/2021

_____
Marvin Isgur
United States Bankruptcy Judge