

ENTERED
06/29/2021

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GRIDDY ENERGY LLC,[1] ) | Case No. 21-30923 (MI) |
| ) | |
| Debtor. ) | **Re. Docket No.** |
| ) | |

**ORDER: (A) EXTENDING THE TIME WITHIN WHICH
ACTIONS MAY BE REMOVED AND (B) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the debtor and debtor in possession in the above-captioned case (the "Debtor") for entry of an order (this "Order") extending the time period

Leave is granted to file a supplemental certificate of service indicating whether litigation counterparties have been served.

0027,

atter

Signed: June 29, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

Motion is in the best interests of the Debtor, its estate and creditors, and all parties in interest; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396.  The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The period within which Actions may be removed for the Debtor, its successors and any parties in interest pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 is enlarged pursuant to Bankruptcy Rule 9006(b) by 120 days, through and including October 12, 2021, without prejudice to the Debtor's, its successor's or parties in interest's right to seek further extensions.

2. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

3. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas are satisfied by such notice.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2021
      Houston, Texas

                          THE HONORABLE MARVIN ISGUR
                          UNITED STATES BANKRUPTCY JUDGE