UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/30/2021

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| | ) |
| Debtor. | ) **Re. Docket No.** |
| | ) |

### ORDER: (A) EXTENDING THE TIME WITHIN WHICH ACTIONS MAY BE REMOVED AND (B) GRANTING RELATED RELIEF

Upon the motion (the "Motion") of the debtor and debtor in possession in the above-captioned case (the "Debtor") for entry of an order (this "Order") extending the time period within which Actions may be removed pursuant to 28 U.S.C. §1452 and Bankruptcy Rule[2] 9027, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and proper notice of the Motion having been given under the circumstances; and it appearing that the relief sought in the Motion is in the best interests of the Debtor, its estate and creditors, and all parties in interest; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The period within which Actions may be removed for the Debtor, its successors and any parties in interest pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 is enlarged pursuant to Bankruptcy Rule 9006(b) through and including October 12, 2021, without prejudice to the Debtor's, its successor's or parties in interest's right to seek further extensions.

2. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

3. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas are satisfied by such notice.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: June 30, 2021

_____
Marvin Isgur
United States Bankruptcy Judge