**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) |  |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
|  | ) |  |
| Debtor. | ) | **Re. Docket No.** |
|  | ) |  |

**ORDER AUTHORIZING DEBTOR TO FILE UNDER**
**SEAL CERTAIN CUSTOMER DATA CONTAINED IN**
**EXPERT REPORT AND DECLARATION OF TONY W. SPENCER**

This matter coming before this Court upon the motion (the "Motion"),[2] filed by the

debtor and debtor in possession in the above-captioned case (the "Debtor"), for entry of an order

(this "Order"), pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rules 9018 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and the *Order Temporarily Suspending Bankruptcy Local Rule 9037-1*

*Regarding the Filing of Sealed Documents*, dated January 6, 2021, (i) authorizing, but not

directing the Debtor to file the Customer Data contained in Exhibit 1 to the Spencer Report under

seal, all as further described in the Motion and (ii) granting related relief; and this Court having

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334;

and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and

this Court having found that venue of this proceeding and the Motion in this District is proper

pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of

---

[1]  The last four digits of its federal tax identification number of the Debtor are 1396.  The mailing address for the
     Debtor is PO Box 1288, Greens Farms, CT 06838.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

the Motion and opportunity for a hearing were adequate and appropriate under the circumstances

and no other notice need be provided; and this Court having reviewed the Motion and having

heard the statements in support of the relief requested therein at the hearing before this Court (the

"Hearing"); and this Court having determined that the legal and factual bases set forth in the

Motion, and at the Hearing establish just cause for the relief granted herein; and this Court

having found and determined that the relief sought in the Motion is in the best interests of the

Debtor's estate, its creditors, and other parties in interest; and upon all of the proceedings had

before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Debtor is authorized to file the Customer Data contained in Exhibit 1 of the

Spencer Report under seal.

2.     The Customer Data contained in Exhibit 1 of the Spencer Report shall remain

confidential and shall not be made available to anyone other than: (a) counsel to the Committee;

(b) the United States Trustee; (c) the Court; and (d) any other parties as ordered by the Court.

3.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order

shall be immediately effective and enforceable upon its entry hereof.

4.     The Debtor is hereby authorized to take all actions necessary to effectuate the

relief granted in this Order.

5.     This Court shall retain exclusive jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated     _____, 2021

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

2