**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**THE DEBTOR'S EXHIBIT AND
WITNESS LIST FOR JULY 7, 2021 CONFIRMATION HEARING**

The debtor and debtor in possession in the above-captioned case (the "Debtor") files this Witness and Exhibit List identifying those individuals that may be called as witnesses and exhibits that may be introduced at the hearing scheduled for **Wednesday, July 7, 2021 at 3:00 p.m. (CDT)** (the "Hearing") before the Honorable Marvin Isgur, United States Courthouse, Courtroom 404, 515 Rusk Street, Houston, Texas 77002.

**A.   Witnesses**

In connecting with the Hearing, the Debtor may call any one or more of the following individuals to provide testimony:

1.   Michael Fallquist, Chief Executive Officer of the Debtor;

2.   Roop Bhullar, Chief Financial Officer of the Debtor;

3.   Tony W. Spencer;

4.   Angela Tsai, Director, Corporate Restructuring, Stretto;

5.   Any rebuttal and/or impeachment witness;

6.   Any witness designated by any other party; and

7.   Any witness necessary to authenticate a document.

---

[1]   The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

B. **Exhibits**

In connection with the Hearing, the Debtor may seek to introduce into evidence any one or more of the following documents:

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Declaration of Michael Fallquist in Support of Debtor's Motion for Order (A) Approving and Authorizing Debtor to Enter Into Settlement Agreement with the State of Texas and (B) Granting Related Relief [Docket No. 338-2] | | | | |
| 2. | Certificate of Service re: Debtor's Motion for Order (A) Approving and Authorizing Debtor to Enter into Settlement Agreement with the State of Texas and (B) Granting Related Relief and Supplemental Solicitation [Docket No. 343] | | | | |
| 3. | Declaration of Roop Bhullar in Support of Confirmation of the Debtor's Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 370] | | | | |
| 4. | Expert Report and Declaration of Tony W. Spencer [Docket No. 367] | | | | |
| 5. | Declaration of Angela Tsai on Behalf of Stretto Regarding Solicitation of Votes and Tabulation of Ballots Accepting and Rejecting Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Chapter 11 of the Bankruptcy Code [Docket No. 363] |  |  |  |  |
| 6. | Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 311] |  |  |  |  |
| 7. | Disclosure Statement for Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 312] |  |  |  |  |
| 8. | Certificate of Service re: Solicitation Materials [Docket No. 330] |  |  |  |  |
| 9. | Affidavit Re: Publication of the Combined Hearing Notice in the Dallas Morning News [Docket No. 334] |  |  |  |  |
| 10. | Affidavit Re: Publication of the Combined Hearing Notice in the Houston Chronicle [Docket No. 335] |  |  |  |  |
| 11. | Affidavit Re: Publication of Combined Hearing Notice in The New York Times [Docket No. 336] |  |  |  |  |
| 12. | Notice of Filing of Plan Supplement for Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 345] |  |  |  |  |
| 13. | Certificate of Service re: Plan Supplement [Docket No. 350] |  |  |  |  |
| 14. | Notice of Filing of Supplement to Plan Supplement for Modified Third Amended Plan of |  |  |  |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Liquidation for Griddy Energy LLC under Chapter 11 of the Bankruptcy Code [Docket No. 355] |  |  |  |  |
| 15. | Certificate of Service re: Supplement to Plan Supplement [Docket No. 371] |  |  |  |  |
| 16. | Any exhibit designated by any other party. |  |  |  |  |
| 17. | Any pleadings, reports, or other documents filed in the Debtor's bankruptcy cases. |  |  |  |  |
| 18. | Any rebuttal or impeachment exhibits. |  |  |  |  |

The Debtor reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing.

The Debtor reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing lists of witnesses and exhibits as appropriate. The Debtor also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other party in interest, and (ii) any pleading, hearing transcript, order or other document filed with the Court in the chapter 11 case.

[*The remainder of this page is intentionally left blank.*]

Dated: July 2, 2021
      New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel to the Debtor and Debtor in Possession*

## Certificate of Service

      I certify that on July 2, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ Chris Newcomb*