**<u>Exhibit B</u>**

**Fallquist Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) ) Chapter 11 ) |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) ) |
| Debtor. | ) ) ) |

**DECLARATION OF MICHAEL FALLQUIST IN SUPPORT OF
DEBTOR'S MOTION FOR ORDER (A) APPROVING AND
AUTHORIZING DEBTOR TO ENTER INTO SETTLEMENT AGREEMENT
WITH THE STATE OF TEXAS AND (B) GRANTING RELATED RELIEF**

I, Michael Fallquist, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1. I am the Chief Executive Officer of Griddy Energy LLC (the "Debtor") and I am competent in all respects to make this declaration (this "Declaration"), which I submit for all permissible purposes under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure and the Federal Rules of Evidence in support of the *Debtor's Motion for Entry of an Order (a) Approving and Authorizing Debtor to Enter into Settlement Agreement with the State of Texas and (b) Granting Related relief* (the "Motion").[2]

2. I believe that the Debtor's entry into the Settlement Agreement and related Consent Judgment are a reasonable exercise of the Debtor's business judgment and is in the best interests of the Debtor's estate because, although the Debtor denies that it has any liability in respect of the Action, it will resolve the prepetition litigation between the Debtor and the State as well as the

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[2] Capitalized terms not otherwise defined herein shall have the same meaning(s) as in the Motion.

2

CID and lead to significant time and cost savings and avoid objections from the State regarding the Plan.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: June 9, 2021

          /s/ Michael Fallquist  
Michael Fallquist  
Chief Executive Officer  
Griddy Energy LLC