**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Griddy Energy LLC,** | ) | **Case No. 21-30923 (MI)** |
| | ) | |
| **Debtor.** | ) | |

**AFFIDAVIT OF PUBLICATION OF THE COMBINED HEARING NOTICE IN THE DALLAS MORNING NEWS**

# AFFIDAVIT OF PUBLICATION

STATE OF TEXAS

COUNTY OF DALLAS

Before me, a Notary Public in and for Dallas County, this day personally appeared Mert Tezkol, advertising Representative for The Dallas Morning News, being duly sworn by oath, states the attached advertisement of

**Case No.21-30923(MI) AD# 1796535**
was published in The Dallas Morning News

DATE PUBLISHED
June 2, 2021

Mert Tezkol

June 7, 2021

STATE OF TEXAS NOTARY PUBLIC
Jan Cooper
My Commission Expires
12/13/2022
ID No 128469735

(Notary Public)

Classified
# Marketplace
One of the most trusted brands in North Texas.

Get started today at dallasnews.com/classifieds or call 214.745.8123.

## homemarket

HOMECENTER FOR RENT
- Acreage, Farms and Ranches
- Commercial Real Estate
- Lake & Vacation Property
- Dallas Rentals
- Metroplex Rentals
- Out of Metroplex Rentals
- Miscellaneous Rentals

Equal Housing Opportunity
Real estate advertised in this newspaper is subject to the amended Federal Fair Housing Act of 1968, which makes it illegal to advertise any preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status or national origin or intention to make such preference, limitation or discrimination. This newspaper will not knowingly accept any advertising for real estate which is in violation of the law. For complaints call the Fair Housing Office in your city or HUD 800-669-9777.

Lake & Vacation Prop

Lake & Vacation Property - For Sale
Eastside-Lake Nocona 2bd/2ba, With basement, Full Kitchen, Utility room with W/D, Fireplace, Central heat/AC, Lrg Screened in porch overlooking lake, Storage Barn for Boats, Water toys, etc. 2 car "plus" garage, 32x16 Boat House, 125ft pier/dock, pump house, irrigated lawn, 1 Acre, with 200 ft lake front, $350,000. 1768 Casino Rd. Bob Oden Wichita Falls TX 940-386-4280 or 940-781-6289

Acreage, Farms & Ranches

NOTICE
Residential rental locators are required to be licensed by the TX Real Estate Commission, Austin 800-250-8732. Locators may advertise apartment units in general terms & all units may not have the same features. The amount of rent quoted in an ad may be the starting rent for a basic unit which does not have all advertised features.

Farms & Ranches - Out of Metroplex: North
Hunters Delight! Nocona, Texas 55 Acres $350,000 with Well, Electric & Live Creek, 50 Acres $400,000 Will Fiance!! 940-867-2701

Farms & Ranches - Out of Metroplex: West
640 ac, Baylor Co FOR SALE Hunting, fishing & cattle ranch. BIG DEER! 4 good ponds. Only minutes from Miller Creek Reservoir. Great fishing. 214-784-3725 www.jcwilsonranches.com/dutchcreek BUY NOW, HUNT THIS YEAR!

PETS & LIVESTOCK
- Birds
- Cats
- Cattle
- Dogs
- Horses & Mules
- Other Animals
- Pets Found
- Pets Lost
- Services & Supplies

Due to potential misuse/abuse of pets, The Dallas Morning News suggests that advertisers charge a minimal fee for their pets. Every life has a value. Also, due to health risks to the pets, we recommend puppies and kittens are at least 8-12 weeks old before they are sold. Use caution when responding to pet ads that involve unusual payment plans or require long-distance shipping. Find your pet from a trustworthy source. If purchasing from a private party or breeder, ask to see where the pets live to ensure the environment is a clean and healthy one. Reputable breeders will almost always provide detailed genealogical information and a health guarantee. You are encouraged to report suspected inhumane conditions and animal abuse/neglect to the Humane Society and your local authorities.

