**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **In re:** | **)** | **Chapter 11** |
| | **)** | |
| **Griddy Energy LLC,** | **)** | **Case No. 21-30923 (MI)** |
| | **)** | |
| **Debtor.** | **)** | |

**AFFIDAVIT OF PUBLICATION OF THE COMBINED HEARING NOTICE IN THE HOUSTON CHRONICLE**



AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

---

GRIDDY ENERGY LLC 0034123534
RAN A LEGAL NOTICE
SIZE BEING: 4 x6.00 I (24.00I)

| Product | Date | Class | Page |
|---|---|---|---|
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |
| HOU Chronicle | Jun 1 2021 | Legal Notices | B 4 |

NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this 1st Day of June A.D. 2021

DELILAH METZGER
129823618
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
MAY 19, 2022

Notary Public in and for the State of Texas

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

In re: GRIDDY ENERGY LLC,[1] Debtor. } Chapter 11 } Case No. 21-30923 (MI)

**NOTICE OF: (A) DEADLINE TO CAST VOTES TO ACCEPT OR REJECT CHAPTER 11 PLAN OF THE DEBTOR; (B) COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN; (C) DEADLINE TO OBJECT TO CONFIRMATION; AND (D) RELATED MATTERS AND PROCEDURES**

On May 26, 2021, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered an order [Docket No. 308] (the "Disclosure Statement Order") that conditionally approved the *Disclosure Statement for Modified Third Amended Plan of Liquidation For Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 312] (as may be amended, supplemented or modified from time to time and including all exhibits and supplements thereto, the "Disclosure Statement") as containing adequate information, as required under section 1125(a) of title 11 of the United States Code (the "Bankruptcy Code"), for the purposes of solicitation, and authorized the Debtor to solicit votes with regard to the acceptance or rejection of the *Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 311] (as may be amended, supplemented or modified from time to time and including all exhibits and supplements thereto, the "Plan").[2]

**VOTING RECORD DATE.** The "Voting Record Date" for purposes of determining (a) which holders of Claims or Interests are entitled to vote on the Plan and (b) whether Claims or Interests have been properly transferred to an assignee pursuant to Bankruptcy Rule 3001(e) such that the assignee can vote as the Holder of the Claim or Interest is **May 25, 2021.**

**VOTING DEADLINE.** If you held a Claim or Interest against the Debtor as of the Voting Record Date, and are entitled to vote on the Plan, you have received a Ballot and voting instructions appropriate for your Claim(s) or Interest(s). For your vote to be counted in connection with confirmation of the Plan, you must follow the appropriate voting instructions, complete all required information on the Ballot, as applicable, and execute and return the completed Ballot so that it is actually received by the Solicitation Agent in accordance with the voting instructions by **June 25, 2021 at 5:00 p.m. (prevailing Central Time)** (the "Voting Deadline"). Any failure to follow the voting instructions included with the Ballot may disqualify your Ballot and your vote on the Plan.

**OBJECTIONS TO PLAN CONFIRMATION AND FINAL APPROVAL OF DISCLOSURE STATEMENT.** The Court has established **June 25, 2021, at 5:00 p.m. (prevailing Central Time),** as the deadline for filing objections to confirmation of the Plan and the adequacy of information in the Disclosure Statement (the "Plan and DS Objection Deadline"). Any objection to the Plan and/or adequacy of the information in the Disclosure Statement must: (a) be in writing; (b) conform to the Bankruptcy Rules; (c) state the name and address of the objecting party and the amount and nature of the Claim or Interest; (d) state with particularity the basis and nature of any objection to the Plan or adequacy of information in the Disclosure Statement; and (e) be filed with the Court so that it is received by the Clerk of the Court by the Plan and DS Objection Deadline.

**COMBINED HEARING.** A hearing to approve the adequacy of the Disclosure Statement and confirm the Plan (the "Combined Hearing") will commence on **July 7, 2021 at 3:00 p.m. (prevailing Central Time)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002. It is anticipated that all persons will appear telephonically and also may appear via video at the Combined Hearing. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Bankruptcy Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the United States Bankruptcy Court for the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting. Please be advised that the Combined Hearing may be continued from time to time by the Court or the Debtor without further notice other than by such continuance being announced in open court or by a notice of continuance or reset being filed with the Court and served on parties entitled to notice under Bankruptcy Rule 2002 or otherwise.

