**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIDDY ENERGY LLC,[1] | ) | Case No. 21-30923 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S AGENDA OF MATTERS SET FOR**
**HEARING ON JULY 7, 2021 AT 3:00 P.M. (CDT)**

> **The hearing will be held electronically. For audio, you must dial into the Court's dial in facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting**

The above-referenced debtor and debtor in possession (the "Debtor") hereby files its Agenda of matters set for a hearing on **Wednesday, July 7, 2021 at 3:00 p.m. (CDT).**

### I. UNCONTESTED MATTERS GOING FORWARD:

1. Debtor's Motion for Order (a) Approving and Authorizing Debtor to Enter Into Settlement Agreement with the State of Texas and (b) Granting Related Relief [Docket No. 338].

   **Related Documents:**

   A. Notice of Hearing [Docket No. 340].

   B. Certificate of Service [Docket No. 343].

   C. Certificate of No Objection [Docket No. 364].

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is PO Box 1288, Greens Farms, CT 06838.

    D.    Amended Certificate of No Objection [Docket No. 369].

    E.    Witness and Exhibit List [Docket No. 374].

**Status**: This matter is going forward.

2. Debtor's <u>Emergency</u> Motion to File Under Seal Certain Customer Data Contained in Expert Report and Declaration of Tony W. Spencer [Docket No. 368].

    **Related Documents**:

    A. Redacted Expert Report and Declaration of Tony W. Spencer [Docket No. 367].

    B. Receipt of Sealed Document [Docket No. 375].

    C. Notice of Hearing [Docket No. 377].

    D. Witness and Exhibit List [Docket No. 374].

    **Status**: This matter is going forward.

3. (a) Approval of Disclosure Statement for Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 312] and (b) Confirmation of Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 311].

    **Related Documents**:[2]

    A. Order: (I) Conditionally Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan; (III) Approving the Form of Various Ballots and Notices in Connection Therewith; and (IV) Approving the Scheduling of Certain Dates in Connection With Confirmation of the Plan [Docket No. 308].

    B. Notice of Filing of Solicitation Version of Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 311].

    C. Notice of Filing of Solicitation Version of Disclosure Statement for Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 312].

---

[2] Listed below are documents from and after the date the Order conditionally approving the Disclosure Statement was entered by the Court [Docket No. 308]. All documents related to the Disclosure Statement that were filed prior to entry of such Order may be found at cases.stretto.com/Griddy.

D. Notice of: (a) Deadline to Cast Votes to Accept or Reject Chapter 11 Plan of the Debtor; (b) Combined Hearing to Consider Approval of Disclosure Statement and Confirmation of the Plan; (c) Deadline to Object to Confirmation; and (d) Related Matters and Procedures [Docket No. 315].

E. Certificate of Service re: Solicitation Materials [Docket No. 330].

F. Affidavit re: Publication of the Combined Hearing Notice in the Dallas Morning News [Docket No. 334].

G. Affidavit re: Publication of the Combined Hearing Notice in the Houston Chronicle [Docket No. 335].

H. Affidavit re: Publication of Combined Hearing Notice in The New York Times [Docket No. 336].

I. Notice of Filing of Plan Supplement for Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 345].

J. Certificate of Service re: Plan Supplement [Docket No. 350].

K. Notice of Filing of Supplement to Plan Supplement for Modified Third Amended Plan of Liquidation for Griddy Energy LLC under Chapter 11 of the Bankruptcy Code [Docket No. 355].

L. Declaration of Angela Tsai on Behalf of Stretto Regarding Solicitation of Votes and Tabulation of Ballots Accepting and Rejecting Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 363].

M. Expert Report and Declaration of Tony W. Spencer [Docket Nos. 367 and 375].

N. Declaration of Roop Bhullar in Support of (A) Approval of the Adequacy of Debtor's Disclosure Statement on a Final Basis and (B) Confirmation of the Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 370].

O. Certificate of Service re: Supplement to Plan Supplement [Docket No. 371].

P. Witness and Exhibit List [Docket No. 374].

Q. Notice of Filing of Proposed Findings of Fact Conclusions of Law and Order: (I) Approving the Disclosure Statement; (II) Confirming Modified Third

    Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code; and (III) Granting Related Relief [Docket No. 376].

R.   Debtor's Memorandum of Law in Support of: (A) Approval of the Adequacy of Debtor's Disclosure Statement on a Final Basis and (B) Confirmation of the Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 379].

**Status**: This matter is going forward.

Dated: July 6, 2021
New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Chris Newcomb*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel to the Debtor and Debtor in Possession*

### Certificate of Service

    I certify that on July 6, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Chris Newcomb*
Chris Newcomb