# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Wednesday, July 7, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Darren | Azman | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors |
| Darren | Azman | McDermott Will & Emery LLP | Committee |
| Jason | Binford | Office of the Attorney General of Texas | Public Utility Commission of Texas |
| Mary | Bischoping | Gibson, Dunn & Crutcher LLP | Counsel to creditor and ERCOT member, Luminant |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors |
| Charles R. | Gibbs | McDermott Will & Emery LLP | Committee |
| John | Lawrence | Baker Botts L.L.P. | Griddy Energy LLC |
| Kevin | Lippman | Munsch Hardt Kopf & Harr, PC | Electric Reliability Council of Texas, Inc. |
| Trey | Monsour | Fox Rothschild. LLP | Karen Prescott |
| Chris | Newcomb | Baker Botts L.L.P. | Griddy Energy LLC (Debtor) |
| Kelli | Norfleet | Haynes and Boone, LLP | Macquarie Energy LLC and Macquarie Investments US Inc. |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Deborah | Perry | Munsch Hardt Kopf & Harr, PC | Electric Reliability Council of Texas, Inc. |
| Steven | Robinson | Texas Attorney General | Consumer Protection Division |
| Abigail | Ryan | Texas Attorney General's Office | AG's Consumer Protection Division |
| Robin | Spigel | Baker Botts LLP | Griddy Energy LLC |
| Angela | Tsai | Stretto | Griddy Energy LLC |
| Jana | Whitworth | Office of the United States Trustee | United States Trustee |