# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **Griddy Energy LLC,** | ) | Case No. 21-30923 (MI) |
| | ) | |
| **Debtor.** | ) | |

## CERTIFICATE OF SERVICE

I, Nathaniel Repko, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On July 6, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Debtor's Agenda of Matters Set for Hearing on July 7, 2021 at 3:00 P.M. (CDT)** (Docket No. 380)

Dated: July 13, 2021

*/s/ Nathaniel Repko*
Nathaniel Repko
STRETTO
7 Times Square, 16th Floor
New York, NY 10036
855.478.2725
Email:TeamGriddy@Stretto.com

# **<u>Exhibit A</u>**



## Exhibit A
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| AEP Texas Inc. | Attn: Mark Hunt | | crrtx@aep.com<br>mdhunt@aep.com |
| Alpha Employment Solutions | Attn: Penny Vita-Finzi | | penny@alpha-employment.com |
| CCH Incorporated | c/o Wolters Kluwer | Attn: CEO or General Counsel | cch-ar@wolterskluwer.com |
| CenterPoint Energy, Inc | Attn: Kevin Kulhanek; Jewel Smith | | jewel.smith@centerpointenergy.com |
| Charles Huppert, District Court of Harris County, Texas Case No. 2021-12101; and Thomas Clark, District Court of Harris County, Texas Case No.: 2021-12017 | c/o Burnett Law Firm | Attn: Riley L. Burnett, Jr and Karen H. Beyea-Schroeder | Rburnett@rburnettlaw.com<br>karen.schroeder@rburnettlaw.com |
| Customer #32790 | | | [Address Redacted] |
| Electric Reliability Council of Texas (ERCOT) | Attn: Phil Mincemoyer | | ClientServices@ercot.com |
| Electric Reliability Council of Texas (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman and Deborah M. Perry | klippman@munsch.com<br>dperry@munsch.com |
| Griddy Technologies LLC, Griddy Holdings LLC, Griddy VI Series A Holdings LLC and Griddy Pro LLC | c/o Akin Gump Strauss Hauer & Feld LLC | Attn: Marty L. Brimmage, Jr. & Patrick G. O'Brien | mbrimmage@akingump.com<br>pobrien@akingump.com |
| Griddy Technologies LLC, Griddy Holdings LLC, Griddy VI Series A Holdings LLC and Griddy Pro LLC | c/o Akin Gump Strauss Hauer & Feld LLC | Attn: Philip C. Dublin | pdublin@akingump.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@publicans.com |
| Lisa Khoury, et al. | c/o Potts Law Firm, LLP | Attn: Derek H. Potts, J. Ryan Fowler, Batami Baskin | dpotts@potts-law.com<br>rfowler@potts-law.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher | Attn: Matthew G. Bouslog | MBouslog@gibsondunn.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal and Michael L. Raiff | MRosenthal@gibsondunn.com<br>MRaiff@gibsondunn.com |
| Luminant Energy Company LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Eric T. Haitz | EHaitz@gibsondunn.com |
| Macquarie Investments US Inc. & Macquarie Energy LLC | c/o Haynes and Boone LLP | Attn: Chad Mills | chad.mills@haynesboone.com |
| Macquarie Investments US Inc. and Macquarie Energy LLC | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet and Arsalan Muhammad | kelli.norfleet@haynesboone.com<br>arsalan.muhammad@haynesboone.com |
| Meridian Business Centers | c/o Hartman Income REIT Management | Attn: Sara Lynn O'Dell | sodell@hi-reit.com |
| Multiple Injured and Death Case Tort Claimants | c/o Jordan, Holzer & Ortiz, P.C. | Attn: Shelby A. Jordan and Antonio Ortiz | sjordan@jhwclaw.com;<br>aortiz@jhwclaw.com;ecf@jhwclaw.com |
| Office of The United States Trustee | Attn: Hector Duran, Jr. and Stephen Douglas Statham | | Hector.Duran.Jr.@usdoj.gov<br>Stephen.statham@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Charles R. Gibbs | crgibbs@mwe.com;stperry@mwe.com |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman and Blaine Adams | dazman@mwe.com;badams@mwe.com |
| Oncor Electric Delivery Company LLC | Attn: David R Hunt | | contactcenter@oncor.com |



**Exhibit A**
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Oracle America, Inc. | c/o Buchalter, a Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Patricia Battaglia | c/o Richard A. Battaglia | | rab@rabpc.com |
| Public Utility Commission of Texas | Attn: David Hoard | | david.hoard@puc.texas.gov |
| Public Utility Commission of Texas | c/o Office of the Attorney General of Texas | Bankruptcy & Collections Division | jason.binford@oag.texas.gov<br>layla.milligan@oag.texas.gov |
| RLI Insurance Company | Attn: Commercial Surety | | Chrissy.Eaton@rlicorp.com<br>support@rlicorp.com |
| S4S, LLC | Attn: Charles Cella | | charles.cella@strongforce.design |
| Star Energy Partners | Attn: CEO or General Counsel | | info@starenergypartners.com |
| State of Texas | Office of the Attorney General of Texas | c/o Bankruptcy & Collections Division | rachel.obaldo@oag.texas.gov<br>abigail.ryan@oag.texas.gov |
| Stripe, Inc. | c/o Legal Department | | notices@stripe.com |
| Texas Comptroller of Public Accounts | Attn: Bo Overstreet, Section Manager, AP | | bo.overstreet@cpa.texas.gov |
| Texas Comptroller of Public Accounts, Revenue Accounting Division | Attn: John Mark Stern, Assistant Attorney General | Bankruptcy & Collections Division MC 008 | bk-jstern@oag.texas.gov |
| Texas-New Mexico Power Company | Attn: CEO or General Counsel | | MPRelations@pnmresources.com<br>MPRelations@tnmp.com |
| Texas-New Mexico Power Company | c/o Jackson Walker LLP | Attn: Bruce J. Ruzinsky and Tiara E. Seals | bruzinsky@jw.com<br>tseals@jw.com |
| The State of Texas | Attn: Ken Paxton, Valeria Sartorio & Steven Robinson | | steven.robinson@oag.texas.gov<br>valeria.sartorio@oag.texas.gov |
| The State of Texas | Attn: Rick Berlin & Dan Zwart | | rick.berlin@oag.texas.gov<br>william.carpenter@oag.texas.gov<br>dan.zwart@oag.texas.gov |
| Tort Claimant Customers | c/o Fox Rothschild LLP | Attn: Trey A. Monsour, Esq. | tmonsour@foxrothschild.com |
| Tort Claimant Customers | c/o Fox Rothschild LLP | Attn: Michael A. Sweet, Esq. | msweet@foxrothschild.com |
| William L Gault, Trustee of the Howard W. Gault Trust U/A dated January 27, 1969 | Attn: Lee Saveliff | c/o Julia Sterling | poley@optonline.net |