UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON TEXAS)

**MOR-1**

CASE NAME: In re Griddy Energy LLC
CASE NUMBER: 21-30923

PETITION DATE: 3/15/2021
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY   FOR MONTH  JUNE, YEAR 2021

| MONTH | 3/16-3/31/2021 | 4/30/2021 | 5/31/2021 | 6/30/2021 | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -691,462.57 | -1,543,297.86 | -1,403,631.35 | -971,880.93 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -691,462.57 | -1,543,297.86 | -1,403,631.35 | -971,880.93 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 18,125.01 | 36,250.02 | 36,250.02 | 36,250.02 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 138,824.45 | 186,968.31 | 1,317,462.56 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 89,769.18 | 300,515.58 | 400,848.97 | 1,525,898.35 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X)  NO ( ) | 11/18/2021 |
| LIABILITY | YES (X)  NO ( ) | 11/30/2021 |
| VEHICLE | YES (X)  NO ( ) | 11/18/2021 |
| WORKER'S | YES ( ) NO (X) | ___-___-___ |
| OTHER | YES (X) NO ( ) | 11/18/2021 |

CIRCLE ONE

Are all accounts receivable being collected within terms? Yes (No)
Are all post-petition liabilities, including taxes, being paid within terms? (Yes)  No
Have any pre-petition liabilities been paid? (Yes)  No
 If so, describe  Tax liabilities for pre-petition periods (cumm. from filing date) of $10,232.02
Are all funds received being deposited into DIP bank accounts? (Yes)  No
Were any assets disposed of outside the normal course of business? Yes (No)
 If so, describe
Are all U.S. Trustee Quarterly Fee Payments current? (Yes)  No
What is the status of your Plan of Reorganization?
The Debtor's plan of liquidation was confirmed by the Court on July 7, 2021.

ATTORNEY NAME:  Chris Newcomb
FIRM NAME: Baker Botts, LLP
ADDRESS: 30 Rockefeller Plaza
CITY, STATE, ZIP: New York, NY 10112
TELEPHONE/FAX: (212) 408-2562 / (212) 259-2562

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _[signature]_ TITLE: __CFO____
(ORIGINAL SIGNATURE)

____Roop Bhullar_____     ____7/15/2021__
(PRINT NAME OF SIGNATORY)         DATE

**MOR-1**

CASE NAME: In re Griddy Energy LLC
CASE NUMBER: 21-30923

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 3/15/2021 | MONTH 3/31/2021 | MONTH 4/30/2021 | MONTH 5/31/2021 | MONTH 6/30/2021 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 5,682,421.52 | 5,592,815.21 | 5,355,707.05 | 4,955,113.08 | 3,429,214.73 | | |
| Accounts Receivable, Net** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Prepaid Expenses | 352,878.78 | 298,456.39 | 252,328.70 | 224,097.54 | 211,140.31 | | |
| Investments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| TOTAL CURRENT ASSETS | 6,035,300.30 | 5,891,271.60 | 5,608,035.75 | 5,179,210.62 | 3,640,355.04 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Less Accumulated Depreciation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 3. Electric Deposit | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $6,035,300.30 | $5,891,271.60 | $5,608,035.75 | $5,179,210.62 | $3,640,355.04 | $0.00 | $0.00 |

\* As reflected on the Debtor's Schedules and Statement of Financial Affairs

\*\* As of the Petition Date, the Debtor had on its books accounts receivable from former customers relating to the Debtor's retail electric provider business in excess of $29.1 million. The Debtor's chapter 11 plan, which was confirmed on July 7, 2021 and is expected to go effective on July 22, 2021, releases in excess of 99% of the amounts owed in respect of such customer receivables. The Debtor has not included an amount for the customer receivables not released under the plan because the collection thereof is too speculative to be projected.

**MOR-2**

CASE NAME: **In re Griddy Energy LLC**
CASE NUMBER: **21-30923**

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 3/15/2021 | MONTH 3/31/2021 | MONTH 4/30/2021 | MONTH 5/31/2021 | MONTH 6/30/2021 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| ACCRUED POST-PETITION LIABILITIES(MOR-4) | | 547,433.87 | 1,752,249.50 | 2,728,072.39 | 2,195,184.43 | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured** | 1,448,937.59 | 1,448,937.59 | 1,448,937.59 | 1,448,937.59 | 1,448,937.59 | | |
| Priority Debt^ | 37,558.06 | 37,558.06 | 35,103.36 | 35,103.36 | 0.00 | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt# | 33,102,550.55 | 33,102,550.55 | 33,165,455.15 | 33,164,438.48 | 33,165,455.15 | | |
| Other## | 4,582.36 | 4,582.36 | 4,582.36 | 4,582.36 | 4,582.36 | | |
| TOTAL PRE-PETITION LIABILITIES | 34,593,628.56 | 34,593,628.56 | 34,654,078.46 | 34,653,061.79 | 34,618,975.10 | 0.00 | 0.00 |
| TOTAL LIABILITIES | 34,593,628.56 | 35,141,062.43 | 36,406,327.96 | 37,381,134.18 | 36,814,159.53 | 0.00 | 0.00 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date^^ | -28,558,328.26 | -28,558,328.26 | -28,563,531.78 | -28,563,531.78 | -28,563,531.78 | | |
| RETAINED EARNINGS: Post Filing Date | | -691,462.57 | -2,234,760.43 | -3,638,391.78 | -4,610,272.71 | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | -28,558,328.26 | -29,249,790.83 | -30,798,292.21 | -32,201,923.56 | -33,173,804.49 | 0.00 | 0.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | $6,035,300.30 | $5,891,271.60 | $5,608,035.75 | $5,179,210.62 | $3,640,355.04 | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

