# EXHIBIT A

## SUMMARY BY MATTER DESCRIPTION
## FOR THE PERIOD JUNE 1, 2021 THROUGH JUNE 30, 2021

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 0102 | Plan and Disclosure Statement | 311.2 | $300,426.50 | $921.49 | $301,347.99 |
| 0107 | Case Administration | 10.4 | 7,703.00 | 2,102.00 | 9,805.00 |
| 0108 | Claims Administration and Objections | 18.4 | 18,146.00 | 0.00 | 18,146.00 |
| 0109 | Employee Benefits / Pensions | 9.9 | 7,778.50 | 0.00 | 7,778.50 |
| 0110 | Executory Contracts and Unexpired Leases | 1.0 | 915.00 | 0.00 | 915.00 |
| 0111 | Retention of Other Professionals | 13.1 | 11,597.50 | 22.36 | 11,619.86 |
| 0113 | Fee Application – Baker Botts | 14.4 | 9,716.50 | 0.00 | 9,716.50 |
| 0114 | Professional Retention and Fees – Other Professionals | 1.2 | 1,040.00 | 0.00 | 1,040.00 |
| 0115 | Fee/Employment Objections | 3.3 | 2,511.00 | 0.00 | 2,511.00 |
| 0117 | Litigation | 15.2 | 12,785.50 | 3,838.40 | 16,623.90 |
| 0121 | Schedules/Statement of Financial Affairs / Monthly Operating Reports | 4.4 | 4,102.00 | 0.00 | 4,102.00 |
| | **TOTAL:** | **402.5** | **$376,721.50** | **$6,884.25** | **$383,605.75** |