# EXHIBIT B

## SUMMARY BY TIMEKEEPER FOR THE PERIOD
## JUNE 1, 2021 THROUGH JUNE 30, 2021

| Title | Name | Year Licensed | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Partner | Barkley, J.H. | 1993 | 1.1 | $ 1,055.00 | $ 1,160.50 |
| Partner | Barth, E.J. | 2006 | 0.3 | 955.00 | 286.50 |
| Partner | Henderson, J.B. | 2010 | 4.3 | 965.00 | 4,149.50 |
| Senior Associate | Herz, J.R. | 2015 | 69.6 | 845.00 | 58,812.00 |
| Partner | Lawrence, J.B. | 2006 | 7.6 | 980.00 | 7,448.00 |
| Partner | Marcus, S.D. | 1986 | 0.7 | 1,395.00 | 976.50 |
| Partner | McDaniels, L.L. | 2000 | 1.4 | 955.00 | 1,337.00 |
| Special Counsel | Newcomb, C.R. | 2010 | 96.4 | 915.00 | 88,206.00 |
| Associate | O'Brien, N. | 2016 | 9.3 | 790.00 | 7,347.00 |
| Partner | Rubenstein, J.B. | 2002 | 11.9 | 960.00 | 11,424.00 |
| Associate | Rui, S.X. | 2018 | 1.9 | 665.00 | 1,263.50 |
| Partner | Spigel, R.L. | 1998 | 134.2 | 1,105.00 | 148,291.00 |
| Partner | Stover, A.M. | 2004 | 0.9 | 965.00 | 868.50 |
| Special Counsel | Strecker, C.D. | 2008 | 34.5 | 920.00 | 31,740.00 |
| Associate | Wallace, K.L. | 2019 | 9.4 | 610.00 | 5,734.00 |
| Partner | Yuffee, M.A. | 1994 | 1.5 | 1,035.00 | 1,552.50 |
| Senior Paralegal | Fontenla, R.M. | N/A | 17.5 | 350.00 | 6,125.00 |
| **TOTAL:** | | | **402.5** | | **$376,721.50** |