## EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## JUNE 1, 2021 THROUGH JUNE 30, 2021

| Description | Amount |
|---|---:|
| Computer Research | $ 3,045.85 |
| Deposition Transcripts | 2,750.40 |
| Relativity – eDiscovery data storage fees | 1,013.00 |
| Relativity – software license/user access fee | 75.00 |
| | |
| **TOTAL:** | **$6,884.25** |