UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) ) ) | Case No. 21-30923 (MI) |
| Debtor. | ) ) ) | **Relates to Docket No. 386** |

NOTICE OF (I) ENTRY OF ORDER CONFIRMING
MODIFIED THIRD AMENDED PLAN OF LIQUIDATION FOR
GRIDDY ENERGY LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE;
(II) OCCURRENCE OF EFFECTIVE DATE; AND (III) DEADLINE FOR FILING
FEE CLAIMS, ADMINISTRATIVE EXPENSE CLAIMS, AND CLAIMS ARISING
FROM REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES

**PLEASE TAKE NOTICE THAT**:

      1.    Final Approval of Disclosure Statement; Confirmation of the Plan. On July 7, 2021, the United States Bankruptcy Court for the Southern District of Texas entered an order [Docket No. 386] (the "**Confirmation Order**") (a) approving the *Disclosure Statement for Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code*, dated May 26, 2021 [Docket No. 312] and (b) confirming the *Modified Third Amended Plan of Liquidation for Griddy Energy LLC Under Chapter 11 of the Bankruptcy Code*, dated May 26, 2021 [Docket No. 311] (as confirmed, the "**Plan**").[2] To obtain a copy of the Confirmation Order or the Plan, you may (a) visit the website of the Debtor's noticing, claims and solicitation agent, Stretto ("**Stretto**") at https://cases.stretto.com/Griddy; (b) email GriddyInquiries@stretto.com; (c) call Stretto's toll-free information line with respect to the Debtor at (855) 478-2725 (toll free) or (949) 471-0997 (international); and/or (d) visit the website maintained by the Court at

---

[1] The last four digits of the Debtor's federal tax identification number are 1396.

[2] Capitalized terms used but not defined herein have the meanings given them in the Plan.

http://www.txs.uscourts.gov/bankruptcy (a PACER password is required).  In addition, copies of the Plan and Confirmation Order are on file with the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002.

  2. <u>Effective Date</u>.  On July 23, 2021, the "Effective Date" occurred with respect to the Plan.

  3. The terms of the Plan, the Plan Supplement and the Confirmation Order are immediately effective and enforceable and deemed binding upon the Debtor and any and all holders of Claims or Interests, all parties that are parties to or are subject to the settlements, compromises, releases and injunctions described in the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtor.

  4. <u>Bar Date for Filing Administrative Expense Claims</u>.  Pursuant to Section 2.02 of the Plan and paragraph 25 of the Confirmation Order, requests for payment of Administrative Expense Claims other than: (a) a Fee Claim; (b) an Administrative Expense Claim that has been Allowed on or before the Effective Date; (c) an Administrative Expense Claim on account of fees and expenses incurred on or after the Petition Date by ordinary course professionals retained by the Debtor pursuant to an order of the Bankruptcy Court; (d) an Administrative Expense Claim held by an officer, director, manager, member or employee of the Debtor employed as of the Petition Date for indemnification, contribution, or advancement of expenses pursuant to: (i) the Debtor's operating agreement or similar organizational document, or (ii) any indemnification or contribution agreement approved by the Bankruptcy Court; (e) an Administrative Expense Claim arising, in the ordinary course of business, out of the employment by the Debtor of an individual from and after the Petition Date, but only to the extent that such Administrative Expense Claim is solely for outstanding wages, commissions, accrued benefits, or reimbursement of business expenses; or (f) an Intercompany Claim, must be filed with the Bankruptcy Court and served on the Debtor, the Claims Agent and the United States Trustee so as to be received by **5:00 p.m. (prevailing Central Time) on August 23,**

**2021**. Such notice of Administrative Expense Claim must include at a minimum: (i) the name of the holder of the Administrative Expense Claim; (ii) the asserted amount of the Administrative Expense Claim; (iii) the basis of the Administrative Expense Claim; and (iv) supporting documentation for the Administrative Expense Claim. **FAILURE TO FILE AND SERVE SUCH PROOF OF ADMINISTRATIVE EXPENSE CLAIM TIMELY AND PROPERLY SHALL RESULT IN SUCH ADMINISTRATIVE EXPENSE CLAIM BEING FOREVER BARRED AND RELEASED.**

