# DELAYED IN PROCESSING CLAIMS

GRIDDY ENERGY LLC

CLAIMS PROCESSING

C/O STRETTO

410 EXCHANG, SUITE 100

IRVINE, CA 92602

United States Courts
Southern District of Texas
FILED
JUL 28 2021
Nathan Ochsner, Clerk of Court

I am Mr Kehinde Olufemi Bankole, living at 12525 South Kirkwood Rd Apart 313, Stafford Texas USA, and one of the former customers of aboved named energy company failed the deadline for the claiming of the Griddy Bankrupcy Court \ Case no- 21-30923 because I did not understand the process of laying the claims and coupled with the fact that I just newly came into the country trying to settle down.

Your Faithfully

Kehinde Bankole

21-30923

Use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You must file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Former Customer filing this claim (or on whose behalf this claim is being filed)
BANKOLE OLUFEMI KEHINDE

Email used for Griddy Account: kbankole2005@yahoo.com

Case ID: 21-30923

Name and address where payment should be sent (if different from the information you fill out in #5 below (Signature)):
12525 SOUTH KIRKWOOD RD APART 313 STAFFORD TEXAS USA

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Phone number: 346 3509101      Email: kbankole2005@yahoo.com

**PLEASE FILL IN ALL AMOUNTS FOR WHICH YOU ARE ASSERTING A CLAIM AGAINST GRIDDY.**

I am a Former Customer of Griddy and as a result of the February 13-19, 2021 winter storm, I was billed in the amount of $ 6,153.25 for electricity used during this time period. Documentation supporting these charges is attached.

**OR**

I am a Former Customer of Griddy and actually paid Griddy $ 1561.42 for the electricity used during the February 13-19, 2021 winter storm. Documentation supporting these payments is attached.

**OR**

I am a Former Customer of Griddy and have another type of claim to make, whether known or unknown, contingent or non-contingent.

How much is the claim? $_____
Please explain the basis for your claim:

Confirm whether you have disputed any Griddy electricity charges and whether you have received a full or partial refund from your credit card company:
☐ I confirm I have not disputed any electric charges
☒ I confirm I have disputed charges but have not received a full or partial refund.
☐ I have disputed these charges and have received a full or partial refund in the total amount of $_____.

Signature
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief and that I am the Former Customer or authorized to sign below on behalf of the Former Customer.

Signature: *Kehinde Olufemi Bankole* (DocuSigned)      Date: 7/26/2021

Print Name: Kehinde Olufemi Bankole
Title: Mr
Company: GRIDDY

Address and telephone number (if different from notice address above):
12525 Kirkwood Rd APAR 313 STAFFORD TX USA

