# UNITED STATES BANKRUPTCY COURT
## FOR THE _Southern_ DISTRICT OF ___Texas___

**Debtor(s):**
_____Griddy Energy LLC_____   Case No. ___21-30923_____

## Claim Withdrawal Form

I, Negin Yadegari, Claimant, hereby withdraw claim number **3502**, for the following reason: I submitted this form two times because the first time I missed to fill a section. I corrected the error the second time.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above referenced creditor. I hereby withdraw the above-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the above referenced Debtor.

Dated: ___07/12/21_____   _____Negin yadegari_____   Claimant's Signature