UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 21-30923 |
|---|---|---|---|
| Debtor | | In Re: | Griddy Energy, LLC |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel C. Durand III<br>Durand & Associates, PC<br>522 Edmonds Lane, Suite 101<br>Lewisville, Texas 75067<br>972-221-5655/972-467-2990 dan@durandlaw.com<br>SBOT 06287570<br>Admitted to Northern & Eastern District of Texas |

United States Courts
Southern District of Texas
FILED
AUG 13 2021
Nathan Ochsner, Clerk of Court

| Name of party applicant seeks to appear for: | Diane Weaver a& Gregory Allen True |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/10/2021 | Signed: *Daniel C. Durand III* |
|---|---|
| The state bar reports that the applicant's status is: Active | |
| Dated: 8/16/21 | Clerk's signature: *Melvin Mion* |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____   _____
 United States Bankruptcy Judge