United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 24, 2021
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 21-30923 |
|---|---|---|---|
| Debtor | | In Re: | Griddy Energy, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel C. Durand III<br>Durand & Associates, PC<br>522 Edmonds Lane, Suite 101<br>Lewisville, Texas 75067<br>972-221-5655/972-467-2990 dan@durandlaw.com<br>SBOT 06287570<br>Admitted to Northern & Eastern District of Texas |

United States Courts
Southern District of Texas
FILED
AUG 13 2021
Nathan Ochsner, Clerk of Court

| Name of party applicant seeks to appear for: | Diane Weaver a& Gregory Allen True |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes ____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/10/2021 | Signed: *Daniel C. Durand III* |
|---|---|
| The state bar reports that the applicant's status is: Active | |
| Dated: 8/16/21 | Clerk's signature: *[signature]* |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Signed: August 24, 2021

*[signature]*

Marvin Isgur
United States Bankruptcy Judge