# EXHIBIT A

## SUMMARY BY MATTER DESCRIPTION
## FOR THE PERIOD JULY 1, 2021 THROUGH JULY 23, 2021

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 0102 | Plan and Disclosure Statement | 136.6 | $134,713.50 | $ 0.00 | $134,713.50 |
| 0107 | Case Administration | 6.8 | 4,404.00 | 320.65 | 4,724.65 |
| 0108 | Claims Administration and Objections | 0.1 | 84.50 | 0.00 | 84.50 |
| 0109 | Employee Benefits / Pensions | 0.5 | 552.50 | 0.00 | 552.50 |
| 0113 | Fee Application – Baker Botts | 20.3 | 12,085.00 | 0.00 | 12,085.00 |
| 0114 | Professional Retention and Fees – Other Professionals | 0.5 | 457.50 | 0.00 | 457.50 |
| 0117 | Litigation | 1.5 | 1,427.50 | 0.00 | 1,427.50 |
| 0119 | Reporting (Bankruptcy Disclosures) | 2.8 | 2,562.00 | 0.00 | 2,562.00 |
| | **TOTAL:** | **169.1** | **$156,286.50** | **$320.65** | **$156,607.15** |