**EXHIBIT B**

**SUMMARY BY TIMEKEEPER FOR THE PERIOD**
**JULY 1, 2021 THROUGH JULY 23, 2021**

| Title | Name | Year Licensed | Hours | Rate | Fees |
|-------|------|---------------|-------|------|------|
| Partner | Henderson, J.B. | 2010 | 0.8 | 965.00 | $     772.00 |
| Senior Associate | Herz, J.R. | 2015 | 34.4 | 845.00 | 29,068.00 |
| Partner | Lawrence, J.B. | 2006 | 21.6 | 980.00 | 21,168.00 |
| Special Counsel | Newcomb, C.R. | 2010 | 25.7 | 915.00 | 23,515.50 |
| Partner | Spigel, R.L. | 1998 | 60.4 | 1,105.00 | 66,742.00 |
| Special Counsel | Strecker, C.D. | 2008 | 9.9 | 920.00 | 9,108.00 |
| Associate | Wallace, K.L. | 2019 | 0.8 | 610.00 | 488.00 |
| Senior Paralegal | Fontenla, R.M. | N/A | 15.5 | 350.00 | 5,425.00 |
| **TOTAL:** | | | **169.1** | | **$156,286.50** |