## EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## JULY 1, 2021 THROUGH JULY 23, 2021

| **Description** | **Amount** |
|---|---:|
| Judicial Transcribers, Hearing Transcript | $320.65 |
| | |
| **TOTAL:** | **$320.65** |