**EXHIBIT D**

**TIME RECORDS FOR THE PERIOD
JULY 1, 2021 THROUGH JULY 23, 2021**

**BAKER BOTTS LLP**

Invoice No:      1758313
Invoice Date:    July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

---

**089406.0102: Plan and Disclosure Statement**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/21 | J B Lawrence | 2.6 | Analyze and revise draft re seal motion and expert report re confirmation. |
| 07/01/21 | C D Strecker | 1.0 | Review draft motion to seal and comment on same (0.5); communicate with internal team regarding finalization of T. Spencer report and related materials (0.5). |
| 07/01/21 | C R Newcomb | 4.5 | Review and revise confirmation order (1.0); correspondence with counsel for committee regarding same (.2); correspondence with Griddy management team regarding same, confirmation brief and declaration (.3); correspondence with R. Spigel and J. Herz regarding preparation for confirmation and documents (.6); review and revise witness and exhibit list (.2); correspondence with R. Spigel and J. Herz regarding same (.3); correspondence and call with D. Eastlake regarding confirmation order (.3); review and revise voting declaration and prepare same for filing (1.2); correspondence with A. Tsai regarding same (.4). |
| 07/01/21 | R L Spigel | 7.6 | Review edits to confirmation order and email with C. Newcomb re same (.5); review and revise confirmation brief (4.4); telephone conference with M. Brimmage re confirmation (.1); telephone conference with M. Fallquist re confirmation (.3); email to C. Gibbs and D. Azman re confirmation order (.2); review and revise motion to seal portion of expert report (.5); review and revise confirmation declaration (1.2); telephone conference with R. Bhullar re same (.4). |
| 07/01/21 | J R Herz | 0.4 | Draft notice of filing proposed confirmation order. |
| 07/01/21 | J R Herz | 0.2 | Email R. Spigel concerning status of confirmation related items. |
| 07/01/21 | J R Herz | 1.6 | Revise confirmation brief based on R. Spigel's comments. |
| 07/01/21 | J R Herz | 0.4 | Revise Witness & Exhibit list to address comments from R. Spigel and add additional exhibits. |
| 07/01/21 | J R Herz | 1.9 | Conform Declaration based on updated confirmation brief. |
| 07/01/21 | J R Herz | 0.2 | Review J. Lawrence's comments to seal motion. |
| 07/01/21 | J R Herz | 1.6 | Call with C. Newcomb concerning confirmation hearing issues (.4); email A. Tsai concerning possible testimony at hearing (.1); update and revise Witness and Exhibit list relating to confirmation (.5); call with C. Newcomb concerning updating Witness & Exhibit list (2); review confidentiality issues relating to T. Spencer retention and email J. Law re same (.3); follow up question to J. Lawrence re scope of the protective order (.1). |
| 07/01/21 | J R Herz | 0.8 | Continue to draft seal motion (.2); draft cover sheet to seal motion |

**BAKER BOTTS** LLP

Invoice No:      1758313
Invoice Date:   July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

