# EXHIBIT C

## SUMMARY BY TIMEKEEPER FOR THE
## PERIOD MARCH 15, 2021 THROUGH JULY 23, 2021

| Title | Name | Year Licensed | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Associate | Alexander, M.B. | 2016 | 2.8 | $ 730.00 | $ 2,044.00 |
| Partner | Barkley, J.H. | 1993 | 3.8 | 1,055.00 | 4,009.00 |
| Partner | Barth, E.J. | 2006 | 0.3 | 955.00 | 286.50 |
| Associate | Chiu, K. | 2018 | 24.6 | 665.00 | 16,359.00 |
| Partner | Eastlake, D.R. | 2008 | 11.2 | 1,105.00 | 12,376.00 |
| Partner | Henderson, J.B. | 2010 | 14.1 | 965.00 | 13,606.50 |
| Senior Associate | Herz, J.R. | 2015 | 280.6 | 845.00 | 237,107.00 |
| Associate | Kazlow, J.A. | 2016 | 50.0 | 790.00 | 39,500.00 |
| Partner | Lawrence, J.B. | 2006 | 196.5 | 980.00 | 192,570.00 |
| Partner | Marcus, S.D. | 1986 | 6.5 | 1,395.00 | 9,067.50 |
| Partner | McDaniels, L.L. | 2000 | 1.9 | 955.00 | 1,814.50 |
| Special Counsel | Newcomb, C.R. | 2010 | 519.9 | 915.00 | 475,708.50 |
| Associate | O'Brien, N. | 2016 | 9.3 | 790.00 | 7,347.00 |
| Partner | Rubenstein, J.B. | 2002 | 116.3 | 960.00 | 111,648.00 |
| Associate | Rui, S.X. | 2018 | 7.8 | 665.00 | 5,187.00 |
| Associate | Santos-Bishop, L.R. | 2020 | 5.5 | 610.00 | 3,553.00 |
| Partner | Spigel, R.L. | 1998 | 717.2 | 1,105.00 | 792,506.00 |
| Partner | Stover, A.M. | 2004 | 3.8 | 965.00 | 3,667.00 |
| Special Counsel | Strecker, C.D. | 2008 | 85.8 | 920.00 | 78,936.00 |
| Partner | Toulouse, M. | 1998 | 3.0 | 1,085.00 | 3,255.00 |
| Senior Associate | Turner, M.D. | 2011 | 4.8 | 820.00 | 3,936.00 |
| Associate | Wallace, K.L. | 2019 | 40.9 | 610.00 | 24,949.00 |
| Associate | Wang, J. | 2020 | 0.6 | 490.00 | 294.00 |
| Partner | Yuffee, M.A. | 1994 | 1.5 | 1,035.00 | 1,552.50 |
| Paralegal | Aquino, J. | N/A | 9.2 | 315.00 | 2,898.00 |
| Senior Paralegal | Fontenla, R.M. | N/A | 144.2 | 350.00 | 50,470.00 |
| Regional Library Services Manager | O'Rourke Jr., E.D. | N/A | 0.1 | 230.00 | 23.00 |
| eDiscovery Analyst | Schwartz, M.P. | N/A | 25.1 | 320.00 | 8,032.00 |
| Senior Paralegal | Smith, D.M. | N/A | 2.2 | 315.00 | 693.00 |
| | | | | | |
| **TOTAL:** | | | 2,289.5 | | $2,103,395.00 |