# EXHIBIT D

## SUMMARY BY MATTER DESCRIPTION
## FOR THE PERIOD MARCH 15, 2021 THROUGH JULY 23, 2021

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 0102 | Plan and Disclosure Statement | 1,002.9 | $ 983,337.00 | $ 3,642.78 | $986,979.78 |
| 0104 | First Day Hearing | 62.4 | 60,573.00 | 2,080.70 | 62,653.70 |
| 0106 | Business Operations | 13.1 | 12,001.50 | 540.00 | 12,541.50 |
| 0107 | Case Administration | 248.9 | 199,076.50 | 4,786.55 | 203,863.05 |
| 0108 | Claims Administration and Objections | 161.3 | 160,295.00 | 2,713.77 | 163,008.77 |
| 0109 | Employee Benefits/Pensions | 20.9 | 18,261.50 | 0.00 | 18,261.50 |
| 0110 | Executory Contracts and Unexpired Leases | 28.1 | 24,763.50 | 642.47 | 25,405.97 |
| 0111 | Retention of Other Professionals | 44.0 | 34,526.50 | 972.36 | 35,498.86 |
| 0112 | Employment Application – Baker Botts | 50.5 | 42,595.50 | 0.00 | 42,595.50 |
| 0113 | Fee Application – Baker Botts | 65.2 | 39,297.00 | 0.00 | 39,297.00 |
| 0114 | Professional Retention and Fees - Other Professionals | 16.5 | 14,393.00 | 0.00 | 14,393.00 |
| 0115 | Fee/Employment Objections | 22.8 | 20,880.50 | 0.00 | 20,880.50 |
| 0116 | Financing | 0.4 | 366.00 | 0.00 | 366.00 |
| 0117 | Litigation | 504.9 | 447,918.00 | 19,712.19 | 467,630.19 |
| 0118 | Meeting of Creditors | 12.7 | 12,266.50 | 0.00 | 12,266.50 |
| 0119 | Reporting (Bankruptcy Disclosures) | 10.2 | 9,333.00 | 0.00 | 9,333.00 |
| 0121 | Schedules/Statement of Financial Affairs / Monthly Operating Reports | 24.7 | 23,511.00 | 0.00 | 23,511.00 |
| | **TOTAL:** | 2,289.5 | $2,103,395.00 | $35,090.82 | $2,138,485.82 |