**EXHIBIT E**

**EXPENSE SUMMARY**
**FOR THE PERIOD MARCH 15, 2021 THROUGH JULY 23, 2021**

| <div align="center">Description</div> | <div align="center">Amount</div> |
|---|---|
| Computer Research | $ 16,137.47 |
| Delivery Service | 59.00 |
| Deposition Transcripts | 2,750.40 |
| Electronic Court Records | 13.60 |
| Energy Services Group, March 2021 QuickTariff Filings | 540.00 |
| Hearing Transcripts | 2,305.05 |
| Long Distance Telephone Charges | 7.61 |
| Photocopies | 129.35 |
| Postage | 8.36 |
| Relativity - eDiscovery culling and filtering document processing per GB | 4,092.00 |
| Relativity data storage fees per GB | 2,981.00 |
| Relativity software license/user access fee | 75.00 |
| Relativity technical services | 20.00 |
| SDTX Admission, Filing and Removal Fees | 2,113.00 |
| Texas Secretary of State - Web inquiries | 2.00 |
| Transperfect document preparation | 183.68 |
| Travel:  Airfare | 1,030.58 |
| Hotel | 1,606.18 |
| Meals | 355.01 |
| Parking | 270.52 |
| Taxi/Car Service | 411.01 |
| **TOTAL:** | **$35,090.82** |