IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | § § | Case No. 21-30923 (MI) |
| Debtor. | § § § | |

**FOURTH MONTHLY FEE STATEMENT OF
MCDERMOTT WILL & EMERY LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JULY 1, 2021 THROUGH JULY 23, 2021**

| | |
|---|---|
| Name of Applicant: | McDermott Will & Emery LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | May 20, 2021, effective as of April 5, 2021 [Docket No. 283] |
| Period for Which Compensation and Reimbursement Will be Sought: | July 1, 2021 to July 23, 2021 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $45,480.00[2] |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $0.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Green Farms, CT 06838.

[2] McDermott's blended hourly rate during the Fee Period was $901.36. Pursuant to the Retention Order (as defined below), McDermott has reduced the total amount of compensation sought for the Fee Period by $2,743.00 (the "Reduction") so that McDermott's blended hourly rate during the Fee Period is $850.00  The Reduction is reflected in the total amount of compensation sough herein.

Pursuant to sections 327(a) and 328(a) of title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas, the *Order Authorizing the Employment and Retention of McDermott Will & Emery LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of April 5, 2021*, dated May 20, 2021 [Docket No. 283] (the "Retention Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated April 21, 2021 [Docket No. 184], (the "Interim Compensation Order"), McDermott Will & Emery LLP ("McDermott"), counsel for the Official Committee of Unsecured Creditors (the "Committee") of Griddy Energy LLC (the "Debtor") in this chapter 11 case (the "Chapter 11 Case"), hereby submits this *Fourth Monthly Fee Statement of McDermott Will & Emery LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2021 Through July 23, 2021* (this "Monthly Statement").[3]  Specifically, McDermott seeks (i) interim allowance of $45,480.00 for the reasonable and necessary legal services that McDermott rendered to the Committee during the Fee Period; (ii) compensation in the amount of $36,384.00, which is equal to 80% of the total amount of compensation sought for actual and necessary legal services rendered during the Fee Period (*i.e.*, $45,480.00); and (iii) allowance and payment of $0.00 for the actual and necessary expenses that McDermott incurred in connection with such services during the Fee Period.

**ITEMIZATION OF SERVICES RENDERED AND DISBURSEMENTS INCURRED**

1.  Attached hereto as **Exhibit A** is a schedule of McDermott attorneys and paraprofessionals, who rendered services to the Committee in connection with this Chapter 11

---

[3]  The period from July 1, 2021, through and including July 23, 2021 is referred to herein as the "Fee Period."

2

Case during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.

2. Attached hereto as **Exhibit B** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which McDermott seeks payment in this Monthly Statement.  All of these disbursements comprise the requested sum for McDermott's out-of-pocket expenses, which total $0.00.

3. Attached hereto as **Exhibit C** are the time and expense records of McDermott, which provide a daily summary of the time spent by each McDermott professional during the Fee Period as well as an itemization of expenses.

4. Attached hereto as **Exhibit D** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by McDermott attorneys and paraprofessionals during the Fee Period with respect to each of the project categories McDermott established in accordance with its internal billing procedures. As reflected in **Exhibit D**, McDermott incurred $45,480.00 in fees during the Fee Period, after taking into account the Reduction.  Pursuant to this Monthly Statement, McDermott seeks reimbursement for 80% of such fees ($36,384.00 in the aggregate).

## NOTICE

5. Pursuant to the Interim Compensation Order, this Monthly Statement has been served upon: (i) the Debtor, Attn.: Roop Bhullar (roop@griddy.com); (ii) counsel to the Debtor, Baker Botts L.L.P., Attn.: David R. Eastlake (david.eastlake@bakerbotts.com) and Robin Spigel and Chris Newcomb (robin.spigel@bakerbotts.com, chris.newcomb@bakerbotts.com); and (iii) the U.S. Trustee, Attn.: Jana Whitworth (jana.whitworth@usdoj.gov).

Dated: September 1, 2021

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

*/s/  Charles R. Gibbs*
Charles R. Gibbs
Texas State Bar No. 7846300
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:   (214) 295-8000
Facsimile:   (972) 232-3098
Email:       crgibbs@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Blaine Adams (admitted *pro hac vice*)
1 Vanderbilt Ave.
New York, NY 10017
Telephone:   (212) 547-5615
Facsimile:   (212) 547-5444
Email        dazman@mwe.com
             badams@mwe.com

*Former Counsel to the Official Committee of Unsecured Creditors of Griddy Energy LLC*
.