## Exhibit A

### Summary of Timekeepers Included in this Fee Statement

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| **PARTNERS & COUNSEL** | | | | |
| Charles R. Gibbs | Partner; Admitted in 1978; Corporate Advisory | 11.6 | $1,425 | $16,530.00 |
| Darren Azman | Partner; Admitted in 2011; Corporate Advisory | 14.9 | $1,085 | $16,166.50 |
| **ASSOCIATES** | | | | |
| Darren Yang | Associate; Admitted in 2020; Corporate Advisory | 17.5 | $655 | $11,462.50 |
| **PARAPROFESSIONALS** | | | | |
| Daniel Norhrop | Paralegal; Corporate Advisory | 1.3 | $540 | $702.00 |
| Cathy Greer | Paralegal; Corporate Advisory | 8.2 | $410 | $3,362.00 |