## **Exhibit B**

## **Expense Summary**

| Category | Service Provider (if applicable) | Amount |
|---|---|---|
| N/A | | |
| **TOTAL** | | **$0.00** |