**<u>Exhibit C</u>**

**Time and Expense Records**



**INVOICE**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Griddy Energy, Inc. | Client: 114480 |
| 6227 Oleander Drive | Invoice: 3546714 |
| Baytown, TX  77523 | Invoice Date: 08/25/2021 |

## Remittance Copy
### Billing for services rendered through 07/23/2021
Confidential, protected by attorney-client privilege and work product doctrine

0011 Griddy Energy, Inc.

| | |
|---|---:|
| Total Services | $ 48,223.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 48,223.00** |

| Invoice | Date | |
|---|---|---:|
| 3518607 | 05/31/2021 | 104,278.50 |
| 3524430 | 06/23/2021 | 465,448.16 |
| 3531504 | 07/21/2021 | 125,274.20 |
| Total Outstanding Balance | | 695,000.86 |
| Total Balance Due | | $ 743,223.86 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer/ACH Instructions:**

McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**

McDermott Will & Emery LLP
P.O. Box 1675
Carol Stream, IL 60132-1675

**Credit Card Payment Instructions:**
https://mwellp.securepayments.cardpointe.com/pay

McDermott rarely will change its routing instructions. If you receive a communication instructing you that there has been a change in our routing instructions, call 312.899.7156 or email wire@mwe.com to verify that change.

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000

US practice conducted through McDermott Will & Emery LLP.



| | |
|---|---|
| Official Committee of Unsecured Creditors of Griddy Energy, Inc. | Client: 114480<br>Invoice: 3546714<br>Invoice Date: 08/25/2021 |

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201   Tel +1 214 295 8000**

*US practice conducted through McDermott Will & Emery LLP.*



**INVOICE**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Griddy Energy, Inc.<br>6227 Oleander Drive<br>Baytown, TX  77523 | Client:         114480<br>Invoice:       3546714<br>Invoice Date: 08/25/2021 |

## Client Copy
### Billing for services rendered through 07/23/2021
Confidential, protected by attorney-client privilege and work product doctrine

0011 Griddy Energy, Inc.

| | |
|---|---:|
| Total Services | $ 48,223.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 48,223.00** |

| Invoice | Date | |
|---|---|---:|
| 3518607 | 05/31/2021 | 104,278.50 |
| 3524430 | 06/23/2021 | 465,448.16 |
| 3531504 | 07/21/2021 | 125,274.20 |
| Total Outstanding Balance | | 695,000.86 |
| Total Balance Due | | $ 743,223.86 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer/ACH Instructions:**

McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**

McDermott Will & Emery LLP
P.O. Box 1675
Carol Stream, IL 60132-1675

**Credit Card Payment Instructions:**
https://mwellp.securepayments.cardpointe.com/pay

*McDermott rarely will change its routing instructions. If you receive a communication instructing you that there has been a change in our routing instructions, call 312.899.7156 or email wire@mwe.com to verify that change.*

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000**

US practice conducted through McDermott Will & Emery LLP.



Invoice: 3546714  
Client: 114480

08/25/2021

Official Committee of Unsecured Creditors of Griddy Energy, Inc.  
6227 Oleander Drive  
Baytown, TX  77523

For Services Rendered in Connection with:

Matter: 0011      Griddy Energy, Inc.

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 07/23/21 | Case Administration C. Gibbs | 0.50 | 712.50 | Receipt and review of correspondence re post-confirmation open issues and conferences with co-counsel re same. |
| B150 07/08/21 | Mtgs/Communications w/Creditor C. Gibbs | 0.50 | 712.50 | Prepare for and attendance on Committee call. |
| B150 07/08/21 | Mtgs/Communications w/Creditor D. Yang | 2.00 | 1,310.00 | Draft internal case summary (0.6); attend Committee meeting (0.3); draft email to Committee regarding case updates (1.1). |
| B160 07/13/21 | Fee/Employment Applications C. Greer | 3.10 | 1,271.00 | Review McDermott June invoice for confidential information (0.5); prepare McDermott June fee application (2.6). |


McDermott Will & Emery

Official Committee of Unsecured Creditors of Griddy Energy, Inc.

