## CAUSE NO. 2021-12017

| | | |
|---|---|---|
| **THOMAS RAMER CLARK,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **GRIDDY ENERGY LLC and** | § | |
| **GRIDDY HOLDINGS LLC,** | § | |
| | § | |
| *Defendants.* | § | **151st JUDICIAL DISTRICT** |

### PLAINTIFF'S NONSUIT AGAINST DEFENDANTS WITH PREJUDICE

Plaintiff Thomas Ramer Clark ("Plaintiff") gives written notice of his nonsuit on all claims against Defendants Griddy Energy LLC and Griddy Holdings LLC (collectively "Defendants").

### INTRODUCTION

1. Plaintiff Thomas Ramer Clark initiated a lawsuit against Defendants because he was charged excessive electricity prices during and because of Winter Storm Uri of February 2021. He asserted causes of action under the Texas Deceptive Trade Practice Act and for negligence, negligence per se, conversion, unjust enrichment, and declaratory and injunctive relief.

2. The lawsuit was stayed in the Court due to the commencement of Griddy Energy LLC's bankruptcy, *In re: Griddy Energy LLC*, Cause Number 21-30923 (MI), pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

3. Prior to the bankruptcy's commencement, the Original Petition was the only pleading on file in the lawsuit.

### NOTICE OF NONSUIT

4. Plaintiff requests a dismissal of the lawsuit with prejudice.

September 3, 2021

    Respectfully submitted,

    **THE POTTS LAW FIRM, LLP**
    */s/ Derek H. Potts*
    Derek H. Potts
    Texas Bar No. 24073727
    J. Ryan Fowler
    Texas Bar No. 24058357
    Batami Baskin
    Texas Bar No. 24078206
    POTTS LAW FIRM, LLP
    3737 Buffalo Speedway, Suite 1900
    Houston, Texas 77098
    Tel: (713) 963-8881
    Email: dpotts@potts-law.com

    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

Pursuant to the Texas Rules of Civil Procedure, I hereby certify that the foregoing was served on all parties on this 23rd day of September 2021.

*/s/ Derek H. Potts*
Derek H. Potts