CAUSE NO. 2021-12017

| | | |
|---|---|---|
| **THOMAS RAMER CLARK,** | § § § § § § § § § § § | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | | |
| v. | | **HARRIS COUNTY, TEXAS** |
| **GRIDDY ENERGY LLC and GRIDDY HOLDINGS LLC,** | | |
| *Defendants.* | | **151st JUDICIAL DISTRICT** |

**ORDER GRANTING PLAINTIFF'S NONSUIT AGAINST DEFENDANTS** <u>**WITH PREJUDICE**</u>

On this date the Court received Plaintiff's Notice of Nonsuit against Defendants with Prejudice and ORDERS this case dismissed with prejudice.

SIGNED on_____

_____
JUDGE PRESIDING