# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **In re:** § | |
| § | **Chapter 11** |
| **GRIDDY ENERGY LLC** § | |
| § | |
| Debtor. § | **Case No. 21-30923 (MI)** |
| § | **(S.D. Tex. Bankr.)** |
| § | |
| **LISA KHOURY, Individually and on** § | |
| **Behalf of all Others Similarly Situated,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | **Adversary No. 21-03041** |
| § | |
| **GRIDDY ENERGY LLC and GRIDDY** § | |
| **HOLDINGS LLC,** § | |
| § | |
| Defendants. § | |

## PLAINTIFFS' NOTICE OF VOLUNTARAY DISMISSAL ON ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Lisa Khoury, Individually and on Behalf of all Others Similarly Situated, ("Plaintiffs") give written notice of their voluntary dismissal on all claims against Defendants Griddy Energy LLC and Griddy Holdings LLC (collectively "Defendants").

1. Plaintiffs initiated a lawsuit against Defendants because they were charged excessive electricity prices during and because of Winter Storm Uri of February 2021. Plaintiffs asserted causes of action under the Texas Deceptive Trade Practice Act and for negligence, negligence per se, conversion, unjust enrichment, and declaratory and injunctive relief.

2. The original petition was filed on February 22, 2021, and Defendants were served.

3.      The case was removed from the 133rd Judicial District Court in Harris County, Texas (Cause No. 2021-10004) due to the commencement of Griddy Energy LLC's bankruptcy, *In re: Griddy Energy LLC*, Cause Number 21-30923 (MI), pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

4.      Prior to the bankruptcy's commencement, Defendants did not file an answer or a motion for summary judgment in the lawsuit, and the same remains in the adversary proceeding.

5.      Plaintiffs requests a dismissal with prejudice.

September 3, 2021

        Respectfully submitted,

**THE POTTS LAW FIRM, LLP**
*/s/ Derek H. Potts*
Derek H. Potts
Texas Bar No. 24073727
J. Ryan Fowler
Texas Bar No. 24058357
Batami Baskin
Texas Bar No. 24078206
POTTS LAW FIRM, LLP
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
Tel: (713) 963-8881
Email: dpotts@potts-law.com

**BURNETT LAW FIRM**
*/s/ Riley L. Burnett Jr.*
Riley L. Burnett, Jr.
Texas Bar No. 3428900
Karen H. Beyea-Schroeder
Texas Bar No. 24054324
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
Karen.shroeder@rburnettlaw.com
Tel: (832) 413-4410

**ATTORNEYS FOR PLAINTIFFS**

3

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on September 3, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

                                              */s/ Derek H. Potts*
                                              Derek H. Potts