UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **GRIDDY ENERGY LLC** | § | |
| | § | |
| Debtor. | § | Case No. 21-30923 (MI) |
| | § | (S.D. Tex. Bankr.) |
| | § | |
| **LISA KHOURY, Individually and on Behalf of all Others Similarly Situated,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | **Adversary No. 21-03041** |
| | § | |
| **GRIDDY ENERGY LLC and GRIDDY HOLDINGS LLC,** | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFFS' VOLUNTARY DISMISSAL ON ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE**

On this date the Court received Plaintiffs' Voluntary Dismissal on All Claims against Defendants and ORDERS this case dismissed with prejudice.

SIGNED on_____

_____
JUDGE PRESIDING