DocuSign Envelope ID: 236CFC19-DCD2-4404-922B-63ECE13C8D54



# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF <u>TEXAS</u>

**Debtor(s):**

<u>GRIDDY ENERGY LLC</u>

_____

_____

_____

**Case No.** <u>21-30923</u>

## Claim Withdrawal Form

I, <u>ALMA CASTANEDA</u>, Claimant, hereby withdraw claim number <u>3856</u>, for the following reason: _____
<u>GRIDDY ENERGY LLC WAS NOT MY UTILITY COMPANY.</u>

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the above referenced Debtor.

Dated: <u>AUGUST 31, 2021</u>

DocuSigned by:

*alma Castaneda*

A8F69FAE9C08469

Claimant's Signature