# **EXHIBIT C**

**Summary of Timekeepers for the
Period from April 5, 2021 through July 23, 2021**

DM_US 181979879-3.114480.0011

## Summary of Timekeepers for the
## Period April 5, 2021 through July 23, 2021

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| **PARTNERS & COUNSEL** | | | | |
| Charles R. Gibbs | Partner; Admitted in 1978; Corporate Advisory | 167.4 | $1,425 | $238,545.00 |
| Jane M Byrne | Partner; Admitted in 1989; Trial | 7.90 | $1,355 | $10,704.50 |
| Mark J. Mihanovic | Partner; Admitted in 1986; Corporate Advisory | 0.50 | $1,295 | $647.50 |
| Jean B. LeBlanc | Counsel; Admitted in 1987; Corporate Advisory | 0.3 | $1,165 | $349.50 |
| Evan Belosa | Partner; Admitted in 2002, Employee Benefits and Executive Compensation | 1.60 | $1,150 | $1,840.00 |
| Darren Azman | Partner; Admitted in 2011; Corporate Advisory | 280.1 | $1,085 | $303,908.50 |
| Monica Asher | Partner; Admitted in 2009; Trial | 54.50 | $1,085 | $59,132.50 |
| Rob M. Lamkin | Partner; Admitted in 1986; Energy Advisory | 9.50 | $1,075 | $10,212.50 |
| Sarah E. Bro | Partner; Admitted in 2009; Intellectual Property Prosecution, Transactions and Strategy | 2.90 | $1,055 | $3,059.50 |
| Jacob Hollinger | Partner; Admitted in 1999, Energy Advisory | .20 | $1,035 | $207.00 |
| Kristine Suh | Counsel; Admitted in 1997; Corporate Advisory | 28.40 | $895 | $25,418.00 |
| **ASSOCIATES** | | | | |
| Ellis B. Atkins | Associate; Admitted in 2014; Intellectual Property Prosecution, Transactions & Strategy | 1.0 | $910 | $910.00 |
| Jane A. Gerber | Associate; Admitted in 2014; Corporate Advisory | 2.1 | $910 | $1,911.00 |
| Blaine Adams | Associate; Admitted in 2016; Corporate Advisory | 58.7 | $850 | $49,895.00 |
| Shelby T. Perry | Associate; Admitted in 2018; Corporate Advisory | 28.6 | $745 | $21,307.00 |
| Natalie Rowles | Associate; Admitted in 2018; Corporate Advisory | 97.2 | $745 | $72,414.00 |

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Thomas DaMario | Associate; Admitted in 2018; Intellectual Property Litigation | 1.5 | $745 | $1,117.50 |
| Darren Yang | Associate; Admitted in 2020; Corporate Advisory | 415.5 | $655 | $272,152.50 |
| **PARAPROFESSIONALS** | | | | |
| Daniel Northrop | Paralegal; Corporate Advisory | 8.3 | $540 | $4,482.00 |
| Fred S. Lee | Technology Project Manager; McDermott Discovery | 7.2 | $430 | $3,096.00 |
| Cathy Greer | Paralegal; Corporate Advisory | 99.5 | $410 | $40,795.00 |
| Fitalesh Belayneh | Litigation Technology Data Analyst; McDermott Discovery | 5.0 | $210 | $1,050.00 |
| Daniel Valentino | Litigation Technology Data Analyst; McDermott Discovery | 0.8 | $210 | $168.00 |
| **TOTAL:** | | **1,278.7** | | **$1,123,322.50** |

DM_US 181979879-3.114480.0011