**EXHIBIT D**

**Statement of Fees by Project Category
for the Period April 5, 2021 through July 23, 2021**

DM_US 181979879-3.114480.0011

## Statement of Fees by Project Category
## for the Period April 5, 2021 through July 23, 2021

| Task Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| B110 | Case Administration | 60.7 | $68,008.00 |
| B120 | Asset Analysis and Recovery | 129.8 | $106,793.50 |
| B130 | Asset Disposition | 0.0 | $0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.0 | $0.0 |
| B150 | Creditor Meetings and Communication | 129.2 | $119,557.50 |
| B155 | Court Hearings | 58.6 | $50,802.00 |
| B160 | Fee/Employment Applications | 80.3 | $49,609.00 |
| B170 | Fee/Employment Objections | 3.8 | $3,160.50 |
| B180 | Avoidance Action Analysis | 0.00 | $0.00 |
| B185 | Assumption/Rejection of Leases | 8.7 | $7,411.50 |
| B190 | Other Contested Matters | 259.0 | $220,284.50 |
| B195 | Non-Working Travel | 0.0 | $0.00 |
| B210 | Business Operations | 1.4 | $1,132.00 |
| B220 | Employee Benefits and Pensions | 1.8 | $1,753.50 |
| B230 | Financing and Cash Collections | 38.1 | $32,899.50 |
| B240 | Tax Issues | 1.4 | $1,175.00 |
| B250 | Real Estate | 0.0 | $0.00 |
| B260 | Board of Directors Matters | 0.0 | $0.00 |
| B270 | Utilities | 0.0 | $0.00 |
| B280 | Vendor Matters | 0.0 | $0.00 |
| B290 | Insurance | 8.6 | $9,887.00 |
| B310 | Claims Administration & Objections | 12.4 | $12,516.00 |
| B320 | Plan and Disclosure Statement | 484.90 | $438,333.00 |
| B410 | Gen. Bankruptcy Advice/Opinions | 0.0 | $0.00 |
| B420 | Restructurings | 0.0 | $0.00 |
| B430 | Internal Investigation | 0.0 | $0.00 |
| B450 | Securities Law Issues | 0.0 | $0.00 |
| B460 | General Corporate | 0.0 | $0.00 |
| TOTAL | | 1,278.7 | $1,123,322.50 |