## EXHIBIT E

**Expense Summary for the
Period April 5, 2021 through July 23, 2021**

DM_US 181979879-3.114480.0011

## Expense Summary for the
## Period April 5, 2021 through July 23, 2021

## Expense Summary

| Category | Service Provider (if applicable) | Amount |
|---|---|---|
| Computer Assisted Research | Westlaw/Lexis/PACER | $8,279.20 |
| Computer Hosting Fees | Relativity | $204.48 |
| Computer Usage Charge – Data Review & Production Software | Relativity | $374.78 |
| Document Retrieval | Platinum Filings | $650.00 |
| Document Retrieval | CT Corporation | $700.00 |
| Document Services | Reliable | $329.34 |
| Express Mail | | $596.69 |
| Messenger/Courier | | $44.94 |
| Outside Copying | Reliable | $406.25 |
| **TOTAL** | | **$11,585.68** |