<u>**Exhibit A**</u>

<u>**Detailed Description of Province's Fees and Hours**</u>
<u>**During the Final Fee Period April 14, 2021 through July 23, 2021**</u>

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/14/2021 | Nathan Smith | Set up and organized a case DropBox. | Case Administration | 0.10 | 500.00 | $50.00 |
| 4/14/2021 | Nathan Smith | Analyzed the cost of the recently ordered key employee retention plan. | Court Filings | 0.30 | 500.00 | $150.00 |
| 4/14/2021 | David Dunn | Kick-off call with committee counsel. | Committee Activities | 0.80 | 980.00 | $784.00 |
| 4/14/2021 | Nathan Smith | Constructed working group list for case team. | Case Administration | 0.20 | 500.00 | $100.00 |
| 4/14/2021 | Nathan Smith | Coordinated internally to set up a case-dedicated macro distribution list for the full case team. | Case Administration | 0.10 | 500.00 | $50.00 |
| 4/15/2021 | Nathan Smith | Analyzed the UCC's outstanding 2004 motions. | Court Filings | 0.50 | 500.00 | $250.00 |
| 4/15/2021 | Joseph Berman | Analyzed provided information to create and write a diligence list. List provided to M. Robinson and N. Smith. | Business Analysis / Operations | 1.80 | 500.00 | $900.00 |
| 4/15/2021 | Nathan Smith | Made M. Robinson's requested edits to the diligence list. | Business Analysis / Operations | 0.10 | 500.00 | $50.00 |
| 4/15/2021 | Joseph Berman | Analysis of the Rule 2004 discovery requests provided by counsel. | Court Filings | 0.80 | 500.00 | $400.00 |
| 4/15/2021 | Crystal Obedoza | Run internal conflicts check from master list. | Fee / Employment Applications | 0.60 | 185.00 | $111.00 |
| 4/15/2021 | Nathan Smith | Audited J. Berman's draft of the diligence list. | Business Analysis / Operations | 0.30 | 500.00 | $150.00 |
| 4/15/2021 | Michael Robinson | Provided comments on the Griddy diligence list. | Business Analysis / Operations | 0.30 | 640.00 | $192.00 |
| 4/15/2021 | Nathan Smith | Provided feedback and comments for implication to J. Berman relating to his draft of the diligence list. | Business Analysis / Operations | 0.10 | 500.00 | $50.00 |
| 4/16/2021 | Crystal Obedoza | Began drafting retention app. | Fee / Employment Applications | 1.20 | 185.00 | $222.00 |
| 4/16/2021 | Joseph Berman | Created question list relating to pertinent information to be asked during next week's hearing. | Business Analysis / Operations | 2.20 | 500.00 | $1,100.00 |
| 4/16/2021 | Nathan Smith | Analyzed J. Berman's draft of the question list for the 341 meeting. | Committee Activities | 0.20 | 500.00 | $100.00 |
| 4/16/2021 | Nathan Smith | Plan meeting with J. Berman to discuss initial analysis and discuss which contents should be included in the first committee presentation. | Business Analysis / Operations | 0.50 | 500.00 | $250.00 |
| 4/16/2021 | Joseph Berman | Buildout of committee presentation for the week of April 19th. | Committee Activities | 1.40 | 500.00 | $700.00 |
| 4/16/2021 | Nathan Smith | Provided feedback to J. Berman on his draft of the 341 meeting question list. | Committee Activities | 0.10 | 500.00 | $50.00 |
| 4/16/2021 | Joseph Berman | Plan meeting with N. Smith to discuss initial analysis and discuss which contents should be included in the first committee presentation. | Business Analysis / Operations | 0.50 | 500.00 | $250.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/17/2021 | Joseph Berman | Analysis of the filed SOAL to build Excel sheets and Powerpoint slides for the upcoming committee presentation. | Business Analysis / Operations | 2.40 | 500.00 | $1,200.00 |
| 4/17/2021 | Michael Robinson | Suggested additions to the management question list. | Business Analysis / Operations | 0.30 | 640.00 | $192.00 |
| 4/18/2021 | Michael Robinson | Corresponded internally and send call agenda for first discussion with the Debtors. | Business Analysis / Operations | 0.20 | 640.00 | $128.00 |
| 4/18/2021 | Michael Robinson | Analyzed the monthly budget provided by the Debtors. | Business Analysis / Operations | 0.30 | 640.00 | $192.00 |
| 4/18/2021 | Joseph Berman | Analysis of the filed SOFA, with a focus on insider payments and 90-day payments, to summarize for inclusion in the committee presentation. | Business Analysis / Operations | 2.20 | 500.00 | $1,100.00 |
| 4/18/2021 | Nathan Smith | Audited J. Berman's draft of the committee presentation. | Committee Activities | 0.70 | 500.00 | $350.00 |
| 4/19/2021 | Joseph Berman | Revisions to Griddy Energy question list to present to management. | Business Analysis / Operations | 0.40 | 500.00 | $200.00 |
| 4/19/2021 | Michael Robinson | Discussion with J. Berman, N. Smith, and T. James analyzing and reviewing the committee presentation. | Committee Activities | 0.50 | 640.00 | $320.00 |
| 4/19/2021 | Joseph Berman | Analysis of the newly filed budget to build a summary Powerpoint slide and a bridge analysis slide for inclusion in the committee presentation. | Business Analysis / Operations | 1.40 | 500.00 | $700.00 |
| 4/19/2021 | Michael Robinson | Work through the Griddy committee presentation. | Committee Activities | 1.20 | 640.00 | $768.00 |
| 4/19/2021 | Tanner James | Audited and finalized the presentation to the Committee. | Committee Activities | 1.60 | 430.00 | $688.00 |
