Daniel C. Durand III
DURAND & ASSOCIATES, P.C.
522 Edmonds, Suite 101
Lewisville, Texas 75067
(972) 221-5655
Attorney for Residential Creditors
durand@durandlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) ) ) ) | Chapter 11 |
| GRIDDY ENERGY, LLC, | ) ) | Case No. 21-30923 (MI) |
| Debtor . | ) ) ) |  |

## ORDER TO ALLOW LATE-FILED CLAIMS FOR EXCUSABLE NEGLECT

The Amended Motion of Diane Weaver and Gregory Allen True to Extend Deadline and Allow Late-Filed Claims for Excusable Neglect came for consideration before this court, and for good cause shown, said Amended Motion is GRANTED.

Weaver and True's Proof of Claim for $5,662.00 shall be allowed to be filed beyond the July 19, 2021 deadline for reasons stated in the Motion.

IT IS SO ORDERED.

SIGNED: _____

_____
MARVIN ISGUR
BANKRUPTCY JUDGE