**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **Griddy Energy LLC,** ) | **Case No. 21-30923 (MI)** |
| ) | |
| **Debtor.** ) | |

**CERTIFICATE OF SERVICE**

I, Nathaniel Repko, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On August 24, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A,** and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Fourth Monthly Fee Statement of Baker Botts L.L.P. for Compensation and Reimbursement of Expenses for the Period from July 1, 2021 Through July 23, 2021** (Docket No. 405)

- **First Interim and Final Application of Baker Botts L.L.P. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor for the Period from March 15, 2021 Through and Including July 23, 2021** (Docket No. 406)

Dated: September 15, 2021
/s/ Nathaniel Repko
Nathaniel Repko
STRETTO
7 Times Square, 16th Floor
New York, NY 10036
855.478.2725
Email:TeamGriddy@Stretto.com

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to the Plan Administrator and the Committee | Attn: Charles R. Gibbs, Esq. & Darren Azman, Esq. | 2501 North Harwood Street, Suite 1900 | | Dallas | TX | 75201-1664 |
| Office of the United States Trustee for the Southern District of Texas | Attn: Jana Whitworth | 515 Rusk Street | Suite 3516 | Houston | TX | 77002 |

In re: Griddy Energy LLC
Case No. 21-30923 (MI)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Counsel to the Plan Administrator and the Committee | Attn: Charles R. Gibbs, Esq. & Darren Azman, Esq. | crgibbs@mwe.com<br>dazman@mwe.com |
| Office of the United States Trustee for the Southern District of Texas | Attn: Jana Whitworth | jana.whitworth@usdoj.gov |
| The Plan Administrator | Attn: Russell Nelms | rfnelms_griddy.planad@yahoo.com |