UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GRIDDY ENERGY LLC,[1] ) | Case No. 21-30923 (MI) |
| ) | |
| Debtor. ) | |

**CERTIFICATE OF NO OBJECTION TO
FIRST INTERIM AND FINAL APPLICATION OF BAKER BOTTS L.L.P.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR FOR THE
PERIOD FROM MARCH 15, 2021 THROUGH AND INCLUDING JULY 23, 2021**

1. On August 24, 2021, Baker Botts L.L.P., counsel to the debtor in the above-captioned case, filed its *First and Final Application of Baker Botts L.L.P. for Allowance of Compensation for Services Rendered and For Reimbursement of Expenses as Counsel to the Debtor for the Period from March 15, 2021 through and Including July 23, 2021* [Docket No. 406] (the "Application"). On the same day, the Application was served on (i) all parties registered to receive such service via the Court's CM/ECF; and (ii) the parties listed in the Application. *See* Certificate of Service [Docket No. 417].

2. Responses to the Application were due by September 14, 2021 (the "Objection Deadline"). A proposed order (the "Proposed Order") granting the relief requested was filed as Exhibit A to the Application and is attached hereto as Exhibit 1.

3. In accordance with Paragraph 44 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the undersigned counsel is unaware of any objections to entry

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396.

to the Applicaiton, and (ii) the undersigned counsel has reviewed the Court's docket and no objection or response to the Application appears thereon.

4. Therefore, Baker Botts respectfully requests entry of the Proposed Order.

Dated: September 16, 2021
New York, New York

**BAKER BOTTS L.L.P.**

By: */s/ Robin Spigel*
Robin Spigel (admitted *pro hac vice*)
*Robin.Spigel@bakerbotts.com*
Chris Newcomb (admitted *pro hac vice*)
*Chris.Newcomb@bakerbotts.com*
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501

-and-

David R. Eastlake
Texas Bar No. 24074165
*David.Eastlake@bakerbotts.com*
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel to the Debtor*

**Certificate of Service**

I certify that on September 16, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Robin Spigel*