United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 17, 2021
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | Case No. 21-30923 (MI) |
| Debtor. | **Related to Docket No. 406** |

# ORDER GRANTING FIRST INTERIM AND FINAL APPLICATION OF BAKER BOTTS L.L.P. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR FOR THE PERIOD FROM MARCH 15, 2021 THROUGH AND INCLUDING JULY 23, 2021

Upon consideration of the *First Interim and Final Application of Baker Botts L.L.P. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor for the Period from March 15, 2021 through and including July 23, 2021* [Docket No. 406] (the "Application"), the Court hereby finds that:

    A.    The Court has jurisdiction over this Application under 28 U.S.C. § 1334.

    B.    This is a core proceeding pursuant to 28 U.S.C. § 157(b).

    C.    Venue is proper in this district under 28 U.S.C. § 1408.

    D.    Due notice and opportunity to be heard were given respecting the Application.

    E.    Good and sufficient cause exists for granting the relief requested in the Application.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

    1.    The Court approves and allows on a final basis $2,103,395.00 in fees and $35,090.82 in expenses for services performed and expenses incurred by Baker Botts L.L.P. during the period March 15, 2021 through and including July 23, 2021.

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396.

2.        The Debtor is authorized to pay Baker Botts all fees and expenses allowed pursuant to this Order within 14 days of the entry of this Order, if not already paid.

3.        Baker Botts is authorized to apply its remaining advance payment to Baker Botts' fees and expenses approved pursuant to this Order.

4.        Nothing in this Order bars Baker Botts from filing a supplement to the Application.

5.        To the fullest extent permitted by law, the Court retains jurisdiction with respect to all matters arising from or related to the implementation and enforcement of this Order.

Signed: September 17, 2021

_____
Marvin Isgur
United States Bankruptcy Judge