United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 17, 2021
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| GRIDDY ENERGY LLC,[1] | ) Case No. 21-30923 (MI) |
| Debtor. | ) Related to Docket No. 406 |

### ORDER GRANTING FIRST INTERIM AND FINAL APPLICATION OF BAKER BOTTS L.L.P. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR FOR THE PERIOD FROM MARCH 15, 2021 THROUGH AND INCLUDING JULY 23, 2021

Upon consideration of the *First Interim and Final Application of Baker Botts L.L.P. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor for the Period from March 15, 2021 through and including July 23, 2021* [Docket No. 406] (the "Application"), the Court hereby finds that:

    A.    The Court has jurisdiction over this Application under 28 U.S.C. § 1334.

    B.    This is a core proceeding pursuant to 28 U.S.C. § 157(b).

    C.    Venue is proper in this district under 28 U.S.C. § 1408.

    D.    Due notice and opportunity to be heard were given respecting the Application.

    E.    Good and sufficient cause exists for granting the relief requested in the Application.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

    1.    The Court approves and allows on a final basis $2,103,395.00 in fees and $35,090.82 in expenses for services performed and expenses incurred by Baker Botts L.L.P. during the period March 15, 2021 through and including July 23, 2021.

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396.

2.   The Debtor is authorized to pay Baker Botts all fees and expenses allowed pursuant to this Order within 14 days of the entry of this Order, if not already paid.

3.   Baker Botts is authorized to apply its remaining advance payment to Baker Botts' fees and expenses approved pursuant to this Order.

4.   Nothing in this Order bars Baker Botts from filing a supplement to the Application.

5.   To the fullest extent permitted by law, the Court retains jurisdiction with respect to all matters arising from or related to the implementation and enforcement of this Order.

Signed: September 17, 2021

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 21-30923-mi |
| Griddy Energy LLC | Chapter 11 |
| Official Committee Of Unsecured Creditor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Sep 17, 2021 | Form ID: pdf002 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Griddy Energy LLC, P.O. Box 1288, Greens Farms, CT 06838-1288 |
| aty | + | Baker Botts L.L.P., 30 Rockefeller Plaza, New York, NY 10112-4498 |
| cr | + | Buchalter, a Professional Corporation, Buchalter PC, Shawn M. Christianson, Esq., 55 2nd St., 17th Fl., San Francisco, Ca 94105-3493 |
| intp | + | Griddy Technologies LLC, Griddy Holdings LLC, Grid, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field St., Suite 1800, Dallas, TX 75201-4675 |
| intp | + | Karen Prescott, c/o Jordan Holzer & Ortiz, 500 N Shoreline Blvd., Suite 900, Corpus Christi, TX 78401-0399 |
| cr | + | Lisa Sandifer Khoury, 6227 Oleander, Baytown, TX 77523-8252 |
| intp | | State of Texas, c/o Texas Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| op | + | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco, John Mark Stern, PO Box 12548, Austin, TX 78711-2548 |
| cr | + | Texas-New Mexico Power Company, Jackson Walker LLP, Attn: Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| intp | + | multiple injured and death case tort claimants, c/o Jordan Holzer & Ortiz, 500 N Shoreline, Suite 900, Corpus Christi, TX 78401-0399 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 17 2021 19:59:00 | Harris County, et al., Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Bernice Willman |
| cr | | Charles Huppert |
| intp | | Diane Weaver |
| cr | | ERCOT |
| intp | | Gregory Allen True |
| intp | | Luminant Energy Company LLC |
| cr | | Macquarie Energy LLC |
| cr | | Macquarie Investments US Inc. |
| crcm | | Official Committee Of Unsecured Creditors |
| cr | | Patricia Battaglia |
| fa | | Province, LLC |
| intp | | Public Utility Commission of Texas |
| cr | | Thomas Clark |

