

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF TEXAS

**Debtor(s):**
GRIDDY ENERGY LLC

**Case No.** 21-30923

## Claim Withdrawal Form

I, TERRY TOMBES, Claimant, hereby withdraw claim number 4165, for the following reason: GRIDDY ENERGY LLC WAS NOT MY UTILITY COMPANY.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the above referenced Debtor.

Dated: AUGUST 31, 2021

_____
Claimant's Signature

8269 E 23rd Ave, Ste 275 Denver CO 80238   855.812.6112   STRETTO.COM