United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 05, 2021
Nathan Ochsner, Clerk

Daniel C. Durand III
DURAND & ASSOCIATES, P.C.
522 Edmonds, Suite 101
Lewisville, Texas 75067
(972) 221-5655
Attorney for Residential Creditors
durand@durandlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In Re: | ) Chapter 11 ) |
| GRIDDY ENERGY, LLC, | ) Case No. 21-30923 (MI) |
| Debtor . | ) |

### ORDER ALLOWING LATE-FILING OF CLAIM

Weaver and True's Proof of Claim for $5,662.00 is deemed timely filed.

Signed: October 05, 2021

_____
Marvin Isgur
United States Bankruptcy Judge