United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>GRIDDY ENERGY LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30923 (MI) |

**ORDER GRANTING PROVINCE, LLC FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 14, 2021 THROUGH JULY 23, 2021**

Upon the fee application (the "**Application**")[2] of Province, LLC ("**Province**"), financial advisor to the Official Committee of Unsecured Creditors for entry of an order: (i) allowing on a final basis compensation for necessary professional services rendered by Province in the amount of **$110,200.00** and reimbursement of expenses incurred in the amount of **$0.00** for the Final Period; (ii) allowing compensation for necessary professional services rendered in the amount of $**3,000.00** for the post-effective period; (iii) authorizing and directing the Debtor to immediately pay the unpaid portion of said allowed fees and expenses to Province; and (iv) for such other and further relief as this Court deems proper, all as more fully set forth in the Application; and this Court having jurisdiction over the Application; and due and adequate notice of the Application having been given pursuant to Bankruptcy Code, the Bankruptcy Rules, and the Court having read and considered the Application, objections to Application, if any, and arguments of counsel, if

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is P.O. Box 1288, Green Farms, CT 06838.

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Application.

any; and any objections to the Application having been resolved or overruled; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. Omitted.

2. Province is hereby awarded, on a final basis, the allowance of **$110,200.00** for compensation for professional services and **$0.00** for reimbursement of expenses for the period of April 14, 2021 through July 23, 2021.

3. Province is hereby awarded, on a final basis, the allowance of **$3,000.00** for compensation for professional services post-effective period.

4. The Debtor is hereby authorized to pay Province the unpaid portion of such allowed fees and expenses.

Signed: October 19, 2021

_____
Marvin Isgur
United States Bankruptcy Judge