United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | § § | Case No. 21-30923 (MI) |
| Debtor. | § § § | |

**ORDER GRANTING FIRST INTERIM AND FINAL APPLICATION OF
MCDERMOTT WILL & EMERY LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM APRIL 5, 2021 THROUGH JULY 23, 2021**

Upon consideration of the *First Interim and Final Application of McDermott Will & Emery LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 5, 2021 through July 23, 2021* (the "Application"), the Court hereby finds that:

A. The Court has jurisdiction over this Application under 28 U.S.C. § 1334.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

C. Venue is proper in this district under 28 U.S.C. § 1408.

D. Due notice and opportunity to be heard were given respecting the Application.

E. Good and sufficient cause exists for granting the relief requested in the Application.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is PO Box 1288, Green Farms, CT 06838.

DM_US 181979879-3.114480.0011

1.	The Court approves and allows on a final basis $1,106,880.50 in fees and $11,724.40 in expenses for services performed and expenses incurred by McDermott Will & Emery LLP ("McDermott") during the period from April 5, 2021 through and including July 23, 2021.

2.	The Debtor is authorized to pay all fees and expenses allowed pursuant to this Order, if not already paid.

3.	McDermott is authorized to apply its remaining advance payment to McDermott's fees and expenses approved to this Order.

4.	Nothing in this Order bars McDermott from filing a supplement to the Application.

5.	To the fullest extent permitted by law, the Court retains jurisdiction with respect to all matters arising from or related to the implementation and enforcement of this Order.

Signed: October 19, 2021

_____
Marvin Isgur
United States Bankruptcy Judge