United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GRIDDY ENERGY LLC,[1] | Case No. 21-30923 (MI) |
| Debtor. | |

**ORDER GRANTING PROVINCE, LLC FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 14, 2021 THROUGH JULY 23, 2021**

Upon the fee application (the "**Application**")[2] of Province, LLC ("**Province**"), financial advisor to the Official Committee of Unsecured Creditors for entry of an order: (i) allowing on a final basis compensation for necessary professional services rendered by Province in the amount of **$110,200.00** and reimbursement of expenses incurred in the amount of **$0.00** for the Final Period; (ii) allowing compensation for necessary professional services rendered in the amount of **$3,000.00** for the post-effective period; (iii) authorizing and directing the Debtor to immediately pay the unpaid portion of said allowed fees and expenses to Province; and (iv) for such other and further relief as this Court deems proper, all as more fully set forth in the Application; and this Court having jurisdiction over the Application; and due and adequate notice of the Application having been given pursuant to Bankruptcy Code, the Bankruptcy Rules, and the Court having read and considered the Application, objections to Application, if any, and arguments of counsel, if

---

[1] The last four digits of its federal tax identification number of the Debtor are 1396. The mailing address for the Debtor is P.O. Box 1288, Green Farms, CT 06838.

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Application.

any; and any objections to the Application having been resolved or overruled; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. Omitted.

2. Province is hereby awarded, on a final basis, the allowance of **$110,200.00** for compensation for professional services and **$0.00** for reimbursement of expenses for the period of April 14, 2021 through July 23, 2021.

3. Province is hereby awarded, on a final basis, the allowance of **$3,000.00** for compensation for professional services post-effective period.

4. The Debtor is hereby authorized to pay Province the unpaid portion of such allowed fees and expenses.

Signed: October 19, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 21-30923-mi |
| Griddy Energy LLC | Chapter 11 |
| Official Committee Of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Oct 19, 2021 | Form ID: pdf002 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Griddy Energy LLC, P.O. Box 1288, Greens Farms, CT 06838-1288 |
| aty | + | Baker Botts L.L.P., 30 Rockefeller Plaza, New York, NY 10112-4498 |
| cr | + | Buchalter, a Professional Corporation, Buchalter PC, Shawn M. Christianson, Esq., 55 2nd St., 17th Fl., San Francisco, Ca 94105-3493 |
| intp | + | Griddy Technologies LLC, Griddy Holdings LLC, Grid, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field St., Suite 1800, Dallas, TX 75201-4675 |
| intp | + | Karen Prescott, c/o Jordan Holzer & Ortiz, 500 N Shoreline Blvd., Suite 900, Corpus Christi, TX 78401-0399 |
| cr | + | Lisa Sandifer Khoury, 6227 Oleander, Baytown, TX 77523-8252 |
| intp | | State of Texas, c/o Texas Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| op | + | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco, John Mark Stern, PO Box 12548, Austin, TX 78711-2548 |
| cr | + | Texas-New Mexico Power Company, Jackson Walker LLP, Attn: Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| intp | + | multiple injured and death case tort claimants, c/o Jordan Holzer & Ortiz, 500 N Shoreline, Suite 900, Corpus Christi, TX 78401-0399 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 19 2021 20:09:00 | Harris County, et al., Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Bernice Willman |
| cr | | Charles Huppert |
| intp | | Diane Weaver |
| cr | | ERCOT |
| intp | | Gregory Allen True |
| intp | | Luminant Energy Company LLC |
| cr | | Macquarie Energy LLC |
| cr | | Macquarie Investments US Inc. |
| crcm | | Official Committee Of Unsecured Creditors |
| cr | | Patricia Battaglia |
| fa | | Province, LLC |
| intp | | Public Utility Commission of Texas |
| cr | | Thomas Clark |

