IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| GRIDDY ENERGY, LLC[1] § | CASE NO. 21-30923 (MI) |
| DEBTOR § | (Chapter 11) |

UNSWORN DECLARATION UNDER PENALTY OF PERJURY
IN SUPPORT OF LIMITED OBJECTION TO ADMINSTRATIVE STATUS OF
CLAIM NO. 168 OF BRITTANY GUERRA

1. "My name is Russell Nelms. I am over 21 years, and am fully competent to make this Unsworn Declaration. I have personal knowledge of the facts set forth herein and they are true and correct.

2. I am the Plan Administrator charged with implementing the Modified Third Amended Plan of Liquidation for Griddy Energy, LLC under Chapter 11 of the Bankruptcy Code, dated May 26, 2021 [Docket No. 311](and as amended, modified and/or supplemented, the "Plan"), filed by Griddy Energy, LLC (the "Debtor") and confirmed by that certain Confirmation Order, dated July 7, 2021 [Docket No. 386](the "Confirmation Order").

3. Pursuant to the Plan, I am responsible for evaluating the asserted claims against the Debtor, and, if necessary, objecting to same.

3. I have reviewed the Stretto Claim No. 168 filed on 4/27/2021 (the "Claim") by Brittany Guerra ("Claimant") in this matter.

4. The Claim is for the high cost of Claimant's energy bill, not for the payment of goods provided by Claimant to the Debtor, pre-petition. The Claim does not represent any cost incurred by Claimant to enhance, preserve or benefit the Debtor, or its estate, after the Petition Date, and no statutory bases exists for the Claim to be classified as an

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is P.O. Box 1288, Greens Farms, CT 06838.

administrative claim pursuant to Section 503 of the Bankruptcy Code or a priority claim pursuant to Section 507 of the Bankruptcy Code.

5. The Claim does not qualify for administrative or priority status and should be classified as a Class 5 Customer Claim. I am seeking to reclassify the Claim to its proper class and I have made no other determination as the validity or allowability of the Claim and am reserving my rights to further evaluate the allowability of the Claim, if necessary.

6. This Unsworn Declaration Under Penalty of Perjury is made pursuant to 28 USC §1746. I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Russell Nelms, Plan Administrator