United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 03, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GRIDDY ENERGY, LLC[1] | § | CASE NO. 21-30923 (MI) |
| DEBTOR | § | (Chapter 11) |
| | § | |

## ORDER ON LIMITED OBJECTION TO ADMINSTRATIVE OR PRIORITY STATUS OF CLAIM NO. 183 OF TIFFANY GUAJARDO

CAME ON to be considered this day the Limited Objection to Administrative or Priority Status of Claim No. 183 of Tiffany Guajardo (the "Claim Objection"), objecting to the asserted administrative and/or priority status of the Stretto Claim No. 183 (the "Claim") and seeking to reclassify the Claim as a Class 5 – Consumer Claim.  The Court, having reviewed the Claim Objection, the confirmed Plan, the record in this case and having considered the evidence presented in support of the Claim Objection and argument of counsel, is of the opinion the Claim Objection is well founded and cause exists to sustain same.  It is accordingly,

ORDERED, ADJUDGED AND DECREED the Claim Objection is granted; it is further

ORDERED that the Claim shall be and hereby is disallowed as an administrative or priority claim; it is further

ORDERED that the Claim shall be classified as a Class 5 Consumer Claim under the Plan; it is further

ORDERED that this Order seeks only to determine the correct classification of the Claim, without determination as to the amount, validity or nature of the Claim, which determination, if any, shall be reserved for future disposition.

Signed: January 03, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's federal tax identification number are 1396.  The mailing address for the Debtor is P.O. Box 1288, Greens Farms, CT 06838.