IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
§
**GRIDDY ENERGY, LLC**[1] § **CASE NO. 21-30923 (MI)**
DEBTOR § **(Chapter 11)**

## CERTIFICATE OF SERVICE ON ORDERS GRANTING LIMITED OBJECTIONS TO ADMINISTRATIVE OR PRIORITY STATUS OF CLAIMS

This certifies that a true and correct copy of the Orders on Limited Objections to Claims, entered on January 3, 3022, in the above case, as set forth on the schedule attached hereto, were served by first class mail, postage prepaid, on the claimants who are the subject of each such order on the address as listed, on January 4, 2022.

Respectfully submitted,

**SUSAN B. HERSH, P.C.**
By: */s/Susan B. Hersh*
State Bar No. 09543925
12770 Coit Road, Suite 850
Dallas, TX  75251
(972) 503-7070
susan@susanbhershpc.com
ATTORNEY FOR RUSSELL NELMS, Plan Administrator

---

[1] The last four digits of the Debtor's federal tax identification number are 1396.  The mailing address for the Debtor is P.O. Box 1288, Greens Farms, CT 06838.

| Docket No. | Order Title | Claimant Served |
|---|---|---|
| 448 | Order on Amended Limited Objection to Administrative Status of Claim No. 155 of Larry Peggs [Dkt. No.447] | Larry Peggs<br>564 Bell Dr.<br>Allen, TX 75002 |
| 449 | Order on Limited Objection to Administrative Status of Claim No. 4591 of Katie Suarez [Dkt. No.446] | Katie Suarez<br>11430 Sagestanley Drive<br>Houston, TX  77089 |
| 450 | Order on Limited Objection to Administrative or Priority Status of Claim No. 4325 of Michelle D. Hedgecock [Dkt. No. 445] | Michelle D. Hedgecock<br>5756 Danciger Drive<br>Fort Worth, TX  76112 |
| 451 | Order on Limited Objection to Administrative Status of Claim No. 2869 of Linda Woods [Dkt. No. 444] | Linda Woods<br>3726 Pope  Drive<br>Corpus Christi, TX 78411 |
| 452 | Order on Limited Objection to Administrative Status of Claim No. 213 of William Hightower [Dkt. No. 443] | William Hightower<br>1328 Yellowstone Lane.<br>Carrollton, TX  75006 |
| 453 | Order on Limited Objection to Administrative or Priority Status of Claim No. 196 of Jim O'Reilly [Dkt. No. 442] | James O'Reilly<br>14214 Winding Springs Dr.<br>Cypress,  Tx  77429 |
| 454 | Order on Limited Objection to Administrative Status of Claim No. 189 of Aalok P. Pathak [Dkt. No. 441] | Aalok P. Pathak<br>9801 Valley Ranch Pkwy W. Apt 2117<br>Irving, TX  75063 |
| 455 | Order on Limited Objection to Administrative Status of Claim No. 187 of Emmanuel Davie [Dkt. No. 440] | Emmanuel Davie<br>1717 East Belt Line Rd. # 2112<br>Coppell, TX  75019 |
| 456 | Order on Limited Objection to Administrative or Priority Status of Claim No. 183 of Tiffany Guajardo [Dkt. No. 439] | Tiffany Guajardo<br>11015 South Falls Terrace<br>Houston, TX  77095 |
| 457 | Order on Limited Objection to Administrative Status of Claim No. 172 of Charles Young [Dkt. No. 437] | Charles Young<br>17002 Misty Creek Dr.<br>Spring, TX  77379 |
| 458 | Order on Limited Objection to Administrative or Priority Status of Claim No. 180 of Charlinie Ragoonanan [Dkt. No. 438] | Charlinie Ragoonanan<br>5401 Chimney Rock Rd. #661<br>Houston, TX  77081 |
| 459 | Order on Limited Objection to Administrative or Priority Status of Claim No. 168 of Brittany Guerra [Dkt. No. 436] | Brittany Guerra<br>15334 Monarch Creek Lane<br>Cypress, TX 77429 |
| 460 | Order on Limited Objection to Administrative Status of Claim No. 158 of Karen Grover [Dkt. No. 435] | Karen Grover<br>11631 Village Pl Dr.<br>Houston, TX  77077 |
| 461 | Order on Limited Objection to Administrative Status of Claim No. 155 of Larry Peggs [Dkt. No.434] | Larry Peggs<br>564 Bell Dr.<br>Allen, TX 75002 |
| 462 | Order on Limited Objection to Administrative Status of Claim No. 150 of Jonathan Tennison [Dkt. No.433] | Jonathan Tennison<br>5555 E Mockingbird Ln. #309<br>Dallas, TX  75206 |
| 463 | Order on Limited Objection to Administrative Status of Claim No. 130 of Nogie Odemwingie [Dkt. No.432] | Nogie Odemwingie<br>12500 Merit Dr., Apt 4104<br>Dallas, TX  75251 |