United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 03, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| GRIDDY ENERGY, LLC[1] § | CASE NO. 21-30923 (MI) |
| DEBTOR § | (Chapter 11) |
| § | |

### ORDER ON LIMITED OBJECTION TO ADMINSTRATIVE STATUS OF CLAIM NO. 4591 OF KATIE SUAREZ

CAME ON to be considered this day the Limited Objection to Administrative Status of Claim No. 4591 of Katie Suarez (the "Claim Objection"), objecting to the asserted administrative priority status of the Stretto Claim No. 4591 (the "Claim") and seeking to reclassify the Claim as a Class 5 – Consumer Claim. The Court, having reviewed the Claim Objection, the confirmed Plan, the record in this case and having considered the evidence presented in support of the Claim Objection and argument of counsel, is of the opinion the Claim Objection is well founded and cause exists to sustain same. It is accordingly,

ORDERED, ADJUDGED AND DECREED the Claim Objection is granted; it is further

ORDERED that the Claim shall be and hereby is disallowed as an administrative priority claim; it is further

ORDERED that the Claim shall be classified as a Class 5 Consumer Claim under the Plan; it is further

ORDERED that this Order seeks only to determine the correct classification of the Claim, without determination as to the amount, timeliness, validity or nature of the Claim, which determination, if any, shall be reserved for future disposition.

Signed: January 03, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is P.O. Box 1288, Greens Farms, CT 06838.

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 21-30923-mi
Griddy Energy LLC Chapter 11
Official Committee Of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 4
Date Rcvd: Jan 03, 2022     Form ID: pdf002     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Griddy Energy LLC, P.O. Box 1288, Greens Farms, CT 06838-1288 |
| aty | + | Baker Botts L.L.P., 30 Rockefeller Plaza, New York, NY 10112-4498 |
| cr | + | Buchalter, a Professional Corporation, Buchalter PC, Shawn M. Christianson, Esq., 55 2nd St., 17th Fl., San Francisco, Ca 94105-3493 |
| intp | + | Griddy Technologies LLC, Griddy Holdings LLC, Grid, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field St., Suite 1800, Dallas, TX 75201-4675 |
| intp | + | Karen Prescott, c/o Jordan Holzer & Ortiz, 500 N Shoreline Blvd., Suite 900, Corpus Christi, TX 78401-0658 |
| cr | + | Lisa Sandifer Khoury, 6227 Oleander, Baytown, TX 77523-8252 |
| intp | | State of Texas, c/o Texas Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| op | + | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco, John Mark Stern, PO Box 12548, Austin, TX 78711-2548 |
| cr | + | Texas-New Mexico Power Company, Jackson Walker LLP, Attn: Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| intp | + | multiple injured and death case tort claimants, c/o Jordan Holzer & Ortiz, 500 N Shoreline, Suite 900, Corpus Christi, TX 78401-0658 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | Jan 03 2022 21:17:00 | Harris County, et al., Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Bernice Willman |
| cr | | Charles Huppert |
| intp | | Diane Weaver |
| cr | | ERCOT |
| intp | | Gregory Allen True |
| intp | | Luminant Energy Company LLC |
| cr | | Macquarie Energy LLC |
| cr | | Macquarie Investments US Inc. |
| crcm | | Official Committee Of Unsecured Creditors |
| cr | | Patricia Battaglia |
| op | | Plan Administrator |
| fa | | Province, LLC |
| intp | | Public Utility Commission of Texas |
| cr | | Thomas Clark |

TOTAL: 14 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 4 |
| Date Rcvd: Jan 03, 2022 | Form ID: pdf002 | Total Noticed: 12 |

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2022          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2022 at the address(es) listed below:**

**Name**                  **Email Address**

Abigail R. Ryan
  on behalf of Interested Party State of Texas Abigail.Ryan@oag.texas.gov

Bruce J Ruzinsky
  on behalf of Creditor Texas-New Mexico Power Company bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Charles R Gibbs
  on behalf of Other Prof. Plan Administrator crgibbs@mwe.com dnorthrop@mwe.com;cgreer@mwe.com

Charles R Gibbs
  on behalf of Creditor Committee Official Committee Of Unsecured Creditors crgibbs@mwe.com dnorthrop@mwe.com;cgreer@mwe.com

Charles R Gibbs
  on behalf of Financial Advisor Province  LLC crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com

Christopher R. Newcomb
  on behalf of Debtor Griddy Energy LLC chris.newcomb@bakerbotts.com  jacob.herz@bakerbotts.com

Christopher R. Newcomb
  on behalf of Attorney Baker Botts L.L.P. chris.newcomb@bakerbotts.com  jacob.herz@bakerbotts.com

Daniel C Durand, III
  on behalf of Interested Party Gregory Allen True durand@durandlaw.com

Daniel C Durand, III
  on behalf of Interested Party Diane Weaver durand@durandlaw.com

