IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GRIDDY ENERGY, LLC[1] | § | CASE NO. 21-30923 (MI) |
| DEBTOR | § | (Chapter 11) |

### ORDER GRANTING MOTION OF PLAN ADMINISTRATOR FOR ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE

Upon consideration of the Motion of Plan Administrator for an Entry of Order Extending the Claims Objection Deadline (the "Motion"[2]) filed by **RUSSELL NELMS, Plan Administrator**, seeking entry of an order extending the time within which objections to the allowance of claims may be filed; and the Court, having jurisdiction to consider the Motion and the relief requested therein as a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and the Confirmation Order, finds that good and adequate notice of the Motion and opportunity for hearing are sufficient under the circumstances and that no further or other notice need be provided, that no objection to the Motion or the relief sought therein has been filed, that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that after due deliberation and sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Claims Objection Deadline is extended through July 24, 2023.

3. This Order is entered without prejudice to the rights of the Plan Administrator to seek further extensions of the Claim Objection Deadline.

---

[1] The last four digits of the Debtor's federal tax identification number are 1396.  The mailing address for the Debtor is 115 Kay lane, Westworth Village, TX  76114.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

4. This Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation and/or enforcement of this Order.

Signed: _____, 2022.

_____
Marvin Isgur
Unites States Bankruptcy Judge