United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 06, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GRIDDY ENERGY, LLC[1] | § | CASE NO. 21-30923 (MI) |
| DEBTOR | § | (Chapter 11) |

### ORDER GRANTING MOTION OF PLAN ADMINISTRATOR FOR ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE

Leave is granted to supplement the certificate of service reflecting that all adversely affected parties are served.

... tending ..., **Plan** ... owance ... e relief ... rmation ... ufficient ... ction to ... forth in

the Motion establish just cause for the relief granted herein and that after due deliberation and

sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Claims Objection Deadline is extended through July 24, 2023.

3. This Order is entered without prejudice to the rights of the Plan Administrator to seek

   further extensions of the Claim Objection Deadline.

Signed: June 06, 2022

Marvin Isgur
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's federal tax identification number are 1396.  The mailing address for the Debtor is 115 Kay lane, Westworth Village, TX  76114.
[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

4.  This Court hereby retains jurisdiction to hear and determine all matters arising from or

related to the implementation and/or enforcement of this Order.

Signed: _____, 2022.


_____
Marvin Isgur
Unites States Bankruptcy Judge