# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>GRIDDY ENERGY LLC,<br><br>    Debtor(s). | Case No. 21-30923<br><br>Chapter 11 |

### NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that the law firm of Buchalter, A Professional Corporation (the "Firm") hereby notifies the Court and all parties of a change of mailing address and requests that all future pleadings, distributions, notices, or correspondence in this case be sent to the following address, effective **April 11, 2022**:

**425 Market St., Suite 2900**
**San Francisco, CA 94105**

**PLEASE TAKE FURTHER NOTICE** that the Firm's phone and fax numbers, and its email addresses, remain unchanged.

Dated: June 13, 2022

By:   /s/ Shawn M. Christianson
Shawn M. Christianson, Esq.
425 Market St., Suite 2900
San Francisco, CA 94105
Telephone:  (415) 227-0900

*Attorneys for Creditor Oracle America, Inc.*

BN 71101436V1