United States Courts
Southern District of Texas
FILED

JUN 21 2022

Nathan Ochsner, Clerk of Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
515 Rusk Street
Houston, TX 77002

GRIDDY ENERGY, LLC1

CASE NO. 21-30923 (MI)

Your Honor Judge Isgur,

We are writing to oppose the motion submitted by Susan Hersch to extend the claim objection deadline.

We were billed $2,090.51 by Griddy for electricity usage from Feb. 13-19. We paid $1,110.85 to Griddy as we were concerned about our electricity being disconnected after spending two days in freezing temperatures without electricity. Paying this money was a hardship on our family and we would like the money refunded as soon as possible.

We received this discouraging email from Shanna Dinkins Paralegal for Griddy.

Dear Gail Everett:
Thank you for reaching out with your question. Griddy filed a motion and is seeking an extension of the time to file any objections to the allowance of claims, until July of 2023. It also seeks to limit the notice we would have to give of a later request to extend the claims objection deadline, if we determined that a subsequent extension of the time to object to claims was necessary— but not seeking to limit notices about this case, or to or from Stretto for all other matters in the case.

This will not change your claim against Griddy in any way. Griddy does not have any funds to pay claims at this time, and this could take years to know.

If this explanation does not fully answer your question, please let me know and we can discuss this further.

Thank you,
Shanna Dinkins
Paralegal for Griddy

Thank you for your consideration,

Bill & Gail Everett

13414 Ellerslie Ln

Cypress, TX 77429