## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **Griddy Energy LLC,** ) | **Case No. 21-30923 (MI)** |
| ) | |
| **Debtor.** ) | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On June 27, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Amended Motion of Plan Administrator for Order Extending the Claims Objection Deadline and Limiting Notice of Requests for Future Extensions** (Docket No. 486)

Dated: July 1, 2022

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
800.634.7734
Email: Monica.Arellano@Stretto.com

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Address |
|---|---|
| Customer #107723 | Address Redacted |
| Customer #114725 | Address Redacted |
| Customer #197377 | Address Redacted |
| Customer #199482 | Address Redacted |
| Customer #233855 | Address Redacted |
| Customer #45460 | Address Redacted |
| Customer #83918 | Address Redacted |