IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| GRIDDY ENERGY, LLC[1] § | CASE NO. 21-30923 (MI) |
| DEBTOR § | (Chapter 11) |

**AGREED ORDER GRANTING AMENDED MOTION OF PLAN ADMINISTRATOR FOR ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE AND LIMITING NOTICE OF REQUESTS FOR FUTURE EXTENSIONS**

Upon consideration of the Amended Motion of Plan Administrator for an Entry of Order Extending the Claims Objection Deadline and Limiting Notice of Requests for Future Extensions, filed on June 6, 2022 [Dkt No. 486] (the "Motion"[2]) filed by **RUSSELL NELMS, Plan Administrator**, seeking entry of an order extending the time within which objections to the allowance of claims may be filed; and the Court, having jurisdiction to consider the Motion and the relief requested therein as a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and the Confirmation Order, finds that good, sufficient and adequate notice of the Motion and opportunity for hearing are sufficient under the circumstances and that no further or other notice need be provided, that the only objection to the Motion or the relief sought therein has been filed by Bill and Gail Everett (the "Everetts")[Dkt No. 490], who have agreed to the relief sought herein which satisfies their objection, that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that after due deliberation and sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, to the extent provided herein.

2. The Claims Objection Deadline is extended through and including July 24, 2023.

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is 115 Kay Lane, Westworth Village, TX 76114.
[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

3. This Order is entered without prejudice to the rights of the Plan Administrator to seek further extensions of the Claim Objection Deadline.

4. Notice of future requests for an extension of the Claim Objection Deadline shall be limited to (i) the Office of the United States Trustee, (ii) counsel to the Reorganized Debtor, (iii) members of the Oversight Committee (established by the Plan) (iv) all parties receiving notice via Court's electronic noticing system, (v) parties requesting notice pursuant to Bankruptcy Rule 2002, (vi) the Everetts, (vii) all parties on the matrix of creditors from the Court's PACER website, as of date any such request is filed and (viii) any party who submits a request for notice of further extensions of the Claim Objection Deadline within sixty (60) days of the entry of this Order (by emailing such request to smdinkins_griddy.planadxa@yahoo.com).

5. This Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation and/or enforcement of this Order.

6. The Plan Administrator shall cause this Order to be served on all parties who have filed a proof of claim in this case within seven (7) days of entry.

Signed: _____, 2022.

_____
Marvin Isgur
Unites States Bankruptcy Judge

Agreed:

_____
Bill & Gail Everett
13414 Ellerslie Lane
Cypress, TX  77429