United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 06, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 21-30923 |
| **GRIDDY ENERGY LLC,** | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| **RUSSELL F. NELMS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 22-3025 |
| | § | |
| **TXU RETAIL ENERGY COMPANY LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

This adversary proceeding is dismissed.

SIGNED 10/06/2022

_____
Marvin Isgur
United States Bankruptcy Judge