UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRIDDY ENERGY LLC | § | Chapter 11 |
| | § | |
| DEBTOR. | § | Case No. 21-30923 (MI) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JASON B. BINFORD**

***PLEASE TAKE NOTICE*** that, as of November 2, 2022, Assistant Attorney General Jason Binford will no longer be with the Office of the Attorney General of Texas and that, therefore, his appearance in this matter on behalf of the Public Utility Commission of Texas is hereby being withdrawn.

*[Remainder of Page Intentionally Left Blank]*

Dated:  November 1, 2022

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

SEAN O'NEILL
Assistant Attorney General
Deputy Chief, Bankruptcy & Collections Division

*/s/ Jason B. Binford*
JASON B. BINFORD
Texas State Bar No. 24045499
S. Dist. Bar No. 574720
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548 MC008
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
jason.binford@oag.texas.gov

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on November 1, 2022.

*/s/ Jason B. Binford*
JASON B. BINFORD
Assistant Attorney General