| Fill in this information to identify the case: | |
|---|---|
| Debtor | Griddy Energy LLC |
| United States Bankruptcy Court for the District of | Southern District of Texas |
| Case number | 21-30923 |

Date Filed: 06/04/2021
Claim No: 219

# Official Form 410

## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**

Sujatha Phatak - Customer #206952
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: Anantha Chinvar

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

See Additional/Expanded Creditor Address(es) page:

Sujatha Phatak - Customer #206952...
Anantha Chinvar
[redacted]
Plano, TX 7[redacted]
[redacted]
[redacted]

Where should payments to the creditor be sent? (if different)

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____
MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410

1155503142139726140001

Page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

7. **How much is a claim?** $ 7,216.60      Does this amount include interest or other charges?
   ☒ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Actual bill was $2216.60 and mental depression $5000.00

9. **Is all or part of the claim secured?**
   ☒ No
   ☐ Yes. The claim is secured by a lien on property

   **Nature of property**
   ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.
   ☐ Motor vehicle.
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** _____
   **Amount of the claim that is secured:** _____
   **Amount of the claim that is unsecured:** _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** _____

   **Annual Interest Rate (when case was filed)** _____ %
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

11. **Is this claim subject to a right of setoff?**
    ☒ No
    ☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A Claim may be partly priority and partly nonpriority. For example, law limits the amount entitled to priority. | ☐ No<br><br>☑ Yes.   Check one:   **Amount entitled to priority**<br><br>☑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $ 2,000.00<br><br>☑ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $ 3,000.00<br><br>☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4)<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contr butions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies.<br><br>*Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. |
| 13. | **Is all or part of the claim pursuant to 11 U.S.C § 503(b)(9)?** | ☑ No<br><br>☐ Yes.  Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. |

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date & time   06/04/2021 at 10:22 am PT
MM / DD / YYYY HH : MM

/s/Sujatha Phatak
Signature

**Print the name of the person who is completing and signing this claim:**

Name   Sujatha          Phatak
First Name   Middle Name   Last Name

Title

Company
Identify the corporate servicer as the company if the authorized agent is a servicer

Address
Number   Street

City   State   ZIP Code

Contact phone

Email

Official Form 410   Proof Of Claim   Page 3



**Additional/Expanded Creditor Address(es):**

**Primary Address (Expanded)**
Sujatha Phatak - Customer #206952
Anantha Chinvar



Stretto Corporate Restructuring
855.812.6112 inquiries@stretto.com
cases.stretto.com
Proof Of Claim                                    Page 4



# Usage and Payment Statement

| | | |
|---|---|---|
| **Member Name** | **Account Number** | **Usage Period** |
| Sujatha Phatak | ▇▇▇▇▇ | February 2021 |
| **Service Location** | **Meter Number (ESI ID)** | **Cost to Compare** |
| ▇▇▇▇▇ | ▇▇▇▇▇ | $ 2102.47 |
| | | **Total** |
| | | $ 2216.60 |

This is not a bill. This is a summary of your usage and payment history.

**All-In Rate**   **Rate to Compare**

## Your Total for This Usage Period


All-In Rate
**264.1¢**
/kWh


kWh Used
**839**


Total
**$2216.60**

## Your Breakdown

| | |
|---|---|
| **Wholesale Electricity** | **$2055.02** |
| › Electricity Usage | $1573.56 |
| › Ancillary Services | $481.46 |
| **TDU Delivery Charges** | **$39.17** |
| › TDU Delivery Charges | $39.17 |
| **Taxes & Fees** | **$114.13** |
| › Merchant Services Fee | $45.73 |
| › PUC Fee | $3.58 |
| › State Gross Receipts | $42.89 |
| **Griddy Membership** | **$8.28** |
| **Total** | **$2216.60** |

## Monthly Insights

| **Transactions This Period** | **$1519** |
|---|---|
| 02 / 05 / 2021 | $49.00 |
| 02 / 12 / 2021 | $49.00 |
| 02 / 14 / 2021 | $49.00 |

### Your Cost Breakdown



Wholesale Electricity - 93%
TDU Delivery Charges - 2%
Taxes & Fees - 5%
Deposit - 69%

### Monthly Usage History



834 kwh   951 kwh   839 kwh

Create PDF for print



Griddy Energy LLC. License # 10243 11811 North Freeway suite 546 Houston, TX 77060 +1 800. 993. 6207 www.gogriddy.com
Mon through Friday 9am to 5pm CT

Manage your account online: www.chase.com/cardhelp
Customer Service: 1-800-346-5538
Mobile: Download the Chase Mobile® app today

**March 2021**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | **18** | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**New Balance**
**$1,660.28**

