**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **GRIDDY ENERGY, LLC¹** | § | **CASE NO. 21-30923 (MI)** |
| **DEBTOR** | § | **(Chapter 11)** |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**
**IN SUPPORT OF LIMITED OBJECTION TO PRIORITY STATUS OF**
**CLAIM NO. 219 OF SUJATHA PHATAK**

1.    "My name is Russell Nelms.   I am over 21 years, and am fully competent to make this Unsworn Declaration.  I have personal knowledge of the facts set forth herein and they are true and correct.

2.    I am the Plan Administrator charged with implementing the Modified Third Amended Plan of Liquidation for Griddy Energy, LLC under Chapter 11 of the Bankruptcy Code, dated May 26, 2021 [Docket No. 311](and as amended, modified and/or supplemented,  the "Plan"), filed by Griddy Energy, LLC (the "Debtor") and confirmed by that certain Confirmation Order, dated July 7, 2021 [Docket No. 386](the "Confirmation Order").

3.    Pursuant to the Plan, I am responsible for evaluating the asserted claims against the Debtor, and, if necessary, objecting to same.

3.    I have reviewed the Stretto Claim No. 219 filed on 6/04/2021 (the "Claim") by Sujatha Phatak ("Claimant") in this matter.

4.    The Claim is related to Claimant's energy bill, not for any domestic support obligation or any deposit towards the purchase, lease of rental property.  No statutory bases exist for the Claim to be classified as a priority claim pursuant to Section 507(a) of the Bankruptcy Code.

---

¹ The last four digits of the Debtor's federal tax identification number are 1396.  The mailing address for the Debtor is P.O. Box 1288, Greens Farms, CT 06838.

5.      The Claim does not qualify for priority status and should be classified as a Class 5

        Customer Claim.  I am seeking to reclassify the Claim to its proper class and I have made

        no other determination as the validity or allowability of the Claim and am reserving my

        rights to further evaluate the allowability of the Claim, if necessary.

6.      This Unsworn Declaration Under Penalty of Perjury is made pursuant to 28 USC §1746.    I

        declare, under penalty of perjury under the laws of the United States of America that the

        foregoing is true and correct.

                                    _____
                                    Russell Nelms, Plan Administrator