# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, January 9, 2023

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Susan | Hersh | Susan B. Hersh, P.C. | Counsel to Russell Nelms, Plan Administrator |