IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
GRIDDY ENERGY, LLC[1]   §   CASE NO. 21-30923 (MI)
   DEBTOR   §   (Chapter 11)

## CERTIFICATE OF SERVICE ON ORDERS GRANTING LIMITED OBJECTIONS TO ADMINISTRATIVE OR PRIORITY STATUS OF CLAIMS

This certifies that a true and correct copy of the Orders on Limited Objections to Claims, entered on January 9, 2023, in the above case, as set forth below, were served by first class mail, postage prepaid, on the claimants who are the subject of each such order at their home addresses listed on their filed proofs of claim, on January 11, 2023.

Respectfully submitted,

SUSAN B. HERSH, P.C.
By: /s/Susan B. Hersh
State Bar No. 09543925
12770 Coit Road, Suite 850
Dallas, TX  75251
(972) 503-7070
susan@susanbhershpc.com
ATTORNEY FOR RUSSELL NELMS,
Plan Administrator

| Docket No. | Order Title | Claimant Served |
|---|---|---|
| 506 | Order on Limited Objection to Priority Status of Claim No. 29 of Carrie Mutong [Dkt. No.503] | Carrie Mutong Home address Plano, TX |
| 507 | Order on Limited Objection to Priority Status of Claim No. 219 of Sujatha Phatak [Dkt. No.504] | Sujatha Phatak Home address Plano, TX |

---

[1] The last four digits of the Debtor's federal tax identification number are 1396.  The mailing address for the Debtor is P.O. Box 1288, Greens Farms, CT 06838.