IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

§

**GRIDDY ENERGY, LLC**[1]   §   **CASE NO. 21-30923 (MI)**

DEBTOR   §   (Chapter 11)

### CERTIFICATE OF SERVICE OF ORDER GRANTING SECOND MOTION OF PLAN ADMINISTRATOR FOR ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE

This certifies that a true and correct copy of the Order Granting Second Motion of Plan Administrator for Order Extending the Claims Objection Deadline, entered on May 30, 2023 [Docket No. 513], attached hereto as Exhibit "A", was served on all parties who were provided notice of the Second Motion of Plan Administrator for an Entry of Order Extending the Claims Objection Deadline, filed on May 8, 2023 [Dkt No.512] (the "Motion"), including by first class mail on all parties on service list, attached hereto as Exhibit "B", on May 30, 2023.

Respectfully submitted,

**SUSAN B. HERSH, P.C.**
By: */s/Susan B. Hersh*
State Bar No. 09543925
12770 Coit Road, Suite 850
Dallas, TX  75251
(972) 503-7070
susan@susanbhershpc.com
ATTORNEY FOR RUSSELL NELMS, Plan Administrator