In re *Griddy Energy, LLC*
Case No. 21-30923 (MI)

**Notes to Post-Confirmation Report for the Quarter Ended December 31, 2022**

Part 2

The aggregate total of "Professional fees & expenses (bankruptcy and non-bankruptcy) incurred by or on behalf of the debtor" reflects all payments made by the Plan Administrator to professionals for the pre-effective date period after the effective date.

Part 3

Monetization of assets and claims reconciliation process are ongoing and reporting with respect to "Total Anticipated Payments Under Plan" and "Allowed Claims" are premature at this time.