*In re Griddy Energy, LLC*

Case No. 21-30923 (MI)

**Notes to Post-Confirmation Report for the Quarter Ended June 30th**

<u>Part 2</u>

The aggregate total of "Professional fees & expenses (bankruptcy and non-bankruptcy) incurred by or on behalf of the debtor" reflects all payments made by the Plan Administrator to professionals for the pre-effective date period after the effective date.

<u>Part 3</u>

Monetization of assets and claims reconciliation process are ongoing and reporting with respect to "Total Anticipated Payments Under Plan" and "Allowed Claims" are premature at this time.