IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GRIDDY ENERGY LLC, | § | |
| | § | |
| Debtor. | § | Case No. 21-30923 (MI) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Russell Nelms, Plan Administrator, files this Notice of Appearance and Request for Service of Notices and Papers to reflect a change in counsel. Effective July 16, 2024, the undersigned counsel enters this Notice of Appearance as counsel of record for Russell Nelms, Plan Administrator, in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

Matthew D. Giadrosich
PADFIELD & STOUT, L.L.P.
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
817-338-1616 - Telephone
817-338-1610 - Facsimile

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way the rights or interests with respect to: (a) the Debtor; (b)

property which the Debtor may claim in interest; (c) the Debtor's property; and (d) property in the possession, custody, or control of Debtor; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the name and address below on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

        **Respectfully submitted,**

        **PADFIELD & STOUT, LLP**
        100 Throckmorton Street, Suite 700
        Fort Worth, Texas 76102
        Telephone: 817-338-1616
        Facsimile: 817-338-1610

        /s/ *Matthew D. Giadrosich*
        Mark W. Stout
        State Bar No. 24008096
        mstout@padfieldstout.com
        Matthew D. Giadrosich
        State Bar No. 24074274
        mdg@padfieldstout.com

        *Attorneys for Russell Nelms,*
        *Plan Administrator*

## **CERTIFICATE OF SERVICE**

I certify that on Tuesday, October 22, 2024, a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notices. In addition, I certify that on the same day, I mailed a true and correct copy of the foregoing document to the Debtor, Griddy Energy LLC, P.O. Box 1288, Greens Farms, CT 06838.

*/s/ Matthew D. Giadrosich*
Matthew D. Giadrosich