| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 21-30923<br>Southern District of Texas<br>Houston<br>Wed Dec 11 15:43:52 CST 2024 | Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112-4498 | Buchalter, a Professional Corporation<br>Buchalter PC<br>Shawn M. Christianson, Esq.<br>55 2nd St., 17th Fl.<br>San Francisco, Ca 94105-3493 |
| Griddy Energy LLC<br>P.O. Box 1288<br>Greens Farms, CT 06838-1288 | Griddy Technologies LLC, Griddy Holdings LLC<br>c/o Marty L. Brimmage, Jr.<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field St., Suite 1800<br>Dallas, TX 75201-4675 | Harris County, et al.<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Oracle America, Inc.<br>Buchalter, A Professional Corporation<br>c/o Shawn M. Christianson<br>425 Market St., Suite 2900<br>San Francisco, CA 94105-2491 | State of Texas<br>c/o Texas Attorney General's Office<br>Bankruptcy & Collections Division<br>P. O. Box 12548  MC-008<br>Austin, TX 78711-2548 | Stretto<br>410 Exchange<br>Suite 100<br>Irvine, CA 92602-1331 |
| Texas Comptroller of Public Accounts, Revenu<br>John Mark Stern<br>PO Box 12548<br>Austin, TX 78711-2548 | Texas-New Mexico Power Company<br>Jackson Walker LLP<br>Attn: Bruce J. Ruzinsky<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010-1900 | multiple injured and death case tort claiman<br>c/o Jordan Holzer & Ortiz<br>500 N Shoreline<br>Suite 900<br>Corpus Christi, TX 78401-0658 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Bill Heiam<br>18000 Groeschke Rd E6<br>Houston, TX 77084-5067 | Chad Randall<br>3034 Indigo Trail<br>Round Rock, TX 78665-6299 |
| David S. Vassar<br>641 Northlake Drive<br>Dallas, Texas 75218-2187 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | James Milazzo<br>2719 Oakmont Ln.<br>Missouri City, TX 77459-3106 |
| Kannonball Insurance LLC<br>c/o Rebecca Davis<br>805 Wind Song<br>Stephenville, TX 76401-1572 | Kehinde Olufemi Bankole<br>12525 South Kirkwood Rd. Apt. 313<br>Stafford, TX 77477-2819 | Kent E Esch<br>5109 Corelli Falls<br>Round Rock TX 78665-2316 |
| Margaret Holten<br>17618 Sorrel Ridge Drive<br>Spring, TX 77388-5793 | Mary Schlackman<br>2501 Springpark Way<br>Richardson, Tx 75082-4619 | Nicholas Milazzo<br>2601 Gramercy St., Apt. 1405<br>Houston, TX 77030-3119 |
| Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>55 2nd St., 17th Fl.<br>San Francisco, CA 94105-3493 | Patricia Battaglia<br>4411 Firestone<br>Houston, Texas 77035-3613 | Rebecca Rutledge<br>2400 S. Ervay Apt. 607<br>Dallas, TX 75215-5711 |
| Suseela Denduluri<br>104 Englewood St<br>Bellaire, TX 77401-5340 | Texas-New Mexico Power Company<br>577 N. Garden Ridge Blvd.<br>Lewisville, TX 75067-2691 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |

| | | |
|---|---|---|
| Wells Fargo Vendor Financial Services, LLC<br>1010 Thomas Edison BLVD SW<br>Cedar Rapids, IA 52404-8247 | Bill & Gail Everett<br>13414 Ellerslie Ln<br>Cypress, TX 77429-4833 | Christopher R. Newcomb<br>Allen Overy Shearman Sterling US LLP<br>599 Lexington Avenue<br>New York, NY 10022-6030 |
| David Robert Eastlake<br>Greenberg Traurig, LLP<br>1000 Louisiana Street, Suite 6700<br>Houston, TX 77002-6003 | John Lawrence<br>Baker Botts LLP<br>2001 Ross Avenue<br>Ste 900<br>Dallas, TX 75201-2917 | Karen Prescott<br>c/o Jordan Holzer & Ortiz<br>500 N Shoreline Blvd.<br>Suite 900<br>Corpus Christi, TX 78401-0658 |
| Kevin Chiu<br>Baker Botts<br>2001 Ross Ave<br>Ste 900<br>Dallas, TX 75201-2917 | Lisa Sandifer Khoury<br>6227 Oleander<br>Baytown, TX 77523-8252 | Robin Spigel<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-4498 |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)ERCOT | (u)Luminant Energy Company LLC | (u)Macquarie Energy LLC |
| (u)Macquarie Investments US Inc. | (u)Official Committee Of Unsecured Creditors | (u)Plan Administrator |
| (u)Province, LLC | (u)Public Utility Commission of Texas | (u)Bernice Willman |
| (u)Charles Huppert | (u)Diane Weaver | (u)Gregory Allen True |
| (u)Patricia Battaglia | (u)Thomas Clark | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients    14<br>Total                  52 |