IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GRIDDY ENERGY LLC[1], | § | |
| | § | |
| Debtor. | § | Case No. 21-30923 (MI) |

**CERTIFICATE OF NO OBJECTIONS ON THIRD MOTION OF PLAN ADMNISTRATOR FOR ORDER EXTENDING THE CLAIMS <u>OBJECTION DEADLINE</u>**

On December 11, 2024, Russell Nelms, Plan Administrator for the Modified Third Amended Plan of Liquidation for Griddy Energy, LLC ("Movant"), filed the Third Motion of Plan Administrator for Order Extending the Claims Objection Deadline ("Motion") [Dkt. No. 525]. Pursuant to Local Bankruptcy Rules, as part of the Motion, Movant gave notice of an objection deadline of twenty-one (21) days. The Motion was served by first class mail or by ECF on December 11, 2024. Objections were to be served no later than January 2, 2025.

The Court's docket reflects that no responses or objections to the Motion have been timely filed as of the filing of this Certificate of No Objections. Additionally, no responses or objections were received by the undersigned counsel. Movant therefore requests that the Court grant the relief requested in the proposed Order regarding the Motion, which was filed with the Motion on December 11, 2024.

Dated: January 4, 2025

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is 115 Kay Lane, Westworth Village, TX 76114.

**CERTIFICATE OF NO OBJECTIONS -**                                                                                                    **PAGE 1**

**Respectfully submitted,**

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-338-1616
Facsimile: 817-338-1610

/s/ *Matthew D. Giadrosich*
Mark W. Stout
State Bar No. 24008096
mstout@padfieldstout.com
Matthew D. Giadrosich
State Bar No. 24074274
mdg@padfieldstout.com

*Attorneys for Russell Nelms,*
*Plan Administrator*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on (i) the Office of the United States Trustee, (ii) counsel to the Reorganized Debtor, (iii) members of the Oversight Committee (established by the Plan) (iv) all parties receiving notice via Court's electronic noticing system, (v) parties requesting notice pursuant to Bankruptcy Rule 2002, (vi) the Everetts, (vii) all parties on the matrix of creditors from the Court's PACER website, as of date of filing this certificate and (viii) any party who submitted a request for notice of further extensions of the Claim Objection Deadline within sixty (60) days of the entry of the Extension Order, by receipt of electronic notification pursuant to the Court's ECF notification system, including the U.S. Trustee and counsel for Debtor and on the members of the Oversight Committee by email; this pleading was also served by first class mail on the all parties on the Debtor's matrix as it appears on PACER and on Bill & Gail Everett, 13414 Ellerslie Lane, Cypress, Texas 77429 on this the 4th day of January, 2025.

/s/ *Matthew D. Giadrosich*
Matthew D. Giadrosich

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 21-30923<br>Southern District of Texas<br>Houston<br>Sat Jan  4 10:03:27 CST 2025 | Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112-4498 | Buchalter, a Professional Corporation<br>Buchalter PC<br>Shawn M. Christianson, Esq.<br>55 2nd St., 17th Fl.<br>San Francisco, Ca 94105-3493 |
| Griddy Energy LLC<br>P.O. Box 1288<br>Greens Farms, CT 06838-1288 | Griddy Technologies LLC, Griddy Holdings LLC<br>c/o Marty L. Brimmage, Jr.<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field St., Suite 1800<br>Dallas, TX 75201-4675 | Harris County, et al.<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Oracle America, Inc.<br>Buchalter, A Professional Corporation<br>c/o Shawn M. Christianson<br>425 Market St., Suite 2900<br>San Francisco, CA 94105-2491 | State of Texas<br>c/o Texas Attorney General's Office<br>Bankruptcy & Collections Division<br>P. O. Box 12548  MC-008<br>Austin, TX 78711-2548 | Stretto<br>410 Exchange<br>Suite 100<br>Irvine, CA 92602-1331 |
| Texas Comptroller of Public Accounts, Revenu<br>John Mark Stern<br>PO Box 12548<br>Austin, TX 78711-2548 | Texas-New Mexico Power Company<br>Jackson Walker LLP<br>Attn: Bruce J. Ruzinsky<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010-1900 | multiple injured and death case tort claiman<br>c/o Jordan Holzer & Ortiz<br>500 N Shoreline<br>Suite 900<br>Corpus Christi, TX 78401-0658 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Bill Heiam<br>18000 Groeschke Rd E6<br>Houston, TX 77084-5067 | Chad Randall<br>3034 Indigo Trail<br>Round Rock, TX 78665-6299 |
| David S. Vassar<br>641 Northlake Drive<br>Dallas, Texas 75218-2187 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | James Milazzo<br>2719 Oakmont Ln.<br>Missouri City, TX 77459-3106 |
| Kannonball Insurance LLC<br>c/o Rebecca Davis<br>805 Wind Song<br>Stephenville, TX 76401-1572 | Kehinde Olufemi Bankole<br>12525 South Kirkwood Rd. Apt. 313<br>Stafford, TX 77477-2819 | Kent E Esch<br>5109 Corelli Falls<br>Round Rock TX 78665-2316 |
| Margaret Holten<br>17618 Sorrel Ridge Drive<br>Spring, TX 77388-5793 | Mary Schlackman<br>2501 Springpark Way<br>Richardson, Tx 75082-4619 | Nicholas Milazzo<br>2601 Gramercy St., Apt. 1405<br>Houston, TX 77030-3119 |
| Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>55 2nd St., 17th Fl.<br>San Francisco, CA 94105-3493 | Patricia Battaglia<br>4411 Firestone<br>Houston, Texas 77035-3613 | Rebecca Rutledge<br>2400 S. Ervay Apt. 607<br>Dallas, TX 75215-5711 |
| Suseela Denduluri<br>104 Englewood St<br>Bellaire, TX 77401-5340 | Texas-New Mexico Power Company<br>577 N. Garden Ridge Blvd.<br>Lewisville, TX 75067-2691 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |

| | | |
|---|---|---|
| Wells Fargo Vendor Financial Services, LLC<br>1010 Thomas Edison BLVD SW<br>Cedar Rapids, IA 52404-8247 | Bill & Gail Everett<br>13414 Ellerslie Ln<br>Cypress, TX 77429-4833 | Christopher R. Newcomb<br>Allen Overy Shearman Sterling US LLP<br>599 Lexington Avenue<br>New York, NY 10022-6030 |
| David Robert Eastlake<br>Greenberg Traurig, LLP<br>1000 Louisiana Street, Suite 6700<br>Houston, TX 77002-6003 | John Lawrence<br>Baker Botts LLP<br>2001 Ross Avenue<br>Ste 900<br>Dallas, TX 75201-2917 | Karen Prescott<br>c/o Jordan Holzer & Ortiz<br>500 N Shoreline Blvd.<br>Suite 900<br>Corpus Christi, TX 78401-0658 |
| Kevin Chiu<br>Baker Botts<br>2001 Ross Ave<br>Ste 900<br>Dallas, TX 75201-2917 | Lisa Sandifer Khoury<br>6227 Oleander<br>Baytown, TX 77523-8252 | Robin Spigel<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-4498 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ERCOT | (u)Luminant Energy Company LLC | (u)Macquarie Energy LLC |
| (u)Macquarie Investments US Inc. | (u)Official Committee Of Unsecured Creditors | (u)Plan Administrator |
| (u)Province, LLC | (u)Public Utility Commission of Texas | (u)Bernice Willman |
| (u)Charles Huppert | (u)Diane Weaver | (u)Gregory Allen True |
| (u)Patricia Battaglia | (u)Thomas Clark | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients    14<br>Total                  52 |