United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GRIDDY ENERGY LLC[1], | § | |
| | § | |
| Debtor. | § | Case No. 21-30923 (MI) |

## ORDER GRANTING THIRD MOTION OF PLAN ADMINISTRATOR FOR ORDER EXTENDING CLAIMS OBJECTION DEADLINE

Upon consideration of the Third Motion of Plan Administrator for an Entry of Order Extending the Claims Objection Deadline, filed on December 11, 2024 (the "Motion"[2]) filed by Russell Nelms, Plan Administrator, seeking entry of an order extending the time within which objections to the allowance of claims may be filed; and the Court, having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. 1334, finds that good, sufficient and adequate notice of the Motion and opportunity for hearing are sufficient under the circumstances and that no further or other notice need be provided, that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that after due deliberation and sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Omitted.

2. The Claims Objection Deadline is extended through and including July 24, 2026.

3. This Order is entered without prejudice to the rights of the Plan Administrator to seek further extensions of the Claim Objection Deadline.

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is 115 Kay Lane, Westworth Village, TX 76114.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

4. Notice of further requests for an extension of the Claim Objection Deadline shall be limited to (i) the Office of the United States Trustee, (ii) counsel to the Reorganized Debtor, (iii) members of the Oversight Committee (established by the Plan) (iv) all parties receiving notice via Court's electronic noticing system, (v) parties requesting notice pursuant to Bankruptcy Rule 2002, (vi) the Everetts, (vii) all parties on the matrix of creditors from the Court's PACER website, as of the date such request is filed and (viii) any party who submitted a request for notice of further extensions of the Claim Objection Deadline within sixty (60) days of the entry of the Extension Order.

5. This Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation and/or enforcement of this Order.

6. The Plan Administrator shall cause this Order to be served on all parties who have been noticed of the Motion within seven (7) days of entry.

Signed: January 06, 2025

_____
Marvin Isgur
United States Bankruptcy Judge