IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GRIDDY ENERGY LLC[1], | § | |
| | § | |
| Debtor. | § | Case No. 21-30923 (MI) |

**CERTIFICATE OF SERVICE OF ORDER GRANTING
THIRD MOTION OF PLAN ADMNISTRATOR FOR ORDER
EXTENDING THE CLAIMS OBJECTION DEADLINE**

This certifies that a true and correct copy of the Order Granting Third Motion of Plan Administrator for Order Extending Claims Objection Deadline ("Order"), entered on January 6, 2025 (Dkt. # 527], attached hereto as Exhibit "A," was served on all parties who were provided notice of the Third Motion of Plan Administrator for Order Extending the Claims Objection Deadline, filed on December 11, 2024 [Dkt. No. 525], including by first class mail on all parties on the service list, attached hereto as Exhibit "B," on January 6, 2025.  In addition, the Order was emailed to the members of the Oversight Committee on January 6, 2025.

                                              **Respectfully submitted,**

                                              **PADFIELD & STOUT, LLP**
                                              100 Throckmorton Street, Suite 700
                                              Fort Worth, Texas 76102
                                              Telephone: 817-338-1616
                                              Facsimile: 817-338-1610

                                              _/s/ Matthew D. Giadrosich_
                                              Mark W. Stout
                                              State Bar No. 24008096
                                              mstout@padfieldstout.com
                                              Matthew D. Giadrosich
                                              State Bar No. 24074274
                                              mdg@padfieldstout.com
                                              _Attorneys for Russell Nelms,_
                                              _Plan Administrator_

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is 115 Kay Lane, Westworth Village, TX 76114.

CERTIFICATE OF SERVICE -                                                                 Page Solo