EXHIBIT B

```
Label Matrix for local noticing        Baker Botts L.L.P.                      Buchalter, a Professional Corporation
0541-4                                 30 Rockefeller Plaza                    Buchalter PC
Case 21-30923                          New York, NY 10112-4498                 Shawn M. Christianson, Esq.
Southern District of Texas                                                     55 2nd St., 17th Fl.
Houston                                                                        San Francisco, Ca 94105-3493
Wed Dec 11 15:43:52 CST 2024

Griddy Energy LLC                      Griddy Technologies LLC, Griddy Holdings LLC    Harris County, et al.
P.O. Box 1288                          c/o Marty L. Brimmage, Jr.                      Linebarger Goggan Blair & Sampson LLP
Greens Farms, CT 06838-1288            Akin Gump Strauss Hauer & Feld LLP              c/o Tara L. Grundemeier
                                       2300 N. Field St., Suite 1800                   P.O. Box 3064
                                       Dallas, TX 75201-4675                           Houston, TX 77253-3064

Oracle America, Inc.                   State of Texas                          Stretto
Buchalter, A Professional Corporation  c/o Texas Attorney General's Office     410 Exchange
c/o Shawn M. Christianson              Bankruptcy & Collections Division       Suite 100
425 Market St., Suite 2900             P. O. Box 12548  MC-008                 Irvine, CA 92602-1331
San Francisco, CA 94105-2491           Austin, TX 78711-2548

Texas Comptroller of Public Accounts, Revenu   Texas-New Mexico Power Company  multiple injured and death case tort claiman
John Mark Stern                        Jackson Walker LLP                      c/o Jordan Holzer & Ortiz
PO Box 12548                           Attn: Bruce J. Ruzinsky                 500 N Shoreline
Austin, TX 78711-2548                  1401 McKinney Street, Suite 1900        Suite 900
                                       Houston, TX 77010-1900                  Corpus Christi, TX 78401-0658

4                                      Bill Heiam                              Chad Randall
United States Bankruptcy Court         18000 Groeschke Rd E6                   3034 Indigo Trail
PO Box 61010                           Houston, TX 77084-5067                  Round Rock, TX 78665-6299
Houston, TX 77208-1010

David S. Vassar                        INTERNAL REVENUE SERVICE                James Milazzo
641 Northlake Drive                    PO BOX 7346                             2719 Oakmont Ln.
Dallas, Texas 75218-2187               PHILADELPHIA, PA 19101-7346             Missouri City, TX 77459-3106

Kannonball Insurance LLC               Kehinde Olufemi Bankole                 Kent E Esch
c/o Rebecca Davis                      12525 South Kirkwood Rd. Apt. 313       5109 Corelli Falls
805 Wind Song                          Stafford, TX 77477-2819                 Round Rock TX 78665-2316
Stephenville, TX 76401-1572

Margaret Holten                        Mary Schlackman                         Nicholas Milazzo
17618 Sorrel Ridge Drive               2501 Springpark Way                     2601 Gramercy St., Apt. 1405
Spring, TX 77388-5793                  Richardson, Tx 75082-4619               Houston, TX 77030-3119

Oracle America, Inc.                   Patricia Battaglia                      Rebecca Rutledge
c/o Shawn M. Christianson, Esq.        4411 Firestone                          2400 S. Ervay Apt. 607
Buchalter PC                           Houston, Texas 77035-3613               Dallas, TX 75215-5711
55 2nd St., 17th Fl.
San Francisco, CA 94105-3493

Suseela Denduluri                      Texas-New Mexico Power Company          US Trustee
104 Englewood St                       577 N. Garden Ridge Blvd.               Office of the US Trustee
Bellaire, TX 77401-5340                Lewisville, TX 75067-2691               515 Rusk Ave
                                                                               Ste 3516
                                                                               Houston, TX 77002-2604
```

| | | |
|---|---|---|
| Wells Fargo Vendor Financial Services, LLC<br>1010 Thomas Edison BLVD SW<br>Cedar Rapids, IA 52404-8247 | Bill & Gail Everett<br>13414 Ellerslie Ln<br>Cypress, TX 77429-4833 | Christopher R. Newcomb<br>Allen Overy Shearman Sterling US LLP<br>599 Lexington Avenue<br>New York, NY 10022-6030 |
| David Robert Eastlake<br>Greenberg Traurig, LLP<br>1000 Louisiana Street, Suite 6700<br>Houston, TX 77002-6003 | John Lawrence<br>Baker Botts LLP<br>2001 Ross Avenue<br>Ste 900<br>Dallas, TX 75201-2917 | Karen Prescott<br>c/o Jordan Holzer & Ortiz<br>500 N Shoreline Blvd.<br>Suite 900<br>Corpus Christi, TX 78401-0658 |
| Kevin Chiu<br>Baker Botts<br>2001 Ross Ave<br>Ste 900<br>Dallas, TX 75201-2917 | Lisa Sandifer Khoury<br>6227 Oleander<br>Baytown, TX 77523-8252 | Robin Spigel<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-4498 |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)ERCOT | (u)Luminant Energy Company LLC | (u)Macquarie Energy LLC |
| (u)Macquarie Investments US Inc. | (u)Official Committee Of Unsecured Creditors | (u)Plan Administrator |
| (u)Province, LLC | (u)Public Utility Commission of Texas | (u)Bernice Willman |
| (u)Charles Huppert | (u)Diane Weaver | (u)Gregory Allen True |
| (u)Patricia Battaglia | (u)Thomas Clark | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients    14<br>Total                  52 |