United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GRIDDY ENERGY LLC[1], | § | |
| | § | |
| Debtor. | § | Case No. 21-30923 (MI) |

## ORDER GRANTING THIRD MOTION OF PLAN ADMINISTRATOR FOR ORDER EXTENDING CLAIMS OBJECTION DEADLINE

Upon consideration of the Third Motion of Plan Administrator for an Entry of Order Extending the Claims Objection Deadline, filed on December 11, 2024 (the "Motion"[2]) filed by Russell Nelms, Plan Administrator, seeking entry of an order extending the time within which objections to the allowance of claims may be filed; and the Court, having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. 1334, finds that good, sufficient and adequate notice of the Motion and opportunity for hearing are sufficient under the circumstances and that no further or other notice need be provided, that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that after due deliberation and sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Omitted.

2. The Claims Objection Deadline is extended through and including July 24, 2026.

3. This Order is entered without prejudice to the rights of the Plan Administrator to seek further extensions of the Claim Objection Deadline.

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is 115 Kay Lane, Westworth Village, TX 76114.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

4. Notice of further requests for an extension of the Claim Objection Deadline shall be limited to (i) the Office of the United States Trustee, (ii) counsel to the Reorganized Debtor, (iii) members of the Oversight Committee (established by the Plan) (iv) all parties receiving notice via Court's electronic noticing system, (v) parties requesting notice pursuant to Bankruptcy Rule 2002, (vi) the Everetts, (vii) all parties on the matrix of creditors from the Court's PACER website, as of the date such request is filed and (viii) any party who submitted a request for notice of further extensions of the Claim Objection Deadline within sixty (60) days of the entry of the Extension Order.

5. This Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation and/or enforcement of this Order.

6. The Plan Administrator shall cause this Order to be served on all parties who have been noticed of the Motion within seven (7) days of entry.

Signed: January 06, 2025

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 21-30923-mi |
| Griddy Energy LLC | Chapter 11 |
| Official Committee Of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 4 |
| Date Rcvd: Jan 06, 2025 | Form ID: pdf002 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Griddy Energy LLC, P.O. Box 1288, Greens Farms, CT 06838-1288 |
| aty | + | Baker Botts L.L.P., 30 Rockefeller Plaza, New York, NY 10112-4498 |
| cr | + | Bill & Gail Everett, 13414 Ellerslie Ln, Cypress, TX 77429-4833 |
| cr | + | Buchalter, a Professional Corporation, Buchalter PC, Shawn M. Christianson, Esq., 55 2nd St., 17th Fl., San Francisco, Ca 94105-3493 |
| intp | + | Karen Prescott, c/o Jordan Holzer & Ortiz, 500 N Shoreline Blvd., Suite 900, Corpus Christi, TX 78401-0658 |
| cr | + | Lisa Sandifer Khoury, 6227 Oleander, Baytown, TX 77523-8252 |
| cr | + | Texas-New Mexico Power Company, Jackson Walker LLP, Attn: Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| intp | + | multiple injured and death case tort claimants, c/o Jordan Holzer & Ortiz, 500 N Shoreline, Suite 900, Corpus Christi, TX 78401-0658 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: mbrimmage@akingump.com | Jan 06 2025 20:25:00 | Griddy Technologies LLC, Griddy Holdings LLC, Grid, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field St., Suite 1800, Dallas, TX 75201-4675 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jan 06 2025 20:26:00 | Harris County, et al., Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: schristianson@buchalter.com | Jan 06 2025 20:24:00 | Oracle America, Inc., Buchalter, A Professional Corporation, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| intp | | Email/Text: bcd@oag.texas.gov | Jan 06 2025 20:25:00 | State of Texas, c/o Texas Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| op | + | Email/Text: cr-info@stretto.com | Jan 06 2025 20:25:00 | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |
| cr | ^ | MEBN | Jan 06 2025 20:15:38 | Texas Comptroller of Public Accounts, Revenue Acco, John Mark Stern, PO Box 12548, Austin, TX 78711-2548 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Bernice Willman |
| cr | | Charles Huppert |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 4 |
| Date Rcvd: Jan 06, 2025 | Form ID: pdf002 | Total Noticed: 14 |

| | |
|---|---|
| intp | Diane Weaver |
| cr | ERCOT |
| intp | Gregory Allen True |
| intp | Luminant Energy Company LLC |
| cr | Macquarie Energy LLC |
| cr | Macquarie Investments US Inc. |
| crcm | Official Committee Of Unsecured Creditors |
| cr | Patricia Battaglia |
| op | Plan Administrator |
| fa | Province, LLC |
| intp | Public Utility Commission of Texas |
| cr | Thomas Clark |

