IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GRIDDY ENERGY LLC[1], | § | |
| | § | |
| Debtor. | § | Case No. 21-30923 (MI) |

**NOTICE OF HEARING ON (I) EMERGENCY FOURTH MOTION OF PLAN ADMINISTRATOR FOR ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE AND (II) EMERGENCY MOTION TO SHORTEN NOTICE ON EMERGENCY FOURTH MOTION OF PLAN ADMINISTRATOR FOR ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE**

Please take notice that a hearing will be held on the Emergency Fourth Motion for Order Extending the Claims Objection Deadline [Dkt. # 535] and the Emergency Motion to Shorten Notice on Emergency Fourth Motion of Plan Administrator for Order Extending the Claims Objection Deadline [Dkt. # 536] before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas on **July 24, 2026 at 11:00 a.m.** (Central Time) (the "Hearing"), Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas 77002.

You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility by dialing 832-917-1510 and entering the conference code 954554. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application of click the link on Judge Isgur's home page (https://www.gotomeet.me/JudgeIsgur) on the Southern District of Texas website. The meeting code is JudgeIsgur. Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is 115 Kay Lane, Westworth Village, TX 76114.

**Respectfully submitted,**

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-338-1616
Facsimile: 817-338-1610

/s/ *Matthew D. Giadrosich*
Mark W. Stout
State Bar No. 24008096
mstout@padfieldstout.com
Matthew D. Giadrosich
State Bar No. 24074274
mdg@padfieldstout.com

*Attorneys for Russell Nelms,*
*Plan Administrator*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on (i) the Office of the United States Trustee, (ii) counsel to the Reorganized Debtor, (iii) members of the Oversight Committee (established by the Plan) (iv) all parties receiving notice via Court's electronic noticing system, (v) parties requesting notice pursuant to Bankruptcy Rule 2002, (vi) the Everetts, (vii) all parties on the matrix of creditors from the Court's PACER website, as of date of filing this motion and (viii) any party who submitted a request for notice of further extensions of the Claim Objection Deadline within sixty (60) days of the entry of the Extension Order, by receipt of electronic notification pursuant to the Court's ECF notification system, including the U.S. Trustee and counsel for Debtor and on the members of the Oversight Committee by email; this pleading was also served by first class mail on the all parties on the Debtor's matrix as it appears on PACER and on Bill & Gail Everett, 13414 Ellerslie Lane, Cypress, Texas 77429 on this the 10th day of July, 2026.

/s/ *Matthew D. Giadrosich*
Matthew D. Giadrosich

Label Matrix for local noticing
0541-4
Case 21-30923
Southern District of Texas
Houston
Wed Jul  8 11:17:08 CDT 2026

Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498

Buchalter, a Professional Corporation
Buchalter PC
Shawn M. Christianson, Esq.
55 2nd St., 17th Fl.
San Francisco, Ca 94105-3493

Griddy Energy LLC
P.O. Box 1288
Greens Farms, CT 06838-1288

Griddy Technologies LLC, Griddy Holdings LLC
c/o Marty L. Brimmage, Jr.
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field St., Suite 1800
Dallas, TX 75201-4675

Harris County, et al.
Linebarger Goggan Blair & Sampson LLP
c/o Tara L. Grundemeier
P.O. Box 3064
Houston, TX 77253-3064

Oracle America, Inc.
Buchalter, A Professional Corporation
c/o Shawn M. Christianson
425 Market St., Suite 2900
San Francisco, CA 94105-2491

State of Texas
c/o Texas Attorney General's Office
Bankruptcy & Collections Division
P. O. Box 12548  MC-008
Austin, TX 78711-2548

Stretto
410 Exchange
Suite 100
Irvine, CA 92602-1331

Texas Comptroller of Public Accounts, Revenu
John Mark Stern
PO Box 12548
Austin, TX 78711-2548

Texas-New Mexico Power Company
Jackson Walker LLP
Attn: Bruce J. Ruzinsky
1401 McKinney Street, Suite 1900
Houston, TX 77010-1900

multiple injured and death case tort claiman
c/o Jordan Holzer & Ortiz
500 N Shoreline
Suite 900
Corpus Christi, TX 78401-0658

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Bill Heiam
18000 Groeschke Rd E6
Houston, TX 77084-5067

Chad Randall
3034 Indigo Trail
Round Rock, TX 78665-6299

David S. Vassar
641 Northlake Drive
Dallas, Texas 75218-2187

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

James Milazzo
2719 Oakmont Ln.
Missouri City, TX 77459-3106

Kannonball Insurance LLC
c/o Rebecca Davis
805 Wind Song
Stephenville, TX 76401-1572

Kehinde Olufemi Bankole
12525 South Kirkwood Rd. Apt. 313
Stafford, TX 77477-2819

Kent E Esch
5109 Corelli Falls
Round Rock TX 78665-2316

Margaret Holten
17618 Sorrel Ridge Drive
Spring, TX 77388-5793

Mary Schlackman
2501 Springpark Way
Richardson, Tx 75082-4619

Nicholas Milazzo
2601 Gramercy St., Apt. 1405
Houston, TX 77030-3119

Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter PC
55 2nd St., 17th Fl.
San Francisco, CA 94105-3493

Patricia Battaglia
4411 Firestone
Houston, Texas 77035-3613

Rebecca Rutledge
2400 S. Ervay Apt. 607
Dallas, TX 75215-5711

Suseela Denduluri
104 Englewood St
Bellaire, TX 77401-5340

Texas-New Mexico Power Company
577 N. Garden Ridge Blvd.
Lewisville, TX 75067-2691

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Wells Fargo Vendor Financial Services, LLC
1010 Thomas Edison BLVD SW
Cedar Rapids, IA 52404-8247

Bill & Gail Everett
13414 Ellerslie Ln
Cypress, TX 77429-4833

Christopher R. Newcomb
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022-6030

David Robert Eastlake
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 6700
Houston, TX 77002-6003

John Lawrence
Baker Botts LLP
2001 Ross Avenue
Ste 900
Dallas, TX 75201-2917

Karen Prescott
c/o Jordan Holzer & Ortiz
500 N Shoreline Blvd.
Suite 900
Corpus Christi, TX 78401-0658

Kevin Chiu
Baker Botts
2001 Ross Ave
Ste 900
Dallas, TX 75201-2917

Lisa Sandifer Khoury
6227 Oleander
Baytown, TX 77523-8252

Robin Spigel
Baker Botts LLP
30 Rockefeller Plaza
New York, NY 10112-4498

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ERCOT

(u)Luminant Energy Company LLC

(u)Macquarie Energy LLC

(u)Macquarie Investments US Inc.

(u)Official Committee Of Unsecured Creditors

(u)Plan Administrator

(u)Province, LLC

(u)Public Utility Commission of Texas

(u)Bernice Willman

(u)Charles Huppert

(u)Diane Weaver

(u)Gregory Allen True

(u)Patricia Battaglia

(u)Thomas Clark

End of Label Matrix
Mailable recipients    38
Bypassed recipients    14
Total                  52