IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GRIDDY ENERGY LLC[1], | § | |
| | § | |
| Debtor. | § | Case No. 21-30923 (MI) |

**WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| Main Case No: 21-30923 | Name of Debtor: Griddy Energy, LLC |
| | |
| **Witnesses:** | |
| Russell F. Nelms, Plan Administrator | Judge: Honorable Marvin Isgur |
| Kevin Colquitt | Courtroom Deputy: Aaron Jackson |
| Any witnesses designated by any other party | Hearing Date: July 24, 2026 |
| Any rebuttal witnesses | Hearing Time: 11:00 a.m. |
| | Party's Name: Russell Nelms, Plan Administrator |
| | Attorney's Name: Matthew D. Giadrosich |
| | Attorney's Phone: 817-338-1616 |
| | Nature of Proceeding: the Emergency Fourth Motion for Order Extending the Claims Objection Deadline [Dkt. # 535]; Emergency Motion to Shorten Notice on Emergency Fourth Motion of Plan Administrator for Order Extending the Claims Objection Deadline [Dkt. # 536] |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Plaintiff's Motion for Entry of Scheduling Order [Adv. Doc. # 76 - Adv. Proceeding No. 22-03315] | | | | |

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is 115 Kay Lane, Westworth Village, TX 76114.

WITNESS AND EXHIBIT LIST -                                                                 Page 1

| 2 | Exhibit A - Proposed Scheduling Order [Adv. Doc. # 77 - Adv. Proceeding No. 22-03315] | | | | |
|---|---|---|---|---|---|
| 3 | Order Granting Plaintiff's Motion for Entry of Scheduling Order [Adv. Doc. # 78 - Adv. Proceeding No. 22-03315] | | | | |

The Plan Administrator reserves its right to amend its Exhibit List and/or supplement the same. The Plan Administrator further reserves its right to introduce any document designated by any other party in-interest, as well as any rebuttal documents.

**Respectfully submitted,**

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-338-1616
Facsimile: 817-338-1610

/s/ *Matthew D. Giadrosich*
Mark W. Stout
State Bar No. 24008096
mstout@padfieldstout.com
Matthew D. Giadrosich
State Bar No. 24074274
mdg@padfieldstout.com

*Attorneys for Russell Nelms,*
*Plan Administrator*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing was served on (i) the Office of the United States Trustee, (ii) counsel to the Reorganized Debtor, (iii) members of the Oversight Committee (established by the Plan) (iv) all parties receiving notice via Court's electronic noticing system, (v) parties requesting notice pursuant to Bankruptcy Rule 2002, (vi) the Everetts, (vii) all parties on the matrix of creditors from the Court's PACER website, as of date of filing this motion and (viii) any party who submitted a request for notice of further extensions of the Claim Objection Deadline within sixty (60) days of the entry of the Extension Order, by receipt of electronic notification pursuant to the Court's ECF notification system, including the U.S. Trustee and counsel for Debtor and on the members of the Oversight Committee by email; this pleading was also served by first class mail on the all parties on the Debtor's matrix as it appears on PACER and on Bill & Gail Everett, 13414 Ellerslie Lane, Cypress, Texas 77429 and Floria Kiscellus, 7313 Cross Keys Drive, North Richland Hills, Texas 76182 on this the 20th day of July, 2026.

*/s/ Matthew D. Giadrosich*
Matthew D. Giadrosich