## EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRIDDY ENERGY LLC, | § | |
| | § | **Case No. 21-30923** |
| Debtor. | § | |
| | § | |
| | § | |

| | | |
|---|---|---|
| RUSSELL F. NELMS, in his capacity as Plan Administrator of the Estate of GRIDDY ENERGY LLC, | § § § | |
| | § | |
| *Plaintiff*, | § § | |
| v. | § § | **Adversary No. 22-03315** |
| ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., | § § § | |
| | § | |
| *Defendant.* | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR
### ENTRY OF SCHEDULING ORDER

The Court, having considered Plaintiff's Motion for Entry of Scheduling Order, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the following schedule governs this adversary pleading:

| Event | Proposed Deadline |
|---|---|
| Rule 26(f) conference of the parties | July 17, 2026 |
| Rule 26(a)(1) initial disclosures | July 31, 2026 |

1

| Deadline to amend pleadings and join parties | August 28, 2026 |
|---|---|
| Plaintiff's expert designations and Rule 26(a)(2) reports | September 18, 2026 |
| Defendant's expert designations and reports | October 16, 2026 |
| Rebuttal expert designations and reports | October 30, 2026 |
| Close of all fact and expert discovery | November 20, 2026 |
| Dispositive and Daubert motions filed | November 24, 2026 |
| Responses to dispositive and Daubert motions | December 11, 2026 |
| Replies in support of dispositive and Daubert motions | December 18, 2026 |
| Mediation completed | December 18, 2026 |
| Joint pretrial statement, witness lists, exhibit lists, and deposition designations filed | January 8, 2027 |
| Objections to exhibits and deposition designations | January 13, 2027 |
| Exhibits exchanged and tabbed chambers binder delivered | January 15, 2027 |
| Final pretrial conference/docket call | Week of January 11, 2027, as set by the Court |
| Bench trial — Day 1 | January 19, 2027 (if available) |
| Bench trial — Day 2 | January 20, 2027 (if available) |

Signed:_____, 2026

_____
Hon. Marvin Isgur
United States Bankruptcy Judge

2