United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 24, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 21-30923** |
| GRIDDY ENERGY LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | **CHAPTER 11** |

### ORDER EXTENDING CLAIMS OBJECTION DEADLINE

For the reason set forth on the record on this date, the Claims Objection Deadline is extended through February 1, 2027.  On February 1, 2027 at 9:30 a.m., the Court will determine what additional extensions, if any, are appropriate based on the facts and circumstances then existing.

SIGNED 07/24/2026

_____
Marvin Isgur
United States Bankruptcy Judge