IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GRIDDY ENERGY LLC[1], | § | |
| | § | |
| | § | |
| Debtor. | § | Case No. 21-30923 (MI) |

## CERTIFICATE OF SERVICE OF ORDER EXTENDING
## CLAIMS OBJECTION DEADLINE

This certifies that a true and correct copy of the Order Extending Claims Objection Deadline ("Order"), entered on July 24, 2026 (Dkt. # 541], attached hereto as Exhibit "A," was served on all parties who were provided notice of the Emergency Fourth Motion of Plan Administrator for Order Extending the Claims Objection Deadline, filed on July 8, 2026 [Dkt. No. 535], including by first class mail on all parties on the service list, attached hereto as Exhibit "B," on July 28, 2026.  In addition, the Order was emailed to the members of the Oversight Committee on July 28, 2026.

**Respectfully submitted,**

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-338-1616
Facsimile: 817-338-1610

/s/ *Matthew D. Giadrosich*
Mark W. Stout
State Bar No. 24008096
mstout@padfieldstout.com
Matthew D. Giadrosich
State Bar No. 24074274
mdg@padfieldstout.com

*Attorneys for Russell Nelms,*
*Plan Administrator*

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is 115 Kay Lane, Westworth Village, TX 76114.

CERTIFICATE OF SERVICE -                                                                                    Page Solo