United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 24, 2026
Nathan Ochsner, Clerk

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 21-30923 |
| GRIDDY ENERGY LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

**ORDER EXTENDING CLAIMS OBJECTION DEADLINE**

For the reason set forth on the record on this date, the Claims Objection Deadline is extended through February 1, 2027. On February 1, 2027 at 9:30 a.m., the Court will determine what additional extensions, if any, are appropriate based on the facts and circumstances then existing.

SIGNED 07/24/2026

_____
Marvin Isgur
United States Bankruptcy Judge