Label Matrix for local noticing
0541-4
Case 21-30923
Southern District of Texas
Houston
Tue Jul 28 11:28:40 CDT 2026

Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498

Buchalter, a Professional Corporation
Buchalter PC
Shawn M. Christianson, Esq.
55 2nd St., 17th Fl.
San Francisco, Ca 94105-3493

Griddy Energy LLC
P.O. Box 1288
Greens Farms, CT 06838-1288

Griddy Technologies LLC, Griddy Holdings LLC
c/o Marty L. Brimmage, Jr.
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field St., Suite 1800
Dallas, TX 75201-4675

Harris County, et al.
Linebarger Goggan Blair & Sampson LLP
c/o Tara L. Grundemeier
P.O. Box 3064
Houston, TX 77253-3064

Oracle America, Inc.
Buchalter, A Professional Corporation
c/o Shawn M. Christianson
425 Market St., Suite 2900
San Francisco, CA 94105-2491

State of Texas
c/o Texas Attorney General's Office
Bankruptcy & Collections Division
P. O. Box 12548  MC-008
Austin, TX 78711-2548

Stretto
410 Exchange
Suite 100
Irvine, CA 92602-1331

Texas Comptroller of Public Accounts, Revenu
John Mark Stern
PO Box 12548
Austin, TX 78711-2548

Texas-New Mexico Power Company
Jackson Walker LLP
Attn: Bruce J. Ruzinsky
1401 McKinney Street, Suite 1900
Houston, TX 77010-1900

multiple injured and death case tort claiman
c/o Jordan Holzer & Ortiz
500 N Shoreline
Suite 900
Corpus Christi, TX 78401-0658

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Bill Heiam
18000 Groeschke Rd E6
Houston, TX 77084-5067

Chad Randall
3034 Indigo Trail
Round Rock, TX 78665-6299

David S. Vassar
641 Northlake Drive
Dallas, Texas 75218-2187

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

James Milazzo
2719 Oakmont Ln.
Missouri City, TX 77459-3106

Kannonball Insurance LLC
c/o Rebecca Davis
805 Wind Song
Stephenville, TX 76401-1572

Kehinde Olufemi Bankole
12525 South Kirkwood Rd. Apt. 313
Stafford, TX 77477-2819

Kent E Esch
5109 Corelli Falls
Round Rock TX 78665-2316

Margaret Holten
17618 Sorrel Ridge Drive
Spring, TX 77388-5793

Mary Schlackman
2501 Springpark Way
Richardson, Tx 75082-4619

Nicholas Milazzo
2601 Gramercy St., Apt. 1405
Houston, TX 77030-3119

Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter PC
55 2nd St., 17th Fl.
San Francisco, CA 94105-3493

Patricia Battaglia
4411 Firestone
Houston, Texas 77035-3613

Rebecca Rutledge
2400 S. Ervay Apt. 607
Dallas, TX 75215-5711

Suseela Denduluri
104 Englewood St
Bellaire, TX 77401-5340

Texas-New Mexico Power Company
577 N. Garden Ridge Blvd.
Lewisville, TX 75067-2691

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Wells Fargo Vendor Financial Services, LLC
1010 Thomas Edison BLVD SW
Cedar Rapids, IA 52404-8247

Bill & Gail Everett
13414 Ellerslie Ln
Cypress, TX 77429-4833

Christopher R. Newcomb
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022-6030

David Robert Eastlake
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 6700
Houston, TX 77002-6003

Floria Kiscellus
7313 Cross Keys Dr
North Richland Hills, TX 76182-6059

John Lawrence
Baker Botts LLP
2001 Ross Avenue
Ste 900
Dallas, TX 75201-2917

Karen Prescott
c/o Jordan Holzer & Ortiz
500 N Shoreline Blvd.
Suite 900
Corpus Christi, TX 78401-0658

Kevin Chiu
Baker Botts
2001 Ross Ave
Ste 900
Dallas, TX 75201-2917

Lisa Sandifer Khoury
6227 Oleander
Baytown, TX 77523-8252

Robin Spigel
Baker Botts LLP
30 Rockefeller Plaza
New York, NY 10112-4498

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ERCOT

(u)Luminant Energy Company LLC

(u)Macquarie Energy LLC

(u)Macquarie Investments US Inc.

(u)Official Committee Of Unsecured Creditors

(u)Plan Administrator

(u)Province, LLC

(u)Public Utility Commission of Texas

(u)Bernice Willman

(u)Charles Huppert

(u)Diane Weaver

(u)Gregory Allen True

(u)Patricia Battaglia

(u)Thomas Clark

End of Label Matrix
Mailable recipients    39
Bypassed recipients    14
Total                  53