IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GRIDDY ENERGY LLC[1], | § | |
| | § | |
| Debtor. | § | Case No. 21-30923 (MI) |

## NOTICE OF STATUS CONFERENCE

Please take notice that a Status Conference has been set regarding the status of the claims objection extension. The Status Conference will be before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas on **February 1, 2027 at 9:30 a.m.** (Central Time) (the "Hearing"), Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas 77002.

You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility by dialing 832-917-1510 and entering the conference code 954554. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application of click the link on Judge Isgur's home page (https://www.gotomeet.me/JudgeIsgur) on the Southern District of Texas website. The meeting code is JudgeIsgur. Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The last four digits of the Debtor's federal tax identification number are 1396. The mailing address for the Debtor is 115 Kay Lane, Westworth Village, TX 76114.

Respectfully submitted,

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-338-1616
Facsimile: 817-338-1610

/s/ *Matthew D. Giadrosich*
Mark W. Stout
State Bar No. 24008096
mstout@padfieldstout.com
Matthew D. Giadrosich
State Bar No. 24074274
mdg@padfieldstout.com

*Attorneys for Russell Nelms,*
*Plan Administrator*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on (i) the Office of the United States Trustee, (ii) counsel to the Reorganized Debtor, (iii) members of the Oversight Committee (established by the Plan) (iv) all parties receiving notice via Court's electronic noticing system, (v) parties requesting notice pursuant to Bankruptcy Rule 2002, (vi) Bill and Gail Everett, (vii) all parties on the matrix of creditors from the Court's PACER website, as of date of filing this motion and (viii) any party who submitted a request for notice of further extensions of the Claim Objection Deadline within sixty (60) days of the entry of the Extension Order, by receipt of electronic notification pursuant to the Court's ECF notification system, including the U.S. Trustee and counsel for Debtor and on the members of the Oversight Committee by email; this pleading was also served by first class mail on the all parties on the Debtor's matrix as it appears on PACER, on this the 28th day of July, 2026.

/s/ *Matthew D. Giadrosich*
Matthew D. Giadrosich