Dallas Rentals

North Dallas
Meadow/Central 3/2 Luxury Condo, Totally Updated, 1,600 sqft, Granite, Hardwood, Gated, 2 patio's open to pool, No Pets, $2,400. 214-606-1527

Metroplex Rentals

Garland
BRAND NEW!! Fully Furnished Studio & 1 Bedroom apartments. No Credit Check, No Lease! Utilities, Cable & Internet INCLUDED. Full kitchenette w/fridge. Elevator access and Security on site. Call us for more information. 469-314-8689

Commercial Real Estate

Commercial Land - For Sale
2.3 Acres Prime Commercial Land in Wylie in Regency Light Industrial Park off the end of Steel Street. Priced below market at $6sf. Call or Text 972-998-7959

The RISD is selling the following undeveloped real property: 12351 Abrams, Dallas, TX 75243; approximately 9.05 acres. RISD will accept sealed bids from interested parties until 5:00 PM, Wed. June 30, 2021. All inquiries may be directed to RISD through its broker, Citadel Partners, Attn: Mac Morse, 972-980-2917. All bids must be submitted, sealed, to Citadel Partners; 15770 N. Dallas Pkwy, Ste 950, Dallas, TX 75248

Dogs
Cane Corso Cane Corso puppies. Champion bloodlines. Health tested and guaranteed for 26mo. 2000+ located on TX/NM border. Can deliver for a fee. Call 575.318.3810 www.sanguere galeconecorso.com

German Shepherd Adorable Huge Puppies, Love + Protection, 8 weeks, POS, Full Blooded, $350. & Up Call or text 214-784-9699

HAVANESE Quality Puppies www.sweetfeats.com 817-706-4532

Maltese Pup 1-Tiny Female, Shots & Wormed, Born: 05-13-2021, $1,600.0 318-947-5402 or 901-581-0898

Poodles, Teacup, Tiny Toy, Health Guarantee, Parents Health Tested $1,500.-$2,500. Can Deliver 405-481-5558

Pug Pug Puppy for sale to good home. Veterinarian examined. Current vaccinations. Sweet female 12 weeks old. Ready for home to be loved. 915-373.5161

RETIRING! I have SHELTIES "MINI COLLIES" in need of special loving homes. I have older dogs, pups and young adults, Prices Vary, Serious inquiries only please Starfirerrachtx@Outlook.com Starfirerach.Smugmug.com 1-903-664-2090

YORKIE MALE PUPPIES Will be small, Reg. Shots $700 Cash 214-766-4762

HOMECENTER FOR SALE
- Acreage, Farms and Ranches
- Commercial Real Estate
- Lake & Vacation Property
- Dallas Sales
- Metroplex Sales
- Out of Metroplex Sales
- Miscellaneous Sales

Acreage, Farms & Ranches

Acreage - Out of Metroplex: West
Sale: 311.0 Acres AG land approx. 15 mi. SW of Crowell, Foard County, TX. Legal Desc.: John Askew Survey, A-4. Appraised 4/5/2021. 720-507-9246.

Out of Dallas Commercial Property - For Sale
Diner/General Store High Traffic Location Very nice Living Quarters Upstairs & Garage apartment, 2002 S. Stateline Ave., Texarkana, TX Call: Nissa Ahmad 903-280-0376 or Jerry Erie 903-276-7776

Acreage - Out of Texas
Arkansas Acreage for Sale 15 min from downtown Hot Springs natl. Park 5-10 Acre Lots of Gently Rolling Hills, J. Borton 501-802-5801

LOCAL JOURNALISM DELIVERED THE WAY YOU WANT. The Dallas Morning News

Farms & Ranches - Miscellaneous
HUNTING/INVESTMENT/RECREATIONAL PROPERTY. WE HAVE SOME OF THE BEST IN TEXAS, FROM THE HILL COUNTRY (EDWARDS, MENARD, COKE, VAL VERDE COUNTY, FREE RANGING EXOTICS) TO SOUTH TEXAS (KINNEY, DUVAL, LIVE OAK COUNTY, WHITETAIL, HOGS). LARGE ACREAGE OR SMALL. 30 YEAR FIXED RATE OWNER FINANCING, ONLY 5% DOWN. CALL TOLL FREE OR EMAIL FOR INDIVIDUAL PRICES AND TERMS. ranchenterprisesltd.com 800-876-9720

Plano
FORECLOSURES Call Susan REMAX DFW Associates 972-849-4449

Sell the off your back. Buy and sell with locals. 214.745.8123 dallasnews.com/classifieds

Want to Buy
CASH FOR YOUR HOUSE Any Condition Any price. Call Jim 972-898-5740

Want to Buy
Best Cash Offer For Your House!