**ASSUMPTION AND CURE NOTICE AND PLAN SUPPLEMENT.** The Debtor intends to file **on or before June 7, 2021** the list of Executory Contracts and Unexpired Leases to be assumed and rejected consistent with Article X of the Plan. The Debtor does not intend to serve copies of the list of Executory Contracts and Unexpired Leases to be assumed and rejected on all parties-in-interest in the chapter 11 case; the list, however, may be obtained from the Solicitation Agent. The Debtor will send a separate notice advising applicable counterparties to Executory Contracts and Unexpired Leases that their respective contracts or leases are being assumed, assumed and assigned, or rejected under the Plan, and if assumed or assumed and assigned, the proposed amount of Cure Amounts. Any objection by a counterparty to an Executory Contract or Unexpired Lease to a proposed assumption and assignment, or the related amount of the Cure Amounts, must be filed with the Court so that it is received by the Clerk of the Court by the later of: (a) **5:00 p.m. (prevailing Central Time) on or before June 21, 2021** and (b) seven days after receiving notice of any amendment, modification or supplement to the Assumption and Cure Notice (the "Cure Objection Deadline").

The Debtor intends to file a Plan Supplement on or before **June 18, 2021.** The Debtor does not intend to serve copies of the Plan Supplement on all parties-in-interest in the chapter 11 case; the Plan Supplement, however, may be obtained from the Solicitation Agent.

**INQUIRIES.** Holders of Claims or Interests that are entitled to vote on the Plan shall receive a Solicitation Package. Further copies of the Solicitation Package may be obtained by: (a) accessing the Solicitation Agent's website at https://cases.stretto.com/Griddy; (b) writing to the Solicitation Agent at Griddy Energy LLC, Ballots, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; (c) emailing GriddyInquiries@stretto.com; (d) calling the Solicitation Agent's toll-free information line with respect to the Debtor at (855) 478-2725 (toll free) or (949) 471-0997 (international); and/or (e) visiting the website maintained by the Court at http://www.txs.uscourts.gov/bankruptcy.

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**EACH BALLOT FOR PREPETITION SECURED LENDER CLAIMS AND OTHER GENERAL UNSECURED CLAIMS (INCLUDING NON-PARTICIPATING CUSTOMERS) ADVISES HOLDERS THAT, IF THEY DO NOT ELECT TO OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION 12.07(b) OF THE PLAN, THEY SHALL BE BOUND BY THE THIRD PARTY RELEASES SET FORTH IN SECTION 12.07(b) OF THE PLAN AND DEEMED TO HAVE FOREVER RELEASED AND WAIVED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES IN ACCORDANCE WITH THE PLAN.**

**EACH BALLOT FOR CUSTOMER CLAIMS ADVISES HOLDERS THAT (I) IF THEY DO NOT OPT-OUT OF THE CUSTOMER RELEASES (INCLUDING IF THEY ABSTAIN FROM VOTING AND DO NOT OPT-OUT OF THE CUSTOMER RELEASES), THEY SHALL BE BOUND BY THE CUSTOMER RELEASES IN SECTION 12.10 OF THE PLAN UNLESS THE BANKRUPTCY COURT DOES NOT APPROVE THE CUSTOMER RELEASES OR THEY ELECT TO BECOME A NON-PARTICIPATING CUSTOMER PURSUANT TO SECTION 4.04(d) OF THE PLAN, AND (II) IF (A) THEY OPT-OUT OF THE CUSTOMER RELEASES IN CLASS 5, OR (B) THE BANKRUPTCY COURT DOES NOT APPROVE THE CUSTOMER RELEASES, OR (C) THEY ELECT TO BECOME A NON-PARTICIPATING CUSTOMER PURSUANT TO SECTION 4.04(d) OF THE PLAN, AND (D) THEY DO NOT ELECT TO OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION 12.07(b) OF THE PLAN, THEY SHALL BE BOUND BY THE THIRD PARTY RELEASES SET FORTH IN SECTION 12.07(b) OF THE PLAN AND DEEMED TO HAVE FOREVER RELEASED AND WAIVED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES IN ACCORDANCE WITH THE PLAN.**

**BAKER BOTTS L.L.P.**
Counsel to the Debtor and Debtor in Possession

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Disclosure Statement Order, the Disclosure Statement, or the Plan, as applicable.