**Amount reflects an estimate and is made up of the principal face amount of the obligations owed to its secured lenders, Macquarie Energy LLC and Macquarie Investments US Inc., as of the Petition Date under the applicable agreements. The amount does not include any draw on the outstanding letter of credit issued under the facility and additional amounts for accrued postpetition interest, letter of credit fees or reasonable and documented out-of-pocket fees and expenses.

^ Reflects estimated prepetition sales and use tax and franchise tax balances

\# Amount reflects face value of all liabilities as listed in the Debtor's books and records. Certain of such liabilities may be subject to dispute and/or future adjustment depending on events in the Debtor's chapter 11 case, actions of the Bankruptcy Court, determinations with respect to the validity or status of claims, the rejection of executory contracts and continued reconciliation. Accordingly, the ultimate amount of such liabilities is not determinable at this time.

\## Amount reflects intercompany payable

^^ Amount assumes Chapter 11 plan goes effective.

**MOR-3**

CASE NAME: **In re Griddy Energy LLC**
CASE NUMBER: 21-30923

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 3/16-3/31/2021 | MONTH 4/30/2021 | MONTH 5/31/2021 | MONTH 6/30/2021 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | | | | | | |
|   State Payroll Taxes | | | | | | |
|   Ad Valorem Taxes | | | | | | |
|   Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | 547,433.87 | 1,752,249.50 | 2,728,072.39 | 2,195,184.43 | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $547,433.87 | $1,752,249.50 | $2,728,072.39 | $2,195,184.43 | $0.00 | $0.00 |

\* Professional fees are based on invoiced accruals or estimates on an accrual basis for retained professionals (excluding Stretto) through June 30, 2021. Payment of such professional fees are subject to Bankruptcy Court approval.

**MOR-4**

**CASE NAME:** In re Griddy Energy LLC
**CASE NUMBER:** 21-30923

### AGING OF POST-PETITION LIABILITIES
**MONTH** 6/30/2021

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 2,195,184.43 | | | | | 2,195,184.43 |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $2,195,184.43 | $0.00 | $0.00 | $0.00 | $0.00 | $2,195,184.43 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*See MOR-4 regarding professional fees being based on estimates and subject to Bankruptcy Court approval.

**MOR-5**

CASE NAME: In re Griddy Energy LLC
CASE NUMBER: 21-30923

STATEMENT OF INCOME (LOSS)

|  | MONTH 3/16-3/31/2021 | MONTH 4/30/2021 | MONTH 5/31/2021 | MONTH 6/30/2021 | MONTH | MONTH | FILING TO DATE 6/30/21 |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0.00 | 0.00 | 0.00 | 0.00 |  |  | 0.00 |
| TOTAL COST OF REVENUES | 0.00 | 0.00 | 0.00 | 0.00 |  |  | 0.00 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OPERATING EXPENSES:** |  |  |  |  |  |  |  |
| Selling & Marketing | 0.00 | 0.00 | 0.00 | 0.00 |  |  | 0.00 |
| General & Administrative | 140,159.70 | 173,097.26 | 192,090.13 | 159,260.91 |  |  | 664,608.00 |
| Insiders Compensation | 18,125.01 | 36,250.02 | 36,250.02 | 36,250.02 |  |  | 126,875.07 |
| Professional Fees | 533,177.86 | 1,333,950.58 | 1,175,291.20 | 776,370.00 |  |  | 3,818,789.64 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 |  |  | 0.00 |
| **TOTAL OPERATING EXPENSES** | 691,462.57 | 1,543,297.86 | 1,403,631.35 | 971,880.93 | 0.00 | 0.00 | 4,610,272.71 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -691,462.57 | -1,543,297.86 | -1,403,631.35 | -971,880.93 | 0.00 | 0.00 | -4,610,272.71 |
| INTEREST EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 |  |  | 0.00 |
| DEPRECIATION | 0.00 | 0.00 | 0.00 | 0.00 |  |  | 0.00 |
| OTHER (INCOME) EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 |  |  | 0.00 |
| OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 |  |  | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -691,462.57 | -1,543,297.86 | -1,403,631.35 | -971,880.93 | 0.00 | 0.00 | -4,610,272.71 |
| FEDERAL INCOME TAXES |  |  |  |  |  |  | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | ($691,462.57) | ($1,543,297.86) | ($1,403,631.35) | ($971,880.93) | $0.00 | $0.00 | ($4,610,272.71) |

*See MOR-4 regarding professional fees being based on estimates and subject to Bankruptcy Court approval.