5. <u>Bar Date for Filing Rejection Damage Claims</u>. Pursuant to Section 10.03 of the Plan and paragraph 18 of the Confirmation Order, except as provided by order of the Bankruptcy Court entered prior to the Effective Date, all proofs of claim with respect to Claims arising out of the rejection of any executory contract or unexpired lease under the Plan (each, a "**Rejection Claim**") shall be filed with the Bankruptcy Court and served upon counsel for the Debtor **on or before the date that is thirty (30) days after the later of: (a) notice of entry of an order approving the rejection of such executory contract or unexpired or (b) August 23, 2021. HOLDERS OF REJECTION CLAIM(S) THAT FAIL TO TIMELY FILE PROOF OF SUCH REJECTION CLAIM(S) IN ACCORDANCE WITH THE FOREGOING ON OR PRIOR TO AUGUST 23, 2021 SHALL BE FOREVER BARRED FROM RECEIVING A DISTRIBUTION FROM THE DEBTOR OR ITS ESTATE ON ACCOUNT OF SUCH CLAIMS.**

6. <u>Bar Date for Filing Fee Claims</u>. Pursuant to Section 3.04 of the Plan and paragraph 26 of the Confirmation Order, any Professional Person seeking allowance by the Bankruptcy Court of a Fee Claim shall file with the Bankruptcy Court and service notice of same on the Debtor and the United States Trustee its respective final application for allowance of compensation for services rendered and reimbursement of expenses incurred through the Effective Date by no later **than September 7, 2021** or such other date as may be fixed by the Bankruptcy Court. Objections to Fee Claims, if any, must be filed with the Bankruptcy Court and served on the

applicable holder of the Fee Claim, the Debtor, the Committee and the United States Trustee so as to be received **by 5:00 p.m. (prevailing Central Time) no later than 21 days after the application for fees has been filed.**

7. <u>Ability of Former Customers to Opt-Out of Customer Releases</u>.  In accordance with the settlement between the Debtor and the Official Committee of Unsecured Creditors, former customers that did <u>not</u> elect to opt-out of the Customer Releases in their voting ballots have until September 5, 2021 to elect to opt-out of the Customer Releases and be treated as a Non-Participating Customer under the Plan.  If you choose to elect to <u>opt out</u> of the Customer Releases, you may obtain a form to opt-out of the Customer Releases at Stretto's website: https://cases.stretto.com/Griddy.  If you choose to elect to opt out, any prior vote on the Plan will not be changed.  Please carefully review the directions on such form for proper submission of such form. **IF YOU CHOOSE TO OPT OUT OF THE CUSTOMER RELEASES, (1) ANY AMOUNTS YOU OWE THE DEBTOR FOR UNPAID BILLS WILL <u>NOT</u> BE FORGIVEN, (2) YOU MAY BE SUBJECT TO COLLECTION ACTIONS, AND (3) UNPAID BALANCES MAY BE REPORTED TO CREDIT BUREAUS**.

8. <u>Ability of Former Customers to Opt-Into the Customer Releases</u>.  If you elected to <u>opt-out</u> of the Customer Releases in your voting ballot and would like to (a) withdraw your election to opt-out of the Customer Releases and (b) exchange the Customer Releases with the Debtor and the other Released Parties subject to the terms of paragraph 14 of the Confirmation Order, please contact the Plan Administrator, Russell Nelms, by email at rfnelms_griddy.planad@yahoo.com.

Dated: July 23, 2021                    **BAKER BOTTS L.L.P.**
                                        **30 Rockefeller Plaza**
                                        **New York, NY 10112**

                                        *Counsel to the Debtor*