Telephone: 3463509101

I will mail a physical copy of my supporting documentation

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 1/22 | | ATM Withdrawal authorized on 01/22 Keegans Meadow (Randall's Stafford TX 0000411 ATM ID 4567R Card 6353 | | 20.00 | |
| 1/25 | | Purchase authorized on 01/25 WM Superc Wal-Mart Sup Stafford TX P00000000089672134 Card 6353 | | 19.78 | 7,794.80 |
| 1/26 | | Purchase authorized on 01/25 Chevron 0373692 Houston TX S351025736484070 Card 6353 | | 10.00 | 7,784.80 |
| 2/1 | | TX Dpt Criml Jst Reg Salary 210126 70075827090Sp1 Kehinde O Bankole | 2,526.83 | | |
| 2/1 | | ATM Withdrawal authorized on 01/31 Keegans Meadow (Randall's Stafford TX 0004152 ATM ID 2405B Card 6353 | | 700.00 | 9,611.63 |
| 2/2 | | Purchase authorized on 02/02 Wal-Mart Super Center Stafford TX P00000000737243991 Card 6353 | | 76.15 | |
| 2/2 | | Purchase authorized on 02/02 WM Superc Wal-Mart Sup Stafford TX P00000000285128407 Card 6353 | | 2.00 | 9,533.48 |
| 2/3 | | Purchase authorized on 02/02 Chevron 0379441 Houston TX S461033590772977 Card 6353 | | 10.00 | 9,523.48 |
| 2/8 | | Purchase authorized on 02/07 Gogriddy.Com WWW.Griddy.CO CA S381038598514243 Card 6353 | | 49.00 | |
| 2/8 | | Zelle to Bankole Wife on 02/08 Ref #Rp09Sjlm2S | | 300.00 | 9,174.48 |
| 2/9 | | Purchase authorized on 02/09 Walgreens Store 11675 W A Meadows Place TX P00581040598905085 Card 6353 | | 17.31 | 9,157.17 |
| 2/11 | | Purchase authorized on 02/10 Chevron 0379441 Houston TX S461041736807611 Card 6353 | | 15.00 | 9,142.17 |
| 2/12 | | Purchase authorized on 02/10 Opc*Conn Appliance 800-453-0660 TX S381042068240509 Card 6353 | | 51.80 | 9,090.37 |
| 2/16 | | Purchase authorized on 02/12 Gogriddy.Com WWW.Griddy.CO CA S461044058954050 Card 6353 | | 49.00 | |
| 2/16 | | Purchase authorized on 02/13 Gogriddy.Com WWW.Griddy.CO CA S461045234829999 Card 6353 | | 49.00 | |
| 2/16 | | Purchase authorized on 02/14 Gogriddy.Com WWW.Griddy.CO CA S381046150125416 Card 6353 | | 49.00 | |
| 2/16 | | Purchase authorized on 02/15 Gogriddy.Com WWW.Griddy.CO CA S581046486136608 Card 6353 | | 49.00 | |
| 2/16 | | Purchase authorized on 02/15 Gogriddy.Com WWW.Griddy.CO CA S381046834581951 Card 6353 | | 49.00 | |
| 2/16 | | Purchase authorized on 02/15 Gogriddy.Com WWW.Griddy.CO CA S381047139301076 Card 6353 | | 49.00 | 8,796.37 |
| 2/17 | | Purchase authorized on 02/15 Gogriddy.Com WWW.Griddy.CO CA S461047231666275 Card 6353 | | 49.00 | |
| 2/17 | | Purchase authorized on 02/16 Gogriddy.Com WWW.Griddy.CO CA S301048123415929 Card 6353 | | 49.00 | 8,698.37 |
| Ending balance on 2/17 | | | | | 8,698.37 |
| Totals | | | $2,526.83 | $1,663.04 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/21/2021 - 02/17/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $7,784.80 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $2,526.83 ☑ |

Case Number: 21-30923

Use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name of Customer filing this claim (or on whose behalf this claim is being filed): KEHINDE OLUFEMI KEHINDE

Email used for Griddy Account: kbankole2005@yahoo.com

Case ID: 21-30923

Mailing address where payment should be sent (if different from the information you fill out in #5 below (Signature)):
12525 SOUTH KIRKWOOD RD APART 313 STAFFORD TEXAS USA

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Phone number: 346 3509101     Email: kbankole2005@yahoo.com

**PLEASE FILL IN ALL AMOUNTS FOR WHICH YOU ARE ASSERTING A CLAIM AGAINST GRIDDY.**

I am a Former Customer of Griddy and as a result of the February 13-19, 2021 winter storm, I was billed in the amount of $ 6,153.25 for electricity used during this time period. Documentation supporting these charges is attached.

**OR**

I am a Former Customer of Griddy and actually paid Griddy $ 1561.42 for the electricity used during the February 13-19, 2021 winter storm. Documentation supporting these payments is attached.

**OR**

I am a Former Customer of Griddy and have another type of claim to make, whether known or unknown, contingent or non-contingent.

How much is the claim? $ _____
Please explain the basis for your claim:

Confirm whether you have disputed any Griddy electricity charges and whether you have received a full or partial refund from your credit card company:
☐ I confirm I have not disputed any electric charges
☒ I confirm I have disputed charges but have not received a full or partial refund.
☐ I have disputed these charges and have received a full or partial refund in the total amount of $ _____.

Signature
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief and that I am the Former Customer or authorized to sign below on behalf of the Former Customer.

Signature: *Kehinde Olufemi Bankole* (DocuSigned, AA16E573CACB401...)
Date: 7/26/2021

Print Name: Kehinde Olufemi Bankole
Title: Mr
Company: GRIDDY

Address and telephone number (if different from notice address above):
12525 Kirkwood Rd APAR 313 STAFFORD TX USA

Telephone: 3463509101

I will mail a physical copy of my supporting documentation

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.