---

**089406.0102:  Plan and Disclosure Statement**

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | (.2); revise seal motion based on internal comments (.4). |
| 07/02/21 | C D Strecker | 2.7 | Finalize T. Spencer report (1.2); collect materials to prepare for confirmation hearing and exchange emails with J. Lawrence and T. Spencer regarding same (0.9); outline plan for potential direct examination (0.6). |
| 07/02/21 | C R Newcomb | 5.8 | Review and revise confirmation order (1.2); correspondence with R. Spigel regarding same (.4); review and revise witness and exhibit list (.6); correspondence with R. Spigel regarding same (.2); compile exhibits and prepare same for filing (.8); review confirmation brief, R. Bhullar declaration, T. Spencer report and motion to seal and prepare each for filing (1.6); correspondence with Griddy management team regarding confirmation filings (.2); correspondence and calls with J. Herz regarding confirmation filings (.8). |
| 07/02/21 | R L Spigel | 4.1 | Revise brief (1.2); review and revise sealing motion (.1); emails to J. Lawrence re confirmation documents (.1); review C. Strecker email re expert report (.1); email to J. Herz and C. Newcomb re filings/confirmation (.1); email to R. Bhullar re declaration (.2); email with J. Herz re filing version of expert report (.1); email with J. Herz re confirmation declaration filing (.1); email with J. Herz and C. Newcomb re confirmation order (.1); email with C. Newcomb re witness list (.1); telephone conference with C. Newcomb re confirmation documents (.1); follow up re same and confirmation docs to be filed (1.2); telephone conference with D. Azman re confirmation order (.2); follow up with client re same (.1); revise order re same (.3). |
| 07/02/21 | J R Herz | 0.6 | Update Certificate of No Objection for consent judgment (.3); update consent judgment re. comments from Attorney General (.3). |
| 07/02/21 | J R Herz | 1.2 | Finalize seal motion and T. Spencer Expert report for filing (.8); correspondence with K. Wallace concerning preparing notice of hearing for seal motion (.2); coordinate filing sealed version (.2). |
| 07/02/21 | J R Herz | 3.3 | Finalize confirmation brief (2.0); draft outline relating to settlement agreement with Attorney General for confirmation hearing (1.3). |
| 07/02/21 | J R Herz | 2.4 | Revise R. Bhullar declaration in support of confirmation (.6); finalize declaration for filing (.4); revise brief based on additional edits (.2); finalize same for filing (.6); coordinate filing multiple confirmation relating documents (.6). |
| 07/02/21 | K L Wallace | 0.8 | Prepare notice of hearing on Emergency Motion to File Under Seal Certain Customer Data Contained in Expert Report. |
| 07/03/21 | J R Herz | 0.7 | Review cases regarding third party ▇▇▇ and email to R. Spigel re same. |

**BAKER BOTTS LLP**

Invoice No:      1758313
Invoice Date:    July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

---

**089406.0102:  Plan and Disclosure Statement**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/04/21 | J B Lawrence | 0.8 | Strategy and correspondence regarding potential confirmation hearing. |
| 07/04/21 | R L Spigel | 1.4 | Prepare for confirmation hearing. |
| 07/05/21 | J B Lawrence | 7.7 | Correspondence regarding potential hearing testimony (0.4); examine confirmation materials and draft direct examination of R. Bhullar (3.8); revise preparation materials and direct examination of T. Spencer (2.5); confer with R. Spigel regarding confirmation hearing strategy (1.0). |
| 07/05/21 | C D Strecker | 2.0 | Prepare for T. Spencer testimony, including drafting direct outline (2.0). |
| 07/05/21 | R L Spigel | 4.2 | Continue preparing for confirmation hearing (2.9); email to R. Bhullar re confirmation hearing (.2); emails with R. Nelms re confirmation (.1); telephone conference with J. Lawrence re confirmation hearing and witness preparation (1.0). |
| 07/05/21 | J R Herz | 0.9 | Review confirmation transcripts in advance of hearing for hearing preparation. |
| 07/06/21 | J B Lawrence | 6.0 | Revise direct examination outlines (1.4); prepare for and conference call with T. Spencer for potential testimony (1.8); prepare for and conference call with R. Bhullar for potential testimony (1.7); strategy regarding confirmation hearing (1.1). |
| 07/06/21 | C D Strecker | 3.0 | Call with J. Lawrence to plan for witness preparation calls (0.2); prepare for and conduct call with T. Spencer to prepare for hearing (1.3); prepare for and conduct call with R. Bhullar to prepare for hearing (1.5). |
| 07/06/21 | C R Newcomb | 0.7 | Correspondence with J. Herz regarding research relating to ▓▓▓▓▓▓▓▓ (.2); research regarding same (.2); correspondence with R. Spigel regarding logistics for confirmation hearing (.3). |
| 07/06/21 | R L Spigel | 8.3 | Telephone conferences with M. Fallquist re confirmation (.4); emails with R. Bhullar re hearing (.2); review and revise agenda for hearing (.2); handle confirmation matters (.4); T. Spencer witness preparation (1.2); follow up with J. Lawrence re same (.2); revise PUCT letter (1.0); email with J. Binford re motion to seal (.2); email with J. Whitworth re same (.1); telephone conference with K. Norfleet re confirmation (.3); R. Bhullar witness preparation (1.5); preparing for confirmation hearing (2.4); emails with A. Ryan re motion to seal (.2). |
| 07/06/21 | J R Herz | 0.7 | Draft agenda for confirmation hearing. |
| 07/06/21 | J R Herz | 1.3 | Continue to draft talking points for confirmation hearing relating to 9019. |