Client: 114480
Invoice: 3546714
Invoice Date: 08/25/2021

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 07/14/21 | Fee/Employment Applications D. Northrop | 0.20 | 108.00 | Review interim compensation procedures order (0.1); e-mail correspondence with D. Azman regarding schedule/time frame for serving the Committee's third monthly fee statement (0.1). |
| B160 07/21/21 | Fee/Employment Applications D. Northrop | 0.60 | 324.00 | Review interim compensation procedures order (0.1); finalize McDermott third monthly fee statement (0.2); serve same pursuant to the interim compensation procedures order (0.3). |
| B160 07/21/21 | Fee/Employment Applications D. Yang | 0.40 | 262.00 | Review Province fee application. |
| B320 06/26/21 | Plan and Disclosure Statement D. Azman | 2.30 | 2,495.50 | Prepare for confirmation hearing |
| B320 06/30/21 | Plan and Disclosure Statement D. Azman | 2.40 | 2,604.00 | Review and revise confirmation order. |
| B320 07/01/21 | Plan and Disclosure Statement C. Gibbs | 0.60 | 855.00 | Receipt and review of multiple emails re plan confirmation issues including plan administrator engagement terms and selection of counsel for plan administrator. |

2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000

US practice conducted through McDermott Will & Emery LLP.



Official Committee of Unsecured Creditors of Griddy Energy, Inc.

Client: 114480
Invoice: 3546714
Invoice Date: 08/25/2021

| Task / Date | Desc. / Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| B320 07/01/21 | Plan and Disclosure Statement C. Gibbs | 0.60 | 855.00 | Review of draft confirmation order. |
| B320 07/01/21 | Plan and Disclosure Statement D. Yang | 2.00 | 1,310.00 | Revise confirmation order. |
| B320 07/02/21 | Plan and Disclosure Statement C. Gibbs | 0.80 | 1,140.00 | Receipt and review of multiple emails re plan confirmation issues and preparation of multiple replies. |
| B320 07/02/21 | Plan and Disclosure Statement D. Azman | 2.60 | 2,821.00 | Call with R. Spigel re: opt out issues (0.3); communication re: same with D. Yang (0.5); develop strategy re: same (0.8); prepare for plan confirmation hearing (1). |
| B320 07/02/21 | Plan and Disclosure Statement D. Yang | 4.40 | 2,882.00 | Consideration of issues regarding former customers opting back into customer releases (2.4); review Bhullar Declaration (0.6); review confirmation brief (1.4). |
| B320 07/05/21 | Plan and Disclosure Statement D. Yang | 0.90 | 589.50 | Draft Committee statement in support of plan. |



Official Committee of Unsecured Creditors of Griddy Energy, Inc.

Client: 114480
Invoice: 3546714
Invoice Date: 08/25/2021

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 07/06/21 | Plan and Disclosure Statement D. Yang | 2.40 | 1,572.00 | Draft Committee statement in support of plan. |
| B320 07/06/21 | Plan and Disclosure Statement C. Gibbs | 0.60 | 855.00 | Receipt and review of multiple emails re plan conference issues and preparation of replies. |
| B320 07/06/21 | Plan and Disclosure Statement C. Gibbs | 1.50 | 2,137.50 | Review of pleadings re preparation for confirmation hearing. |
| B320 07/06/21 | Plan and Disclosure Statement D. Azman | 2.70 | 2,929.50 | Prepare for plan confirmation hearing (1.4); review and revise statement in support of plan (1); discuss same with D. Yang (0.3). |
| B320 07/06/21 | Plan and Disclosure Statement C. Greer | 0.50 | 205.00 | File Committee statement in support of plan confirmation (0.2); circulate (0.1); update hearing binder (0.2). |
| B320 07/06/21 | Plan and Disclosure Statement C. Greer | 4.60 | 1,886.00 | Retrieve debtor's witness and exhibit list and prepare cover pages for exhibits and assemble binder (1.2); review docket and prepare index for confirmation hearing (1.4); retrieve pleadings re same (1.0); prepare |

2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000

US practice conducted through McDermott Will & Emery LLP.