| 4/19/2021 | Nathan Smith | Discussion with M. Robinson, J. Berman, and T. James analyzing and reviewing the committee presentation. | Committee Activities | 0.50 | 500.00 | $250.00 |
| 4/19/2021 | Tanner James | Analysis of Griddy customer related files recently provided by counsel re: the customer bar date and settlement terms sheet. | Business Analysis / Operations | 0.70 | 430.00 | $301.00 |
| 4/19/2021 | Joseph Berman | Discussion with M. Robinson, N. Smith, and T. James analyzing and reviewing the committee presentation. | Committee Activities | 0.50 | 500.00 | $250.00 |
| 4/19/2021 | Tanner James | Discussion with M. Robinson, N. Smith, and J. Berman analyzing and reviewing the committee presentation. | Committee Activities | 0.50 | 430.00 | $215.00 |
| 4/19/2021 | Joseph Berman | Build-out of appendix slides for inclusion in committee presentation. | Committee Activities | 0.40 | 500.00 | $200.00 |
| 4/19/2021 | Tanner James | Development of the working group list. | Case Administration | 0.20 | 430.00 | $86.00 |
| 4/19/2021 | Nathan Smith | Finalized the committee presentation. | Committee Activities | 1.90 | 500.00 | $950.00 |
| 4/20/2021 | Michael Robinson | Provided update to counsel re: call with the Debtors and develop a go forward strategy. | Committee Activities | 0.60 | 640.00 | $384.00 |
| 4/20/2021 | Michael Robinson | Kick off call with company management. | Business Analysis / Operations | 1.00 | 640.00 | $640.00 |
| 4/20/2021 | Joseph Berman | Analysis of the Company provided liquidation analysis for potential inclusion in committee presentation. | Business Analysis / Operations | 0.60 | 500.00 | $300.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/20/2021 | Nathan Smith | Analyzed the newly provided organizational chart. | Business Analysis / Operations | 0.20 | 500.00 | $100.00 |
| 4/20/2021 | Michael Robinson | Attend the 341 meeting. | Committee Activities | 0.70 | 640.00 | $448.00 |
| 4/20/2021 | Nathan Smith | Analyzed existing patents and copyrights of Griddy, | Business Analysis / Operations | 0.30 | 500.00 | $150.00 |
| 4/20/2021 | Nathan Smith | Made additions to the diligence list. | Case Administration | 0.70 | 500.00 | $350.00 |
| 4/20/2021 | Nathan Smith | Drafted the executive summary slide of the committee presentation. | Committee Activities | 0.60 | 500.00 | $300.00 |
| 4/20/2021 | Joseph Berman | Call with management re: Province prepared diligence questions. | Business Analysis / Operations | 1.00 | 500.00 | $500.00 |
| 4/20/2021 | Nathan Smith | Analyzed the license agreement. | Business Analysis / Operations | 0.40 | 500.00 | $200.00 |
| 4/20/2021 | Nathan Smith | Made requested edits to the Griddy committee presentation. | Committee Activities | 0.20 | 500.00 | $100.00 |
| 4/21/2021 | Nathan Smith | Analyzed the draft disclosure statement objection and plan summary documents. | Plan and Disclosure Statement | 0.40 | 500.00 | $200.00 |
| 4/21/2021 | Nathan Smith | Analyzed the Virgin Island Term Sheet document circulated by counsel. | Business Analysis / Operations | 0.30 | 500.00 | $150.00 |
| 4/21/2021 | Michael Robinson | Multiple calls with D. Dunn re: case management. | Case Administration | 0.40 | 640.00 | $256.00 |
| 4/21/2021 | Beth Robinson | Continued to draft Griddy retention app; email same to M. Robinson (0.1) | Fee / Employment Applications | 2.10 | 225.00 | $472.50 |
| 4/21/2021 | David Dunn | Multiple calls with M. Robinson re: case management. | Case Administration | 0.40 | 980.00 | $392.00 |
| 4/21/2021 | Michael Robinson | Call with counsel to discuss case strategy. | Case Administration | 0.70 | 640.00 | $448.00 |
| 4/22/2021 | Michael Robinson | Participated in the Committee call and walk through the prepared presentation. | Committee Activities | 1.70 | 640.00 | $1,088.00 |
| 4/22/2021 | David Dunn | Multiple calls with M. Robinson re: case management. | Case Administration | 0.20 | 980.00 | $196.00 |
| 4/22/2021 | Michael Robinson | Call with the Debtors re: response to diligence questions. | Business Analysis / Operations | 0.50 | 640.00 | $320.00 |
| 4/22/2021 | Michael Robinson | Multiple calls with D. Azman re: disclosure statement objection. | Committee Activities | 0.40 | 640.00 | $256.00 |
| 4/22/2021 | Michael Robinson | Call with counsel to prepare for discussion with the Debtors. | Committee Activities | 0.50 | 640.00 | $320.00 |
| 4/22/2021 | Michael Robinson | Strategy discussion call with counsel. | Committee Activities | 0.50 | 640.00 | $320.00 |
| 4/22/2021 | Nathan Smith | Analyzed the license agreement for the Griddy Tech. | Business Analysis / Operations | 0.20 | 500.00 | $100.00 |
| 4/22/2021 | Nathan Smith | Analyzed the financial projections excel model. | Business Analysis / Operations | 1.20 | 500.00 | $600.00 |
| 4/22/2021 | Michael Robinson | Multiple calls with D. Dunn re: case management. | Case Administration | 0.20 | 640.00 | $128.00 |
| 4/23/2021 | Michael Robinson | Analyzed the final draft DS objection. | Plan and Disclosure Statement | 0.40 | 640.00 | $256.00 |
| 4/23/2021 | Michael Robinson | Multiple calls with counsel re: review of diligence. | Business Analysis / Operations | 0.40 | 640.00 | $256.00 |

3

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/23/2021 | Michael Robinson | Analyzed the internal summary of the Debtor provided diligence files. | Business Analysis / Operations | 0.30 | 640.00 | $192.00 |