TOTAL: 13 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

Case 21-30923   Document 423   Filed in TXSB on 09/19/21   Page 4 of 5

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Sep 17, 2021 | Form ID: pdf002 | Total Noticed: 12 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 19, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Abigail R. Ryan | on behalf of Interested Party State of Texas Abigail.Ryan@oag.texas.gov |
| Bruce J Ruzinsky | on behalf of Creditor Texas-New Mexico Power Company bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Charles R Gibbs | on behalf of Creditor Committee Official Committee Of Unsecured Creditors crgibbs@mwe.com dnorthrop@mwe.com;cgreer@mwe.com |
| Charles R Gibbs | on behalf of Financial Advisor Province LLC crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com |
| Christopher R. Newcomb | on behalf of Debtor Griddy Energy LLC chris.newcomb@bakerbotts.com jacob.herz@bakerbotts.com |
| Christopher R. Newcomb | on behalf of Attorney Baker Botts L.L.P. chris.newcomb@bakerbotts.com jacob.herz@bakerbotts.com |
| Daniel C Durand, III | on behalf of Interested Party Gregory Allen True durand@durandlaw.com |
| Daniel C Durand, III | on behalf of Interested Party Diane Weaver durand@durandlaw.com |
| David Robert Eastlake | on behalf of Debtor Griddy Energy LLC david.eastlake@bakerbotts.com |
| Deborah Michelle Perry | on behalf of Creditor ERCOT dperry@munsch.com |
| James Ryan Fowler | on behalf of Plaintiff Lisa Khoury rfowler@potts-law.com pcolburn@potts-law.com |
| James Ryan Fowler | on behalf of Creditor Lisa Sandifer Khoury rfowler@potts-law.com pcolburn@potts-law.com |
| Jamil N Alibhai | on behalf of Creditor ERCOT jalibhai@munsch.com atellez@munsch.com |
| Jana Smith Whitworth | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Jason B. Binford | on behalf of Interested Party Public Utility Commission of Texas Jason.binford@oag.texas.gov |
| Jeffrey Ray Cox | on behalf of Interested Party Bernice Willman jcox@slm.law |
| John Lawrence | on behalf of Defendant Griddy Holdings LLC john.lawrence@bakerbotts.com jessica.aquino@bakerbotts.com |
| John Lawrence | |

| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2021 | Form ID: pdf002 | Total Noticed: 12 |

| | |
|---|---|
| | on behalf of Defendant Griddy Energy LLC john.lawrence@bakerbotts.com  jessica.aquino@bakerbotts.com |
| John Lawrence | |
| | on behalf of Debtor Griddy Energy LLC john.lawrence@bakerbotts.com  jessica.aquino@bakerbotts.com |
| John Mark Stern | |
| | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Jonathan Rubenstein | |
| | on behalf of Defendant Griddy Holdings LLC jonathan.rubenstein@bakerbotts.com |
| Jonathan Rubenstein | |
| | on behalf of Defendant Griddy Energy LLC jonathan.rubenstein@bakerbotts.com |
| Karen Hope Beyea-Schroeder | |
| | on behalf of Creditor Thomas Clark karen.schroeder@rburnettlaw.com |
| Karen Hope Beyea-Schroeder | |
| | on behalf of Creditor Charles Huppert karen.schroeder@rburnettlaw.com |
| Kelli S. Norfleet | |
| | on behalf of Creditor Macquarie Energy LLC kelli.norfleet@haynesboone.com  kenneth.rusinko@haynesboone.com |
| Kelli S. Norfleet | |
| | on behalf of Creditor Macquarie Investments US Inc. kelli.norfleet@haynesboone.com  kenneth.rusinko@haynesboone.com |
| Kevin Chiu | |
| | on behalf of Debtor Griddy Energy LLC kevin.chiu@bakerbotts.com |
| Kevin M Lippman | |
| | on behalf of Creditor ERCOT klippman@munsch.com |
| Marty L Brimmage | |
| | on behalf of Interested Party Griddy Technologies LLC  Griddy Holdings LLC, Griddy VI Series A Holdings LLC and Griddy Pro LLC (collectively, the "Non-Debtor Affiliates") mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Rachel Ruth Obaldo | |
| | on behalf of Interested Party State of Texas bk-robaldo@oag.texas.gov  sherri.simpson@oag.texas.gov |
| Richard Anthony Battaglia | |
| | on behalf of Creditor Patricia Battaglia rab@rabpc.com |
| Riley Burnett | |
| | on behalf of Creditor Thomas Clark rburnett@rburnettlaw.com |
| Riley Burnett | |
| | on behalf of Creditor Charles Huppert rburnett@rburnettlaw.com |
| Robin Spigel | |
| | on behalf of Attorney Baker Botts L.L.P. robin.spigel@bakerbotts.com |
| Robin Spigel | |
| | on behalf of Debtor Griddy Energy LLC robin.spigel@bakerbotts.com |
| Shawn M Christianson | |
| | on behalf of Creditor Buchalter  a Professional Corporation schristianson@buchalter.com, cmcintire@buchalter.com |
| Shelby A Jordan | |
| | on behalf of Interested Party Karen Prescott cmadden@jhwclaw.com |
| Shelby A Jordan | |
| | on behalf of Interested Party multiple injured and death case tort claimants cmadden@jhwclaw.com |
| Stephen Douglas Statham | |
| | on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov |
| Tara L Grundemeier | |
| | on behalf of Creditor Harris County  et al. houston_bankruptcy@publicans.com |
| Trey A Monsour | |
| | on behalf of Interested Party Karen Prescott tmonsour@foxrothschild.com  rsolomon@foxrothschild.com;sslater@foxrothschild.com |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 42