TOTAL: 13 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2021 | Form ID: pdf002 | Total Noticed: 12 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail R. Ryan | on behalf of Interested Party State of Texas Abigail.Ryan@oag.texas.gov |
| Bruce J Ruzinsky | on behalf of Creditor Texas-New Mexico Power Company bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Charles R Gibbs | on behalf of Creditor Committee Official Committee Of Unsecured Creditors crgibbs@mwe.com dnorthrop@mwe.com;cgreer@mwe.com |
| Charles R Gibbs | on behalf of Financial Advisor Province  LLC crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com |
| Christopher R. Newcomb | on behalf of Debtor Griddy Energy LLC chris.newcomb@bakerbotts.com  jacob.herz@bakerbotts.com |
| Christopher R. Newcomb | on behalf of Attorney Baker Botts L.L.P. chris.newcomb@bakerbotts.com  jacob.herz@bakerbotts.com |
| Daniel C Durand, III | on behalf of Interested Party Gregory Allen True durand@durandlaw.com |
| Daniel C Durand, III | on behalf of Interested Party Diane Weaver durand@durandlaw.com |
| David Robert Eastlake | on behalf of Debtor Griddy Energy LLC david.eastlake@bakerbotts.com |
| Deborah Michelle Perry | on behalf of Creditor ERCOT dperry@munsch.com |
| James Ryan Fowler | on behalf of Plaintiff Lisa Khoury rfowler@potts-law.com  pcolburn@potts-law.com |
| James Ryan Fowler | on behalf of Creditor Lisa Sandifer Khoury rfowler@potts-law.com  pcolburn@potts-law.com |
| Jamil N Alibhai | on behalf of Creditor ERCOT jalibhai@munsch.com  atellez@munsch.com |
| Jana Smith Whitworth | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Jason B. Binford | on behalf of Interested Party Public Utility Commission of Texas Jason.binford@oag.texas.gov |
| Jeffrey Ray Cox | on behalf of Interested Party Bernice Willman jcox@slm.law |
| John Lawrence | on behalf of Defendant Griddy Holdings LLC john.lawrence@bakerbotts.com  jessica.aquino@bakerbotts.com |
| John Lawrence | |

| | |
|---|---|
| | on behalf of Defendant Griddy Energy LLC john.lawrence@bakerbotts.com  jessica.aquino@bakerbotts.com |
| John Lawrence | |
| | on behalf of Debtor Griddy Energy LLC john.lawrence@bakerbotts.com  jessica.aquino@bakerbotts.com |
| John Mark Stern | |
| | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Jonathan Rubenstein | |
| | on behalf of Defendant Griddy Holdings LLC jonathan.rubenstein@bakerbotts.com |
| Jonathan Rubenstein | |
| | on behalf of Defendant Griddy Energy LLC jonathan.rubenstein@bakerbotts.com |
| Karen Hope Beyea-Schroeder | |
| | on behalf of Creditor Thomas Clark karen.schroeder@rburnettlaw.com |
| Karen Hope Beyea-Schroeder | |
| | on behalf of Creditor Charles Huppert karen.schroeder@rburnettlaw.com |
| Kelli S. Norfleet | |
| | on behalf of Creditor Macquarie Energy LLC kelli.norfleet@haynesboone.com  kenneth.rusinko@haynesboone.com |
| Kelli S. Norfleet | |
| | on behalf of Creditor Macquarie Investments US Inc. kelli.norfleet@haynesboone.com  kenneth.rusinko@haynesboone.com |
| Kevin Chiu | |
| | on behalf of Debtor Griddy Energy LLC kevin.chiu@bakerbotts.com |
| Kevin M Lippman | |
| | on behalf of Creditor ERCOT klippman@munsch.com |
| Marty L Brimmage | |
| | on behalf of Interested Party Griddy Technologies LLC  Griddy Holdings LLC, Griddy VI Series A Holdings LLC and Griddy Pro LLC (collectively, the "Non-Debtor Affiliates") mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Rachel Ruth Obaldo | |
| | on behalf of Interested Party State of Texas bk-robaldo@oag.texas.gov  sherri.simpson@oag.texas.gov |
| Richard Anthony Battaglia | |
| | on behalf of Creditor Patricia Battaglia rab@rabpc.com |
| Riley Burnett | |
| | on behalf of Creditor Thomas Clark rburnett@rburnettlaw.com |
| Riley Burnett | |
| | on behalf of Creditor Charles Huppert rburnett@rburnettlaw.com |
| Robin Spigel | |
| | on behalf of Attorney Baker Botts L.L.P. robin.spigel@bakerbotts.com |
| Robin Spigel | |
| | on behalf of Debtor Griddy Energy LLC robin.spigel@bakerbotts.com |
| Shawn M Christianson | |
| | on behalf of Creditor Buchalter  a Professional Corporation schristianson@buchalter.com, cmcintire@buchalter.com |
| Shelby A Jordan | |
| | on behalf of Interested Party Karen Prescott cmadden@jhwclaw.com |
| Shelby A Jordan | |
| | on behalf of Interested Party multiple injured and death case tort claimants cmadden@jhwclaw.com |
| Stephen Douglas Statham | |
| | on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov |
| Tara L Grundemeier | |
| | on behalf of Creditor Harris County  et al. houston_bankruptcy@publicans.com |
| Trey A Monsour | |
| | on behalf of Interested Party Karen Prescott tmonsour@foxrothschild.com  rsolomon@foxrothschild.com;sslater@foxrothschild.com |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 42