David Robert Eastlake
  on behalf of Debtor Griddy Energy LLC david.eastlake@bakerbotts.com

Deborah Michelle Perry
  on behalf of Creditor ERCOT dperry@munsch.com

James Ryan Fowler
  on behalf of Plaintiff Lisa Khoury rfowler@potts-law.com  pcolburn@potts-law.com

James Ryan Fowler
  on behalf of Creditor Lisa Sandifer Khoury rfowler@potts-law.com  pcolburn@potts-law.com

Jamil N Alibhai
  on behalf of Creditor ERCOT jalibhai@munsch.com  atellez@munsch.com

Jana Smith Whitworth
  on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Jason B. Binford
  on behalf of Interested Party Public Utility Commission of Texas Jason.binford@oag.texas.gov

Jeffrey Ray Cox
  on behalf of Interested Party Bernice Willman jcox@slm.law

John Lawrence

| | |
|---|---|
| District/off: 0541-4 | User: ADIuser                                                Page 3 of 4 |
| Date Rcvd: Jan 03, 2022 | Form ID: pdf002                                         Total Noticed: 12 |

| | |
|---|---|
| | on behalf of Defendant Griddy Holdings LLC john.lawrence@bakerbotts.com  jessica.aquino@bakerbotts.com |
| John Lawrence | |
| | on behalf of Defendant Griddy Energy LLC john.lawrence@bakerbotts.com  jessica.aquino@bakerbotts.com |
| John Lawrence | |
| | on behalf of Debtor Griddy Energy LLC john.lawrence@bakerbotts.com  jessica.aquino@bakerbotts.com |
| John Mark Stern | |
| | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Jonathan Rubenstein | |
| | on behalf of Defendant Griddy Holdings LLC jonathan.rubenstein@bakerbotts.com |
| Jonathan Rubenstein | |
| | on behalf of Defendant Griddy Energy LLC jonathan.rubenstein@bakerbotts.com |
| Karen Hope Beyea-Schroeder | |
| | on behalf of Creditor Thomas Clark karen.schroeder@rburnettlaw.com |
| Karen Hope Beyea-Schroeder | |
| | on behalf of Creditor Charles Huppert karen.schroeder@rburnettlaw.com |
| Kelli S. Norfleet | |
| | on behalf of Creditor Macquarie Energy LLC kelli.norfleet@haynesboone.com  kenneth.rusinko@haynesboone.com |
| Kelli S. Norfleet | |
| | on behalf of Creditor Macquarie Investments US Inc. kelli.norfleet@haynesboone.com  kenneth.rusinko@haynesboone.com |
| Kevin Chiu | |
| | on behalf of Debtor Griddy Energy LLC kevin.chiu@bakerbotts.com |
| Kevin M Lippman | |
| | on behalf of Creditor ERCOT klippman@munsch.com |
| Marty L Brimmage | |
| | on behalf of Interested Party Griddy Technologies LLC  Griddy Holdings LLC, Griddy VI Series A Holdings LLC and Griddy Pro LLC (collectively, the "Non-Debtor Affiliates") mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Rachel Ruth Obaldo | |
| | on behalf of Interested Party State of Texas bk-robaldo@oag.texas.gov  sherri.simpson@oag.texas.gov |
| Richard Anthony Battaglia | |
| | on behalf of Creditor Patricia Battaglia rab@rabpc.com |
| Riley Burnett | |
| | on behalf of Creditor Thomas Clark rburnett@rburnettlaw.com |
| Riley Burnett | |
| | on behalf of Creditor Charles Huppert rburnett@rburnettlaw.com |
| Robin Spigel | |
| | on behalf of Attorney Baker Botts L.L.P. robin.spigel@bakerbotts.com |
| Robin Spigel | |
| | on behalf of Debtor Griddy Energy LLC robin.spigel@bakerbotts.com |
| Shawn M Christianson | |
| | on behalf of Creditor Buchalter  a Professional Corporation schristianson@buchalter.com, cmcintire@buchalter.com |
| Shelby A Jordan | |
| | on behalf of Interested Party Karen Prescott cmadden@jhwclaw.com |
| Shelby A Jordan | |
| | on behalf of Interested Party multiple injured and death case tort claimants cmadden@jhwclaw.com |
| Stephen Douglas Statham | |
| | on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov |
| Susan B Hersh | |
| | on behalf of Other Prof. Plan Administrator susan@susanbhershpc.com  assistant@susanbhershpc.com |
| Tara L Grundemeier | |
| | on behalf of Creditor Harris County  et al. houston_bankruptcy@publicans.com |
| Trey A Monsour | |
| | on behalf of Interested Party Karen Prescott tmonsour@foxrothschild.com rsolomon@foxrothschild.com;sslater@foxrothschild.com |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |

District/off: 0541-4 User: ADIuser Page 4 of 4
Date Rcvd: Jan 03, 2022 Form ID: pdf002 Total Noticed: 12
TOTAL: 44