Minimum Payment Due
**$35.00**

Payment Due Date
**03/18/21**

## CHASE ULTIMATE REWARDS® SUMMARY

| | |
|---|---:|
| Previous points balance | 63,726 |
| + 1 Point per $1 earned on all purchases | 1,915 |
| + 4 Pts per $1 internt,cable,phone,ofc sply | 0 |
| + 1 Point per $1 on gas stns & restaurants | 0 |
| **Total points available for redemption** | **65,641** |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay a late fee, and existing and new balances may become subject to the Default APR.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, go to www.chase.com

## ACCOUNT SUMMARY

| | |
|---|---:|
| Account Number: | |
| Previous Balance | -$254.33 |
| Payment, Credits | $0.00 |
| Purchases | +$1,914.61 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | **$1,660.28** |
| Opening/Closing Date | 01/25/21 - 02/24/21 |
| Revolving Credit Amount | $18,000 |
| Available Credit | $16,339 |
| Cash Access Line | $900 |
| Available for Cash | $900 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## YOUR ACCOUNT MESSAGES

You have one or more balance(s) with APR expiration dates, as shown in the Interest Charge section. These APRs will continue through the expiration dates shown in the Interest Charges section.

Your next AutoPay payment for $1,660.28 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

---

0000001  FIS33339 C 1    N  Z  24  21/02/24    Page 1 of 3    00225  MA DA 50001    0551000001005000101
0475

**This Statement is a Facsimile - Not an original**

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---:|
| Payment Due Date: | 03/18/21 |
| New Balance: | $1,660.28 |
| Minimum Payment: | $35.00 |

$_____._____  Amount Enclosed

**AUTOPAY IS ON**

50001 BEX Z 05521 C
ANANTHA CHINVAR
CLOUDSIGNON INC

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

**To contact us regarding your account:**


**Call Customer Service:**
In U.S.        1-800-346-5538
Spanish        1-888-795-0574
Pay by phone   1-800-436-7958
International  1-480-350-7099
We accept operator relay calls


**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298


**Mail Payments to:**
P.O. Box 6294
Carol Stream, IL 60197-6294


**Visit Our Website:**
www.chase.com/cardhelp

## Information About Your Account

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

**Interest Accrual:** We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**Payment Allocation:** When you make a payment, generally, we first apply your minimum payment to the balance on your monthly statement with the lowest APR. Any payment above your minimum payment would generally then be applied to the balance on your monthly statement with the highest APR first. If you do not pay your balance in full each month, you may not be able to avoid interest charges on new purchases.



DA04252019

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

**CHASE ink**

Manage your account online at
www.chase.com/cardhelp

Customer Service:
1-800-346-5538

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Your AutoPay amount will be reduced by any payments or merchant credits that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your set AutoPay amount, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 02/04 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 3.97 |
| 02/05 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/12 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/14 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 291.64 |
| 02/14 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/15 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/15 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/15 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/17 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/18 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/18 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/18 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/18 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/18 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/18 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/18 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/18 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/20 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/20 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/20 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/19 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/20 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/19 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/19 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/20 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/19 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/20 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/19 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/19 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 100.00 |
| 02/19 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/21 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/21 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/21 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |
| 02/21 | GOGRIDDY.COM WWW.GRIDDY.CO CA | 49.00 |

ANANTHA CHINVAR
TRANSACTIONS THIS CYCLE (CARD 6089) $1914.61
INCLUDING PAYMENTS RECEIVED

| 2021 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2021 | $0.00 |
| Total interest charged in 2021 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Expiration Date | Balance Subject to Interest Rate | Interest Charges |
|---|---|---|---|---|
| **PURCHASES** | | | | |
| Introductory Purchases | 0.00%  (d) | 04/24/21 | - 0 - | - 0 - |
| Purchases | 13.24%  (d) | - | - 0 - | - 0 - |

## INTEREST CHARGES  (CONTINUED)

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Expiration Date | Balance Subject to Interest Rate | Interest Charges |
|---|---|---|---|---|
| **CASH ADVANCES** | | | | |
| Cash Advances | 24.99%(v)(d) | 04/24/21 | - 0 - | - 0 - |
| Cash Advances | 24.99%(v)(d) | - | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | | |
| Balance Transfer | 13.24%(v)(d) | 04/24/21 | - 0 - | - 0 - |
| Balance Transfers | 13.24%(v)(d) | - | - 0 - | - 0 - |

**31 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

*Includes interest charges on Late or Return Payment fees.
**This My Chase Loan has expired. Interest will continue to accrue on this My Chase Loan balance until it is paid in full.

*If you change your payment due date, the date your promotional rate(s) ends also changes.  Please be assured, the promotional rate will last for the time period promised in your offer.