TOTAL: 14 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail Rushing Ryan | on behalf of Interested Party State of Texas aryan@naag.org |
| Batami Elaine Baskin | on behalf of Plaintiff Russell F. Nelms bbaskin@whlaw.com |
| Bruce J Ruzinsky | on behalf of Creditor Texas-New Mexico Power Company bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Charles R Gibbs | on behalf of Other Prof. Plan Administrator crgibbs@mwe.com  dnorthrop@mwe.com;jbishopjones@mwe.com |
| Charles R Gibbs | on behalf of Creditor Committee Official Committee Of Unsecured Creditors crgibbs@mwe.com dnorthrop@mwe.com;jbishopjones@mwe.com |
| Charles R Gibbs | on behalf of Financial Advisor Province  LLC crgibbs@mwe.com, dnorthrop@mwe.com;jbishopjones@mwe.com |
| Christopher David Lindstrom | on behalf of Plaintiff Russell F. Nelms chris@dll-law.com  jalissa@dll-law.com |
| Christopher R. Newcomb | on behalf of Debtor Griddy Energy LLC chris.newcomb@aoshearman.com  jacob.herz@allenovery.com |
| Christopher R. Newcomb | on behalf of Attorney Baker Botts L.L.P. chris.newcomb@aoshearman.com  jacob.herz@allenovery.com |
| Daniel C Durand, III | on behalf of Interested Party Diane Weaver durand@durandlaw.com |
| Daniel C Durand, III | on behalf of Interested Party Gregory Allen True durand@durandlaw.com |

| District/off: 0541-4 | User: ADIuser | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 06, 2025 | Form ID: pdf002 | Total Noticed: 14 |

David Robert Eastlake
    on behalf of Debtor Griddy Energy LLC David.Eastlake@gtlaw.com  jamrokg@gtlaw.com

Deborah Michelle Perry
    on behalf of Creditor ERCOT dperry@munsch.com

Derek H Potts
    on behalf of Plaintiff Russell F. Nelms dpotts@potts-law.com  pcolburn@potts-law.com

Eric Thomas Haitz
    on behalf of Defendant TXU Retail Energy Company LLC eric.haitz@bondsellis.com  linda.gordon@bondsellis.com

James Ryan Fowler
    on behalf of Plaintiff Lisa Khoury rfowler@potts-law.com  pcolburn@potts-law.com

James Ryan Fowler
    on behalf of Creditor Lisa Sandifer Khoury rfowler@potts-law.com  pcolburn@potts-law.com

Jamil N Alibhai
    on behalf of Defendant Electric Reliability Council of Texas  Inc. jalibhai@munsch.com, CourtMail@munsch.com;kkraner@munsch.com

Jamil N Alibhai
    on behalf of Creditor ERCOT jalibhai@munsch.com  CourtMail@munsch.com;kkraner@munsch.com

Jana Smith Whitworth
    on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Jason B. Binford
    on behalf of Interested Party Public Utility Commission of Texas jason.binford@rsbfirm.com

Jeffrey Ray Cox
    on behalf of Interested Party Bernice Willman jcox@cbtwaco.bank

John Lawrence
    on behalf of Defendant Griddy Holdings LLC john.lawrence@bakerbotts.com  jessica.aquino@bakerbotts.com

John Lawrence
    on behalf of Defendant Griddy Energy LLC john.lawrence@bakerbotts.com  jessica.aquino@bakerbotts.com