Turn Your Unwanted House Into Cash

HOUSE HUNTERS of Dallas.com 30 Years Buying Homes in DFW Metroplex $$ More Money For You $$ CALL NOW 214-906-2291
- No Repairs
- No Commissions
- No Closing Costs
Just Quick Cash! 7 Day Closings!
Eileen Petroski Licensed Realtor
We Buy Houses In Any Condition Or Location

## legal

### Bids & Proposals

Bids will be due at 1 pm on June 14, 2021 and publicly opened at the City of Plano Municipal Center at 2 pm on June 15, 2021. The public opening will be broadcast on Plano TV and may be accessed by the following link: https://www.plano.gov/210/Plano-TV Bid No.: Ground Mulch Hauling Services Instructions for bidding may be obtained at www.plano.gov/purch or www.planotx.ionwave.net or by calling 972-941-7557.

Bids will be due at 1 pm on June 14, 2021 and publicly opened at the City of Plano Municipal Center at 2 pm on June 15, 2021. The public opening will be broadcast on Plano TV and may be accessed by the following link: https://www.plano.gov/210/Plano-TV Bid No.: Public Grounds Fertilization & Weed Control Service Instructions for bidding may be obtained at www.plano.gov/purch or www.planotx.ionwave.net or by calling 972-941-7557.

## services

Call us about our exciting new online and print advertising opportunities!

Brick, Stone Services
DAYD MASONRY Quality Brick, block and stone work. Free Estimates, New Construction and Old Construction 817-944-5792

Concrete
JRD CONCRETE Sidewalks & Driveways Patios & Parking Lots! (214)-789-5866

Concrete Work, Low rates. Free estimates. Patios, Driveways & more! 972-272-4468 214-674-1166

Fencing/Repair
Fence Repair Wood-Chain Link-Iron, Retaining Walls, Electric Gates, 30 yrs EXP. All work Guaranteed, Reliable, call 972-765-5919

Handyman
Manuels Painting & Remodeling Home Additions, Roofing, Deck & Siding, Tile, Granite, Fencing, Floors, Kitchen, Bathrooms & More. Commercial Jobs as well!! Juan 214-482-6860 Licensed

Hauling
MIKE'S HAULING We haul and clean up debris & junk. Clean out estates, warehouses, garage & haul scrap metal & old cars! Fence Repair 972.374.6985

Landscaping, Lawn & Garden
Lawn Care by Leroy Lawn mowing, Mulching, Trimming, Junk Removal And More, Free Estimates 214-458-3560

Portable Buildings
WOOD BUILDINGS (Unfinished Inside) 12x16 $3,435; 14x24 $6,340; 16x32 $7,585; 24x28 $11,995; 30x40 $20,550 (built on site) 817-505-6215

Roofing Repair
Best Deal in Town! Free A/C Tune-up with Roof Replacement Call 214-375-2484 for all of your roofing & Remodeling needs. Ask about our Vets & Senior Discounts. Ask for Roy.

Tree Service
MIKE'S Tree Service Trim trees, clean-out flowerbeds, clean fence lines & alley ways, weed eating, etc. (c)972.374.6985

Tornados Trees, Garden & Lawn Service, Tree trimming/removal, Malch Instal, Flower beds. Free Estimates 214-779-5151

Brick, Stone Services
Brick Repair, Cracks, Mail Boxes, Etc., No Job To Big or Small, 20 years Experience. Free Estimates. (469) 688-8836

Concrete
MartinezConcrete.com -Driveways -Patios -Pool Decks -Walkways -Professional & Reliable (214)212-2980

House Foundation Repairs
ROCK Foundation Repair Free est; $125 pier & beam 214-489-5606 972-765-0729 469-735-8572, credit cards dfw-foundationrepair.com

Roofing Repair
Warner Roofing Company All Types of Roofing!! Insurance Claims Welcome. Free Estimates. Licensed & Fully Insured ****BBB MEMBER**** 214-207-7725 thewarnercompanytx.com