Lindsey Wasson / New York Times

**Memorial Day weekend marks the start of the busy summer travel season, but this year it represents the end of one of the worst chapters in airline history.**

# Airlines see demand rise as summer season begins

**By Niraj Chokshi**
NEW YORK TIMES

Memorial Day weekend typically marks the start of the busy summer travel season, but this year it represents something more: the end of one of the worst chapters in airline history.

### Return to the skies

After losing billions of dollars during the pandemic, airlines expect strong demand over the next few months as Americans embrace a return to normalcy. The number of Americans flying for fun or to visit friends and family has almost completely recovered, airlines say.

The Transportation Security Administration reported that it screened nearly 2 million people Friday at airports, ahead of the Memorial Day weekend. That's the most since the COVID-19 pandemic started in March, signaling a rebound of travel as people take advantage of relaxed restrictions and expanding vaccinations.

Fares have nearly climbed back to pre-pandemic levels, and travelers are booking flights months ahead, especially leisure travelers, giving airlines the confidence to schedule more flights. The Transportation Security Administration plans to hire about 1,000 employees by July 4.

### Masks remain

But some parts of the travel experience are still different. Masks are still required in airports and on airplanes through at least mid-September. According to flight schedules, only a few states, mostly with beaches or mountains, are expected to see more flights in July than in the same month in 2019.

### Shortages, long lines

Finding a rental car will be harder than it was before the pandemic. That's because the rental industry sold off some of its fleet to survive. Lines and waits may be longer as airports, airlines, hotels and other travel businesses struggle to manage more travelers with fewer employees. Despite the optimism, airlines still have a long recovery ahead.

Scott McIntyre / New York Times

**Finding a rental car likely will be tougher as some in the industry sold off part of their fleets to survive.**

Two big moneymakers – corporate and international travel – remain depressed. With businesses embracing remote work and the virus still prevalent in some countries, no one knows how soon such travel will rebound.

### Vacation comeback

The U.S. will have a busy vacation season this summer as cities make a strong comeback, according to Stephen Kaufer, chief executive officer of TripAdvisor Inc.

"Now we have a lot more activities all around the country, and it's not just outdoors. The cities are making a very real comeback," Kaufer said on CBS' "Face the Nation" on Sunday. Hotel searches on TripAdvisor have gone up and bookings of experiences are going strong, he said, adding that people also plan to take longer vacations and spend more money on their trips.

International travel is still lagging behind, and the U.S. State Department's "Do Not Travel" advisories for most countries have affected the business "massively," Kaufer said.

"They are still not going internationally as much as they might have been in 2019. They're just not sure yet how much is open, especially in Europe. But we expect that to increase over the course of the summer," he said.

Kaufer urges travelers to be patient with waiting times at airports and fully packed flights. American Airlines Group Inc. and Southwest Airlines Co. both postponed plans to resume serving alcohol on flights amid a surge of in-flight violence.

### Barriers to travel

Passenger volumes are unlikely to return to pre-pandemic levels until at least 2023, according to Airlines for America, a trade group. Air travel is also limited by the speed with which cities and attractions reopen.

"The constraint is being able to get a hotel, or a rental car, or things like that," Vasu Raja, the chief revenue officer at American Airlines, said recently.

But those barriers are falling. The European Union is opening its borders to vaccinated tourists. In the United States, cities, states and popular tourist attractions like Walt Disney World are rolling back pandemic restrictions.

"We aren't through the tunnel yet, but we clearly see the light at the end of the tunnel," said Scott Kirby, the chief executive of United Airlines.

# Big commodities cycle over? Hedge funds cool their bets

**By Michael Hirtzer and Yvonne Yue Li**
BLOOMBERG

The debate in commodity markets over whether this year's supercharged rally is over, or whether prices will move higher after a pause, is in full swing. For now, hedge funds have stepped to the side.