**MOR-6**

**CASE NAME:** In re Griddy Energy LLC
**CASE NUMBER:** 21-30923

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 3/16-3/31/2021 | MONTH 4/30/2021 | MONTH 5/31/2021 | MONTH 6/30/2021 | MONTH | MONTH | FILING TO DATE 4/30/2021 |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $5,682,421.52 | $5,592,815.21 | $5,355,707.05 | $4,955,113.08 | | | $5,682,421.52 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | 162.87 | 63,407.42 | 255.00 | | | | 63,825.29 |
| TOTAL RECEIPTS | 162.87 | 63,407.42 | 255.00 | 0.00 | 0.00 | 0.00 | 63,825.29 |
| (Withdrawal) Contribution by Individual Debtor MFR-2 | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 83,784.56 | 137,045.79 | 161,979.49 | 160,906.37 | | | 543,716.21 |
| 8. PAYROLL TAXES PAID | 5,984.62 | 11,367.51 | 10,616.11 | 10,689.84 | | | 38,658.08 |
| 9. SALES, USE & OTHER TAXES PAID | | 7,658.22 | 52.00 | 2,521.80 | | | 10,232.02 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | 4,644.61 | 41,233.06 | 27,204.28 | | | 73,081.95 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 89,769.18 | 160,716.13 | 213,880.66 | 201,322.29 | 0.00 | 0.00 | 665,688.26 |
| 19. PROFESSIONAL FEES | | 138,824.45 | 186,968.31 | 1,324,576.06 | | | 1,650,368.82 |
| 20. U.S. TRUSTEE FEES | | 975.00 | | | | | 975.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS | 89,769.18 | 300,515.58 | 400,848.97 | 1,525,898.35 | 0.00 | 0.00 | 2,317,032.08 |
| 22. NET CASH FLOW | -89,606.31 | -237,108.16 | -400,593.97 | -1,525,898.35 | 0.00 | 0.00 | -2,253,206.79 |
| 23. CASH - END OF MONTH (MOR-2) | $5,592,815.21 | $5,355,707.05 | $4,955,113.08 | $3,429,214.73 | $0.00 | $0.00 | $3,429,214.73 |

**MOR-7**

CASE NAME: In re Griddy Energy LLC
CASE NUMBER: 21-30923

## CASH ACCOUNT RECONCILIATION
## MONTH OF 6/30/2021

| BANK NAME | JP Morgan Chase | | | JP Morgan Chase | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #x0139 / x0675 | # | # | # x2375 | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 2,265,363.08 | | | 2,689,750.00 | $4,955,113.08 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $2,265,363.08 | $0.00 | $0.00 | $2,689,750.00 | $4,955,113.08 |
| BEGINNING CASH - PER BOOKS | 2,265,363.08 | | | 2,689,750.00 | $4,955,113.08 |
| RECEIPTS | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS | 1,525,898.35 | | | | $1,525,898.35 |
| ENDING CASH - PER BOOKS | $739,464.73 | $0.00 | $0.00 | $2,689,750.00 | $3,429,214.73 |

**MOR-8**

**CASE NAME:** In re Griddy Energy LLC
**CASE NUMBER:** 21-30923

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 3/16-3/31/2021 | MONTH 4/30/2021 | MONTH 5/31/2021 | MONTH 6/30/2021 | MONTH | MONTH |
|---|---:|---:|---:|---:|---:|---:|
| 1. Mike Fallquist/Salary | 6,041.67 | 12,083.34 | 12,083.34 | 12,083.34 | | |
| 2. Roop Bhullar/Salary | 6,041.67 | 12,083.34 | 12,083.34 | 12,083.34 | | |
| 3. Christian McArthur/Salary | 6,041.67 | 12,083.34 | 12,083.34 | 12,083.34 | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $18,125.01 | $36,250.02 | $36,250.02 | $36,250.02 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---:|---:|---:|---:|---:|---:|
| 1. Stretto | 0.00 | 138,824.45 | 175,492.80 | 40,312.65 | | |
| 2. Sitrick | | | 11,475.51 | | | |
| 3. Baker Botts | | | | 853,355.59 | | |
| 4. McDermott Will & Emery | | | | 391,684.32 | | |
| 5. Province | | | | 32,110.00 | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $138,824.45 | $186,968.31 | $1,317,462.56 | $0.00 | $0.00 |

MOR-9