**BAKER BOTTS** LLP

Invoice No:      1758313
Invoice Date:    July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

---

**089406.0102: Plan and Disclosure Statement**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/06/21 | J R Herz | 4.0 | Research ▮▮▮▮ issue and email R. Spigel write up of research results (3.5); address R. Spigel's follow up questions re same (.5). |
| 07/07/21 | J B Lawrence | 4.5 | Prepare for confirmation hearing (2.5); attend and participate in confirmation hearing (2.0). |
| 07/07/21 | C D Strecker | 1.2 | Attend portion of Confirmation Hearing (1.2). |
| 07/07/21 | C R Newcomb | 2.9 | Attend confirmation hearing (2.2); confer with R. Spigel regarding same (.4); correspondence with J. Herz regarding various confirmation issues and next steps (.3). |
| 07/07/21 | R L Spigel | 7.2 | Telephone conference with J. Lawrence and M. Fallquist re hearing preparation (.3); telephone conference with R. Bhullar re confirmation (.2); telephone conference with K. Lippman re expert report and telephone conference with J. Lawrence re same (.4); prepare for hearing (4.1); attend confirmation hearing (2.2). |
| 07/07/21 | J R Herz | 0.2 | Review effective date check list. |
| 07/07/21 | J R Herz | 2.0 | Attend confirmation hearing. |
| 07/08/21 | J R Herz | 0.1 | Email R. Spigel concerning post-confirmation matters (.1). |
| 07/13/21 | R L Spigel | 0.2 | Email to P. Aronzon, M. Fallquist, R. Bhullar re ▮▮▮▮ and telephone conference with M. Fallquist re same (.1); email with R. Nelms and with G. Craig re Oversight Committee (.1). |
| 07/14/21 | C R Newcomb | 0.5 | Confer with J. Herz regarding effective date tasks (0.2); review related documents (0.3). |
| 07/14/21 | J R Herz | 0.2 | Email Committee professionals concerning professional fee reserve in the plan (.1); email Stretto concerning same (.1). |
| 07/14/21 | J R Herz | 0.3 | Call with C. Newcomb concerning steps that need to be taken in advance of effective date. |
| 07/15/21 | C R Newcomb | 0.2 | Review and update customer opt out form. |
| 07/16/21 | C R Newcomb | 1.4 | Review and revise plan supplement documents in preparation for effective date (1.0); correspondence with R. Spigel regarding same (.2); review and update effective date closing checklist (.2). |
| 07/19/21 | C R Newcomb | 2.8 | Correspondence with R. Spigel regarding fee reserve (.2); review and revise schedules to IP license agreement (.3); correspondence with J. Rubenstein regarding same (.2); correspondence with R. Spigel and B. Henderson regarding same (.2); Review and revise various effective date closing documents (1.4); correspondence with R. Spigel regarding same (.5). |

**BAKER BOTTS LLP**

Invoice No:     1758313
Invoice Date:   July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