Official Committee of Unsecured Creditors of Griddy Energy, Inc.

| | Client: | 114480 |
|---|---|---|
| | Invoice: | 3546714 |
| | Invoice Date: | 08/25/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | electronic hearing binder (0.8); retrieve and circulate agenda for confirmation hearing (0.2). |
| B320 07/07/21 | Plan and Disclosure Statement D. Azman | 2.00 | 2,170.00 | Attend confirmation hearing telephonically. |
| B320 07/07/21 | Plan and Disclosure Statement C. Gibbs | 3.20 | 4,560.00 | Prepare for and attendance at confirmation hearing including review of declarations, expert report, proposed findings of fact and proposed order. |
| B320 07/07/21 | Plan and Disclosure Statement D. Yang | 3.80 | 2,489.00 | Review of confirmation documents (0.3); attend confirmation hearing (2.0); draft memoranda regarding case summary (1.5). |
| B320 07/08/21 | Plan and Disclosure Statement C. Gibbs | 0.60 | 855.00 | Review of multiple emails re plan confirmation matters. |
| B320 07/09/21 | Plan and Disclosure Statement C. Gibbs | 0.50 | 712.50 | Conference with plan administrator and D. Dunn re engagement of Province. |

2501 North Harwood Street  Suite 1900  Dallas, TX 75201   Tel +1 214 295 8000

US practice conducted through McDermott Will & Emery LLP.



Official Committee of Unsecured Creditors of Griddy Energy, Inc.

Client: 114480
Invoice: 3546714
Invoice Date: 08/25/2021

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 07/13/21 | Plan and Disclosure Statement C. Gibbs | 0.50 | 712.50 | Receipt and review of multiple emails re post-confirmation issues. |
| B320 07/16/21 | Plan and Disclosure Statement D. Yang | 0.50 | 327.50 | Revise plan administrator engagement letter. |
| B320 07/19/21 | Plan and Disclosure Statement C. Gibbs | 0.90 | 1,282.50 | Receipt and review of multiple emails re issues relating to plan going effective and conference phone calls with co-counsel re same. |
| B320 07/19/21 | Plan and Disclosure Statement D. Yang | 0.30 | 196.50 | Revise plan administrator engagement letter. |
| B320 07/20/21 | Plan and Disclosure Statement D. Azman | 2.90 | 3,146.50 | Communications with R. Spigel et al. re: plan effectiveness issues (0.7); review final documents re: plan effectiveness (1.3); call with R. Nelms re: post-effective date issues (0.9). |
| B320 07/20/21 | Plan and Disclosure Statement C. Gibbs | 0.80 | 1,140.00 | Receipt and review multiple emails re plan effective date issues and conferences with co-counsel re same. |

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000**

US practice conducted through McDermott Will & Emery LLP.



Official Committee of Unsecured Creditors of Griddy Energy, Inc.   Client: 114480
Invoice: 3546714
Invoice Date: 08/25/2021

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 07/20/21 | Plan and Disclosure Statement D. Yang | 0.60 | 393.00 | Review execution of plan administrator agreement. |
| B320 07/21/21 | Plan and Disclosure Statement D. Northrop | 0.50 | 270.00 | Coordinate execution of plan administrator agreement by L. Khoury using DocuSign. |
| B320 07/22/21 | Plan and Disclosure Statement D. Yang | 0.20 | 131.00 | Review execution of plan administrator agreement. |

| | Total Hours | 53.50 | Total For Services | $48,223.00 |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Azman | 14.90 | 1,085.00 | 16,166.50 |
| C. Gibbs | 11.60 | 1,425.00 | 16,530.00 |
| C. Greer | 8.20 | 410.00 | 3,362.00 |
| D. Northrop | 1.30 | 540.00 | 702.00 |
| D. Yang | 17.50 | 655.00 | 11,462.50 |
| **Totals** | **53.50** | | **$48,223.00** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 0.50 | 712.50 |

2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000

*US practice conducted through McDermott Will & Emery LLP.*



Official Committee of Unsecured Creditors of Griddy Energy, Inc.

| | | Client: | 114480 |
| | | Invoice: | 3546714 |
| | | Invoice Date: | 08/25/2021 |

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B150 | Mtgs/Communications w/Creditor | 2.50 | 2,022.50 |
| B160 | Fee/Employment Applications | 4.30 | 1,965.00 |
| B320 | Plan and Disclosure Statement | 46.20 | 43,523.00 |
| | | 53.50 | 48,223.00 |
| | | **Total This Invoice** | **$48,223.00** |

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000**

US practice conducted through McDermott Will & Emery LLP.



Official Committee of Unsecured Creditors of Griddy Energy, Inc.  08/25/2021
Invoice: 3546714

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0011  Griddy Energy, Inc. | 53.50 | 48,223.00 | 0.00 | 0.00 | 48,223.00 |

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201   Tel +1 214 295 8000**

US practice conducted through McDermott Will & Emery LLP.