| 4/23/2021 | Nathan Smith | Analyzed the newly uploaded files in the virtual data room. | Business Analysis / Operations | 1.10 | 500.00 | $550.00 |
| 4/23/2021 | Michael Robinson | Provided outline to team for developing a view on valuation for the technology assets. | Business Analysis / Operations | 0.40 | 640.00 | $256.00 |
| 4/24/2021 | Nathan Smith | Analyzed M. Robinson's file summary email memo. | Business Analysis / Operations | 0.60 | 500.00 | $300.00 |
| 4/25/2021 | David Dunn | Internal correspondence re: diligence. | Business Analysis / Operations | 0.50 | 980.00 | $490.00 |
| 4/26/2021 | Nathan Smith | Audited J. Berman's Macquarie Debt repayment analysis excel model. | Business Analysis / Operations | 0.80 | 500.00 | $400.00 |
| 4/26/2021 | Nathan Smith | Implemented feedback on the annotated diligence list for counsel's review. | Business Analysis / Operations | 0.50 | 500.00 | $250.00 |
| 4/26/2021 | Michael Robinson | Strategy session with D. Dunn. | Business Analysis / Operations | 0.20 | 640.00 | $128.00 |
| 4/26/2021 | Michael Robinson | Multiple calls with counsel re: diligence requests. | Business Analysis / Operations | 0.20 | 640.00 | $128.00 |
| 4/26/2021 | Nathan Smith | Provided feedback to counsel on its draft of the 2004 motion. | Court Filings | 0.60 | 500.00 | $300.00 |
| 4/26/2021 | Nathan Smith | Coordinated missing items on the diligence list with counsel for implementation into the 2004. | Court Filings | 0.30 | 500.00 | $150.00 |
| 4/26/2021 | Joseph Berman | Analysis of diligence items posted on April 23rd to assess critical items and summarize for the broader Province team. | Business Analysis / Operations | 0.80 | 500.00 | $400.00 |
| 4/26/2021 | Joseph Berman | Analysis of historical events in the relationship between Griddy, Macquarie, and other parties to display an accurate representation of events from incorporation of the business to the Chapter 11 filing. | Business Analysis / Operations | 0.80 | 500.00 | $400.00 |
| 4/26/2021 | Nathan Smith | Audited J. Berman's draft of the committee presentation. | Committee Activities | 1.20 | 500.00 | $600.00 |
| 4/26/2021 | David Dunn | Strategy session with M. Robinson. | Business Analysis / Operations | 0.20 | 980.00 | $196.00 |
| 4/26/2021 | Nathan Smith | Analyzed the outstanding items on the diligence list. | Business Analysis / Operations | 0.70 | 500.00 | $350.00 |
| 4/26/2021 | Michael Robinson | Analyzed the internal committee presentation. | Committee Activities | 0.60 | 640.00 | $384.00 |
| 4/27/2021 | Joseph Berman | Analysis of Griddy payments sent to Macquarie from January 2021 to March 2021. | Business Analysis / Operations | 1.20 | 500.00 | $600.00 |
| 4/27/2021 | Nathan Smith | Reviewed D. Yang's draft of the interrogatories. | Business Analysis / Operations | 0.30 | 500.00 | $150.00 |
| 4/27/2021 | Michael Robinson | Multiple calls with D. Dunn re: case updates and strategy. | Business Analysis / Operations | 0.60 | 640.00 | $384.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/27/2021 | Tanner James | Audit J. Berman's creditor relationship presentation re: development of the presentation to the Committee. | Committee Activities | 0.70 | 430.00 | $301.00 |
| 4/27/2021 | Joseph Berman | Finalization and distribution of question list to M. Robinson and N. Smith. | Business Analysis / Operations | 0.80 | 500.00 | $400.00 |
| 4/27/2021 | David Dunn | Multiple calls with M. Robinson re: case updates and strategy. | Business Analysis / Operations | 0.60 | 980.00 | $588.00 |
| 4/27/2021 | Nathan Smith | Made direct edits to the Griddy committee presentation. | Committee Activities | 1.50 | 500.00 | $750.00 |
| 4/27/2021 | Nathan Smith | Analyzed J. Berman's question list relating to the upcoming Macquarie call. | Business Analysis / Operations | 0.70 | 500.00 | $350.00 |
| 4/27/2021 | Joseph Berman | Build-out of Committee Presentation slides analyzing the relationship between Griddy and Macquarie. Slides were not used in that week's Committee Presentation and will be used in mid-May 2021. | Committee Activities | 1.80 | 500.00 | $900.00 |
| 4/28/2021 | Michael Robinson | Make additions to the Macquarie question list. | Business Analysis / Operations | 0.70 | 640.00 | $448.00 |
| 4/28/2021 | Nathan Smith | Analyzed the DWELL technologies IP transfer files. | Business Analysis / Operations | 0.90 | 500.00 | $450.00 |
| 4/28/2021 | Tanner James | Development of the TechCo valuation analysis model based on the Company's financial projection model. | Business Analysis / Operations | 2.30 | 430.00 | $989.00 |
| 4/28/2021 | Michael Robinson | Analyze valuation considerations for the technology assets. | Business Analysis / Operations | 0.60 | 640.00 | $384.00 |
| 4/28/2021 | Tanner James | Analysis of the Company's financial projection model re: valuation of the Company's IP. | Business Analysis / Operations | 2.10 | 430.00 | $903.00 |
| 4/28/2021 | David Dunn | Make additions to the Macquarie question list. | Business Analysis / Operations | 0.70 | 980.00 | $686.00 |
| 4/28/2021 | Tanner James | Development of the TechCo valuation slides and exhibits. | Committee Activities | 1.20 | 430.00 | $516.00 |
| 4/28/2021 | Tanner James | Analyzed J. Berman's TechCo valuation report. | Business Analysis / Operations | 0.70 | 430.00 | $301.00 |