John Lawrence
    on behalf of Debtor Griddy Energy LLC john.lawrence@bakerbotts.com  jessica.aquino@bakerbotts.com

John Mark Stern
    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

Jonathan Rubenstein
    on behalf of Defendant Griddy Holdings LLC jonathan.rubenstein@bakerbotts.com

Jonathan Rubenstein
    on behalf of Defendant Griddy Energy LLC jonathan.rubenstein@bakerbotts.com

Karen Hope Beyea-Schroeder
    on behalf of Creditor Thomas Clark karen.schroeder@rburnettlaw.com

Karen Hope Beyea-Schroeder
    on behalf of Creditor Charles Huppert karen.schroeder@rburnettlaw.com

Kelli S. Norfleet
    on behalf of Creditor Macquarie Energy LLC kelli.norfleet@haynesboone.com  kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Kelli S. Norfleet
    on behalf of Creditor Macquarie Investments US Inc. kelli.norfleet@haynesboone.com  kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Kevin Chiu
    on behalf of Debtor Griddy Energy LLC kevin.chiu@bakerbotts.com

Kevin M Lippman
    on behalf of Creditor ERCOT klippman@munsch.com

Kevin M Lippman
    on behalf of Defendant Electric Reliability Council of Texas  Inc. klippman@munsch.com

Mark W. Stout
    on behalf of Other Prof. Plan Administrator ms@livepad.com

Marty L Brimmage
    on behalf of Interested Party Griddy Technologies LLC  Griddy Holdings LLC, Griddy VI Series A Holdings LLC and Griddy Pro LLC (collectively, the "Non-Debtor Affiliates") mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 4 |
| Date Rcvd: Jan 06, 2025 | Form ID: pdf002 | Total Noticed: 14 |

Matthew Dennis Giadrosich
    on behalf of Other Prof. Plan Administrator mdg@padfieldstout.com

Matthew G Bouslog
    on behalf of Interested Party Luminant Energy Company LLC mbouslog@allenmatkins.com  nbrosman@gibsondunn.com

Matthew G Bouslog
    on behalf of Defendant TXU Retail Energy Company LLC mbouslog@allenmatkins.com  nbrosman@gibsondunn.com

Mazin A Sbaiti
    on behalf of Plaintiff Russell F. Nelms mas@sbaitilaw.com
    krj@sbaitilaw.com;knc@sbaitilaw.com;mgp@sbaitilaw.com;gsr@sbaitilaw.com

Rachel Ruth Obaldo
    on behalf of Interested Party State of Texas bk-robaldo@oag.texas.gov  sherri.simpson@oag.texas.gov

Richard Anthony Battaglia
    on behalf of Creditor Patricia Battaglia rab@rabpc.com

Riley Burnett
    on behalf of Creditor Thomas Clark rburnett@rburnettlaw.com

Riley Burnett
    on behalf of Creditor Charles Huppert rburnett@rburnettlaw.com

Robin Spigel
    on behalf of Attorney Baker Botts L.L.P. robin.spigel@bakerbotts.com

Robin Spigel
    on behalf of Debtor Griddy Energy LLC robin.spigel@bakerbotts.com

Shawn M Christianson
    on behalf of Creditor Buchalter  a Professional Corporation schristianson@buchalter.com, cmcintire@buchalter.com

Shawn M Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shelby A Jordan
    on behalf of Interested Party Karen Prescott cmadden@jhwclaw.com

Shelby A Jordan
    on behalf of Interested Party multiple injured and death case tort claimants cmadden@jhwclaw.com

Stephen Douglas Statham
    on behalf of U.S. Trustee US Trustee statham01@gmail.com

Susan B Hersh
    on behalf of Other Prof. Plan Administrator susan.hersh@usdoj.gov  assistant@susanbhershpc.com

Tara L Grundemeier
    on behalf of Creditor Harris County  et al. houston_bankruptcy@lgbs.com

Trey A Monsour
    on behalf of Interested Party Karen Prescott tmonsour@foxrothschild.com
    rsolomon@foxrothschild.com;msteen@foxrothschild.com;TX.DKT@foxrothschild.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 56