ROOF REPAIRS Leaks, Missing Shingles Roof Turbines, Gutter Cleaning. 19 years of exper. Greg: 972-849-1845

homemarket

### LEGAL BIDS & NOTICES
- Bankruptcy, Court Sales
- Bids and Proposals
- Legal Notices

### Bids & Proposals

CITY OF DALLAS CONSTRUCTION ADVERTISEMENT FOR BIDS

Sealed bids will be received electronically via the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com until 1:00 P.M. on FRIDAYS. All bids will be publicly read at 2:00 P.M on FRIDAYS and can be viewed on the City of Dallas' website at www.dallascityhall.com (see City Meetings). Bid title and date of public opening are listed below. Bid Packet may be obtained by downloading from https://dallascityhall.bonfirehub.com.
CIZ1994 - Street Reconstruction- Group No. 17-10005
1. Westfield Drive from Woodbrook Drive to Gladwood Lane – (PB17V221)
2. Boundbrook Avenue from Greenville Avenue to Woodbrook Drive – (PB17V268)
3. Westfield Drive from Gladwood Lane to Clearwater Drive – (PB17V272)
4. Woodbrook Drive from Graywood Drive to Westfield Drive – (PB17V273)
5. Woodbrook Drive from Clearwater Drive to Graywood Drive – (PB17V274)

Plans, Specifications and Proposal will be available on the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com on the Wednesday, May 26, 2021.

There will be a Pre-Bid Conference held online at 9:00 AM on Thursday, June 3, 2021. Due to the COVID-19 Pandemic, the Pre-Bid Conference will be held online using Microsoft Teams and can be accessed using the following link: Online meeting link: https://bit.ly/3sY0Mit

Join by phone Microsoft Teams Meeting: Dial +1 469-217-7604 United States, Dallas (Toll) Conference ID: 823 178 632#

Electronic version of Plans, Specifications and Proposal can be obtained at the following City of Dallas website at https://dallascityhall.bonfirehub.com and will be available on May 26, 2021. Vendors shall submit project related questions via email to Joshua Dey (joshua.dey@dallascityhall.com) no later than 5:00 P.M. on June 4, 2021.

Project Manager: Joshua Dey, (214) 948-4359, joshua.dey@dallascityhall.com
Must be submitted electronically by 1:00 p.m. on Friday, June 11, 2021 to https://dallascityhall.bonfirehub.com.

Bid Closing Date: Friday, June 11, 2021 at 1:00 PM
Bid Opening: Friday, Jun 11, 2021 at 2:00 PM

PO# 1265-9410/ DO# CITY OF DALLAS CONSTRUCTION ADVERTISEMENT FOR BIDS

Sealed bids will be received electronically via the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com until 1:00 P.M. on FRIDAYS. All bids will be publicly read at 2:00 P.M on FRIDAYS and can be viewed on the City of Dallas' website at www.dallascityhall.com (see City Meetings). Bid title and date of public opening are listed below. Bid Packet may be obtained by downloading from https://dallascityhall.bonfirehub.com.
CIZ1993 - Alley Reconstruction- Group No. 17-1003
1. Alley Between South Windomere Avenue and South Edgefield Avenue from West 12th Street to Wentworth Street (PB17V001)
2. Alley Between Wyoming Street and La Rue Street from La Rue Street to Cockrell Hill Road (PB17V002)
3. Alley Between Cloister Drive and Ashcreek Drive/Estacado Drive from McCosh Drive to Peavy Road (PB17V003)
4. Alley Between (4812-4840) Worth Street and (4807-4841) Tremont Street to North Fitzhugh Avenue (PB17V007)

Plans, Specifications and Proposal will be available on the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com on the Wednesday, May 26, 2021.

There will be a Pre-Bid Conference held online at 10:00 AM on Thursday, June 3, 2021. Due to the COVID-19 Pandemic, the Pre-Bid Conference will be held online using Microsoft Teams and can be accessed using the following link: Online meeting link: https://bit.ly/3ubccQE

Join by phone Microsoft Teams Meeting: Dial +1 469-217-7604 United States, Dallas (Toll) Conference ID: 427 074 732#

Electronic version of Plans, Specifications and Proposal can be obtained at the following City of Dallas website at https://dallascityhall.bonfirehub.com and will be available on May 26, 2021. Vendors shall submit project related questions via email to Sudad Al Mutar (sudad.almutar@dallascityhall.com) no later than 5:00 P.M. on June 4, 2021. Project Manager: Sudad Al Mutar, (214) 948-4108, sudad.almutar@dallascityhall.com
Must be submitted electronically by 1:00 p.m. on Friday, June 11, 2021 to https://dallascityhall.bonfirehub.com.