Commodity investors are reducing bets on further price gains in everything from crops to copper to natural gas. Hedge-fund holdings this week in 20 of the 23 commodities tracked in the Bloomberg Commodity Index fell by the most since November, according to data from the U.S. Commodity Futures Trading Commission and ICE.

Weather is boosting U.S. crops, pointing to bigger harvests, while also reducing demand for natural gas. Oil markets are bracing for bigger supplies and China, the biggest commodities buyer, is moving to contain high raw material prices. In sum, the much-vaunted commodity supercycle is in doubt as bearish factors emerge amid inflation fears and demand concerns.

The rallies may not be over but new peaks will likely depend on supply and demand rather than speculative buying across raw materials.

"We're back to more normal fundamentals, not outside distorted fundamentals," Don Roose, president of brokerage U.S. Commodities in West Des Moines, Iowa, said Friday.

Blasts of rainfall in parts of the U.S. crop belt are expected to increase yield prospects for corn and soybeans.

The bigger harvests would help replenish depleted global stockpiles.

Net-bullish bets for Chicago corn slumped for the sixth straight week to the lowest since December while those for soybean meal were cut in half, the regulatory data showed.

In energy markets, hedge funds have slashed net-long stakes in natural gas by 7 percent to the lowest in six weeks as mild U.S. weather conditions dampen demand.

Bullish oil positions are at the lowest in about five months as the market braces for potentially more supply coming from major producing countries, including Iran.

Net-long copper bets on the Comex in New York are at the lowest in more than 10 months as Beijing makes moves to contain surging raw material prices, including a "zero tolerance" policy for hoarding the metal.

There are a few outliers. Funds are showing more appetite for arabica coffee, the type favored by Starbucks Corp., and net-bullish positions are at the highest since November 2016 as drought continues to be a concern for top shipper Brazil.

Investors are also being lured back to gold as an inflation hedge, increasing net-long bets to the highest level in 20 weeks.

Legal Notices
To place legal notices email legals@chron.com or call 713.224.6868.

Legals/Public Notices | Legals/Public Notices | Legals/Public Notices | Legals/Public Notices

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

In re: GRIDDY ENERGY LLC,[1] Debtor. ) Chapter 11 ) Case No. 21-30923 (MI)

**NOTICE OF: (A) DEADLINE TO CAST VOTES TO ACCEPT OR REJECT CHAPTER 11 PLAN OF THE DEBTOR; (B) COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN; (C) DEADLINE TO OBJECT TO CONFIRMATION; AND (D) RELATED MATTERS AND PROCEDURES**

On May 26, 2021, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered an order [Docket No. 308] (the "Disclosure Statement Order") that conditionally approved the *Disclosure Statement for Modified Third Amended Plan of Liquidation For Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 312] (as may be amended, supplemented or modified from time to time and including all exhibits and supplements thereto, the "Disclosure Statement") as containing adequate information, as required under section 1125(a) of title 11 of the United States Code (the "Bankruptcy Code"), for the purposes of solicitation, and authorized the Debtor to solicit votes with regard to the acceptance or rejection of the *Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 311] (as may be amended, supplemented or modified from time to time and including all exhibits and supplements thereto, the "Plan").[2]

**VOTING RECORD DATE.** The "Voting Record Date" for purposes of determining (a) which holders of Claims or Interests are entitled to vote on the Plan and (b) whether Claims or Interests have been properly transferred to an assignee pursuant to Bankruptcy Rule 3001(e) such that the assignee can vote as the Holder of the Claim or Interest is **May 25, 2021**.

**VOTING DEADLINE.** If you held a Claim or Interest against the Debtor as of the Voting Record Date, and are entitled to vote on the Plan, you have received a Ballot and voting instructions appropriate for your Claim(s) or Interest(s). For your vote to be counted in connection with confirmation of the Plan, you must follow the appropriate voting instructions, complete all required information on the Ballot, as applicable, and execute and return the completed Ballot so that it is actually received by the Solicitation Agent in accordance with the voting instructions by **June 25, 2021 at 5:00 p.m. (prevailing Central Time)** (the "Voting Deadline"). Any failure to follow the voting instructions included with the Ballot may disqualify your Ballot and your vote on the Plan.