---

**089406.0102: Plan and Disclosure Statement**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/19/21 | R L Spigel | 7.6 | Email with Board re Effective Date (.3); email to Company re wind down (.2); email with J. Rubenstein and R. Bhullar re creditor inquiry (.2); attention to effective date matters (1.8); telephone conference and email with J. Rubenstein re same (.5); telephone conference with R. Bhullar re same (.5); telephone conference with B. Henderson re same (.2); telephone conference with M. Fallquist re same (.4); telephone conference with M. Huerta re same (.6); email with D. Azman re same (.1); telephone conference with C. Newcomb re same (.1); email to B. Henderson re plan supplement (.2); telephone conference with K. Norfleet re effective date (.2); telephone conference with M. Fallquist re same (.1); telephone conference with R. Bhullar re same (.2); email with R. Nelms re same (.2); review final documents re effective date (.5); emails with C. Newcomb re same (.7); email to R. Nelms and D. Azman re effective date (.6). |
| 07/19/21 | J R Herz | 0.4 | Revise notice of effective date. |
| 07/19/21 | J B Henderson | 0.4 | Review of plan supplement documents and discussion with R. Spigel re: effective date matters (.3); review correspondence relating to IP license issues (.1). |
| 07/20/21 | C R Newcomb | 1.1 | Review and revise IP schedules (.3); correspondence with B. Henderson and J. Rubenstein regarding same (.4); prepare closing documents for effective date (.4). |
| 07/20/21 | R L Spigel | 5.6 | Telephone conference with J. Lawrence re consent judgment (.3); email with R. Nelms and with R. Bhullar re bank accounts (.1); conference call with Griddy team and M. Huerta re wind down (.4); telephone conference with R. Nelms re wind down (.4); telephone conference with B. Godbey re insurance (.3); email to M. Fallquist, R. Bhullar and J. Rubenstein re same (.2); email with G. Craig re final documents and email to M. Fallquist and C. McArthur re same (.2); email to R. Nelms, D. Azman, C. Gibbs re effective date matters (.2); email to K. Norfleet re revenue account (.3); email with K. Norfleet and R. Bhullar re effective date matters (.2); email with B. Henderson re effective date (.2); handle effective date matters (2.2); email to K. Norfleet re same (.1); email with D. Azman re effective date matters (.1); email with R. Bhullar re effective date matters (.4). |
| 07/20/21 | J R Herz | 0.5 | Compile plan supplement documents for execution. |
| 07/20/21 | J B Henderson | 0.4 | Discussions/correspondence regarding effective date matters. |
| 07/21/21 | C R Newcomb | 0.4 | Correspondence with R. Spigel regarding license agreement (.3); review same (.1). |
| 07/21/21 | R L Spigel | 4.1 | Telephone conferences with M. Huerta re wind up (.5); telephone conference with K. Norfleet re effective date (.1); review letter re |

**BAKER BOTTS** LLP

Invoice No:      1758313
Invoice Date:    July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

---

**089406.0102: Plan and Disclosure Statement**

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Macquarie and email to M. Toulouse re same (.2); telephone conference with R. Bhullar and M. Fallquist re wind down (.4); email to Board re same (.2); email to B. Kroupa re Plan Administrator (.1); email to R. Nelms and MWE re effective date (.2); handle effective date matters (2.4). |
| 07/21/21 | J R Herz | 0.1 | Finalize Plan Supplement documents for effective date. |
| 07/22/21 | C R Newcomb | 1.1 | Review and revise closing documents (.7); correspondence with J. Herz and R. Spigel regarding same and other effective date issues (.2); correspondence with R. Bhullar regarding related issues (.2). |
| 07/22/21 | R L Spigel | 4.4 | Emails and telephone conference with R. Bhullar re effective date, email with J. Herz re signatures to plan supplement documents (.5); communication with M. Fallquist re same (.1); telephone conference with M. Huerta re wind up (.1); telephone conference with R. Nelms re effective date matters (.2); review and revise notice of effective date (.2); work on final effective date matters (.9); email to MWE, R. Nelms, Province re effective date (.8); emails with C. Newcomb re effective date items (.2); emails with K. Norfleet re effective date (.2); telephone conferences with R. Bhullar re effective date (.5); emails with MWE, BB, H&B, Province re same (.4); emails with D. Shaffel re insurance (.2); email with B. Godbey re same (.1). |
| 07/22/21 | J R Herz | 0.3 | Review service requirements for effective date notice (.1); email Stretto concerning same (.2). |
| 07/23/21 | J R Herz | 1.1 | Coordinate the filing of the notice of the effective date (.9); review email service of effective date notice to Griddy customers prepared by Stretto (.1); email R. Spigel and C. Newcomb concerning same (.1). |

**Matter Hours**           **136.60**

**BAKER BOTTS LLP**

Invoice No:     1758313
Invoice Date:   July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