| 4/28/2021 | Tanner James | Final print and review of the presentation to the Committee. | Committee Activities | 1.90 | 430.00 | $817.00 |
| 4/28/2021 | Joseph Berman | Analysis of precedent Saas and mobile app transactions and NextEra Energy and Vistra Energy research and valuation reports to apply multiples to the technology assets of Griddy Energy and its affiliates for valuation purposes. | Business Analysis / Operations | 2.20 | 500.00 | $1,100.00 |
| 4/30/2021 | Michael Robinson | Participated in pre call (0.2) and call with Macquarie counsel re: question list (1.1). | Business Analysis / Operations | 1.30 | 640.00 | $832.00 |
| 4/30/2021 | Michael Robinson | Participate in the committee pre call (0.1) and committee call (0.7). | Committee Activities | 0.80 | 640.00 | $512.00 |
| 4/30/2021 | Nathan Smith | Analyzed the current draft of the IP valuation slides. | Business Analysis / Operations | 1.30 | 500.00 | $650.00 |
| 4/30/2021 | Joseph Berman | Additions to previously built-out Griddy/Macquarie relationship slides for committee presentations, based on developments from the 4/30 call. | Committee Activities | 1.20 | 500.00 | $600.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/30/2021 | David Dunn | Participate in the committee pre call (0.1) and committee call (0.7). | Committee Activities | 0.80 | 980.00 | $784.00 |
| 4/30/2021 | Nathan Smith | Analyzed the current draft of the IP technology valuation excel model. | Business Analysis / Operations | 1.40 | 500.00 | $700.00 |
| 4/30/2021 | David Dunn | Participated in pre call (0.2) and call with Macquarie counsel re: question list (1.1). | Business Analysis / Operations | 1.30 | 980.00 | $1,274.00 |
| 4/30/2021 | Nathan Smith | Analyzed email correspondence relating to the presentation materials for Macquarie. | Business Analysis / Operations | 0.30 | 500.00 | $150.00 |
| 5/1/2021 | Tanner James | Analysis of the Company's filed MORs. | Business Analysis / Operations | 1.70 | 430.00 | $731.00 |
| 5/3/2021 | Michael Robinson | Project a forward looking projection model to assess insolvency scenarios. | Business Analysis / Operations | 2.40 | 640.00 | $1,536.00 |
| 5/3/2021 | Michael Robinson | Provide comments on the committee presentation. | Committee Activities | 0.90 | 640.00 | $576.00 |
| 5/3/2021 | Joseph Berman | Analysis of Macquarie 90-day payment reconciliation grid for summarization for the Committee and inclusion in the upcoming Committee presentation. | Business Analysis / Operations | 1.60 | 500.00 | $800.00 |
| 5/3/2021 | Joseph Berman | Analysis of diligence items received to date and currently outstanding items to update our diligence list tracker and provide up-to-date information to the broader Province team. | Business Analysis / Operations | 1.20 | 500.00 | $600.00 |
| 5/3/2021 | Nathan Smith | Analyzed the Macquarie claim recon file provided by the lender to respond to counsel's question. | Claims Analysis and Objections | 1.60 | 500.00 | $800.00 |
| 5/3/2021 | Joseph Berman | Outlined committee presentation deck ahead of internal discussion re: same. | Committee Activities | 0.20 | 500.00 | $100.00 |
| 5/3/2021 | Nathan Smith | Discussion with N. Rowles from counsel relating to the Macquarie secured claim. | Claims Analysis and Objections | 0.20 | 500.00 | $100.00 |
| 5/3/2021 | Michael Robinson | Review data room files. | Business Analysis / Operations | 0.70 | 640.00 | $448.00 |
| 5/3/2021 | Joseph Berman | Valuation analysis of Griddy Technologies IP and patents for summarization in the Committee presentation. | Business Analysis / Operations | 1.20 | 500.00 | $600.00 |
| 5/3/2021 | Nathan Smith | Reviewed email correspondence from counsel relating to the Macquarie secured claim. | Claims Analysis and Objections | 0.10 | 500.00 | $50.00 |
| 5/4/2021 | Joseph Berman | Meeting with D. Dunn and M. Robinson regarding updates on diligence information provided and next steps. | Business Analysis / Operations | 0.60 | 500.00 | $300.00 |
| 5/4/2021 | Joseph Berman | Analysis of Macquarie legal invoices. | Business Analysis / Operations | 0.80 | 500.00 | $400.00 |
| 5/4/2021 | Michael Robinson | Prepare an analysis for the Macquarie payments. | Business Analysis / Operations | 2.30 | 640.00 | $1,472.00 |
| 5/4/2021 | Nathan Smith | Made revisions to the Macquarie settlement presentation. | Business Analysis / Operations | 1.50 | 500.00 | $750.00 |
| 5/4/2021 | Michael Robinson | Internal call re: valuation and presentation. | Business Analysis / Operations | 0.60 | 640.00 | $384.00 |
| 5/4/2021 | David Dunn | Meeting with M. Robinson and J. Berman regarding updates on diligence information provided and next steps. | Business Analysis / Operations | 0.60 | 980.00 | $588.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/4/2021 | Joseph Berman | Write-up and distribution of memo to the broader Province team outlining work completed, diligence items pending, and next steps. | Business Analysis / Operations | 0.80 | 500.00 | $400.00 |
| 5/4/2021 | Nathan Smith | Analyzed the provided Macquarie legal invoices. | Business Analysis / Operations | 0.20 | 500.00 | $100.00 |
| 5/4/2021 | Nathan Smith | Analyzed the Macquarie claim recon file to audit its outstanding claim. | Claims Analysis and Objections | 1.20 | 500.00 | $600.00 |