Bid Closing Date: Friday, June 11, 2021 at 1:00 PM
Bid Open: Friday, June 11, 2021 at 2:00 PM

### Bids & Proposals

PO# 1265-9408/ DO# CITY OF DALLAS CONSTRUCTION ADVERTISEMENT FOR BIDS

Sealed bids will be received electronically via the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com until 1:00 P.M. on FRIDAYS. All bids will be publicly read at 2:00 P.M on FRIDAYS and can be viewed on the City of Dallas' website at www.dallascityhall.com (see City Meetings). Bid title and date of public opening are listed below. Bid Packet may be obtained by downloading from https://dallascityhall.bonfirehub.com.
CIZ1992 - Street Reconstruction Group No. 17-4007
1. Galloway Avenue from Fernwood Avenue to South Denley Drive – PB17V250
2. Maywood Avenue from East Frio Drive to South Denley Drive – PB17V202

Plans, Specifications and Proposal will be available on the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com on Wednesday, May 26, 2021.

There will be a Pre-Bid Conference held online at 9:30 A.M. on Wednesday, June 2, 2021. Due to the COVID-19 Pandemic, the Pre-Bid Conference will be held online using Microsoft Teams Meeting and can be accessed using the following link: Online meeting link: https://bit.ly/3oueMjo

Join by phone Microsoft Teams Meeting

+1 469-217-7604,,190112823# United States, Dallas Phone Conference ID: 190 112 823#

Electronic version of Plans, Specifications and Proposal can be obtained at the following City of Dallas website at https://dallascityhall.bonfirehub.com and will be available on Wednesday, May 26, 2021 Vendors shall submit project related questions via email to Adan Frias adan.frias@dallascityhall.com no later than 5:00 P.M. on June 7, 2021. Responses to all questions received will be provided in an addendum no later than June 8, 2021. Project Manager: Adan Frias, (214) 948-4228, adan.frias@dallascityhall.com
Bid Closing Date: Friday, June 11, 2021 at 1:00 P.M.

Make some sell your Buy and sell with locals. 214.745.8123 dallasnews.com/classifieds

### Bids & Proposals

CITY OF DALLAS CONSTRUCTION ADVERTISEMENT FOR BIDS

Sealed bids will be received electronically via the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com until 1:00 P.M. on FRIDAYS. All bids will be publicly read at 2:00 P.M on FRIDAYS and can be viewed on the City of Dallas' website at www.dallascityhall.com (see City Meetings). Bid title and date of public opening are listed below. Bid Packet may be obtained by downloading from https://dallascityhall.bonfirehub.com.
CIZ1995 - Street Group 17-2009
1. Hay Street from Ring St to End of Pavement – PB17V239
2. Murray Street from Main St to Canton St – PB17V241
3. N Walton Street from Elm St to End of Pavement – PB17V242
4. S Patton Avenue from E 10th St to E Jefferson Blvd – PB17V190

Plans, Specifications and Proposal will be available on the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com on Wednesday, June 2, 2021.

There will be a Pre-Bid Conference held at 10:00 A.M. on Thursday, June 10, 2021 virtually online. Due to the COVID-19 Pandemic, in-person Pre-Bid Conferences and site visits will not be held. The Pre-Bid Conference will be held online using Microsoft Teams Meeting and can be accessed using the following link: Online meeting link: https://bit.ly/3ums16V

Join by phone Microsoft Teams Meeting (+1 469-217-7604 United States, Dallas (Toll) Conference ID: 388 835 29#)

Electronic version of Plans, Specifications and Proposal can be obtained at the following City of Dallas website at https://dallascityhall.bonfirehub.com and will be available on June 2, 2021. Vendors shall submit project related questions via email to Travis Coltharp (travis.coltharp@dallascityhall.com) no later than 5:00 P.M. on June 18, 2021. Responses to all questions received will be provided in an addendum no later than June 22, 2021.
Project Manager: Travis Coltharp, (214) 948-4447, travis.coltharp@dallascityhall.com
Bid Closing Date: June 25, 2021 at 1:00 P.M.