**OBJECTIONS TO PLAN CONFIRMATION AND FINAL APPROVAL OF DISCLOSURE STATEMENT.** The Court has established **June 25, 2021, at 5:00 p.m. (prevailing Central Time)**, as the deadline for filing objections to confirmation of the Plan and the adequacy of information in the Disclosure Statement (the "Plan and DS Objection Deadline"). Any objection to the Plan and/or adequacy of the information in the Disclosure Statement must: (a) be in writing; (b) conform to the Bankruptcy Rules; (c) state the name and address of the objecting party and the amount and nature of the Claim or Interest; (d) state with particularity the basis and nature of any objection to the Plan or adequacy of information in the Disclosure Statement; and (e) be filed with the Court so that it is received by the Clerk of the Court by the Plan and DS Objection Deadline.

**COMBINED HEARING.** A hearing to approve the adequacy of the Disclosure Statement and confirm the Plan (the "Combined Hearing") will commence on **July 7, 2021 at 3:00 p.m. (prevailing Central Time)** before the Honorable Marvin Isgur, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002. It is anticipated that all persons will appear telephonically and also may appear via video at the Combined Hearing. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Bankruptcy Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the United States Bankruptcy Court for the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting. Please be advised that the Combined Hearing may be continued from time to time by the Court or the Debtor without further notice other than by such continuance being announced in open court or by a notice of continuance or reset being filed with the Court and served on parties entitled to notice under Bankruptcy Rule 2002 or otherwise.

**ASSUMPTION AND CURE NOTICE AND PLAN SUPPLEMENT.** The Debtor intends to file **on or before June 7, 2021** the list of Executory Contracts and Unexpired Leases to be assumed and rejected consistent with Article X of the Plan. The Debtor does not intend to serve copies of the list of Executory Contracts and Unexpired Leases to be assumed and rejected on all parties-in-interest in the chapter 11 case; the list, however, may be obtained from the Solicitation Agent. The Debtor will send a separate notice advising applicable counterparties to Executory Contracts and Unexpired Leases that their respective contracts or leases are being assumed, assumed and assigned, or rejected under the Plan, and if assumed or assumed and assigned, the proposed amount of Cure Amounts. Any objection by a counterparty to an Executory Contract or Unexpired Lease to a proposed assumption and assignment, or the related amount of the Cure Amounts, must be filed with the Court so that it is received by the Clerk of the Court by the later of: (a) **5:00 p.m. (prevailing Central Time) on or before June 21, 2021** and (b) seven days after receiving notice of any amendment, modification or supplement to the Assumption and Cure Notice (the "Cure Objection Deadline").

The Debtor intends to file a Plan Supplement on or before **June 18, 2021**. The Debtor does not intend to serve copies of the Plan Supplement on all parties-in-interest in the chapter 11 case; the Plan Supplement, however, may be obtained from the Solicitation Agent.

**INQUIRIES.** Holders of Claims or Interests that are entitled to vote on the Plan shall receive a Solicitation Package. Further copies of the Solicitation Package may be obtained by: (a) accessing the Solicitation Agent's website at https://cases.stretto.com/Griddy; (b) writing to the Solicitation Agent at Griddy Energy LLC, Ballots, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; (c) emailing GriddyInquiries@stretto.com; (d) calling the Solicitation Agent's toll-free information line with respect to the Debtor at (855) 478-2725 (toll free) or (949) 471-0997 (international); and/or (e) visiting the website maintained by the Court at http://www.txs.uscourts.gov/bankruptcy.

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**EACH BALLOT FOR PREPETITION SECURED LENDER CLAIMS AND OTHER GENERAL UNSECURED CLAIMS (INCLUDING NON-PARTICIPATING CUSTOMERS) ADVISES HOLDERS THAT, IF THEY DO NOT ELECT TO OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION 12.07(b) OF THE PLAN, THEY SHALL BE BOUND BY THE THIRD PARTY RELEASES SET FORTH IN SECTION 12.07(b) OF THE PLAN AND DEEMED TO HAVE FOREVER RELEASED AND WAIVED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES IN ACCORDANCE WITH THE PLAN.**