**Attorney / Timekeeper Summary:**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J B Lawrence | Partner | 21.6 | 980.00 | 21,168.00 |
| R L Spigel | Partner | 54.7 | 1,105.00 | 60,443.50 |
| J B Henderson | Partner | 0.8 | 965.00 | 772.00 |
| J R Herz | Sr. Associate | 27.4 | 845.00 | 23,153.00 |
| K L Wallace | Associate | 0.8 | 610.00 | 488.00 |
| C D Strecker | Special Counsel | 9.9 | 920.00 | 9,108.00 |
| C R Newcomb | Special Counsel | 21.4 | 915.00 | 19,581.00 |
| | | **136.6** | | **$134,713.50** |

**Matter Summary:**

| | |
|---|---|
| Fees | 134,713.50 |
| **Matter Total** | **$134,713.50** |

**089406.0107: Case Administration**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/06/21 | R M Fontenla | 0.5 | Emails with J. Herz and C. Newcomb regarding agenda (0.1); file same via Electronic Case Filing System with the Southern District of Texas Bankruptcy Court (0.4). |
| 07/06/21 | C R Newcomb | 0.2 | Review and revise agenda (.1); correspondence with R. Spigel regarding same (.1). |
| 07/07/21 | R M Fontenla | 0.8 | Emails with J. Herz regarding confirmation hearing transcript (0.1); prepare hearing transcript form and file same via Electronic Case Filing System with the Southern District of Texas Bankruptcy Court (0.5); emails with M. Henry regarding same (0.2). |
| 07/07/21 | J R Herz | 0.2 | Email with R. Spigel concerning call with Texas Rent Relief |
| 07/08/21 | R M Fontenla | 0.2 | Emails with M. Henry regarding July 7, 2021 transcript (0.2). |
| 07/08/21 | R L Spigel | 0.8 | Review and revise cover letter to PUCT (.3); email with M. Fallquist re same (.1); email to R. Bhullar and J. Rubenstein re same (.1); email to R. Clay and J. Scott re same (.1); email to R. Nelms re wind down and transition (.2). |
| 07/09/21 | R L Spigel | 1.0 | Conference call with R. Nelms, M. Fallquist, C. McArthur, R. Bhullar re transition (.6); telephone conference with R. Clay re PUCT (.2); telephone conference with M. Fallquist re transition and open matters (.2). |
| 07/12/21 | R M Fontenla | 0.2 | Emails with Judicial Transcribers, J. Herz and R. Romero regarding transcript (0.2). |

**BAKER BOTTS LLP**

Invoice No:      1758313
Invoice Date:    July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

---

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/13/21 | R M Fontenla | 0.2 | Emails with S. Snodgrass, B. Knous and J. Herz regarding blended rates for fee application (0.2). |
| 07/14/21 | R L Spigel | 0.6 | Telephone conference with M. Fallquist re wind down. |
| 07/16/21 | R M Fontenla | 0.3 | Emails with C. Newcomb regarding Monthly Operating Report (0.2); check Southern District of Texas website for operation (0.1). |
| 07/16/21 | R M Fontenla | 0.2 | Emails with R. Romero and J. Herz regarding transcript payment (0.2). |
| 07/19/21 | R M Fontenla | 0.6 | Emails with C. Newcomb and K. Chiu regarding Monthly Operating Report (0.2); file same via Electronic Case Filing System with the Southern District of Texas Bankruptcy Court (0.4). |
| 07/23/21 | R M Fontenla | 1.0 | Emails with J. Herz and C. Newcomb regarding notice of effective date (0.2); file same via Electronic Case Filing System with the Southern District of Texas Bankruptcy Court (0.4); calendar deadlines contained in notice of effective date and send calendar notices to working group (0.4). |

**Matter Hours**         6.80

**Attorney / Timekeeper Summary:**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| R L Spigel | Partner | 2.4 | 1,105.00 | 2,652.00 |
| J R Herz | Sr. Associate | 0.2 | 845.00 | 169.00 |
| C R Newcomb | Special Counsel | 0.2 | 915.00 | 183.00 |
| R M Fontenla | Paralegal | 4.0 | 350.00 | 1,400.00 |
| | | **6.8** | | **$4,404.00** |