| 5/4/2021 | Michael Robinson | Work through valuation analysis. | Business Analysis / Operations | 0.60 | 640.00 | $384.00 |
| 5/5/2021 | Tanner James | Audit J. Berman's valuation rider slides re: development of the presentation to the Committee. | Committee Activities | 0.90 | 430.00 | $387.00 |
| 5/5/2021 | Nathan Smith | Analyzed email correspondence from Macquarie relating to their claim calculations. | Claims Analysis and Objections | 0.10 | 500.00 | $50.00 |
| 5/5/2021 | David Dunn | Professional call with counsel to discuss settlement. | Business Analysis / Operations | 0.50 | 980.00 | $490.00 |
| 5/5/2021 | Nathan Smith | Constructed new global settlement term sheet for the settlement presentation. | Business Analysis / Operations | 1.30 | 500.00 | $650.00 |
| 5/5/2021 | Nathan Smith | Constructed internal memo relating to the proposed treatment of Macquarie in the global settlement term sheet. | Business Analysis / Operations | 0.50 | 500.00 | $250.00 |
| 5/5/2021 | Tanner James | Development of the settlement term sheet with Macquarie. | Business Analysis / Operations | 0.60 | 430.00 | $258.00 |
| 5/5/2021 | David Dunn | Internal call to discuss the global settlement proposal. | Business Analysis / Operations | 0.60 | 980.00 | $588.00 |
| 5/5/2021 | Joseph Berman | Meeting with M. Robinson, N. Smith, and T. James regarding information to be disseminated to the Committee. | Business Analysis / Operations | 0.60 | 500.00 | $300.00 |
| 5/5/2021 | Michael Robinson | Professional call with counsel to discuss settlement. | Business Analysis / Operations | 0.50 | 640.00 | $320.00 |
| 5/5/2021 | Michael Robinson | Prepare a simplified recovery analysis. | Business Analysis / Operations | 1.70 | 640.00 | $1,088.00 |
| 5/5/2021 | Nathan Smith | Analyzed email correspondence relating to the global settlement. | Business Analysis / Operations | 0.30 | 500.00 | $150.00 |
| 5/5/2021 | Joseph Berman | Drafted memo to internal team re: case updates. | Business Analysis / Operations | 0.60 | 500.00 | $300.00 |
| 5/5/2021 | Joseph Berman | Revisions to the Griddy Macquarie deck based on comments provided by counsel. | Business Analysis / Operations | 0.40 | 500.00 | $200.00 |
| 5/5/2021 | Michael Robinson | Analyze the latest files uploaded to the data room. | Business Analysis / Operations | 2.40 | 640.00 | $1,536.00 |
| 5/5/2021 | Nathan Smith | Analyzed counsel's proposed changes to the plan worksheet. | Business Analysis / Operations | 0.20 | 500.00 | $100.00 |
| 5/5/2021 | Nathan Smith | Made requested changes to the Macquarie settlement presentation. | Business Analysis / Operations | 0.70 | 500.00 | $350.00 |
| 5/5/2021 | Tanner James | Assessed J. Berman's case update memo. | Business Analysis / Operations | 0.20 | 430.00 | $86.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/5/2021 | Nathan Smith | Analyzed the revised Macquarie settlement presentation from MWE. | Business Analysis / Operations | 0.90 | 500.00 | $450.00 |
| 5/5/2021 | Michael Robinson | Internal call to discuss the global settlement proposal. | Business Analysis / Operations | 0.60 | 640.00 | $384.00 |
| 5/6/2021 | Joseph Berman | Drafted memo on intercreditor relationship to D. Yang and counsel. | Business Analysis / Operations | 0.80 | 500.00 | $400.00 |
| 5/6/2021 | Michael Robinson | Review the master credit agreement and related files. | Business Analysis / Operations | 1.70 | 640.00 | $1,088.00 |
| 5/6/2021 | Michael Robinson | Outline the committee presentation. | Committee Activities | 1.30 | 640.00 | $832.00 |
| 5/6/2021 | Joseph Berman | Analysis of debtor and non-debtor bank accounts and collateral claims. | Business Analysis / Operations | 1.40 | 500.00 | $700.00 |
| 5/6/2021 | Michael Robinson | Correspond with Macquarie relating to requested diligence. | Business Analysis / Operations | 0.30 | 640.00 | $192.00 |
| 5/6/2021 | Michael Robinson | Draft slides for the committee presentation. | Committee Activities | 2.70 | 640.00 | $1,728.00 |
| 5/7/2021 | Michael Robinson | Analyze the convertible note agreement. | Business Analysis / Operations | 0.70 | 640.00 | $448.00 |
| 5/7/2021 | Nathan Smith | Analyzed the revised plan settlement presentation. | Business Analysis / Operations | 1.00 | 500.00 | $500.00 |
| 5/7/2021 | Nathan Smith | Analyzed the Debtors response to the 2004 interrogatories. | Business Analysis / Operations | 0.40 | 500.00 | $200.00 |
| 5/7/2021 | Nathan Smith | Analyzed the convertible note purchase agreement. | Business Analysis / Operations | 0.80 | 500.00 | $400.00 |
| 5/8/2021 | Nathan Smith | Reviewed the revised version of the Macquarie settlement presentation. | Business Analysis / Operations | 0.30 | 500.00 | $150.00 |
| 5/8/2021 | David Dunn | Call with M. Robinson discussing the presentation and general case strategy. | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 5/8/2021 | Michael Robinson | Update the Macquarie settlement presentation. | Business Analysis / Operations | 1.30 | 640.00 | $832.00 |
| 5/8/2021 | Michael Robinson | Call with D. Dunn discussing the presentation and general case strategy. | Business Analysis / Operations | 0.40 | 640.00 | $256.00 |
| 5/10/2021 | Tanner James | Development of the revised Macquarie settlement deck to include counsel's feedback. | Business Analysis / Operations | 0.80 | 430.00 | $344.00 |