### Legal Notices

Notice to Bidders
Bids are being solicited by Academy of Dallas at 2324 South Vernon, Dallas, TX 75224 for parking lot repair of said location. Sealed Bids will be received by Purchasing Agent at above address until 2:00 p.m., June 21, 2021 at which time they will be publicly opened and read aloud. No e-mail or faxed bids will be accepted. Bid Packages are available at above address. Direct Questions to Dr. Ross Williams (214) 944-5544.

CITY OF DALLAS
City of Dallas 2020 Drinking Water Quality Report

The City of Dallas Drinking Water Quality Report is produced annually to provide information about the City's water system including source water, the levels of detected contaminants and compliance with drinking water rules. The Report is also produced in order to answer your water quality questions.

The 2020 Drinking Water Quality Report shows that the levels of contaminants in Dallas' water meet or are below the amounts allowed by law.

A copy of the 2020 Drinking Water Quality Report can be obtained by calling Dallas' 311 Information Line or downloaded from the City website www.dallaswqr.com

ADDISON

Ordinance No. O21-10

ORDINANCE NO. O21-19
An Ordinance of the Town of Addison, Texas, Amending the Comprehensive Zoning Ordinance to Grant a Special Use Permit for a Restaurant Located at 5290 Belt Line Road, Suite 112B; Providing a Penalty not to exceed Two Thousand and no/100 Dollars ($2,000.00) for each Offense and a Separate Offense shall be deemed committed each day during or on which a violation occurs or continues; Savings, No Severability, and an Effective Date.

ORDINANCE NO. O21-20
An Ordinance of the Town of Addison, Texas, Amending the Comprehensive Zoning Ordinance to Grant a Special Use Permit to allow the Temporary Placement of Seven Portable School Buildings at Greenhill School located at 4141 Spring Valley Road and 14101 Midway Road; Providing a Penalty not to exceed Two Thousand and no/100 Dollars ($2,000.00) for each Offense and a Separate Offense shall be deemed committed each day during or on which a violation occurs or continues; Savings, No Severability and an Effective Date.

The ordinances noted above were approved by the Town of Addison City Council at the May 25, 2021 Council Meeting. Copies of these and other ordinances are available online at https://library.municode.com/tx/addison/munidocs/munidocs or by contacting the City Secretary.

/s/ Irma G. Parker, City Secretary

### Bids & Proposals

INVITATION TO BID

Sealed bids will be received by D.R. Horton – Texas LTD, on behalf of Dallas County Municipal Utility District No. 4 at the office of JBI Partners, Inc., 2121 Midway Road, Suite 300, Carrollton, Texas 75006, until **10:00 a.m., June 17, 2021**, at which time all bids will be publicly opened and read for the construction of the project:

**D.R. Horton – Texas, LTD. acting on behalf of Dallas County MUD No. 4**
**For the construction of**
**Water Treatment Plant Improvements to serve**

**Fireside by the Lake, Phase 1**
**City of Dallas ETJ**
**Dallas County, Texas**
**JBI Project No. HOE296A**

A **mandatory** Pre-Bid Conference will be held on **June 10, 2021, at 10:00 a.m.**, at the office of JBI Partners, Inc., 2121 Midway Road., Suite 300, Carrollton, Texas 75006. Please note: JBI Partners COVID-19 policy includes face coverings and social distancing. Bids submitted by parties not attending the **mandatory** Pre-Bid Conference will not be accepted or opened.

Project scope shall include the Water Treatment Plan Improvements, as per NCTCOG, Construction Plans, and City of Dallas specifications. The project is located North and East of the intersection of Bobtown Rd. and Barnes Bridge Rd. in City of Dallas ETJ, Dallas County, Texas.

The above-described construction will be performed in accordance with plans and specifications and any addenda thereto which may be issued prior to the opening of bids. Plans, specifications and bid documents may be viewed and downloaded free of charge or purchased in hard copy on the CivCastUSA Website (www.CivCastUSA.com). Call or e-mail Lee Radley, P.E., at (972) 738-6187 (lradley@jbipartners.com) if you have difficulty accessing the website.