**EACH BALLOT FOR CUSTOMER CLAIMS ADVISES HOLDERS THAT (I) IF THEY DO NOT OPT-OUT OF THE CUSTOMER RELEASES (INCLUDING IF THEY ABSTAIN FROM VOTING AND DO NOT OPT-OUT OF THE CUSTOMER RELEASES), THEY SHALL BE BOUND BY THE CUSTOMER RELEASES IN SECTION 12.10 OF THE PLAN UNLESS THE BANKRUPTCY COURT DOES NOT APPROVE THE CUSTOMER RELEASES OR THEY ELECT TO BECOME A NON-PARTICIPATING CUSTOMER PURSUANT TO SECTION 4.04(d) OF THE PLAN, AND (II) IF (A) THEY OPT-OUT OF THE CUSTOMER RELEASES IN CLASS 5, OR (B) THE BANKRUPTCY COURT DOES NOT APPROVE THE CUSTOMER RELEASES, OR (C) THEY ELECT TO BECOME A NON-PARTICIPATING CUSTOMER PURSUANT TO SECTION 4.04(d) OF THE PLAN, AND (D) THEY DO NOT ELECT TO OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION 12.07(b) OF THE PLAN, THEY SHALL BE BOUND BY THE THIRD PARTY RELEASES SET FORTH IN SECTION 12.07(b) OF THE PLAN AND DEEMED TO HAVE FOREVER RELEASED AND WAIVED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES IN ACCORDANCE WITH THE PLAN.**

**BAKER BOTTS L.L.P.**
Counsel to the Debtor and Debtor in Possession

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Disclosure Statement Order, the Disclosure Statement, or the Plan, as applicable.

LEGAL NOTICES
& ANNIVERSARIES
TWO THINGS YOU BETTER NOT FORGET ABOUT
Seriously, stay legal and get noticed by emailing our team at legals@chron.com or calling 713.224.6868
HOUSTON ★ CHRONICLE
HoustonChronicle.com

**NOTICE OF PUBLIC HEARING**

**HARRIS COUNTY CULTURAL EDUCATION FACILITIES FINANCE CORPORATION**
**HOSPITAL REVENUE BONDS**
**(TEXAS CHILDREN'S PROJECT)**
**SERIES 2021**

Notice is hereby given of a public hearing to be held by the Harris County Cultural Education Facilities Finance Corporation (the "Issuer") on June 8, 2021, at 10:00 a.m., with respect to the captioned bonds (the "Series 2021 Bonds") to be issued in one or more series in an aggregate principal amount not to exceed $570,000,000 by the Issuer, the proceeds of which will be loaned to Texas Children's Hospital (the "Corporation"). Interested parties may join the public hearing on the date and the time indicated above by dialing +1.866.226.4650 (US Toll Free) and, when prompted, entering the meeting code 240966898#.

The proceeds of the Series 2021 Bonds will be used by the Corporation to provide funds to: (i) finance or refinance the purchase, development, construction, reconstruction, renovation, rehabilitation and/or equipping of a health facility located at 9835 N Lake Creek Pkwy, Austin, TX 78717 (the "New Money Project"); (ii) refund the Harris County Health Facilities Development Corporation Hospital Revenue Bonds (Texas Children's Hospital Project) Series 2008-1 (the "Series 2008-1 Bonds"); (iii) refund the Harris County Health Facilities Development Corporation Hospital Revenue Bonds (Texas Children's Hospital Project) Series 2008-2 (the "Series 2008-2 Bonds"); (iv) refund the Issuer's Hospital Revenue Bonds (Texas Children's Hospital) Series 2015-4 (the "Series 2015-4 Bonds") (collectively, the "Project"); and (v) pay the costs of issuance of the Series 2021 Bonds.

The Series 2008-1 Bonds were used to refinance the construction and equipping of (i) the Neurological Research Institute located at 6550 Bertner Street, Houston, Texas 77030, (ii) the Feigin Center located at 1102 Bates Street, Houston, Texas 77030, (iii) the Texas Children's Hospital Maternity Center located at 6701 South Main Street, Houston, Texas 77030; (iv) the Texas Children's Hospital West Tower and Abercrombie Buildings, 6621 Fannin Street, Houston, Texas 77030; (v) the Meyer Building, 1919 South Braeswood, Houston, Texas 77030; (vi) the Texas Children's Hospital Clinical Care Center, 6701 Fannin Street, Houston, Texas 77030; (vii) Texas Children's Hospital administrative offices, Nabisco Building, 2450 Holcombe, Houston, Texas 77021; (viii) Texas Children's Hospital administrative offices, Bank of America Building, 1025 Holcombe, Houston, Texas 77030 (the facilities described in clauses (i) through (viii), inclusive, are referred to collectively as the "Main Campus Project"); and (ix) the Texas Children's Hospital West Campus located at 18200 Katy Freeway, Houston, Texas 77094 (the "West Campus Project").