**089406.0107: Case Administration**
**Expenses:**

| | |
|---|---|
| Trial transcripts JUDICIAL TRANSCRIBERS OF - Griddy Energy, LLC Hearing Transcript 7-7-2021 | 320.65 |
| **Matter Expenses Total** | **$320.65** |

**BAKER BOTTS** LLP

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

Invoice No:   1758313
Invoice Date:   July 29, 2021

**Matter Summary:**

| | |
|---|---:|
| Fees | 4,404.00 |
| Expenses | 320.65 |
| **Matter Total** | **$4,724.65** |

**BAKER BOTTS LLP**

Invoice No:      1758313
Invoice Date:    July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

---

**089406.0108: Claims Administration and Objections**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/17/21 | J R Herz | 0.1 | Email R. Bhullar concerning updated claims register (.1). |

**Matter Hours**         0.10

**Attorney / Timekeeper Summary:**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J R Herz | Sr. Associate | 0.1 | 845.00 | 84.50 |
| | | 0.1 | | $84.50 |

**Matter Summary:**

| | |
|---|---|
| Fees | 84.50 |
| **Matter Total** | **$84.50** |

**BAKER BOTTS LLP**

Invoice No: 1758313
Invoice Date: July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

---

**089406.0109: Employee Benefits/Pensions**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/09/21 | R L Spigel | 0.5 | Telephone conference with R. Bhullar re employee termination and wind down matters |

**Matter Hours** 0.50

**Attorney / Timekeeper Summary:**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| R L Spigel | Partner | 0.5 | 1,105.00 | 552.50 |
|  |  | **0.5** |  | **$552.50** |

**Matter Summary:**

| | |
|---|---|
| Fees | 552.50 |
| **Matter Total** | **$552.50** |

**089406.0113: Fee Application - Baker Botts**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/08/21 | R M Fontenla | 3.3 | Emails with J. Herz and C. Newcomb regarding first and final fee application (0.1); begin drafting first and final fee application (3.2). |
| 07/08/21 | R L Spigel | 1.9 | Review time records for inclusion in fee application. |
| 07/08/21 | J R Herz | 0.1 | Email R. Fontenla concerning preparing final fee application. |
| 07/09/21 | R M Fontenla | 2.4 | Draft first interim and final fee application (2.4). |
| 07/12/21 | J R Herz | 0.4 | Draft June Fee Statement. |
| 07/13/21 | R M Fontenla | 1.8 | Draft and revise First and Final Fee Application (1.6); emails with C. Newcomb and J. Herz regarding same (0.2). |
| 07/15/21 | J R Herz | 0.2 | Email R. Fontenla concerning preparing June fee statement (.2). |
| 07/16/21 | R M Fontenla | 2.2 | Emails with J. Herz regarding May monthly fee statement (0.2); review and revise May monthly fee statement (1.8); emails with M. Ou regarding same (0.2). |
| 07/16/21 | J R Herz | 0.5 | Review and input redactions for June invoices for third monthly fee statement. |

**BAKER BOTTS LLP**

Invoice No:  1758313
Invoice Date: July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/19/21 | R L Spigel | 0.4 | Review and revise fee statement and email with J. Herz re same. |
| 07/19/21 | J R Herz | 0.6 | Email BB team concerning fee statement and fee escrow (.2); email R. Spigel and C. Newcomb concerning same (.1); review fee statement before sending to R. Spigel for review (.3). |
| 07/19/21 | J R Herz | 0.2 | Review and revise fee statement based on internal comments. |
| 07/20/21 | J R Herz | 0.1 | Finalize June fee statement for filing tomorrow (.1). |
| 07/21/21 | R M Fontenla | 1.1 | Emails with R. Spigel, C. Newcomb, K. Chiu and J. Herz regarding June 2021 monthly fee statement (0.2); review exhibits for same (0.4); file same via Electronic Case Filing System with the Southern District of Texas Bankruptcy Court (0.4); emails with Stretto regarding same (0.1). |
| 07/21/21 | R L Spigel | 0.1 | Brief review of monthly fee statement (.1). |
| 07/21/21 | J R Herz | 0.3 | Finalize June fee statement for filing. |
| 07/21/21 | J R Herz | 2.6 | Begin to draft final fee application. |
| 07/22/21 | R M Fontenla | 0.7 | Emails with J. Herz (0.1); revise first and final fee application (0.6). |
| 07/22/21 | J R Herz | 1.4 | Continue to draft final fee application. |