| 5/10/2021 | Tanner James | Audit and Development of J. Berman's Macquarie settlement analysis. | Business Analysis / Operations | 1.40 | 430.00 | $602.00 |
| 5/10/2021 | Michael Robinson | Implemented counsel's recommended changes to the committee presentation. | Committee Activities | 0.40 | 640.00 | $256.00 |
| 5/10/2021 | Joseph Berman | Build-out of recovery models/sensitivities based on ERCOT claim amount, Macquarie recoveries, and various cash contributions. | Business Analysis / Operations | 2.20 | 500.00 | $1,100.00 |
| 5/10/2021 | Nathan Smith | Analyzed the new files relating to the Macquarie claim to answer counsel's inquiry relating to the claim amount. | Claims Analysis and Objections | 1.50 | 500.00 | $750.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/10/2021 | Tanner James | Assessed counsel's redline and revised Macquarie settlement presentation. | Business Analysis / Operations | 1.30 | 430.00 | $559.00 |
| 5/10/2021 | Joseph Berman | Drafted response to M. Robinson outlining action items for the week and current progress/next steps. | Business Analysis / Operations | 0.40 | 500.00 | $200.00 |
| 5/10/2021 | Nathan Smith | Audited J. Berman's draft of the cash settlement sensitivity excel model. | Business Analysis / Operations | 1.30 | 500.00 | $650.00 |
| 5/10/2021 | Michael Robinson | Analyze the latest draft of the recovery waterfall. | Business Analysis / Operations | 0.60 | 640.00 | $384.00 |
| 5/11/2021 | Nathan Smith | Analyzed counsel's potential claim memo. | Claims Analysis and Objections | 0.90 | 500.00 | $450.00 |
| 5/11/2021 | Nathan Smith | Analyzed counsel's lien perfection analysis. | Business Analysis / Operations | 0.80 | 500.00 | $400.00 |
| 5/11/2021 | Michael Robinson | Analyze the Griddy payment reconciliation. | Business Analysis / Operations | 0.70 | 640.00 | $448.00 |
| 5/11/2021 | Michael Robinson | Analyze the lien perfection and claims memo prepared by counsel. | Claims Analysis and Objections | 2.10 | 640.00 | $1,344.00 |
| 5/11/2021 | Nathan Smith | Constructed response to counsel's question relating to previous memo on Macquarie claim. | Claims Analysis and Objections | 1.10 | 500.00 | $550.00 |
| 5/12/2021 | Nathan Smith | Analyzed J. Berman's status update email memo. | Case Administration | 0.10 | 500.00 | $50.00 |
| 5/12/2021 | Nathan Smith | Analyzed the expected administrative burn of the case continuing. | Case Administration | 1.60 | 500.00 | $800.00 |
| 5/12/2021 | Michael Robinson | Analyze proposed deposition questions and consider additions. | Business Analysis / Operations | 0.60 | 640.00 | $384.00 |
| 5/12/2021 | Michael Robinson | Provide comments on the recovery waterfall. | Business Analysis / Operations | 0.40 | 640.00 | $256.00 |
| 5/12/2021 | Joseph Berman | Drafted memo detailing status update/next steps for the remainder of the week distributed to the broader Province team. | Business Analysis / Operations | 0.20 | 500.00 | $100.00 |
| 5/12/2021 | Joseph Berman | Build-out of Macquarie Settlement deck to distribute to the broader Province team and counsel. | Business Analysis / Operations | 2.40 | 500.00 | $1,200.00 |
| 5/12/2021 | Joseph Berman | Corresponded with M. Robinson re: questions regarding Macquarie treatment. | Business Analysis / Operations | 0.20 | 500.00 | $100.00 |
| 5/12/2021 | Michael Robinson | Work through developing the committee presentation. | Business Analysis / Operations | 1.30 | 640.00 | $832.00 |
| 5/12/2021 | Nathan Smith | Constructed a recovery sensitivity overview presentation. | Business Analysis / Operations | 1.10 | 500.00 | $550.00 |
| 5/12/2021 | David Dunn | Participate in the professionals call with counsel. | Business Analysis / Operations | 0.80 | 980.00 | $784.00 |
| 5/12/2021 | Nathan Smith | Provided feedback to J. Berman on his revisions to the global settlement presentation. | Business Analysis / Operations | 0.30 | 500.00 | $150.00 |
| 5/12/2021 | Michael Robinson | Participate in the professionals call with counsel. | Business Analysis / Operations | 0.80 | 640.00 | $512.00 |
| 5/13/2021 | Nathan Smith | Analyze the entity level general ledgers re: sub con. | Business Analysis / Operations | 1.00 | 500.00 | $500.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/13/2021 | Michael Robinson | Analyze the Debtor financial records file. | Business Analysis / Operations | 0.30 | 640.00 | $192.00 |
| 5/13/2021 | Michael Robinson | Review the deposition transcripts. | Business Analysis / Operations | 0.70 | 640.00 | $448.00 |
| 5/13/2021 | Tanner James | Audit and finalize the revised Griddy Macquarie settlement presentation. | Business Analysis / Operations | 1.10 | 430.00 | $473.00 |
| 5/13/2021 | Michael Robinson | Participate in the weekly committee call. | Business Analysis / Operations | 0.80 | 640.00 | $512.00 |
| 5/13/2021 | David Dunn | Participate in the weekly committee call. | Business Analysis / Operations | 0.80 | 980.00 | $784.00 |
| 5/13/2021 | Michael Robinson | Respond to a committee member's questions. | Committee Activities | 0.30 | 640.00 | $192.00 |
| 5/13/2021 | Nathan Smith | Analyzed the entity level trial balances re: sub con. | Business Analysis / Operations | 0.90 | 500.00 | $450.00 |
| 5/13/2021 | Nathan Smith | Made counsel's requested change to the settlement presentation. | Business Analysis / Operations | 0.30 | 500.00 | $150.00 |