Each Bid must be accompanied by a Certified or Cashier's Check, from a responsible bank in the State of Texas, or a Bid Bond, issued by a surety legally authorized to do business in the State of Texas, equal to five percent (5%) of the total bid amount. Make the Cashier's Check, Certified Check or Bid Bond payable to the Owner. The Owner reserves the right to reject any or all bids or to accept any bid deemed advantageous to it and waive informalities in bidding. All bids received after the above-designated closing time will be returned unopened.

### Legal Notices

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

In re: GRIDDY ENERGY LLC,[1] Debtor. ) Chapter 11 ) Case No. 21-30923 (MI)

**NOTICE OF: (A) DEADLINE TO CAST VOTES TO ACCEPT OR REJECT CHAPTER 11 PLAN OF THE DEBTOR; (B) COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN; (C) DEADLINE TO OBJECT TO CONFIRMATION; AND (D) RELATED MATTERS AND PROCEDURES**

On May 26, 2021, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered an order [Docket No. 308] (the "Disclosure Statement Order") that conditionally approved the *Disclosure Statement for Modified Third Amended Plan of Liquidation For Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 312] (as may be amended, supplemented or modified from time to time and including all exhibits and supplements thereto, the "Disclosure Statement") as containing adequate information, as required under section 1125(a) of title 11 of the United States Code (the "Bankruptcy Code"), for the purposes of solicitation, and authorized the Debtor to solicit votes with regard to the acceptance or rejection of the *Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 311] (as may be amended, supplemented or modified from time to time and including all exhibits and supplements thereto, the "Plan").[2]

**VOTING RECORD DATE.** The "Voting Record Date" for purposes of determining (a) which holders of Claims or Interests are entitled to vote on the Plan and (b) whether Claims or Interests have been properly transferred to an assignee pursuant to Bankruptcy Rule 3001(e) such that the assignee can vote as the Holder of the Claim or Interest is **May 25, 2021**.

**VOTING DEADLINE.** If you held a Claim or Interest against the Debtor as of the Voting Record Date, and are entitled to vote on the Plan, you have received a Ballot and voting instructions appropriate for your Claim(s) or Interest(s). For your vote to be counted in connection with confirmation of the Plan, you must follow the appropriate voting instructions, complete all required information on the Ballot, as applicable, and execute and return the completed Ballot so that it is actually received by the Solicitation Agent in accordance with the voting instructions by **June 25, 2021 at 5:00 p.m. (prevailing Central Time)** (the "Voting Deadline"). Any failure to follow the voting instructions included with the Ballot may disqualify your Ballot and your vote on the Plan.

**OBJECTIONS TO PLAN CONFIRMATION AND FINAL APPROVAL OF DISCLOSURE STATEMENT.** The Court has established **June 25, 2021, at 5:00 p.m. (prevailing Central Time)**, as the deadline for filing objections to confirmation of the Plan and the adequacy of information in the Disclosure Statement (the "Plan and DS Objection Deadline"). Any objection to the Plan and/or adequacy of the information in the Disclosure Statement must: (a) be in writing; (b) conform to the Bankruptcy Rules; (c) state the name and address of the objecting party and the amount and nature of the Claim or Interest; (d) state with particularity the basis and nature of any objection to the Plan or adequacy of information in the Disclosure Statement; and (e) be filed with the Court so that it is received by the Clerk of the Court by the Plan and DS Objection Deadline.

**COMBINED HEARING.** A hearing to approve the adequacy of the Disclosure Statement and confirm the Plan (the "Combined Hearing") will commence on **July 7, 2021 at 3:00 p.m. (prevailing Central Time)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002. It is anticipated that all persons will appear telephonically and also may appear via video at the Combined Hearing. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Bankruptcy Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the United States Bankruptcy Court for the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting. Please be advised that the Combined Hearing may be continued from time to time by the Court or the Debtor without further notice other than by such continuance being announced in open court or by a notice of continuance or reset being filed with the Court and served on parties entitled to notice under Bankruptcy Rule 2002 or otherwise.