The Series 2008-2 Bonds were used to refinance (i) the Main Campus Project and (ii) the West Campus Project.

The Series 2015-4 Bonds were used to finance (i) the Main Campus Project and (ii) the construction and equipping of a community pediatric hospital located at 17600 Interstate 45 South, The Woodlands, Texas 77384 (the "Woodlands Project").

The maximum stated principal amount of the Series 2021 Bonds needed to finance the New Money Project will not exceed $285,000,000. The maximum stated principal amount of the Series 2021 Bonds needed to refinance the Series 2008-1 Bonds will not exceed $105,000,000, of which $104,727,000 is allocable to refinancing the Main Campus Project and $273,000 is allocable to refinancing the West Campus Project. The maximum stated principal amount of the Series 2021 Bonds needed to refinance the Series 2008-2 Bonds will not exceed $95,000,000, of which $94,753,000 is allocable to refinancing the Main Campus Project and $247,000 is allocable to refinancing the West Campus Project. The maximum stated principal amount of the Series 2021 Bonds needed to refinance the Series 2015-4 Bonds will not exceed $85,000,000, of which $47,421,500 is allocable to refinancing the Woodlands Project and $37,578,500 is allocable to refinancing the Main Campus Project. The Corporation is the legal owner of the New Money Project, the Main Campus Project, the West Campus Project and the Woodlands Project.

The aforementioned hearing will be conducted by Shelby Harden or her designee. All interested persons are invited to telephonically attend such public hearing and express their views with respect to the projects to be financed or refinanced with proceeds of the Bonds and the issuance of the Bonds. Questions or requests for additional information may be directed to Shelby Harden, Bracewell LLP, 1445 Ross Ave., Suite 3800, Dallas, Texas 75230 (telephone: (214) 758-1682; e-mail: shelby.harden@bracewell.com).

If a member of the public is having difficulty accessing the telephone conference line, they should contact Ms. Harden at the contact information set forth above for assistance. Any interested persons unable to attend the telephonic public hearing may submit their views in writing to Ms. Harden or by email to the contact information set forth above prior to the date scheduled for the hearing.

This notice is published and the above-described hearing is to be held in satisfaction of the requirements of Section 147(f) of the Internal Revenue Code of 1986, as amended, regarding the public approval prerequisite to the exemption from federal income taxation of the interest on the Bonds, and the hearing is a "combined hearing" within the meaning of Section 1.147-1(d)(2) of the Treasury Regulations.

Notice to Creditors | Notice to Creditors

Notice To Creditors Ad
$74.00*
Call the Legals Team
713-224-6868
Ext. 6435 or 4204
*$74.00 includes first 36 lines and 1 Affidavit of Publication
*$1.92 per line over 36 lines

Legals/Public Notices | Legals/Public Notices

**To: All Patients of Ajit Dwivedi, DO**

Please take notice that effective June 18, 2021, Dr. Ajit Dwivedi, family medicine physician, will no longer practice medicine with Houston Methodist Primary Care Group at 18220 State Highway 249, Suite 400, Houston, TX 77070, on the Houston Methodist Willowbrook Hospital campus.

A medical records release is not required for patients who choose to continue receiving care from Houston Methodist Primary Care Group. For help establishing care with another Primary Care Group physician at Willowbrook, please call the clinic at 281.737.0570. To request transfer or release of medical records, please call 713.394.6428.