**Matter Hours**   20.30

**Attorney / Timekeeper Summary:**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| R L Spigel | Partner | 2.4 | 1,105.00 | 2,652.00 |
| J R Herz | Sr. Associate | 6.4 | 845.00 | 5,408.00 |
| R M Fontenla | Paralegal | 11.5 | 350.00 | 4,025.00 |
| | | **20.3** | | **$12,085.00** |

**Matter Summary:**

| | |
|---|---|
| Fees | 12,085.00 |
| **Matter Total** | **$12,085.00** |

**BAKER BOTTS LLP**

Invoice No: 1758313
Invoice Date: July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

**089406.0114: Professional Retention and Fees - Other Professionals**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/20/21 | C R Newcomb | 0.5 | Correspondence with R. Spigel regarding professional fees (.3); review records related to same (.2). |

| | | |
|---|---|---|
| **Matter Hours** | | **0.50** |

**Attorney / Timekeeper Summary:**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| C R Newcomb | Special Counsel | 0.5 | 915.00 | 457.50 |
| | | 0.5 | | $457.50 |

**Matter Summary:**

| | |
|---|---|
| Fees | 457.50 |
| **Matter Total** | **$457.50** |

**BAKER BOTTS LLP**

Invoice No:     1758313
Invoice Date:   July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

---

**089406.0117: Litigation**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/21 | J R Herz | 0.3 | Draft Certificate of No Objection for 9019 motion with the State of Texas. |
| 07/02/21 | C R Newcomb | 0.8 | Correspondence with chambers regarding 9019 proposed order (.3); review and revise certificate of no objection regarding Texas 9019 motion (.2); review and revise proposed order regarding same (.3). |
| 07/02/21 | R L Spigel | 0.4 | Emails with R. Obaldo, with J. Lawrence, and with J. Herz re 9019 exhibit (.4). |

**Matter Hours**     1.50

**Attorney / Timekeeper Summary:**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| R L Spigel | Partner | 0.4 | 1,105.00 | 442.00 |
| J R Herz | Sr. Associate | 0.3 | 845.00 | 253.50 |
| C R Newcomb | Special Counsel | 0.8 | 915.00 | 732.00 |
|  |  | 1.5 |  | $1,427.50 |

**Matter Summary:**

| | |
|---|---|
| Fees | 1,427.50 |
| **Matter Total** | **$1,427.50** |

Page 15

**BAKER BOTTS LLP**

Invoice No:  1758313
Invoice Date: July 29, 2021

GRIDDY ENERGY LLC (DEBTOR-IN-POSSESSION)

---

**089406.0119: Reporting (Bankruptcy Disclosures)**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/08/21 | C R Newcomb | 0.2 | Correspondence with committee advisors and Griddy management regarding fee estimates. |
| 07/14/21 | C R Newcomb | 1.2 | Review and comment on monthly operating report (1.0); correspondence with R. Spigel and R. Bhullar regarding same (0.2). |
| 07/15/21 | C R Newcomb | 0.8 | Review monthly operating report (.4); correspondence with R. Bhullar and R. Spigel regarding same (.4). |
| 07/19/21 | C R Newcomb | 0.6 | Correspondence with J. Whitworth regarding monthly operating report and payment of United States Trustee fees (.2); correspondence with R. Bhullar regarding same (.1); correspondence with R. Fontenla regarding filing of monthly operating report (.3). |

**Matter Hours**    2.80

**Attorney / Timekeeper Summary:**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| C R Newcomb | Special Counsel | 2.8 | 915.00 | 2,562.00 |
| | | **2.8** | | **$2,562.00** |

**Matter Summary:**

| | |
|---|---|
| Fees | 2,562.00 |
| **Matter Total** | **$2,562.00** |

Page 16