| 5/13/2021 | Michael Robinson | Make adjustments to the settlement proposal. | Business Analysis / Operations | 1.30 | 640.00 | $832.00 |
| 5/14/2021 | David Dunn | Attend the settlement pre call with counsel. | Business Analysis / Operations | 0.50 | 980.00 | $490.00 |
| 5/14/2021 | David Dunn | Participate in the all hands settlement discussion call. | Business Analysis / Operations | 0.80 | 980.00 | $784.00 |
| 5/14/2021 | Michael Robinson | Attend the settlement pre call with counsel. | Business Analysis / Operations | 0.50 | 640.00 | $320.00 |
| 5/14/2021 | Michael Robinson | Participate in the all hands settlement discussion call. | Business Analysis / Operations | 0.80 | 640.00 | $512.00 |
| 5/14/2021 | Michael Robinson | Participate in the debrief call with counsel. | Business Analysis / Operations | 0.40 | 640.00 | $256.00 |
| 5/14/2021 | David Dunn | Participate in the debrief call with counsel. | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 5/15/2021 | Nathan Smith | Analyzed data room for information relating to the calculation of Macquarie's outstanding $1.4 million claim. | Claims Analysis and Objections | 1.90 | 500.00 | $950.00 |
| 5/15/2021 | Nathan Smith | Analyzed the ISDA power purchase agreement between Macquarie and the Debtor and its non-debtor affiliates. | Business Analysis / Operations | 1.60 | 500.00 | $800.00 |
| 5/15/2021 | Nathan Smith | Continued analyzing data room files for information relating to the calculation of Macquarie's outstanding $1.4 million secured claim (session 2). | Claims Analysis and Objections | 1.80 | 500.00 | $900.00 |
| 5/16/2021 | Nathan Smith | Construct upcoming week's internal task list. | Case Administration | 0.40 | 500.00 | $200.00 |
| 5/16/2021 | Nathan Smith | Analyzed the objections prepared by counsel. | Court Filings | 1.10 | 500.00 | $550.00 |
| 5/16/2021 | Nathan Smith | Reconcile the Macquarie Payment Recon excel file with the terms laid out in its power purchase agreement with the company. | Business Analysis / Operations | 1.40 | 500.00 | $700.00 |

10

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/16/2021 | Michael Robinson | Analyze objections prepared by counsel. | Court Filings | 2.30 | 640.00 | $1,472.00 |
| 5/16/2021 | Michael Robinson | Analyze the latest diligence files uploaded to the folder. | Business Analysis / Operations | 2.70 | 640.00 | $1,728.00 |
| 5/16/2021 | Nathan Smith | Began construction of a plan recovery model to analyze potential settlements. | Business Analysis / Operations | 1.30 | 500.00 | $650.00 |
| 5/17/2021 | Nathan Smith | Analyzed the Griddy settlement discussion notes. | Business Analysis / Operations | 0.50 | 500.00 | $250.00 |
| 5/17/2021 | Nathan Smith | Drafted a email memo to respond to counsel's questions relating to the Macquarie preference claims. | Claims Analysis and Objections | 0.70 | 500.00 | $350.00 |
| 5/17/2021 | David Dunn | Attend the all hands settlement discussion. | Business Analysis / Operations | 0.90 | 980.00 | $882.00 |
| 5/17/2021 | Nathan Smith | Made edits to internal plan settlement proposal to reflect latest proposals. | Business Analysis / Operations | 2.00 | 500.00 | $1,000.00 |
| 5/17/2021 | Nathan Smith | Analyzed the Debtor counter-proposal. | Business Analysis / Operations | 0.80 | 500.00 | $400.00 |
| 5/17/2021 | Nathan Smith | Analyzed the draft motion for derivative standing. | Court Filings | 0.90 | 500.00 | $450.00 |
| 5/17/2021 | Michael Robinson | Adjust the recovery analysis for the settlement offer. | Business Analysis / Operations | 0.60 | 640.00 | $384.00 |
| 5/17/2021 | Nathan Smith | Attend the all hands settlement discussion. | Business Analysis / Operations | 0.90 | 500.00 | $450.00 |
| 5/17/2021 | Nathan Smith | Drafted email memo relating to the plan proposal recoveries. | Plan and Disclosure Statement | 0.40 | 500.00 | $200.00 |
| 5/17/2021 | Nathan Smith | Updated the recovery excel model to reflect counsel's deal assumptions. | Business Analysis / Operations | 1.00 | 500.00 | $500.00 |
| 5/17/2021 | Nathan Smith | Revised the admin expense projections and recovery excel model. | Business Analysis / Operations | 0.80 | 500.00 | $400.00 |
| 5/17/2021 | Nathan Smith | Constructed a recovery excel model to analyze the plan proposals. | Business Analysis / Operations | 1.80 | 500.00 | $900.00 |
| 5/17/2021 | Michael Robinson | Attend the all hands settlement discussion. | Business Analysis / Operations | 0.90 | 640.00 | $576.00 |
| 5/17/2021 | Nathan Smith | Analyzed email correspondence from counsel relating to the counterproposal. | Business Analysis / Operations | 0.10 | 500.00 | $50.00 |
| 5/18/2021 | Michael Robinson | Participate in the committee call. | Committee Activities | 1.40 | 640.00 | $896.00 |
| 5/18/2021 | Nathan Smith | Analyze and respond to various deal-related questions from counsel and the UCC members. | Committee Activities | 0.90 | 500.00 | $450.00 |
| 5/18/2021 | Nathan Smith | Made requested edits to the recovery excel model to reflect latest contemplated settlement. | Business Analysis / Operations | 1.10 | 500.00 | $550.00 |
| 5/18/2021 | Nathan Smith | Draft response to counsel's question relating to the Macquarie letters of credit. | Business Analysis / Operations | 0.20 | 500.00 | $100.00 |