**ASSUMPTION AND CURE NOTICE AND PLAN SUPPLEMENT.** The Debtor intends to file **on or before June 7, 2021** the list of Executory Contracts and Unexpired Leases to be assumed and rejected consistent with Article X of the Plan. The Debtor does not intend to serve copies of the list of Executory Contracts and Unexpired Leases to be assumed and rejected on all parties-in-interest in the chapter 11 case; the list, however, may be obtained from the Solicitation Agent. The Debtor will send a separate notice advising applicable counterparties to Executory Contracts and Unexpired Leases that their respective contracts or leases are being assumed, assumed and assigned, or rejected under the Plan, and if assumed or assumed and assigned, the proposed amount of Cure Amounts. Any objection by a counterparty to an Executory Contract or Unexpired Lease to a proposed assumption and assignment, or the related amount of the Cure Amounts, must be filed with the Court so that it is received by the Clerk of the Court by the later of: (a) **5:00 p.m. (prevailing Central Time) on or before June 21, 2021** and (b) seven days after receiving notice of any amendment, modification or supplement to the Assumption and Cure Notice (the "Cure Objection Deadline").

The Debtor intends to file a Plan Supplement on or before **June 18, 2021**. The Debtor does not intend to serve copies of the Plan Supplement on all parties-in-interest in the chapter 11 case; the Plan Supplement, however, may be obtained from the Solicitation Agent.

**INQUIRIES.** Holders of Claims or Interests that are entitled to vote on the Plan shall receive a Solicitation Package. Further copies of the Solicitation Package may be obtained by: (a) accessing the Solicitation Agent's website at https://cases.stretto.com/Griddy; (b) writing to the Solicitation Agent at Griddy Energy LLC, Ballots, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; (c) emailing GriddyInquiries@stretto.com; (d) calling the Solicitation Agent's toll-free information line with respect to the Debtor at (855) 478-2725 (toll free) or (949) 471-0997 (international); and/or (e) visiting the website maintained by the Court at http://www.txs.uscourts.gov/bankruptcy.

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**EACH BALLOT FOR PREPETITION SECURED LENDER CLAIMS AND OTHER GENERAL UNSECURED CLAIMS (INCLUDING NON-PARTICIPATING CUSTOMERS) ADVISES HOLDERS THAT, IF THEY DO NOT ELECT TO OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION 12.07(b) OF THE PLAN, THEY SHALL BE BOUND BY THE THIRD PARTY RELEASES SET FORTH IN SECTION 12.07(b) OF THE PLAN AND DEEMED TO HAVE FOREVER RELEASED AND WAIVED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES IN ACCORDANCE WITH THE PLAN.**

**EACH BALLOT FOR CUSTOMER CLAIMS ADVISES HOLDERS THAT (I) IF THEY DO NOT OPT-OUT OF THE CUSTOMER RELEASES (INCLUDING IF THEY ABSTAIN FROM VOTING AND DO NOT OPT-OUT OF THE CUSTOMER RELEASES), THEY SHALL BE BOUND BY THE CUSTOMER RELEASES IN SECTION 12.10 OF THE PLAN UNLESS THE BANKRUPTCY COURT DOES NOT APPROVE THE CUSTOMER RELEASES OR THEY ELECT TO BECOME A NON-PARTICIPATING CUSTOMER PURSUANT TO SECTION 4.04(d) OF THE PLAN, AND (II) IF (A) THEY OPT-OUT OF THE CUSTOMER RELEASES IN CLASS 5, OR (B) THE BANKRUPTCY COURT DOES NOT APPROVE THE CUSTOMER RELEASES, OR (C) THEY ELECT TO BECOME A NON-PARTICIPATING CUSTOMER PURSUANT TO SECTION 4.04(d) OF THE PLAN, AND (D) THEY DO NOT ELECT TO OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION 12.07(b) OF THE PLAN, THEY SHALL BE BOUND BY THE THIRD PARTY RELEASES SET FORTH IN SECTION 12.07(b) OF THE PLAN AND DEEMED TO HAVE FOREVER RELEASED AND WAIVED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES IN ACCORDANCE WITH THE PLAN.**

**BAKER BOTTS L.L.P.**
Counsel to the Debtor and Debtor in Possession

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Disclosure Statement Order, the Disclosure Statement, or the Plan, as applicable.

That's the Buy and sell with locals. 214.745.8123 dallasnews.com/classifieds

Energy. Environment. Economy. Business The Dallas Morning News | DallasNews.com