Legal Bids & Proposals | Legal Bids & Proposals

**Houston Community College**
**Request for Proposals RFP-C21-43**
**Cisco Equipment Replacement (End of Life) And New Equipment Purchase-West Houston Expansion Project No. 21-43**
Sealed proposals will be received in Procurement Operations (3100 Main Street, Houston, TX 77002) until 2:00PM (local time) on June 28th, 2021.
Documents can be obtained at:
**www.hccs.edu/about-hcc/procurement/**

Notice to Creditors | Notice to Creditors

**NOTICE TO CREDITORS**
Notice is hereby given that original Letters Testamentary for the ESTATE OF CLIDE LOUIS WILEY, DECEDENT, Deceased, were issued on March 29, 2021, under Docket No.49164, Harris County, Texas to Penny Guine, Executor.
Claims may be presented as following:
Penny Guine, Executor
Estate of CLIDE LOUIS WILEY DECEDENT, Deceased
3935 Zephyr St
Houston, Texas 77021
All persons having claims against this estate, which is currently being administered, are required to present them within the time and in the manner prescribed by law.
Dated 4/26/2021
Penny Guine
3935 Zephyr St
Houston, Texas 77021 pwguine@gmail.com

Legal Bids & Proposals | Legal Bids & Proposals | Legal Bids & Proposals

REQUEST FOR COMPETITIVE SEALED PROPOSALS
**FORT ANAHUAC PARK BASEBALL COMPLEX**
**CHAMBERS COUNTY**
Chambers County will accept Base Competitive Sealed Proposals until 2:00 P.M. on Thursday, June 17, 2021, and Alternates until 3:00 P.M. at the Chambers County Courthouse, 2nd floor Conference Room, 404 Washington Avenue, Anahuac, TX 77514. A Pre-Proposal Conference will be held Wednesday, June 2, 2021 at 3:00 P.M. on a Zoom Meeting with Meeting ID: 779 355 5658 and meeting Passcode: 0000. Proposal Evaluation Criteria are published in the "Instructions to Offerors" section of the proposal documents. Plans and specifications will be released after 12:00 P.M., Friday, May 28, 2021, and two (2) sets are available to general contractors from the following address upon deposit of $100.00 per set: PBK Architects, Inc., 11 Greenway Plaza, Suite 2210, Houston, Texas 77046, 713-965-0608. Electronic versions are available on PBK Digital Plan Room. Email **carlos.sotelo@pbk.com** for instructions. The Owner reserves the right to waive any informalities and to reject any or all proposals.

**Humble ISD is accepting** electronic responses for the following Request for Proposal:
RFP 2022-14 Pump Parts, Repair & Service 6/29/2021 @ 4:00 PM
RFP 2022-101 Miscellaneous Instructional Materials by 7/2/2021 @ 4:00 PM
Proposals may be viewed and submitted electronically through Humble ISD's on line bidding system:
**https://humbleisd.ionwave.net/Login.aspx**. Please register by clicking supplier registration. Once registered you need to view the bid in order to submit.

**NOTICE TO BIDDERS**

Electronic bids for the Construction of Storm Sewer, Sanitary, Water, Paving, and Bridge Appurtenances for Madrid Lane Phase 2 at Coastal Point, will be received at www.civcastusa.com until **10:00 A.M. CST, Wednesday, June 9th, 2021** and then publicly opened and read. A *NON-MANDATORY* pre-bid conference will be held via conference call at +1 346-333-2830 (Conf. ID: 447 695 540#) on Wednesday, **June 2nd, at 10:00 A.M. CST**. Each bid must be accompanied by certified check or bid bond, duly executed, in the amount of five (5%) percent of the bid. Bid Documents will be available online at www.civcastusa.com.

GALVESTON COUNTY MUNICIPAL UTILITY DISTRICT NO. 45

"YES Prep Public Schools will receive sealed proposals for RFP - YP_FY21_10_West_Campus_Legacy_Clinic Rebid - until 2:00PM, June 17th , 2021 at 5515 South Loop E FWY STE B, Houston, TX, 77033.

Proposals and RFP delivery instructions can be accessed at **https://www.yesprep.org/rfps** Please contact Richard Lilavois, Construction Project Manager at **Richard.Lilavois@yesprep.org** for questions."

LEGAL NOTICES
& A SNORING SPOUSE
TWO THINGS THAT KEEP YOU UP AT NIGHT
Stay legal and get noticed by emailing our team at legals@chron.com or calling 713.224.6868
HOUSTON★CHRONICLE
HoustonChronicle.com