| 5/18/2021 | David Dunn | Participate in the committee call. | Committee Activities | 1.40 | 980.00 | $1,372.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/18/2021 | Nathan Smith | Made revisions to the output page of the recovery excel model for circulation to the UCC. | Committee Activities | 1.30 | 500.00 | $650.00 |
| 5/18/2021 | Nathan Smith | Constructed Macquarie preference analysis summary excel model for circulation to counsel. | Business Analysis / Operations | 1.20 | 500.00 | $600.00 |
| 5/18/2021 | Nathan Smith | Attend and take notes on the committee call. | Committee Activities | 1.40 | 500.00 | $700.00 |
| 5/18/2021 | Michael Robinson | Prepare revisions to the waterfall analysis. | Business Analysis / Operations | 1.70 | 640.00 | $1,088.00 |
| 5/18/2021 | Nathan Smith | Analyzed and supplemented counsel's written responses to questions from the UCC members. | Committee Activities | 0.30 | 500.00 | $150.00 |
| 5/18/2021 | Nathan Smith | Construct email responses to the UCC member's question list. | Committee Activities | 0.60 | 500.00 | $300.00 |
| 5/18/2021 | Nathan Smith | Audited the latest recovery model output circulated to the UCC. | Committee Activities | 0.40 | 500.00 | $200.00 |
| 5/18/2021 | Michael Robinson | Develop an analysis around the Macquarie payment detail. | Business Analysis / Operations | 2.60 | 640.00 | $1,664.00 |
| 5/18/2021 | Nathan Smith | Analyzed counsel's memo relating to the calculation of Macquarie's claim and the structure of its facility. | Claims Analysis and Objections | 0.20 | 500.00 | $100.00 |
| 5/18/2021 | Nathan Smith | Analyzed email question list from UCC member. | Committee Activities | 0.10 | 500.00 | $50.00 |
| 5/18/2021 | Nathan Smith | Further revised the recovery model to implement further revised deal assumptions. | Committee Activities | 0.60 | 500.00 | $300.00 |
| 5/18/2021 | Nathan Smith | Analyzed one of the committee member's comments to the proposed settlement. | Committee Activities | 0.40 | 500.00 | $200.00 |
| 5/19/2021 | Michael Robinson | Attend the internal pre settlement call discussion. | Business Analysis / Operations | 0.70 | 640.00 | $448.00 |
| 5/19/2021 | David Dunn | Participate in the committee call. | Committee Activities | 1.20 | 980.00 | $1,176.00 |
| 5/19/2021 | Nathan Smith | Update the recovery excel model with the terms put forth in the latest settlement. | Business Analysis / Operations | 0.60 | 500.00 | $300.00 |
| 5/19/2021 | Michael Robinson | Participate in the committee call. | Committee Activities | 1.20 | 640.00 | $768.00 |
| 5/19/2021 | Michael Robinson | Participate in the committee settlement update call. | Business Analysis / Operations | 0.60 | 640.00 | $384.00 |
| 5/19/2021 | Nathan Smith | Analyzed the finalized version of the proposal that was circulated to the Debtor and Macquarie. | Business Analysis / Operations | 0.20 | 500.00 | $100.00 |
| 5/19/2021 | David Dunn | Attend the internal pre settlement call discussion. | Business Analysis / Operations | 0.70 | 980.00 | $686.00 |
| 5/19/2021 | Nathan Smith | Analyzed counsel's settlement email memo. | Business Analysis / Operations | 0.10 | 500.00 | $50.00 |
| 5/19/2021 | David Dunn | Participate in the committee settlement update call. | Business Analysis / Operations | 0.60 | 980.00 | $588.00 |
| 5/20/2021 | Nathan Smith | Analyzed counsel's red-line to the disclosure statement and chapter 11 plan of reorg. | Plan and Disclosure Statement | 0.60 | 500.00 | $300.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/20/2021 | Nathan Smith | Analyzed the revised plan of reorganization circulated by the Debtors. | Plan and Disclosure Statement | 1.00 | 500.00 | $500.00 |
| 5/20/2021 | Michael Robinson | Analyze the updated plan settlement. | Business Analysis / Operations | 0.90 | 640.00 | $576.00 |
| 5/20/2021 | Michael Robinson | Adjust the fee application for duplicative or erroneous entries. | Fee / Employment Applications | 1.30 | 640.00 | $832.00 |
| 5/22/2021 | Nathan Smith | Analyzed the revised disclosure statement and plan of reorganization. | Plan and Disclosure Statement | 1.20 | 500.00 | $600.00 |
| 5/24/2021 | Michael Robinson | Participate in the committee meeting. | Committee Activities | 0.50 | 640.00 | $320.00 |
| 5/26/2021 | Eric Mattson | Corresponded internally re: first fee statement. | Fee / Employment Applications | 0.20 | 200.00 | $40.00 |
| 5/26/2021 | Michael Robinson | Scrub the April time entries for duplicate or erroneous time. | Fee / Employment Applications | 1.40 | 640.00 | $896.00 |
| 5/27/2021 | Eric Mattson | Drafted April fee app (2.2). Emailed to D. Dunn and M. Robinson for review (0.1). | Fee / Employment Applications | 2.30 | 200.00 | $460.00 |
| 6/10/2021 | Michael Robinson | All hands Committee call and discussion around plan administrator selection. | Committee Activities | 1.80 | 640.00 | $1,152.00 |
| 6/21/2021 | Michael Robinson | Attended the committee call. | Committee Activities | 0.90 | 640.00 | $576.00 |
| 6/28/2021 | Eric Mattson | Drafted May fee statement (1.8). Emailed to D. Dunn and M. Robinson for review (0.1). | Fee / Employment Applications | 1.90 | 200.00 | $380.00 |
| 6/29/2021 | Michael Robinson | Final record of the second monthly fee statement. | Fee / Employment Applications | 0.70 | 640.00 | $448.00 |